AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Sasa Maslic, et al.

Plaintiff (s),

V.

ISM Vuzem d.o.o., et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:21cv2556

Notice is hereby given that, subject to approval by the court, __Eisenmann Corporation__ substitutes
(Party (s) Name)

__Maxwell Vaughn Pritt__, State Bar No. __253155__ as counsel of record in
(Name of New Attorney)

place of __Alexander Justin Holtzman__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Boies Schiller Flexner LLP
Address: 44 Montgomery Street, 41st Floor, San Francisco, CA 94104
Telephone: (415) 293-6800  Facsimile (415) 293-6899
E-Mail (Optional): mpritt@bsfllp.com

I consent to the above substitution.
Date: April 25, 2022

(Signature of Party (s))

I consent to being substituted.
Date: April 20, 2022

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: April 20, 2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]