\

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, individually and on behalf of putative class, IVAN DRZAIC, ROBERT HERNAUS, LEOPOLD HUBEK, LEON HUDOLDETNJAK, ELVIS KOSCAK, TOMICA PANIC, STJEPAN PAPES, ZELJKO PULJKO, DARKO SINCEK, DAVID STANTE, NEDELJKO ZIVANIC, GOGO REBIC, and MITJA POGOREVC,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., ISM VUZEM USA, INC., VUZEM USA, INC., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 5:21-cv-2556-BLF<br><br>**JOINT STIPULATION FOR PROPOSED ORDER SETTING DEADLINES**<br><br>Hon. Beth Labson Freeman<br>Courtroom 3, 5th Floor |

JOINT STIPULATION FOR ORDER SETTING DISCOVERY DEADLINES
CASE NO. 5:21-CV-02556-BLF

Plaintiffs Sasa Maslic, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Zeljko Puljko, Darko Sincek, David Stante, Nedeljko Zivanic, Goran "Gogo" Rebic, and Mitja Pogorevc ("Plaintiffs") and Defendants Eisenmann Corporation ("Eisenmann") and Tesla, Inc. ("Tesla") (collectively, the "Parties") hereby respectfully submit this Stipulation for Order Setting Discovery Cut-off and Expert Disclosure Deadlines pursuant to CASE MANAGEMENT ORDER (Dkt. No. 79). The Parties propose:

Plaintiffs shall file a motion for class certification by February 1, 2023

Plaintiffs shall disclose experts by January 16, 2024

Defendants shall disclose experts by March 1, 2024

Any rebuttal expert disclosures shall be made by April 1, 2024

The close of all fact discovery, including all discovery motions, shall be April 1, 2024

The close of all expert discovery, including all discovery motions, shall be May 1, 2024

Dated:  May 27, 2022     */s/*_____
            William C. Dresser
            Counsel for Plaintiffs

Dated: May 27, 2022     */s/*_____
            Aaron Bernay
            Counsel for Eisenmann Corporation

Dated:  May 27, 2022     */s/*_____
            Aaron Langberg
            Counsel for Tesla, Inc.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, William C. Dresser, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: May 27, 2022          /s/
                             William C. Dresser
                             Counsel for Plaintiffs
                             Sasa Maslic, et al