William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Gogo Rebic,<br>　　　　　Plaintiffs,<br>vs.<br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Does 1 through 50, inclusive,<br>　　　　　Defendants.. | Action No.: 5:21-cv-02556-BLF<br><br>Declaration of Sasa Maslic in Support of Motion for Class Certification<br><br>Date: June 1, 2023<br>Time: 9:00 a.m.<br><br>Courtroom: 3, 5th Floor<br><br>Judge: Beth Labson Freeman |

I, Sasa Maslic certify and declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called testify, I can and would testify competently thereto.

2. I am named as a Class Representative in the above-captioned matter.

3. I am aware that when a plaintiff sues on behalf of a class, he or she assumes a fiduciary obligation to the members of the class and surrenders any right to

---

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Decl of proposed Representative Maslic ISO Motion for Class Certification

1

compromise the group action in return for individual gain. As a class representative, I accept those fiduciary obligations and surrender the right to compromise the group action in return for individual gain.

4. I understand that a class representative represents the interests of all members of his or her class in litigation to recover money damages for the class. As a class representative, I have done and will continue to do that.

5. I understand that a class representative must have claims that are typical of those of the class, and thus involve common issues of law or fact. My claims in this case are typical of those of the class, in that they are for minimum wage violations, overtime violations, rest period violations, wage statement violations, and waiting time penalties.

6. I understand that a class representative always considers the interests of the class and the absent class members just as he or she would consider his or her own interests and, in some cases, must put the interests of the class and the absent class members before his or her own interests. As a class representative, I have and will continue to consider the interests of the class just as I would consider my own interests and will put the interests of the class before my own interests.

7. I am regularly in contact with the attorneys for the class. I agree to always actively participate in this lawsuit by, among other things, providing a declaration, providing documentation, and if requested to provide testimony.

8. I understand, recognize, and accept that any resolution of this lawsuit by judgment, or by dismissal or settlement, is subject to court approval, and must be

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Decl of proposed Representative Maslic ISO Motion for Class Certification

2

designed in the best interests of the class as a whole.

9. I have reviewed and acknowledge my duties as a class representative in this litigation.

10. In early 2020 I agreed to serve as a class representative in a class action suit on behalf of other non-supervisory Vuzem employees of ISM Vuzem, d.o.o. I have at all times since then assisted in representing the class.

11. My active representation of the Class has included:

   a. Regularly consulting with my attorneys through email, phone calls and remote access meetings by zoom;

   b. Reviewing documents filed by my attorneys and various orders entered by the Court;

   c. Obtaining and providing documents to my attorneys;

   d. Providing input regarding litigation and strategy;

   e. Speaking over the phone, speaking in person, emailing, and meeting in remote access zoom meetings with former ISM Vuzem d.o.o. employees including the employees who are named as individual Plaintiffs in this case and in the Related case of Novoselec v ISM Vuzem, d.o.o.

12. I will continue to perform these duties.

13. In short, I have no conflicts of interest with other Class Members, understand that my role as a class representative is to represent the interests of the entire Class, and am fully prepared to perform my duties, including assisting counsel in

////

////

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Decl of proposed Representative Maslic ISO Motion for Class Certification

3

litigation.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on January 23, 2023, at Samac, Republika Srpska, Bosna i Herzegovina.

_____*Maslić Saša*_____
Saša Maslic

Maslic_Vuzem\Pld\federal\2023_01_22_ProRepreseantative_ClassCert

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Decl of proposed Representative Maslic ISO Motion for Class Certification

4