1  William C. Dresser, 104375
2  Law Office of William C. Dresser
   14125 Capri Drive, Suite 4
3  Los Gatos, CA 95032
   Tel: 408-279-7529
4  Alt: 408-628-4414
   Fax: 408-668-2990
5
6  Attorneys for Plaintiffs
7
                UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9
10
11  Saša Maslic, individually and on behalf of  )  Action No.:  5:21-cv-02556-BLF
    putative class, Ivan Drzaic, Robert         )
12  Hernaus, Leopold Hubek, Leon                )  Authenticating Declaration of William C.
    Hudoldetnjak, Elvis Koscak, Tomica          )  Dresser in Support of Motion for Class
13  Panic, Stjepan Papes, Željko Puljko,         )  Certification
    Darko Šincek, David Štante, Nedeljko        )
14  Živani, and Gogo Rebic,                     )
15                          Plaintiffs,          )  Date:     June 1, 2023
                                                )  Time:     9:00 a.m.
16  vs.                                          )  Courtroom 3, 5th Floor
17                                               )  Judge:    Beth Labson Freeman
    ISM Vuzem d.o.o., ISM Vuzem USA, Inc.,      )
18  Vuzem USA, Inc., and HRID-MONT d.o.o.,)
    Ivan Vuzem, Robert Vuzem, and Does 1       )
19  through 50, inclusive,                      )
20                                               )
                            Defendants.          )
21  _____)
22
23          I, William C. Dresser, certify and declare as follows:

24  1.      I am an attorney at law, duly authorized to practice in, among other venues,

25  Northern District of California, before all the courts of the State of California, as well as

26  federal courts in the Eastern District of California, the Central District of California, and

27  the Ninth Circuit Court of Appeals, as well as many bankruptcy courts.  I am counsel of
28

record for Plaintiffs Sasa Maslic, and others individually, and for and Sasa Maslic as proposed Class Representative and the putative class.

2.     I am also counsel for Gregor Lesnik and Stjepan Papes in the Related action of "US ex rel Lesnik et al v Eisenmann, SE et al", United States District Court for the Northern District of California action 5:16-cv-01120.

3.     I have personal knowledge of all facts stated in this declaration, and if called testify, I can and would testify competently thereto.

4.     The motion for class certification in this action refers to and cites to evidence initial filed in the US ex rel Lesnik action.  This declaration attaches that evidence.

5.     Sasa Maslic, and other of the Plaintiffs in the within action, have completed declarations that are supportive of an intended motion for judgment on individual claims, and are also corroborate in detail the class claims which are the subject of the within motion for class certification.  This declaration attaches the Sasa Maslic declaration.

5.     Attached hereto as Exhibits A through E are true and correct copies of:

A.     DECLARATION OF RADMILO BOZINOVIC, Ph.D., REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, ECF Doc # 487-3 in Northern District of California action 5:16-cv-01120;

B.     DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, ECF Doc # 487-1 in action 5:16-cv-01120;

C.     DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, ECF Doc 487-2 # in action 5:16-cv-01120;

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Authenticating Decl in Support of Motion for Class Certification

2

1    D.      DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF

2  STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS

3  WAGE AND HOUR CLAIMS; and

4    E.      Declaration Plaintiff Saša Maslic in Support of Motion for Default

5  Judgment for the within action.

6    I declare under penalty of perjury of the laws of the United States of America that

7  the foregoing is true and correct, and was executed by me on January 26, 2023, at Los

8  Gatos, California.

9

10

11

12  _____

13  William C. Dresser

14

15  Maslic_Vuzem\Pld\2023_01_25_AuthenticatingDeclaration

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Authenticating Decl in Support of Motion for Class Certification

3

Maslic, et al v ISM Vuzem, d.o.o., et al

US Dist Ct, ND California Action No.:  5:21-cv-02556-BLF

# EXHIBIT  A

## to Authenticating Declaration

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com

5

6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com

11
   Attorneys for Plaintiffs
12

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.          Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                              **DECLARATION OF RADMILO**
                  Plaintiffs,                   **BOZINOVIC, Ph.D., REGARDING CLASS**
18                                              **MEMBER DECLARATIONS IN SUPPORT**
                                                **OF PLAINTIFFS' MOTION FOR CLASS**
19         vs.                                  **CERTIFICATION**

20  EISENMANN SE, et al.                        Date:      June 4, 2020
                                                Times:     1:30 p.m.
21                Defendants.                   Ctrm:      8, 4th Floor
                                                Judge:     Honorable Lucy H. Koh
22

23

24

25

26

27

28

DocuSign Envelope ID: 1949900E-CC28-4B1D-A317-932412E11E54

I, RADMILO BOZINOVIC, Ph.D, declare as follows:

1.      I am over the age of 18 and am not a party to this action. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2.      I am both an NCSC-approved Master Level Court Interpreter and a practicing Registered Court Interpreter in California in the Serbo-Croatian language (Bosnian/Croatian/Serbian) (Registered Interpreter I.D. No. 700580). I have worked as a translator from 2006 through the present. I have provided Serbo-Croatian translation services in well over 500 separate legal cases. I am fluent in each of the four Serbo-Croatian dialects. I am also fluent in English. I am competent in translating English to Serbo-Croatian, and from Serbo-Croatian to English.

3.      Upon information and belief, Kristijan Antalašić completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Kristijan Antalašić's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Kristijan Antalašić's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Kristijan Antalašić.

4.      I then translated the draft English declaration of Kristijan Antalašić into a draft Serbo-Croatian declaration.

5.      On or about April 18, 2020, I spoke with Kristijan Antalašić by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Kristijan Antalašić. I answered any questions that Kristijan Antalašić asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Kristijan Antalašić if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

6.    I informed Kristijan Antalašić that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

7.    Attached hereto as Exhibit A is a true and correct signed copy of the Serbo-Croatian declaration that I read to Kristijan Antalašić, as edited after our conversation.

8.    Attached hereto as Exhibit B is Kristijan Antalašić's signed English declaration. Exhibit B is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit A.

9.    Upon information and belief, Sifet Dizdarević completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Sifet Dizdarević's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Sifet Dizdarević's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Sifet Dizdarević.

10.    I then translated the draft English declaration of Sifet Dizdarević into a draft Serbo-Croatian declaration.

11.    On or about April 19, 2020, I spoke with Sifet Dizdarević by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Sifet Dizdarević. I answered any questions that Sifet Dizdarević asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Sifet Dizdarević if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

12.    I informed Sifet Dizdarević that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

13.    Attached hereto as Exhibit C is a true and correct signed copy of the Serbo-Croatian declaration that I read to Sifet Dizdarević, as edited after our conversation.

DocuSign Envelope ID: 1949900E-CC28-4B1D-A317-933412E11514

14. Attached hereto as Exhibit D is Sifet Dizdarević's signed English declaration. Exhibit D is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit C.

15. Upon information and belief, Ivan Držaić completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Ivan Držaić's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Ivan Držaić's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Ivan Držaić.

16. I then translated the draft English declaration of Ivan Držaić into a draft Serbo-Croatian declaration.

17. On or about April 8, 2020, I spoke with Ivan Držaić by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Ivan Držaić. I answered any questions that Ivan Držaić asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Ivan Držaić if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

18. I informed Ivan Držaić that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

19. Attached hereto as Exhibit E is a true and correct signed copy of the Serbo-Croatian declaration that I read to Ivan Držaić, as edited after our conversation.

20. Attached hereto as Exhibit F is Ivan Držaić's signed English declaration. Exhibit F is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit E.

21. Upon information and belief, Robert Hernaus completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of

DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN
SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

William Dresser translated Robert Hernaus's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Robert Hernaus's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Robert Hernaus.

22.     I then translated the draft English declaration of Robert Hernaus into a draft Serbo-Croatian declaration.

23.     On or about April 10, 2020, I spoke with Robert Hernaus by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Robert Hernaus. I answered any questions that Robert Hernaus asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Robert Hernaus if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

24.     I informed Robert Hernaus that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

25.     Attached hereto as Exhibit G is a true and correct signed copy of the Serbo-Croatian declaration that I read to Robert Hernaus, as edited after our conversation.

26.     Attached hereto as Exhibit H is Robert Hernaus's signed English declaration. Exhibit H is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit G.

27.     Upon information and belief, Leopold Hubek completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Leopold Hubek's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Leopold Hubek's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Leopold Hubek.

DocuSign Envelope ID: 1949900F-CC28-4B1D-A317-933412FE1154

DocuSign Envelope ID: 1044900F-C62B-4B1B-A317-633412E11F54

28.     I then translated the draft English declaration of Leopold Hubek into a draft Serbo-Croatian declaration.

29.     On or about April 14, 2020, I spoke with Leopold Hubek by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Leopold Hubek. I answered any questions that Leopold Hubek asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Leopold Hubek if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

30.     I informed Leopold Hubek that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

31.     Attached hereto as Exhibit I is a true and correct signed copy of the Serbo-Croatian declaration that I read to Leopold Hubek, as edited after our conversation.

32.     Attached hereto as Exhibit J is Leopold Hubek's signed English declaration. Exhibit J is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit I.

33.     Upon information and belief, Davor Hudin completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Davor Hudin's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Davor Hudin's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Davor Hudin.

34.     I then translated the draft English declaration of Davor Hudin into a draft Serbo-Croatian declaration.

35.     On or about April 21, 2020, I spoke with Davor Hudin by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Davor Hudin. I answered any questions that Davor Hudin asked and made any changes to the Serbo-Croatian

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Davor Hudin if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

36.     I informed Davor Hudin that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

37.     Attached hereto as Exhibit K is a true and correct signed copy of the Serbo-Croatian declaration that I read to Davor Hudin, as edited after our conversation.

38.     Attached hereto as Exhibit L is Davor Hudin's signed English declaration. Exhibit L is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit K.

39.     Upon information and belief, Leon Hudoletnjak completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Leon Hudoletnjak's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Leon Hudoletnjak's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Leon Hudoletnjak.

40.     I then translated the draft English declaration of Leon Hudoletnjak into a draft Serbo-Croatian declaration.

41.     On or about April 10, 2020, I spoke with Leon Hudoletnjak by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Leon Hudoletnjak. I answered any questions that Leon Hudoletnjak asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Leon Hudoletnjak if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

42.     I informed Leon Hudoletnjak that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

43.     Attached hereto as Exhibit M is a true and correct signed copy of the Serbo-Croatian declaration that I read to Leon Hudoletnjak, as edited after our conversation.

44.     Attached hereto as Exhibit N is Leon Hudoletnjak's signed English declaration. Exhibit N is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit M.

45.     Upon information and belief, Elvis Košćak completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Elvis Košćak's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Elvis Košćak's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Elvis Košćak.

46.     I then translated the draft English declaration of Elvis Košćak into a draft Serbo-Croatian declaration.

47.     On or about April 8, 2020, I spoke with Elvis Košćak by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Elvis Košćak. I answered any questions that Elvis Košćak asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Elvis Košćak if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

48.     I informed Elvis Košćak that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

49.     Attached hereto as Exhibit O is a true and correct signed copy of the Serbo-Croatian declaration that I read to Elvis Košćak, as edited after our conversation.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

50. Attached hereto as Exhibit P is Elvis Košćak's signed English declaration. Exhibit P is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit O.

51. Upon information and belief, Marijan Lazar completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Marijan Lazar's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Marijan Lazar's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Marijan Lazar.

52. I then translated the draft English declaration of Marijan Lazar into a draft Serbo-Croatian declaration.

53. On or about April 18, 2020, I spoke with Marijan Lazar by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Marijan Lazar. I answered any questions that Marijan Lazar asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Marijan Lazar if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

54. I informed Marijan Lazar that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

55. Attached hereto as Exhibit Q is a true and correct signed copy of the Serbo-Croatian declaration that I read to Marijan Lazar, as edited after our conversation.

56. Attached hereto as Exhibit R is Marijan Lazar's signed English declaration. Exhibit R is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit Q.

57. Upon information and belief, Gregor Lešnik completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of

DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN
SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

William Dresser translated Gregor Lešnik's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Gregor Lešnik's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Gregor Lešnik.

58.     I then translated the draft English declaration of Gregor Lešnik into a draft Serbo-Croatian declaration.

59.     On or about April 17, 2020, I spoke with Gregor Lešnik by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Gregor Lešnik. I answered any questions that Gregor Lešnik asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Gregor Lešnik if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

60.     I informed Gregor Lešnik that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

61.     Attached hereto as Exhibit S is a true and correct signed copy of the Serbo-Croatian declaration that I read to Gregor Lešnik, as edited after our conversation.

62.     Attached hereto as Exhibit T is Gregor Lešnik's signed English declaration. Exhibit T is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit S.

63.     Upon information and belief, Vjeran Lončar completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Vjeran Lončar's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Vjeran Lončar's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Vjeran Lončar.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

64.     I then translated the draft English declaration of Vjeran Lončar into a draft Serbo-Croatian declaration.

65.     On or about April 8, 2020, I spoke with Vjeran Lončar by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Vjeran Lončar. I answered any questions that Vjeran Lončar asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Vjeran Lončar if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

66.     I informed Vjeran Lončar that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

67.     Attached hereto as Exhibit U is a true and correct signed copy of the Serbo-Croatian declaration that I read to Vjeran Lončar, as edited after our conversation.

68.     Attached hereto as Exhibit V is Vjeran Lončar's signed English declaration. Exhibit V is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit U.

69.     Upon information and belief, Saša Maslić completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Saša Maslić's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Saša Maslić's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Saša Maslić.

70.     I then translated the draft English declaration of Saša Maslić into a draft Serbo-Croatian declaration.

71.     On or about April 10, 2020, I spoke with Saša Maslić by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Saša Maslić. I answered any questions that Saša Maslić asked and made any changes to the Serbo-Croatian

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 1044900E-G93B-4B1D-A317-02B412E11514

1    declaration (and then to the English declaration) that he requested. After reading the entire

2    document, I asked Saša Maslić if he understood the document. He said yes. I asked him if

3    everything was correct and accurate to the best of his knowledge. Again, he said yes.

4         72.    I informed Saša Maslić that he would receive both a Serbo-Croatian and English

5    declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-

6    Croatian declaration.

7         73.    Attached hereto as Exhibit W is a true and correct signed copy of the Serbo-

8    Croatian declaration that I read to Saša Maslić, as edited after our conversation.

9         74.    Attached hereto as Exhibit X is Saša Maslić's signed English declaration. Exhibit X

10   is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation

11   of Exhibit W.

12        75.    Upon information and belief, Tomica Panić completed a questionnaire in Serbo-

13   Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of

14   William Dresser translated Tomica Panić's answers on his Serbo-Croatian questionnaire to

15   English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using

16   the translated answers from Tomica Panić's Serbo-Croatian questionnaire. In April 2020, I was

17   given electronic access to the draft English language declaration prepared for Tomica Panić.

18        76.    I then translated the draft English declaration of Tomica Panić into a draft Serbo-

19   Croatian declaration.

20        77.    On or about April 13, 2020, I spoke with Tomica Panić by telephone. During that

21   conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Tomica Panić.

22   I answered any questions that Tomica Panić asked and made any changes to the Serbo-Croatian

23   declaration (and then to the English declaration) that he requested. After reading the entire

24   document, I asked Tomica Panić if he understood the document. He said yes. I asked him if

25   everything was correct and accurate to the best of his knowledge. Again, he said yes.

26

27

28

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

78.     I informed Tomica Panić that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

79.     Attached hereto as Exhibit Y is a true and correct signed copy of the Serbo-Croatian declaration that I read to Tomica Panić, as edited after our conversation.

80.     Attached hereto as Exhibit Z is Tomica Panić's signed English declaration. Exhibit Z is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit Y.

81.     Upon information and belief, Stjepan Papeš completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Stjepan Papeš's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Stjepan Papeš's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Stjepan Papeš.

82.     I then translated the draft English declaration of Stjepan Papeš into a draft Serbo-Croatian declaration.

83.     On or about April 17, 2020, I spoke with Stjepan Papeš by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Stjepan Papeš. I answered any questions that Stjepan Papeš asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Stjepan Papeš if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

84.     I informed Stjepan Papeš that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

85.     Attached hereto as Exhibit AA is a true and correct signed copy of the Serbo-Croatian declaration that I read to Stjepan Papeš, as edited after our conversation.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

86.     Attached hereto as Exhibit BB is Stjepan Papeš's signed English declaration. Exhibit BB is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit AA.

87.     Upon information and belief, Željko Puljko completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Željko Puljko's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Željko Puljko's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Željko Puljko.

88.     I then translated the draft English declaration of Željko Puljko into a draft Serbo-Croatian declaration.

89.     On or about April 8, 2020, I spoke with Željko Puljko by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Željko Puljko. I answered any questions that Željko Puljko asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Željko Puljko if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

90.     I informed Željko Puljko that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

91.     Attached hereto as Exhibit CC is a true and correct signed copy of the Serbo-Croatian declaration that I read to Željko Puljko, as edited after our conversation.

92.     Attached hereto as Exhibit DD is Željko Puljko's signed English declaration. Exhibit DD is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit CC.

93.     Upon information and belief, Kristijan Rugani completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of

- 13 -

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

William Dresser translated Kristijan Rugani's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Kristijan Rugani's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Kristijan Rugani.

94.    I then translated the draft English declaration of Kristijan Rugani into a draft Serbo-Croatian declaration.

95.    On or about April 8, 2020, I spoke with Kristijan Rugani by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Kristijan Rugani. I answered any questions that Kristijan Rugani asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Kristijan Rugani if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

96.    I informed Kristijan Rugani that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

97.    Attached hereto as Exhibit EE is a true and correct signed copy of the Serbo-Croatian declaration that I read to Kristijan Rugani, as edited after our conversation.

98.    Attached hereto as Exhibit FF is Kristijan Rugani's signed English declaration. Exhibit FF is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit EE.

99.    Upon information and belief, Krunoslav Rugani completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Krunoslav Rugani's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Krunoslav Rugani's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Krunoslav Rugani.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

100.    I then translated the draft English declaration of Krunoslav Rugani into a draft Serbo-Croatian declaration.

101.    On or about April 17, 2020, I spoke with Krunoslav Rugani by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Krunoslav Rugani. I answered any questions that Krunoslav Rugani asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Krunoslav Rugani if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

102.    I informed Krunoslav Rugani that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

103.    Attached hereto as Exhibit GG is a true and correct signed copy of the Serbo-Croatian declaration that I read to Krunoslav Rugani, as edited after our conversation.

104.    Attached hereto as Exhibit HH is Krunoslav Rugani's signed English declaration. Exhibit HH is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit GG.

105.    Upon information and belief, Darko Šincek completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Darko Šincek's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Darko Šincek's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Darko Šincek.

106.    I then translated the draft English declaration of Darko Šincek into a draft Serbo-Croatian declaration.

107.    On or about April 7, 2020, I spoke with Darko Šincek by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Darko Šincek. I answered any questions that Darko Šincek asked and made any changes to the Serbo-Croatian

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   declaration (and then to the English declaration) that he requested. After reading the entire

2   document, I asked Darko Šincek if he understood the document. He said yes. I asked him if

3   everything was correct and accurate to the best of his knowledge. Again, he said yes.

4       108.    I informed Darko Šincek that he would receive both a Serbo-Croatian and English

5   declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-

6   Croatian declaration.

7       109.    Attached hereto as Exhibit II is a true and correct signed copy of the Serbo-Croatian

8   declaration that I read to Darko Šincek, as edited after our conversation.

9       110.    Attached hereto as Exhibit JJ is Darko Šincek's signed English declaration. Exhibit

10  JJ is, to the best of my knowledge and ability, a true and faithful, accurate, and complete,

11  translation of Exhibit II.

12      111.    Upon information and belief, David Štante completed a questionnaire in Serbo-

13  Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of

14  William Dresser translated David Štante's answers on his Serbo-Croatian questionnaire to English.

15  Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the

16  translated answers from David Štante's Serbo-Croatian questionnaire. In April 2020, I was given

17  electronic access to the draft English language declaration prepared for David Štante.

18      112.    I then translated the draft English declaration of David Štante into a draft Serbo-

19  Croatian declaration.

20      113.    On or about April 18, 2020, I spoke with David Štante by telephone. During that

21  conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to David Štante.

22  I answered any questions that David Štante asked and made any changes to the Serbo-Croatian

23  declaration (and then to the English declaration) that he requested. After reading the entire

24  document, I asked David Štante if he understood the document. He said yes. I asked him if

25  everything was correct and accurate to the best of his knowledge. Again, he said yes.

26

27

28

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

114.    I informed David Štante that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

115.    Attached hereto as Exhibit KK is a true and correct signed copy of the Serbo-Croatian declaration that I read to David Štante, as edited after our conversation.

116.    Attached hereto as Exhibit LL is David Štante's signed English declaration. Exhibit LL is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit KK.

117.    Upon information and belief, Nedeljko Živanić completed a questionnaire in Serbo-Croatian and returned it to Plaintiffs' counsel. Upon information and belief, The Law Offices of William Dresser translated Nedeljko Živanić's answers on his Serbo-Croatian questionnaire to English. Upon information and belief, Hunter Pyle Law prepared a draft English declaration using the translated answers from Nedeljko Živanić's Serbo-Croatian questionnaire. In April 2020, I was given electronic access to the draft English language declaration prepared for Nedeljko Živanić.

118.    I then translated the draft English declaration of Nedeljko Živanić into a draft Serbo-Croatian declaration.

119.    On or about April 16, 2020, I spoke with Nedeljko Živanić by telephone. During that conversation, I read the draft Serbo-Croatian declaration, paragraph by paragraph, to Nedeljko Živanić. I answered any questions that Nedeljko Živanić asked and made any changes to the Serbo-Croatian declaration (and then to the English declaration) that he requested. After reading the entire document, I asked Nedeljko Živanić if he understood the document. He said yes. I asked him if everything was correct and accurate to the best of his knowledge. Again, he said yes.

120.    I informed Nedeljko Živanić that he would receive both a Serbo-Croatian and English declaration by DocuSign and that the English declaration would be a translated copy of his Serbo-Croatian declaration.

121.    Attached hereto as Exhibit MM is a true and correct signed copy of the Serbo-Croatian declaration that I read to Nedeljko Živanić, as edited after our conversation.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

122.    Attached hereto as Exhibit NN is Nedeljko Živanić's signed English declaration. Exhibit NN is, to the best of my knowledge and ability, a true and faithful, accurate, and complete, translation of Exhibit MM.

123.    I concur in the filing of this document in the above-captioned matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on ___4/22/2020___, at [City] ___San Jose, CA___, [Country], ___USA___.


DocuSigned by:

*Radmilo Bozinovic*

9AA552D6DF054F6...

RADMILO BOZINOVIC, Ph.D.

**DECLARATION OF RADMILO BOZINOVIC REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT A

1 | **WILLIAM C. DRESSER, SBN 104375**
2 | LAW OFFICES OF WILLIAM C. DRESSER
   | 4 North Second Street, Suite 1230
3 | San Jose, California 95113
   | Telephone: (408) 279-7529
4 | Facsimile: (408) 298-3306
   | Email: loofwcd@aol.com
5 |
6 | **HUNTER PYLE, SBN 191125**
   | **KATHERINE FIESTER, SBN 301316**
7 | HUNTER PYLE LAW
   | 428 Thirteenth Street, 11th Floor
8 | Oakland, California 94612
   | Telephone: (510) 444-4400
9 | Facsimile: (510) 444-4410
   | Emails: hunter@hunterpylelaw.com
10 |          kfiester@hunterpylelaw.com
11 |
   | Attorneys for Plaintiff and similarly situated
12 | aggrieved employees
13 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>        Plaintiffs,<br><br>     vs.<br><br>EISENMANN SE, et al.<br><br>        Defendants. | Case No.: 5:16-cv-01120-LHK (SVK)<br><br>**CROATIAN DECLARATION OF KRISTIJAN ANTALASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Ja, KRISTIJAN ANTALAŠIĆ, izjavljujem:

1.   Imenovan sam kao član klase u gore navedenom sudskom postupku.

2.   Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3.   Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u studenom (XI) 2014. g.

4.   Prestao sam raditi za Vuzem otprilike u listopadu (X) 2016. g.

5.   Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od 5. svibnja (V) 2015. do 20. prosinca (XII) 2015., obavljajući građevinske poslove.

6.   Znam za oko 140 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

7.   Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od oko 630 eura. Nisam dobijao nikakav dodatak na ime prekovremenog rada.

8.   Radio sam skoro svaki dan u tvornici Tesla.

9.   Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Milpitasu.

10.   Rečeno mi je od strane poslovođe da moam biti spreman za službeni Vuzemov kombi u otprilike 45  minuta prije početka radnog vremena svakog dana. Taj kombi me je vozio od stana u Milpitasu da tvornice Tesla. Svakog dana otprilike 45  minuta prije početka radnog vremena sam stajao ispred stambene zgrade u Milpitasu spreman za Vuzemov kombi.

11.   Nikada nisam sam vozio. Nikada nisam video nijednog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

12.   Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajalo je najmanje 30 minuta.

**IZJAVA KRISTIJAN ANTALASIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

13.    Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag

14.    Moja uobičajena radna smjena je bila: od ponedeljka do subote, kad je radno vrijeme obično počinjalo oko 7:00 i završavalo se oko 18:00. Ponekad sam radio i nedjeljom, i to obično od 7:00 do oko 13:00. Radio sam i noćnu smjenu, tokom prva tri mjeseca rada u tvornici Tesla, i tada mi je radno vrijeme bilo otprilike od 19:00 do 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.    Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.    Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor radi obroka svaki put kada bi radli više od 10 sati dnevno.

17.    Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

18.    Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

19.    Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/21/2020
_____    Toledo _____    Ohio _____
Datum                                     Mjesto                              Država

KRISTIJAN ANTALASIC

**IZJAVA KRISTIJAN ANTALASIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT B

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com
5
6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees
13                **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
15
16 UNITED STATES OF AMERICA, ex rel.      Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                         **DECLARATION OF KRISTIJAN**
                  Plaintiffs,             **ANTALASIC IN SUPPORT OF**
18                                         **PLAINTIFFS' MOTION FOR CLASS**
                                           **CERTIFICATION**
19        vs.
20 EISENMANN SE, et al.
21                Defendants.
22
23
24
25
26
27
28

────────────────────────────────────────────────

DECLARATION OF KRISTIJAN ANTALASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

DocuSign Envelope ID: 79516853-6289-4E58-A984-1FA9EAB25864

I, KRISTIJAN ANTALASIC, declare:

1.      I am a member of the Class in the above-captioned matter.

2.      The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.      I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately November 2014.

4.      I stopped working for Vuzem in approximately October 2016.

5.      I worked for Vuzem at the Tesla plant located in Fremont, California from approximately May 5, 2015 to December 20, 2015.  During that time I did construction work.

6.      I was aware of about 140 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia-Herzegovina, Croatia, Serbia, and Slovenia.

7.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 630 Euros per month. I was not paid separately for overtime.

8.      I worked almost every day at the Tesla plant.

9.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Milpitas.

10.     I was told by my supervisor that I had to be ready for the official Vuzem van approximately 45 minutes before work every day. That van took me from the apartment in Milpitas to the Tesla plant.  Every day I showed up in front of the apartment building approximately 45 minutes before work to take the Vuzem van.

11.     I never drove on my own.  I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of

**DECLARATION OF KRISTIJAN ANTALASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   the day.

2       13.    I was not paid for the commute process including the time that I was required to

3   spend in the Vuzem van commuting to and from the Tesla plant.

4       14.    My normal shift was as follows:  Monday to Saturday from approximately 7:00 to

5   18:00. Sometimes I worked on Sundays from approximately 7:00 to 13:00. I worked the night shift

6   the first three months I worked at the Tesla plant. During that time I worked from approximately

7   19:00 to 6:00 the next morning. During my shifts, I observed the other Vuzem workers who I

8   worked with working the same number of hours that I worked.

9       15.    I was not paid time and a half for hours worked over eight hours in a day or over 40

10  hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I

11  worked seven consecutive days.

12      16.    I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal

13  period each day that I worked more than 10 hours.  I never saw any of my co-workers take a

14  second meal break when they worked more than 10 hours.

15      17.    I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest

16  break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third

17  rest break when they worked more than 10 hours.

18      18.    During the time that I worked at the Tesla plant I did not receive any documents that

19  showed the actual number of hours that I worked.

20      19.    To date, Vuzem has not paid me all of the wages that I am owed.  For example, I

21  have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent

22  travelling from apartment in Milpitas to the Tesla plant.

23      I declare under penalty of perjury of the laws of the United States of America that the

24  foregoing is true and correct, and was executed by me on _____4/21/2020_____, at

25  [City] ___Toledo_____, [Country], ___Ohio_____.

26

27   

28   KRISTIJAN ANTALASIC

- 2 -

**DECLARATION OF KRISTIJAN ANTALASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT C

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com
5
6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees
13                 **UNITED STATES DISTRICT COURT**
14               **NORTHERN DISTRICT OF CALIFORNIA**
15
16 UNITED STATES OF AMERICA, ex rel.       Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                          **CROATIAN DECLARATION OF SIFET**
                                            **DIZDAREVIC IN SUPPORT OF**
18            Plaintiffs,                   **PLAINTIFFS' MOTION FOR CLASS**
                                            **CERTIFICATION**
19      vs.
20 EISENMANN SE, et al.
21            Defendants.
22
23
24
25
26
27
28

DocuSign Envelope ID: 62B86D1A-A541-4F02-A4B6-06A60A9155BA

Ja, SIFET DIZDAREVIĆ, izjavljujem:

1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u siječnju (I) 2012. g.

4. Prestao sam raditi za Vuzem otprilike u prosincu (XII) 2019. g.

5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od siječnja (I) 2015. do srpnja (VII) 2015., obavljajući građevinske poslove.

6. Znam za više od 150 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 750 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8. Radio sam skoro svaki dan u tvornici Tesla,  čak i kada sam bio bolestan.

9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Milpitasu.

10. Rečeno mi je od strane nadzornika Roberta Vuzema i drugih da moram biti spreman za službeni Vuzemov kombi u 6:15 svakog jutra. Taj kombi me je vozio od stana u Milpitasu da tvornice Tesla. Svakog jutra u 6:15 sam stajao ispred stambene zgrade u Milpitasu spreman za Vuzemov kombi.  Kada bih radio u noćnoj smjeni, morao bih biti spreman za Vuzemov kombi oko 18:15.

11. Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

**IZJAVA SIFET DIZDAREVIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

12.     Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.     Moja uobičajeno radno vrijeme je bilo: od ponedjeljka do subote otprilike od 7:00 do 18:00 (ponekad i do 19:00), i nedjeljom otprilike od 7:00 do 15:00. Radio sam i noćnu smjenu, otprilike u periodu od tri sedmice, i tada mi je radno vrijeme bilo otprilike od 19:00 do 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor radi obroka svaki put kada bi radli više od 10 sati dnevno.

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla i nazad.

**IZJAVA SIFET DIZDAREVIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/21/2020                    Toledo                    Ohio
_____            _____         _____
Datum                        Mjesto                    Država


SIFET DIZDAREVIC

IZJAVA SIFET DIZDAREVIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

# EXHIBIT D

1    **WILLIAM C. DRESSER, SBN 104375**
     LAW OFFICES OF WILLIAM C. DRESSER
2    4 North Second Street, Suite 1230
     San Jose, California 95113
3    Telephone: (408) 279-7529
     Facsimile: (408) 298-3306
4    Email: loofwcd@aol.com

5

6    **HUNTER PYLE, SBN 191125**
     **KATHERINE FIESTER, SBN 301316**
7    HUNTER PYLE LAW
     428 Thirteenth Street, 11th Floor
8    Oakland, California 94612
     Telephone: (510) 444-4400
9    Facsimile: (510) 444-4410
     Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com

11

12   Attorneys for Plaintiff and similarly situated
     aggrieved employees

13                   **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16   UNITED STATES OF AMERICA, ex rel.      Case No.: 5:16-cv-01120-LHK (SVK)
     GREGOR LESNIK; STJEPAN PAPES,
17                                          **DECLARATION OF SIFET DIZDAREVIC**
               Plaintiffs,                  **IN SUPPORT OF PLAINTIFFS' MOTION**
18                                          **FOR CLASS CERTIFICATION**

19         vs.

20   EISENMANN SE, et al.

21             Defendants.

22

23

24

25

26

27

28

     ────────────────────────────────────────────────────
     **DECLARATION OF SIFET DIZDAREVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
     CERTIFICATION**

DocuSign Envelope ID: 62B86D1A-A544-4E02-A4B6-86160A8155BA

1    I, SIFET DIZDAREVIC, declare:

2    1.    I am a member of the Class in the above-captioned matter.

3    2.    The matters stated in this declaration are known to me personally and I could

4    competently testify to them, except as to those matters that are stated on information and belief,

5    which, as to those matters, I believe to be true.

6    3.    I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately January 2012.

7    4.    I stopped working for Vuzem in approximately December 2019.

8    5.    I worked for Vuzem at the Tesla plant located in Fremont, California from

9    approximately January 2015 to July 2015.  During that time I did construction work.

10   6.    I was aware of more than 150 other Vuzem workers who worked at the Tesla plant.

11   The workers I knew came from Bosnia and Herzegovina, Croatia, Serbia and Slovenia.

12   7.    During the time that I worked for Vuzem at the Tesla plant located in Fremont,

13   California, I was paid a flat rate per month as follows: approximately 750 Euros per month. I was

14   not paid separately for overtime.

15   8.    I worked almost every day at the Tesla plant, even when I was sick.

16   9.    During the time that I worked for Vuzem at the Tesla plant located in Fremont,

17   California, I stayed at an apartment in Milpitas.

18   10.   I was told by Robert Vuzm and others that I had to be ready for the official Vuzem

19   van at 06:15 am every day. That van took me from the apartment in Milpitas to the Tesla plant.

20   Every day I showed up in front of the apartment building at 06:15 am to take the Vuzem van.

21   When I worked the night shift, I had to be ready for the Vuzem van at approximately 18:15.

22   11.   I was required to travel to and from the Tesla plant in the Vuzem van.  I was not

23   allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I

24   never saw any of my co-workers drive on their own or take any other transportation to or from the

25   Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

26   //

27   //

28

- 1 -
**DECLARATION OF SIFET DIZDAREVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12. The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13. I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14. My normal shift was as follows: Monday to Saturday from approximately 7:00 to 18:00, and sometimes 19:00, and on Sunday from approximately 07:00 to 15:00. I worked the night shift for approximately three weeks. During this time I worked approximately from 19:00 to 6:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15. I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week. I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16. When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort. I was not allowed to leave the plant for any purpose.

17. I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours. I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18. I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours. I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19. During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20. To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from the apartment in Milpitas to the Tesla plant.

**DECLARATION OF SIFET DIZDAREVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 62B86D1A-A544-4F02-A4B6-86106A9155BA

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on _4/21/2020_____, at

3    [City] _Toledo_____, [Country], _Ohio_____.

4

5    SIFET DIZDAREVIC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SIFET DIZDAREVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT E

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
         kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **CROATIAN DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1   Ja, IVAN DRŽAIĆ, izjavljujem:

2       1.    Imenovan sam kao član klase u gore navedenom sudskom postupku.

3       2.    Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o

4   tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje

5   smatram da su istiniti.

6       3.    Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u prosincu (XII) 2011.

7       4.    Prestao sam raditi za Vuzem otprilike u travnju (IV) 2017. g.

8       5.    Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija,

9   otprilike od listopada (X) 2014. do travnja (IV) 2016., obavljajući montersko-građevinske poslove.

10      6.    Znam za oko 150 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

11  koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

12      7.    Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

13  paušalna mjesečna plaća, u prosječnom iznosu od oko 700 eura. Nisam dobijao nikakav dodatak na

14  ime prekovremeneog rada.

15      8.    Radio sam skoro svaki dan u tvornici Tesla, čak i kada sam bio bolestan ili

16  ozlijeđen.

17      9.    Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

18  stanu u Fremont-u.

19      10.    Rečeno mi je od strane nadzornika smjene da moram biti spreman za službeni

20  Vuzemov kombi 40 minuta prije početka radnog vremena svakog jutra. Taj kombi me je vozio od

21  stana u Fremont-u do tvornice Tesla. Svakog jutra, 40 minuta prije početka radnog vremena, stajao

22  sam ispred stambene zgrade u Fremont-u spreman za Vuzemov kombi.

23      11.    Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije

24  mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam

25  sam vozio. Nikada nisam video nijednog od mojih kolega-suradnika sa posla da voze bilo sami ili

26  da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze

27  Vuzemovim kombijem, baš kao i ja.

28

**IZJAVA IVANA DRŽAICA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

1      12.    Proces prijevoza od stana u Fremont-u do tvornice Tesla trajao je najmanje 30

2    minuta,. Proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je

3    najmanje 30 minuta.

4      13.    Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u

5    procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

6      14.    Moja uobičajena radna smjena je bila: od ponedjeljka do nedjelje. Radno vrijeme je

7    obično počinjalo oko 7:00  i završavalo se oko 18:00, ponekad i do 19:00. Dok sam radio noćnu

8    smjenu, u trajanju od otprilike 7 mjeseci u 2015. g., radio bih obično od 19:00 do 7:00 idućeg jutra.

9    Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj

10   sati kao i ja.

11     15.    Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno

12   ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12

13   sati na dan ili kada sam radio sedam dana uzastopno.

14     16.    Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve

15   vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom

16   osnovu.

17     17.    Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez

18   prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog

19   od mojih suradnika da koriste drugi odmor radi obroka, svaki put kada bi radli više od 10 sati

20   dnevno.

21     18.    Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez

22   prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nijednog od mojih

23   suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

24     19.    Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi

25   posvjedočila o stvarnom broju sati koje sam radio.

26     20.    Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije

27   mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još

28

IZJAVA IVANA DRŽAICA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

1  isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla

2  i nazad.

3     Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da

4  je sve gore navedeno točno i istinito, i potpisujem :

5  4/19/2020                        Greer                            South Carolina

6  _____           _____           _____
   Datum                            Mjesto                           Država

7

8                                   _____
                                    IVAN DRŽAIĆ

9

**IZJAVA IVANA DRŽAICA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT F

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
        kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>        Plaintiffs,<br><br>    vs.<br><br>EISENMANN SE, et al.<br><br>        Defendants. | Case No.: 5:16-cv-01120-LHK (SVK)<br><br>**DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, IVAN DRZAIC, declare:

1.    I am a member of the Class in the above-captioned matter.

2.    The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.    I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately December 2011.

4.    I stopped working for Vuzem in approximately April 2017.

5.    I worked for Vuzem at the Tesla plant located in Fremont, California from approximately October 2014 to April 2016. During that time I did construction work.

6.    I was aware of about 150 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia, Croatia, Serbia, and Slovenia.

7.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month which averaged 700 Euros per month. I was not paid separately for overtime.

8.    I worked almost every day at the Tesla plant, even when I was sick or injured.

9.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10.    I was told by my shift supervisor that I had to be ready for the official Vuzem van forty minutes before my shift every day. That van took me from the apartment in Fremont to the Tesla plant.  Every day I showed up in front of the apartment building forty minutes before my shift to take the Vuzem van.

11.    I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

**DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.      I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows:  Monday to Sunday from approximately 7:00 to 18:00 and occasionally 19:00. When I worked the night shift for approximately seven months during 2015 I usually worked from 19:00 to 7:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

**DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 504D2829-7383-42C8-A535-23C6AD21519C

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on ____4/19/2020____, at

3    [City] ____Greer____, [Country], ____South carolina____.

4

5

6                                    _____
                                      IVAN DRZAIC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

# EXHIBIT G

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
           kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ex rel.
GREGOR LESNIK; STJEPAN PAPES,

                    Plaintiffs,

          vs.

EISENMANN SE, et al.

                    Defendants.

Case No.: 5:16-cv-01120-LHK (SVK)

**CROATIAN DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Ja, ROBERT HERNAUS, izjavljujem:

1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u kolovozu (VIII) 2014.

4. Prestao sam raditi za Vuzem otprilike u srpnju (VII) 2015.

5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od studenog (XI) 2014. do svibnja (V) 2015. Za to vrijeme radio sam građevinske poslove u svojstvu montera-bravara za Vuzem.

6. Znam za oko 120 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Mađarske, Hrvatske i Slovenije.

7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 789.15 eura mjesečno. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8. Radio sam skoro svaki dan u tvornici Tesla.

9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u mjestu Milpitas u Kaliforniji.

10. Rečeno mi je od strane mog poslovođe Davorina Hull-a, da moram biti spreman za službeni Vuzemov kombi između 6:00 i 6:10 svakog jutra. Taj kombi me je vozio od stana u Milpitasu do tvornice Tesla. Svakog jutra između 6:00 i 6:10 sam stajao ispred stambene zgrade spreman za Vuzemov kombi.

11. Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio. Nikada nisam video nijednog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

**IZJAVA ROBERTA HERNAUSA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: 69425D48-4340-435A-BF20-130528BEA74B

12.    Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta, i proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

13.    Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza do tvornice Tesla i natrag.

14.    Moja uobičajena radna smjena je bila: od ponedjeljka do subote. Također bih radio i svaku drugu nedjelju. Radno vrijeme je obično počinjalo oko 7:00 i završavalo se oko 18:00, a nedjeljom otprilike od 7:00 - 15:00. Radio sam i u noćnoj smjeni, otprilike u periodu od 19. II 2015. do 9. III 2015. Kada sam radio noćnu smjenu, radno vrijeme mi je bilo od 17:00 do 4:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.    Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad kada sam radio sedam dana uzastopno.

16.    Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.    Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog od mojih suradnika da koriste drugi odmor radi obroka, svaki put kada bi radli više od 10 sati dnevno.

18.    Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nijednog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19.    Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.    Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još

**IZJAVA ROBERTA HERNAUSA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

1   isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla i
2   natrag.
3       Izjavljujem pod teretom krivokletstva, a skladu sa zakonima SAD, da je sve gore navedeno
4   točno i istinito, i potpisujem :

5   _____        _____        _____
    4/18/2020                        Loka pri Zusmu                    SLOVENIJA
6   Datum                            Mjesto                            Država
7

8
                                     _____
9                                    ROBERT HERNAUS
10

**IZJAVA ROBERTA HERNAUSA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT H

1 **WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
2 4 North Second Street, Suite 1230
San Jose, California 95113
3 Telephone: (408) 279-7529
Facsimile: (408) 298-3306
4 Email: loofwcd@aol.com

5

6 **HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
7 HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
8 Oakland, California 94612
Telephone: (510) 444-4400
9 Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com

11

12 Attorneys for Plaintiff and similarly situated
aggrieved employees

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15

16 UNITED STATES OF AMERICA, ex rel.        Case No.: 5:16-cv-01120-LHK (SVK)
GREGOR LESNIK; STJEPAN PAPES,
17                                          **DECLARATION OF ROBERT HERNAUS IN**
                                            **SUPPORT OF PLAINTIFFS' MOTION FOR**
18              Plaintiffs,                 **CLASS CERTIFICATION**

19        vs.

20 EISENMANN SE, et al.

21              Defendants.

22

23

24

25

26

27

28

  **DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS**
                              **CERTIFICATION**

I, ROBERT HERNAUS, declare:

1.    I am a member of the Class in the above-captioned matter.

2.    The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.    I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately August 2014.

4.    I stopped working for Vuzem in approximately July 2015.

5.    I worked for Vuzem at the Tesla plant located in Fremont, California from approximately November 2014 to May 2015.  During that time I worked did construction work for Vuzem.

6.    I was aware of about 120 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Hungary, Croatia and Slovenia.

7.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 789.15 Euros per month. I was not paid separately for overtime.

8.    I worked almost every day at the Tesla plant.

9.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Milpitas, California.

10.    I was told by supervisor, Davorin Hull, that I had to be ready for the official Vuzem van between 6:00 a.m. and 6:10 a.m. every day. That van took me from the apartment in Milpitas to the Tesla plant.  Every day I showed up in the parking lot in front of the apartment building each morning between 6:00 a.m. and 6:10 a.m. to take the Vuzem van.

11.    I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw my co-workers taking the Vuzem van, just like me.

- 1 -
**DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 69425D48-4340-435A-BF29-130528BEA74B

12. The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13. I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14. My normal shift was as follows:  Monday to Saturday. I also worked approximately every other Sunday. From Monday through Saturday, I started work at approximately 7:00 and ended at approximately 18:00. On Sunday, I started work at approximately 7:00 and ended at approximately 15:00. I worked the night shift from approximately 2/19/15 to 3/9/2015. When I worked the night shift, I started work at 17:00 and ended at 4:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15. I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked seven consecutive days.

16. When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17. I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18. I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19. During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20. To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid for all hours worked or any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Milpitas to the Tesla plant.

**DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 69425D48-4340-435A-BF29-130528BEA34B

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on ___4/18/2020_____, at

3    [City] __Loka pri Zusmu_____, [Country], __SLOVENIJA_____.

4

5    _____

6    ROBERT HERNAUS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT I

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
          kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **CROATIAN DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Ja, LEOPOLD HUBEK, izjavljujem:

1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u veljači (II) 2014. g.

4. Prestao sam raditi za Vuzem otprilike u prosincu (XII) 2016. g.

5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike tokom perioda od studenog (XI) 2014. do kolovoza (VIII) 2015., u rasponima od po 3 mjeseca, obavljajući građevinske poslove.

6. Znam za oko 120 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Grčke, Mađarske, Srbije, Slovačke i Slovenije.

7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 550 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8. Radio sam skoro svaki dan u tvornici Tesla, čak i kada sam bio bolestan ili ozlijeđen. Vuzem mi je jasno stavio do znanja da će Vuzem poslati radnike natrag u domovinu o sopstvenom trošku ako budu izostajali s posla.

9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Fremont-u.

10. Rečeno mi je od strane Vuzema da moram biti spreman za službeni Vuzemov kombi u 6:25 svakog jutra. Taj kombi me je vozio od stana u Fremont-u da tvornice Tesla. Svakog jutra u 6:25 sam stajao ispred stambene zgrade spreman za Vuzemov kombi.

11. Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio. Nikada nisam video nijednog od mojih kolega-suradnika sa posla da voze bilo sami ili

- 1 -

**IZJAVA LEOPOLDA HUBEKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

12.   Proces prijevoza od stana u Fremont-u do tvornice Tesla trajalo je u prosjeku 30 minuta,. Proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je u prosjeku 30 minuta.

13.   Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.   Moja uobičajena radna smjena je bila: od ponedjeljka do nedjelje. Od ponedjeljka do subote, radno vrijeme je obično počinjalo oko 7:00  i završavalo se oko 18:00. Nedjeljom sam obično radio od 7:00 - 13:00. Radio sam i noćnu smjenu tokom prva 3 mjeseca, otprilike u periodu od studenog (XI) 2014. do siječnja (I) 2015., i tada mi je radno vrijeme bilo otprilike od  19:00 do 7:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.   Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.   Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.   Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.

18.   Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.

19.   Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.   Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još

**IZJAVA LEOPOLDA HUBEKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/21/2020
_____
Datum

VARAZDIN
_____
Mjesto

CROATIA
_____
Država

Leopold Hubek
383D8AFC11A1419...
_____
LEOPOLD HUBEK

**IZJAVA LEOPOLDA HUBEKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT J

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
         kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, | Case No.: 5:16-cv-01120-LHK (SVK) |
| Plaintiffs, | **DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| EISENMANN SE, et al. | |
| Defendants. | |

I, LEOPOLD HUBEK, declare:

1.    I am a member of the Class in the above-captioned matter.

2.    The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.    I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately February 2014.

4.    I stopped working for Vuzem in approximately December 2016.

5.    I worked for Vuzem at the Tesla plant located in Fremont, California from approximately November 2014 to August 2015 for approximately three months at a time.  During that time I did construction work.

6.    I was aware of about 120 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia and Herzegovina, Croatia, Greece, Hungary, Serbia, Slovakia, and Slovenia.

7.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate as follows: approximately 550 Euros per month. I was not paid separately for overtime.

8.    I worked almost every day at the Tesla plant, even when I was sick or injured. Vuzem made it clear that Vuzem would send workers back to their country at their own expense if they missed work.

9.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10.   I was told by Vuzem that I had to be ready for the official Vuzem van at 06:25 a.m. every day. That van took me from the apartment in Fremont to the Tesla plant.  Every day I showed up in front of the apartment building at 06:25 a.m. to take the Vuzem van. When I worked the night shift, I was told to be ready for the Vuzem van to pick me up at 18:25.

**DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

11.     I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant.  The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.      I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows:  Monday to Sunday. From Monday through Saturday, I started work at approximately 7:00 and ended at approximately 18:00.  On Sunday, I started work at approximately 7:00 and ended at approximately 13:00. I worked the night shift during the first three months, from approximately November 2014 to January 2015. During this time, I worked from approximately 19:00 to 7:00 the next morning every day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

**DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

20. To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on ___4/21/2020___, at [City] _varazdin_, [Country], _Croatia_.

_leopold Hubek_
LEOPOLD HUBEK

**DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT K

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com
5
6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees
13                 **UNITED STATES DISTRICT COURT**
14               **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| 16  UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, | Case No.: 5:16-cv-01120-LHK (SVK) |
| 17 | **CROATIAN DECLARATION OF DAVOR** |
| 18          Plaintiffs, | **HUDIN IN SUPPORT OF PLAINTIFFS'** |
| | **MOTION FOR CLASS CERTIFICATION** |
| 19      vs. | |
| 20  EISENMANN SE, et al. | |
| 21          Defendants. | |
| 22 | |

23
24
25
26
27
28

1    Ja, DAVOR HUDIN, izjavljujem:

2       1.    Imenovan sam kao član klase u gore navedenom sudskom postupku.

3       2.    Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o

4    tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje

5    smatram da su istiniti.

6       3.    Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u srpnju (VII) 2013.

7       4.    Prestao sam raditi za Vuzem otprilike u siječnju (I) 2016. g.

8       5.    Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, ukupno

9    oko devet mjeseci, u rasponima od po tri mjeseca tokom perioda od otprilike siječnja (I) 2015. do

10   siječnja (I) 2016. Za to vrijeme obavljao sam građevinske poslove u svojstvu montera.

11      6.    Znam za oko 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

12   koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Slovenije i Srbije.

13      7.    Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

14   paušalna mjesečna plaća, u iznosu od oko 750 eura. Nisam dobijao nikakav dodatak na ime

15   prekovremeneog rada.

16      8.    Radio sam skoro svaki dan u tvornici Tesla, čak i kada sam bio bolestan. Rečeno mi

17   je da neću biti plaćen ako ne budem išao na posao zbog bolesti ili ozlijede.

18      9.    Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

19   stanu u mjestu Milpitas.

20      10.   Rečeno mi je od strane poslodavca da moram biti spreman za službeni Vuzemov

21   kombi u 6:15 svakog jutra. Taj kombi me je vozio od stana u Milpitasu da tvornice Tesla. Svakog

22   jutra sam stajao ispred stambene zgrade u 6:15 spreman za Vuzemov kombi. Jedno vrijeme tokom

23   rada bilo mi je naloženo biti šofer, vozeći kolege Vuzemovim kombijem do posla i natrag. Kada sam

24   radio ui noćnoj smjeni, morao bih biti spreman za prijevoz Vuzemovim kombijem oko 17:15.

25      11.   Bilo je obvezatno putovati do tvornice Tesla i natrag isključivo Vuzemovim

26   kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag.

27   Nikada nisam video nijednog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim

28

**IZJAVA DAVOR HUDIN U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: A30EE9EE-A662-451E-9F28-27B6C28F7BEDE

prijevozom do tvornice Tesla i natrag. Naprotiv, svi su se oni vozili Vuzemovim kombijem, baš kao i ja.

12.     Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag

14.     Moja uobičajena radna smjena je bila: od ponedeljka do subote, kad je radno vrijeme bilo otprilike od 7:00 do 18:00, a često i nedjeljom, i tad bi radno vrijeme bilo otprilike od 7:00 do 15:00. Kada sam radio noćnu smjenu, u periodu od oko 2 mjeseca, radio bih otprilike od 18:00 do 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog od mojih suradnika da koriste drugi, 30-minutni odmor bez prekida radi obroka, svaki put kada bi radli više od 10 sati dnevno.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nijednog od mojih suradnika da se koriste treći, 10-minutni odmor bez prekida svaki put kada bi radli više od 10 sati dnevno.

18.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

19.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla i natrag.

IZJAVA DAVOR HUDIN U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/20/2020

Datum

Mali Okič

Mjesto

Slovenia

Država

DAVOR HUDIN

IZJAVA DAVOR HUDIN U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

# EXHIBIT L

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
        kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **DECLARATION OF DAVOR HUDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, DAVOR HUDIN, declare:

1.      I am a member of the Class in the above-captioned matter.

2.      The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.      I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately July 2013.

4.      I stopped working for Vuzem in approximately in January 2016.

5.      I worked for Vuzem at the Tesla plant located in Fremont, California for three months at a time from approximately January 2015 to January 2016, for a total of nine months. During that time I did construction work.

6.      I was aware of about 100 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia and Herzegovina, Croatia, Slovenia, and Serbia.

7.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 750 Euros per month. I was not paid separately for overtime.

8.      I worked almost every day at the Tesla plant, even when I was sick.  I was told that I would not get paid if I did not go to work when I was sick or injured.

9.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Milpitas.

10.     I was told by my employer  that I had to be ready for the official Vuzem van at 06:15 am every day. That van took me from the apartment in Milpitas to the Tesla plant.  Every day I showed up in front of the apartment building at 06:15 am to take the Vuzem van. For some periods throughout my employment I was required to drive my colleagues in the Vuzem van to and from work. When I worked the night shift, I showed up at approximately 17:15 to take the Vuzem van.

11.     I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never saw any of my co-

- 1 -
**DECLARATION OF DAVOR HUDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw my co-workers taking the Vuzem van, just like me.

12.    The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took approximately 30 minutes from the Tesla plant to the apartment at the end of the day.

13.    I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.    My normal shift was as follows:  Monday to Saturday from approximately 7:00 to 18:00, and on most Sundays from approximately 7:00 to 15:00. When I worked the night shift for approximately two months. During this time, I worked from approximately 18:00 to 6:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.    I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.    I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

17.    I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

18.    During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

19.    To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Milpitas to the Tesla plant.

**DECLARATION OF DAVOR HUDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on _4/20/2020_____, at

3    [City] _Mali Okic_____, [Country], _Slovenia_____.

4

5    DocuSigned by:

6    _____
     E07189628FAC484...
     DAVOR HUDIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DAVOR HUDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT M

1    **WILLIAM C. DRESSER, SBN 104375**
     LAW OFFICES OF WILLIAM C. DRESSER
2    4 North Second Street, Suite 1230
     San Jose, California 95113
3    Telephone: (408) 279-7529
     Facsimile: (408) 298-3306
4    Email: loofwcd@aol.com

5

6    **HUNTER PYLE, SBN 191125**
     **KATHERINE FIESTER, SBN 301316**
7    HUNTER PYLE LAW
     428 Thirteenth Street, 11th Floor
8    Oakland, California 94612
     Telephone: (510) 444-4400
9    Facsimile: (510) 444-4410
     Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com

11
     Attorneys for Plaintiff and similarly situated
12   aggrieved employees

13                    **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16   UNITED STATES OF AMERICA, ex rel.      Case No.: 5:16-cv-01120-LHK (SVK)
     GREGOR LESNIK; STJEPAN PAPES,
17                                           **CROATIAN DECLARATION OF LEON**
                  Plaintiffs,                **HUDOLDETNJAK IN SUPPORT OF**
18                                           **PLAINTIFFS' MOTION FOR CLASS**
                                             **CERTIFICATION**
19           vs.

20   EISENMANN SE, et al.

21                Defendants.

22

23

24

25

26

27

28

     CROATIAN DECLARATION OF LEON HUDOLETNJAK IN SUPPORT OF PLAINTIFFS' MOTION FOR
                                   CLASS CERTIFICATION

1  Ja, LEON HUDOLETNJAK, izjavljujem:

2  1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

3  2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o

4  tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje

5  smatram da su istiniti.

6  3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u siječnju (I) 2013.

7  4. Prestao sam raditi za Vuzem otprilike u travnju (IV) 2016.

8  5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija,

9  otprilike od siječnja (I) do svibnja (V) 2015. Za to vrijeme obavljao sam građevinske poslove

10  montaže i bravarije.

11  6. Znam za oko 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

12  koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

13  7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

14  paušalna mjesečna plaća, u iznosu od otprilike 750 eura mjesečno. Nisam dobijao nikakav dodatak

15  na ime prekovremeneog rada.

16  8. Radio sam skoro svaki dan u tvornici Tesla.

17  9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

18  stanu u Fremont-u.

19  10. Rečeno mi je od strane mog direktora, da moram biti spreman za službeni Vuzemov

20  kombi u 6:15 svakog jutra. Taj kombi me je vozio od stana u Fremont-u do tvornice Tesla. Svakog

21  jutra u 6:15 sam stajao ispred stambene zgrade spreman za Vuzemov kombi.

22  11. Bio sam obavezan putovati do tvornice Tesla i natrag isključivo Vuzemovim

23  kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i

24  natrag. Nikada nisam sam vozio. Nikada nisam video nijednog od mojih kolega-suradnika sa posla

25  da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve

26  svoje suradnike da se voze Vuzemovim kombijem, baš kao i ja.

27

28

**IZJAVA LEONA HUDOLETNJAKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

12.     Proces prijevoza od stana u Fremont-u do tvornice Tesla trajao je najmanje 30 minuta. Proces prijevoza natrag od tvornice Tesla do moga stana po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza do tvornice Tesla i natrag.

14.     Moja uobičajeno radno vrijeme je bilo: od ponedeljka do subote otprilike 7:00 - 18:00, i nedjeljom 7:00 - 15:00, a ponekad i do 18:00. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nisam uveijek koristio drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno.

18.     Nisam uvijek koristio treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana do tvornice Tesla.

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima SAD, da je sve gore navedeno točno i istinito, i potpisujem :

IZJAVA LEONA HUDOLETNJAKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

1

2     4/21/2020             Varaždin             Hrvatska

    Datum                  Mjesto                Država

3

4

5                            LEON HUDOLETNJAK

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IZJAVA LEONA HUDOLETNJAKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT N

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com
5
6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com
11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees
13                  **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
15
16  UNITED STATES OF AMERICA, ex rel.           Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                              **DECLARATION OF LEON**
                    Plaintiffs,                 **HUDOLDETNJAK IN SUPPORT OF**
18                                              **PLAINTIFFS' MOTION FOR CLASS**
                                                **CERTIFICATION**
19          vs.
20  EISENMANN SE, et al.
21                  Defendants.
22
23
24
25
26
27
28

---

DECLARATION OF LEON HUDOLETNJAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1       I, LEON HUDOLETNJAK, declare:

2       1.     I am a member of the Class in the above-captioned matter.

3       2.     The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.     I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately January 2013.

4.     I stopped working for Vuzem in approximately April 2016.

5.     I worked for Vuzem at the Tesla plant located in Fremont, California from approximately January 2015 to May 2015. During that time I did construction work.

6.     I was aware of about 100 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia and Herzegovina, Croatia, Serbia, and Slovenia.

7.     During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate as follows: approximately 750 Euros per month. I was not paid separately for overtime.

8.     I worked almost every day at the Tesla plant.

9.     During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10.    I was told by my director that I had to be ready for the official Vuzem van at 06:15 am every day. That van took me from the apartment in Fremont to the Tesla plant. Every day I showed up in front of the apartment building at 06:15 am to take the Vuzem van.

11.    I was required to travel to and from the Tesla plant in the Vuzem van. I was not allowed to take any other transportation to or from the Tesla plant. I never drove on my own. I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant. To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

12.    The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

- 1 -

**DECLARATION OF LEON HUDOLETNJAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 434E7915-9397-401E-851D-96C8594B9A0A

13. I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14. My normal shift was as follows: Monday to Saturday from approximately 07:00 to 18:00, and on Sunday from 07:00 to 15:00, and sometimes to 18:00. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15. I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week. I was not paid double time when I worked seven consecutive days.

16. When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort. I was not allowed to leave the plant for any purpose.

17. I did not always take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.

18. I did not always take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.

19. During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20. To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on _____4/21/2020_____, at [City] _Varaždin_____, [Country], _Hrvatska_____.

DocuSigned by:

_____
LEON HUDOLETNJAK

**DECLARATION OF LEON HUDOLETNJAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT O

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
4  Facsimile: (408) 298-3306
   Email: loofwcd@aol.com
5

6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16 UNITED STATES OF AMERICA, ex rel.         Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                            **CROATIAN DECLARATION OF ELVIS**
                 Plaintiffs,                  **KOSCAK IN SUPPORT OF PLAINTIFFS'**
18                                            **MOTION FOR CLASS CERTIFICATION**

19         vs.

20 EISENMANN SE, et al.

21               Defendants.

22

23

24

25

26

27

28

---

CROATIAN DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

DocuSign Envelope ID: 658E2A97-A878-42CB-B62B-9574F5EABAC10

Ja, ELVIS KOŠĆAK, izjavljujem:

1.     Imenovan sam kao član klase u gore navedenom sudskom postupku.

2.     Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3.     Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u srpnju (VII) 2012.

4.     Prestao sam raditi za Vuzem otprilike u travnju (III) 2017.

5.     Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od siječnja (I) 2015. do svibnja (V) 2015. Za to vrijeme radio sam u svojstvu bravara-zavarivača, radnika na montaži čeličnih konstrukcija, zavarivača i montera ventilacijskih uređaja.

6.     Znam za oko 150 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske i Slovenije.

7.     Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, prosječne visine od otprilike 750 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8.     Radio sam skoro svaki dan u tvornici Tesla, čak i kada sam bio bolestan ili ozlijeđen.

9.     Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u mjestu Milpitas.

10.     Rečeno mi je od strane poslovođa ISM Vuzema Davorina Hull-a, Krunoslava Primužića i drugih, da moram biti spreman za službeni Vuzemov kombi u 6:15 svakog dana. Taj kombi me je vozio od stana u Milpitasu da tvornice Tesla. Svakog dana sam stajao ispred stambene zgrade u 6:15 spreman za Vuzemov kombi.

11.     Bilo mi je obavezno putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, svi su se oni vozili Vuzemovim kombijem, baš kao i ja.

IZJAVA ELVIS KOŠĆAK U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

1    12.    Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30

2    minuta, i proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je

3    najmanje 30 minuta.

4    13.    Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u

5    procesu prijevoza do tvornice Tesla i natrag.

6    14.    Moja uobičajena radna smjena je bila: od ponedjeljka do subote otprilike od 7:00 do

7    18:00, i nedjeljom od 7:00 do 15:00. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa

8    kojima sam surađivao da rade isti broj sati kao i ja.

9    15.    Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno

10   ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad kada sam

11   radio sedam dana uzastopno.

12   16.    Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve

13   vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom

14   osnovu.

15   17.    Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez

16   prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog

17   od mojih suradnika da koriste drugi, 30-minutni odmor bez prekida radi obroka, svaki put kada bi

18   radli više od 10 sati dnevno.

19   18.    Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez

20   prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nekog od mojih

21   suradnika da koriste treći, 10-minutni odmor bez prekida svaki put kada bi radli više od 10 sati

22   dnevno.

23   19.    Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi

24   posvjedočila o stvarnom broju sati koje sam radio.

25   20.    Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije

26   mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još

27   isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla.

28

IZJAVA ELVIS KOSĆAK U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima SAD, da je sve gore navedeno točno i istinito, i potpisujem :

4/22/2020
_____
Datum

ZELENDVOR
_____
Mjesto

HRVATSKA
_____
Država

DocuSigned by:

*Elvis koscak*
521029F1E0F34D6
_____
ELVIS KOŠĆAK

**IZJAVA ELVIS KOŠĆAK U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

**EXHIBIT P**

DocuSign Envelope ID: C58E2A07-A378-42CB-9C9B-9E74E5EAB6C10

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
            kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>EISENMANN SE, et al.<br><br>                    Defendants. | Case No.: 5:16-cv-01120-LHK (SVK)<br><br>**DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, ELVIS KOSCAK, declare:

1.      I am a member of the Class in the above-captioned matter.

2.      The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.      I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately July 2012.

4.      I stopped working for Vuzem in approximately in March 2017.

5.      I worked for Vuzem at the Tesla plant located in Fremont, California from approximately January 2015 to May 2015.  During that time I worked as a locksmith-welder, an installer of steel structures, a welder, and as an installer of air conditioning systems.

6.      I was aware of about 150 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia and Herzegovina, Croatia and Slovenia.

7.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate as follows: on the average approximately 750 Euros per month. I was not paid separately for overtime.

8.      I worked almost every day at the Tesla plant, even when I was sick or injured.

9.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Milpitas.

10.     I was told by supervisors Ism Vuzma, Davorin Hull, Krunoslav Primuzic and others that I had to be ready for the official Vuzem van at 06:15 am every day. That van took me from the apartment in Milpitas to the Tesla plant.  Every day I showed up in front of the apartment building at 06:15 am to take the Vuzem van.

11.     I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

- 1 -
**DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.      I was not paid separately for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows: Monday to Saturday from approximately 07:00 to 18:00, Sunday from approximately 07:00 to 15:00. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a second rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Milpitas to the Tesla plant.

- 2 -

**DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: 658E2A97-A879-42CD-BC9B-9574FFAB9C10

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on _____4/22/2020_____, at

3    [City] _____VARAZDIN_____, [Country], _____HRVATSKA_____.

4

5                                   _____
                                    Elvis koscak

6                                   ELVIS KOSCAK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

# EXHIBIT Q

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com

5

6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com

11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15

16 UNITED STATES OF AMERICA, ex rel.          Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                             **CROATIAN DECLARATION OF MARIJAN**
                                               **LAZAR IN SUPPORT OF PLAINTIFFS'**
18            Plaintiffs,                       **MOTION FOR CLASS CERTIFICATION**

19       vs.

20 EISENMANN SE, et al.

21            Defendants.

22

23

24

25

26

27

28

   _____
   CROATIAN DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR
                              CLASS CERTIFICATION

Ja, MARIJAN LAZAR, izjavljujem:

1.    Imenovan sam kao član klase u gore navedenom sudskom postupku.

2.    Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3.    Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u ipnju (VI) 2013. g.

4.    Prestao sam raditi za Vuzem otprilike u lipnju (VI) 2017. g.

5.    Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od svibnja (V) 2016. do srpnja (VII) 2016., obavljajući građevinske poslove.

6.    Znam za oko 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Hrvatske, Slovačke i Slovenije.

7.    Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 600 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8.    Radio sam skoro svaki dan u tvornici Tesla.

9.    Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Fremont-u.

10.    Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov kombi u 6:15 svakog jutra. Taj kombi me je vozio od stana u Fremont-u do tvornice Tesla. Svakog jutra u 6:15 sam stajao ispred stambene zgrade u Fremont-u, spreman za Vuzemov kombi.

11.    Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

12.    Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

**IZJAVA MARIJAN LAZAR U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

13. Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14. Moja uobičajeno radno vrijeme je bilo: od ponedeljka do subote otprilike od 7:00 do 19:00, i nedjeljom otprilike od 7:00 do 15:00. Radio sam i noćnu smjenu, otprilike u periodu od dva mjeseca, i tada mi je radno vrijeme bilo otprilike od 19:00 do 7:00 idućeg jutra. Tokom smjene, uočavao bih i druge kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15. Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16. Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17. Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor radi obroka svaki put kada bi radli više od 10 sati dnevno.

18. Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19. Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20. Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

//

//

//

//

//

IZJAVA MARIJAN LAZAR U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/20/2020

Datum

Vinica,Varaždin

Mjesto

Hrvatska

Država

MARIJAN LAZAR

**IZJAVA MARIJAN LAZAR U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT R

WILLIAM C. DRESSER, SBN 104375
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

HUNTER PYLE, SBN 191125
KATHERINE FIESTER, SBN 301316
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
          kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, Plaintiffs, vs. EISENMANN SE, et al. Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) **DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, MARIJAN LAZAR, declare:

1.     I am a member of the Class in the above-captioned matter.

2.     The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.     I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately June 2013.

4.     I stopped working for Vuzem in approximately June 2017.

5.     I worked for Vuzem at the Tesla plant located in Fremont, California from approximately May 2016 to July 2016.  During that time I did construction work.

6.     I was aware of about 100 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Croatia, Slovakia, and Slovenia.

7.     During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 600 Euros per month. I was not paid separately for overtime.

8.     I worked almost every day at the Tesla plant.

9.     During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10.     I was told by my manager that I had to be ready for the official Vuzem van at around 06:15 am every day. That van took me from the apartment in Fremont to the Tesla plant. Every day I showed up in front of the apartment building at around 06:15 am to take the Vuzem van. When I worked the night shift, I needed to be ready for the official Vuzem van at approximately 18:15.

11.     I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

- 1 -

**DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.     I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal day shift was as follows:  Monday to Saturday from approximately 7:00 to 19:00, and Sunday from approximately 7:00 to 15:00. I worked the night shift approximately two months. During that time I worked from 19:00 to 7:00 the next day.  During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from apartment in Fremont to the Tesla plant.

**DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: A9E92074-78D4-43E4-936A-4458FED8A64D

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on _____4/20/2020_____, at

3    [City] ____Varaždin_____, [Country], ____Hrvatska_____.

4

5                                    DocuSigned by:

6                                    *Marijan Lazar*
                                     ─────7E7409A2C24F47C...───────────
                                     MARIJAN LAZAR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT S

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com

5

6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com

11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.        Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                           **CROATIAN DECLARATION OF GREGOR**
                Plaintiffs,                  **LEŠNIK IN SUPPORT OF PLAINTIFFS'**
18                                           **MOTION FOR CLASS CERTIFICATION**

19          vs.

20  EISENMANN SE, et al.

21              Defendants.

22

23

24

25

26

27

28

1    Ja, GREGOR LEŠNIK, izjavljujem:

2      1.     Imenovan sam kao član klase u gore navedenom sudskom postupku.

3      2.     Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o

4 tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje

5 smatram da su istiniti.

6      3.     Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u studenom (XI) 2014.

7 g.

8      4.     Prestao sam raditi za Vuzem otprilike u studenom (XI) 2015. g.

9      5.     Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija,

10 otprilike od ožujka (III) 2015. do svibnja (V) 2015., obavljajući građevinske poslove u lakirnici.

11      6.     Znam za oko 200 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

12 koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

13      7.     Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

14 paušalna mjesečna plaća, u iznosu od otprilike 800 eura mjesečno. Nisam dobijao nikakav dodatak

15 na ime prekovremeneog rada.

16      8.     Radio sam skoro svaki dan u tvornici Tesla, čak i kada sam bio bolestan.

17      9.     Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

18 stanu u Milpitasu.

19      10.     Rečeno mi je od strane nadzornika Danijela Hull-a, Primoža Uplaznika i Klemena

20 Vuzema da moram biti spreman za službeni Vuzemov kombi najkasnije u 6:20 svakog jutra. Taj

21 kombi me je vozio od stana u Milpitasu da tvornice Tesla. Svakog jutra najkasnije u 6:20 sam stajao

22 ispred stambene zgrade u Milpitasu spreman za Vuzemov kombi.

23      11.     Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi

24 bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam

25 vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu

26 drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim

27 kombijem, baš kao i ja.

28

**IZJAVA GREGOR LEŠNIK U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

12.     Ujutro i poslije podne je Vuzemov kombi parkirao izvan tvorničkog kruga. Morao sam ići peške otprilike pet do deset minuta od Vuzemovog kombija do zgrade tvornice Tesla ujutro. Morao sam ići peške otprilike pet do deset minuta do Vuzemovog kombija od zgrade tvornice Tesla popodne.

13.     Poslije podne, svakog dana sam morao čekati neke svoje kolege da stignu do kombija prije no što je on mogao krenuti nazad od tvornice Tesla.

14.     Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do stana trajao je najmanje 30 minuta.

15.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag

16.     Moja uobičajena radna smjena je bila: od ponedeljka do petka, kad je radno vrijeme bilo otprilike od 7:00  do 18:00, subotom od oko 7:00 do oko 17:00, i nedjeljom od oko 7:00 do oko 15:00, a ponekad i do 17:00. Radio sam i noćnu smjenu dva ili tri puta. Tada bih počinjao raditi oko 19:00 i radio do oko 7:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

17.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

18.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

19.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor radi obroka svaki put kada bi radli više od 10 sati dnevno.

20.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste treći odmor radi obroka, svaki put kada bi radli više od 10 sati dnevno.

21.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

**IZJAVA GREGOR LEŠNIK U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: B2708E5E-4FBD-4209-A484-DF23FA048916

22.    Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/17/2020                          Velenje                          Slovenija
_____        _____        _____
Datum                              Mjesto                           Država

_____
GREGOR LEŠNIK

IZJAVA GREGOR LEŠNIK U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

# EXHIBIT T

1
**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
2
4 North Second Street, Suite 1230
San Jose, California 95113
3
Telephone: (408) 279-7529
4
Facsimile: (408) 298-3306
Email: loofwcd@aol.com
5

6
**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
7
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
8
Oakland, California 94612
Telephone: (510) 444-4400
9
Facsimile: (510) 444-4410
10
Emails: hunter@hunterpylelaw.com
          kfiester@hunterpylelaw.com
11

12
Attorneys for Plaintiff and similarly situated
aggrieved employees
13

                 **UNITED STATES DISTRICT COURT**
14

                 **NORTHERN DISTRICT OF CALIFORNIA**
15

16
UNITED STATES OF AMERICA, ex rel.            Case No.: 5:16-cv-01120-LHK (SVK)
GREGOR LESNIK; STJEPAN PAPES,
17
                                             **DECLARATION OF GREGOR LEŠNIK IN**
                                             **SUPPORT OF PLAINTIFFS' MOTION FOR**
18
         Plaintiffs,                         **CLASS CERTIFICATION**

19
         vs.

20
EISENMANN SE, et al.

21
         Defendants.

22

23

24

25

26

27

28

I, GREGOR LEŠNIK, declare:

1. I am a member of the Class in the above-captioned matter.

2. The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3. I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately November 2014.

4. I stopped working for Vuzem in approximately November 2015.

5. I worked for Vuzem at the Tesla plant located in Fremont, California from approximately March 2015 to May 2015. During that time I did construction work at a paint shop.

6. I was aware of about 200 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia and Herzegovina, Hungary, Croatia, Poland, Serbia, and Slovenia.

7. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 800 Euros per month. I was not paid separately for overtime.

8. I worked almost every day at the Tesla plant, even when I was sick.

9. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Milpitas.

10. I was told by supervisors Danijel Hull, Primož Uplaznik, and Klemen Vuzem that I had to be ready for the official Vuzem van no later than 06:20 am every day. That van took me from the apartment in Milpitas to the Tesla plant. Every day I showed up in front of the apartment building no later than 06:20 am to take the Vuzem van.

11. I was required to travel to and from the Tesla plant in the Vuzem van. I was not allowed to take any other transportation to or from the Tesla plant. I never drove on my own. I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant. To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

1        12.    In the morning and afternoon the Vuzem van parked outside of the Tesla plant. I had

2  to walk approximately five to ten minutes from the Vuzem van to get to the Tesla plant in the

3  morning. I had to walk approximately five to ten minutes in the afternoon to get from the Tesla

4  plant to the Vuzem van.

5        13.    In the afternoon, I had to wait every day for my co-workers to enter the Vuzem van

6  before the van would leave the Tesla plant.

7        14.    The commute process took at least 30 minutes from the apartment to the Tesla plant.

8  The commute process took approximately 30 minutes from the Tesla plant to the apartment at the

9  end of the day.

10       15.    I was not paid for the commute process including the time that I was required to

11  spend in the Vuzem van commuting to and from the Tesla plant.

12       16.    My normal shift was as follows: Monday to Friday from approximately 7:00 to

13  18:00, Saturday from approximately 7:00 to approximately 17:00. I also worked at least every

14  other Sunday from approximately 7:00 to approximately 15:00 or sometimes 17:00. I worked the

15  night shift two to three times. During that time I started work at approximately 19:00 and worked

16  until approximately 7:00 the next day. During my shifts, I observed the other Vuzem workers who

17  I worked with working the same number of hours that I worked.

18       17.    I was not paid time and a half for hours worked over eight hours in a day or over 40

19  hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I

20  worked seven consecutive days.

21       18.    When I worked at the Tesla plant I was required to stay on the premises at all times,

22  including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

23       19.    I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal

24  period each day that I worked more than 10 hours.  I never saw any of my co-workers take a

25  second meal break when they worked more than 10 hours.

26  //

27  //

28

- 4 -

**DECLARATION OF GREGOR LESNIK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

20.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

21.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

22.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from apartment in Milpitas to the Tesla plant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on 4/17/2020 _____, at [City] velenje _____, [Country], slovenija _____.


_____
GREGOR LEŠNIK

**DECLARATION OF GREGOR LESNIK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT U

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com

5

6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com

11

12  Attorneys for Plaintiff and similarly situated
    aggrieved employees

13              **UNITED STATES DISTRICT COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.   Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                     **CROATIAN DECLARATION OF VJERAN**
            Plaintiffs,    **LONČAR IN SUPPORT OF PLAINTIFFS'**
18                     **MOTION FOR CLASS CERTIFICATION**
        vs.
19

20  EISENMANN SE, et al.

21           Defendants.

22

23

24

25

26

27

28

---

Ja, VJERAN LONČAR, izjavljujem:

1.     Imenovan sam kao član klase u gore navedenom sudskom postupku.

2.     Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3.     Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u prosincu (I) 2014.

4.     Prestao sam raditi za Vuzem otprilike u listopadu (X) 2017.

5.     Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od travnja (IV) 2015. do srpnja (VII) 2015., obavljajući građevinske poslove bravara-montera.

6.     Znam za oko 120 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

7.     Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 750 eura mjesečno. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8.     Radio sam skoro svaki dan u tvornici Tesla.

9.     Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Fremont-u.

10.     Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov kombi u 6:30 svakog jutra. Taj kombi me je vozio od stana u Fremont-u, do tvornice Tesla. Svakog jutra u 6:30 sam stajao ispred stambene zgrade spreman za Vuzemov kombi.

11.     Proces prijevoza od stana u Fremont-u do tvornice Tesla trajao je najmanje 30 minuta. Proces prijevoza natrag od tvornice Tesla do moga stana po svršetku radnog vremena trajao je najmanje 30 minuta.

12.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza do tvornice Tesla i natrag.

**IZJAVA VJERAN LONČAR U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

13. Moja uobičajeno radno vrijeme je bilo: od ponedeljka do petka otprilike od 7:00 - 18:00, i subotom otprilike od 7:00 - 15:15. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

14. Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnevno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad kada sam radio sedam dana uzastopno.

15. Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

16. Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla.

Izjavljujem pod teretom krivokletstva, sukladno zakonima SAD, da je sve gore navedeno točno i istinito, i potpisujem :

4/22/2020 _____    Minhen _____    Njemačka _____

Datum                                  Mjesto                              Država

_____
VJERAN LONČAR

IZJAVA VJERAN LONČAR U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

# EXHIBIT V

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
       kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **DECLARATION OF VJERAN LONČAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, VJERAN LONČAR, declare:

1. I am a member of the Class in the above-captioned matter.

2. The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3. I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately December 2014.

4. I stopped working for Vuzem in approximately in October 2017.

5. I worked for Vuzem at the Tesla plant located in Fremont, California from approximately April 2015 to July 2015. During that time I did construction work.

6. I was aware of about 120 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia and Herzegovina, Croatia, Greece, Serbia, Slovakia, and Slovenia.

7. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 750 Euros per month. I was not paid separately for overtime.

8. I worked almost every day at the Tesla plant.

9. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10. I was told by my supervisor that I had to be ready for the official Vuzem van at approximately 06:30 am every day. That van took me from the apartment in Fremont to the Tesla plant. Every day I showed up in front of the apartment building at 06:30 am to take the Vuzem van.

11. The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

**DECLARATION OF VJERAN LONCAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: DBE8CB24-319B-441E-9685-6BA6246C781C

12. I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

13. My normal shift was as follows: Monday to Friday from approximately 7:00 to 18:00, and Saturday from approximately 7:00 to 15:15. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

14. I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week. I was not paid double time when I worked seven consecutive days.

15. During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

16. To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on ____4/22/2020____, at [City] ____Munchen____, [Country], ____Germany____.

_____
VJERAN LONČAR

- 2 -
**DECLARATION OF VJERAN LONCAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT W

1

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER

2

4 North Second Street, Suite 1230
San Jose, California 95113

3

Telephone: (408) 279-7529

4

Facsimile: (408) 298-3306
Email: loofwcd@aol.com

5

6

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**

7

HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor

8

Oakland, California 94612
Telephone: (510) 444-4400

9

Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com

10

         kfiester@hunterpylelaw.com

11

Attorneys for Plaintiff and similarly situated

12

aggrieved employees

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

16

UNITED STATES OF AMERICA, ex rel.
GREGOR LESNIK; STJEPAN PAPES,

17

Case No.: 5:16-cv-01120-LHK (SVK)

**CROATIAN DECLARATION OF SAŠA**
**MASLIC IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

             Plaintiffs,

18

19

      vs.

20

EISENMANN SE, et al.

21

             Defendants.

22

23

24

25

26

27

28

1    Ja, SAŠA MASLIĆ, izjavljujem:

2    1.    Imenovan sam kao član klase u gore navedenom sudskom postupku.

3    2.    Sve navedeno u ovoj izjavi lično mi je poznato i mogu vjerodostojno svjedočiti o

4    tome, osim onih sadržaja koji su zasnovani na opštim informacijama i ličnom uvjerenju, a za koje

5    smatram da su istiniti.

6    3.    Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u maju (V) 2014. g.

7    4.    Prestao sam raditi za Vuzem otprilike u junu (VI) 2016. g.

8    5.    Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija,

9    ukupno najmanje šest mjeseci. Jedan od tih perioda je bio otprilike od januara (I) 2016. do aprila

10    (IV) 2016. Tamo sam obavljao građevinske poslove i montiranje velikih cijevi.

11    6.    Znam za oko 126 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

12    koje sam poznavao su došli iz Bosne i Hercegovine, Mađarske, Hrvatske, Poljske, Srbije i

13    Slovenije.

14    7.    Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

15    paušalna mjesečna plaća, u iznosu od otprilike 600 eura. Nisam dobijao nikakav dodatak na ime

16    prekovremeneog rada.

17    8.    Radio sam skoro svaki dan u tvornici Tesla,  čak i kada sam bio bolestan ili

18    ozlijeđen.

19    9.    Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

20    stanu.

21    10.    Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov

22    kombi otprilike 45 minuta prije početka radnog vremena svakog jutra. Taj kombi me je vozio od

23    stana do tvornice Tesla. Svakog jutra 45 minuta prije početka radnog vremena sam stajao ispred

24    stambene zgrade spreman za Vuzemov kombi. Ponekad mi je bilo naloženo od strane Vuzema da

25    moram voziti kolege s posla Vuzemovim kombijem do posla i natrag.

26    11.    Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem.

27

28

IZJAVA SAŠE MASLICA U CILJU PODRŠKE ZAHTJEVU TUZITELJA ZA OVJERU KLASE

12.     Proces prijevoza od stana u do tvornice Tesla trajao je najmanje 30 minuta,. Putovanje natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procese prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.     Moja uobičajena radna smjena je bila: od ponedeljka do nedjelje. Radno vrijeme je obično počinjalo oko 7:00  i završavalo se oko 18:00. Nedjeljom se počinjalo obicno oko 7:00, a završavalo oko 14:00, i ponekad do 16:00.  Ponekad bih radio i 13 sati dnevno. Radio sam i noćnu smjenu u jednom periodu, i tada mi je radno vrijeme bilo otprilike od  18:30 do 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam sarađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih kolega da koriste drugi odmor svaki put kada bi radli više od 10 sati dnevno.

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nekog od mojih kolega da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Takođe, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana do tvornice Tesla i nazad.

**IZJAVA SASE MASLICA U CILJU PODRŠKE ZAHTJEVU TUZITELJA ZA OVJERU KLASE**

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima Sjedinjenih američkih država, da je sve gore navedeno tačno i istinito, i potpisujem :

__4/23/2020_____        ___Samac_____        __Bosnia-Herzegovina___
Datum                              Mjesto                              Država

SAŠA MASLIĆ

**IZJAVA SASE MASLICA U CILJU PODRŠKE ZAHTJEVU TUZITELJA ZA OVJERU KLASE**

# EXHIBIT X

1    **WILLIAM C. DRESSER, SBN 104375**
     LAW OFFICES OF WILLIAM C. DRESSER
2    4 North Second Street, Suite 1230
     San Jose, California 95113
3    Telephone: (408) 279-7529
     Facsimile: (408) 298-3306
4    Email: loofwcd@aol.com

5

6    **HUNTER PYLE, SBN 191125**
     **KATHERINE FIESTER, SBN 301316**
7    HUNTER PYLE LAW
     428 Thirteenth Street, 11th Floor
8    Oakland, California 94612
     Telephone: (510) 444-4400
9    Facsimile: (510) 444-4410
     Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com

11
     Attorneys for Plaintiff and similarly situated
12   aggrieved employees

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16   UNITED STATES OF AMERICA, ex rel.          Case No.: 5:16-cv-01120-LHK (SVK)
     GREGOR LESNIK; STJEPAN PAPES,
17                                               **DECLARATION OF SAŠA MASLIC IN**
                        Plaintiffs,              **SUPPORT OF PLAINTIFFS' MOTION FOR**
18                                               **CLASS CERTIFICATION**

19          vs.

20   EISENMANN SE, et al.

21                      Defendants.

22

23

24

25

26

27

28
     _____
             DECLARATION OF SASA MASLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                         CERTIFICATION

I, SAŠA MASLIC, declare:

1.    I am a member of the Class in the above-captioned matter.

2.    The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.    I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately May 2014.

4.    I stopped working for Vuzem in approximately in June 2016.

5.    I worked for Vuzem at the Tesla plant located in Fremont, California for a total of at least six months. One of these periods was from approximately January 2016 to April 2016. During that time I did construction work, including replacing large pipes.

6.    I was aware of about 120 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia and Herzegovina, Croatia, Hungary, Poland, Serbia, and Slovenia.

7.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 600 Euros per month. I was not paid separately for overtime.

8.    I worked almost every day at the Tesla plant, even when I was sick or injured.

9.    During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment.

10.    I was told by my supervisor that I had to be ready for the official Vuzem van approximately 45 minutes before work started every day. That van took me from the apartment to the Tesla plant.  I showed up in front of the apartment building approximately 45 minutes before work started to take the Vuzem van. Sometimes Vuzem required me to drive my colleagues in a Vuzem van to and from work.

11.    I was required to travel to and from the Tesla plant in the Vuzem van.

//

//

- 1 -

**DECLARATION OF SASA MASLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.     I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows: From Monday through Saturday, I started work at approximately 7:00 and ended at approximately 18:00. On Sunday, I started work at approximately 7:00 and ended at approximately 14:00, and sometimes as late as 16:00. Sometimes I worked 13 hours per day. I worked the night shift sometimes. When I worked the night shift, I started work at approximately 18:30 and ended at approximately 6:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week. I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort. I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours. I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours. I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from the apartment to the Tesla plant.

**DECLARATION OF SASA MASLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1        I declare under penalty of perjury of the laws of the United States of America that the

2 foregoing is true and correct, and was executed by me on ____2020.04.23____, at

3 [City] ___Samac_____, [Country], ___Bosnia-Herzegovina_____.

4

5                                  _____

6                                      SAŠA MASLIC

**DECLARATION OF SAŠA MASLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT Y

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com

5

6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com

11

12 Attorneys for Plaintiff and similarly situated
   aggrieved employees

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16 UNITED STATES OF AMERICA, ex rel.          Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                             **CROATIAN DECLARATION OF TOMICA**
                        Plaintiffs,            **PANIC IN SUPPORT OF PLAINTIFFS'**
18                                             **MOTION FOR CLASS CERTIFICATION**

19         vs.

20 EISENMANN SE, et al.

21                        Defendants.

22

23

24

25

26

27

28

─────────────────────────────────────────────
   CROATIAN DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR
                        CLASS CERTIFICATION

DocuSign Envelope ID: F706D386-4476-4C6C-8456-BB85288CA41B
Case 3:17-cv-01256-JSW Document 46-33 Filed 04/22/20 Page 143 of 461

1 | Ja, TOMICA PANIĆ, izjavljujem:

2 | 1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

3 | 2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o

4 | tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje

5 | smatram da su istiniti.

6 | 3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u studenom (XI) 2014.

7 | g.

8 | 4. Prestao sam raditi za Vuzem otprilike u travnju (IV) 2016. g.

9 | 5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija,

10 | otprilike od ožujka (III) 2015. do kolovoza (VIII) 2015., obavljajući građevinske poslove na

11 | montiranju lakirnice.

12 | 6. Znam za oko 120 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

13 | koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

14 | 7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

15 | paušalna, fiksna mjesečna plaća. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

16 | 8. Radio sam skoro svaki dan u tvornici Tesla.

17 | 9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

18 | stanu u Fremont-u.

19 | 10. Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov kombi

20 | u 6:15 svakog jutra. Taj kombi me je vozio od stana u Fremont-u da tvornice Tesla. Svakog jutra u

21 | 6:15 sam stajao ispred stambene zgrade u Fremont-u spreman za Vuzemov kombi. Kada sam radio

22 | noćnu smjenu, stajao sam oko 18:15 ispred stambene zgrade u Fremont-u spreman za Vuzemov

23 | kombi.

24 | 11. Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi

25 | bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam

26 | vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu

27 | drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđso sam sve njih da se voze Vuzemovim

28 | kombijem, baš kao i ja.

**IZJAVA TOMICA PANIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

12.     Proces prijevoza od stana u Fremont-u do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.     Moja uobičajena radna smjena je bila: od ponedjeljka do subote, kad je radno vrijeme obično bilo od 7:00  do oko 18:00, i nedjeljom obično od 7:00 -13:00. Radio sam i noćnu smjenu, u periodu od 10 dana, i tada mi je radno vrijeme bilo otprilike od 19:00 do 5:00 idućeg jutra.  Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor radi obroka svaki put kada bi radli više od 10 sati dnevno

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nijednog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

IZJAVA TOMICA PANIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

4/18/2020                    Ottersweier                  Njemačka

Datum                        Mjesto                       Država


TOMICA PANIC

IZJAVA TOMICA PANIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

# EXHIBIT Z

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com
5
6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees
13              **UNITED STATES DISTRICT COURT**
14            **NORTHERN DISTRICT OF CALIFORNIA**
15
16 UNITED STATES OF AMERICA, ex rel.       Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                          **DECLARATION OF TOMICA PANIC IN**
                Plaintiffs,                 **SUPPORT OF PLAINTIFFS' MOTION FOR**
18                                          **CLASS CERTIFICATION**
19          vs.
20 EISENMANN SE, et al.
21              Defendants.
22
23
24
25
26
27
28

---
**DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, TOMICA PANIC, declare:

1.  I am a member of the Class in the above-captioned matter.

2.  The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.  I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately November 2014.

4.  I stopped working for Vuzem in approximately in April 2016.

5.  I worked for Vuzem at the Tesla plant located in Fremont, California from approximately March 2015 to August 2015. During that time I did construction work at the paint shop assembly.

6.  I was aware of about 120 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia and Herzegovina, Croatia, Serbia, and Slovenia.

7.  During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month. I was not paid separately for overtime.

8.  I worked almost every day at the Tesla plant.

9.  During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10. I was told by supervisor that I had to be ready for the official Vuzem van at 06:15 am every day. That van took me from the apartment in Fremont to the Tesla plant. Every day I showed up in the parking lot in front of the apartment building at 06:15 am to take the Vuzem van. When I worked the night shift I showed up at approximately 18:15 to take the Vuzem van.

11. I was required to travel to and from the Tesla plant in the Vuzem van. I was not allowed to take any other transportation to or from the Tesla plant. I never drove on my own. I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant. To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

//

- 1 -
**DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.     I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows:  Monday to Saturday from approximately 7:00 to 18:00 and on Sundays from 7:00 to 13:00. In approximately August 2015, I worked the night shift for approximately ten days. During that time I worked from approximately 19:00 to 5:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

DocuSign Envelope ID: F706D386-4476-4C8C-9456-9B8E2968CA41B

1          I declare under penalty of perjury of the laws of the United States of America that the

2   foregoing is true and correct, and was executed by me on ____4/18/2020_____, at

3   [City] ____Ottersweier_____, [Country], ____Germany_____.

4

5

6                                     TOMICA PANIC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT AA

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com

5

6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com

11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.        Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                           **CROATIAN DECLARATION OF STJEPAN**
                                             **PAPES IN SUPPORT OF PLAINTIFFS'**
18              Plaintiffs,                  **MOTION FOR CLASS CERTIFICATION**

19          vs.

20  EISENMANN SE, et al.

21              Defendants.

22

23

24

25

26

27

28

    _____
    **CROATIAN DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR**
    **CLASS CERTIFICATION**

Ja, STJEPAN PAPEŠ, izjavljujem:

1.      Imenovan sam kao predstavnik klase u gore navedenom sudskom postupku.

2.      Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

ČINJENIČNA OSNOVA ZA ZAKONSKA POTRAŽIVANJA

3.      Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u veljači (II) 2013. g.

4.      Prestao sam raditi za Vuzem otprilike u veljači (II) 2016. g.

5.      Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od siječnja (I) 2015. do svibnja (V) 2015. Za to vrijeme sam obavljao građevinske i varilačke poslove na instaliranju ventilacijskih sustava i čeličnih konstrukcija.

6.      Znam za okolo 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije, Mađarske, Slovačke i Slovenije.

7.      Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 750 eura mjesečno. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8.      Radio sam skoro svaki dan u tvornici Tesla.

9.      Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, obitavao sam u stanu u Fremont-u.

10.      Rečeno mi je od strane poslovođe Krunoslava Premužića da moram biti spreman za službeni Vuzemov kombi u 6:15 svakog jutra za prijevoz od stana u Fremont-u do tvornice Tesla. Svakog jutra u 6:15 sam stajao ispred stambene zgrade u Milpitasu spreman za Vuzemov kombi.

11.      Bili je obvezatno putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

**IZJAVA STJEPAN PAPEŠ U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: A5BCB6E8-A3E6-4241-85A5-51AE2FG64CD4

12.     Ujutro i poslije podne je Vuzemov kombi parkirao izvan tvorničkog kruga. Morao sam ujutro ići pfeške otprilike pet do deset minuta od Vuzemovog kombija do zgrade tvornice Tesla. Morao sam popodne ići pfeške otprilike pet do deset minuta do Vuzemovog kombija od zgrade tvornice Tesla.

13.     Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

14.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme koje sam bio obvezan provesti u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

15.     Moja uobičajena radna smjena je bila: od ponedjeljka do subote, kad je radno vrijeme bilo otprilike od 7:00  do 18:00, i nedjeljom otprilike od 7:00 do 13:00, a ponekad i do 15:00. Radio sam ponekad i u noćnoj smjeni. Tada bi radno vrijeme bilo od oko 18:00 do 5:00 a katkad i do 7:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

16.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

17.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor svaki put kada bi radli više od 10 sati dnevno.

19.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

20.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

**IZJAVA STJEPAN PAPEŠ U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

21.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

OBVEZE PREDSTAVNIKA KLASE

22.     Svjestan sam da kad tužitelj tuži u ime klase, on preuzima fiducijarnu odgovornost prema članovima klase i odriče se svih prava pojedinačne nagodbe nauštrb skupnog nastupa. Kao predstavnik klase, preuzimam takvu fiducijarnu odgovornost, te se odričem svih prava pojedinačne nagodbe nauštrb skupnog nastupa.

23.     Razumijem da predstavnik klase predstavlja interese svih članova njegove klase u parničnom postupku za nadoknadu štete pričinjene klasi. Kao predstavnik klase, to sam činio i nastavit ću činiti.

24.     Razumijem da predstavnik klase mora imati zahtjeve koji su tipični za klasu, te stoga vezani za zajednička pravna i činjenična pitanja. Moja potraživanja u ovome slučaju su tipična za klasu, u smislu da je riječ o povrijedi prava na minimalni dohodak, povrijedi zakona o prekovremenom radu, povrijedi prava na obvezatni odmor, kršenju pravila za platne liste i povrijedi pravila blagovremene isplate.

25.     Razumijem da predstavnik klase uvijek ima u vidu interese klase i odsutnih članova klase, isto kao što ima u vidu sopstvene interese, i u nekim slučajevima, mora staviti  interese klase i odsutnih članova klase ispred osobnih interesa. Kao predstavnik klase, uzimao sam u obzir i nastavit ću uzimati u obzir interese klase jednako kao i svoje interese i staviti interese klase iznad osobnih interesa.

26.     U redovnom sam kontaktu sa odvjetnicima koji zastupaju klasu. Saglasan sam uvijek aktivno učestvovati u ovoj parnici putem, između ostalog, davanja izjave, stavljanja na raspolaganje dokumentacije, i po potrebi, svjedočenjem.

27.     Razumijem i prihvaćam da je svako razrješenje ovog spora -  bilo putem presude, odbacivanja tužbe ili nagodbom - podložno ovjeri od strane suda, te da mora biti sročeno u interesu klase kao cjeline.

IZJAVA STJEPAN PAPES U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE

28. Pregledao sam i prihvaćam svoje obveze kao predstavnika klase u ovoj parnici.

29. U ljeto 2017. g. sam prihvatio ulogu predstavnika klase u skupnoj tužbi klase, u ime drugih nerukovodećih radnika Vuzem-a. Od tada sam sve vrijeme pomagao u zastupanju klase.

30. Moje aktivno zastupanje klase je uključivalo:

    a.    Redovno konsultiranje sa svojim odvjetnicima putem elektronske pošte i telefona;

    b.    Pregled dokumenata podnesenih od strane mojih odvjetnika i raznih odluka donešenih od strane suda;

    c.    Nabavljanje i stavljanje na uvid dokumenata svojim odvjetnicima;

    d.    Savjetovanje po pitanjima parničenja i strategije;

    e.    Telefonske razgovore (putem aplikacija Viber ili WhatsApp), općenje putem elektronske pošte, komunicireanje kroz Facebook putem poruka ili poziva - sa preko 100 bivših Vuzemovih radnika;

    f.    Putovanje po Hrvatskoj i Sloveniji u cilju dostave sudskih poziva;

    g.    Obezbjeđivanje pomoći svojim odvjetnicima pri prijevodu dokumenata;

    h.    Putovanje po Hrvatskoj, Sloveniji i Bosni i Hercegovini radi sastanaka sa bivšim Vuzemovim radnicima.

31. Nastavit ću izvršavati svoje dužnosti.

32. Ukratko, nemam nikakovih konflikata interesa sa ostalim članovima klase, razumijem da moja uloga kao predstavnika klase jeste predstavljati intrerese cjelokupne klase, i u potpunosti sam spreman izvršavati svoje obveze, uključujući i pomoć odvjetnicima u vođenju parničnog postupka.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

| 4/17/2020 | Krapina | Croatia |
|---|---|---|
| Datum | Mjesto | Država |

DocuSigned by:

*Stjepan Papes*

050C70AE5983425

STJEPAN PAPES

**IZJAVA STJEPAN PAPES U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT BB

DocuSign Envelope ID: A5BCB6F8-A3F6-4341-85AC-54AF2FG64CD4

1    **WILLIAM C. DRESSER, SBN 104375**
     LAW OFFICES OF WILLIAM C. DRESSER
2    4 North Second Street, Suite 1230
     San Jose, California 95113
3    Telephone: (408) 279-7529
     Facsimile: (408) 298-3306
4    Email: loofwcd@aol.com

5

6    **HUNTER PYLE, SBN 191125**
     **KATHERINE FIESTER, SBN 301316**
7    HUNTER PYLE LAW
     428 Thirteenth Street, 11th Floor
8    Oakland, California 94612
     Telephone: (510) 444-4400
9    Facsimile: (510) 444-4410
     Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com

11

12   Attorneys for Plaintiff and similarly situated
     aggrieved employees

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16   UNITED STATES OF AMERICA, ex rel.        Case No.: 5:16-cv-01120-LHK (SVK)
     GREGOR LESNIK; STJEPAN PAPES,
17                                             **DECLARATION OF STJEPAN PAPES IN**
                    Plaintiffs,                **SUPPORT OF PLAINTIFFS' MOTION FOR**
18                                             **CLASS CERTIFICATION**

19           vs.

20   EISENMANN SE, et al.

21                  Defendants.

22

23

24

25

26

27

28

─────────────────────────────────────────────
**DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

I, STJEPAN PAPES, declare:

1.      I am named as a Class Representative in the above-captioned matter.

2.      The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

**FACTUAL BASIS FOR LEGAL CLAIMS**

3.      I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately February 2013.

4.      I stopped working for Vuzem in approximately in February 2016.

5.      I worked for Vuzem at the Tesla plant located in Fremont, California from approximately January 2015 to May 2015.  During that time I performed construction work, installation of ventilation systems, installation of steel structures, installation of ventilation devices and welding.

6.      I was aware of about 100 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia and Herzegovina, Croatia, Hungary, Serbia, Slovakia, and Slovenia.

7.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 800 Euros per month. I was not paid separately for overtime.

8.      I worked almost every day at the Tesla plant.

9.      During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at in apartment in Fremont.

10.      I was told by Supervisor Krunoslav Premuzic that I had to be ready at 06:15 am every day to take a Vuzem van from apartment in Fremont to the Tesla plant.  Every day I showed up in front of the apartment building at 06:15 am to take the Vuzem van.

11.      I was required to travel to and from the Tesla plant in the Vuzem van.  I was not allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I

- 4 -

**DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   never saw any of my co-workers drive on their own or take any other transportation to or from the

2   Tesla plant. To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

3          12.     In the morning and afternoon the Vuzem van parked outside of the Tesla plant. I had

4   to walk approximately five to ten minutes from the Vuzem van to get to the Tesla plant in the

5   morning. I had to walk approximately five to ten minutes in the afternoon to get from the Tesla

6   plant to the Vuzem van.

7          13.     The commute process took at least 30 minutes from the apartment to the Tesla plant.

8   The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of

9   the day.

10         14.      I was not paid for the commute process including the time that I was required to

11  spend in the Vuzem van commuting to and from the Tesla plant.

12         15.     My normal shift was as follows:  Monday to Saturday from approximately 07:00 to

13  18:00, Sunday from approximately 07:00 to 13:00 and sometimes 15:00. I worked the night shift

14  sometimes. During those times, I worked from approximately 18:00 to 5:00, and sometimes 7:00

15  the next day. During my shifts, I observed the other Vuzem workers who I worked with working

16  the same number of hours that I worked.

17         16.     I was not paid time and a half for hours worked over eight hours in a day or over 40

18  hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I

19  worked seven consecutive days.

20         17.     When I worked at the Tesla plant I was required to stay on the premises at all times,

21  including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

22         18.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal

23  period each day that I worked more than 10 hours.  I never saw any of my co-workers take a

24  second meal break when they worked more than 10 hours.

25         19.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest

26  break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third

27  rest break when they worked more than 10 hours.

28

- 4 -

**DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

20.     During the time that I worked at the Tesla plaint I did not receive any documents that showed the actual number of hours that I worked.

21.     To date, Vuzem has not paid me all of the wages that I am owed  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from apartment in Fremont to the Tesla plant.

### DUTIES OF A CLASS REPRESENTATIVE

22.      I am aware that when a plaintiff sues on behalf of a class, he or she assumes a fiduciary obligation to the members of the class and surrenders any right to compromise the group action in return for individual gain.  As a class representative, I accept those fiduciary obligations and surrender the right to compromise the group action in return for individual gain.

23.     I understand that a class representative represents the interests of all members of his or her class in litigation to recover money damages for the class.  As a class representative, I have done and will continue to do that.

24.     I understand that a class representative must have claims that are typical of those of the class, and thus involve common issues of law or fact.  My claims in this case are typical of those of the class, in that they are for minimum wage violations, overtime violations, rest period violations, wage statement violations, and waiting time penalties.

25.     I understand that a class representative always considers the interests of the class and the absent class members just as he or she would consider his or her own interests and, in some cases, must put the interests of the class and the absent class members before his or her own interests.  As a class representative, I have and will continue to consider the interests of the class just as I would consider my own interests and will put the interests of the class before my own interests.

26.     I am regularly in contact with the attorneys for the class.  I agree to always actively participate in this lawsuit by, among other things, providing a declaration, providing documentation, and if requested to provide testimony.

**DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   27. I understand, recognize, and accept that any resolution of this lawsuit by judgment,

2 or by dismissal or settlement, is subject to court approval, and must be designed in the best

3 interests of the class as a whole.

4   28. I have reviewed and acknowledge my duties as a class representative in this

5 litigation.

6   29. In the summer of 2017 I agreed to serve as a class representative in a class action

7 suit on behalf of other non-supervisory Vuzem employees.  I have at all times since then assisted in

8 representing the class.

9   30. My active representation of the Class has included:

10    a. Regularly consulting with my attorneys through email and phone calls;

11    b. Reviewing documents filed by my attorneys and various orders entered by the

12     Court;

13    c. Obtaining and providing documents to my attorneys;

14    d. Providing input regarding litigation and strategy;

15    e. Speaking over the phone (using the Viber or WhatsAppp application) or

16     emailing, and speaking on Facebook using messenger or calls, with more than

17     100 former Vuzem employees.

18    f. Traveling around Croatia and Slovenia assisting in serving summons.

19    g. Providing assistance to my attorneys in getting documents translated.

20    h. Traveling around Croatia, Slovenia, Bosnia and Herzegovina for meetings

21     with former Vuzem employees.

22   31. I will continue to perform these duties.

23   32. In short, I have no conflicts of interest with other Class Members, understand that

24 my role as a class representative is to represent the interests of the entire Class, and am fully

25 prepared to perform my duties, including assisting counsel in litigation.

26

27

28

**DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   I declare under penalty of perjury of the laws of the United States of America that the
2   foregoing is true and correct, and was executed by me on ____4/17/2020____, at
3   [City] __Krapina_____, [Country], __Croatia_____.
4
5
6   Stjepan Papes
    _____
    STJEPAN PAPES
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT CC

Case 5:16-cv-01120-LHK   Document 467-33   Filed 04/26/23   Page 1 of 4
DocuSign Envelope ID: A94666A-7AA9-4883-9054-00755ADC8447
Case 5:16-cv-01120-LHK   Document 463-3   Filed 04/26/23   Page 163 of 461

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
          kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ex rel.
GREGOR LESNIK; STJEPAN PAPES,

        Plaintiffs,

        vs.

EISENMANN SE, et al.

        Defendants.

Case No.: 5:16-cv-01120-LHK (SVK)

**CROATIAN DECLARATION OF ŽELJKO PULJKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Ja, ŽELJKO PULJKO, izjavljujem:

1.     Imenovan sam kao član klase u gore navedenom sudskom postupku.

2.     Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3.     Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike u 2014. g.

4.     Prestao sam raditi za Vuzem otprilike u 2017. g.

5.     Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od ožujka (III) 2015. do kolovoza (VIII) 2015., na poslovima konstrukcije lakirnice..

6.     Znam za preko 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

7.     Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od oko 700 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8.     Radio sam skoro svaki dan u tvornici Tesla.

9.     Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanovima u Milpitasu i Fremont-u.

10.     Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov kombi u 6:00 svakog jutra. Taj kombi me je vozio od stana u Milpitasu i Fremont-u da tvornice Tesla. Svakog jutra oko 6:00 sam stajao ispred stambene zgrade u Milpitasu ili Fremont-u spreman za Vuzemov kombi. Kada sam radio noćnu smjenu, stajao bih oko 17:00 ispred stambene zgrade u Milpitasu ili Fremont-u spreman za Vuzemov kombi.

11.     Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam vozio.

12.     Proces prijevoza od stana u Milpitasu ili Fremont-u do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je najmanje 30 minuta.

**IZJAVA ŽELJKO PULJKO U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.     Moja uobičajena radna smjena je bila: od ponedeljka do subote. Radno vrijeme je obično počinjalo oko 7:00  i završavalo se oko 18:00. Radio sam i nedjeljom,  obično od 7:00 do 13:00. Također sam radio sam i noćnu smjenu tokom 4 mjeseca, i tada mi je radno vrijeme bilo otprilike od 18:00 do 5:00 ili 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnevno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kojem osnovu.

17.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

18.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu ili Fremont-u do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

| 4/18/2020 | Krapina | Croatia |
| --- | --- | --- |
| Datum | Mjesto | Država |

ŽELJKO PULJKO

**IZJAVA ŽELJKO PULJKO U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT DD

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com
5
6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees
13                    **UNITED STATES DISTRICT COURT**
14                   **NORTHERN DISTRICT OF CALIFORNIA**
15
16 UNITED STATES OF AMERICA, ex rel.          Case No.: 5:16-cv-01120-LHK (SVK)
   GREGOR LESNIK; STJEPAN PAPES,
17                                             **DECLARATION OF ŽELJKO PULJKO IN**
                                               **SUPPORT OF PLAINTIFFS' MOTION FOR**
18              Plaintiffs,                     **CLASS CERTIFICATION**
19         vs.
20 EISENMANN SE, et al.
21              Defendants.
22
23
24
25
26
27
28

_____
          DECLARATION OF ZELJKO PULJKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                      CERTIFICATION

DocuSign Envelope ID: 1A94666A-7AA9-4883-B954-09755ADC8447

1    I, ŽELJKO PULJKO, declare:

2    1.    I am a member of the Class in the above-captioned matter.

3    2.    The matters stated in this declaration are known to me personally and I could

4    competently testify to them, except as to those matters that are stated on information and belief,

5    which, as to those matters, I believe to be true.

6    3.    I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately 2014.

7    4.    I stopped working for Vuzem in approximately 2017.

8    5.    I worked for Vuzem at the Tesla plant located in Fremont, California from

9    approximately March 2015 to August 2015.  During that time I did construction work.

10    6.    I was aware of over 100 other Vuzem workers who worked at the Tesla plant. The

11    workers I knew came from Bosnia-Herzegovina, Croatia, Serbia and Slovenia.

12    7.    During the time that I worked for Vuzem at the Tesla plant located in Fremont,

13    California, I was paid a flat rate per month as follows: approximately 700 Euros per month. I was

14    not paid separately for overtime.

15    8.    I worked almost every day at the Tesla plant.

16    9.    During the time that I worked for Vuzem at the Tesla plant located in Fremont,

17    California, I stayed at apartments in Milpitas and Fremont.

18    10.    I was told by my boss that I had to be ready for the official Vuzem van at

19    approximately 06:00 am every day. That van took me from the apartment in Milpitas or Fremont to

20    the Tesla plant.  Every day I showed up in front of the apartment building at approximately 06:00

21    am to take the Vuzem van. When I worked the night shift I showed up in front of the apartment

22    building at approximately 17:00 to take the Vuzem van to work.

23    11.    I was required to travel to and from the Tesla plant in the Vuzem van.  I was not

24    allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.

25    12.    The commute process took at least 30 minutes from the apartment to the Tesla plant.

26    The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of

27    the day.

28

**DECLARATION OF ŽELJKO PULJKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

13. I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14. My normal shift was as follows: Monday to Saturday from approximately 7:00 to 18:00. I also worked on Sundays from approximately 7:00 to 13:00. For approximately four months I worked the night shift. During that time I worked from 18:00 to either 5:00 or 6:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15. I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week. I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16. When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort. I was not allowed to leave the plant for any purpose.

17. During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

18. To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from the apartment in Milpitas or Fremont to the Tesla plant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on <u>4/18/2020</u>, at [City] <u>Krapina</u>, [Country], <u>Croatia</u>.

DocuSigned by:

_Željko Puljko signature_
06F17148DCAB4A7
ZELJKO PULJKO

# EXHIBIT EE

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com

5

6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com

11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.       Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                          **CROATIAN DECLARATION OF**
                Plaintiffs,                 **KRISTIJAN RUGANI IN SUPPORT OF**
18                                          **PLAINTIFFS' MOTION FOR CLASS**
                                            **CERTIFICATION**
19          vs.

20  EISENMANN SE, et al.

21              Defendants.

22

23

24

25

26

27

28

DocuSign Envelope ID: 2A36165C-622E-45BD-A776-DE512E6E571B2

Ja, KRISTIJAN RUGANI, izjavljujem:

1.      Imenovan sam kao član klase u gore navedenom sudskom postupku.

2.      Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3.      Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike 2011. g.

4.      Prestao sam raditi za Vuzem otprilike 2019. g.

5.      Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od travnja (IV) 2014. do studenog (XI) 2015., i to u svojstvu montera - građevinskog radnika.

6.      Znam za oko 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Mađarske, Hrvatske, Srbije i Slovenije.

7.      Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od oko 700 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8.      Radio sam skoro svaki dan u tvornici Tesla.

9.      Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Fremont-u.

10.     Morao sam biti spreman za službeni Vuzemov kombi 45 minuta prije početka radnog vremena svakog dana. Taj kombi me je vozio od stana u Fremont-u do tvornice Tesla. Svakog dana 45 minuta prije početka radnog vremena sam stajao ispred stambene zgrade u Fremont-u, spreman za Vuzemov kombi.

11.     Putovao sam do tvornice Tesla i natragVuzemovim kombijem. Nikada nisam sam vozio. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

**IZJAVA KRISTIJANA RUGANIJA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: 2A36165C-632E-45BD-A77C-DE51F26EE71B2

12.     Proces prijevoza od stana u Fremont-u do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do Fremont-a po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.     Moja uobičajena radna smjena je bila: od ponedjeljka do subote, kad je radno vrijeme počinjalo u 7:00 i završavalo u 18:00, i nedjeljom od 7:00 do 13:00. Radio sam i noćnu smjenu, otprilike u periodu od 3 mjeseca tokom 2015., i tada mi je radno vrijeme bilo od 18:00 do 5:00 idućeg jutra. Tokom smjene, uočavao bih i druge kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad kada sam radio sedam dana uzastopno.

16.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nijednog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

18.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

19.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

**IZJAVA KRISTIJANA RUGANIJA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

1    4/19/2020                    Greer                        South Carolina
2    Datum                        Mjesto                       Država
3
                                      DocuSigned by:
4                                 _____
                                      KRISTIJAN RUGANI
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IZJAVA KRISTIJANA RUGANIJA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT FF

1    **WILLIAM C. DRESSER, SBN 104375**
     LAW OFFICES OF WILLIAM C. DRESSER
2    4 North Second Street, Suite 1230
     San Jose, California 95113
3    Telephone: (408) 279-7529
     Facsimile: (408) 298-3306
4    Email: loofwcd@aol.com
5
6    **HUNTER PYLE, SBN 191125**
     **KATHERINE FIESTER, SBN 301316**
7    HUNTER PYLE LAW
     428 Thirteenth Street, 11th Floor
8    Oakland, California 94612
     Telephone: (510) 444-4400
9    Facsimile: (510) 444-4410
     Emails: hunter@hunterpylelaw.com
10            kfiester@hunterpylelaw.com
11
     Attorneys for Plaintiff and similarly situated
12   aggrieved employees
13                  **UNITED STATES DISTRICT COURT**
14                 **NORTHERN DISTRICT OF CALIFORNIA**
15
16   UNITED STATES OF AMERICA, ex rel.      Case No.: 5:16-cv-01120-LHK (SVK)
     GREGOR LESNIK; STJEPAN PAPES,
17                                          **DECLARATION OF KRISTIJAN RUGANI**
                                            **IN SUPPORT OF PLAINTIFFS' MOTION**
18              Plaintiffs,                 **FOR CLASS CERTIFICATION**
19          vs.
20   EISENMANN SE, et al.
21              Defendants.
22
23
24
25
26
27
28

---

**DECLARATION OF KRISTIJAN RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, KRISTIJAN RUGANI, declare:

1. I am a member of the Class in the above-captioned matter.

2. The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3. I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately 2011.

4. I stopped working for Vuzem in approximately 2019.

5. I worked for Vuzem at the Tesla plant located in Fremont, California from approximately April 2014 to November 2015. During that time I worked as a fitter doing construction work.

6. I was aware of about 100 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia and Herzegovina, Hungary, Croatia, Serbia, and Slovenia.

7. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 700 Euros per month. I was not paid separately for overtime.

8. I worked almost every day at the Tesla plant.

9. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10. I had to be ready for the official Vuzem van 45 minutes before work every day. That van took me from the apartment in Fremont to the Tesla plant. Every day I showed up in the parking lot in front of the apartment building at 45 minutes before work to take the Vuzem van.

11. I travelled to and from the Tesla plant in the Vuzem van. I never drove on my own. I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant. To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

12. The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

- 1 -

**DECLARATION OF KRISTIJAN RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

13.    I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.    My normal shift was as follows:  Monday to Saturday from approximately 7:00 to 18:00 and on Sunday from 7:00 to 13:00. I worked the night shift for approximately three months in 2015. During that time I worked from 18:00 to 5:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.    I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked seven consecutive days.

16.    I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

17.    I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

18.    During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

19.    To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on 4/19/2020 _____, at [City] Greer _____, [Country], South Carolina _____.



KRISTIJAN RUGANI

**DECLARATION OF KRISTIJAN RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT GG

1  **WILLIAM C. DRESSER, SBN 104375**
   LAW OFFICES OF WILLIAM C. DRESSER
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Telephone: (408) 279-7529
   Facsimile: (408) 298-3306
4  Email: loofwcd@aol.com
5
6  **HUNTER PYLE, SBN 191125**
   **KATHERINE FIESTER, SBN 301316**
7  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
8  Oakland, California 94612
   Telephone: (510) 444-4400
9  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
10         kfiester@hunterpylelaw.com
11
   Attorneys for Plaintiff and similarly situated
12 aggrieved employees

13                 **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.          Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                             **CROATIAN DECLARATION OF**
                                               **KRUNOSLAV RUGANI IN SUPPORT OF**
18            Plaintiffs,                       **PLAINTIFFS' MOTION FOR CLASS**
                                               **CERTIFICATION**
19        vs.

20  EISENMANN SE, et al.

21            Defendants.

22

23

24

25

26

27

28

---

**CROATIAN DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR**
**CLASS CERTIFICATION**

DocuSign Envelope ID: 22111177-0851-4853-A96D-89B9AE6F8347

Ja, KRUNOSLAV RUGANI, izjavljujem:

1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u travnju (IV) 2014. g.

4. Prestao sam raditi za Vuzem otprilike u prosincu (XII) 2016. g.

5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od travnja (IV) 2015. do prosinca (XII) 2015., i to u svojstvu montera - građevinskog radnika.

6. Znam za oko 100 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća u iznosu od otprilike 700 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8. Radio sam skoro svaki dan u tvornici Tesla.

9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Milpitasu.

10. Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov kombi u 6:00 svakog jutra. Taj kombi me je vozio od stana u Milpitasu do tvornice Tesla. Svakog jutra u 6:00 sam stajao na parkiralištu ispred stambene zgrade u Milpitasu spreman za Vuzemov kombi. Kada bih radio u noćnoj smjeni, morao bih biti spreman za Vuzemov kombi oko 18:00.

11. Nikada nisam sam vozio. Nikada nisam video nijednog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

12. Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta,. Proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

**IZJAVA KRUNOSLAV RUGANI U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: 12211177-9261-4853-A06D-89B0AB26F8347

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag

14.     Moja uobičajena radna smjena je bila: od ponedjeljka do subote, kad je radno vrijeme počinjalo oko 7:00  i završavalo se oko 18:00, i nedjeljom otprilike od 7:00 - 13:00. Radio sam i noćnu smjenu u trajanju od otprilike 2 mjeseca, i tada mi je radno vrijeme bilo otprilike od 19:00 do 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste drugi odmor radi obroka svaki put kada bi radli više od 10 sati dnevno.

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.  Nikada nisam video nekog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Milpitasu do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

**IZJAVA KRUNOSLAV RUGANI U CILJU PODRŠKE ZAHTJEVU TUZITELJA ZA OVJERU KLASE**

1    4/21/2020                    Kolarovec                  Hrvatska

2    Datum                        Mjesto                     Država

3

4                              DocuSigned by:

5                              94554F68720443E...
                                KRUNOSLAV RUGANI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IZJAVA KRUNOSLAV RUGANI U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT HH

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com
5
6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com
11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees

13                  **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, ex rel.        Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                           **DECLARATION OF KRUNOSLAV RUGANI**
                    Plaintiffs,              **IN SUPPORT OF PLAINTIFFS' MOTION**
18                                           **FOR CLASS CERTIFICATION**
                vs.
19
20  EISENMANN SE, et al.
21                  Defendants.
22
23
24
25
26
27
28

_____
**DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

I, KRUNOSLAV RUGANI, declare:

1. I am a member of the Class in the above-captioned matter.

2. The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3. I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately April 2014.

4. I stopped working for Vuzem in approximately December 2016.

5. I worked for Vuzem at the Tesla plant located in Fremont, California from approximately April 2015 to December 2015. During that time I did construction work.

6. I was aware of about 100 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia and Herzegovina, Croatia, Serbia and Slovenia.

7. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 700 Euros per month. I was not paid separately for overtime.

8. I worked almost every day at the Tesla plant.

9. During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Milpitas.

10. I was told by my supervisor that I had to be ready for the official Vuzem van at 06:00 am every day. That van took me from the apartment in Milpitas to the Tesla plant. Every day I showed up in the parking lot in front of the apartment building at 06:00 am to take the Vuzem van. When I worked the night shifts I needed to be ready to take the Vuzem van at approximately 18:00.

11. I never drove on my own. I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant. To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

//

//

**DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.      I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows:  Monday to Saturday from approximately 7:00 to 18:00, and Sundays from approximately 7:00 to 13:00. I worked the night shift for about two months. During this time I started work at approximately 19:00 and ended at 6:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from apartment in Milpitas to the Tesla plant.

**DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   I declare under penalty of perjury of the laws of the United States of America that the

2   foregoing is true and correct, and was executed by me on _4/21/2020_____, at

3   [City] _Kolarovec_____, [Country], _Hrvatska_____.

4

5   DocuSigned by:

6   KRUNOSLAV RUGANI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

# EXHIBIT II

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
       kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>          Plaintiffs,<br><br>      vs.<br><br>EISENMANN SE, et al.<br><br>          Defendants. | Case No.: 5:16-cv-01120-LHK (SVK)<br><br>**CROATIAN DECLARATION OF DARKO ŠINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Ja, DARKO ŠINCEK, izjavljujem:

1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u siječnju (I) 2014.

4. Prestao sam raditi za Vuzem otprilike u listopadu (X) 2017.

5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od listopada (X) 2014. do travnja (IV) 2016. Za to vrijeme obavljao sam bravarsko-varilačke poslove u lakirnici.

6. Znam za oko 120 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Bosne, Hrvatske, Srbije i Slovenije.

7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 680 eura mjesečno. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8. Radio sam skoro svaki dan u tvornici Tesla, čak i kada sam bio bolestan ili ozlijeđen. Rečeno mi je da radnici neće biti plaćeni ukoliko budu odsustvovali s posla, i da će biti poslati natrag u domovinu sa odbitkom od plaće ako budu ostajali doma.

9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu.

10. Morao sam biti spreman za službeni Vuzemov kombi 30 minuta prije početka radnog vremena svakog dana. Taj kombi me je vozio od stana u do tvornice Tesla. Svakog jutra sam stajao 30 minuta prije početka radnog vremena ispred stambene zgrade spreman za Vuzemov kombi.

11. Bio sam obavezan putovati do tvornice Tesla i natrag isključivo Vuzemovim kombijem. Jedno vrijeme Vuzem mi je dao na korišćenje kombi kojim bih prevozio sebe i suradnike do posla i natrag. Nikada nisam vozio sam. Viđao sam svoje suradnike da se voze Vuzemovim kombijem, baš kao i ja.

- 1 -

**IZJAVA DARKA ŠINCEKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

12.     Proces prijevoza od stana do tvornice Tesla trajao je najmanje 30 minuta. Proces prijevoza natrag od tvornice Tesla do moga stana po svršetku radnog vremena trajao je najmanje 30 minuta.

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza do tvornice Tesla i natrag.

14.     Moja uobičajena radna smjena je bila: od ponedeljka do subote, a radio sam ponekad i nedjeljom.  Radno vrijeme je obično počinjalo u 7:00  i završavalo se u 18:00. Radio sam i u noćnoj smjeni tijekom šest mjeseci, otprilike u periodu od V 2015. do XII 2015. Kada sam radio noćnu smjenu, radno vrijeme mi je bilo obično od 19:00 do 5:00 idućeg jutra, a u jednom periodu i od 19:00 do 7:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnevno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno.

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana do tvornice Tesla.

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima SAD, da je sve gore navedeno točno i istinito, i potpisujem :

**IZJAVA DARKA SINCEKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: F4383C99-8B46-4437-98CF-33AE79514DC

1

2

| 4/23/2020 | donja voča | hrvatska |
|---|---|---|

3  Datum          Mjesto         Država

4

5



6  DARKO ŠINCEK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IZJAVA DARKA ŠINCEKA U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT JJ

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com
5
6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10          kfiester@hunterpylelaw.com
11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees
13                  **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
15
16  UNITED STATES OF AMERICA, ex rel.       Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                          **DECLARATION OF DARKO ŠINCEK IN**
                    Plaintiffs,             **SUPPORT OF PLAINTIFFS' MOTION FOR**
18                                          **CLASS CERTIFICATION**
19          vs.
20  EISENMANN SE, et al.
21                  Defendants.
22
23
24
25
26
27
28

_____
**DECLARATION OF DARKO SINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS**
**CERTIFICATION**

I, DARKO ŠINCEK, declare:

1.     I am a member of the Class in the above-captioned matter.

2.     The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.     I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately January 2014.

4.     I stopped working for Vuzem in approximately October 2017.

5.     I worked for Vuzem at the Tesla plant located in Fremont, California from approximately October 2014 to April 2016. During that time I did construction work in the paint shop.

6.     I was aware of about 120 other Vuzem workers who worked at the Tesla plant. The workers I knew came from Bosnia, Croatia, Serbia and Slovenia.

7.     During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 680 Euros per month. I was not paid separately for overtime.

8.     I worked almost every day at the Tesla plant, even when I was sick or injured. I was told that workers would not be paid if they were absent from work and that they would be sent back to their home country with deductions from their salary if they were absent from work.

9.     During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment.

10.     I had to be ready for the official Vuzem van 30 minutes before work every day. That van took me from the apartment to the Tesla plant. Every day I showed up in front of the apartment building 30 minutes before work to take the Vuzem van.

11.     I was required to travel to and from the Tesla plant in the Vuzem van. At one point Vuzem gave me a van to drive my co-workers and me to and from work. I never drove on my own. I saw my co-workers taking the Vuzem van, just like me.

- 1 -

**DECLARATION OF DARKO ŠINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12.     The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13.      I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows:  Monday to Saturday and I worked on Sundays sometimes too. I started work at approximately 7:00 and ended at approximately 18:00. I worked the night shift for six months from approximately May 2015 to December 2015. During this time I usually worked from about 19:00 to 5:00 the next day. Other times I worked approximately 19:00 to 7:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment to the Tesla plant.

//

//

DECLARATION OF DARKO SINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on ___4/23/2020_____, at

3    [City] ___donja voća_____, [Country], ___hrvatska_____.

4

5

6                                          DocuSigned by:

                                           Darko Sincek
                                           _____
                                           71378CAEDE75416...
                                           DARKO ŠINCEK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DARKO SINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT KK

1    **WILLIAM C. DRESSER, SBN 104375**
     LAW OFFICES OF WILLIAM C. DRESSER
2    4 North Second Street, Suite 1230
     San Jose, California 95113
3    Telephone: (408) 279-7529
     Facsimile: (408) 298-3306
4    Email: loofwcd@aol.com
5
6    **HUNTER PYLE, SBN 191125**
     **KATHERINE FIESTER, SBN 301316**
7    HUNTER PYLE LAW
     428 Thirteenth Street, 11th Floor
8    Oakland, California 94612
     Telephone: (510) 444-4400
9    Facsimile: (510) 444-4410
     Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com
11
     Attorneys for Plaintiff and similarly situated
12   aggrieved employees
13                **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
15
16   UNITED STATES OF AMERICA, ex rel.      Case No.: 5:16-cv-01120-LHK (SVK)
     GREGOR LESNIK; STJEPAN PAPES,
17                                          **CROATIAN DECLARATION OF DAVID**
                  Plaintiffs,               **ŠTANTE IN SUPPORT OF PLAINTIFFS'**
18                                          **MOTION FOR CLASS CERTIFICATION**
19         vs.
20   EISENMANN SE, et al.
21                Defendants.
22
23
24
25
26
27
28
     ─────────────────────────────────────────────────────────
     **CROATIAN DECLARATION OF DAVID STANTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS**
     **CERTIFICATION**

Ja, DAVID ŠTANTE, izjavljujem:

1. Imenovan sam kao član klase u gore navedenom sudskom postupku.

2. Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje smatram da su istiniti.

3. Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem") otprilike početkom 2012. g.

4. Prestao sam raditi za Vuzem otprilike u rujnu (IX) 2015. g.

5. Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija, otprilike od ožujka (III) 2015. do rujna (IX) 2015., obavljajući građevinske poslove.

6. Znam za oko 80 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici koje sam poznavao su došli iz Hrvatske i Slovenije.

7. Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je paušalna mjesečna plaća, u iznosu od otprilike 800 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog rada.

8. Radio sam skoro svaki dan u tvornici Tesla.

9. Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u stanu u Fremont-u.

10. Rečeno mi je od strane poslovođe da moram biti spreman za službeni Vuzemov kombi oko 6:15 svakog jutra kad bih radio dnevnu smjenu i oko 18:15 kad sam radio noćnu smjenu. Taj kombi me je vozio od stana u Fremont-u da tvornice Tesla. Svakog dana u 6:15 ili 18:15 sam stajao ispred stambene zgrade spreman za Vuzemov kombi.

11. Nikada nisam video nekog od mojih kolega-suradnika sa posla da voze bilo sami ili da idu drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim kombijem, baš kao i ja.

12. Proces prijevoza od stana u Milpitasu do tvornice Tesla trajao je najmanje 30 minuta. Proces prijevoza natrag od tvornice Tesla do Milpitasa po svršetku radnog vremena trajao je najmanje 30 minuta.

**IZJAVA DAVID STANTE U CILJU PODRŠKE ZAHTJEVU TUZITELJA ZA OVJERU KLASE**

13.     Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14.     Moja uobičajeno radno vrijeme je bilo: od ponedjeljka do subote , otprilike od 7:00 do 19:00. Najmanje jednom mjesečno bih radio i nedjeljom, obično od 7:00 do 15:00. Radio sam i noćnu smjenu u periodu od oko 3 mjeseca, i tada mi je radno vrijeme bilo otprilike od 19:00 do 7:00 idućeg jutra. Tokom smjene, uočavao bih i druge  kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15.     Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16.     Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17.     Nije mi bilo uvijek dopušteno koristiti, niti sam uvijek koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od svojih suradnika da koriste drugi odmor raadi obroka, svaki put kada bi radli više od 10 sati dnevno.

18.     Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nekog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno.

19.     Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20.     Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, sukladno zakonima Sjedinjenih američkih država, da je sve gore navedeno točno i istinito, i potpisujem :

IZJAVA DAVID STANTE U CILJU PODRŠKE ZAHTJEVU TUZITELJA ZA OVJERU KLASE

4/20/2020

Datum

vojnik

Mjesto

slovenia

Država

DocuSigned by:

4590F1FC8EA5469...

DAVID ŠTANTE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IZJAVA DAVID ŠTANTE U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT LL

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com
5
6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com
11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees
13              **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
15
16  UNITED STATES OF AMERICA, ex rel.        Case No.: 5:16-cv-01120-LHK (SVK)
    GREGOR LESNIK; STJEPAN PAPES,
17                                            **DECLARATION OF DAVID ŠTANTE IN**
                                              **SUPPORT OF PLAINTIFFS' MOTION FOR**
18              Plaintiffs,                   **CLASS CERTIFICATION**
19          vs.
20  EISENMANN SE, et al.
21              Defendants.
22
23
24
25
26
27
28

DocuSign Envelope ID: 509AE584-0687-4CA8-9EE9-2A412CAADBE2

I, DAVID ŠTANTE, declare:

1.   I am a member of the Class in the above-captioned matter.

2.   The matters stated in this declaration are known to me personally and I could competently testify to them, except as to those matters that are stated on information and belief, which, as to those matters, I believe to be true.

3.   I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately the beginning of 2012.

4.   I stopped working for Vuzem in approximately September 2015.

5.   I worked for Vuzem at the Tesla plant located in Fremont, California from approximately March 2015 to September 2015.  During that time I did construction work.

6.   I was aware of about 80 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Croatia and Slovenia.

7.   During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month as follows: approximately 800 Euros per month. I was not paid separately for overtime.

8.   I worked almost every day at the Tesla plant.

9.   During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment in Fremont.

10.   I was told by my supervisor that I had to be ready for the official Vuzem van around 06:15 am every day when I worked a morning shift and around 18:15 each day I worked a night shift. That van took me from the apartment in Fremont to the Tesla plant.  Every day I showed up in front of the apartment building at either around 06:15 am or 18:15 to take the Vuzem van.

11.   I never saw any of my co-workers drive on their own or take any other transportation to or from the Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

//

//

- 1 -

**DECLARATION OF DAVID STANTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12. The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day.

13. I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14. My normal shift was as follows: Monday to Saturday from approximately 7:00 to 19:00. I also worked on Sunday at least once per month from approximately 7:00 to 15:00. I worked the night shift for approximately three months. During that time I started work at 19:00 and ended at 7:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15. I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week. I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16. When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort. I was not allowed to leave the plant for any purpose.

17. I was not always permitted to take, nor did I always take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours. I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18. I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours. I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19. During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20. To date, Vuzem has not paid me all of the wages that I am owed. For example, I have not been paid any of the overtime that I am owed. I also have not been paid for the time spent travelling from apartment in Fremont to the Tesla plant.

**DECLARATION OF DAVID STANTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: F09AE584-0637-4CA8-8EED-2A412CAADBE2

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on _4/20/2020_____, at

3    [City] _vojnik_____, [Country], _slovenia_____.

4

5

6                                          DAVID STANTE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF DAVID STANTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT MM

DocuSign Envelope ID: F38B25FF-A635-407B-B9E6-7A2D2BB9A9AD

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
        kfiester@hunterpylelaw.com

Attorneys for Plaintiff and similarly situated
aggrieved employees

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **CROATIAN DECLARATION OF NEDELJKO ŽIVANIĆ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1   Ja, NEDELJKO ŽIVANIĆ, izjavljujem:

2      1.   Imenovan sam kao član klase u gore navedenom sudskom postupku.

3      2.   Sve navedeno u ovoj izjavi osobno mi je poznato i mogu vjerodostojno svjedočiti o

4 tome, osim onih sadržaja koji su zasnovani na općim informacijama i ličnom uvjerenju, a za koje

5 smatram da su istiniti.

6      3.   Počeo sam raditi za ISM Vuzem d.o.o. ("Vuzem")  otprilike u maju (V) 2014.

7      4.   Prestao sam raditi za Vuzem otprilike u oktobru (X) 2018. g.

8      5.   Radio sam za Vuzem u tvornici Tesla koja se nalazi u Fremont-u, Kalifornija,

9 otprilike od kolovoza (VIII) 2014. do kolovoza (VIII) 2015., i to u svojstvu montera.

10      6.   Znam za oko 90 drugih Vuzem-ovih radnika koji su radili u tvornici Tesla. Radnici

11 koje sam poznavao su došli iz Bosne i Hercegovine, Hrvatske, Srbije i Slovenije.

12      7.   Tokom rada za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, isplaćivana mi je

13 mjesečna plata u iznosu od oko 700 eura. Nisam dobijao nikakav dodatak na ime prekovremeneog

14 rada.

15      8.   Radio sam skoro svaki dan u tvornici Tesla.

16      9.   Dok sam radio za Vuzem u tvornici Tesla u Fremont-u, Kalifornija, boravio sam u

17 stanu u Fremont-u.

18      10.   Rečeno mi je od strane Vuzema da moram biti spreman za službeni Vuzemov kombi

19 u 6:00 svakog jutra. Taj kombi me je vozio od stana u Fremont-u da tvornice Tesla. Svakog jutra u

20 6:00 sam stajao ispred stambene zgrade spreman za Vuzemov kombi.

21      11.   Bio sam obavezan putovati do tvornice Tesla i natrag Vuzemovim kombijem. Nije mi

22 bilo dopušteno putovati bilo kojim drugim prijevozom do tvornice Tesla i natrag. Nikada nisam sam

23 vozio. Nikada nisam video nijednog od mojih kolega-saradnika sa posla da voze bilo sami ili da idu

24 drugim prijevozom do tvornice Tesla i natrag. Naprotiv, viđao sam sve njih da se voze Vuzemovim

25 kombijem, baš kao i ja. ok

26      12.   Proces prijevoza od stana u Fremont-u do tvornice Tesla trajao je najmanje 30

27 minuta,. Proces prijevoza natrag od tvornice Tesla do stana po svršetku radnog vremena trajao je

28 najmanje 30 minuta.

**IZJAVA NEDELJKO ŽIVANIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

DocuSign Envelope ID: 638B25FF-A635-407B-B9F6-7A2D2BB9A9AD

13. Nisam bio posebno plaćen (primao novčanu nadokanadu) za vrijeme provedeno u procesu prijevoza Vuzemovim kombijem do tvornice Tesla i natrag.

14. Moja uobičajena radna smjena je bila: od ponedeljka do petka od oko 7:00 do oko 18:00, subotom od oko 7:00 do oko 14:00, i ponekad nedeljom, od oko 7:00 do oko 13:00, odnosno katkad i 15:00. Dok sam radio noćnu smjenu, u trajanju od otprilike 4-5 mjeseci, radio bih od 18:00 do 6:00 idućeg jutra. Tokom smjene, uočavao bih i druge kolege iz Vuzema sa kojima sam surađivao da rade isti broj sati kao i ja.

15. Nisam bio plaćen 1,5 redovne satnice za prekovremeni rad preko osam sati dnveno ili 40 sati sedmično. Nisam bio plaćen dvostruku redovnu satnicu za prekovremeni rad preko 12 sati na dan ili kada sam radio sedam dana uzastopno.

16. Tokom rada u tvornici Tesla bio sam obavezan ostati u tvorničkom krugu sve vrijeme, uključiv i pauze svih vrsta. Nije mi bilo dopušteno napustiti tvornički krug ni po kom osnovu.

17. Nije mi bilo dopušteno koristiti, niti sam koristio, drugi 30-minutni odmor bez prekida radi obroka svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog od mojih suradnika da koriste drugi odmor radi obroka, svaki put kada bi radli više od 10 sati dnevno.

18. Nije mi bilo dopušteno koristiti, niti sam koristio, treći 10-minutni odmor bez prekida svaki put kada bih radio više od 10 sati dnevno. Nikada nisam video nijednog od mojih suradnika da koriste treći odmor, svaki put kada bi radli više od 10 sati dnevno

19. Dok sam radio u tvornici Tesla nisam primio nikakva dokumenta koja bi posvjedočila o stvarnom broju sati koje sam radio.

20. Do danas, Vuzem mi nije isplatio sve satnice i plaće koje mi duguje. Naprimjer, nije mi još isplaćeno ništa po osnovu mog prekovremenog rada što mi se duguje. Također, nije mi još isplaćeno ništa po osnovu vremena provedenog u prijevozu od stana u Fremont-u do tvornice Tesla i nazad.

Izjavljujem pod teretom krivokletstva, u skladu sa zakonima Sjedinjenih američkih država, da je sve gore navedeno tačno i istinito, i potpisujem :

4/21/2020

Prnjavor

Bosna i Hercegovina

_____    _____    _____
Datum                  Mjesto                   Država



NEDELJKO ŽIVANIĆ

**IZJAVA NEDELJKO ŽIVANIC U CILJU PODRŠKE ZAHTJEVU TUŽITELJA ZA OVJERU KLASE**

# EXHIBIT NN

1   **WILLIAM C. DRESSER, SBN 104375**
    LAW OFFICES OF WILLIAM C. DRESSER
2   4 North Second Street, Suite 1230
    San Jose, California 95113
3   Telephone: (408) 279-7529
    Facsimile: (408) 298-3306
4   Email: loofwcd@aol.com
5
6   **HUNTER PYLE, SBN 191125**
    **KATHERINE FIESTER, SBN 301316**
7   HUNTER PYLE LAW
    428 Thirteenth Street, 11th Floor
8   Oakland, California 94612
    Telephone: (510) 444-4400
9   Facsimile: (510) 444-4410
    Emails: hunter@hunterpylelaw.com
10           kfiester@hunterpylelaw.com
11
    Attorneys for Plaintiff and similarly situated
12  aggrieved employees
13                **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| 16 UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, | Case No.: 5:16-cv-01120-LHK (SVK) |
| 17 | **DECLARATION OF NEDELJKO ŽIVANIĆ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 18 Plaintiffs, | |
| 19 vs. | |
| 20 EISENMANN SE, et al. | |
| 21 Defendants. | |

22
23
24
25
26
27
28

1     I, NEDELJKO ŽIVANIĆ, declare:

2     1.     I am a member of the Class in the above-captioned matter.

3     2.     The matters stated in this declaration are known to me personally and I could

4  competently testify to them, except as to those matters that are stated on information and belief,

5  which, as to those matters, I believe to be true.

6     3.     I started working for ISM Vuzem d.o.o. ("Vuzem") in approximately May 2014.

7     4.     I stopped working for Vuzem in approximately October 2018.

8     5.     I worked for Vuzem at the Tesla plant located in Fremont, California from

9  approximately August 2014 to August 2015.  During that time I worked as an installer.

10    6.     I was aware of about 90 other Vuzem workers who worked at the Tesla plant.  The

11 workers I knew came from Bosnia and Herzegovina, Croatia, Serbia, and Slovenia.

12    7.     During the time that I worked for Vuzem at the Tesla plant located in Fremont,

13 California, I was paid a flat rate per month as follows: approximately 750-800 Euros per month. I

14 was not paid separately for overtime.

15    8.     I worked almost every day at the Tesla plant.

16    9.     During the time that I worked for Vuzem at the Tesla plant located in Fremont,

17 California, I stayed at an apartment in Fremont.

18    10.    Vuzem told me that I had to be ready for the official Vuzem van at 06:00 am every

19 day. That van took me from the apartment in Fremont to the Tesla plant.  Every day I showed up in

20 front of the apartment building at 06:00 am to take the Vuzem van.

21    11.    I was required to travel to and from the Tesla plant in the Vuzem van.  I was not

22 allowed to take any other transportation to or from the Tesla plant.  I never drove on my own.  I

23 never saw any of my co-workers drive on their own or take any other transportation to or from the

24 Tesla plant.  To the contrary, I saw all of my co-workers taking the Vuzem van, just like me.

25    12.    The commute process took at least 30 minutes from the apartment to the Tesla plant.

26 The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of

27 the day.

28

- 1 -
DECLARATION OF NEDELJKO ZIVANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

DocuSign Envelope ID: F38B25FF-A635-407B-B9F6-7A2D2BB3A9AD

13.     I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

14.     My normal shift was as follows: Monday to Friday from approximately 7:00 to approximately 18:00, Saturday from approximately 7:00 to approximately 14:00, and sometimes 16:00, and on some Sundays from approximately 7:00 to approximately 13:00 and sometimes 15:00. I worked the night shift for approximately four to five months I worked from approximately 18:00 to 6:00 the next day. During my shifts, I observed the other Vuzem workers who I worked with working the same number of hours that I worked.

15.     I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

16.     When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

17.     I was not permitted to take, nor did I take, a second 30 minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

18.     I was not permitted to take, nor did I take, a third 10 minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

19.     During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

20.     To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment in Fremont to the Tesla plant.

//

//

//

**DECLARATION OF NEDELJKO ZIVANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1    I declare under penalty of perjury of the laws of the United States of America that the

2    foregoing is true and correct, and was executed by me on  4/21/2020 _____, at

3    [City]  Prnjavor _____, [Country], Bosna und Hercegovina _____.

4

5

6    _____
     NEDELJKO ŽIVANIĆ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF NEDELJKO ZIVANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Maslic, et al v ISM Vuzem, d.o.o., et al

US Dist Ct, ND California Action No.:  5:21-cv-02556-BLF

# EXHIBIT  B

## to Authenticating Declaration

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
        kfiester@hunterpylelaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>                 Plaintiffs,<br><br>     vs.<br><br>EISENMANN SE, et al.<br><br>                 Defendants. | Case No.: 5:16-cv-01120-LHK (SVK)<br><br>**DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:     June 4, 2020<br>Time:    1:30 p.m.<br>Ctrm:    8, 4th Floor<br>Judge:   Honorable Lucy H. Koh |

---

DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

I, Hunter Pyle, declare as follows:

1.    I am a member in good standing of the Bar of the State of California and the principal at Hunter Pyle Law, in Oakland, California. I am counsel of record for Plaintiff Stjepan Papes ("Plaintiff") and the putative class. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

## MY BACKGROUND AND EXPERIENCE

2.    In 1997, I received a J.D. from Boalt Hall School of Law at the University of California at Berkeley.

3.    As a law student, I clerked for Professor David Feller, one of the premier scholars in the field of labor and employment law. I also worked as a law clerk at Eggleston, Siegel & Lewitter; Beeson, Tayer & Bodine; and Davis, Cowell & Bowe. Each of these firms represents employees in the labor and employment context.

4.    I have been practicing law since December 1997. From December 1997 through October 2003, I was an associate at Siegel & Yee in Oakland, where I focused my practice mainly on employment law. In that capacity, I was the primary attorney for numerous employment law cases that resolved prior to trial, handling all aspects of these cases. Additionally, I served as second chair in approximately ten trials.

5.    In October 2003, I left Siegel & Yee and became a partner at Sundeen Salinas & Pyle. In 2017, I left Sundeen Salinas & Pyle and created Hunter Pyle Law. Since that time, most of my cases have involved employment law, and many of them have involved wage and hour matters. Over the past ten years, I have tried approximately fifteen cases to verdict.

6.    I have been approved as Class Counsel in the following cases (among others), which resolved favorably for the class members: *Jackson v. ACE* (Alameda County Superior Court case no. RG05241698; settled for $1.1 million); *Beasley, et al., v. Allied Cash Advance* (Alameda County Superior Court case no. 07359698; settled for $400,000); *Schakow v. Lerner New York, Inc., et al.* (Contra Costa County case no. MSC08-01145; settled for $850,000); *Brown, et al. v. George S. May International Company* (Alameda County Superior Court case no. 08413991;

**DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

settled for $750,000); *Miriam Aquino Ruelas, et al. v. Neilmed Products, Inc.* (Sonoma County Case No. SCV245231; settled for approximately $600,000); *Randolph et al. v. AT&T Wireless Services, Inc., et al.* (Alameda County Superior Court case no. RG05193855; settled for approximately $70 million); *Booker II, et al. v. Auto Guardian, et al.* (Alameda Superior Court case No. RG11562117; settled for $775,000); *Alonzo, et al. v. First Transit, Inc.* (Los Angeles Superior Court case no. BC433932; settled for $2 million); *Lopez, et al. v. City of Montebello* (Los Angeles Superior Court case no. BC553076; settled for $1 million); *Sadiq v. Greatwide Dedicated Transport II, LLC* (Alameda County Superior Court case no. RG15789114; settled for $762,500); *Kostyuk v. Golden State Overnight Delivery Service, Inc.* (Alameda County Superior Court case no. RG14727191; settled for $1.25 million); *Newcomb, et al. v. J.B. Hunt Transport, Inc.* (Alameda County Superior Court case no. RG16815734; settled for $750,000); *Hooper v. URS Midwest, Inc.*, (San Bernardino Superior Court Case No. CIV DS1607489; settled for approximately $3 million); *Brooks, et al. v. Chariot Transit, Inc.* (San Francisco Superior Court case no. CGC-16-554398; settled for $750,000); *Austin, et al. v. Foodliner, Inc.* (United States District Court, Northern District of California case no. 4:16-cv-07185-HSG; settled for $1.2 million); *Castro, et al. v. ABM Industries, Inc., et al.* (United States District Court, Northern District of California case no. 4:17-cv-03026-YGR; settled for $5,400,000).

7.    Each of these cases, except for the *Randolph* case, was a wage and hour class action. (*Randolph* was a consumer class action.)

8.    In 2006, 2007, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016 and 2017, I organized and/or presented at annual CLEs put on by the Alameda County Bar Association Labor and Employment Law Section regarding wage and hour law and class actions. The faculty for these CLEs has included the Honorable George C. Hernandez, Jr., the Honorable Ronald Sabraw, the Honorable Bonnie Sabraw, the Honorable Robert Freedman, the Honorable Steven Brick, the Honorable David Flinn, the Honorable Richard A. Kramer, Jenna Whitman, Walter Stemmler and Phillip Obbard.

9.      I am a Lecturer at U.C. Berkeley Law School (formerly known as Boalt Hall). From 2014 to 2016, I, along with one other Lecturer, taught the employment law course to second and third year law students. The course materials included a survey of California wage and hour law. From 2017 to present I have taught an advanced seminar on California Wage and Hour Law.

10.     I am the primary contributor to www.workersrightsblog.com. That blog covers recent developments in employment law, including wage and hour law. Additionally, I am a co-author of "Civil Penalties Under the California Private Attorneys General Act (PAGA)," Employment Damages and Remedies (CEB 2014). I have also served as the updating editor for the Employee and Union Member Guide to Labor Law (West), Chapter 2 ("Opposing Discriminatory Discharges").

11.     Almost every year from 2011 to present I have served on the faculty of the Stanford Law School Trial Advocacy Workshop.

12.     Almost every year from 2011 to present, I have been a panelist at annual seminars put on by Bridgeport regarding California wage and hour law, including the Wage and Hour Litigation Seminar.

13.     I have made numerous other presentations regarding wage and hour law and class actions. For example, in 2019 and 2020, I spoke on several panels regarding California's Private Attorneys General Act. I have also spoken on separate panels discussing trends in class action litigation.

14.     I am a member of the California State Bar Labor and Employment Law Section. In addition, I regularly serve as a volunteer attorney at the Workers' Rights Clinic put on by the Legal Aid Society of San Francisco Employment Law Center. I am also a member or past member of the Alameda County Bar Association Labor and Employment Section and Trial Practice Section.

15.     My extensive experience in litigating employment wage and hour matters was integral in evaluating the strengths and weaknesses of the case against Defendants and negotiating a fair and reasonable settlement.

**DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**ATTORNEYS' FEES**

16.      As of April 22, 2020, I have spent approximately 71.3 hours on this case at a billable rate of $775 per hour. Associates at my firm have also worked on this matter. Katherine Fiester, a 5th year associate, has spent a total of approximately 70.4 hours on this case at a billable rate of $425 per hour. The lodestar for my firm to date exceeds $85,000.

17.      My firm's hourly rates have been approved by courts in similar cases, including *Castro, et al. v. ABM Industries, Inc., et al.* (United States District Court, Northern District of California case no. 4:17-cv-03026-YGR); *Austin, et al. v. Foodliner, Inc.* (United States District Court, Northern District of California case no. 4:16-cv-07185-HSG); *Hooper v. URS Midwest, Inc.,* (San Bernardino Superior Court Case No. CIV DS1607489); *Brooks, et al. v. Chariot Transit, Inc.* (San Francisco Superior Court case no. CGC-16-554398); Kostyuk *v. Golden State Overnight Delivery Service, Inc.* (Alameda County Superior Court case no. RG14727191) and *Newcomb, et al. v. J.B. Hunt Transport, Inc.* (Alameda County Superior Court case no. RG16815734).

18.      My law firm's paralegals, Associates, and I kept contemporaneous records of our hours worked on this case by billing our time in increments of one tenth of an hour into our timekeeping system. I have access to that timekeeping system and I access it regularly for purposes of assessing the number of attorney and paralegal hours spent working on the various cases our law firm handles.  I relied on these contemporaneously-kept timekeeping records in order to prepare this declaration.

19.      My law firm has prepared an attorney and paralegal time report reflecting all of the total hours spent to date working on this case. A task-based summary of the hours the professionals in my firm spent working on this case is attached hereto as **Exhibit A**. **Exhibit A** reflects all of my law firm's hours worked on this case including, but not limited to drafting and filing Plaintiff's motion for class certification and Plaintiff's motion for default judgment.

**ATTESTATIONS**

20.      I am the ECF user whose identification and password are being used to file this declaration and all exhibits attached to this declaration.

-4-

21.     I hereby attest that Kristijan Antalasic concurs in the filing of the document entitled "Declaration of Kristijan Antalasic In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit B.

22.     I hereby attest that Sifet Dizdarević concurs in the filing of the document entitled "Declaration of Sifet Dizdarević In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit D.

23.     I hereby attest that Ivan Držaić concurs in the filing of the document entitled "Declaration of Ivan Držaić In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit F.

24.     I hereby attest that Robert Hernaus concurs in the filing of the document entitled "Declaration of Robert Hernaus In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit H.

25.     I hereby attest that Leopold Hubek concurs in the filing of the document entitled "Declaration of Leopold Hubek In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit J.

26.     I hereby attest that Davor Hudin concurs in the filing of the document entitled "Declaration of Davor Hudin In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit L.

27.     I hereby attest that Leon Hudoletnjak concurs in the filing of the document entitled "Declaration of Leon Hudoletnjak In Support of Plaintiffs' Motion for Class Certification" which

bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit N.

28.     I hereby attest that Elvis Košćak concurs in the filing of the document entitled "Declaration of Elvis Košćak In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit P.

29.     I hereby attest that Marijan Lazar concurs in the filing of the document entitled "Declaration of Marijan Lazar In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit R.

30.     I hereby attest that Gregor Lešnik concurs in the filing of the document entitled "Declaration of Gregor Lešnik In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit T.

31.     I hereby attest that Vjeran Lončar concurs in the filing of the document entitled "Declaration of Vjeran Lončar In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit V.

32.     I hereby attest that Saša Maslić concurs in the filing of the document entitled "Declaration of Saša Maslić In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit X.

33.     I hereby attest that Tomica Panić concurs in the filing of the document entitled "Declaration of Tomica Panić In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit Z.

**DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

34.     I hereby attest that Stjepan Papeš concurs in the filing of the document entitled "Declaration of Stjepan Papeš In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit BB.

35.     I hereby attest that Željko Puljko concurs in the filing of the document entitled "Declaration of Željko Puljko In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit DD.

36.     I hereby attest that Kristijan Rugani concurs in the filing of the document entitled "Declaration of Kristijan Rugani In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit FF.

37.     I hereby attest that Krunoslav Rugani concurs in the filing of the document entitled "Declaration of Krunoslav Rugani In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit HH.

38.     I hereby attest that Darko Šincek concurs in the filing of the document entitled "Declaration of Darko Šincek In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit JJ.

39.     I hereby attest that David Štante concurs in the filing of the document entitled "Declaration of David Štante In Support of Plaintiffs' Motion for Class Certification" which bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit LL.

40.     I hereby attest that Nedeljko Živanić concurs in the filing of the document entitled "Declaration of Nedeljko Živanić In Support of Plaintiffs' Motion for Class Certification" which

**DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

bears his electronic signature and a true and correct copy of which is attached to the Declaration of Radmilo Bozinovic, Ph.D., as Exhibit NN.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on April 23, 2020, in Oakland, California.

_____/s/ Hunter Pyle_____
Hunter Pyle

**DECLARATION OF HUNTER PYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT A

# Task Summary
## Hunter Pyle Law

Include Case Details = False
Include Case and Professional Details = False
Professional = All (Active Only)
Group By Professional Group
Task = All
View = Original
From 01-01-2020 To 04-23-2020

### Professional Summary

| Task | Time (Hours) | Amount | Average Rate | % Total Time |
|---|---|---|---|---|
| **Fiester, Katie** | | | | |
| C200 - Researching Law | 3.200 | 1,360.00 | 425.00 | 4.55% |
| L100 - Case Assessment, Development and Administration | 6.600 | 2,805.00 | 425.00 | 9.38% |
| L200 - Pre-Trial Pleadings and Motions | 47.000 | 19,975.00 | 425.00 | 66.76% |
| L210 - Pleadings | 13.600 | 5,780.00 | 425.00 | 19.32% |
| **Professional Total** | **70.400** | **29,920.00** | | |
| **Pyle, Hunter** | | | | |
| Case Investigation | 2.000 | 1,550.00 | 775.00 | 2.81% |
| Correspondence | 17.200 | 13,330.00 | 775.00 | 24.12% |
| L200 - Pre-Trial Pleadings and Motions | 7.300 | 5,657.50 | 775.00 | 10.24% |
| L250 - Other Written Motions and Submissions | 3.200 | 2,480.00 | 775.00 | 4.49% |
| L430 - Written Motions and Submissions | 29.800 | 23,095.00 | 775.00 | 41.80% |
| Telephone Call | 11.800 | 9,145.00 | 775.00 | 16.55% |
| **Professional Total** | **71.300** | **55,257.50** | | |
| **Sanchez, Darlene** | | | | |
| L140 - Document / File Management | 13.600 | 1,700.00 | 125.00 | 75.14% |
| L320 - Document Production | 3.500 | 437.50 | 125.00 | 19.34% |
| Meeting- Case Development & Strategy | 1.000 | 125.00 | 125.00 | 5.52% |
| **Professional Total** | **18.100** | **2,262.50** | | |
| **Tambling, Tanya** | | | | |
| Correspondence | 0.200 | 100.00 | 500.00 | 11.11% |
| Meeting- Case Development & Strategy | 1.400 | 700.00 | 500.00 | 77.78% |
| Telephone Call | 0.200 | 100.00 | 500.00 | 11.11% |
| **Professional Total** | **1.800** | **900.00** | | |

# Task Summary
## Hunter Pyle Law

Include Case Details = False
Include Case and Professional Details = False
Professional = All (Active Only)
Group By Professional Group
Task = All
View = Original
From 01-01-2020 To 04-23-2020

### Summary Totals

| Task | Time (Hours) | Amount |
|------|-------------|--------|
| C200 - Researching Law | 3.200 | 1,360.00 |
| Case Investigation | 2.000 | 1,550.00 |
| Correspondence | 17.400 | 13,430.00 |
| L100 - Case Assessment, Development and Administration | 6.600 | 2,805.00 |
| L140 - Document / File Management | 13.600 | 1,700.00 |
| L200 - Pre-Trial Pleadings and Motions | 54.300 | 25,632.50 |
| L210 - Pleadings | 13.600 | 5,780.00 |
| L250 - Other Written Motions and Submissions | 3.200 | 2,480.00 |
| L320 - Document Production | 3.500 | 437.50 |
| L430 - Written Motions and Submissions | 29.800 | 23,095.00 |
| Meeting- Case Development & Strategy | 2.400 | 825.00 |
| Telephone Call | 12.000 | 9,245.00 |
| **Grand Total** | **161.600** | **88,340.00** |

04-22-2020 14:38:31

Maslic, et al v ISM Vuzem, d.o.o., et al

US Dist Ct, ND California Action No.:  5:21-cv-02556-BLF

# EXHIBIT  C

## to Authenticating Declaration

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
          kfiester@hunterpylelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: June 4, 2020 <br> Time: 1:30 p.m. <br> Ctrm: 8, 4th Floor <br> Judge: Honorable Lucy H. Koh |

I, William C. Dresser, certify and declare as follows:

1.     I am an attorney at law, duly authorized to practice in, among other venues, Northern District of California, before all the courts of the State of California, as well as federal courts in the Eastern District of California, the Central District of California, and the Ninth Circuit Court of Appeals, as well as many bankruptcy courts.  I am counsel of record for Plaintiff Stjepan Papes and the putative class.

2.     I have personal knowledge of all facts stated in this declaration, and if called testify, I can and would testify competently thereto.

## PROCEDURAL HISTORY

3.     Plaintiff Papes commenced the proposed class claims in this action with the filing on July 19, 2017 of the Second Amended Complaint.  I filed in the within US District Court for the Northern District of California action no. C16-1120-LHK on July 19, 2017 a Second Amended Complaint for Damages and Other Relief under the False Claims Act and Other Claims Including Wages and Visa Based Claims, Collective and Class Action Claims, Labor Trafficking Claims, and RICO Claims entitled "United States of America, ex rel. Gregor Lesnik, Stjepan Papes, Plaintiffs, vs. Eisenmann SE, et al."

4.     The wage and hour claims which are the subject of this motion for class certification are stated in both the Second Amended Complaint and in the October 31, 2018 filed "Third Amended Complaint for Damages and Other Relief under the False Claims Act and Other Claims Including Individual, Collective and Class Wages Claims, Individual and Class Labor Trafficking Claims, and RICO Claims  Class Action" entitled "United States of America, ex rel. Gregor Lesnik, and ex rel Stjepan Papes, and Gregor Lesnik and Stjepan Papes, on behalf of themselves and all others similarly situated, Plaintiffs, vs. Eisenmann SE, et al."

5.     I filed on June 5, 2015 in Alameda County Superior Court action HG15773484 a Complaint for Damages entitled "Gregor Lesnik, Plaintiff, vs. ISM Vuzem USA, Inc., Vuzem USA, Inc., ISM Vuzem d.o.o., Valentino Doe 1, and Does 2 through 50, inclusive, Defendants."  It included a Second Cause of Action titled "Wages and Hours Violations against Vuzem entities."

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

6.     I filed on September 23, 2015 in action HG15773484 a First Amended Complaint for Damages and Injunctive Relief entitled "Gregor Lesnik, Plaintiff, vs. ISM Vuzem USA, Inc., Vuzem USA, Inc., ISM Vuzem d.o.o., Valentino Primiko formerly named herein as "Valentino Doe 1", Primiko, d.o.o. formerly named herein as Doe 2, Tesla Motors, Inc., Eisenmann Corporation USA, Eisenmann SE, Gregurec Ltd, and Does 3 through 50, inclusive, Defendants."  It included a Second Cause of Action titled "Wages and Hours Violations against Vuzem entities and statutory employers" and a Sixth Cause of Action titled "Unfair Business Practices Against All Employer Defendants."

7.     I filed on April 28, 2016 in action HG15773484 a Second Amended Complaint for Damages and Injunctive Relief entitled "Gregor Lesnik, Plaintiff, vs. ISM Vuzem USA, Inc., Vuzem USA, Inc., ISM Vuzem d.o.o., Valentino Kovacic also known as Valentino Primiko, Primiko, d.o.o., Tesla Motors, Inc., Eisenmann Corporation, Eisenmann SE, Gregurec Ltd, Eisenmann Anlagenbau GmbH & Co. KG, Eisenmann Anlagenbau Verwaltung GmbH, and Does 5 through 50, inclusive, Defendants."  It included a Third Cause of Action titled "Wages and Hours Violations against ISM Vuzem USA, Inc., ISM Vuzem d.o.o., Tesla Motors, Inc., Eisenmann Corporation, Eisenmann Anlagenbau GmbH & Co. KG, Eisenmann SE and against Eisenmann Anlagenbau Verwaltung GmbH" and an Eighth Cause of Action titled "Unfair Business Practices By Class Against ISM Vuzem USA, Inc., Vuzem USA, Inc., ISM Vuzem d.o.o., Tesla Motors, Inc., Eisenmann Corporation, Eisenmann SE, Eisenmann Anlagenbau GmbH & Co. KG, and Eisenmann Anlagenbau Verwaltung GmbH."

8.     Counsel for Defendants therein, including for defendants ISM Vuzem, d.o.o., prepared a proposed Joint Request for Dismissal without Prejudice of Class Allegations of the Second Amended Complaint pursuant to Stipulation.  I signed that document without any changes. That document stated in relevant part:

"2. The class of individuals alleged in the Eighth of Cause of Action of the SAC "consist of those non-management individuals employed by ISM Vuzem d.o.o. and/or ISM Vuzem USA, Inc. who worked in California at the Tesla plant from within four years prior to the

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

filing of the Complaint in this action through the time of trial in this action." (SAC, 186)

....

4. Under the Parties' Settlement Agreement and General Release, and the Parties' Stipulation for Dismissal of Class Allegations Without Prejudice (Exhibit A to Declaration of William C. Dresser), the Parties further agreed to dismiss, without prejudice, the putative class allegations set forth in the Eighth Cause of Action of the SAC.

5. California Rules of Court ("CRC"), Rule 3.770(a) provides that"[ a] dismissal of an entire class action, or of any party or cause of action in a class action, requires court approval." Subsection (b) of CRC 3.770 provides that "[t]he court may grant the request without a hearing."

6. CRC 3.770, subs.(c) provides that: "If the court has not ruled on class certification, or if notice of the pendency of the action has not been provided to class members in a cause in which such notice was required, notice of the proposed dismissal may be given in the manner and to those class members specified by the court, or the action may be dismissed without notice to the class members if the court finds that the dismissal will not prejudice them."

7. In the present case, no class has been certified, no motion for certification has been filed, and no notice of any kind of has been sent to class members.

8. In addition, the Parties believe that no notice of this dismissal need be given to the alleged class members because the dismissal will not prejudice them. As noted, this dismissal is without prejudice. The statute of limitations relating to the one cause of action brought in the name of putative class members, as a matter of law, has been tolled during the pendency of this lawsuit. In addition, Plaintiffs' counsel has not had any communications with putative class members which would lead him to believe that any of them were forbearing from bringing their own individual suits relating to the subject matter of the Eighth Cause of Action of the SAC based upon the pendency of the SAC. (Dresser Dec. ¶ 5.)

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1        For these reasons, the parties respectfully request that the Court: (1) approve their request to

2   dismiss, without prejudice, the Eighth Cause of Action of the SAC against putative class members

3   other than Plaintiff, and (2) order that no notice of this dismissal is required to be given to any of

4   the putative class members."

5        9.     The Notice of Entry of Dismissal of the Alameda County Superior Court civil action

6   was filed by counsel therein for Eisenmann Corporation on July 21, 2016.

7        10.    I, along with Gregor Lesnik, met in person on June 16, 2016 at the USAG's Office,

8   450 Golden Gate Avenue, San Francisco.  We met with representatives from among other

9   institutions the USAG, Department of Homeland Security, Department of State Diplomatic

10   Security Office, and the United States Department of Labor, Wage and Hour Division.  I was

11   specifically told at that meeting to do nothing, and to file no further pleadings on behalf of Mr.

12   Lesnik or any other affected individual so as to not draw any attention to the government's

13   investigation.  I was specifically told that the government would investigate this matter, would

14   determine the extent that it would intervene, and would pursue a wages-based claim on behalf of

15   all affected workers who had not been paid.

16        11.    I received a further call on June 17, 2016 from AUSAG Melanie Proctor directing

17   me to not pursue other claims, such as class action wages claims, that Michael Eastwood's office

18   with the U.S. Department of Labor, Wage and Hour Division, can and would handle the wages

19   claims, and that this was required so that it would not complicate what they are doing.

20        12.    While the visa fraud claims were under seal, Plaintiffs could not pursue their wage

21   and hour claims through a separate complaint without risking revealing material that was included

22   in the sealed complaint

23        13.    I received no information from the government about its investigation or analysis or

24   pending actions until April of 2017.  I at that time was advised by the government, by then

25   Assistant United States Attorney General Melanie Proctor that the government would not intervene

26   in the within action on the FCA claim.  I had no advance notice of this intended decision or

27   decision.  I was very surprised.

28

-4-

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

14.    I was during that time period not told by the federal Department of Labor about what it was doing or not doing about wages-based claims for relief, despite my calls and e-mails in that time period to every representative of the Department of Labor that I had communicated with about this matter at any time prior to April of 2017.  I had in March of 2017 provided additional information to a re-assigned investigator with the Wage and Hour Division in connection with the wages claims.  My last communication from the Department of Labor was on June 12, 2017, in an e-mail stating that the District Director would have the investigator assigned to this matter contact me.  No one did.

15.    I had since late 2016 had communications with and obtained information from Stjepan Papes supporting wages claims that I had passed on to the federal Department of Labor.  I then in the summer of 2017 commenced further investigation and analysis of the facts and potential claims including wages claims involved in this case.  Mr. Papes agreed to be publicly disclosed as class representative in the within action in order to pursue class action wages claims.

16.    I filed in the within US District Court for the Northern District of California action no. C16-1120-LHK on July 19, 2017 a Second Amended Complaint for Damages and Other Relief under the False Claims Act and Other Claims Including Wages and Visa Based Claims, Collective and Class Action Claims, Labor Trafficking Claims, and RICO Claims entitled "United States of America, ex rel. Gregor Lesnik, Stjepan Papes, Plaintiffs, vs. Eisenmann SE, Eisenmann Anlagenbau GmbH & Co. KG, Eisenmann Anlagenbau Verwaltung GmbH, Eisenmann Corporation, ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., Robert Vuzem, Ivan Vuzem, Tesla Motors, Inc., Gregurec Ltd, Daimler AG, Mercedes-Benz U.S. International, Inc., Bayerische Motoren Werke, CiTic Dicastal Co., Ltd., Volkswagen, LB metal d.o.o., aka Mos LB Metal d.o.o., 02N Tehnologije d.o.o. aka 02N d.o.o .. Primiko, d.o.o., Volvo Car Corporation sued herein as Doe 1, John Deere, sued herein as Doe 2, Lax Fabricating Ltd sued as Doe 3, Keystone Automotive sued as Doe 4, Phoenix Mechanical sued as Doe 5, REHAU Incorporated, sued herein as Doe 6, HRD/ MONT d.o.o. sued as Doe 7, W Mont sued as Doe 8, Magma, Intl sued as Doe 9, Magma Services Gmbh, sued herein as Doe 10, Magma, d.o.o, sued herein as Doe 11, We-Kr

DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    d.o.o. sued as Doe 12, RIMSA PLUS Sp. z o.o. sued herein as Doe 13, Enterprise MOM Poland

2    Sp. z o. o. (parent) sued herein as Doe 14, MOM Polska sp. z.o.o. sued herein as Doe 15, Moss,

3    d.o.o. sued herein as Doe 16, and Does 18 through 50, Defendants."

4         17.    I filed the operative Third Amended Complaint in the within action on October 31,

5    2018.

6                        **MY BACKGROUND AND EXPERIENCE**

7         18.    I am a 1982 graduate of the University of California, Hastings College of the Law.  I

8    was the only person in my law school class to make law journal on the basis of grades while

9    working during my first year of law school.  I was the first person in my law school class to publish

10   a law journal article, also while working during my second year.

11        19.    I worked for Matthew Bender on its Criminal Practice publications and for the

12   criminal defense firm of Breakstone and Cotsirillos immediately following my graduating from law

13   school.  I have thereafter practiced civil litigation and primarily civil litigation since I passed the

14   bar in 1982.

15        20.    I worked for six years for CalFarm Insurance Company as staff counsel, and then

16   for six years with the firm of Tarkington, O'Connor and O'Neill leaving as a partner.  I have

17   thereafter worked for the last twenty-six years as a sole proprietor, though I have had from one to

18   three attorneys working for me during more than half of these last 26 years.

19        21.    I handle every aspect of cases, from retention through litigation, negotiation,

20   mediation, trial and appeal.  I am also responsible for all law firm business matters, including

21   generation of new cases and hiring and supervising support staff and paralegals.  All but one of

22   more than twenty law clerks who have worked for me passed the California State Bar examination.

23   This includes clerks who have subsequently become judges.

24        22.    I have tried to verdict or decision more than fifty civil cases.  I have also tried to

25   decision more than twenty long cause matters and binding arbitrations.  My clients were the

26   prevailing parties in my first arbitration, first court trial, and my first jury trial, as well as the vast

27   majority of subsequent binding arbitrations, court trials, and jury trials.  I have tried cases to verdict

28

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

or court judgment in Alameda, Monterey, Sacramento, Santa Clara, Santa Cruz, San Joaquin, San Mateo and Stanislaus Counties Superior Courts, and in the Northern District of California.  These include employee claims for, among other things, termination of employment and wages claims.  I have commenced trial in every county in Northern California and have litigated cases from Humboldt to San Diego.  I have tried long cause matters to decisions in Santa Clara and Sacramento County Superior Courts.  I have tried arbitrations through to awards with AAA.  This includes for wage disputes.  I have tried adversarial proceedings to judgment in the United States Bankruptcy Court for the Northern District of California.  I have also litigated hundreds of other cases in state courts, in bankruptcy courts in California, Washington and Georgia, and in the Northern District, Eastern District and Central District of California and the Ninth Circuit Court of Appeals.  I have prosecuted and defended wage claims before the California Labor Commissioner. I have been the sole or lead trial counsel for my clients in all of these matters.

23.     I served as Judge Pro Tem in San Francisco Municipal and Superior Court and Santa Clara County Superior Court.

24.     I served as chair of the Santa Clara County Bar Association Conference of Delegates for two years, Chair of the Labor and Employment Law Executive Committee of the Santa Clara County Bar Association, and have been a member of a host of local bar association committees.

25.     I have attended more continuing education classes than could be listed, including from before MCLE was a requirement.  This includes MCLE during the pendency of this litigation of federal civil symposiums on class actions and wages claims held in the courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102.

26.     I have been counsel for several appellate decisions, including one with the Ninth Circuit concerning privacy in cordless phone calls prior to amendments to the state and federal privacy acts and one published decision of the Third Appellate District of the State of California concerning a spouse's right to sue for civil damages while pursuing other remedies in a dissolution proceeding.

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

27.     I provided legal services to well more than 100 insurance carriers, to well more than 100 businesses, and to well more than 400 individuals in my thirty-eight years of active practice as an attorney.

28.     I am a member of the California State Bar Labor and Employment Law Section.

29.     I had in the year prior to filing in July of 2017 the Second Amended Complaint in this case, and have in the two and a half years thereafter, actively pursued and represented the Class.  I expended literally a thousand hours developing the facts of this case by meeting with Plaintiff Lesnik, innumerable and lengthy telephone calls, skype calls, and e-mails with Plaintiff and Class Representative Stjepan Papes, written and oral communications with members of the putative class, development of employee lists with address and contact information, and other independent investigation.  I have engaged in most of these communications with the assistance of Elma Fazlic Dresser, Danijel Travancic, and occasionally others who are fluent in both English and the Serbo-Croatian languages.

30.     I conducted hundreds of hours in research and development of legal theories and analysis.  I spoke with many attorneys and other consultants about wage and hours claims, including Odvetnik Marjan Aleksic, attorneys Hatixe Grbeshi, Michael Hancock, James Kealy, Miriam Nemeth, Monique Olivier, Martina Vandenberg, Walter H. Walker, III, and Christine Webber, and co-counsel herein on the class claims Hunter Pyle, Tanya Tambling, and Katherine V. Fiester.

31.     I conducted the long process of serving the Second Amended and the Third Amended Complaints on the defendants.  This includes locating and retaining translators Link Translations, and Sandra Bozic, paying for and obtaining translations of pleadings, investigation of individuals and entities including Odvetnik Luka Divjak, FOKUS d.o.o., Process Service Network, and Process Server One that can and did serve the defendants by permissible means in Croatia and Slovenia, and obtaining proofs of service and filing the same as part of detailed requests for entries of default.

-8-
**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

32.     Taking on this wage and hour claim involves a financial risk for me and this office. Absent a recovery, I would receive nothing for the time and expenses incurred in litigating this matter.  The expenses in this matter have been significant, including out of pocket costs for expensive translation and service of the pleadings in this action

33.     I have been formal counsel for a litigation class claim in the within action since July of 2017.  I received compensation from a 2020 settlement between individual plaintiffs Papes and Lesnik on one part and Tesla, Inc. and Eisenmann SE and its subsidiaries, but no other compensation, and no compensation on any wage and hour claims.

34.     I have paid for translation services, and the costs and fees of all counsel who have assisted in this action who requested compensation for their services.

35.     There remains after class certification and class judgment the requirement of collection on the Class claims against defendants who are not United States citizens, and who are not now directly conducting business in their own names in the United States.

## INFORMATION REGARDING THE CLASS

36.     There are at least 287 non-supervisor employees of ISM Vuzem, d.o.o. who this office on behalf of Plaintiff Papes identified by name as working in the US.  Of this, there are at least 177 non-supervisor employees of IMS Vuzem, d.o.o. who worked at Tesla, Inc. in Fremont, California between July 23, 2014 and April 29, 2016.  It is these 177 who are the Class in this case ("Class Members").

37.     My firm has identified those Class Members using several sources of information. These include:

A)     a document from ISM Vuzem, d.o.o., produced in a prior filed civil action, of a list of workers by name, date of birth, tax id, and date of start of work for ISM Vuzem, d.o.o.;

B)     documents from Tesla, produced in a prior filed civil action, containing some workers by name, such as on sign in sheets for meetings;

-9-

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

C)      cross-referencing the limited information provided by Eisenmann Corporation, including a list of workers with addresses of street and city – to which we added the country, copies of visas, and copies of welcome letters;

D)      cross-referencing the information provided by Eisenmann Corporation in this proceeding pursuant to agreement with the information on digital security entry records provided by Tesla in this proceeding pursuant to agreement;

E)      information from the Plaintiffs particularly from Stjepan Papes; and

F)      information including calls, texts, and e-mails with class members.

38.     From these sources of information, this office identified the individuals who had worked for ISM Vuzem, d.o.o. at different locations in the United States.

39.     From these same sources of information, including cross-referencing the records produced by Tesla, Inc. of its digital records of entries to its work site, and multiple calls, texts, and e-mails with class members including receipt of answers to questionnaires that this office identified the 177 individuals who are non-supervisor employees of ISM Vuzem, d.o.o. who worked at Tesla, Inc. in Fremont, California between July 23, 2014 and April 29, 2016.

40.     My office has created a spreadsheet containing the names of the individual workers, as well as the address, e-mail address, and/or phone number for most of these individuals, and can obtain to provide notices the address, e-mail address and/or phone number for the rest of the class members.

41.     The list of Class Members does not include anyone who was a supervisor or manager of ISM Vuzem, d.o.o. or who is a member of the Vuzem family.

42.     I have been informed by many Class Members that they are concerned about retaliation and about loss of visa status.  For this reason, the Class Members are identified in attached spreadsheets by an assigned number, e.g., 001, 002, etc.  However, I am aware of the names and contact information for the Class Members and can provide that to the Court under seal if the Court wishes to review that information.

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**CALCULATIONS REGARDING THE TOTAL NUMBER OF WORKERS WHO WORKED PER DAY**

43.     Attached as Exhibit 733 is a spreadsheet showing the number of Class Members who worked at the Tesla facility on each day from July 23, 2014 through April 29, 2016.

44.     My office created this spreadsheet using the following information and following the following method.

45.     The Tesla, Fremont site is a large facility with different entry gates from at least three roads.  The construction entry gate, identified in 2015 and 2016 as construction gate 8, is at the far south end of the site.  The route of travel is from Industrial Drive off of Fremont Blvd., along Kato Road - a frontage road – to Contractor Road.  The construction entry gate is on Contractor Road.  Individual pictures that I took on October 2, 2015 of the security entry to the construction entry gate are attached as exhibits 701 to 704.  An overhead Google Map of the location of the construction gate is attached as Exhibit 705.

46.     Every ISM Vuzem d.o.o. employee working at the Tesla work site was given a security card that allowed them enter the job site.  The workers arrived in vans.  The security guard at the construction gate would check either the driver and sometimes one worker, or less frequently, all workers.  Photos that I took on July 16, 2015 of one of the Mill Creek Apartments on Dixon Landing Road in Milpitas - the complex where Gregor Lesnik had been housed - and some of the vans parked at the Mill Creek Apartments that were used to transport the class members are attached as exhibits 711 to 714.

47.     Tesla, Inc. produced to my firm documents of its digital records of entries to the Tesla site by ISM Vuzem, d.o.o. workers.  These were in two Excel spreadsheets, and in TIF format copies of individual pages from those spreadsheets.  The TIF format documents contain the same essential information relevant to this case and this motion.

48.     Tesla's Excel documents of site entry records (one of the two is titled TESLA002\TESLA002\VOL002\NATIVES\NATIVE001\TESLA_001462; the other is TESLA001\NATIVES\TESLA_000001) contain columns listing information for each date for each

-11-

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

individual entry from badges digitally recognized.  An example for the date of May 16, 2015 is attached to my February 29, 2020 declaration under seal as Exhibit 377 and to this declaration as Exhibit 377A.

49.   What Tesla produced is not a complete listing of all entries, or of all workers.

50.   For all time periods, there is a different number of entries for different days of the week within the same week.  The reason for the different numbers of entries, even in the same week or on adjacent dates, is because Tesla's security guards did not check all workers' security badges every day.  I thus used the number of identified entries by name in any given week as the numbers of entries for each day of that week.

51.   I reasonably believe that the numbers of workers per day is understated by this calculation.  ISM Vuzem d.o.o. workers have stated both orally and in writing that not everyone was counted for each day of entry.  This is also what I observed.

52.   Further, not all workers were counted.  I have spoken with, received e-mails from, received answers to questionnaires from, and received corroborating documents from a few ISM Vuzem, d.o.o. employees who worked at Tesla who are not identified by name on any of the Tesla logs.  The Tesla data omits entries by at least eight (8) ISM Vuzem, d.o.o. employees who worked at Tesla.  I spoke to one of these employees.  My office and Hunter Pyle Law communicated by e-mail with this employee and three others of these omitted employees.  Other workers have confirmed that these omitted employees worked at Tesla during the Class Period.  Yet they are not found in Tesla's data.

53.   Further, we have no information that everyone was counted for any day of entry.  This may be a function of the records produced by Tesla.  Among other things, Tesla produced in both TIF and Excel format records of entry to the Tesla site on May 16, 2015 showed 104 entries by class members.  This was the date when Gregor Lesnik fell through the roof at Tesla and was severely injured.  The greatest number of entries of class members in a single day from Tesla's records was 128 entries on May 15, 2015.

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

54.     There are some skips for some of the workers.  A notable example is for Class Member worker identified as 062.  Tesla's entry data for the worker identified on our spreadsheets as 062 for the time period from April 14 through June 3, 2015 are for 4/14, 4/16, 4/17, 4/23, 5/7, 5/28, 6/2, and 6/3/2015.  I reasonably believe that he was at the Tesla site on all work days between April 14, 2015 and at least May 7, 2015, even though Tesla's data only reflects entries on five of those days.

55.     A specific anomaly for all non-supervisor workers occurs in December of 2014 and in January, February and the first part of March of 2015.  During this time period, the Tesla records omit entries through the construction gate.  In time periods when the Tesla data is close to accurate, being the middle of March of 2015 to October of 2015, the documentation produced by Tesla includes entries through the construction gate, identified in the Tesla records as FRE_DOO and FRE_FITZ gate entries.  There are no entries by those gates for the period of the middle of December of 2014 and March 23, 2015.

56.     Further, the entry logs produced to this office are very incomplete records of entries for at least October to December of 2014.

57.     The Vuzem employees I spoke with, and received e-mails, texts and answers to questionnaires from, confirmed that there were about 70 workers in the first few weeks of 2015, and then in increasing amounts to more 100 thereafter for most of the year.  One example is a text from Sasa Maslic, (Worker 099) in Bosnian and translated into English as follows:

"Sincek je dosao 15 10 2014 te i bilo nas je 70 do 80 radnika tada.  A tacne podatke van moze dati EISEMAN firma posto oni imaju tacne podatke o satima"

"Since I came on October 15, 2014, there were between 70 and 80 workers at that time. And other accurate data can be provided by EISENMANN firms as they have accurate hours data."

58.     58. Another example is an e-mail from Stjepan Papes as follows:

"Hello Bill

When I start work in Tesla in January 2015 there was more than 50 Vuzem workers a week. In the following weeks, more workers arrived in February, so there were about a hundred vuzem workers in February.  In March and until May 2015, more than 100 vuzem workers

-13-

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

work in Tesla.

Thanks Stjepan"

59. The few workers per day records obtained by this office are phone camera shots of the workers per day records given by ISM Vuzem, d.o.o. to Eisenmann. Specific time records that ISM Vuzem, d.o.o. gave to Eisenmann Corporation are attached hereto as Exhibits 721 through 725.

60. Exhibits 721 and 722 - of time records given to Eisenmann by ISM Vuzem, d.o.o. for one month at BMW - shows that this "Steelwork" group of workers was one of several categories of workers that Vuzem reported hours to Eisenmann for. Exhibit 723 is the ISM Vuzem, d.o.o. worker list given to Eisenmann for work at a construction site in Lansing. This identifies workers under categories of Compressed Air; Process Water; Extra; PVC; Halteri; Natural Gas; and Hladna Voda.

61. Exhibit 724 are ISM Vuzem, d.o.o.'s document given (I am informed and believe by administrative worker Primoz Planovsek whose deposition I took in an earlier workers compensation proceeding) to Eisenmann (I am informed and believe to Ranier Eberhardt (supervisor for pipes), David Cooper (supervisor for tunnels), Carston Karsen, and Torsen Moelgg) for "Steelwork" for January at Tesla. Exhibit 724 shows that on January 13, 2015, Vuzem reported eighteen (18) Vuzem workers at Tesla assigned for Steelwork.

62. Exhibit 725 are Vuzem's documents given to Eisenmann for "Piping" for February of 2015, "Demontage" for March of 2015, and "Piping" for March of 2015. These show that for just these two categories of workers, that on Saturday March 21, 2015 there were 19 workers in "Piping" and 3 workers for "Demontage." As noted above, there were also workers under the category of "Steelwork," we just do not have the records for this category for work at Tesla in March of 2015. By comparison, Tesla's digital security entry logs - which are the only documents to identify the logs of Vuzem workers at Tesla's factory - do not list any ISM Vuzem d.o.o. non-supervisor workers who entered the Tesla work site until March 21, 2015.

-14-

63. It is based on the statements by the workers, both orally and in writing, on the declarations by the workers in support of this motion that identify dates of work for which no Tesla entry records exist for those workers, and the above documentation, that I have entered on the spreadsheet of Worker Days a conservative but accurate number of workers for the time period of October to mid-December of 2014, and for January through mid-March of 2015.

64. I wrote and called Aaron Bernay, counsel for Eisenmann Corporation, more than a half dozen times, in great detail and with attachments to e-mails, and wrote to and called Padraic Foran on about a half dozen times, with very detailed e-mails, to obtain Documents and/or information sufficient to identify the names, last known addresses, and existing time-in / time-out logs of Vuzem workers at Tesla's factory in Fremont, CA. I have not received any further documents or explanation from either Eisenmann or Tesla or their counsel.

65. Our calculations regarding the total number of Class Members who worked each day are not overstated. The Tesla data had in some instances listed the same employee's security badge identified twice on the same date. In most instances this is noted as being due to a badge recognition error. The calculation by this office, and the attached spreadsheet Exhibit 733, does not include any class member as entering two times on the same date.

66. The documents produced by Tesla include individuals who instead worked for other companies at that site, companies identified in the False Claims Act cause of action in this lawsuit. Those non-Vuzem individuals were not counted in our calculation of the total number of Class Members who worked each day

67. I did not include in the count of the numbers of workers for any date any supervisors, managers or the Vuzem family. Those which we searched for and excluded where listed (many of the below such as ISM Vuzem, d.o.o. administrative staff, did not have any security entry listed) are, by name:

Bah, Cvetko, Supervisor

Betker, Ekehardt, Supervisor Eisenmann

Branko, Tomas, Manager of ISM Vuzem

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1    Ceglec, Darko, Supervisor of Gregurec Company

2    Galjer, Boris, Supervisor

3    Gradecek, Valentino, Supervisor

4    Gregurec, Mladen, Owner of Gregurec Company

5    Grobelnik, Aljosa, Supervisor

6    Hull, Davorin, Supervisor

7    Kovacic, Valentino, aka Valentino Primko Kovacic, Supervisor

8    Liber, Josip, Supervisor

9    Majcenovic. Sonja, Secretary of ISM Vuzem, d.o.o.

10   Petrovic, Stanislav, Supervisor Gregurec Company

11   Planovsek, Primoz, Supervisor and administration worker on Tesla plant

12   Pohorec, Simona, Secretary of ISM Vuzem, d.o.o.

13   Pravdic, Roman, Director of HRID-Mont, d.o.o.

14   Premuzic, Krunoslav, Supervisor

15   Vincek, Anja, Secretary of ISM Vuzem, d.o.o.

16   Vorsic, Darja, Secretary of ISM Vuzem, d.o.o.

17   Vujic, Veno, Owner of VV Mont, d.o.o.

18   Vuzem, David

19   Vuzem, Ivan

20   Vuzem, Klemen

21   Vuzem, Robert

22        68.    Our calculations regarding the total number of Class Members who worked each

23   day are probably understated.  I did not for calculation of total worker days increase the number of

24   checked in workers for any individual day because of the gaps in produced data.  We have – other

25   than for the October 2014 through March 23, 2015 time period - used for the number of workers

26   per day that Tesla's data states.  We have used the Tesla data even though there are also many

27   dates for which Tesla produced no records.

28

-16-

DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

69.     The methodology used to identify the numbers of Class Members using the Tesla data is as follows:

70.     There are multiple columns of data of worker days in the spreadsheet of worker days.  Column B is for the data from Tesla.  The process to create Column B was:

Open Tesla\TESLA001\NATIVES\NATIVES001 (and for 2016 open NATIVES001462);

Remove duplicate entries of a class member on any date.  The duplicate entries fell into two primary categories, being a data entry error, or a class member in the nature of a lead worker who was not a supervisor who entered the site more than once that date;

Remove from calculation supervisors, owners, and individuals who did not work for ISM Vuzem, d.o.o.; and

Add the number of Class Member workers (excluding supervisors) listed as entering the work site for that week.

71.     This was done for 42,000 + lines of data.

72.     I then revised the number of workers for the time period of October of 2014 through March 23, 2015 as noted above.  As noted above, the numbers of workers for other time periods was not revised despite gaps and incomplete information on the Tesla entry records.  The revised calculation of workers days for this period is changed as noted in Column C.

73.     The data from the Tesla production of digital records of entry show a total of 31,831 days of work by non-supervisory employees of ISM Vuzem, d.o.o. at the Tesla site between July 23, 2014 through April 29, 2016.  During that time period (645 days), the average number of Class Members who worked per day is 49.35.

## CALCULATING WAGE STATEMENT VIOLATIONS

74.     There are two spreadsheets identifying the number of pay periods for which required pay statements were not provided.  They are attached as Exhibits 734 and 735.  Exhibit 735 is the more accurate calculation because of omitted Tesla data which was used for Exhibit 734.

75.     ISM Vuzem d.o.o. workers have stated both orally and in writing that each worker was at the Tesla site for assignments of less than six months at a time.  This is consistent with

-17-

enforcement by the US on time limits for entries to the US under B1/B2 visas.  If a B1/B2 visa was used for an entry of six full months, that the B1/B2 visa would have been suspended and could be revoked.

76.  My office reviewed the Tesla records to determine the number of pay periods for which pay statements required under California law.  I also spoke to and wrote to witnesses.  We calculated the numbers of required pay statements both based on Tesla's [incomplete] data for dates of entry for individual workers, as well as on numbers of workers.

77.  The process to calculate pay periods using the Tesla data was:

We used the same Tesla\TESLA001\NATIVES\NATIVES001 and TESLA001462 spreadsheet;

We then saved in one column only the dates of entry, omitting the time of entry;

We saved in a second column the individuals who entered

We deleted anyone who was not a Class member

We put the excel data in order by Name, with sub-order by Date;

We then identified the first and last recorded dates of the work assignments for each worker; and

The number of pay periods was then identified in a column.

78.  Additional columns list the pay periods after June 5, 2015, and after September 23, 2015.  Those pay periods are included because the Class Members' claims were tolled during the time period from June 5, 2015 or alternatively from September 23, 2015 through July 21, 2016, for the reasons stated in 'TOLLING FOR PAYROLL STATEMENT CLAIMS," infra.

79.  A separate spreadsheet based on the numbers of workers per day and per week was also created based on the spreadsheet for worker days.

80.  The spreadsheet based on the Tesla records of entry dates is understated in amounts because of omitted and missing data.  Missing dates of data and missing worker data from the Tesla produced records are discussed in paragraphs 50 through 64 supra.

DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

81.     The identification of known missing workers for which we have known time periods when they worked for ISM Vuzem, d.o.o. at Tesla, are identified at the end of this spreadsheet.

82.     Attached hereto as Exhibits 734 and 735 are:

734.  Spreadsheet of Pay Periods for calculating Wage Statement Claims using Tesla data; and

735  Spreadsheet of Pay Periods for calculating Wage Statement Claims using Worker Days spreadsheet.

## TOLLING FOR WAGE STATEMENT CLAIMS

83.     I filed on June 5, 2015 in Alameda County Superior Court action HG15773484 a Complaint for Damages.  It included a Second Cause of Action titled "Wages and Hours Violations against Vuzem entities."

84.     I filed on September 23, 2015 in action HG15773484 a First Amended Complaint for Damages and Injunctive Relief  It included a Second Cause of Action titled "Wages and Hours Violations against Vuzem entities and statutory employers" and a Sixth Cause of Action titled "Unfair Business Practices Against All Employer Defendants."

85.     Counsel for Defendants therein, including for defendants ISM Vuzem, d.o.o., prepared a proposed Joint Request for Dismissal without Prejudice of Class Allegations of the Second Amended Complaint pursuant to Stipulation.  I signed that document without any changes. It stated in relevant part ...  "The statute of limitations relating to the one cause of action brought in the name of putative class members, as a matter of law, has been tolled during the pendency of this lawsuit."

86.     The Notice of Entry of Dismissal of that action was filed on July 21, 2016.

87.     Attached hereto as Exhibit 731 is a file-endorsed copy of the Notice of Entry of Dismissal and Proof of Service filed July 21, 2016 by Eisenmann Corporation in Alameda County Superior Court Action No. HG15773484.

88.     Accordingly, the statutes of limitations that apply to the wage and hour claims in this case were tolled from June 5, 2015 (date of filing initial Complaint in action HG15773484)

-19-

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

through July 21, 2016, or at a minimum from September 23, 2015 (date of filing First Amended Complaint) to July 21, 2016.

### TOLLING FOR WAITING TIME PENALTIES

89.     Class Members ended employment at Tesla plant as of April 29, 2016.  Upon information and belief ISM Vuzem, d.o.o. thereafter assigned work contracts to, or had workers sign new work contracts, with the separately formed entity, HRID-Mont, d.o.o.  HRID-Mont, d.o.o.was purportedly founded and owned by Helena Ogrizek, the wife of Robert Vuzem.  HRID-Mont, d.o.o. opened business operations in late 2016.  This was confirmed by my conversations and e-mails with workers, business cards of supervisors and managers for HRID-Mont, d.o.o. who worked for ISM Vuzem, d.o.o. and whose cards had the same address and phone number for their work for HRID-Mont, d.o.o. as for their work for ISM Vuzem, d.o.o., Google Maps information for the two companies showing the same address, official Slovenian government website information for the two corporations, Annual Reports submitted by the two corporations to the Slovenian government, social media posts of former ISM Vuzem, d.o.o. now HRID-Mont, d.o.o. employees, and recent timesheet records showing that former ISM Vuzem, d.o.o. employees are now HRID-Mont, d.o.o. employees.

90.     Copies of the HRID-Mont, d.o.o. Annual Reports are attached to my February 29, 2020 filed Declaration, part one (ECF # 466), as Exhibits 321 (pg 188 of 206 of ECF # 466), and 325 (pg 198 of ECF # 466).

91.     ISM Vuzem, d.o.o. transferred Class Members to HRID-Mont, d.o.o. in early 2018. This is stated in the February 28, 2020 filed Papes Declaration (ECF # 462) at paragraphs 147, 148 and 149, as corroborated by an HRID-Mont, d.o.o. written document which is attached to that Declaration as Exhibit 106.

92.     Attached as Exhibit 731 is a copy of a December 2019 timesheet record given by HRID-Mont, d.o.o. for work at BMW.  It shows that 4 former ISM Vuzem, d.o.o. non-supervisor employees are now HRID-Mont, d.o.o. employees.

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

93.     Exhibit 378 of my 2/29/2020 filed Declaration, part 3 (ECF # 466-2) is the
declaration of Gogo Rebic.  He states:

> "-BMW SC - start of work 9th month of 2019 ended 12th month of 2019. During this
> period alone I worked for HRID MONT in the USA because I had to sign an annex contract
> of HRID MONT d.o.o., which was a company owned by Helena Ogrizek, who is the wife
> of the owner of Ism Vuzem, ROBERT VUZEM. The working hours were the same as in
> 2013 and 2014 when I had worked at BMW."

94.     It is for this reason that all Class Members are entitled to receive waiting time
penalties.

## PROPOSED CLASS REPRESENTATIVE STJEPAN PAPES

95.     Stjepan Papes began in the latter part of 2016 providing information to me to
support the wage and hour claims that being pursued on behalf of the Class Members.  This
included copies of bank deposits for pay, tax documents, worker lists, photos of Vuzem worker
days documents, names of Class members, contact information for class members, and
identification of some significant employment issues and discussions about them.

96.     Mr. Papes executed an Attorney Retainer Agreement on June 17, 2017, in which I
agreed to represent Mr. Papes including as a putative class representative.

97.     Mr. Papes was the initial and primary source of obtaining the information to create a
list, with names, contact information, and other information, the Class Members.

98.     Mr. Papes provided copies of employment contracts, confidential company records
of workers hours, co-worker summaries of hours worked, Slovenian and Croatian tax records,
passports, visas, security cards for entries to work sites, witness statements, social network posts,
and payment summaries.  Some of these documents Mr. Papes had in his possession.  Many of
them he obtained from other Class Members and provided to me.

99.     Upon information and belief, Mr. Papes personally spoke to or chatted with more
than 100 former ISM Vuzem, d.o.o. employees.  Upon information and belief, he traveled to and
met with many former ISM Vuzem, d.o.o. workers.

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

100.     Upon information and belief, Mr. Papes reviewed pleadings, declarations and motions prepared by this office for filing with the Court, as well as review of Orders issued by the Court.  I discussed all of these documents with Mr. Papes.

101.     Mr. Papes has assisted in having questionnaires primarily generated by Hunter Pyle Law circulated by e-mail initially to 50 co-workers and upon further receipt of information to another 50 co-workers.

102.     Mr. Papes provided review of this office's analysis of 42,000 + lines of data of Tesla entry records to assist in understanding and this office's calculating worker numbers and dates of work at Tesla.

103.     Mr. Papes and this office rejected proposals for settlement of individual claims that would have required dismissal of the class claims.

## OTHER ISSUES

### Class Member privacy concerns

104.     I have been informed that many ISM Vuzem, d.o.o. employees who have raised concerns about work conditions, visa status, wages, and taxes on wages have been retaliated against.  This includes re-assignments, termination of employment, and the loss of visa status for those who raised concerns even when not all co-workers who did not raise such concerns continued to have visas that have allowed entry into the United States.

105.     Many of the Class Members told me that they fear retaliation if they are identified as Class Members.  This includes loss of visa status based on misrepresentations that were not made by the Class Members.

106.     It is for these reasons that Class Members are identified in attached spreadsheets by an assigned number, e.g., 001, 002, etc

107.     I concur in the filing of this document in the above-captioned matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on April 23, 2020, at San Jose, California.

_____/s/ William C. Dresser_____
William C. Dresser

-22-

**DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# EXHIBIT 377A

CONFIDENTIAL

Ex 377A

| Date/Time | Device | Event | Details | Cardholder Name |
|---|---|---|---|---|
| **5/17/2015** | | | | |
| 6:33:30AM | FRE_FTZ_GATE | Access Granted | 7237 | 029 |
| 6:33:21AM | FRE_FTZ_GATE | Access Granted | 12385 | 168 |
| 6:33:19AM | FRE_FTZ_GATE | Access Granted | 12775 | 048 |
| 6:33:17AM | FRE_FTZ_GATE | Access Granted | 12774 | 155 |
| 6:33:15AM | FRE_FTZ_GATE | Access Granted | 12773 | 024 |
| 6:33:13AM | FRE_FTZ_GATE | Access Granted | 10252 | 068 |
| 6:32:54AM | FRE_FTZ_GATE | Access Granted | 9399 | 009 |
| 6:32:13AM | FRE_FTZ_GATE | Access Granted | 13450 | 119 |
| 6:32:11AM | FRE_FTZ_GATE | Access Granted | 12291 | 042 |
| 6:32:09AM | FRE_FTZ_GATE | Access Granted | 12294 | 046 |
| 6:32:07AM | FRE_FTZ_GATE | Access Granted | 13595 | 122 |
| 6:32:06AM | FRE_FTZ_GATE | Access Granted | 11181 | 013 |
| 6:32:04AM | FRE_FTZ_GATE | Access Granted | 13326 | 141 |
| 6:32:02AM | FRE_FTZ_GATE | Access Granted | 10465 | 146 |
| 6:32:01AM | FRE_FTZ_GATE | Access Granted | 7477 | 145 |
| 6:31:59AM | FRE_FTZ_GATE | Access Granted | 9397 | 151 |
| 6:31:30AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 11158 | Slana, Danilo |
| 6:28:14AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13442 | Prapotnik, Vladimir |
| 6:28:12AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13438 | 058 |
| 6:28:07AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13440 | 104 |
| 6:27:51AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13441 | 032 |
| 6:27:47AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13439 | Srajner, Jozef |
| 6:23:42AM | FRE_FTZ_GATE | Access Granted | 13545 | 007 |
| 6:23:41AM | FRE_FTZ_GATE | Access Granted | 13543 | 127 |
| 6:17:02AM | FRE_ALPHA GATE VEHICLE IN (2-02) | Access Granted | 7242 | Hull, Davorin |
| 6:17:00AM | FRE_ALPHA GATE VEHICLE IN (2-02) | Access Granted | 10237 | Premuzic, Krunoslav |
| **5/16/2015** | | | | |
| 6:06:33PM | FRE_ALPHA GATE VEHICLE OUT (2-03) | Access Granted | 10237 | Premuzic, Krunoslav |
| 6:06:31PM | FRE_ALPHA GATE VEHICLE OUT (2-03) | Access Granted | 3538 | Vuzem, Klemen |
| 6:06:26PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 10322 | 116 |

Access Denied, Granted and Other Badge Events

TESLA_000925

CONFIDENTIAL

Ex 377A

| | Report Date: 12/3/2015 3:49:10PM Pacific Standard Time |

| Date/Time | Device | Event | Details | Cardholder Name |
|-----------|--------|-------|---------|-----------------|
| **5/16/2015** | | | | |
| 6:06:22PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 12288 | 163 |
| 6:00:51PM | FRE_FTZ_GATE | Access Granted | 10324 | 017 |
| 4:09:43PM | FRE_FTZ_GATE | Access Granted | 10237 | Premuzic, Krunoslav |
| 4:09:26PM | FRE_FTZ_GATE | Access Granted | 10322 | 116 |
| 4:09:24PM | FRE_FTZ_GATE | Access Granted | 10324 | 017 |
| 3:18:13PM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 12288 | 163 |
| 3:18:09PM | FRE_ALPHA GATE HANDICAP IN (2-04) | Invalid Access Level | 12288 | 163 |
| 3:17:40PM | FRE_ALPHA GATE AFTER HOURS OUT | Invalid Access Level | 12288 | 163 |
| 3:17:27PM | FRE_ALPHA GATE VEHICLE IN (2-02) | Access Granted | 3538 | Vuzem, Klemen |
| 3:06:50PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 13441 | 032 |
| 3:06:48PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 13442 | Prapotnik, Vladimir |
| 3:06:44PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 11158 | Slana, Danilo |
| 3:06:40PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 11158 | Slana, Danilo |
| 3:06:35PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 13439 | Srajner, Jozef |
| 3:06:33PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 13440 | 104 |
| 3:06:29PM | FRE_ALPHA GATE TURNSTILE OUT (2-01) | Access Granted | 13438 | 058 |
| 3:05:39PM | FRE_FTZ_GATE | Access Granted | 4934 | 060 |
| 3:05:35PM | FRE_FTZ_GATE | Access Granted | 10997 | 087 |
| 3:05:33PM | FRE_FTZ_GATE | Access Granted | 11711 | 162 |
| 3:05:30PM | FRE_FTZ_GATE | Access Granted | 12290 | 177 |
| 3:00:23PM | FRE_FTZ_GATE | Access Granted | 11713 | Vnuk, Boris |
| 2:17:36PM | FRE_FTZ_GATE | Access Granted | 12288 | 163 |
| 2:17:35PM | FRE_FTZ_GATE | Access Granted | 14778 | Kovacic, Valentino |
| 2:17:33PM | FRE_FTZ_GATE | Access Granted | 5193 | Planovsek, Primoz |
| 2:14:26PM | FRE_ALPHA GATE VEHICLE OUT (2-03) | Access Granted | 10237 | Premuzic, Krunoslav |
| 2:14:11PM | FRE_FTZ_GATE | Access Granted | 8329 | 039 |
| 2:11:02PM | FRE_FTZ_GATE | Access Granted | 13544 | Bah, Cvetko |
| 2:11:01PM | FRE_FTZ_GATE | Access Granted | 4174 | 040 |
| 2:06:46PM | FRE_FTZ_GATE | Access Granted | 12339 | 034 |
| 2:06:45PM | FRE_FTZ_GATE | Access Granted | 13446 | 117 |

Access Denied, Granted and Other Badge Events

TESLA_000926

CONFIDENTIAL

Ex 377A

| | Report Date: 12/3/2015 3:49:10PM Pacific Standard Time |
|---|---|

| Date/Time | Device | Event | Details | Cardholder Name |
|---|---|---|---|---|
| **5/16/2015** | | | | |
| 2:06:08PM | FRE_FTZ_GATE | Access Granted | 13445 | 105 |
| 2:06:05PM | FRE_FTZ_GATE | Access Granted | 13880 | Krstanovic, Nikola |
| 2:06:03PM | FRE_FTZ_GATE | Access Granted | 9158 | 174 |
| 2:06:01PM | FRE_FTZ_GATE | Access Granted | 13881 | 076 |
| 2:05:59PM | FRE_FTZ_GATE | Access Granted | 13882 | Betker, Eckhardt |
| 2:02:29PM | FRE_FTZ_GATE | Access Granted | 13543 | 127 |
| 2:02:28PM | FRE_FTZ_GATE | Access Granted | 13545 | 007 |
| 1:53:21PM | FRE_FTZ_GATE | Access Granted | 7477 | 145 |
| 1:51:41PM | FRE_FTZ_GATE | Access Granted | 10465 | 146 |
| 1:51:14PM | FRE_FTZ_GATE | Access Granted | 10252 | 068 |
| 1:51:11PM | FRE_FTZ_GATE | Access Granted | 11784 | 084 |
| 1:50:33PM | FRE_FTZ_GATE | Access Granted | 11524 | 035 |
| 1:50:31PM | FRE_FTZ_GATE | Access Granted | 12773 | 024 |
| 1:50:28PM | FRE_FTZ_GATE | Access Granted | 9055 | 038 |
| 1:50:26PM | FRE_FTZ_GATE | Access Granted | 9399 | 099 |
| 1:50:24PM | FRE_FTZ_GATE | Access Granted | 9400 | 077 |
| 1:50:22PM | FRE_FTZ_GATE | Access Granted | 9056 | 113 |
| 1:49:59PM | FRE_FTZ_GATE | Access Granted | 13322 | 047 |
| 1:49:57PM | FRE_FTZ_GATE | Access Granted | 13325 | 108 |
| 1:49:55PM | FRE_FTZ_GATE | Access Granted | 11526 | 120 |
| 1:49:53PM | FRE_FTZ_GATE | Access Granted | 12955 | 169 |
| 1:49:52PM | FRE_FTZ_GATE | Access Granted | 8330 | 136 |
| 1:49:48PM | FRE_FTZ_GATE | Access Granted | 9397 | 151 |
| 1:49:46PM | FRE_FTZ_GATE | Access Granted | 12174 | 099 |
| 1:49:44PM | FRE_FTZ_GATE | Access Granted | 12068 | 175 |
| 1:49:35PM | FRE_FTZ_GATE | Access Granted | 7637 | 066 |
| 1:49:32PM | FRE_FTZ_GATE | Access Granted | 13323 | 154 |
| 1:49:29PM | FRE_FTZ_GATE | Access Granted | 14677 | Ribic, Jevto |
| 1:49:28PM | FRE_FTZ_GATE | Access Granted | 13542 | 123 |
| 1:49:26PM | FRE_FTZ_GATE | Access Granted | 13596 | 098 |
| 1:49:25PM | FRE_FTZ_GATE | Access Granted | 12774 | 155 |
| 1:49:23PM | FRE_FTZ_GATE | Access Granted | 13324 | 091 |
| 1:49:22PM | FRE_FTZ_GATE | Access Granted | 12796 | 031 |
| 1:49:20PM | FRE_FTZ_GATE | Access Granted | 12799 | 030 |
| 1:49:19PM | FRE_FTZ_GATE | Access Granted | 9310 | 070 |
| 1:49:16PM | FRE_FTZ_GATE | Access Granted | 10324 | 017 |
| 1:49:15PM | FRE_FTZ_GATE | Access Granted | 14388 | 173 |
| 1:49:11PM | FRE_FTZ_GATE | Access Granted | 12292 | 114 |
| 1:49:09PM | FRE_FTZ_GATE | Access Granted | 12798 | 085 |
| 1:49:07PM | FRE_FTZ_GATE | Invalid Badge | 14019 | 096 |
| 1:49:06PM | FRE_FTZ_GATE | Access Granted | 13368 | 139 |

Access Denied, Granted and Other Badge Events

TESLA_000927

CONFIDENTIAL

Ex 377A

| | Report Date: 12/3/2015 3:49:10PM Pacific Standard Time |
|---|---|

| Date/Time | Device | Event | Details | Cardholder Name |
|---|---|---|---|---|
| **5/16/2015** | | | | |
| 1:49:03PM | FRE_FTZ_GATE | Access Granted | 12293 | 004 |
| 1:49:02PM | FRE_FTZ_GATE | Access Granted | 10248 | 022 |
| 1:48:58PM | FRE_FTZ_GATE | Access Granted | 13450 | 119 |
| 1:48:24PM | FRE_FTZ_GATE | Access Granted | 12797 | 150 |
| 1:48:23PM | FRE_FTZ_GATE | Access Granted | 13328 | 045 |
| 1:48:21PM | FRE_FTZ_GATE | Access Granted | 12385 | 168 |
| 1:48:19PM | FRE_FTZ_GATE | Access Granted | 12067 | 135 |
| 1:48:17PM | FRE_FTZ_GATE | Access Granted | 12682 | 012 |
| 1:48:14PM | FRE_FTZ_GATE | Access Granted | 14676 | 133 |
| 1:48:12PM | FRE_FTZ_GATE | Access Granted | 12295 | 126 |
| 1:48:09PM | FRE_FTZ_GATE | Access Granted | 5635 | 048 |
| 1:48:06PM | FRE_FTZ_GATE | Access Granted | 14018 | 046 |
| 1:47:57PM | FRE_FTZ_GATE | Access Granted | 13326 | 056 |
| 1:47:48PM | FRE_FTZ_GATE | Access Granted | 13327 | 132 |
| 1:47:47PM | FRE_FTZ_GATE | Access Granted | 3541 | 160 |
| 1:47:45PM | FRE_FTZ_GATE | Access Granted | 12775 | 161 |
| 1:47:44PM | FRE_FTZ_GATE | Access Granted | 12294 | 042 |
| 1:47:38PM | FRE_FTZ_GATE | Access Granted | 1402 | 056 |
| 1:47:36PM | FRE_FTZ_GATE | Access Granted | 10250 | 132 |
| 1:47:34PM | FRE_FTZ_GATE | Access Granted | 11785 | 160 |
| 1:47:32PM | FRE_FTZ_GATE | Access Granted | 12776 | 161 |
| 1:47:31PM | FRE_FTZ_GATE | Access Granted | 12291 | 042 |
| 1:47:06PM | FRE_FTZ_GATE | Access Granted | 11181 | 113 |
| 1:47:03PM | FRE_FTZ_GATE | Access Granted | 10933 | 018 |
| 1:47:01PM | FRE_FTZ_GATE | Access Granted | 13595 | 122 |
| 1:47:00PM | FRE_FTZ_GATE | Access Granted | 11089 | 110 |
| 9:54:16AM | FRE_ALPHA GATE VEHICLE IN (2-02) | Access Granted | 7242 | Hull, Davorin |
| 9:34:34AM | FRE_ALPHA GATE VEHICLE OUT (2-03) | Access Granted | 7242 | Hull, Davorin |
| 6:47:17AM | FRE_FTZ_GATE | Access Granted | 4174 | 040 |
| 6:47:15AM | FRE_FTZ_GATE | Access Granted | 3540 | 011 |
| 6:47:11AM | FRE_FTZ_GATE | Access Granted | 13542 | 123 |
| 6:47:10AM | FRE_FTZ_GATE | Access Granted | 13323 | 154 |
| 6:47:07AM | FRE_FTZ_GATE | Access Granted | 13322 | 047 |
| 6:47:06AM | FRE_FTZ_GATE | Access Granted | 13325 | 108 |
| 6:47:01AM | FRE_FTZ_GATE | Access Granted | 13324 | 091 |
| 6:46:59AM | FRE_FTZ_GATE | Access Granted | 9400 | 077 |
| 6:46:58AM | FRE_FTZ_GATE | Access Granted | 5193 | Planovsek, Primoz |
| 6:46:24AM | FRE_FTZ_GATE | Access Granted | 14393 | 069 |
| 6:46:22AM | FRE_FTZ_GATE | Access Granted | 10530 | 066 |

Access Denied, Granted and Other Badge Events

TESLA_000928

CONFIDENTIAL

Ex 377A

| | Report Date: 12/3/2015 3:49:10PM Pacific Standard Time |
|---|---|

| Date/Time | Device | Event | Details | Cardholder Name |
|---|---|---|---|---|
| **5/16/2015** | | | | |
| 6:45:57AM | FRE_FTZ_GATE | Access Granted | 11785 | 160 |
| 6:45:44AM | FRE_FTZ_GATE | Access Granted | 12684 | 089 |
| 6:45:42AM | FRE_FTZ_GATE | Access Granted | 11784 | 084 |
| 6:45:40AM | FRE_FTZ_GATE | Access Granted | 12288 | 163 |
| 6:39:38AM | FRE_FTZ_GATE | Access Granted | 12955 | 169 |
| 6:39:35AM | FRE_FTZ_GATE | Access Granted | 11526 | 120 |
| 6:39:32AM | FRE_FTZ_GATE | Access Granted | 11524 | 035 |
| 6:39:24AM | FRE_FTZ_GATE | Access Granted | 14018 | 052 |
| 6:39:23AM | FRE_FTZ_GATE | Access Granted | 12293 | 004 |
| 6:39:21AM | FRE_FTZ_GATE | Access Granted | 14778 | Kovacic, Valentino |
| 6:39:19AM | FRE_FTZ_GATE | Access Granted | 14388 | 173 |
| 6:39:17AM | FRE_FTZ_GATE | Access Granted | 10933 | 018 |
| 6:39:13AM | FRE_FTZ_GATE | Access Granted | 14676 | 133 |
| 6:39:12AM | FRE_FTZ_GATE | Access Granted | 13368 | 139 |
| 6:39:11AM | FRE_FTZ_GATE | Access Granted | 10322 | 116 |
| 6:39:09AM | FRE_FTZ_GATE | Access Granted | 5550 | 095 |
| 6:39:07AM | FRE_FTZ_GATE | Access Granted | 12290 | 177 |
| 6:39:05AM | FRE_FTZ_GATE | Access Granted | 12295 | 086 |
| 6:38:53AM | FRE_FTZ_GATE | Access Granted | 12776 | 161 |
| 6:38:50AM | FRE_FTZ_GATE | Access Granted | 13367 | 111 |
| 6:36:08AM | FRE_FTZ_GATE | Access Granted | 12797 | 156 |
| 6:36:06AM | FRE_FTZ_GATE | Invalid Badge | 14019 | 095 |
| 6:36:05AM | FRE_FTZ_GATE | Access Granted | 1402 | 056 |
| 6:36:03AM | FRE_FTZ_GATE | Access Granted | 12799 | 030 |
| 6:36:02AM | FRE_FTZ_GATE | Access Granted | 12796 | 031 |
| 6:36:00AM | FRE_FTZ_GATE | Access Granted | 5635 | 158 |
| 6:35:58AM | FRE_FTZ_GATE | Access Granted | 7238 | 167 |
| 6:35:51AM | FRE_FTZ_GATE | Access Granted | 12798 | 085 |
| 6:35:47AM | FRE_FTZ_GATE | Access Granted | 8330 | 136 |
| 6:35:42AM | FRE_FTZ_GATE | Access Granted | 12682 | 012 |
| 6:35:20AM | FRE_FTZ_GATE | Access Granted | 13881 | 076 |
| 6:35:17AM | FRE_FTZ_GATE | Access Granted | 12339 | 034 |
| 6:35:05AM | FRE_FTZ_GATE | Access Granted | 13445 | 105 |
| 6:34:59AM | FRE_FTZ_GATE | Access Granted | 13444 | 065 |
| 6:34:56AM | FRE_FTZ_GATE | Access Granted | 13446 | 117 |
| 6:34:37AM | FRE_FTZ_GATE | Access Granted | 13880 | Krstanovic, Nikola |
| 6:34:35AM | FRE_FTZ_GATE | Access Granted | 13882 | Betker, Eckhardt |
| 6:34:33AM | FRE_FTZ_GATE | Access Granted | 9158 | 174 |
| 6:34:31AM | FRE_FTZ_GATE | Access Granted | 10252 | 068 |
| 6:34:28AM | FRE_FTZ_GATE | Access Granted | 7237 | 029 |
| 6:34:27AM | FRE_FTZ_GATE | Access Granted | 12386 | 067 |

Access Denied, Granted and Other Badge Events

TESLA_000929

CONFIDENTIAL

Ex 377A

| Report Date: 12/3/2015 3:49:10PM Pacific Standard Time |
|---|

| Date/Time | Device | Event | Details | Cardholder Name |
|---|---|---|---|---|
| **5/16/2015** | | | | |
| 6:34:25AM | FRE_FTZ_GATE | Access Granted | 12385 | 168 |
| 6:34:23AM | FRE_FTZ_GATE | Access Granted | 14677 | Ribic, Jevto |
| 6:34:19AM | FRE_FTZ_GATE | Access Granted | 12774 | 155 |
| 6:34:16AM | FRE_FTZ_GATE | Access Granted | 12775 | 048 |
| 6:34:13AM | FRE_FTZ_GATE | Access Granted | 27714 | 033 |
| 6:34:10AM | FRE_FTZ_GATE | Access Granted | 9399 | 099 |
| 6:34:05AM | FRE_FTZ_GATE | Access Granted | 12773 | 024 |
| 6:33:05AM | FRE_FTZ_GATE | Access Granted | 13450 | 119 |
| 6:33:04AM | FRE_FTZ_GATE | Access Granted | 12291 | 042 |
| 6:33:02AM | FRE_FTZ_GATE | Access Granted | 12294 | 046 |
| 6:33:00AM | FRE_FTZ_GATE | Access Granted | 13327 | 128 |
| 6:32:58AM | FRE_FTZ_GATE | Access Granted | 13326 | 114 |
| 6:32:57AM | FRE_FTZ_GATE | Access Granted | 11181 | 013 |
| 6:32:55AM | FRE_FTZ_GATE | Access Granted | 10465 | 146 |
| 6:32:50AM | FRE_FTZ_GATE | Access Granted | 9397 | 151 |
| 6:32:47AM | FRE_FTZ_GATE | Access Granted | 7477 | 145 |
| 6:32:46AM | FRE_FTZ_GATE | Access Granted | 13595 | 122 |
| 6:32:37AM | FRE_FTZ_GATE | Access Granted | 10250 | 132 |
| 6:32:34AM | FRE_FTZ_GATE | Access Granted | 13596 | 098 |
| 6:32:31AM | FRE_FTZ_GATE | Access Granted | 12174 | 099 |
| 6:32:29AM | FRE_FTZ_GATE | Access Granted | 5543 | 014 |
| 6:32:27AM | FRE_FTZ_GATE | Access Granted | 10324 | 017 |
| 6:32:25AM | FRE_FTZ_GATE | Access Granted | 12067 | 035 |
| 6:32:24AM | FRE_FTZ_GATE | Access Granted | 12065 | 015 |
| 6:32:21AM | FRE_FTZ_GATE | Access Granted | 12292 | 114 |
| 6:32:20AM | FRE_FTZ_GATE | Access Granted | 12066 | 161 |
| 6:32:18AM | FRE_FTZ_GATE | Access Granted | 9055 | 038 |
| 6:32:17AM | FRE_FTZ_GATE | Access Granted | 9056 | 113 |
| 6:32:15AM | FRE_FTZ_GATE | Access Granted | 13369 | 064 |
| 6:32:13AM | FRE_FTZ_GATE | Access Granted | 8329 | 039 |
| 6:32:08AM | FRE_FTZ_GATE | Access Granted | 9310 | 070 |
| 6:31:20AM | FRE_FTZ_GATE | Access Granted | 7636 | 143 |
| 6:31:19AM | FRE_FTZ_GATE | Access Granted | 11710 | 097 |
| 6:30:47AM | FRE_FTZ_GATE | Access Granted | 4934 | 060 |
| 6:28:39AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13438 | 058 |
| 6:28:34AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13440 | 104 |
| 6:28:30AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13442 | Prapotnik, Vladimir |
| 6:28:26AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13441 | 032 |

Access Denied, Granted and Other Badge Events

TESLA_000930

CONFIDENTIAL

Ex 377A

Report Date: 12/3/2015 3:49:10PM Pacific Standard Time

| Date/Time | Device | Event | Details | Cardholder Name |
|-----------|--------|-------|---------|-----------------|
| **5/16/2015** | | | | |
| 6:28:20AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 13439 | Srajner, Jozef |
| 6:24:10AM | FRE_FTZ_GATE | Access Granted | 13543 | 127 |
| 6:24:00AM | FRE_FTZ_GATE | Access Granted | 13545 | 007 |
| 6:22:43AM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 11158 | Slana, Danilo |
| 6:17:23AM | FRE_FTZ_GATE | Access Granted | 10918 | Bosilj, Sasa |
| 6:17:19AM | FRE_FTZ_GATE | Access Granted | 10997 | 087 |
| 6:12:56AM | FRE_ALPHA GATE VEHICLE IN (2-02) | Access Granted | 7242 | Hull, Davorin |
| | | | | |
| **5/15/2015** | | | | |
| 11:54:03PM | FRE_FTZ_GATE | Access Granted | 10527 | 103 |
| 11:52:41PM | FRE_FTZ_GATE | Access Granted | 10527 | 103 |
| 8:42:06PM | FRE_FTZ_GATE | Access Granted | 10527 | 103 |
| 7:52:22PM | FRE_FTZ_GATE | Access Granted | 10527 | |
| 7:52:14PM | FRE_FTZ_GATE | Access Granted | 10237 | Premuzic, Krunoslav |
| 7:37:44PM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 11161 | Hostnikar, Miroslav |
| 7:37:40PM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 11161 | 053 |
| 7:37:34PM | FRE_ALPHA GATE TURNSTILE IN (2-00) | Access Granted | 11161 | 053 |
| 6:03:23PM | FRE_FTZ_GATE | Access Granted | 8329 | 039 |
| 6:02:50PM | FRE_FTZ_GATE | Access Granted | 12386 | 067 |
| 6:02:43PM | FRE_FTZ_GATE | Access Granted | 13325 | 108 |
| 6:00:06PM | FRE_FTZ_GATE | Access Granted | 12288 | 163 |
| 6:00:05PM | FRE_FTZ_GATE | Access Granted | 12295 | 086 |
| 6:00:03PM | FRE_FTZ_GATE | Access Granted | 7477 | 145 |
| 6:00:01PM | FRE_FTZ_GATE | Access Granted | 11784 | 084 |
| 5:59:59PM | FRE_FTZ_GATE | Access Granted | 9310 | 070 |
| 5:59:58PM | FRE_FTZ_GATE | Access Granted | 12773 | 024 |
| 5:59:53PM | FRE_FTZ_GATE | Access Granted | 13322 | 047 |
| 5:58:42PM | FRE_FTZ_GATE | Access Granted | 12797 | 150 |
| 5:58:41PM | FRE_FTZ_GATE | Access Granted | 12799 | 031 |
| 5:58:39PM | FRE_FTZ_GATE | Access Granted | 12796 | 030 |
| 5:58:32PM | FRE_FTZ_GATE | Invalid Badge | 14019 | 096 |
| 5:58:30PM | FRE_FTZ_GATE | Access Granted | 12798 | 085 |
| 5:58:28PM | FRE_FTZ_GATE | Access Granted | 12067 | 135 |
| 5:58:27PM | FRE_FTZ_GATE | Access Granted | 13543 | 122 |
| 5:58:25PM | FRE_FTZ_GATE | Access Granted | 14778 | Kovacic, Valentino |
| 5:58:23PM | FRE_FTZ_GATE | Access Granted | 13544 | Bah, Cvetko |

Access Denied, Granted and Other Badge Events

TESLA_000931

# EXHIBIT 701



# EXHIBIT 702



# EXHIBIT 703



Exhibit 703

# EXHIBIT 704



# EXHIBIT 705



# EXHIBIT 711



# EXHIBIT 712



# EXHIBIT 713



# EXHIBIT 714



EX000774

# EXHIBIT 721

Exhibit 721

Kunde: Eisenmann   Projekt Nr: 25-0281

Verfasser: Ben Cvetko   Projekt: Oven-workers

Montage Firma ISM VUZEM

## ISM VUZEM DOO

## DECEMBER 2013 BMW USA

EC OVEN - LTD  GREGUREC



| Pos | Name | Fach | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL STD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 139 | | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | X | 10 | X | X | X | X | X | 206 |
| 2 | 079 | | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 8 | 10 | X | 275 |
| 3 | 023 | | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | X | 166 |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 5 | Uber-Zeit | | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | X | 149 |
| 6 | 109 | | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | X | 167 |
| 7 | Did Not Work BUuda | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 5 | X | 10 | 10 | 10 | 6 | X | X | 139 |
| 8 | Did Not Work @ labsB | | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 8 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 5 | X | 10 | 10 | 10 | 8 | 10 | X | 167 |
| 9 | 122 | | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | X | 187 |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 11 | 116 | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 8 | 10 | 8 | 61 |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 156 | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 38 | 156 | | X | X | X | X | X | X | X | X | X | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 141 |
| 39 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | X | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 159 |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 41 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 42 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 43 | Did Not Work at Tesla | | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 159 |
| 44 | 005 | | X | X | X | X | X | X | X | X | X | | X | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | 18 |
| 45 | 086 | | X | X | X | X | X | X | X | X | X | | X | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 131 |
| 46 | 173 | | X | X | X | X | X | X | X | X | X | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 139 |
| 47 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | X | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 131 |
| 48 | 039 | | X | X | X | X | X | X | X | X | X | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 123 |
| 49 | 080 | | X | X | X | X | X | X | X | X | X | | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 5 | 10 | 10 | 10 | 8 | 10 | 131 |

TOTAL STD.                                                                 7613

Unterschrift: Vorarbeiter _____

Unterschrift : Bauleiter _____

Datum: _____

Exhibit 721

| Kunde: | Eisenmann | Projekt Nr. | 25-0821 |
|---|---|---|---|

| Verfasser: | Cvetko Bah |

| Projekt: | Steel work |

Montage Firma :ISM VUZEM

## ISM VUZEM DOO

### December   2013.BMW USA

steel work

| Pos | Name | Fach | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 126 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 199 |
| 2 | 010 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 206 |
| 3 | Did Not Work at Tesla | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 70 |
| 4 | 087 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 207 |
| 5 | 056 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 199 |
| 6 | 132 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 207 |
| 7 | Gojanc Marjan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 207 |
| 8 | 122 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 199 |
| 9 | Did Not Work at Tesla | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 207 |
| 10 | Did Not Work at Tesla | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 199 |
| 11 | 046 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 20 |
| 12 | Did Not Work at Tesla | Ec-Oven | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 199 |
| 13 | 068 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 106 |
| 14 | Did Not Work at Tesla | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 189 |
| 15 | 071 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 139 |
| 16 | 098 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 193 |
| 17 | Bah Cvetko | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 223 |
| 18 | Kovačić Valentino | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 231 |
| 19 | 041 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 231 |
| 20 | 051 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 249 |
| 21 | 133 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 188 |
| 22 | 116 | Steel work | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 241 |
| 23 | 092 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 251 |
| 24 | 043 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 220 |
| 25 | 142 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 259 |
| 26 | 149 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 259 |
| 27 | Did Not Work at Tesla | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 171 |
| 28 | 120 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 179 |
| 29 | 040 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 179 |
| 30 | 075 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 133 |
| 31 | Did Not Work at Tesla | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 179 |
| 32 | 073 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 179 |
| 33 | 095 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | 146 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 88 |
| 35 | 172 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 88 |
| 36 | 044 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 88 |

Exhibit 721

## ISM BMW USA OVENS

Monat    Januar    2014.

| Pos. | Name | Vorname | Arbeiten | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 079 | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 0 | 10 | 0 | 0 | 10 | 10 | 0 | 10 | 10 | 27 |
| 2 | 116 | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 7. |
| 3 | 005 | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 13 |
| 4 | Did Not Work at Tesla | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | |
| 5 | 139 | | welder | 0 | 10 | 0 | 10 | 0 | 10 | 0 | 10 | 0 | 10 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 19 |
| 6 | 043 | | mechanic | 0 | 10 | 0 | 0 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5. |
| 7 | 109 | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5. |
| 8 | Did Not Work at Tesla | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5. |
| 9 | 074 | | mechanic | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 10 | 10 | 0 | 10 | 0 | 0 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 10 | 10 | 13 |
| 10 | 122 | | mechanic | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 10 | 10 | 14 |
| 11 | Did Not Work at Tesla | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 0 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 10 | 10 | 2. |
| 12 | 157 | | mechanic | 0 | 10 | 10 | 10 | 0 | 0 | 0 | 10 | 0 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 0 | 10 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 7. |
| 13 | 025 | | welder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | £ |

17

Exhibit 721

Exhibit 721

## ISM BMW USA OVENS

Monat    Januar    2014.

| Pos. | Name | Vorname | Arbeiten | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 079 | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 0 | 10 | 10 | 8 | 10 | 0 | 10 | 10 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 27 |
| 2 | 116 | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 0 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 0 | 10 | 10 | 7 |
| 3 | 005 | | mechanic | 0 | 10 | 10 | 10 | 8 | 8 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 13 |
| 4 | Did Not Work at Tesla | | mechanic | 0 | 10 | 10 | 10 | 8 | 8 | 0 | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 29 |
| 5 | 139 | | welder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 0 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 19 |
| 6 | 043 | | mechanic | 0 | 10 | 10 | 10 | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 7 | 109 | | mechanic | 0 | 10 | 10 | 10 | 8 | 8 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 8 | Did Not Work at Tesla | | mechanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 9 | 074 | | mechanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 10 | 0 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 10 | 10 | 13 |
| 10 | 112 | | mechanic | 0 | 10 | 10 | 10 | 8 | 8 | 0 | 10 | 0 | 0 | 10 | 0 | 10 | 0 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 10 | 10 | 14 |
| 11 | Did Not Work at Tesla | | welder | 0 | 10 | 10 | 10 | 8 | 8 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 28 |
| 12 | 157 | | mechanic | 0 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 0 | 0 | 10 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 13 | 025 | | welder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 17 |

# EXHIBIT 722

Exhibit 722

**Kunde:** Eisenmann  **Projekt Nr:** 25-0281

**Verfasser:** Beh Cvetko  **Projekt:** Oven-workers

**Montage Firma ISM VUZEM**

ISM VUZEM DOO

## DECEMBER 2013 BMW USA

EC OVEN - LTD GREGUREC

| Pos | Name | Fach | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL STD. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 139 | | X | 10 | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | X | 206 |
| 2 | 079 | | X | 10 | 10 | 10 | 10 | 10 | 8 | X | X | 10 | 10 | 10 | 10 | 8 | X | X | 10 | 10 | 10 | 10 | 10 | 8 | 10 | X | X | 10 | 10 | 10 | 8 | 8 | X | 175 |
| 3 | 023 | | X | 10 | 10 | 10 | 10 | 10 | 8 | X | X | 10 | 10 | 10 | 10 | 8 | X | X | 10 | 10 | 10 | 10 | 10 | 8 | 10 | X | X | 10 | 10 | 10 | 10 | 8 | X | 60 |
| 4 | | | X | | | | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 5 | Uber Josip | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | 149 |
| 6 | 109 | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | 5 | X | 10 | 10 | 6 | 6 | 6 | X | 167 |
| 7 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | 5 | X | 10 | 10 | 6 | 6 | 6 | X | | | | | | | | | 139 |
| 8 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 8 | 5 | X | 10 | 8 | 10 | 10 | 8 | X | 10 | 10 | 6 | 6 | 6 | X | | | 167 |
| 9 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 8 | 5 | X | 10 | 8 | 10 | 10 | 8 | X | 10 | 10 | 6 | 6 | 6 | X | | | 187 |
| 10 | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 11 | 116 | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 10 | 10 | 5 | X | 10 | 10 | 6 | 6 | 6 | X | 61 |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |



| Kunde: | Eisenmann |
| Verfasser: | Cvetko Bah |
| Montage Firma :ISM VUZEM | |

| Projekt Nr: | 25-0821 |
| Projekt: | Steel work |

## December    2013.BMW USA

### ISM VUZEM DOO

steel work

| Pos | Name | Fach | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 126 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | X | 10 | 8 | 199 |
| 2 | 010 | | X | 10 | 5 | X | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 206 |
| 3 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | 70 |
| 4 | 088 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 207 |
| 5 | 056 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 199 |
| 6 | 132 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 207 |
| 7 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 199 |
| 8 | 122 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 207 |
| 9 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 207 |
| 10 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 199 |
| 11 | 046 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 207 |
| 12 | Did Not Work at Tesla | Ec-Oven | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 8 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 199 |
| 13 | 068 | | X | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | 20 |
| 14 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 8 | 10 | 8 | 199 |
| 15 | 071 | | X | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | X | X | X | X | X | X | 106 |
| 16 | 100 | | X | 10 | 10 | 10 | 10 | X | X | X | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | X | 189 |
| 17 | Bah Cvetko | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | 139 |
| 18 | Kovadci Valentino | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | X | X | X | X | X | X | 193 |
| 19 | 041 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | X | 10 | X | 223 |
| 20 | 057 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 231 |
| 21 | 133 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 231 |
| 22 | 116 | Steel work | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 249 |
| 23 | 092 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | 10 | 10 | 10 | 10 | 10 | X | 188 |
| 24 | 046 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 241 |
| 25 | 142 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 251 |
| 26 | 149 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | 120 |
| 27 | Did Not Work at Tesla | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 259 |
| 28 | 120 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 5 | X | 10 | 10 | 10 | 10 | 10 | X | 259 |
| 29 | 040 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | 171 |
| 30 | 075 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | X | X | X | X | X | X | 179 |
| 31 | Did Not Work at Tesla | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | X | X | X | X | X | X | 179 |
| 32 | 073 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | X | X | X | X | X | X | 179 |
| 33 | 095 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | 133 |
| 34 | 146 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | 10 | 10 | 10 | X | 10 | 10 | X | X | X | X | X | X | X | X | 179 |
| 35 | 172 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 88 |
| 36 | 044 | | X | 10 | 10 | 10 | 10 | 10 | X | X | 10 | 10 | 10 | 10 | 10 | 10 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 88 |

Page 1 of 2

Exhibit 722   Ex 111

| # | Label | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | | | | | | | | | | | | | | | | | | | | | 0 |
| 38 | 156 | | | X | X | X | X | X | X | X | 10 | X | 10 | 5 | 10 | 10 | X | 10 | X | X | 141 |
| 39 | Did Not Work at Tesla | | | X | X | X | X | X | X | X | 10 | X | 10 | 5 | 10 | 10 | 10 | 10 | 8 | X | 159 |
| 40 | | | | | | | | | | | 10 | | 10 | | 10 | | | | | | 0 |
| 41 | | | | | | | | | | | | | | | | | | | | | 0 |
| 42 | | | | | | | | | | | | | | | | | | | | | 0 |
| 43 | Did Not Work at Tesla | | 10 | 10 | X | X | 10 | X | X | X | 10 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 8 | X | 159 |
| 44 | 005 | | X | X | X | X | X | X | X | X | 10 | 10 | X | X | 10 | 10 | X | X | 10 | X | 18 |
| 45 | 086 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 8 | 10 | 131 |
| 46 | 173 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 8 | 10 | 139 |
| 47 | Did Not Work at Tesla | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 8 | 10 | 131 |
| 48 | 039 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 8 | 10 | 123 |
| 49 | 080 | | X | X | X | X | X | X | X | X | 10 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 8 | 10 | 131 |

TOTAL STD.: 7613

Unterschrift: Vorarbeiter _____

Unterschrift : Bauleiter _____

Datum: _____

Exhibit 722    Ex 111

## ISM BMW USA OVENS

Monat    Januar    2014.

| Pos. | Name | Vorname | Arbeiten | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 079 | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 10 | 0 | 10 | 0 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 7 |
| 2 | 116 | | welder | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 8 | 10 | 10 | 10 | 0 | 10 | 8 | 10 | 10 | 10 | 10 | 0 | 0 | 8 | 10 | 10 | 0 | 0 | 10 | 13 |
| 3 | 005 | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 8 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 29 |
| 4 | Did Not Work at Tesla | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 19 |
| 5 | 139 | | welder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 5 |
| 6 | 043 | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 0 | 0 | 0 | 10 | 0 | 10 | 10 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 7 | 109 | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 0 | 0 | 0 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 8 | Did Not Work at Tesla | | mechanic | 0 | 10 | 10 | 10 | 8 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 10 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 5 |
| 9 | 074 | | mechanic | 0 | 10 | 10 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 10 | 8 | 10 | 0 | 10 | 10 | 10 | 10 | 8 | 8 | 0 | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 10 | 10 | 14 |
| 10 | 112 | | mechanic | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 8 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 28 |
| 11 | Did Not Work at Tesla | | welder | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 7 |
| 12 | 157 | | mechanic | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 13 | 025 | | welder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

17



Exhibit 722

# EXHIBIT 723

Exhibit 723

STEFAN LERNER

Firma : ISM vuzem d.o.o
HÜLL DAVORIN

Projekt Nr: 76 297

_ LANSING

## St. Avgust-2014

| Pos | Name | Bereich |
|---|---|---|
| 1 | Davorin Hüll | |
| 2 | 028 | |
| 3 | Did not work at Tesla | Tlačna zrak |
| 4 | 082 | |
| 5 | 010 | |
| 6 | | Hladna voda |
| 7 | 077 | |
| 8 | 083 | |
| 9 | 016 | |
| 10 | 138 | |
| 11 | 142 | |
| 12 | 011 | |
| 13 | 153 | Did not work at Tesla |
| 14 | 039 | |
| 15 | 160 | |
| 16 | 006 | |
| 17 | 111 | |
| 18 | 070 | |
| 19 | 170 | |
| 20 | 120 | |
| 21 | | Did not work at Tesla |
| 22 | 134 | |
| 23 | 013 | |
| 24 | 113 | |
| 25 | 027 | |
| 26 | 094 | |
| 27 | | Did not work at Tesla |
| 28 | | |

Compressed Air
Process Water
Extra
PVC
Haiteri
Natural Gas
Hladna Voda

# EXHIBIT 724

VUZEM USA

# Tesla Motors Januar Steelwork 2015

| | Fach | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| uzem | Bauleiter | x | 11 | 11 | x | 11 | 11 | 11 | 11 | 11 | 11 | x | x | x | 11 | 11 | 11 | 11 | x | 11 | 11 | 11 | 11 | 11 | 11 |
| oel | Monter | x | 3? | 10 | x | 10 | 10 | 10 | 10 | 11 | 10 | x | 10 | 10 | 11 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 11 |
| oman | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 11 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 |
| ez | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 6 | 10 | 10 | 10 | 10 |
| amar | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 |
| treha | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 6 | 10 | 10 | 10 | 10 |
| Primož | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 6 | 10 | 10 | 10 | 10 | 3 |
| nko | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 |
| nder | Monter | x | AO | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 7 | 10 | 10 | 10 |
| Darko | Monter | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 |
| 146 Skladiščnik | Skladiščnik | x | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 |
| | Varilec | x | x | x | x | x | x | x | 10 | 10 | 10 | 8 | 10 | x | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 |
| monter | monter | x | x | x | x | x | x | x | 10 | 10 | 10 | x | 10 | 10 | 10 | 5 | 10 | 10 | x | x | x | 10 | 10 | 10 | 10 |
| | Monter | x | x | x | x | x | x | x | 10 | 10 | 10 | x | x | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| n | Varilec | x | x | x | xx | x | x | x | 10 | 10 | x | x | x | 10 | x | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| | Varilec | x | x | x | x | x | x | x | xx | x | x | x | x | x | x | xx | x | x | x | x | 10 | 10 | 10 | 10 | 10 |
| c | Varilec | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 10 | 10 | 10 | 10 | 10 |
| Senad | Varilec | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 10 | 10 | 10 | 10 | 10 |
| | Varilec | x | x | x | x | x | x | x | x | x | x | x | x | x | x | xx | x | x | x | x | x | 6 | 10 | 10 | 10 |
| c | Monter | x | x | x | x | | | | | | | | | | x | x | x | x | x | x | 10 | 10 | 10 | 10 | 10 |
| | Monter | x | x | x | x | | | | | | | | | | x | x | x | x | x | x | x | x | 10 | 10 | 10 |

Exh 116

Exhibit 724

# EXHIBIT 725

Superintendent Josip Liber

Contractor: ISM VUZEM USA, Inc.

# February 2015 TESLA,CA USA

| Name | Function | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josip Liber | Superintendent | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 006 | Pipefitter | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 070 | Pipefitter | x | x | x | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 018 | Fitter | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 038 | Welder | 8 | 10 | 10 | x | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 106 | Pipefitter | x | 10 | 10 | x | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 110 | Welder | x | x | x | x | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 019 | Fitter | x | x | x | x | x | x | 10 | x | 10 | x | x | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 13 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 035 | Pipefitter | x | x | x | x | x | x | 10 | x | 10 | x | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 13 | x | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 149 | Fitter | x | x | x | x | x | x | x | 10 | 10 | x | 10 | 10 | 10 | 10 | x | 10 | 10 | 10 | 10 | 10 | 13 | x | 10 | x | x | 10 | 10 | 10 | x | x | x |
| 079 | Welder | x | x | x | x | x | x | x | 10 | x | x | x | x | x | x | 10 | x | x | x | x | x | x | 8 | 10 | 10 | 10 | 10 | 10 | 10 | x | x | x |
| 057 | Fitter | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 10 | 10 | 10 | x | x | x | x | x | 10 | 10 | x | x | x |
| 084 | Pipefitter | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 10 | 10 | 10 | 10 | x | x | x | x | x | x | x | x | x | x |
| 094 | Pipefitter | x | x | x | x | x | x | x | x | x | x | x | x | x | 10 | x | 10 | 10 | 10 | 10 | 10 | 10 | 8 | 10 | x | x | x | x | x | x | x | x |
| 170 | Fitter | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 100 | Pipefitter | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 093 | Fitter | 8 | 10 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

TOTAL STD.

Superintendent - Josip Liber

Exhibit 725

Costumer: Eisenmann

Projekt Nr.: 27-0199

## ISM VUZEM USA Inc.

Superintendent: Josip Liber

Projekt: Demontage

Contractor: ISM VUZEM USA, Inc.

# March 2015 TESLA,CA USA

| Pos Nr | Function | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Welder | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| 2 | 079 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 | 057 Fitter | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | 103 Fitter | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | 116 Welder | | | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | 175 Fitter | | | 10 | 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | 073 Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | 168 Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | 067 Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | 110 Welder | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | 004 Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | 135 Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | 099 Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | 084 Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 068 Fitter | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL STD.

Exhibit 725   Exh 118

Superintendent Josip Liber

Contractor: ISM VUZEM USA, Inc.

# March 2015 TESLA,CA USA

Day

| Pop Name | Function | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL STD. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 006 | Superintendent | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 278 |
| 070 | Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 242 |
| 018 | Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 98 |
| 138 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 286 |
| 106 | Welder | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 286 |
| 110 | Welder | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 270 |
| 019 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 378 |
| 035 | Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 262 |
| 149 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 278 |
| 079 | Welder | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 262 |
| 057 | Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 206 |
| 084 | Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 206 |
| 094 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 198 |
| 170 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 278 |
| 015 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 278 |
| 005 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 266 |
| 135 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 218 |
| 056 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 70 |
| 0126 | Pipefitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 148 |
| 073 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 132 |
| 099 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 38 |
| 004 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 60 |
| 024 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 120 |
| 055 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 50 |
| 048 | Fitter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 39 |
| 098 | Pipefitter | | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 |

Vanifikace ure
Nedelja
Opravdani izostanek – slobodni den

Exhibit 725 Exh 119

# EXHIBIT 731

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Amee A. Mikacich (146814)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

TELEPHONE NO.: 415.781.7900　FAX NO.: 415.781.2635
E-MAIL ADDRESS: amee.mikacich@sedgwicklaw.com
ATTORNEY FOR *(Name)*: Eisenmann Corporation

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, California 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF/PETITIONER: Gregor Lesnik
DEFENDANT/RESPONDENT: ISM Vuzem d.o.o., et al.

FOR COURT USE ONLY

**FILED**
ALAMEDA COUNTY
JUL 21 2016
CLERK OF THE SUPERIOR COURT
By _Esther Co_____
Deputy

| NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE | CASE NUMBER: |
|---|---|
| ☒ Personal Injury, Property Damage, or Wrongful Death<br>　☐ Motor Vehicle　☒ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☐ Other *(specify)*: | HG15773484 |

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the *Request for Dismissal. (Attach a copy completed by the clerk.)*

Date: July 19, 2016

Amee A. Mikacich

(TYPE OR PRINT NAME OF　☒ ATTORNEY　☐ PARTY WITHOUT ATTORNEY)　　　　(SIGNATURE)

**PROOF OF SERVICE**
1. I am over the age of 18 and not a party to this cause. My residence or business address is:
   333 Bush Street, San Francisco, CA 94104
2. ☒　I am a resident of or employed in the county where the mailing occurred. I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐　I deposited the envelope with the United States Postal Service.
   b. ☒　I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: July 19, 2016　　d. Place of deposit *(city and state)*: San Francisco, California
   e. Addressed as follows *(name and address)*:
   **See Attached**

3. ☐　I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by personally delivering copies as shown below:
   a. Name of person served:
   b. Address at which person served:
   c. On *(date)*:　　　　d. At *(time)*:

4. ☐　I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by electronically serving copies as shown below *(complete if electronic service is used based on a court order or agreement of the parties)*:
   a. Name of person served:
   b. Electronic service address of person served:
   c. On *(date)*:　　　　d. At *(time)*:
   e. Electronic service address from which I served the documents:
   　☐ Proof of electronic service is attached.
5. ☐　Proof of service on additional parties is attached.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: July 18, 2016

Marlene Adelman

(TYPE OR PRINT NAME)　　　　(SIGNATURE OF DECLARANT)

Page 1 of 1

**NOTICE OF ENTRY OF DISMISSAL
AND PROOF OF SERVICE**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Exhibit 731

JUL 21 2016

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| William C. Dresser, SBN 104375<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113-1307 | **ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br><br>JUL 1 8 2016<br><br>CLERK OF THE SUPERIOR COURT<br>By *Classie Collins*<br>Deputy |

TELEPHONE NO.: 408.279.7529     FAX NO. *(Optional):* 408.298.3306

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*  Plaintiff Gregor Lesnik

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Alameda**

STREET ADDRESS: 24405 Amador Street

MAILING ADDRESS:

CITY AND ZIP CODE: Hayward, CA 94544

BRANCH NAME: Hayward Hall of Justice

PLAINTIFF/PETITIONER: Gregor Lesnik

DEFENDANT/RESPONDENT: ISM Vuzem, d.o.o., et al

| REQUEST FOR DISMISSAL | CASE NUMBER: HG15773484 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

BY FAX

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☒ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint         (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*                    on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*                    on *(date):*
      (5) ☒ Entire action of all parties and all causes of action, each side to bear their own costs and fees
      (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court ☒ did ☐ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: July 14, 2016

William C. Dresser                                         ▶ *(signature)*

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross-Complainant

---

TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

                                                          ▶ *(signature)*

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross-Complainant

---

*(To be completed by clerk)*

4. ☒ Dismissal entered as requested on *(date):*  JUL 1 8 2016
5. ☐ Dismissal entered on *(date):*                as to only *(name):*
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☒ Attorney or party without attorney notified on *(date):*  JUL 1 8 2016
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed     ☐ means to return conformed copy

Date: JUL 1 8 2016          Clerk, by *Classie Collins*, Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 (Rev. Jan. 1, 2013)<br>83531374v1 | REQUEST FOR DISMISSAL | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |
|---|---|---|

Exhibit 731

CIV-110

| PLAINTIFF/PETITIONER: Gregor Lesnik<br>DEFENDANT/RESPONDENT: ISM Vuzem, d.o.o., et al. | CASE NUMBER:<br>HG15773484 |
|---|---|

> **COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
> If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☒ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☒ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☒ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: July 14, 2016

William C. Dresser

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)　　(SIGNATURE)

83531374v1 CIV-110 [Rev. January 1, 2013] **REQUEST FOR DISMISSAL** Page 2 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

Exhibit 731

1

**PROOF OF SERVICE**
**Gregor Lesnik v. ISM Vuzem USA, Inc., et al**
2
**Alameda Superior Court Case No. HG15773484**

3
     At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 333 Bush Street, 30th Floor,
4
San Francisco, CA 94104-2834. On July 19, 2016, I served the within documents:

5
**NOTICE OF ENTRY OF DISMISSAL**

6

☒     **MAIL** - by placing the document(s) listed above in a sealed envelope with postage
7
thereon fully prepaid, in the United States mail at San Francisco, California addressed as
set forth below.  I am readily familiar with the firm's practice of collection and processing
8
correspondence for mailing.  Under that practice it would be deposited with the U.S.
Postal Service on that same day with postage thereon fully prepaid in the ordinary course
9
of business.  I am aware that on motion of the party served, service is presumed invalid if
postal cancellation date or postage meter date is more than one day after date of deposit
10
for mailing in affidavit.

11
William C. Dresser, Esq.               Brian P. Maschler
12
LAW OFFICES OF WILLIAM C. DRESSER   Michael G. Kubicki
4 North Second Street, Suite 1230        GORDON & REES LLP
13
San Jose, CA 95113-1307              275 Battery Street, Suite 2000
Tel: 408-279-7529                  San Francisco, CA 94111
14
Fax: 408-298-3306                 Tel: 415-986-5900
Attorneys for Plaintiff, Gregor Lesnik      Fax: 415-986-8054
15
                                    Attorneys for Tesla Motors, Inc.

16
Anoush C. Holaday                 Gregory J. Sowder
17
WOOD, SMITH, HENNING & BERMAN LLP  Harrington, Foxx, Dubrow & Canter, LLP
1401 Willow Pass Rd., Suite 700        655 Montgomery Street, Suite 1100
18
Concord, CA 94520                 San Francisco, CA 94111
Tel: 925-222-3430                 Telephone: (415) 288-6600
19
Fax: 925-356-8250                 Facsimile: (415) 288-6618
Attorneys for ISM Vuzem USA, Inc.       Attorney for Defendants
20
                                      ISM Vuzem d.o.o., Vuzem USA, Inc., Valentino
Primiko and Primiko d.o.o.

21

22
     I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.  Executed on July 19, 2016, at San Francisco, California.
23

24

25
*Marlene Adelman*
Marlene Adelman

26

27

28

PROOF OF SERVICE

Exhibit 731

# EXHIBIT 733

| Work Weeks Beginning on Monday (7/23/2014 begins on Wed) | Number of Class Member on Tesla Entry Logs By Week | Revised Total Workers Per Day By week | Worker Days by Week | |
|---|---|---|---|---|
| **2014** | | | | |
| | | | | |
| 7/23/2014 | 11 | 11 | 44 | |
| 7/28/2014 | 11 | 11 | 77 | |
| 8/4/2014 | 11 | 11 | 77 | |
| 8/11/2014 | 11 | 11 | 77 | |
| 8/18/2014 | 8 | 8 | 56 | |
| 8/25/2014 | 8 | 8 | 56 | |
| 9/1/2014 | 12 | 12 | 84 | |
| 9/8/2014 | 13 | 13 | 91 | |
| 9/15/2014 | 13 | 13 | 91 | |
| 9/22/2014 | 12 | 12 | 84 | |
| 9/29/2014 | 15 | 15 | 105 | |
| 10/6/2014 | 11 | 11 | 77 | |
| 10/13/2014 | 14 | 14 | 98 | |
| 10/20/2014 | 13 | 70 | 490 | |
| 10/27/2014 | 16 | 70 | 490 | |
| 11/3/2014 | 24 | 70 | 490 | |
| 11/10/2014 | 29 | 70 | 490 | |
| 11/17/2014 | 22 | 70 | 490 | |
| 11/24/2014 | 21 | 70 | 490 | |
| 12/1/2014 | 21 | 70 | 490 | |
| 12/8/2014 | 23 | 70 | 490 | |
| 12/15/2014 | 25 | 70 | 490 | |
| 12/22/2014 | 2 | 2 | 14 | |
| 12/29/2014 | 4 | 4 | 28 | |
| | | | | |
| **2015** | | | | |
| 1/5/2015 | 3 | 20 | 140 | |
| 1/12/2015 | 12 | 20 | 140 | |
| 1/19/2015 | 16 | 50 | 350 | |
| 1/26/2015 | 7 | 55 | 385 | |
| 2/2/2015 | 5 | 60 | 420 | |
| 2/9/2015 | 4 | 65 | 455 | |
| 2/16/2015 | 3 | 70 | 490 | |
| 2/23/2015 | 7 | 75 | 525 | |
| 3/2/2015 | 2 | 80 | 560 | |
| 3/9/2015 | 8 | 85 | 595 | |
| 3/16/2015 | 5 | 90 | 630 | |
| 3/23/2015 | 105 | 105 | 735 | |
| 3/30/2015 | 106 | 106 | 742 | |

Exhibit 733

| 4/6/2015 | 115 | 115 | 805 | |
|---|---|---|---|---|
| 4/13/2015 | 114 | 114 | 798 | |
| 4/20/2015 | 128 | 128 | 896 | |
| 4/27/2015 | 125 | 125 | 875 | |
| 5/4/2015 | 131 | 131 | 917 | |
| 5/11/2015 | 128 | 128 | 896 | |
| 5/18/2015 | 135 | 135 | 945 | |
| 5/25/2015 | 134 | 134 | 938 | |
| 6/1/2015 | 132 | 132 | 924 | |
| 6/8/2015 | 115 | 115 | 805 | |
| 6/15/2015 | 116 | 116 | 812 | |
| 6/22/2015 | 111 | 111 | 777 | |
| 6/29/2015 | 104 | 104 | 728 | |
| 7/6/2015 | 91 | 91 | 637 | |
| 7/13/2015 | 97 | 97 | 679 | |
| 7/20/2015 | 98 | 98 | 686 | |
| 7/27/2015 | 90 | 90 | 630 | |
| 8/3/2015 | 71 | 71 | 497 | |
| 8/10/2015 | 45 | 45 | 315 | |
| 8/17/2015 | 44 | 44 | 308 | |
| 8/24/2015 | 48 | 48 | 336 | |
| 8/31/2015 | 51 | 51 | 357 | |
| 9/7/2015 | 58 | 58 | 406 | |
| 9/14/2015 | 63 | 63 | 441 | |
| 9/21/2015 | 58 | 58 | 406 | |
| 9/28/2015 | 56 | 56 | 392 | |
| 10/5/2015 | 55 | 55 | 385 | |
| 10/12/2015 | 40 | 40 | 280 | |
| 10/19/2015 | 45 | 45 | 315 | |
| 10/26/2015 | 40 | 40 | 280 | |
| 11/2/2015 | 39 | 39 | 273 | |
| 11/9/2015 | 29 | 29 | 203 | |
| 11/16/2015 | 32 | 32 | 224 | |
| 11/23/2015 | 29 | 29 | 203 | |
| 11/30/2015 | 24 | 24 | 168 | |
| 12/7/2015 | 24 | 24 | 168 | |
| 12/14/2015 | 11 | 11 | 77 | |
| | | | | |
| **2016** | | | | |
| 1/11/2016 | 2 | 2 | 14 | |
| 1/18/2016 | 2 | 2 | 14 | |
| 1/25/2016 | 2 | 2 | 14 | |
| 2/1/2016 | 6 | 6 | 42 | |
| 2/8/2016 | 5 | 5 | 35 | |

Exhibit 733

| | | | | |
|---|---|---|---|---|
| 2/15/2016 | 8 | 8 | 56 | |
| 2/22/2016 | 5 | 5 | 35 | |
| 2/29/2016 | 5 | 5 | 35 | |
| 3/7/2016 | 3 | 3 | 21 | |
| 3/14/2016 | 3 | 3 | 21 | |
| 3/21/2016 | 3 | 3 | 21 | |
| 3/28/2016 | 3 | 3 | 21 | |
| 4/4/2016 | 3 | 3 | 21 | |
| 4/11/2016 | 3 | 3 | 21 | |
| 4/18/2016 | 3 | 3 | 21 | |
| 4/25/2016 through 4/29/2016 | 3 | 3 | 21 | |
| | | | | |
| TOTAL WORKER DAYS | | | 31831 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit 733

# EXHIBIT 734

Pay Periods Based on Incomplete Tesla Entry Records

| Number | First Badge Scan | Last Badge Scan | Total pay periods | After June 5, 2015 | After Sept 23, 2015 |
|---|---|---|---|---|---|
| 001 | 6/17/2015 | 8/7/2015 | 4 | 4 | 0 |
| 002 | 2/9/2015 | 4/27/2015 | 4 | 0 | 0 |
| 002 | 5/20/2015 | 8/7/2015 | 6 | 5 | 0 |
| 003 | 5/5/2015 | 8/13/2015 | 7 | 5 | 0 |
| 003 | 9/17/2015 | 12/9/2015 | 7 | 7 | 6 |
| 004 | 3/25/2015 | 6/6/2015 | 4 | 1 | 0 |
| 004 | 7/18/2015 | 10/11/2015 | 6 | 6 | 2 |
| 005 | 1/23/2015 | 5/9/2015 | 8 | 0 | 0 |
| 005 | 7/10/2015 | 9/29/2015 | 6 | 6 | 1 |
| 005 | 10/26/2015 | 12/12/2015 | 5 | 0 | 0 |
| 006 | 1/19/2015 | 6/26/2015 | 11 | 2 | 0 |
| 006 | 9/10/2025 | 10/6/2015 | 2 | 2 | 2 |
| 007 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 007 | 4/21/2015 | 7/13/2015 | 6 | 3 | 0 |
| 008 | 5/15/2015 | 9/12/2015 | 9 | 7 | 0 |
| 009 | 12/16/2014 | 8/8/2015 | 16 | 5 | 0 |
| 010 | 11/11/2014 | 12/19/2014 | 3 | 0 | 0 |
| 010 | 1/30/2015 | 2/6/2015 | 2 | 0 | 0 |
| 010 | 3/25/2015 | 4/22/2015 | 2 | 0 | 0 |
| 010 | 5/12/2015 | 7/1/2015 | 5 | 3 | 0 |
| 010 | 7/18/2015 | 11/26/2015 | 9 | 9 | 5 |
| 011 | 4/8/2015 | 7/2/2015 | 7 | 3 | 0 |
| 012 | 3/25/2015 | 6/18/2015 | 7 | 1 | 0 |
| 012 | 7/17/2015 | 7/27/2015 | 1 | 1 | 0 |
| 013 | 2/23/2015 | 4/22/2015 | 5 | 0 | 0 |
| 013 | 5/15/2015 | 8/4/2015 | 7 | 3 | 0 |
| 013 | 9/5/2015 | 11/6/2015 | 5 | 5 | 4 |
| 014 | 9/8/2014 | 12/3/2014 | 7 | 0 | 0 |
| 014 | 1/13/2015 | 2/25/2015 | 4 | 0 | 0 |
| 014 | 3/25/2015 | 9/25/2015 | 13 | 8 | 1 |
| 015 | 3/25/2015 | 5/25/2015 | 5 | 0 | 0 |
| 016 | 11/6/2014 | 12/15/2014 | 2 | 0 | 0 |
| 016 | 3/25/2015 | 5/13/2015 | 4 | 0 | 0 |
| 016 | 6/5/2015 | 8/12/2015 | 5 | 5 | 0 |
| 016 | 9/10/2015 | 10/9/2015 | 3 | 3 | 2 |
| 017 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 017 | 2/5/2015 | 7/18/2015 | 11 | 4 | 0 |
| 018 | 1/23/2015 | 6/27/2015 | 11 | 2 | 0 |
| 018 | 8/31/2015 | 11/23/2015 | 7 | 7 | 5 |
| 019 | 9/3/2014 | 11/25/2014 | 6 | 0 | 0 |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| | | | | | |
|---|---|---|---|---|---|
| 019 | 3/25/2015 | 4/28/2015 | 3 | 0 | 0 |
| 019 | 5/19/2015 | 9/7/2015 | 8 | 6 | 0 |
| 019 | 9/17/2015 | 12/9/2015 | 6 | 6 | 5 |
| 020 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 021 | 2/25/2015 | 6/27/2015 | 9 | 1 | 0 |
| 021 | 11/18/2015 | 12/19/2015 | 3 | 3 | 3 |
| 022 | 1/15/2015 | 5/18/2015 | 9 | 0 | 0 |
| 023 | 10/1/2014 | 10/5/2014 | 1 | 0 | 0 |
| 023 | 7/18/2015 | 10/10/2015 | 6 | 6 | 2 |
| 024 | 3/27/2015 | 7/29/2015 | 9 | 4 | 0 |
| 024 | 9/17/2015 | 12/9/2015 | 6 | 6 | 6 |
| 025 | 10/28/2014 | 12/29/2014 | 5 | 0 | 0 |
| 025 | 3/25/2015 | 4/25/2015 | 3 | 0 | 0 |
| 026 | No Tesla Data | No Tesla Data | | | |
| 027 | No Tesla Data | No Tesla Data | | | |
| 028 | 10/28/2014 | 12/15/2014 | 4 | 0 | 0 |
| 028 | 2/24/2015 | 5/6/2015 | 6 | 0 | 0 |
| 028 | 5/20/2015 | 8/10/2015 | 6 | 5 | 0 |
| 028 | 9/4/2015 | 11/12/2015 | 5 | 5 | 5 |
| 029 | 10/28/2014 | 12/15/2014 | 4 | 0 | 0 |
| 029 | 3/25/2015 | 4/27/2015 | 3 | 0 | 0 |
| 029 | 5/13/2015 | 7/13/2015 | 5 | 3 | 0 |
| 030 | 3/26/2015 | 6/18/2015 | 7 | 1 | 0 |
| 030 | 7/17/2015 | 10/10/2015 | 6 | 6 | 2 |
| 031 | 3/26/2015 | 6/18/2015 | 7 | 1 | 0 |
| 031 | 7/17/2015 | 10/10/2015 | 6 | 6 | 2 |
| 032 | 4/21/2015 | 6/30/2015 | 5 | 2 | 0 |
| 033 | 4/22/2015 | 6/20/2015 | 5 | 2 | 0 |
| 034 | 3/11/2015 | 9/14/2015 | 13 | 7 | 0 |
| 035 | 3/25/2015 | 5/29/2015 | 2 | 0 | 0 |
| 036 | 1/13/2015 | 5/6/2015 | 9 | 0 | 0 |
| 036 | 5/25/2015 | 8/13/2015 | 6 | 5 | 0 |
| 037 | 5/15/2015 | 7/20/2015 | 6 | 4 | 0 |
| 038 | 12/8/2014 | 12/16/2014 | 1 | 0 | 0 |
| 038 | 3/25/2015 | 5/29/2015 | 2 | 0 | 0 |
| 038 | 6/12/2015 | 8/1/2015 | 5 | 5 | 0 |
| 039 | 11/20/2014 | 12/16/2014 | 3 | 0 | 0 |
| 039 | 1/2/2015 | 2/11/2015 | 2 | 0 | 0 |
| 039 | 3/15/2015 | 6/2/2015 | 7 | 0 | 0 |
| 040 | 4/11/2015 | 5/26/2015 | 4 | 0 | 0 |
| 041 | 9/3/2014 | 11/26/2014 | 6 | 0 | 0 |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| 042 | 3/25/2015 | 6/6/2012 | 6 | 1 | 0 |
|-----|-----------|----------|----|----|---|
| 042 | 6/17/2015 | 8/27/2015 | 5 | 5 | 0 |
| 042 | 9/2/2015 | 10/10/2015 | 3 | 3 | 2 |
| 043 | 1/23/2015 | 6/9/2015 | 10 | 1 | 0 |
| 043 | 7/17/2015 | 8/29/2015 | 3 | 3 | 0 |
| 043 | 9/2/2015 | 12/19/2015 | 8 | 8 | 7 |
| 044 | 1/8/2015 | 4/27/2015 | 8 | 0 | 0 |
| 045 | 4/9/2015 | 6/7/2015 | 5 | 1 | 0 |
| 046 | 3/25/2015 | 6/6/2015 | 6 | 1 | 0 |
| 046 | 7/18/2015 | 10/10/2015 | 6 | 6 | 2 |
| 047 | 4/9/2015 | 8/28/2015 | 10 | 6 | 0 |
| 048 | 3/27/2015 | 6/18/2015 | 7 | 1 | 0 |
| 048 | 7/18/2015 | 7/25/2015 | 1 | 1 | 0 |
| 049 | 1/30/2015 | 6/6/2015 | 10 | 1 | |
| 050 | 11/6/2014 | 12/15/2014 | 3 | 0 | 0 |
| 050 | 3/28/2015 | 5/13/2015 | 4 | 0 | 0 |
| 051 | 1/13/2015 | 4/7/2015 | 7 | 0 | 0 |
| 051 | 4/28/2015 | 7/21/2015 | 7 | 4 | 0 |
| 052 | 4/28/2015 | 8/1/2015 | 8 | 5 | 0 |
| 052 | 9/1/2015 | 11/23/2015 | 6 | 6 | 5 |
| 052 | 1/11/2016 | 2/18/2016 | 4 | 4 | 4 |
| 053 | 1/30/2015 | 6/6/2015 | 10 | 1 | 0 |
| 054 | 11/6/2014 | 12/16/2014 | 4 | 0 | 0 |
| 054 | 1/19/2015 | 5/13/2015 | 8 | 1 | 0 |
| 054 | 6/10/2015 | 8/5/2015 | 5 | 5 | 0 |
| 055 | 2/6/2015 | 2/20/2015 | 2 | 0 | 0 |
| 055 | 4/2/2015 | 7/27/2015 | 8 | 4 | 0 |
| 056 | 3/25/2015 | 6/9/2015 | 6 | 1 | 0 |
| 056 | 9/3/2015 | 11/26/2015 | 6 | 6 | 4 |
| 057 | 1/23/2015 | 5/11/2015 | 8 | 0 | 0 |
| 058 | 4/21/2015 | 6/30/2015 | 5 | 2 | 0 |
| 059 | No Tesla Data | No Tesla Data | | | |
| 060 | 3/25/2015 | 6/22/2015 | 7 | 2 | 0 |
| 060 | 7/2/2015 | 12/9/2015 | 11 | 11 | 6 |
| 061 | 3/27/2015 | 6/18/2015 | 7 | 1 | 0 |
| 061 | 7/19/2015 | 10/10/2015 | 6 | 6 | 2 |
| 062 | 1/30/2015 | 6/20/2015 | 11 | 2 | 0 |
| 062 | 8/31/2015 | 9/21/2015 | 3 | 3 | 0 |
| 062 | 11/24/2015 | 2/18/2016 | | 7 | 7 |
| 063 | No Tesla Data | No Tesla Data | | | |
| 064 | 4/8/2015 | 7/2/2015 | 7 | 3 | 0 |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| 064 | 9/17/2015 | 12/9/2015 | 6 | 6 | 6 |
|-----|-----------|-----------|----|----|----|
| 064 | 2/4/2016 | 4/29/2016 | 6 | 6 | 6 |
| 065 | 4/21/2015 | 7/21/2015 | 7 | 3 | 0 |
| 066 | 11/4/2014 | 12/17/2014 | 3 | 0 | 0 |
| 066 | 3/25/2015 | 4/26/2015 | 3 | 0 | 0 |
| 066 | 5/12/2015 | 8/5/2015 | 7 | 5 | 0 |
| 066 | 9/3/2015 | 12/19/2015 | 8 | 8 | 8 |
| 067 | 3/25/2015 | 6/2/2015 | 6 | 1 | 0 |
| 067 | 7/17/2015 | 10/10/2015 | 6 | 6 | 2 |
| 068 | 1/13/2015 | 6/22/2015 | 12 | 1 | 0 |
| 068 | 8/31/2015 | 11/4/2015 | 6 | 6 | 4 |
| 069 | 5/5/2015 | 7/25/2015 | 6 | 4 | 0 |
| 070 | 4/8/2015 | 8/15/2015 | 9 | 5 | 0 |
| 071 | 4/7/2015 | 6/2/2015 | 5 | 0 | 0 |
| 072 | 8/23/2014 | 11/11/2014 | 6 | 0 | 0 |
| 072 | 3/3/2015 | 3/30/2015 | 2 | 0 | 0 |
| 072 | 6/12/2015 | 9/11/2015 | 7 | 7 | 0 |
| 073 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 073 | 3/10/2015 | 5/15/2015 | 5 | 0 | 0 |
| 074 | 5/5/2015 | 7/24/2015 | 6 | 4 | 0 |
| 074 | 8/24/2015 | 11/1/2015 | 6 | 6 | 4 |
| 075 | 1/23/2015 | 6/29/2015 | 11 | 2 | 0 |
| 076 | 4/16/2015 | 8/19/2015 | 9 | 6 | 0 |
| 076 | 10/6/2015 | 12/15/2015 | 5 | 5 | 5 |
| 076 | 2/17/2016 | 2/17/2016 | 1 | 1 | 1 |
| 077 | 12/16/2014 | 12/17/2014 | 1 | 0 | 0 |
| 077 | 4/8/2015 | 8/7/2015 | 9 | 5 | 0 |
| 077 | 9/17/2015 | 12/9/2015 | 6 | 6 | 6 |
| 078 | 1/13/2015 | 4/6/2015 | 7 | 0 | 0 |
| 078 | 4/28/2015 | 7/2/2015 | 6 | 3 | 0 |
| 078 | 7/23/2015 | 10/14/2015 | 6 | 6 | 2 |
| 079 | 1/19/2015 | 5/11/2015 | 5 | 0 | 0 |
| 080 | 7/23/2014 | 10/24/2014 | 7 | 0 | 0 |
| 080 | 1/21/2015 | 6/2/2015 | 10 | 0 | 0 |
| 081 | 7/23/2014 | 8/4/2014 | 2 | 0 | 0 |
| 081 | 11/16/2014 | 1/27/2015 | 6 | 0 | 0 |
| 081 | 2/28/2015 | 4/25/2015 | 5 | 0 | 0 |
| 081 | 5/20/2015 | 8/7/2015 | 6 | 5 | 0 |
| 082 | 11/6/2014 | 12/16/2014 | 4 | 0 | 0 |
| 082 | 3/25/2015 | 5/12/2015 | 4 | 0 | 0 |
| 082 | 6/23/2015 | 9/15/2015 | 6 | 6 | 0 |
| 083 | 12/16/2014 | 12/17/2014 | 1 | 0 | 0 |
| 083 | 1/28/2015 | 1/28/2015 | 1 | 0 | 0 |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| | | | | | |
|---|---|---|---|---|---|
| 084 | 3/25/2015 | 7/1/2015 | 8 | 3 | 0 |
| 084 | 7/17/2015 | 10/10/2015 | 6 | 6 | 2 |
| 085 | 3/26/2015 | 6/18/2015 | 7 | 1 | 0 |
| 085 | 7/18/2015 | 12/19/2015 | 11 | 11 | 7 |
| 086 | 3/25/2015 | 6/7/2015 | 6 | 1 | 0 |
| 087 | 2/2/2015 | 6/29/2015 | 10 | 1 | 0 |
| 088 | 4/7/2015 | 6/2/2015 | 5 | 0 | 0 |
| 089 | 3/25/2015 | 5/16/2015 | 4 | 0 | 0 |
| 090 | No Tesla Data | No Tesla Data | | | |
| 091 | 4/9/2015 | 7/3/2015 | 7 | 3 | 0 |
| 092 | 1/23/2015 | 4/15/2015 | 6 | 0 | 0 |
| 092 | 6/23/2015 | 9/15/2015 | 6 | 6 | 0 |
| 093 | 2/16/2015 | 4/21/2015 | 5 | 0 | 0 |
| 093 | 5/15/2015 | 7/16/2015 | 6 | 4 | 0 |
| 093 | 9/17/2015 | 12/9/2015 | 6 | 6 | 6 |
| 094 | No Tesla Data | No Tesla Data | | | |
| 095 | 8/23/2014 | 11/11/2014 | 6 | 0 | 0 |
| 095 | 3/3/2015 | 4/15/2015 | 3 | 0 | 0 |
| 095 | 5/12/2015 | 9/15/2015 | 9 | 7 | |
| 096 | 4/28/2015 | 8/12/2015 | 8 | 5 | 0 |
| 096 | 9/4/2015 | 11/26/2015 | 6 | 6 | 5 |
| 097 | 3/25/2015 | 6/29/2015 | 7 | 2 | 0 |
| 098 | 4/21/2015 | 7/13/2015 | 6 | 4 | 0 |
| 098 | 9/17/2015 | 12/9/2015 | 6 | 6 | 6 |
| 099 | 3/25/2015 | 5/18/2015 | 7 | 0 | 0 |
| 099 | 7/18/2015 | 7/27/2015 | 1 | 1 | 0 |
| 099 | 2/4/2016 | 4/29/2016 | 6 | 6 | 6 |
| 100 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 100 | 3/25/2015 | 5/12/2015 | 3 | 0 | 0 |
| 100 | 6/12/2015 | 9/1/2015 | 7 | 7 | 0 |
| 101 | 5/20/2015 | 8/7/2015 | 6 | 5 | 0 |
| 102 | 3/26/2015 | 5/5/2015 | 4 | 0 | 0 |
| 102 | 5/21/2015 | 8/28/2015 | 7 | 6 | 0 |
| 103 | 9/3/2014 | 10/18/2014 | 3 | 0 | 0 |
| 103 | 1/19/2015 | 6/2/2015 | 10 | 0 | 0 |
| 103 | 7/10/2015 | 9/29/2015 | 6 | 6 | 1 |
| 104 | 4/21/2015 | 6/30/2015 | 5 | 2 | 0 |
| 105 | 4/21/2015 | 7/21/2015 | 7 | 3 | 0 |
| 106 | 3/25/2015 | 4/28/2015 | 3 | 0 | 0 |
| 106 | 5/19/2015 | 8/2/2015 | 6 | 5 | 0 |
| 107 | 1/13/2015 | 6/27/2015 | 12 | 2 | |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| 108 | 4/9/2015 | 7/3/2015 | 7 | 3 | 0 |
|---|---|---|---|---|---|
| 108 | 7/18/2015 | 7/27/2015 | 1 | 1 | 0 |
| 109 | No Tesla Data | No Tesla Data | | | |
| 110 | 3/25/2015 | 5/18/2015 | 5 | 0 | 0 |
| 110 | 7/10/2015 | 9/29/2015 | 6 | 6 | 1 |
| 111 | 4/8/2015 | 8/1/2015 | 9 | 5 | 0 |
| 111 | 8/18/2015 | 11/4/2015 | 6 | 6 | 4 |
| 112 | 10/14/2014 | 12/20/2014 | 6 | 0 | 0 |
| 113 | 12/8/2014 | 12/16/2014 | 1 | 0 | 0 |
| 113 | 2/16/2015 | 6/12/2015 | 8 | 1 | 0 |
| 114 | 3/25/2015 | 6/7/2015 | 6 | 1 | 0 |
| 114 | 7/18/2015 | 7/27/2015 | 1 | 1 | 0 |
| 115 | 4/2/2015 | 8/29/2015 | 10 | 6 | 0 |
| 116 | 4/8/2015 | 5/16/2015 | 4 | 0 | 0 |
| 117 | 4/21/2015 | 7/21/2015 | 7 | 3 | 0 |
| 118 | 9/3/2014 | 11/12/2014 | 5 | 0 | 0 |
| 118 | 3/26/2015 | 5/5/2015 | 4 | 0 | 0 |
| 119 | 4/21/2015 | 7/13/2015 | 6 | 4 | 0 |
| 120 | 3/25/2015 | 4/13/2015 | 2 | 0 | 0 |
| 120 | 5/5/2015 | 7/25/2015 | 6 | 4 | 0 |
| 121 | 10/14/2014 | 12/20/2014 | 6 | 0 | 0 |
| 122 | 4/21/2015 | 7/13/2015 | 6 | 4 | 0 |
| 122 | 9/11/2015 | 12/2/2015 | 7 | 7 | 6 |
| 123 | 4/21/2015 | 7/13/2015 | 6 | 4 | 0 |
| 123 | 9/4/2015 | 11/26/2015 | 6 | 6 | 5 |
| 124 | 1/13/2015 | 4/6/2015 | 7 | 0 | 0 |
| 125 | 1/13/2015 | 9/2/2015 | 23 | 7 | 0 |
| 126 | 8/23/2014 | 10/4/2014 | 4 | 0 | 0 |
| 126 | 3/25/2015 | 6/9/2015 | 6 | 1 | 0 |
| 127 | 4/21/2015 | 7/4/2015 | 6 | 4 | 0 |
| 127 | 7/23/2015 | 10/15/2015 | 6 | 6 | 2 |
| 127 | 11/3/2015 | 12/19/2015 | 3 | 3 | 3 |
| 128 | 4/9/2015 | 7/3/2015 | 7 | 2 | 0 |
| 128 | 7/19/2015 | 10/10/2015 | 6 | 6 | 2 |
| 129 | 8/24/2015 | 11/6/2015 | 6 | 6 | 4 |
| 130 | 4/7/2015 | 7/23/2015 | 8 | 4 | 0 |
| 131 | 5/5/2015 | 7/23/2015 | 6 | 4 | 0 |
| 132 | 1/13/2015 | 7/30/2015 | 14 | 4 | 0 |
| 133 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 133 | 5/12/2015 | 8/5/2015 | 7 | 5 | 0 |
| 133 | 9/5/2015 | 11/25/2015 | 6 | 6 | 5 |
| 134 | 5/20/2015 | 8/8/2015 | 6 | 5 | 0 |

6

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| | | | | | |
|---|---|---|---|---|---|
| 134 | 9/1/2015 | 11/21/2015 | 6 | 6 | 5 |
| 135 | 3/25/2015 | 6/8/2015 | 6 | 1 | 0 |
| 135 | 6/20/2015 | 8/28/2015 | 5 | 5 | 0 |
| 136 | 11/19/2014 | 12/15/2014 | 2 | 0 | 0 |
| 136 | 3/25/2015 | 6/9/2015 | 6 | 1 | 0 |
| 136 | 7/10/2015 | 8/1/2015 | 3 | 3 | 0 |
| 137 | No Tesla Data | No Tesla Data | | | |
| 138 | 3/25/2015 | 4/25/2015 | 3 | 0 | 0 |
| 138 | 4/19/2015 | 8/26/2015 | 9 | 6 | 0 |
| 138 | 10/7/2015 | 12/19/2015 | 6 | 6 | 6 |
| 138 | 2/4/2016 | 4/29/2016 | 6 | 6 | 6 |
| 139 | 4/8/2015 | 7/2/2015 | 7 | 2 | 0 |
| 139 | 7/18/2015 | 9/23/2015 | 5 | 5 | 0 |
| 140 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 141 | 4/9/2015 | 7/3/2015 | 7 | 2 | 0 |
| 141 | 7/19/2015 | 7/25/2015 | 1 | 1 | 0 |
| 142 | 8/23/2014 | 10/5/2014 | 4 | 0 | 0 |
| 142 | 12/18/2014 | 4/28/2015 | 9 | 0 | 0 |
| 142 | 5/19/2015 | 8/7/2015 | 6 | 5 | 0 |
| 143 | 11/4/2014 | 12/23/2014 | 4 | 0 | 0 |
| 143 | 3/25/2015 | 7/2/2015 | 8 | 4 | 0 |
| 144 | 1/19/2015 | 4/14/2015 | 6 | 0 | 0 |
| 144 | 6/10/2015 | 9/2/2015 | 7 | 7 | 0 |
| 145 | 11/6/2014 | 12/15/2014 | 2 | 0 | 0 |
| 145 | 3/25/2015 | 7/2/2015 | 8 | 4 | 0 |
| 145 | 9/4/2015 | 11/4/2015 | 5 | 5 | 4 |
| 146 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 146 | 3/25/2015 | 7/31/2015 | 9 | 2 | 0 |
| 146 | 8/18/2015 | 12/19/2015 | 9 | 9 | 7 |
| 147 | 6/17/2015 | 8/7/2015 | 4 | 4 | 0 |
| 148 | 3/12/2015 | 6/18/2015 | 8 | 2 | 0 |
| 148 | 7/29/2015 | 8/6/2015 | 2 | 2 | 0 |
| 148 | 10/28/2015 | 2/22/2016 | 9 | 9 | 9 |
| 149 | 3/25/2015 | 5/6/2015 | 4 | 0 | 0 |
| 150 | 3/26/2015 | 7/31/2015 | 9 | 5 | 0 |
| 150 | 9/4/2015 | 11/25/2015 | 6 | 6 | 5 |
| 151 | 12/16/2014 | 1/24/2015 | 3 | 0 | 0 |
| 151 | 3/25/2015 | 5/2/2015 | 4 | 0 | 0 |
| 151 | 5/11/2015 | 5/21/2015 | 2 | 0 | 0 |
| 151 | 6/10/2015 | 7/2/2015 | 3 | 3 | 0 |
| 152 | 2/10/2015 | 5/6/2015 | 7 | 0 | 0 |
| 152 | 5/20/2015 | 8/10/2015 | 6 | 3 | 0 |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| | | | | | |
|---|---|---|---|---|---|
| 152 | 9/17/2015 | 11/10/2015 | 4 | 4 | 4 |
| 153 | 10/28/2014 | 12/13/2014 | 5 | 0 | 0 |
| 153 | 3/25/2015 | 5/5/2015 | 4 | 0 | 0 |
| 154 | 4/9/2015 | 8/4/2015 | 9 | 5 | 0 |
| 154 | 9/17/2015 | 12/7/2015 | 6 | 6 | 6 |
| 155 | 3/27/2015 | 6/18/2015 | 7 | 1 | 0 |
| 155 | 7/18/2015 | 10/10/2015 | 6 | 6 | 2 |
| 156 | 1/19/2015 | 5/5/2015 | 8 | 0 | 0 |
| 156 | 5/20/2015 | 8/8/2015 | 6 | 5 | 0 |
| 156 | 9/17/2015 | 12/9/2015 | 6 | 6 | 6 |
| 157 | 7/23/2014 | 8/3/2014 | 2 | 0 | 0 |
| 158 | 11/28/2014 | 12/20/2014 | 3 | 0 | 0 |
| 158 | 3/25/2015 | 6/9/2015 | 6 | 1 | 0 |
| 158 | 7/10/2015 | 9/29/2015 | 6 | 6 | 1 |
| 159 | 10/1/2014 | 10/27/2014 | 2 | 0 | 0 |
| 159 | 6/12/2015 | 9/2/2015 | 7 | 7 | 0 |
| 160 | 3/25/2015 | 6/30/2015 | 7 | 2 | 0 |
| 161 | 3/25/2015 | 7/14/2015 | 8 | 4 | 0 |
| 161 | 12/11/2015 | 12/11/2015 | 1 | 1 | 1 |
| 162 | 3/25/2015 | 5/16/2015 | 5 | 0 | 0 |
| 163 | 3/25/2015 | 6/7/2015 | 6 | 1 | 0 |
| 163 | 7/7/2015 | 8/1/2015 | 3 | 3 | 0 |
| 164 | 3/26/2015 | 6/5/2015 | 6 | 1 | 0 |
| 164 | 7/17/2015 | 8/3/2015 | 3 | 3 | 0 |
| 165 | 5/15/2015 | 8/5/2015 | 7 | 5 | 0 |
| 166 | 5/5/2015 | 7/25/2015 | 6 | 4 | 0 |
| 167 | 10/28/2014 | 12/31/2014 | 5 | 0 | 0 |
| 167 | 2/24/2015 | 7/3/2015 | 10 | 3 | 0 |
| 168 | 3/25/2015 | 7/29/2015 | 9 | 5 | 0 |
| 168 | 8/17/2015 | 12/16/2015 | 9 | 9 | 6 |
| 169 | 4/2/2015 | 6/26/2015 | 6 | 2 | 0 |
| 170 | 3/13/2015 | 5/5/2015 | 5 | 0 | 0 |
| 170 | 6/12/2015 | 8/12/2015 | 5 | 5 | 0 |
| 170 | 9/17/2015 | 12/9/2015 | 7 | 7 | 7 |
| 171 | 5/5/2015 | 7/30/2015 | 6 | 4 | 0 |
| 171 | 9/17/2015 | 12/9/2015 | 7 | 7 | 7 |
| 172 | 8/23/2014 | 10/1/2014 | 4 | 0 | 0 |
| 172 | 11/28/2014 | 12/15/2014 | 2 | 0 | 0 |
| 172 | 3/26/2015 | 4/24/2015 | 3 | 0 | 0 |
| 173 | 5/5/2015 | 7/24/2015 | 6 | 4 | 0 |
| 174 | 4/22/2015 | 7/15/2015 | 6 | 3 | 0 |
| 174 | 7/25/2015 | 9/18/2015 | 5 | 5 | 0 |
| 174 | 10/6/2015 | 12/15/2015 | 5 | 5 | 5 |

Exhibit 734

Pay Periods Based on Incomplete Tesla Entry Records

| | | | | | |
|---|---|---|---|---|---|
| 175 | 4/21/2015 | 5/26/2015 | 3 | 0 | 0 |
| 175 | 7/10/2015 | 9/29/2015 | 6 | 6 | 1 |
| 176 | 8/23/2014 | 11/11/2014 | 4 | 0 | 0 |
| 176 | 2/23/2015 | 4/14/2015 | 4 | 0 | 0 |
| 176 | 5/15/2015 | 7/30/2015 | 6 | 4 | 0 |
| 177 | 3/25/2015 | 7/2/2015 | 8 | 4 | 0 |
| 177 | 7/17/2015 | 10/10/2015 | 6 | 6 | 2 |
| | | | | | |
| TOTALS | | | 1913 | 920 | 341 |
| | | | | | |
| | | | | | |
| 026 worked in 2014, January through May 2015, and later at Tesla | | | | | |
| 027 worked in 2014, 2015, and 2016 | | | | | |
| 059 worked in 2015 | | | | | |
| 063 worked in 2014, 2015, and 2016 | | | | | |
| 090 worked in 2015 and possibly 2014 | | | | | |
| 094 worked in 2015 and possibly 2014 | | | | | |
| 109 worked in 2015 | | | | | |
| 137 worked in 2015 | | | | | |
| 177 worked also other dates (EFC# 466-2, pg 79 of 81) | | | | | |
| | | | | | |

9

Exhibit 734

# EXHIBIT 735

| Work Weeks Beginning on Monday (7/23/2014 begins on Wed) | Number of Class Member on Tesla Entry Logs By Week | Revised Total Workers Per Day By week | Worker Days by Week | Pay Statements Based on No. of Workers Per Periods |
|---|---|---|---|---|
| **2014** | | | | |
| 7/23/2014 | 11 | 11 | 44 | |
| 7/28/2014 | 11 | 11 | 77 | 11 |
| 8/4/2014 | 11 | 11 | 77 | |
| 8/11/2014 | 11 | 11 | 77 | 11 |
| 8/18/2014 | 8 | 8 | 56 | |
| 8/25/2014 | 8 | 8 | 56 | 8 |
| 9/1/2014 | 12 | 12 | 84 | |
| 9/8/2014 | 13 | 13 | 91 | |
| 9/15/2014 | 13 | 13 | 91 | 13 |
| 9/22/2014 | 12 | 12 | 84 | |
| 9/29/2014 | 15 | 15 | 105 | 15 |
| 10/6/2014 | 11 | 11 | 77 | |
| 10/13/2014 | 14 | 14 | 98 | 14 |
| 10/20/2014 | 13 | 70 | 490 | |
| 10/27/2014 | 16 | 70 | 490 | 70 |
| 11/3/2014 | 24 | 70 | 490 | |
| 11/10/2014 | 29 | 70 | 490 | 70 |
| 11/17/2014 | 22 | 70 | 490 | |
| 11/24/2014 | 21 | 70 | 490 | 70 |
| 12/1/2014 | 21 | 70 | 490 | |
| 12/8/2014 | 23 | 70 | 490 | |
| 12/15/2014 | 25 | 70 | 490 | 70 |
| 12/22/2014 | 2 | 2 | 14 | |
| 12/29/2014 | 4 | 4 | 28 | 4 |
| | | | | |
| **2015** | | | | |
| 1/5/2015 | 3 | 20 | 140 | |
| 1/12/2015 | 12 | 20 | 140 | 20 |
| 1/19/2015 | 16 | 50 | 350 | |
| 1/26/2015 | 7 | 55 | 385 | 55 |
| 2/2/2015 | 5 | 60 | 420 | |
| 2/9/2015 | 4 | 65 | 455 | 65 |
| 2/16/2015 | 3 | 70 | 490 | |
| 2/23/2015 | 7 | 75 | 525 | 75 |
| 3/2/2015 | 2 | 80 | 560 | |
| 3/9/2015 | 8 | 85 | 595 | 85 |
| 3/16/2015 | 5 | 90 | 630 | |

Exhibit 735

| | | | |
|---|---|---|---|
| 3/23/2015 | 105 | 105 | 735 | |
| 3/30/2015 | 106 | 106 | 742 | 106 |
| 4/6/2015 | 115 | 115 | 805 | |
| 4/13/2015 | 114 | 114 | 798 | 114 |
| 4/20/2015 | 128 | 128 | 896 | |
| 4/27/2015 | 125 | 125 | 875 | 125 |
| 5/4/2015 | 131 | 131 | 917 | |
| 5/11/2015 | 128 | 128 | 896 | 131 |
| 5/18/2015 | 135 | 135 | 945 | |
| 5/25/2015 | 134 | 134 | 938 | 135 |
| 6/1/2015 | 132 | 132 | 924 | |
| 6/8/2015 | 115 | 115 | 805 | |
| 6/15/2015 | 116 | 116 | 812 | 116 |
| 6/22/2015 | 111 | 111 | 777 | |
| 6/29/2015 | 104 | 104 | 728 | 104 |
| 7/6/2015 | 91 | 91 | 637 | |
| 7/13/2015 | 97 | 97 | 679 | 97 |
| 7/20/2015 | 98 | 98 | 686 | |
| 7/27/2015 | 90 | 90 | 630 | 98 |
| 8/3/2015 | 71 | 71 | 497 | |
| 8/10/2015 | 45 | 45 | 315 | 71 |
| 8/17/2015 | 44 | 44 | 308 | |
| 8/24/2015 | 48 | 48 | 336 | |
| 8/31/2015 | 51 | 51 | 357 | 51 |
| 9/7/2015 | 58 | 58 | 406 | |
| 9/14/2015 | 63 | 63 | 441 | 63 |
| 9/21/2015 | 58 | 58 | 406 | |
| 9/28/2015 | 56 | 56 | 392 | 56 |
| 10/5/2015 | 55 | 55 | 385 | |
| 10/12/2015 | 40 | 40 | 280 | 55 |
| 10/19/2015 | 45 | 45 | 315 | |
| 10/26/2015 | 40 | 40 | 280 | 45 |
| 11/2/2015 | 39 | 39 | 273 | |
| 11/9/2015 | 29 | 29 | 203 | 39 |
| 11/16/2015 | 32 | 32 | 224 | |
| 11/23/2015 | 29 | 29 | 203 | |
| 11/30/2015 | 24 | 24 | 168 | 32 |
| 12/7/2015 | 24 | 24 | 168 | |
| 12/14/2015 | 11 | 11 | 77 | 24 |
| | | | | |
| **2016** | | | | |
| 1/11/2016 | 2 | 2 | 14 | 2 |
| 1/18/2016 | 2 | 2 | 14 | |
| 1/25/2016 | 2 | 2 | 14 | 2 |

Exhibit 735

| 2/1/2016 | 6 | 6 | 42 | |
| 2/8/2016 | 5 | 5 | 35 | |
| 2/15/2016 | 8 | 8 | 56 | 8 |
| 2/22/2016 | 5 | 5 | 35 | |
| 2/29/2016 | 5 | 5 | 35 | 5 |
| 3/7/2016 | 3 | 3 | 21 | |
| 3/14/2016 | 3 | 3 | 21 | 3 |
| 3/21/2016 | 3 | 3 | 21 | |
| 3/28/2016 | 3 | 3 | 21 | 3 |
| 4/4/2016 | 3 | 3 | 21 | |
| 4/11/2016 | 3 | 3 | 21 | 3 |
| 4/18/2016 | 3 | 3 | 21 | |
| 4/25/2016 through 4/29/2016 | 3 | 3 | 21 | 3 |
| | | | | |
| TOTAL PAY STATEMENT VIOLATIONS | | | | 2147 |
| | | | | |
| | | | | |
| | | | | |

Exhibit 735

Maslic, et al v ISM Vuzem, d.o.o., et al

US Dist Ct, ND California Action No.:  5:21-cv-02556-BLF

# EXHIBIT  D

## to Authenticating Declaration

**WILLIAM C. DRESSER, SBN 104375**
LAW OFFICES OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113
Telephone: (408) 279-7529
Facsimile: (408) 298-3306
Email: loofwcd@aol.com

**HUNTER PYLE, SBN 191125**
**KATHERINE FIESTER, SBN 301316**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
       kfiester@hunterpylelaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-LHK (SVK) <br><br> **DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS** <br><br> Date:      August 27, 2020 <br> Time:      1:30 p.m. <br> Ctrm:      8, 4th Floor <br> Judge:     Honorable Lucy H. Koh |

I, Katherine Fiester, hereby declare under the penalty of perjury as follows:

1.      I am over the age of 18, and am not a party to this action.  I am an attorney at law and duly licensed to practice law in the State of California.  I am currently an associate at Hunter Pyle Law representing Plaintiff and the class along with co-counsel The Law Offices of William Dresser.  Prior to joining Hunter Pyle Law, I was a Fellow and later a Staff Attorney for over five years at Legal Aid at Work ("LAAW"), a non-profit organization representing workers in the Wage Protection Program where I specialized in wage and hour matters.  Over the five years I worked for LAAW, I completed and reviewed hundreds of wage and hour calculations.

2.      With the exception of the statements specifically identified as upon information and belief, the statements in this declaration are true of my own personal knowledge.  If called as a witness I could and would testify thereto.

3.      I offer this declaration in support of Plaintiff's Motion for Entry of Default Judgment against Defendants ISM Vuzem, d.o.o., Robert Vuzem, and Ivan Vuzem (collectively "Vuzem") for unpaid wages, damages, penalties, and interest owed to the class in this matter.

**<u>Records Reviewed</u>**

4.      I reviewed the operative pleadings in this matter.

5.      I reviewed the class member declarations attached to the Declaration of Radmilo Bozinovic, Ph.D. in support of Plaintiffs' Motion for Class Certification filed concurrently with the court on April 23, 2020 (collectively "Class Member Declarations").

6.      I also reviewed co-counsel William Dresser's declaration and exhibits attached thereto in support of Plaintiffs' Motion for Class Certification filed concurrently with the court on April 23, 2020. I relied on the following data from Mr. Dresser's declaration for purposes of calculating damages in this matter:

- ¶ 36, which contains information relating to the class list totaling 177 Class Members ("the Class", "Class Members", or "Class List");

- Exhibit 733, which contains data regarding how many Class Members worked at the Tesla plant each day per week ("Workers Per Day"); and

**DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS**

- Exhibit 734, which contains data regarding the number of pay periods Class Members worked post-September 25, 2015 ("Pay Periods Worked")

7.     Based on my review of the aforementioned records and pursuant to the methods further described in this declaration, I created an Excel spreadsheet to calculate the unpaid overtime and double time wages, meal and rest period premiums, liquidated damages, wage statement and waiting time penalties, and interest owed to the class in this case for the time period of July 23, 2014 to April 29, 2016 ("Relevant Time Period"). These damages collectively amount to **$6,215,403.99**, exclusive of costs and attorneys' fees. A true and correct copy of this Damages Calculation Spreadsheet is attached as **Exhibit A** ("Class Damages Calculations").

### Hours Worked

8.     It is the employer's burden to keep records of hours worked.  However, where the employer has failed to keep these statutorily mandated records, the employer will bear the consequences of that failure. *See, e.g., Hernandez v. Mendoza* 199 Cal. App. 3d 721 (1998). Employees can provide credible evidence to establish that they worked for hours for which they were not properly compensated. *Id.*  Plaintiffs must show the amount and extent of that work by "just and reasonable inference." *Id.*

9.     From my document review, I understand that Vuzem did not keep or produce time records for Class Members.

10.     From reviewing the Class Member Declarations, I was able to discern the average number of hours that Class Members worked for Vuzem at the Tesla plant per day. All Class Member Declarations stated that Class Members worked Monday through Saturday. Most Class Member Declarations stated that Class Members worked every Sunday, but eight did not. Accordingly, for purposes of the Class Damages Calculations, I assumed that, on average, Class Members worked every other Sunday.

11.     According to the Class Member Declarations, on average, Class Members worked the following hours at the Tesla plant:

- Monday through Saturday: 11.1 hours; and

**DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS**

- Every other Sunday: 7.25 hours

12. From reviewing the Class Member Declarations, I understood that Vuzem required Class Members to follow a commute process to and from the Tesla plant in Vuzem's vans or vehicles. I understood from the Class Member Declarations that this commute process took an average of thirty (30) minutes at the beginning of Class Members' shifts and thirty (30) minutes at the end of their shifts. I understood that Vuzem did not compensate Class Members for the time spent during the commute process each day.

13. Accordingly, I added an additional hour worked per day to account for Class Members' commute process. Accordingly, on average, the total average hours Class Members worked, including the commute process and at the Tesla plant, are as follows:

- Monday through Saturday: 12.1[1] hours; and
- Every other Sunday: 8.25 hours ("Average Hours Worked Per Day")

**Unpaid Overtime Wages**

14. By reviewing the Class Member Declarations, I was able to confirm that Class Members were paid a flat rate per month.

15. Pursuant to Labor Code section 515(d)(2), when a non-exempt worker is paid a salary, the salary only compensates that worker for regular, non-overtime hours.

16. I assumed the workweek ran from Sunday to Saturday. *See* 2002 DLSE Manual, § 48.1.3.1.

17. Using the Average Hours Worked Per Day, I determined how many overtime and double time hours Class Members worked when they worked on Sundays as follows:

---

[1] 17 of 20 Class Member Declarations stated that they worked the night shift for some periods of time. The night shifts averaged 12.4 hours, including the commute process. However, all Class Member Declarations stated they worked the day shift, which averaged 12.1 hours. In order to ensure that my calculations were not overstated, I used the lower average number of hours worked (12.1) for purposes of the Class Member Calculations.

**DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS**

| Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Weekly Total |
|---|---|---|---|---|---|---|---|---|
| Total hours (daily) | 8.25 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | **80.85** |
| Total reg. hours (daily) | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | **40.00** |
| Total OT hours (daily) | 0.25 | 4.00 | 4.00 | 4.00 | 4.00 | 12.00 | 8.00 | **36.25** |
| Total double OT hours (daily) | 0.00 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 4.10 | **4.60** |

18. I then determined how many overtime and double time hours Class Members worked when they did not work on Sundays as follows:

| Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Weekly Total |
|---|---|---|---|---|---|---|---|---|
| Total hours (daily) | 0.00 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | **72.60** |
| Total reg. hours (daily) | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | **40.00** |
| Total OT hours (daily) | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 12.00 | **32.00** |
| Total double OT hours (daily) | 0.00 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | **0.60** |

19. Employers are required to pay employees at least the applicable minimum wage for all hours worked. Labor Code § 1197; Wage Order 16 § 4. Non-exempt workers are entitled to payment of overtime premium wages for all overtime hours worked. Labor Code § 510; Wage Order 16 §§ 3(A)(1), 3(A)(1)(a-b). Any employee who works in excess of eight (8) hours in a day,

forty (40) hours in a workweek, or the first eight (8) hours on the seventh consecutive day worked is entitled to one and half (1.5) times the regular rate of pay. *Id.*; Wage Order 16 § 3(A)(1)(a). Any employee who works in excess of twelve (12) hours in a day or over eight hours on a seventh consecutive day worked is entitled to two (2) times the regular rate of pay. Wage Order 16 § 3(A)(1)(b).

20.     For purposes of the Class Damages Calculations, I assumed that Class Members' regular hourly rate of pay was the applicable minimum wage during the Relevant Time Period as follows: $9.00 from July 23, 2014 to December 31, 2015 and $10.00 from January 1, 2016 to April 29, 2016. Cal. Lab. Code § 1182.12*; Wage Order 16 ¶ (4).

21.     I then determined Class Members' overtime and double time rates of pay as follows:

- From July 23, 2014 to December 31, 2015:
    i.   Regular Rate of Pay: $9.00
    ii.  Overtime Rate of Pay: $13.50
    iii. Double Time Rate of Pay: $18.00
- From January 1, 2016 to April 29, 2016:
    i.   Regular Rate of Pay: $10.00
    ii.  Overtime Rate of Pay: $15.00
    iii. Double Time Rate of Pay: $20.00

22.     I created a column in the Class Damages Calculations to input the Workers Per Day and a separate column for the overtime and double time hours worked per day. I input the above overtime and double time hours worked pursuant to Paragraphs (16 -18), alternating every other week.

23.     For each day during the Relevant Time Period, I multiplied the daily overtime and double time hours Class Members worked by the applicable overtime and double time rates of pay, respectively. I then multiplied the number of daily overtime and double time hours worked by the Workers Per Day to calculate overtime and double time wages owed on a class-wide basis.

24. Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class Members a total of approximately **$2,318,659.70** in unpaid overtime and double time from July 23, 2014 to as April 29, 2016.

### Liquidated Damages

25. A worker who is paid less than the minimum wage for any hour they worked is entitled to recover additional liquidated damages from the employer in the amount of the unpaid minimum wage for each hour worked. Cal. Lab. Code § 1194.2.

26. Pursuant to Labor Code section 515(d)(2), when a non-exempt worker is paid a salary, the salary only compensates that worker for regular, non-overtime hours.

27. I created a column in the Class Damages Calculations to calculate liquidated damages owed.

28. I calculated liquidated damages by adding up the total number of overtime and double time hours worked each day during the Relevant Time Period pursuant to the Average Hours Worked Per Day. I then multiplied the total number of overtime and double time hours worked per day by the applicable minimum wage. I then multiplied the result by the Workers Per Day to calculate liquidated damages owed on a class-wide basis.

29. Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class a total of approximately **$1,508,063.85** in liquidated damages from July 23, 2014 to as April 29, 2016.

### Meal Period Violations

30. Employees are entitled to a meal period, during which they are "relieved of all duty" for not less than thirty (30) minutes each for each five (5) hours that they work. Labor Code § 512(a); Wage Order 16 § 10(A). If an employer fails to satisfy its responsibility regarding meal breaks, workers are entitled to one (1) hour premium wages for each day that they were not

**DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS**

provided with a meal break. Labor Code § 226.7; Wage Order 16 § 10(D); *see also Murphy v. Kenneth Cole Production, Inc.* 40 Cal.4th 1094 (2007).

31.     Moreover, an employer is required to pay an employee for meal periods during which the employee is precluded from leaving the worksite. *Bono Enterprises, Inc. v. Bradshaw*, 32 Cal. App. 4th 968, 979 (1995), disapproved of on other grounds by *Tidewater Marine W., Inc. v. Bradshaw*, 14 Cal. 4th 557, 927 P.2d 296 (1996); *Naranjo v. Spectrum Sec. Servs., Inc.,* 40 Cal. App. 5th 444, 460-463 (Ct. App. 2019), as modified on denial of reh'g (Oct. 10, 2019) petition for review granted (Jan. 2, 2020) (absent a compliant agreement, employer must pay meal period premiums to employees if meal periods are not compliant with law).

32.     I relied upon Class Member Declarations, almost all of which state, under oath, that they were not provided with a second, 30-minute uninterrupted meal break when Class Members worked in excess of ten (10) hours.

33.     I also relied upon Class Member Declarations almost all of which state, under oath, that they were required to stay on the premises at the Tesla plant and could not leave for any purposes including for breaks of any sort.

34.     In calculating meal premiums owed to Class Members, I created a column on the Class Damages Calculations that accounted for each day Class Members were: (1) not provided a second meal period when they worked in excess of ten (10) hours per day; and/or (2) not allowed to leave the Tesla plant for any purposes including for breaks of any sort. This amounted to one meal period violation per Class Member every day the Class Members worked.

35.     I then multiplied the number of daily meal period violations by the Workers Per Day to calculate meal period premiums owed on a class-wide basis. I then multiplied the number of Class Members' missed meal periods by one hour of premium pay at the Class Members' applicable regular rate of pay (the applicable minimum wage).

36.     Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class

a total of approximately **$266,151.00** in unpaid meal period premiums from July 23, 2014 to as April 29, 2016.

### Rest Period Violations

37.     Employers must authorize and permit all employees to take a ten-minute rest break for every four hours of work, or major fraction thereof.  Wage Order 16 §11(A); *Brinker Rest. Corp. v. Superior Court,* 53 Cal. 4th 1004, 1029 (2012) (an employee must receive "10 minutes for shifts lasting more than two hours up to six hours, 20 minutes for shifts lasting more than six hours up to 10 hours, and so on").  Employers who fail to provide required rest periods must pay a premium of one additional hour of pay for each work day that a rest period is not provided.  Lab. Code § 226.7; Wage Order 16 §11(D).

38.     Moreover, an employer is required to pay an employee for meal periods during which the employee is precluded from leaving the worksite. *Bono Enterprises, Inc. v. Bradshaw*, 32 Cal. App. 4th 968, 979 (1995), disapproved of on other grounds by *Tidewater Marine W., Inc. v. Bradshaw*, 14 Cal. 4th 557, 927 P.2d 296 (1996); *Augustus v. ABM Sec. Servs., Inc.,* 2 Cal. 5th 257, 269–70 (2016), as modified on denial of reh'g (Mar. 15, 2017) ("As we explained, a rest period means an interval of time free from labor, work, or any other employment-related duties. And employees must not only be relieved of work duties, but also be freed from employer control over how they spend their time.")

39.     I relied upon Class Member Declarations which collectively state, under oath, that they were not provided with a third, 10-minute uninterrupted meal break when Class Members worked in excess of ten (10) hours.

40.     I also relied upon Class Member Declarations almost all of which state, under oath, that they were required to stay on the premises at the Tesla plant and could not leave for any purposes including for breaks of any sort.

41.     In calculating rest period premiums owed to Class Members, I created a column on the Class Damages Calculations that accounted for each day Class Members were: (1) not provided a third rest period when they worked in excess of ten (10) hours per day; and/or (2) not allowed to

leave the Tesla plant for any purposes including for breaks of any sort. This amounted to one rest period violation per Class Member every day Class Members worked.

42.      I then multiplied the number of daily rest period violations by the Workers Per Day to calculate rest period premiums owed on a class-wide basis. I then multiplied the number of Class Members' missed rest periods by one hour of premium pay at the Class Members' applicable regular rate of pay (the applicable minimum wage).

43.      Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class a total of approximately **$266,151.00** in unpaid rest period premiums from July 23, 2014 to as April 29, 2016.

## Paystub Violations

44.      An employer is required to provide, on a semi-monthly basis, documentation of gross wages, total hours worked by the employee, and all deductions made by the employer. Labor Code § 226.  An employer must provide each worker with an itemized statement at the time of payment that details the total number of hours worked by the employee, all deductions, the inclusive dates of the period for which the employee is paid, and all applicable hourly rates of pay. Labor Code § 226(a).  Failure to comply with this requirement will subject an employer to fifty dollars ($50) for the first pay period in which a violation occurs and one hundred dollars ($100) for every pay period thereafter, up to a maximum of four thousand dollars ($4,000), plus attorney's fees. Labor Code § 226(e)(1).

45.      I relied upon Class Member Declarations which collectively state, under oath, that they did not receive any documents that showed the actual number of hours that they worked during the time they worked at the Tesla plant.

46.      I relied upon the Pay Periods Worked in calculating paystub penalties. I relied on the column entitled "After Sept 25, 2015" for statute of limitations purposes. I understood from reading Mr. Dresser's declaration that his office compiled this data for each Class Member using records received from Tesla, among other sources.

47.     For each identified Class Member in the Pay Periods Worked after September 25, 2015, I multiplied the first pay period by $50 and any subsequent pay periods by $100 to determine paystub penalties owed on a class-wide basis.

48.     Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class a total of approximately **$25,850.00** in paystub penalties from September 25, 2016 to as April 29, 2016.

### Waiting Time Penalties

49.     Employees who give their employers at least seventy-two (72) hours' notice that they intend to quit are entitled to payment of all earned and unpaid wages on their last day of employment. Labor Code § 202.  Alternatively, when an employee resigns without at least seventy-two (72) hours' notice, employers are required to pay all wages due within seventy-two (72) hours of resignation. *Id.*  Employees who are terminated must be paid their wages immediately. Labor Code § 201. For every day that the employer willfully fails to comply with this mandate, the employer is liable for a daily penalty equivalent to the employee's daily wage, capped at thirty (30) days. Labor Code § 203.

50.     From the Class Member Declarations, I discerned that Class Members ceased working for Vuzem more than thirty (30) days ago.

51.     To calculate waiting time penalties, I first found Class Members' average daily wage. Based on the Average Hours Worked Per Day, I understood that Class Members most frequently worked 12.1 hours per day. I multiplied eight hours by the applicable minimum wage in 2016 ($10.00), four hours by the applicable overtime rate of pay in 2016 ($15.00) and .1 hour by the applicable double time rate of pay in 2016 ($20.00). This amounted to an average daily wage of $142.00 for Class Members. I then multiplied this average daily wage by 30 days. I then multiplied this number by the 177 Class Members pursuant to the Class List.

**DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS**

52.     Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class a total of approximately **$754,020.00** in waiting time penalties.

### Interest

53.     Pursuant to Labor Code § 1194, I calculated the interest owed to Class Members on their respective unpaid wages, meal and rest period premium claims beginning on April 29, 2016. I calculated simple interest annually at 10% per annum, from April 29, 2016 to April 30, 2020, or four years for the unpaid wages claim. Pursuant to *Naranjo*, 40 Cal. App. 5th at 474, I calculated simple interest annually at 7% for annum for the meal and rest period premiums, from April 29, 2016 to April 30, 2020, or four years.

54.     Applying the law to the facts, based on my document review, Class Member Declarations and pursuant to the methods described herein, I calculated that Vuzem owes the Class a total of approximately **$1,076,508.44** in interest.

55.     I concur in the filing of this document in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on April 23, 2020.


                    _____/s/ Katherine Fiester_____
                    KATHERINE FIESTER

**DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS**

# EXHIBIT A

## DAMAGES SUMMARY

| Pay Period | End Pay Period | Reg. Rate of Pay | Total OT Hrs | OT Wages Earned | Total DT Hrs | DT Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime Wages Paid | Overtime and Double Time Wages Owed |
|---|---|---|---|---|---|---|---|---|---|
| 07/23/14 | 12/31/15 | $9.00 | 2,548.00 | $2,061,504.00 | 202.70 | $223,121.70 | $2,284,625.70 | $0.00 | $2,284,625.70 |
| 01/01/16 | 4/29/16 | $10.00 | 584.00 | $30,900.00 | 48.30 | $3,134.00 | $34,034.00 | $0.00 | $34,034.00 |
| | | | | | | TOTALS: | $2,318,659.70 | $0.00 | $2,318,659.70 |

**Labor Code § 203 (waiting time penalties)**

| Reg. Rate | Reg Hrs/day | OT Rate | OT hrs/day | DT Rate | DT hrs/day | # of Workers | Daily Wage | Days Waited | Penalty |
|---|---|---|---|---|---|---|---|---|---|
| $10.00 | 8.00 | $15.00 | 4.00 | 20.00 | 0.10 | 177 | $142.00 | 30 | $754,020.00 |

**Labor Code § 226.7(b):**

Meal Periods:

| # Days w/ Violation | Hourly Rate | Premium |
|---|---|---|
| 29,129 | $9.00 | $ 262,161.00 |
| 399 | $10.00 | $ 3,990.00 |
| Total meal premiums | | $266,151.00 |

Rest Periods:

| # Days w/ Violation | Hourly Rate | Premium |
|---|---|---|
| 29,129 | $9.00 | $ 262,161.00 |
| 399 | $10.00 | $ 3,990.00 |
| Total rest premiums | | $266,151.00 |

**Labor Code § 226 (paystub penalties)**

| # Total Pay Period Violations | | Penalties |
|---|---|---|
| 270 | | $ 25,850.00 |
| Total paystub penalties | | $25,850.00 |

| | |
|---|---|
| Total Overtime and Double Time Wages Earned | $2,318,659.70 |
| Total Meal Break Premiums | $266,151.00 |
| Total Rest Break Premiums | $266,151.00 |
| Total Liquidated Damages | $1,508,063.85 |
| Total Paystub Penalties | $25,850.00 |
| Total Waiting Time Penalties | $754,020.00 |
| Interest | $1,076,508.44 |
| SUBTOTAL of amounts earned | $6,215,403.99 |
| | |
| Total Amount Paid | $0.00 |
| **GRAND TOTAL OWED** | $6,215,403.99 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
| 7/23/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/24/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/25/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/26/14 | 11 | 4.00 | 0.10 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/27/14 | 11 | | 0.25 | $0.00 | $49.50 | $49.50 | | $49.50 | $24.75 | 11 | $99.00 | 11 | $99.00 |
| 7/28/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/29/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/30/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 7/31/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/1/14 | 11 | 12.00 | 0.1 | $1,782.00 | $19.80 | $1,801.80 | | $1,801.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 8/2/14 | 11 | 8.00 | 4.10 | $1,188.00 | $811.80 | $1,999.80 | | $1,999.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 8/3/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8/4/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/5/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/6/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/7/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/8/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/9/14 | 11 | 12.00 | 0.10 | $1,782.00 | $19.80 | $1,801.80 | | $1,801.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 8/10/14 | 11 | | 0.25 | $0.00 | $49.50 | $49.50 | | $49.50 | $24.75 | 11 | $99.00 | 11 | $99.00 |
| 8/11/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/12/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/13/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/14/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/15/14 | 11 | 12.00 | 0.1 | $1,782.00 | $19.80 | $1,801.80 | | $1,801.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 8/16/14 | 11 | 8.00 | 4.10 | $1,188.00 | $811.80 | $1,999.80 | | $1,999.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 8/17/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8/18/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 8/19/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/20/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/21/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/22/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/23/14 | 8 | 12.00 | 0.10 | $1,296.00 | $14.40 | $1,310.40 | | $1,310.40 | $871.20 | 8 | $72.00 | 8 | $72.00 |
| 8/24/14 | 8 | | 0.25 | $0.00 | $36.00 | $36.00 | | $36.00 | $18.00 | 8 | $72.00 | 8 | $72.00 |
| 8/25/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/26/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/27/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/28/14 | 8 | 4.00 | 0.1 | $432.00 | $14.40 | $446.40 | | $446.40 | $295.20 | 8 | $72.00 | 8 | $72.00 |
| 8/29/14 | 8 | 12.00 | 0.1 | $1,296.00 | $14.40 | $1,310.40 | | $1,310.40 | $871.20 | 8 | $72.00 | 8 | $72.00 |
| 8/30/14 | 8 | 8.00 | 4.10 | $864.00 | $590.40 | $1,454.40 | | $1,454.40 | $871.20 | 8 | $72.00 | 8 | $72.00 |
| 8/31/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9/1/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/2/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/3/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/4/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/5/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/6/14 | 12 | 12.00 | 0.10 | $1,944.00 | $21.60 | $1,965.60 | | $1,965.60 | $1,306.80 | 12 | $108.00 | 12 | $108.00 |
| 9/7/14 | 12 | | 0.25 | $0.00 | $54.00 | $54.00 | | $54.00 | $27.00 | 12 | $108.00 | 12 | $108.00 |
| 9/8/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/9/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/10/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/11/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/12/14 | 13 | 12.00 | 0.1 | $2,106.00 | $23.40 | $2,129.40 | | $2,129.40 | $1,415.70 | 13 | $117.00 | 13 | $117.00 |
| 9/13/14 | 13 | 8.00 | 4.10 | $1,404.00 | $959.40 | $2,363.40 | | $2,363.40 | $1,415.70 | 13 | $117.00 | 13 | $117.00 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/14/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9/15/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/16/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/17/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/18/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/19/14 | 13 | 4.00 | 0.1 | $702.00 | $23.40 | $725.40 | | $725.40 | $479.70 | 13 | $117.00 | 13 | $117.00 |
| 9/20/14 | 13 | 12.00 | 0.10 | $2,106.00 | $23.40 | $2,129.40 | | $2,129.40 | $1,415.70 | 13 | $117.00 | 13 | $117.00 |
| 9/21/14 | 13 | | 0.25 | $0.00 | $58.50 | $58.50 | | $58.50 | $29.25 | 13 | $117.00 | 13 | $117.00 |
| 9/22/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/23/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/24/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/25/14 | 12 | 4.00 | 0.1 | $648.00 | $21.60 | $669.60 | | $669.60 | $442.80 | 12 | $108.00 | 12 | $108.00 |
| 9/26/14 | 12 | 12.00 | 0.1 | $1,944.00 | $21.60 | $1,965.60 | | $1,965.60 | $1,306.80 | 12 | $108.00 | 12 | $108.00 |
| 9/27/14 | 12 | 8.00 | 4.10 | $1,296.00 | $885.60 | $2,181.60 | | $2,181.60 | $1,306.80 | 12 | $108.00 | 12 | $108.00 |
| 9/28/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9/29/14 | 15 | 4.00 | 0.1 | $810.00 | $27.00 | $837.00 | | $837.00 | $553.50 | 15 | $135.00 | 15 | $135.00 |
| 9/30/14 | 15 | 4.00 | 0.1 | $810.00 | $27.00 | $837.00 | | $837.00 | $553.50 | 15 | $135.00 | 15 | $135.00 |
| 10/1/14 | 15 | 4.00 | 0.1 | $810.00 | $27.00 | $837.00 | | $837.00 | $553.50 | 15 | $135.00 | 15 | $135.00 |
| 10/2/14 | 15 | 4.00 | 0.1 | $810.00 | $27.00 | $837.00 | | $837.00 | $553.50 | 15 | $135.00 | 15 | $135.00 |
| 10/3/14 | 15 | 4.00 | 0.1 | $810.00 | $27.00 | $837.00 | | $837.00 | $553.50 | 15 | $135.00 | 15 | $135.00 |
| 10/4/14 | 15 | 12.00 | 0.10 | $2,430.00 | $27.00 | $2,457.00 | | $2,457.00 | $1,633.50 | 15 | $135.00 | 15 | $135.00 |
| 10/5/14 | 15 | | 0.25 | $0.00 | $67.50 | $67.50 | | $67.50 | $33.75 | 15 | $135.00 | 15 | $135.00 |
| 10/6/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 10/7/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 10/8/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 10/9/14 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 10/10/14 | 11 | 12.00 | 0.1 | $1,782.00 | $19.80 | $1,801.80 | | $1,801.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 10/11/14 | 11 | 8.00 | 4.10 | $1,188.00 | $811.80 | $1,999.80 | | $1,999.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 10/12/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 10/13/14 | 14 | 4.00 | 0.1 | $756.00 | $25.20 | $781.20 | | $781.20 | $516.60 | 14 | $126.00 | 14 | $126.00 |
| 10/15/14 | 14 | 4.00 | 0.1 | $756.00 | $25.20 | $781.20 | | $781.20 | $516.60 | 14 | $126.00 | 14 | $126.00 |
| 10/16/14 | 14 | 4.00 | 0.1 | $756.00 | $25.20 | $781.20 | | $781.20 | $516.60 | 14 | $126.00 | 14 | $126.00 |
| 10/17/14 | 14 | 4.00 | 0.1 | $756.00 | $25.20 | $781.20 | | $781.20 | $516.60 | 14 | $126.00 | 14 | $126.00 |
| 10/18/14 | 14 | 12.00 | 0.10 | $2,268.00 | $25.20 | $2,293.20 | | $2,293.20 | $1,524.60 | 14 | $126.00 | 14 | $126.00 |
| 10/19/14 | 14 | | 0.25 | $0.00 | $63.00 | $63.00 | | $63.00 | $31.50 | 14 | $126.00 | 14 | $126.00 |
| 10/20/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/21/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/22/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/23/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/24/14 | 70 | 12.00 | 0.1 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 10/25/14 | 70 | 8.00 | 4.10 | $7,560.00 | $5,166.00 | $12,726.00 | | $12,726.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 10/26/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 10/27/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/28/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/29/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/30/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 10/31/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/1/14 | 70 | 12.00 | 0.10 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/2/14 | 70 | | 0.25 | $0.00 | $315.00 | $315.00 | | $315.00 | $157.50 | 70 | $630.00 | 70 | $630.00 |
| 11/3/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/4/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/5/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
| 11/6/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/7/14 | 70 | 12.00 | 0.1 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/8/14 | 70 | 8.00 | 4.10 | $7,560.00 | $5,166.00 | $12,726.00 | | $12,726.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/9/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 11/10/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/11/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/12/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/13/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/14/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/15/14 | 70 | 12.00 | 0.10 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/16/14 | 70 | | 0.25 | $0.00 | $315.00 | $315.00 | | $315.00 | $157.50 | 70 | $630.00 | 70 | $630.00 |
| 11/17/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/18/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/19/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/20/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/21/14 | 70 | 12.00 | 0.1 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/22/14 | 70 | 8.00 | 4.10 | $7,560.00 | $5,166.00 | $12,726.00 | | $12,726.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/23/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 11/24/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/25/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/26/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/27/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/28/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 11/29/14 | 70 | 12.00 | 0.10 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 11/30/14 | 70 | | 0.25 | $0.00 | $315.00 | $315.00 | | $315.00 | $157.50 | 70 | $630.00 | 70 | $630.00 |
| 12/1/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/2/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/3/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/4/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/5/14 | 70 | 12.00 | 0.1 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 12/6/14 | 70 | 8.00 | 4.10 | $7,560.00 | $5,166.00 | $12,726.00 | | $12,726.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 12/7/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/8/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/9/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/10/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/11/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/12/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/13/14 | 70 | 12.00 | 0.10 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 12/14/14 | 70 | | 0.25 | $0.00 | $315.00 | $315.00 | | $315.00 | $157.50 | 70 | $630.00 | 70 | $630.00 |
| 12/15/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/16/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/17/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/18/14 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 12/19/14 | 70 | 12.00 | 0.1 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 12/20/14 | 70 | 8.00 | 4.10 | $7,560.00 | $5,166.00 | $12,726.00 | | $12,726.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 12/21/14 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/22/14 | 2 | 4.00 | 0.1 | $108.00 | $3.60 | $111.60 | | $111.60 | $73.80 | 2 | $18.00 | 2 | $18.00 |
| 12/23/14 | 2 | 4.00 | 0.1 | $108.00 | $3.60 | $111.60 | | $111.60 | $73.80 | 2 | $18.00 | 2 | $18.00 |
| 12/24/14 | 2 | 4.00 | 0.1 | $108.00 | $3.60 | $111.60 | | $111.60 | $73.80 | 2 | $18.00 | 2 | $18.00 |
| 12/25/14 | 2 | 4.00 | 0.1 | $108.00 | $3.60 | $111.60 | | $111.60 | $73.80 | 2 | $18.00 | 2 | $18.00 |
| 12/26/14 | 2 | 4.00 | 0.1 | $108.00 | $3.60 | $111.60 | | $111.60 | $73.80 | 2 | $18.00 | 2 | $18.00 |
| 12/27/14 | 2 | 12.00 | 0.10 | $324.00 | $3.60 | $327.60 | | $327.60 | $217.80 | 2 | $18.00 | 2 | $18.00 |
| 12/28/14 | 2 | | 0.25 | $0.00 | $9.00 | $9.00 | | $9.00 | $4.50 | 2 | $18.00 | 2 | $18.00 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/14 | 4 | 4.00 | 0.1 | $216.00 | $7.20 | $223.20 | | $223.20 | $147.60 | 4 | $36.00 | 4 | $36.00 |
| 12/30/14 | 4 | 4.00 | 0.1 | $216.00 | $7.20 | $223.20 | | $223.20 | $147.60 | 4 | $36.00 | 4 | $36.00 |
| 12/31/14 | 4 | 4.00 | 0.1 | $216.00 | $7.20 | $223.20 | | $223.20 | $147.60 | 4 | $36.00 | 4 | $36.00 |
| 1/1/15 | 4 | 4.00 | 0.1 | $216.00 | $7.20 | $223.20 | | $223.20 | $147.60 | 4 | $36.00 | 4 | $36.00 |
| 1/2/15 | 4 | 12.00 | 0.1 | $648.00 | $7.20 | $655.20 | | $655.20 | $435.60 | 4 | $36.00 | 4 | $36.00 |
| 1/3/15 | 4 | 8.00 | 4.10 | $432.00 | $295.20 | $727.20 | | $727.20 | $435.60 | 4 | $36.00 | 4 | $36.00 |
| 1/4/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 1/5/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/6/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/7/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/8/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/9/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/10/15 | 20 | 12.00 | 0.10 | $3,240.00 | $36.00 | $3,276.00 | | $3,276.00 | $2,178.00 | 20 | $180.00 | 20 | $180.00 |
| 1/11/15 | 20 | | 0.25 | $0.00 | $90.00 | $90.00 | | $90.00 | $45.00 | 20 | $180.00 | 20 | $180.00 |
| 1/12/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/13/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/14/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/15/15 | 20 | 4.00 | 0.1 | $1,080.00 | $36.00 | $1,116.00 | | $1,116.00 | $738.00 | 20 | $180.00 | 20 | $180.00 |
| 1/16/15 | 20 | 12.00 | 0.1 | $3,240.00 | $36.00 | $3,276.00 | | $3,276.00 | $2,178.00 | 20 | $180.00 | 20 | $180.00 |
| 1/17/15 | 20 | 8.00 | 4.10 | $2,160.00 | $1,476.00 | $3,636.00 | | $3,636.00 | $2,178.00 | 20 | $180.00 | 20 | $180.00 |
| 1/18/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 1/19/15 | 50 | 4.00 | 0.1 | $2,700.00 | $90.00 | $2,790.00 | | $2,790.00 | $1,845.00 | 50 | $450.00 | 50 | $450.00 |
| 1/20/15 | 50 | 4.00 | 0.1 | $2,700.00 | $90.00 | $2,790.00 | | $2,790.00 | $1,845.00 | 50 | $450.00 | 50 | $450.00 |
| 1/21/15 | 50 | 4.00 | 0.1 | $2,700.00 | $90.00 | $2,790.00 | | $2,790.00 | $1,845.00 | 50 | $450.00 | 50 | $450.00 |
| 1/22/15 | 50 | 4.00 | 0.1 | $2,700.00 | $90.00 | $2,790.00 | | $2,790.00 | $1,845.00 | 50 | $450.00 | 50 | $450.00 |
| 1/23/15 | 50 | 4.00 | 0.1 | $2,700.00 | $90.00 | $2,790.00 | | $2,790.00 | $1,845.00 | 50 | $450.00 | 50 | $450.00 |
| 1/24/15 | 50 | 12.00 | 0.10 | $8,100.00 | $90.00 | $8,190.00 | | $8,190.00 | $5,445.00 | 50 | $450.00 | 50 | $450.00 |
| 1/25/15 | 50 | | 0.25 | $0.00 | $225.00 | $225.00 | | $225.00 | $112.50 | 50 | $450.00 | 50 | $450.00 |
| 1/26/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 1/27/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 1/28/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 1/29/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 1/30/15 | 55 | 12.00 | 0.1 | $8,910.00 | $99.00 | $9,009.00 | | $9,009.00 | $5,989.50 | 55 | $495.00 | 55 | $495.00 |
| 1/31/15 | 55 | 8.00 | 4.10 | $5,940.00 | $4,059.00 | $9,999.00 | | $9,999.00 | $5,989.50 | 55 | $495.00 | 55 | $495.00 |
| 2/1/15 | | | | | | | | | | 0 | | 0 | |
| 2/2/15 | 60 | 4.00 | 0.1 | $3,240.00 | $108.00 | $3,348.00 | | $3,348.00 | $2,214.00 | 60 | $540.00 | 60 | $540.00 |
| 2/3/15 | 60 | 4.00 | 0.1 | $3,240.00 | $108.00 | $3,348.00 | | $3,348.00 | $2,214.00 | 60 | $540.00 | 60 | $540.00 |
| 2/4/15 | 60 | 4.00 | 0.1 | $3,240.00 | $108.00 | $3,348.00 | | $3,348.00 | $2,214.00 | 60 | $540.00 | 60 | $540.00 |
| 2/5/15 | 60 | 4.00 | 0.1 | $3,240.00 | $108.00 | $3,348.00 | | $3,348.00 | $2,214.00 | 60 | $540.00 | 60 | $540.00 |
| 2/6/15 | 60 | 4.00 | 0.1 | $3,240.00 | $108.00 | $3,348.00 | | $3,348.00 | $2,214.00 | 60 | $540.00 | 60 | $540.00 |
| 2/7/15 | 60 | 12.00 | 0.10 | $9,720.00 | $108.00 | $9,828.00 | | $9,828.00 | $6,534.00 | 60 | $540.00 | 60 | $540.00 |
| 2/8/15 | 60 | | 0.25 | $0.00 | $270.00 | $270.00 | | $270.00 | $135.00 | 60 | $540.00 | 60 | $540.00 |
| 2/9/15 | 65 | 4.00 | 0.1 | $3,510.00 | $117.00 | $3,627.00 | | $3,627.00 | $2,398.50 | 65 | $585.00 | 65 | $585.00 |
| 2/10/15 | 65 | 4.00 | 0.1 | $3,510.00 | $117.00 | $3,627.00 | | $3,627.00 | $2,398.50 | 65 | $585.00 | 65 | $585.00 |
| 2/11/15 | 65 | 4.00 | 0.1 | $3,510.00 | $117.00 | $3,627.00 | | $3,627.00 | $2,398.50 | 65 | $585.00 | 65 | $585.00 |
| 2/12/15 | 65 | 4.00 | 0.1 | $3,510.00 | $117.00 | $3,627.00 | | $3,627.00 | $2,398.50 | 65 | $585.00 | 65 | $585.00 |
| 2/13/15 | 65 | 12.00 | 0.1 | $10,530.00 | $117.00 | $10,647.00 | | $10,647.00 | $7,078.50 | 65 | $585.00 | 65 | $585.00 |
| 2/14/15 | 65 | 8.00 | 4.10 | $7,020.00 | $4,797.00 | $11,817.00 | | $11,817.00 | $7,078.50 | 65 | $585.00 | 65 | $585.00 |
| 2/15/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 2/16/15 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 2/17/15 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 2/18/15 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 2/19/15 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/15 | 70 | 4.00 | 0.1 | $3,780.00 | $126.00 | $3,906.00 | | $3,906.00 | $2,583.00 | 70 | $630.00 | 70 | $630.00 |
| 2/21/15 | 70 | 12.00 | 0.10 | $11,340.00 | $126.00 | $11,466.00 | | $11,466.00 | $7,623.00 | 70 | $630.00 | 70 | $630.00 |
| 2/22/15 | 70 | | 0.25 | $0.00 | $315.00 | $315.00 | | $315.00 | $157.50 | 70 | $630.00 | 70 | $630.00 |
| 2/23/15 | 75 | 4.00 | 0.1 | $4,050.00 | $135.00 | $4,185.00 | | $4,185.00 | $2,767.50 | 75 | $675.00 | 75 | $675.00 |
| 2/24/15 | 75 | 4.00 | 0.1 | $4,050.00 | $135.00 | $4,185.00 | | $4,185.00 | $2,767.50 | 75 | $675.00 | 75 | $675.00 |
| 2/25/15 | 75 | 4.00 | 0.1 | $4,050.00 | $135.00 | $4,185.00 | | $4,185.00 | $2,767.50 | 75 | $675.00 | 75 | $675.00 |
| 2/26/15 | 75 | 4.00 | 0.1 | $4,050.00 | $135.00 | $4,185.00 | | $4,185.00 | $2,767.50 | 75 | $675.00 | 75 | $675.00 |
| 2/27/15 | 75 | 12.00 | 0.1 | $12,150.00 | $135.00 | $12,285.00 | | $12,285.00 | $8,167.50 | 75 | $675.00 | 75 | $675.00 |
| 2/28/15 | 75 | 8.00 | 4.10 | $8,100.00 | $5,535.00 | $13,635.00 | | $13,635.00 | $8,167.50 | 75 | $675.00 | 75 | $675.00 |
| 3/1/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 3/2/15 | 80 | 4.00 | 0.1 | $4,320.00 | $144.00 | $4,464.00 | | $4,464.00 | $2,952.00 | 80 | $720.00 | 80 | $720.00 |
| 3/3/15 | 80 | 4.00 | 0.1 | $4,320.00 | $144.00 | $4,464.00 | | $4,464.00 | $2,952.00 | 80 | $720.00 | 80 | $720.00 |
| 3/4/15 | 80 | 4.00 | 0.1 | $4,320.00 | $144.00 | $4,464.00 | | $4,464.00 | $2,952.00 | 80 | $720.00 | 80 | $720.00 |
| 3/5/15 | 80 | 4.00 | 0.1 | $4,320.00 | $144.00 | $4,464.00 | | $4,464.00 | $2,952.00 | 80 | $720.00 | 80 | $720.00 |
| 3/6/15 | 80 | 4.00 | 0.1 | $4,320.00 | $144.00 | $4,464.00 | | $4,464.00 | $2,952.00 | 80 | $720.00 | 80 | $720.00 |
| 3/7/15 | 80 | 12.00 | 0.10 | $12,960.00 | $144.00 | $13,104.00 | | $13,104.00 | $8,712.00 | 80 | $720.00 | 80 | $720.00 |
| 3/8/15 | 80 | | 0.25 | $0.00 | $360.00 | $360.00 | | $360.00 | $180.00 | 80 | $720.00 | 80 | $720.00 |
| 3/9/15 | 85 | 4.00 | 0.1 | $4,590.00 | $153.00 | $4,743.00 | | $4,743.00 | $3,136.50 | 85 | $765.00 | 85 | $765.00 |
| 3/10/15 | 85 | 4.00 | 0.1 | $4,590.00 | $153.00 | $4,743.00 | | $4,743.00 | $3,136.50 | 85 | $765.00 | 85 | $765.00 |
| 3/11/15 | 85 | 4.00 | 0.1 | $4,590.00 | $153.00 | $4,743.00 | | $4,743.00 | $3,136.50 | 85 | $765.00 | 85 | $765.00 |
| 3/12/15 | 85 | 4.00 | 0.1 | $4,590.00 | $153.00 | $4,743.00 | | $4,743.00 | $3,136.50 | 85 | $765.00 | 85 | $765.00 |
| 3/13/15 | 85 | 12.00 | 0.1 | $13,770.00 | $153.00 | $13,923.00 | | $13,923.00 | $9,256.50 | 85 | $765.00 | 85 | $765.00 |
| 3/14/15 | 85 | 8.00 | 4.10 | $9,180.00 | $6,273.00 | $15,453.00 | | $15,453.00 | $9,256.50 | 85 | $765.00 | 85 | $765.00 |
| 3/15/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 3/16/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 3/17/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 3/18/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 3/19/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 3/20/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 3/21/15 | 90 | 12.00 | 0.10 | $14,580.00 | $162.00 | $14,742.00 | | $14,742.00 | $9,801.00 | 90 | $810.00 | 90 | $810.00 |
| 3/22/15 | 90 | | 0.25 | $0.00 | $405.00 | $405.00 | | $405.00 | $202.50 | 90 | $810.00 | 90 | $810.00 |
| 3/23/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 3/24/15 | 105 | 4.00 | 0.1 | $5,670.00 | $189.00 | $5,859.00 | | $5,859.00 | $3,874.50 | 105 | $945.00 | 105 | $945.00 |
| 3/25/15 | 105 | 4.00 | 0.1 | $5,670.00 | $189.00 | $5,859.00 | | $5,859.00 | $3,874.50 | 105 | $945.00 | 105 | $945.00 |
| 3/26/15 | 105 | 4.00 | 0.1 | $5,670.00 | $189.00 | $5,859.00 | | $5,859.00 | $3,874.50 | 105 | $945.00 | 105 | $945.00 |
| 3/27/15 | 105 | 12.00 | 0.1 | $17,010.00 | $189.00 | $17,199.00 | | $17,199.00 | $11,434.50 | 105 | $945.00 | 105 | $945.00 |
| 3/28/15 | 105 | 8.00 | 4.10 | $11,340.00 | $7,749.00 | $19,089.00 | | $19,089.00 | $11,434.50 | 105 | $945.00 | 105 | $945.00 |
| 3/29/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 3/30/15 | 106 | 4.00 | 0.1 | $5,724.00 | $190.80 | $5,914.80 | | $5,914.80 | $3,911.40 | 106 | $954.00 | 106 | $954.00 |
| 3/31/15 | 106 | 4.00 | 0.1 | $5,724.00 | $190.80 | $5,914.80 | | $5,914.80 | $3,911.40 | 106 | $954.00 | 106 | $954.00 |
| 4/1/15 | 106 | 4.00 | 0.1 | $5,724.00 | $190.80 | $5,914.80 | | $5,914.80 | $3,911.40 | 106 | $954.00 | 106 | $954.00 |
| 4/2/15 | 106 | 4.00 | 0.1 | $5,724.00 | $190.80 | $5,914.80 | | $5,914.80 | $3,911.40 | 106 | $954.00 | 106 | $954.00 |
| 4/3/15 | 106 | 4.00 | 0.1 | $5,724.00 | $190.80 | $5,914.80 | | $5,914.80 | $3,911.40 | 106 | $954.00 | 106 | $954.00 |
| 4/4/15 | 106 | 12.00 | 0.10 | $17,172.00 | $190.80 | $17,362.80 | | $17,362.80 | $11,543.40 | 106 | $954.00 | 106 | $954.00 |
| 4/5/15 | 106 | | 0.25 | $0.00 | $477.00 | $477.00 | | $477.00 | $238.50 | 106 | $954.00 | 106 | $954.00 |
| 4/6/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 4/7/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 4/8/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 4/9/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 4/10/15 | 115 | 12.00 | 0.1 | $18,630.00 | $207.00 | $18,837.00 | | $18,837.00 | $12,523.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 4/11/15 | 115 | 8.00 | 4.10 | $12,420.00 | $8,487.00 | $20,907.00 | | $20,907.00 | $12,523.50 | 115 | $1,035.00 | 0 | $0.00 |
| 4/12/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 4/13/15 | 114 | 4.00 | 0.1 | $6,156.00 | $205.20 | $6,361.20 | | $6,361.20 | $4,206.60 | 114 | $1,026.00 | 114 | $1,026.00 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
| 4/14/15 | 114 | 4.00 | 0.1 | $6,156.00 | $205.20 | $6,361.20 | | $6,361.20 | $4,206.60 | 114 | $1,026.00 | 114 | $1,026.00 |
| 4/15/15 | 114 | 4.00 | 0.1 | $6,156.00 | $205.20 | $6,361.20 | | $6,361.20 | $4,206.60 | 114 | $1,026.00 | 114 | $1,026.00 |
| 4/16/15 | 114 | 4.00 | 0.1 | $6,156.00 | $205.20 | $6,361.20 | | $6,361.20 | $4,206.60 | 114 | $1,026.00 | 114 | $1,026.00 |
| 4/17/15 | 114 | 4.00 | 0.1 | $6,156.00 | $205.20 | $6,361.20 | | $6,361.20 | $4,206.60 | 114 | $1,026.00 | 114 | $1,026.00 |
| 4/18/15 | 114 | 12.00 | 0.1 | $18,468.00 | $205.20 | $18,673.20 | | $18,673.20 | $12,414.60 | 114 | $1,026.00 | 114 | $1,026.00 |
| 4/19/15 | 114 | | 0.25 | $0.00 | $513.00 | $513.00 | | $513.00 | $256.50 | 114 | $1,026.00 | 114 | $1,026.00 |
| 4/20/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 4/21/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 4/22/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 4/23/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 4/24/15 | 128 | 12.00 | 0.1 | $20,736.00 | $230.40 | $20,966.40 | | $20,966.40 | $13,939.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 4/25/15 | 128 | 8.00 | 4.10 | $13,824.00 | $9,446.40 | $23,270.40 | | $23,270.40 | $13,939.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 4/26/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 4/27/15 | 125 | 4.00 | 0.1 | $6,750.00 | $225.00 | $6,975.00 | | $6,975.00 | $4,612.50 | 125 | $1,125.00 | 125 | $1,125.00 |
| 4/28/15 | 125 | 4.00 | 0.1 | $6,750.00 | $225.00 | $6,975.00 | | $6,975.00 | $4,612.50 | 125 | $1,125.00 | 125 | $1,125.00 |
| 4/29/15 | 125 | 4.00 | 0.1 | $6,750.00 | $225.00 | $6,975.00 | | $6,975.00 | $4,612.50 | 125 | $1,125.00 | 125 | $1,125.00 |
| 4/30/15 | 125 | 4.00 | 0.1 | $6,750.00 | $225.00 | $6,975.00 | | $6,975.00 | $4,612.50 | 125 | $1,125.00 | 125 | $1,125.00 |
| 5/1/15 | 125 | 4.00 | 0.1 | $6,750.00 | $225.00 | $6,975.00 | | $6,975.00 | $4,612.50 | 125 | $1,125.00 | 125 | $1,125.00 |
| 5/2/15 | 125 | 12.00 | 0.10 | $20,250.00 | $225.00 | $20,475.00 | | $20,475.00 | $13,612.50 | 125 | $1,125.00 | 125 | $1,125.00 |
| 5/3/15 | 125 | | 0.25 | $0.00 | $562.50 | $562.50 | | $562.50 | $281.25 | 125 | $1,125.00 | 125 | $1,125.00 |
| 5/4/15 | 131 | 4.00 | 0.1 | $7,074.00 | $235.80 | $7,309.80 | | $7,309.80 | $4,833.90 | 131 | $1,179.00 | 131 | $1,179.00 |
| 5/5/15 | 131 | 4.00 | 0.1 | $7,074.00 | $235.80 | $7,309.80 | | $7,309.80 | $4,833.90 | 131 | $1,179.00 | 131 | $1,179.00 |
| 5/6/15 | 131 | 4.00 | 0.1 | $7,074.00 | $235.80 | $7,309.80 | | $7,309.80 | $4,833.90 | 131 | $1,179.00 | 131 | $1,179.00 |
| 5/7/15 | 131 | 4.00 | 0.1 | $7,074.00 | $235.80 | $7,309.80 | | $7,309.80 | $4,833.90 | 131 | $1,179.00 | 131 | $1,179.00 |
| 5/8/15 | 131 | 12.00 | 0.1 | $21,222.00 | $235.80 | $21,457.80 | | $21,457.80 | $14,265.90 | 131 | $1,179.00 | 131 | $1,179.00 |
| 5/9/15 | 131 | 8.00 | 4.10 | $14,148.00 | $9,667.80 | $23,815.80 | | $23,815.80 | $14,265.90 | 131 | $1,179.00 | 131 | $1,179.00 |
| 5/10/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5/11/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/12/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/13/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/14/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/15/15 | 128 | 4.00 | 0.1 | $6,912.00 | $230.40 | $7,142.40 | | $7,142.40 | $4,723.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/16/15 | 128 | 12.00 | 0.10 | $20,736.00 | $230.40 | $20,966.40 | | $20,966.40 | $13,939.20 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/17/15 | 128 | | 0.25 | $0.00 | $576.00 | $576.00 | | $576.00 | $288.00 | 128 | $1,152.00 | 128 | $1,152.00 |
| 5/18/15 | 135 | 4.00 | 0.1 | $7,290.00 | $243.00 | $7,533.00 | | $7,533.00 | $4,981.50 | 135 | $1,215.00 | 135 | $1,215.00 |
| 5/19/15 | 135 | 4.00 | 0.1 | $7,290.00 | $243.00 | $7,533.00 | | $7,533.00 | $4,981.50 | 135 | $1,215.00 | 135 | $1,215.00 |
| 5/20/15 | 135 | 4.00 | 0.1 | $7,290.00 | $243.00 | $7,533.00 | | $7,533.00 | $4,981.50 | 135 | $1,215.00 | 135 | $1,215.00 |
| 5/21/15 | 135 | 4.00 | 0.1 | $7,290.00 | $243.00 | $7,533.00 | | $7,533.00 | $4,981.50 | 135 | $1,215.00 | 135 | $1,215.00 |
| 5/22/15 | 135 | 12.00 | 0.1 | $21,870.00 | $243.00 | $22,113.00 | | $22,113.00 | $14,701.50 | 135 | $1,215.00 | 135 | $1,215.00 |
| 5/23/15 | 135 | 8.00 | 4.10 | $14,580.00 | $9,963.00 | $24,543.00 | | $24,543.00 | $14,701.50 | 135 | $1,215.00 | 135 | $1,215.00 |
| 5/24/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5/25/15 | 134 | 4.00 | 0.1 | $7,236.00 | $241.20 | $7,477.20 | | $7,477.20 | $4,944.60 | 134 | $1,206.00 | 134 | $1,206.00 |
| 5/26/15 | 134 | 4.00 | 0.1 | $7,236.00 | $241.20 | $7,477.20 | | $7,477.20 | $4,944.60 | 134 | $1,206.00 | 134 | $1,206.00 |
| 5/27/15 | 134 | 4.00 | 0.1 | $7,236.00 | $241.20 | $7,477.20 | | $7,477.20 | $4,944.60 | 134 | $1,206.00 | 134 | $1,206.00 |
| 5/28/15 | 134 | 4.00 | 0.1 | $7,236.00 | $241.20 | $7,477.20 | | $7,477.20 | $4,944.60 | 134 | $1,206.00 | 134 | $1,206.00 |
| 5/29/15 | 134 | 4.00 | 0.1 | $7,236.00 | $241.20 | $7,477.20 | | $7,477.20 | $4,944.60 | 134 | $1,206.00 | 134 | $1,206.00 |
| 5/30/15 | 134 | 12.00 | 0.1 | $21,708.00 | $241.20 | $21,949.20 | | $21,949.20 | $14,592.60 | 134 | $1,206.00 | 134 | $1,206.00 |
| 5/31/15 | 134 | | 0.25 | $0.00 | $603.00 | $603.00 | | $603.00 | $301.50 | 134 | $1,206.00 | 134 | $1,206.00 |
| 6/1/15 | 132 | 4.00 | 0.1 | $7,128.00 | $237.60 | $7,365.60 | | $7,365.60 | $4,870.80 | 132 | $1,188.00 | 132 | $1,188.00 |
| 6/2/15 | 132 | 4.00 | 0.1 | $7,128.00 | $237.60 | $7,365.60 | | $7,365.60 | $4,870.80 | 132 | $1,188.00 | 132 | $1,188.00 |
| 6/3/15 | 132 | 4.00 | 0.1 | $7,128.00 | $237.60 | $7,365.60 | | $7,365.60 | $4,870.80 | 132 | $1,188.00 | 132 | $1,188.00 |
| 6/4/15 | 132 | 4.00 | 0.1 | $7,128.00 | $237.60 | $7,365.60 | | $7,365.60 | $4,870.80 | 132 | $1,188.00 | 132 | $1,188.00 |
| 6/5/15 | 132 | 12.00 | 0.1 | $21,384.00 | $237.60 | $21,621.60 | | $21,621.60 | $14,374.80 | 132 | $1,188.00 | 132 | $1,188.00 |

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
| 6/6/15 | 132 | 8.00 | 4.10 | $14,256.00 | $9,741.60 | $23,997.60 | | $23,997.60 | $14,374.80 | 132 | $1,188.00 | 132 | $1,188.00 |
| 6/7/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 6/8/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/9/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/10/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/11/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/12/15 | 115 | 4.00 | 0.1 | $6,210.00 | $207.00 | $6,417.00 | | $6,417.00 | $4,243.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/13/15 | 115 | 12.00 | 0.10 | $18,630.00 | $207.00 | $18,837.00 | | $18,837.00 | $12,523.50 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/14/15 | 115 | | 0.25 | $0.00 | $517.50 | $517.50 | | $517.50 | $258.75 | 115 | $1,035.00 | 115 | $1,035.00 |
| 6/15/15 | 116 | 4.00 | 0.1 | $6,264.00 | $208.80 | $6,472.80 | | $6,472.80 | $4,280.40 | 116 | $1,044.00 | 116 | $1,044.00 |
| 6/16/15 | 116 | 4.00 | 0.1 | $6,264.00 | $208.80 | $6,472.80 | | $6,472.80 | $4,280.40 | 116 | $1,044.00 | 116 | $1,044.00 |
| 6/17/15 | 116 | 4.00 | 0.1 | $6,264.00 | $208.80 | $6,472.80 | | $6,472.80 | $4,280.40 | 116 | $1,044.00 | 116 | $1,044.00 |
| 6/18/15 | 116 | 4.00 | 0.1 | $6,264.00 | $208.80 | $6,472.80 | | $6,472.80 | $4,280.40 | 116 | $1,044.00 | 116 | $1,044.00 |
| 6/19/15 | 116 | 12.00 | 0.1 | $18,792.00 | $208.80 | $19,000.80 | | $19,000.80 | $12,632.40 | 116 | $1,044.00 | 116 | $1,044.00 |
| 6/20/15 | 116 | 8.00 | 4.10 | $12,528.00 | $8,560.80 | $21,088.80 | | $21,088.80 | $12,632.40 | 116 | $1,044.00 | 116 | $1,044.00 |
| 6/21/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 6/22/15 | 111 | 4.00 | 0.1 | $5,994.00 | $199.80 | $6,193.80 | | $6,193.80 | $4,095.90 | 111 | $999.00 | 111 | $999.00 |
| 6/23/15 | 111 | 4.00 | 0.1 | $5,994.00 | $199.80 | $6,193.80 | | $6,193.80 | $4,095.90 | 111 | $999.00 | 111 | $999.00 |
| 6/24/15 | 111 | 4.00 | 0.1 | $5,994.00 | $199.80 | $6,193.80 | | $6,193.80 | $4,095.90 | 111 | $999.00 | 111 | $999.00 |
| 6/25/15 | 111 | 4.00 | 0.1 | $5,994.00 | $199.80 | $6,193.80 | | $6,193.80 | $4,095.90 | 111 | $999.00 | 111 | $999.00 |
| 6/26/15 | 111 | 4.00 | 0.1 | $5,994.00 | $199.80 | $6,193.80 | | $6,193.80 | $4,095.90 | 111 | $999.00 | 111 | $999.00 |
| 6/27/15 | 111 | 12.00 | 0.10 | $17,982.00 | $199.80 | $18,181.80 | | $18,181.80 | $12,087.90 | 111 | $999.00 | 111 | $999.00 |
| 6/28/15 | 111 | | 0.25 | $0.00 | $499.50 | $499.50 | | $499.50 | $249.75 | 111 | $999.00 | 111 | $999.00 |
| 6/29/15 | 104 | 4.00 | 0.1 | $5,616.00 | $187.20 | $5,803.20 | | $5,803.20 | $3,837.60 | 104 | $936.00 | 104 | $936.00 |
| 6/30/15 | 104 | 4.00 | 0.1 | $5,616.00 | $187.20 | $5,803.20 | | $5,803.20 | $3,837.60 | 104 | $936.00 | 104 | $936.00 |
| 7/1/15 | 104 | 4.00 | 0.1 | $5,616.00 | $187.20 | $5,803.20 | | $5,803.20 | $3,837.60 | 104 | $936.00 | 104 | $936.00 |
| 7/2/15 | 104 | 4.00 | 0.1 | $5,616.00 | $187.20 | $5,803.20 | | $5,803.20 | $3,837.60 | 104 | $936.00 | 104 | $936.00 |
| 7/3/15 | 104 | 12.00 | 0.1 | $16,848.00 | $187.20 | $17,035.20 | | $17,035.20 | $11,325.60 | 104 | $936.00 | 104 | $936.00 |
| 7/4/15 | 104 | 8.00 | 4.10 | $11,232.00 | $7,675.20 | $18,907.20 | | $18,907.20 | $11,325.60 | 104 | $936.00 | 104 | $936.00 |
| 7/5/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 7/6/15 | 91 | 4.00 | 0.1 | $4,914.00 | $163.80 | $5,077.80 | | $5,077.80 | $3,357.90 | 91 | $819.00 | 91 | $819.00 |
| 7/7/15 | 91 | 4.00 | 0.1 | $4,914.00 | $163.80 | $5,077.80 | | $5,077.80 | $3,357.90 | 91 | $819.00 | 91 | $819.00 |
| 7/8/15 | 91 | 4.00 | 0.1 | $4,914.00 | $163.80 | $5,077.80 | | $5,077.80 | $3,357.90 | 91 | $819.00 | 91 | $819.00 |
| 7/9/15 | 91 | 4.00 | 0.1 | $4,914.00 | $163.80 | $5,077.80 | | $5,077.80 | $3,357.90 | 91 | $819.00 | 91 | $819.00 |
| 7/10/15 | 91 | 4.00 | 0.1 | $4,914.00 | $163.80 | $5,077.80 | | $5,077.80 | $3,357.90 | 91 | $819.00 | 91 | $819.00 |
| 7/11/15 | 91 | 12.00 | 0.10 | $14,742.00 | $163.80 | $14,905.80 | | $14,905.80 | $9,909.90 | 91 | $819.00 | 91 | $819.00 |
| 7/12/15 | 91 | | 0.25 | $0.00 | $409.50 | $409.50 | | $409.50 | $204.75 | 91 | $819.00 | 91 | $819.00 |
| 7/13/15 | 97 | 4.00 | 0.1 | $5,238.00 | $174.60 | $5,412.60 | | $5,412.60 | $3,579.30 | 97 | $873.00 | 97 | $873.00 |
| 7/14/15 | 97 | 4.00 | 0.1 | $5,238.00 | $174.60 | $5,412.60 | | $5,412.60 | $3,579.30 | 97 | $873.00 | 97 | $873.00 |
| 7/15/15 | 97 | 4.00 | 0.1 | $5,238.00 | $174.60 | $5,412.60 | | $5,412.60 | $3,579.30 | 97 | $873.00 | 97 | $873.00 |
| 7/16/15 | 97 | 4.00 | 0.1 | $5,238.00 | $174.60 | $5,412.60 | | $5,412.60 | $3,579.30 | 97 | $873.00 | 97 | $873.00 |
| 7/17/15 | 97 | 12.00 | 0.1 | $15,714.00 | $174.60 | $15,888.60 | | $15,888.60 | $10,563.30 | 97 | $873.00 | 97 | $873.00 |
| 7/18/15 | 97 | 8.00 | 4.10 | $10,476.00 | $7,158.60 | $17,634.60 | | $17,634.60 | $10,563.30 | 97 | $873.00 | 97 | $873.00 |
| 7/19/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 7/20/15 | 98 | 4.00 | 0.1 | $5,292.00 | $176.40 | $5,468.40 | | $5,468.40 | $3,616.20 | 98 | $882.00 | 98 | $882.00 |
| 7/21/15 | 98 | 4.00 | 0.1 | $5,292.00 | $176.40 | $5,468.40 | | $5,468.40 | $3,616.20 | 98 | $882.00 | 98 | $882.00 |
| 7/22/15 | 98 | 4.00 | 0.1 | $5,292.00 | $176.40 | $5,468.40 | | $5,468.40 | $3,616.20 | 98 | $882.00 | 98 | $882.00 |
| 7/23/15 | 98 | 4.00 | 0.1 | $5,292.00 | $176.40 | $5,468.40 | | $5,468.40 | $3,616.20 | 98 | $882.00 | 98 | $882.00 |
| 7/24/15 | 98 | 4.00 | 0.1 | $5,292.00 | $176.40 | $5,468.40 | | $5,468.40 | $3,616.20 | 98 | $882.00 | 98 | $882.00 |
| 7/25/15 | 98 | 12.00 | 0.10 | $15,876.00 | $176.40 | $16,052.40 | | $16,052.40 | $10,672.20 | 98 | $882.00 | 98 | $882.00 |
| 7/26/15 | 98 | | 0.25 | $0.00 | $441.00 | $441.00 | | $441.00 | $220.50 | 98 | $882.00 | 98 | $882.00 |
| 7/27/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 7/28/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |

2014-2015

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
| 7/29/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 7/30/15 | 90 | 4.00 | 0.1 | $4,860.00 | $162.00 | $5,022.00 | | $5,022.00 | $3,321.00 | 90 | $810.00 | 90 | $810.00 |
| 7/31/15 | 90 | 12.00 | 0.1 | $14,580.00 | $162.00 | $14,742.00 | | $14,742.00 | $9,801.00 | 90 | $810.00 | 90 | $810.00 |
| 8/1/15 | 90 | 8.00 | 4.10 | $9,720.00 | $6,642.00 | $16,362.00 | | $16,362.00 | $9,801.00 | 90 | $810.00 | 90 | $810.00 |
| 8/2/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8/3/15 | 71 | 4.00 | 0.1 | $3,834.00 | $127.80 | $3,961.80 | | $3,961.80 | $2,619.90 | 71 | $639.00 | 71 | $639.00 |
| 8/4/15 | 71 | 4.00 | 0.1 | $3,834.00 | $127.80 | $3,961.80 | | $3,961.80 | $2,619.90 | 71 | $639.00 | 71 | $639.00 |
| 8/5/15 | 71 | 4.00 | 0.1 | $3,834.00 | $127.80 | $3,961.80 | | $3,961.80 | $2,619.90 | 71 | $639.00 | 71 | $639.00 |
| 8/6/15 | 71 | 4.00 | 0.1 | $3,834.00 | $127.80 | $3,961.80 | | $3,961.80 | $2,619.90 | 71 | $639.00 | 71 | $639.00 |
| 8/7/15 | 71 | 4.00 | 0.1 | $3,834.00 | $127.80 | $3,961.80 | | $3,961.80 | $2,619.90 | 71 | $639.00 | 71 | $639.00 |
| 8/8/15 | 71 | 12.00 | 0.10 | $11,502.00 | $127.80 | $11,629.80 | | $11,629.80 | $7,731.90 | 71 | $639.00 | 71 | $639.00 |
| 8/9/15 | 71 | | 0.25 | $0.00 | $319.50 | $319.50 | | $319.50 | $159.75 | 71 | $639.00 | 71 | $639.00 |
| 8/10/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 8/11/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 8/12/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 8/13/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 8/14/15 | 45 | 12.00 | 0.1 | $7,290.00 | $81.00 | $7,371.00 | | $7,371.00 | $4,900.50 | 45 | $405.00 | 45 | $405.00 |
| 8/15/15 | 45 | 8.00 | 4.10 | $4,860.00 | $3,321.00 | $8,181.00 | | $8,181.00 | $4,900.50 | 45 | $405.00 | 45 | $405.00 |
| 8/16/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8/17/15 | 44 | 4.00 | 0.1 | $2,376.00 | $79.20 | $2,455.20 | | $2,455.20 | $1,623.60 | 44 | $396.00 | 44 | $396.00 |
| 8/18/15 | 44 | 4.00 | 0.1 | $2,376.00 | $79.20 | $2,455.20 | | $2,455.20 | $1,623.60 | 44 | $396.00 | 44 | $396.00 |
| 8/19/15 | 44 | 4.00 | 0.1 | $2,376.00 | $79.20 | $2,455.20 | | $2,455.20 | $1,623.60 | 44 | $396.00 | 44 | $396.00 |
| 8/20/15 | 44 | 4.00 | 0.1 | $2,376.00 | $79.20 | $2,455.20 | | $2,455.20 | $1,623.60 | 44 | $396.00 | 44 | $396.00 |
| 8/21/15 | 44 | 4.00 | 0.1 | $2,376.00 | $79.20 | $2,455.20 | | $2,455.20 | $1,623.60 | 44 | $396.00 | 44 | $396.00 |
| 8/22/15 | 44 | 12.00 | 0.10 | $7,128.00 | $79.20 | $7,207.20 | | $7,207.20 | $4,791.60 | 44 | $396.00 | 44 | $396.00 |
| 8/23/15 | 44 | | 0.25 | $0.00 | $198.00 | $198.00 | | $198.00 | $99.00 | 44 | $396.00 | 44 | $396.00 |
| 8/24/15 | 48 | 4.00 | 0.1 | $2,592.00 | $86.40 | $2,678.40 | | $2,678.40 | $1,771.20 | 48 | $432.00 | 48 | $432.00 |
| 8/25/15 | 48 | 4.00 | 0.1 | $2,592.00 | $86.40 | $2,678.40 | | $2,678.40 | $1,771.20 | 48 | $432.00 | 48 | $432.00 |
| 8/26/15 | 48 | 4.00 | 0.1 | $2,592.00 | $86.40 | $2,678.40 | | $2,678.40 | $1,771.20 | 48 | $432.00 | 48 | $432.00 |
| 8/27/15 | 48 | 4.00 | 0.1 | $2,592.00 | $86.40 | $2,678.40 | | $2,678.40 | $1,771.20 | 48 | $432.00 | 48 | $432.00 |
| 8/28/15 | 48 | 12.00 | 0.1 | $7,776.00 | $86.40 | $7,862.40 | | $7,862.40 | $5,227.20 | 48 | $432.00 | 48 | $432.00 |
| 8/29/15 | 48 | 8.00 | 4.10 | $5,184.00 | $3,542.40 | $8,726.40 | | $8,726.40 | $5,227.20 | 48 | $432.00 | 48 | $432.00 |
| 8/30/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8/31/15 | 51 | 4.00 | 0.1 | $2,754.00 | $91.80 | $2,845.80 | | $2,845.80 | $1,881.90 | 51 | $459.00 | 51 | $459.00 |
| 9/1/15 | 51 | 4.00 | 0.1 | $2,754.00 | $91.80 | $2,845.80 | | $2,845.80 | $1,881.90 | 51 | $459.00 | 51 | $459.00 |
| 9/2/15 | 51 | 4.00 | 0.1 | $2,754.00 | $91.80 | $2,845.80 | | $2,845.80 | $1,881.90 | 51 | $459.00 | 51 | $459.00 |
| 9/3/15 | 51 | 4.00 | 0.1 | $2,754.00 | $91.80 | $2,845.80 | | $2,845.80 | $1,881.90 | 51 | $459.00 | 51 | $459.00 |
| 9/4/15 | 51 | 4.00 | 0.1 | $2,754.00 | $91.80 | $2,845.80 | | $2,845.80 | $1,881.90 | 51 | $459.00 | 51 | $459.00 |
| 9/5/15 | 51 | 12.00 | 0.10 | $8,262.00 | $91.80 | $8,353.80 | | $8,353.80 | $5,553.90 | 51 | $459.00 | 51 | $459.00 |
| 9/6/15 | 51 | | 0.25 | $0.00 | $229.50 | $229.50 | | $229.50 | $114.75 | 51 | $459.00 | 51 | $459.00 |
| 9/7/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/8/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/9/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/10/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/11/15 | 58 | 12.00 | 0.1 | $9,396.00 | $104.40 | $9,500.40 | | $9,500.40 | $6,316.20 | 58 | $522.00 | 58 | $522.00 |
| 9/12/15 | 58 | 8.00 | 4.10 | $6,264.00 | $4,280.40 | $10,544.40 | | $10,544.40 | $6,316.20 | 58 | $522.00 | 58 | $522.00 |
| 9/13/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9/14/15 | 63 | 4.00 | 0.1 | $3,402.00 | $113.40 | $3,515.40 | | $3,515.40 | $2,324.70 | 63 | $567.00 | 63 | $567.00 |
| 9/15/15 | 63 | 4.00 | 0.1 | $3,402.00 | $113.40 | $3,515.40 | | $3,515.40 | $2,324.70 | 63 | $567.00 | 63 | $567.00 |
| 9/16/15 | 63 | 4.00 | 0.1 | $3,402.00 | $113.40 | $3,515.40 | | $3,515.40 | $2,324.70 | 63 | $567.00 | 63 | $567.00 |
| 9/17/15 | 63 | 4.00 | 0.1 | $3,402.00 | $113.40 | $3,515.40 | | $3,515.40 | $2,324.70 | 63 | $567.00 | 63 | $567.00 |
| 9/18/15 | 63 | 4.00 | 0.1 | $3,402.00 | $113.40 | $3,515.40 | | $3,515.40 | $2,324.70 | 63 | $567.00 | 63 | $567.00 |
| 9/19/15 | 63 | 12.00 | 0.10 | $10,206.00 | $113.40 | $10,319.40 | | $10,319.40 | $6,860.70 | 63 | $567.00 | 63 | $567.00 |

2014-2015

| Hourly Wage | $9.00 | Overtime Rate | | $13.50 | Double Time Rate | | $18.00 | | Minimum Wage | $9.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/15 | 63 | | 0.25 | $0.00 | $283.50 | $283.50 | | $283.50 | $141.75 | 63 | $567.00 | 63 | $567.00 |
| 9/21/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/22/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/23/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/24/15 | 58 | 4.00 | 0.1 | $3,132.00 | $104.40 | $3,236.40 | | $3,236.40 | $2,140.20 | 58 | $522.00 | 58 | $522.00 |
| 9/25/15 | 58 | 12.00 | 0.1 | $9,396.00 | $104.40 | $9,500.40 | | $9,500.40 | $6,316.20 | 58 | $522.00 | 58 | $522.00 |
| 9/26/15 | 58 | 8.00 | 4.10 | $6,264.00 | $4,280.40 | $10,544.40 | | $10,544.40 | $6,316.20 | 58 | $522.00 | 58 | $522.00 |
| 9/27/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9/28/15 | 56 | 4.00 | 0.1 | $3,024.00 | $100.80 | $3,124.80 | | $3,124.80 | $2,066.40 | 56 | $504.00 | 56 | $504.00 |
| 9/29/15 | 56 | 4.00 | 0.1 | $3,024.00 | $100.80 | $3,124.80 | | $3,124.80 | $2,066.40 | 56 | $504.00 | 56 | $504.00 |
| 9/30/15 | 56 | 4.00 | 0.1 | $3,024.00 | $100.80 | $3,124.80 | | $3,124.80 | $2,066.40 | 56 | $504.00 | 56 | $504.00 |
| 10/1/15 | 56 | 4.00 | 0.1 | $3,024.00 | $100.80 | $3,124.80 | | $3,124.80 | $2,066.40 | 56 | $504.00 | 56 | $504.00 |
| 10/2/15 | 56 | 4.00 | 0.1 | $3,024.00 | $100.80 | $3,124.80 | | $3,124.80 | $2,066.40 | 56 | $504.00 | 56 | $504.00 |
| 10/3/15 | 56 | 12.00 | 0.10 | $9,072.00 | $100.80 | $9,172.80 | | $9,172.80 | $6,098.40 | 56 | $504.00 | 56 | $504.00 |
| 10/4/15 | 56 | | 0.25 | $0.00 | $252.00 | $252.00 | | $252.00 | $126.00 | 56 | $504.00 | 56 | $504.00 |
| 10/5/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 10/6/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 10/7/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 10/8/15 | 55 | 4.00 | 0.1 | $2,970.00 | $99.00 | $3,069.00 | | $3,069.00 | $2,029.50 | 55 | $495.00 | 55 | $495.00 |
| 10/9/15 | 55 | 12.00 | 0.1 | $8,910.00 | $99.00 | $9,009.00 | | $9,009.00 | $5,989.50 | 55 | $495.00 | 55 | $495.00 |
| 10/10/15 | 55 | 8.00 | 4.10 | $5,940.00 | $4,059.00 | $9,999.00 | | $9,999.00 | $5,989.50 | 55 | $495.00 | 55 | $495.00 |
| 10/11/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 10/12/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/13/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/14/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/15/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/16/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/17/15 | 40 | 12.00 | 0.1 | $6,480.00 | $72.00 | $6,552.00 | | $6,552.00 | $4,356.00 | 40 | $360.00 | 40 | $360.00 |
| 10/18/15 | 40 | | 0.25 | $0.00 | $180.00 | $180.00 | | $180.00 | $90.00 | 40 | $360.00 | 40 | $360.00 |
| 10/19/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 10/20/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 10/21/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 10/22/15 | 45 | 4.00 | 0.1 | $2,430.00 | $81.00 | $2,511.00 | | $2,511.00 | $1,660.50 | 45 | $405.00 | 45 | $405.00 |
| 10/23/15 | 45 | 12.00 | 0.1 | $7,290.00 | $81.00 | $7,371.00 | | $7,371.00 | $4,900.50 | 45 | $405.00 | 45 | $405.00 |
| 10/24/15 | 45 | 8.00 | 4.10 | $4,860.00 | $3,321.00 | $8,181.00 | | $8,181.00 | $4,900.50 | 45 | $405.00 | 45 | $405.00 |
| 10/25/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 10/26/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/27/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/28/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/29/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/30/15 | 40 | 4.00 | 0.1 | $2,160.00 | $72.00 | $2,232.00 | | $2,232.00 | $1,476.00 | 40 | $360.00 | 40 | $360.00 |
| 10/31/15 | 40 | 12.00 | 0.10 | $6,480.00 | $72.00 | $6,552.00 | | $6,552.00 | $4,356.00 | 40 | $360.00 | 40 | $360.00 |
| 11/1/15 | 40 | | 0.25 | $0.00 | $180.00 | $180.00 | | $180.00 | $90.00 | 40 | $360.00 | 40 | $360.00 |
| 11/2/15 | 39 | 4.00 | 0.1 | $2,106.00 | $70.20 | $2,176.20 | | $2,176.20 | $1,439.10 | 39 | $351.00 | 39 | $351.00 |
| 11/3/15 | 39 | 4.00 | 0.1 | $2,106.00 | $70.20 | $2,176.20 | | $2,176.20 | $1,439.10 | 39 | $351.00 | 39 | $351.00 |
| 11/4/15 | 39 | 4.00 | 0.1 | $2,106.00 | $70.20 | $2,176.20 | | $2,176.20 | $1,439.10 | 39 | $351.00 | 39 | $351.00 |
| 11/5/15 | 39 | 4.00 | 0.1 | $2,106.00 | $70.20 | $2,176.20 | | $2,176.20 | $1,439.10 | 39 | $351.00 | 39 | $351.00 |
| 11/6/15 | 39 | 12.00 | 0.1 | $6,318.00 | $70.20 | $6,388.20 | | $6,388.20 | $4,247.10 | 39 | $351.00 | 39 | $351.00 |
| 11/7/15 | 39 | 8.00 | 4.10 | $4,212.00 | $2,878.20 | $7,090.20 | | $7,090.20 | $4,247.10 | 39 | $351.00 | 39 | $351.00 |
| 11/8/15 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 11/9/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/10/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/11/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |

2014-2015

| Hourly Wage | $9.00 | Overtime Rate | $13.50 | Double Time Rate | $18.00 | | Minimum Wage | $9.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/13/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/14/15 | 29 | 12.00 | 0.10 | $4,698.00 | $52.20 | $4,750.20 | | $4,750.20 | $3,158.10 | 29 | $261.00 | 29 | $261.00 |
| 11/15/15 | 29 | | 0.25 | $0.00 | $130.50 | $130.50 | | $130.50 | $65.25 | 29 | $261.00 | 29 | $261.00 |
| 11/16/15 | 32 | 4.00 | 0.1 | $1,728.00 | $57.60 | $1,785.60 | | $1,785.60 | $1,180.80 | 32 | $288.00 | 32 | $288.00 |
| 11/17/15 | 32 | 4.00 | 0.1 | $1,728.00 | $57.60 | $1,785.60 | | $1,785.60 | $1,180.80 | 32 | $288.00 | 32 | $288.00 |
| 11/18/15 | 32 | 4.00 | 0.1 | $1,728.00 | $57.60 | $1,785.60 | | $1,785.60 | $1,180.80 | 32 | $288.00 | 32 | $288.00 |
| 11/19/15 | 32 | 4.00 | 0.1 | $1,728.00 | $57.60 | $1,785.60 | | $1,785.60 | $1,180.80 | 32 | $288.00 | 32 | $288.00 |
| 11/20/15 | 32 | 12.00 | 0.1 | $5,184.00 | $57.60 | $5,241.60 | | $5,241.60 | $3,484.80 | 32 | $288.00 | 32 | $288.00 |
| 11/21/15 | 32 | 8.00 | 4.10 | $3,456.00 | $2,361.60 | $5,817.60 | | $5,817.60 | $3,484.80 | 32 | $288.00 | 32 | $288.00 |
| 11/22/15 | | | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 |
| 11/23/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/24/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/25/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/27/15 | 29 | 4.00 | 0.1 | $1,566.00 | $52.20 | $1,618.20 | | $1,618.20 | $1,070.10 | 29 | $261.00 | 29 | $261.00 |
| 11/28/15 | 29 | 12.00 | 0.10 | $4,698.00 | $52.20 | $4,750.20 | | $4,750.20 | $3,158.10 | 29 | $261.00 | 29 | $261.00 |
| 11/29/15 | 29 | | 0.25 | $0.00 | $130.50 | $130.50 | | $130.50 | $65.25 | 29 | $261.00 | 29 | $261.00 |
| 11/30/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/1/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/2/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/3/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/4/15 | 24 | 12.00 | 0.1 | $3,888.00 | $43.20 | $3,931.20 | | $3,931.20 | $2,613.60 | 24 | $216.00 | 24 | $216.00 |
| 12/5/15 | 24 | 8.00 | 4.10 | $2,592.00 | $1,771.20 | $4,363.20 | | $4,363.20 | $2,613.60 | 24 | $216.00 | 24 | $216.00 |
| 12/6/15 | | | | $0.00 | | $0.00 | | $0.00 | | 0 | $0.00 | 0 | $0.00 |
| 12/7/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/8/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/9/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/10/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/11/15 | 24 | 4.00 | 0.1 | $1,296.00 | $43.20 | $1,339.20 | | $1,339.20 | $885.60 | 24 | $216.00 | 24 | $216.00 |
| 12/12/15 | 24 | 12.00 | 0.10 | $3,888.00 | $43.20 | $3,931.20 | | $3,931.20 | $2,613.60 | 24 | $216.00 | 24 | $216.00 |
| 12/13/15 | 24 | | 0.25 | $0.00 | $108.00 | $108.00 | | $108.00 | $54.00 | 24 | $216.00 | 24 | $216.00 |
| 12/14/15 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 12/15/15 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 12/16/15 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 12/17/15 | 11 | 4.00 | 0.1 | $594.00 | $19.80 | $613.80 | | $613.80 | $405.90 | 11 | $99.00 | 11 | $99.00 |
| 12/18/15 | 11 | 12.00 | 0.1 | $1,782.00 | $19.80 | $1,801.80 | | $1,801.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 12/19/15 | 11 | 8.00 | 4.10 | $1,188.00 | $811.80 | $1,999.80 | | $1,999.80 | $1,197.90 | 11 | $99.00 | 11 | $99.00 |
| 12/20/15 | 11 | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 12/21/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/22/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/23/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/24/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/26/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/26/15 | | 12.00 | 0.10 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/27/15 | | | 0.25 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/28/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/29/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/30/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 12/31/15 | | 4.00 | 0.1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| TOTAL | 29,140.00 | 2,548.00 | 202.70 | $2,061,504.00 | $223,121.70 | $2,284,625.70 | $0.00 | $2,284,625.70 | $1,485,896.85 | 29,129.00 | $262,161.00 | 29,129.00 | $262,161.00 |

2014-2015

| | | Hourly Wage | $10.00 | Overtime Rate | $15.00 | Double Time Rate | $20.00 | | Minimum Wage | $10.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day of the Week | Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium | | |
| Friday | 1/1/16 | 2 | 12.00 | 0.1 | $360.00 | $4.00 | $364.00 | | $364.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Saturday | 1/2/16 | 2 | 8.00 | 4.10 | $240.00 | $164.00 | $404.00 | | $404.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Sunday | 1/3/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 1/4/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Tuesday | 1/5/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Wednesday | 1/6/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Thursday | 1/7/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Friday | 1/8/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Saturday | 1/9/16 | 2 | 12.00 | 0.10 | $360.00 | $4.00 | $364.00 | | $364.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Sunday | 1/10/16 | 2 | | 0.25 | $0.00 | $10.00 | $10.00 | | $10.00 | $5.00 | 2 | $20.00 | 2 | $20.00 | | |
| Monday | 1/11/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Tuesday | 1/12/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Wednesday | 1/13/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Thursday | 1/14/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Friday | 1/15/16 | 2 | 12.00 | 0.1 | $360.00 | $4.00 | $364.00 | | $364.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Saturday | 1/16/16 | 2 | 8.00 | 4.10 | $240.00 | $164.00 | $404.00 | | $404.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Sunday | 1/17/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 1/18/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Tuesday | 1/19/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Wednesday | 1/20/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Thursday | 1/21/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Friday | 1/22/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Saturday | 1/23/16 | 2 | 12.00 | 0.10 | $360.00 | $4.00 | $364.00 | | $364.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Sunday | 1/24/16 | 2 | | 0.25 | $0.00 | $10.00 | $10.00 | | $10.00 | $5.00 | 2 | $20.00 | 2 | $20.00 | | |
| Monday | 1/25/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Tuesday | 1/26/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Wednesday | 1/27/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Thursday | 1/28/16 | 2 | 4.00 | 0.1 | $120.00 | $4.00 | $124.00 | | $124.00 | $82.00 | 2 | $20.00 | 2 | $20.00 | | |
| Friday | 1/29/16 | 2 | 12.00 | 0.1 | $360.00 | $4.00 | $364.00 | | $364.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Saturday | 1/30/16 | 2 | 8.00 | 4.10 | $240.00 | $164.00 | $404.00 | | $404.00 | $242.00 | 2 | $20.00 | 2 | $20.00 | | |
| Sunday | 1/31/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 2/1/16 | 6 | 4.00 | 0.1 | $360.00 | $12.00 | $372.00 | | $372.00 | $246.00 | 6 | $60.00 | 6 | $60.00 | | |
| Tuesday | 2/2/16 | 6 | 4.00 | 0.1 | $360.00 | $12.00 | $372.00 | | $372.00 | $246.00 | 6 | $60.00 | 6 | $60.00 | | |
| Wednesday | 2/3/16 | 6 | 4.00 | 0.1 | $360.00 | $12.00 | $372.00 | | $372.00 | $246.00 | 6 | $60.00 | 6 | $60.00 | | |
| Thursday | 2/4/16 | 6 | 4.00 | 0.1 | $360.00 | $12.00 | $372.00 | | $372.00 | $246.00 | 6 | $60.00 | 6 | $60.00 | | |
| Friday | 2/5/16 | 6 | 4.00 | 0.1 | $360.00 | $12.00 | $372.00 | | $372.00 | $246.00 | 6 | $60.00 | 6 | $60.00 | | |
| Saturday | 2/6/16 | 6 | 12.00 | 0.10 | $1,080.00 | $12.00 | $1,092.00 | | $1,092.00 | $726.00 | 6 | $60.00 | 6 | $60.00 | | |
| Sunday | 2/7/16 | 6 | | 0.25 | $0.00 | $30.00 | $30.00 | | $30.00 | $15.00 | 6 | $60.00 | 6 | $60.00 | | |
| Monday | 2/8/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Tuesday | 2/9/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Wednesday | 2/10/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Thursday | 2/11/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Friday | 2/12/16 | 5 | 12.00 | 0.1 | $900.00 | $10.00 | $910.00 | | $910.00 | $605.00 | 5 | $50.00 | 5 | $50.00 | | |
| Saturday | 2/13/16 | 5 | 8.00 | 4.10 | $600.00 | $410.00 | $1,010.00 | | $1,010.00 | $605.00 | 5 | $50.00 | 5 | $50.00 | | |
| Sunday | 2/14/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 2/15/16 | 8 | 4.00 | 0.1 | $480.00 | $16.00 | $496.00 | | $496.00 | $328.00 | 8 | $80.00 | 8 | $80.00 | | |
| Tuesday | 2/16/16 | 8 | 4.00 | 0.1 | $480.00 | $16.00 | $496.00 | | $496.00 | $328.00 | 8 | $80.00 | 8 | $80.00 | | |
| Wednesday | 2/17/16 | 8 | 4.00 | 0.1 | $480.00 | $16.00 | $496.00 | | $496.00 | $328.00 | 8 | $80.00 | 8 | $80.00 | | |
| Thursday | 2/18/16 | 8 | 4.00 | 0.1 | $480.00 | $16.00 | $496.00 | | $496.00 | $328.00 | 8 | $80.00 | 8 | $80.00 | | |
| Friday | 2/19/16 | 8 | 4.00 | 0.1 | $480.00 | $16.00 | $496.00 | | $496.00 | $328.00 | 8 | $80.00 | 8 | $80.00 | | |
| Saturday | 2/20/16 | 8 | 12.00 | 0.10 | $1,440.00 | $16.00 | $1,456.00 | | $1,456.00 | $968.00 | 8 | $80.00 | 8 | $80.00 | | |
| Sunday | 2/21/16 | 8 | | 0.25 | $0.00 | $40.00 | $40.00 | | $40.00 | $20.00 | 8 | $80.00 | 8 | $80.00 | | |
| Monday | 2/22/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |

| | Hourly Wage | $10.00 | Overtime Rate | $15.00 | Double Time Rate | $20.00 | | Minimum Wage | $10.00 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Day of the Week | Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tuesday | 2/23/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Wednesday | 2/24/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Thursday | 2/25/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Friday | 2/26/16 | 5 | 12.00 | 0.1 | $900.00 | $10.00 | $910.00 | | $910.00 | $605.00 | 5 | $50.00 | 5 | $50.00 | | |
| Saturday | 2/27/16 | 5 | 8.00 | 4.10 | $600.00 | $410.00 | $1,010.00 | | $1,010.00 | $605.00 | 5 | $50.00 | 5 | $50.00 | | |
| Sunday | 2/28/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 2/29/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Tuesday | 3/1/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Wednesday | 3/2/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Thursday | 3/3/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Friday | 3/4/16 | 5 | 4.00 | 0.1 | $300.00 | $10.00 | $310.00 | | $310.00 | $205.00 | 5 | $50.00 | 5 | $50.00 | | |
| Saturday | 3/5/16 | 5 | 12.00 | 0.10 | $900.00 | $10.00 | $910.00 | | $910.00 | $605.00 | 5 | $50.00 | 5 | $50.00 | | |
| Sunday | 3/6/16 | 5 | | 0.25 | $0.00 | $25.00 | $25.00 | | $25.00 | $12.50 | 5 | $50.00 | 5 | $50.00 | | |
| Monday | 3/7/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 3/8/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 3/9/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 3/10/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 3/11/16 | 3 | 12.00 | 0.1 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Saturday | 3/12/16 | 3 | 8.00 | 4.10 | $360.00 | $246.00 | $606.00 | | $606.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 3/13/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 3/14/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 3/15/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 3/16/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 3/17/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 3/18/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Saturday | 3/19/16 | 3 | 12.00 | 0.10 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 3/20/16 | 3 | | 0.25 | $0.00 | $15.00 | $15.00 | | $15.00 | $7.50 | 3 | $30.00 | 3 | $30.00 | | |
| Monday | 3/21/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 3/22/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 3/23/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 3/24/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 3/25/16 | 3 | 12.00 | 0.1 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Saturday | 3/26/16 | 3 | 8.00 | 4.10 | $360.00 | $246.00 | $606.00 | | $606.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 3/27/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 3/28/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 3/29/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 3/30/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 3/31/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 4/1/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Saturday | 4/2/16 | 3 | 12.00 | 0.10 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 4/3/16 | 3 | | 0.25 | $0.00 | $15.00 | $15.00 | | $15.00 | $7.50 | 3 | $30.00 | 3 | $30.00 | | |
| Monday | 4/4/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 4/5/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 4/6/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 4/7/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 4/8/16 | 3 | 12.00 | 0.1 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Saturday | 4/9/16 | 3 | 8.00 | 4.10 | $360.00 | $246.00 | $606.00 | | $606.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 4/10/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 4/11/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 4/12/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 4/13/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 4/14/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 4/15/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |

2016

| | Hourly Wage | $10.00 | Overtime Rate | $15.00 | Double Time Rate | $20.00 | | Minimum Wage | $10.00 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day of the Week | Date | # of Daily Workers | # of O.T. Hours | # of Double Time Hours | Overtime Wages Earned | Double Time Wages Earned | Total Overtime and Double Time Wages Earned | Total Overtime and Double Time Wages Paid | Total Overtime Wages Owed | Liquidated Damages: Labor Code sec. 1194.2 | # of Meal Period Violations | Meal Period Premium | # of Rest Period Violations | Rest Period Premium | | |
| Saturday | 4/16/16 | 3 | 12.00 | 0.10 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 4/17/16 | 3 | | 0.25 | $0.00 | $15.00 | $15.00 | | $15.00 | $7.50 | 3 | $30.00 | 3 | $30.00 | | |
| Monday | 4/18/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 4/19/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 4/20/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 4/21/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 4/22/16 | 3 | 12.00 | 0.1 | $540.00 | $6.00 | $546.00 | | $546.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Saturday | 4/23/16 | 3 | 8.00 | 4.10 | $360.00 | $246.00 | $606.00 | | $606.00 | $363.00 | 3 | $30.00 | 3 | $30.00 | | |
| Sunday | 4/24/16 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 | | |
| Monday | 4/25/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Tuesday | 4/26/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Wednesday | 4/27/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Thursday | 4/28/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |
| Friday | 4/29/16 | 3 | 4.00 | 0.1 | $180.00 | $6.00 | $186.00 | | $186.00 | $123.00 | 3 | $30.00 | 3 | $30.00 | | |

2016

| Class Member Number | Pay Periods Worked After Sept 25, 2015 | Penalty |
|---|---|---|
| 001 | 0 | $0.00 |
| 002 | 0 | $0.00 |
| 002 | 0 | $0.00 |
| 003 | 0 | $0.00 |
| 003 | 6 | $550.00 |
| 004 | 0 | $0.00 |
| 004 | 2 | $150.00 |
| 005 | 0 | $0.00 |
| 005 | 1 | $50.00 |
| 005 | 0 | $0.00 |
| 006 | 0 | $0.00 |
| 006 | 2 | $150.00 |
| 007 | 0 | $0.00 |
| 007 | 0 | $0.00 |
| 008 | 0 | $0.00 |
| 009 | 0 | $0.00 |
| 010 | 0 | $0.00 |
| 010 | 0 | $0.00 |
| 010 | 0 | $0.00 |
| 010 | 0 | $0.00 |
| 010 | 5 | $450.00 |
| 011 | 0 | $0.00 |
| 012 | 0 | $0.00 |
| 012 | 0 | $0.00 |
| 013 | 0 | $0.00 |
| 013 | 0 | $0.00 |
| 013 | 4 | $350.00 |
| 014 | 0 | $0.00 |
| 014 | 0 | $0.00 |
| 014 | 1 | $50.00 |
| 015 | 0 | $0.00 |
| 016 | 0 | $0.00 |
| 016 | 0 | $0.00 |
| 016 | 0 | $0.00 |

| | | |
|---|---|---|
| 016 | 2 | $150.00 |
| 017 | 0 | $0.00 |
| 017 | 0 | $0.00 |
| 018 | 0 | $0.00 |
| 018 | 5 | $450.00 |
| 019 | 0 | $0.00 |
| 019 | 0 | $0.00 |
| 019 | 0 | $0.00 |
| 019 | 5 | $450.00 |
| 020 | 0 | $0.00 |
| 021 | 0 | $0.00 |
| 021 | 3 | $250.00 |
| 022 | 0 | $0.00 |
| 023 | 0 | $0.00 |
| 023 | 2 | $150.00 |
| 024 | 0 | $0.00 |
| 024 | 6 | $550.00 |
| 025 | 0 | $0.00 |
| 025 | 0 | $0.00 |
| 026 | | $0.00 |
| 027 | | $0.00 |
| 028 | 0 | $0.00 |
| 028 | 0 | $0.00 |
| 028 | 0 | $0.00 |
| 028 | 5 | $450.00 |
| 029 | 0 | $0.00 |
| 029 | 0 | $0.00 |
| 029 | 0 | $0.00 |
| 030 | 0 | $0.00 |
| 030 | 2 | $150.00 |
| 031 | 0 | $0.00 |
| 031 | 2 | $150.00 |
| 032 | 0 | $0.00 |
| 033 | 0 | $0.00 |
| 034 | 0 | $0.00 |
| 035 | 0 | $0.00 |
| 036 | 0 | $0.00 |
| 036 | 0 | $0.00 |

| 037 | 0 | $0.00 |
|---|---|---|
| 038 | 0 | $0.00 |
| 038 | 0 | $0.00 |
| 038 | 0 | $0.00 |
| 039 | 0 | $0.00 |
| 039 | 0 | $0.00 |
| 039 | 0 | $0.00 |
| 040 | 0 | $0.00 |
| 041 | 0 | $0.00 |
| 042 | 0 | $0.00 |
| 042 | 0 | $0.00 |
| 042 | 2 | $150.00 |
| 043 | 0 | $0.00 |
| 043 | 0 | $0.00 |
| 043 | 7 | $650.00 |
| 044 | 0 | $0.00 |
| 045 | 0 | $0.00 |
| 046 | 0 | $0.00 |
| 046 | 2 | $150.00 |
| 047 | 0 | $0.00 |
| 048 | 0 | $0.00 |
| 048 | 0 | $0.00 |
| 049 | | $0.00 |
| 050 | 0 | $0.00 |
| 050 | 0 | $0.00 |
| 051 | 0 | $0.00 |
| 051 | 0 | $0.00 |
| 052 | 0 | $0.00 |
| 052 | 5 | $450.00 |
| 052 | 4 | $400.00 |
| 053 | 0 | $0.00 |
| 054 | 0 | $0.00 |
| 054 | 0 | $0.00 |
| 054 | 0 | $0.00 |
| 055 | 0 | $0.00 |
| 055 | 0 | $0.00 |
| 056 | 0 | $0.00 |
| 056 | 4 | $350.00 |

| | | |
|---|---|---|
| 057 | 0 | $0.00 |
| 058 | 0 | $0.00 |
| 059 | | $0.00 |
| 060 | 0 | $0.00 |
| 060 | 6 | $550.00 |
| 061 | 0 | $0.00 |
| 061 | 2 | $150.00 |
| 062 | 0 | $0.00 |
| 062 | 0 | $0.00 |
| 062 | 7 | $650.00 |
| 063 | | $0.00 |
| 064 | 0 | $0.00 |
| 064 | 6 | $550.00 |
| 064 | 6 | $600.00 |
| 065 | 0 | $0.00 |
| 066 | 0 | $0.00 |
| 066 | 0 | $0.00 |
| 066 | 0 | $0.00 |
| 066 | 8 | $750.00 |
| 067 | 0 | $0.00 |
| 067 | 2 | $150.00 |
| 068 | 0 | $0.00 |
| 068 | 4 | $350.00 |
| 069 | 0 | $0.00 |
| 070 | 0 | $0.00 |
| 071 | 0 | $0.00 |
| 072 | 0 | $0.00 |
| 072 | 0 | $0.00 |
| 072 | 0 | $0.00 |
| 073 | 0 | $0.00 |
| 073 | 0 | $0.00 |
| 074 | 0 | $0.00 |
| 074 | 4 | $350.00 |
| 075 | 0 | $0.00 |
| 076 | 0 | $0.00 |
| 076 | 5 | $450.00 |
| 076 | 1 | $100.00 |
| 077 | 0 | $0.00 |

| | | |
|---|---|---|
| 077 | 0 | $0.00 |
| 077 | 6 | $550.00 |
| 078 | 0 | $0.00 |
| 078 | 0 | $0.00 |
| 078 | 2 | $150.00 |
| 079 | 0 | $0.00 |
| 080 | 0 | $0.00 |
| 080 | 0 | $0.00 |
| 081 | 0 | $0.00 |
| 081 | 0 | $0.00 |
| 081 | 0 | $0.00 |
| 081 | 0 | $0.00 |
| 082 | 0 | $0.00 |
| 082 | 0 | $0.00 |
| 082 | 0 | $0.00 |
| 083 | 0 | $0.00 |
| 083 | 0 | $0.00 |
| 084 | 0 | $0.00 |
| 084 | 2 | $150.00 |
| 085 | 0 | $0.00 |
| 085 | 7 | $650.00 |
| 086 | 0 | $0.00 |
| 087 | 0 | $0.00 |
| 088 | 0 | $0.00 |
| 089 | 0 | $0.00 |
| 090 | | $0.00 |
| 091 | 0 | $0.00 |
| 092 | 0 | $0.00 |
| 092 | 0 | $0.00 |
| 093 | 0 | $0.00 |
| 093 | 0 | $0.00 |
| 093 | 6 | $550.00 |
| 094 | | $0.00 |
| 095 | 0 | $0.00 |
| 095 | 0 | $0.00 |
| 095 | | $0.00 |
| 096 | 0 | $0.00 |
| 096 | 5 | $450.00 |

| | | |
|---|---|---|
| 097 | 0 | $0.00 |
| 098 | 0 | $0.00 |
| 098 | 6 | $550.00 |
| 099 | 0 | $0.00 |
| 099 | 0 | $0.00 |
| 099 | 6 | $550.00 |
| 100 | 0 | $0.00 |
| 100 | 0 | $0.00 |
| 100 | 0 | $0.00 |
| 101 | 0 | $0.00 |
| 102 | 0 | $0.00 |
| 102 | 0 | $0.00 |
| 103 | 0 | $0.00 |
| 103 | 0 | $0.00 |
| 103 | 1 | $50.00 |
| 104 | 0 | $0.00 |
| 105 | 0 | $0.00 |
| 106 | 0 | $0.00 |
| 106 | 0 | $0.00 |
| 107 | | $0.00 |
| 108 | 0 | $0.00 |
| 108 | 0 | $0.00 |
| 109 | | $0.00 |
| 110 | 0 | $0.00 |
| 110 | 1 | $50.00 |
| 111 | 0 | $0.00 |
| 111 | 4 | $350.00 |
| 112 | 0 | $0.00 |
| 113 | 0 | $0.00 |
| 113 | 0 | $0.00 |
| 114 | 0 | $0.00 |
| 114 | 0 | $0.00 |
| 115 | 0 | $0.00 |
| 116 | 0 | $0.00 |
| 117 | 0 | $0.00 |
| 118 | 0 | $0.00 |
| 118 | 0 | $0.00 |
| 119 | 0 | $0.00 |

| | | |
|---|---|---|
| 120 | 0 | $0.00 |
| 120 | 0 | $0.00 |
| 121 | 0 | $0.00 |
| 122 | 0 | $0.00 |
| 122 | 6 | $550.00 |
| 123 | 0 | $0.00 |
| 123 | 5 | $450.00 |
| 124 | 0 | $0.00 |
| 125 | 0 | $0.00 |
| 126 | 0 | $0.00 |
| 126 | 0 | $0.00 |
| 127 | 0 | $0.00 |
| 127 | 2 | $150.00 |
| 127 | 3 | $300.00 |
| 128 | 0 | $0.00 |
| 128 | 2 | $150.00 |
| 129 | 4 | $350.00 |
| 130 | 0 | $0.00 |
| 131 | 0 | $0.00 |
| 132 | 0 | $0.00 |
| 133 | 0 | $0.00 |
| 133 | 0 | $0.00 |
| 133 | 5 | $450.00 |
| 134 | 0 | $0.00 |
| 134 | 5 | $450.00 |
| 135 | 0 | $0.00 |
| 135 | 0 | $0.00 |
| 136 | 0 | $0.00 |
| 136 | 0 | $0.00 |
| 136 | 0 | $0.00 |
| 137 | | $0.00 |
| 138 | 0 | $0.00 |
| 138 | 0 | $0.00 |
| 138 | 6 | $550.00 |
| 138 | 6 | $600.00 |
| 139 | 0 | $0.00 |
| 139 | 0 | $0.00 |
| 140 | 0 | $0.00 |

| 141 | 0 | $0.00 |
|-----|---|-------|
| 141 | 0 | $0.00 |
| 142 | 0 | $0.00 |
| 142 | 0 | $0.00 |
| 142 | 0 | $0.00 |
| 143 | 0 | $0.00 |
| 143 | 0 | $0.00 |
| 144 | 0 | $0.00 |
| 144 | 0 | $0.00 |
| 145 | 0 | $0.00 |
| 145 | 0 | $0.00 |
| 145 | 4 | $350.00 |
| 146 | 0 | $0.00 |
| 146 | 0 | $0.00 |
| 146 | 7 | $650.00 |
| 147 | 0 | $0.00 |
| 148 | 0 | $0.00 |
| 148 | 0 | $0.00 |
| 148 | 9 | $850.00 |
| 149 | 0 | $0.00 |
| 150 | 0 | $0.00 |
| 150 | 5 | $450.00 |
| 151 | 0 | $0.00 |
| 151 | 0 | $0.00 |
| 151 | 0 | $0.00 |
| 151 | 0 | $0.00 |
| 152 | 0 | $0.00 |
| 152 | 0 | $0.00 |
| 152 | 4 | $350.00 |
| 153 | 0 | $0.00 |
| 153 | 0 | $0.00 |
| 154 | 0 | $0.00 |
| 154 | 6 | $550.00 |
| 155 | 0 | $0.00 |
| 155 | 2 | $150.00 |
| 156 | 0 | $0.00 |
| 156 | 0 | $0.00 |
| 156 | 6 | $550.00 |

| | | |
|---|---|---|
| 157 | 0 | $0.00 |
| 158 | 0 | $0.00 |
| 158 | 0 | $0.00 |
| 158 | 1 | $50.00 |
| 159 | 0 | $0.00 |
| 159 | 0 | $0.00 |
| 160 | 0 | $0.00 |
| 161 | 0 | $0.00 |
| 161 | 1 | $50.00 |
| 162 | 0 | $0.00 |
| 163 | 0 | $0.00 |
| 163 | 0 | $0.00 |
| 164 | 0 | $0.00 |
| 164 | 0 | $0.00 |
| 165 | 0 | $0.00 |
| 166 | 0 | $0.00 |
| 167 | 0 | $0.00 |
| 167 | 0 | $0.00 |
| 168 | 0 | $0.00 |
| 168 | 6 | $550.00 |
| 169 | 0 | $0.00 |
| 170 | 0 | $0.00 |
| 170 | 0 | $0.00 |
| 170 | 7 | $650.00 |
| 171 | 0 | $0.00 |
| 171 | 7 | $650.00 |
| 172 | 0 | $0.00 |
| 172 | 0 | $0.00 |
| 172 | 0 | $0.00 |
| 173 | 0 | $0.00 |
| 174 | 0 | $0.00 |
| 174 | 0 | $0.00 |
| 174 | 5 | $450.00 |
| 175 | 0 | $0.00 |
| 175 | 1 | $50.00 |
| 176 | 0 | $0.00 |
| 176 | 0 | $0.00 |
| 176 | 0 | $0.00 |

| 177 | 0 | $0.00 |
|---|---|---|
| 177 | 2 | $150.00 |
| **TOTALS** | 270.00 | 25,850.00 |

**Average Weekly Hours Worked**

| Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Weekly Total |
|---|---|---|---|---|---|---|---|---|
| Total hours (daily) | 8.25 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 80.85 |
| Total reg. hours (daily) | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |
| Total OT hours (daily) | 0.25 | 4.00 | 4.00 | 4.00 | 4.00 | 12.00 | 8.00 | 36.25 |
| Total double OT hours (daily) | 0.00 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 4.10 | 4.60 |

| Day | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Weekly Total |
|---|---|---|---|---|---|---|---|---|
| Total hours (daily) | 0.00 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 72.60 |
| Total reg. hours (daily) | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 |
| Total OT hours (daily) | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 12.00 | 32.00 |
| Total double OT hours (daily) | 0.00 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.60 |

1

Maslic, et al v ISM Vuzem, d.o.o., et al

US Dist Ct, ND California Action No.:  5:21-cv-02556-BLF

# EXHIBIT  A

## to Authenticating Declaration

William C. Dresser, SBN 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISM Vuzem d.o.o., et al.,<br><br>Defendants. | Action No.:  5:21-cv-02556-BLF<br><br>Declaration Plaintiff Saša Maslic in Support of Motion for Default Judgment<br><br>Date:<br>Time:   9:00 a.m.<br>Ctrm:  3<br>Honorable Beth Labson Freeman |

I, SAŠA MASLIC, declare:

1. I am a Plaintiff in this case.

2. I am over the age of 18.  The following is stated of my own personal knowledge, and if called to testify can and would testify competently thereto.

3. I was born in Samac, Bosnia.

4. I attended a mechanical engineering high school in Samac.

5. I commenced working in construction in 1985.  I had prior to working for ISM Vuzem, d.o.o. worked as a truck driver and as operator of a car wash.  I had also worked

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

1

part time as a waiter when I was younger.

6.  I was hired by ISM Vuzem, d.o.o. in May of 2014.

7.  I was given a physical examination by Dr. Izudin Kanlic of VIVAMed, who was hired by ISM Vuzem, d.o.o.  Dr. Kanlic determined that I was physically fit and was cleared to work.  I was given an employment contract.  The contract was prepared by ISM Vuzem, d.o.o.  It required that I be paid per month, every month, whether I was actively engaged in working or not. I never received a copy of that employment contract.

8.  I ceased working for ISM Vuzem, d.o.o. in June of 2016.  I was fired after Dr. Kanlic, the doctor hired by ISM Vuzem, d.o.o. to review medical records and diagnostic tests, examined me and stated in his records and report to ISM Vuzem, d.o.o. that I am disabled and could not work.

9.  I had a contract with ISM Vuzem, d.o.o. that provided that I was to be employed through 2017.  I was not paid by, and did not receive any medical benefits from, ISM Vuzem, d.o.o. after I was fired.

10.   I first worked for ISM Vuzem, d.o.o. in the United States in 2014.

11.   I went with other workers in a company van to Ljubljana, Slovenia.  We drove for about one hour from ISM Vuzem, d.o.o.'s office in Zavrc, Slovenia to the capital city of Ljubljana.   The driver of the van had all our paperwork that he received from the ISM Vuzem, d.o.o. secretary.  The driver took our papers and gave it to someone at the consulate.  I waited about 45 minutes for an interview.

12.   I had been told by Robert Vuzem to tell the Consulate that I was working in the United States and to tell them that I am a supervisor.

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

2

13.     I did not see what was in the envelope of documents that was given to the Consulate.

14.     Natalia, the secretary for ISM Vuzem, d.o.o., told me to "sign clean papers or go back to Bosnia."

15.     I am not fluent in English and, at that time knew even less.

16.     The locations I worked at included those at BMW in South Carolina and Alabama, and Tesla in Fremont, California.

17.     Eisenmann Corporation had supervisors present at each of these sites.

18.     The work was hard, and with long hours.  These jobs started small but became increasingly more severe, with demands to do more.

19.     A few times I had to go get a shot due to injury or being exhausted and those days were not paid.  Many times, I had to work when I was sick or injured.

20.     I was assigned the most difficult tasks by my initial main supervisors Josip Liber and Sifet Dizdarevic.  Both of them laughed when I complained.  I also talked to Klemen Vuzem, the son of Robert Vuzem, about the work.  He also laughed and said that I needed to do the tasks assigned.

21.     One of the worst was when Josip Liber assigned me to remove old pipes that carried old acids. There were no masks provided.  This was heavy work in cramped conditions.

22.     I was not able to rest after this and other difficult jobs because of the tight living conditions I was assigned to when I worked in the United States.

23.     Tesla and BMW were well aware of the hours we were working because when we worked overnight, Sundays, and holidays, Eisenmann would have to obtain a

special permit from some of the companies for that particular day.  They also knew when we arrived and left.  They were also given records of the hours that Vuzem reported to them that we worked.

24.     The supervisors of ISM Vuzem, d.o.o. received the instructions from the Eisenmann supervisor, and demanded that every job be done in the shortest time possible.  This caused a lot of pressure and stress. The demands of the job being completed in time were made a priority above our safety.  ISM Vuzem, d.o.o. did not care about our safety and safety protocol was always dismissed.  Our supervisors said that it takes too long to get the safety equipment and put on the safety gear and we lose too much time preparing our work sites and body protection for safety.  It was unsafe and poor working conditions.  I was pressured and pushed the entire time I worked for ISM Vuzem d.o.o.  I experienced great anxiety on a daily basis.

25.     The work that I did, and the other workers did, was seen by the Eisenmann supervisors at each of the job sites.  This was also seen by the Tesla supervisors when we worked at Tesla's Fremont site.

26.     Tesla's safety manager Gerald Greiner had issues with ISM Vuzem, d.o.o.'s supervisors especially Krunoslav Premužić because of Mr. Premužić's lack of safety concerns.  Mr. Greiner was interviewed by CBS and talked about the safety problems at all Eisenmann job sites including at Tesla.

27.     Tesla and Eisenmann were aware of where I resided, and knew that for all of the employees of ISM Vuzem, d.o.o.  Every one of the employees working for ISM Vuzem, d.o.o. at the Tesla site were citizens of Slovenia, Croatia, Bosnia, Herzegovina, Serbia, Poland and Hungary.  We all had visas.  We all showed these

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

4

to Eisenmann and to Tesla when we got our security clearances.

28.     Further, it was impossible not to notice that all of the 128 workers all looked Slavic and spoke in Slavic languages.

29.     Tesla, Eisenmann and Vuzem d.o.o.'s supervisors all saw and knew of these working conditions, including the number of hours, lack of breaks, harassment and intimidation, and unsafe working condition.  I could tell who they worked for because of the company names on badges, safety vests, shirts and clothes.

30.     Krunoslav Premužić was impulsive and very stubborn.  Every encounter I had with Mr. Premužić was a bad experience.

31.     In one instance, a few of the ISM Vuzem, d.o.o. workers were called in the breakroom for a meeting with the safety supervisor, Mr. Greiner and ISM Vuzem, d.o.o. supervisor Krunoslav Premužić.  This was at Tesla.  They started yelling at each other.  In the room was also a supervisor from Eisenmann.  It then got very heated, and the fighting almost got physical.

32.     In another instance, there was heat wave during the time I worked on the project at Tesla and, we worked on the roof.  Working on the roof during the heat spell was beyond difficult.  I was overheated and sweating profusely.  I was wearing glasses and the sweat was pouring in my eyes and burning making it very difficult for me to see and hard to focus on my work.

33.     I had an accident one day when we were working with a three-wheeler.  During the construction of the stage managed by Sasa Varzic, he crushed me against a solid ceiling with his unprofessional handling.  My helmet broke and I was unconscious for a few minutes. The protective sleeve smashed all over me and cut

me over the head.  They threw water on me.  The safety supervisors were all

immediately informed. They called Bauleiter Alyosa Globelnik and told him to take

me back to the apartment, not the hospital. Mr. Globelnik stayed with me at the

apartment for about an hour.  He went to the pharmacy for me and bought me some

over the counter pain medication.  I felt pain in my head and neck.  I was only a

fraction of a second away from death and I did not get a day off of work.

34.     When the heat got unbearable, I asked my supervisor Krunoslav Premužić if I

could take a break and get some water to cool down.  He said no that I had to keep

working and then pushed me to hurry the job up.

35.     These working conditions became more difficult and harder to deal with, getting

worse and worse all the time.  Krunoslav Premužić became more and more

aggressive.  Every morning we were supposed to go to him and he would give us

work instructions for the day.  When we came to him in the morning, as instructed,

he would yell profanities at us yelling "What do you *&%$ want?  You're nothing but

@#$^!  Get away from me."

36.     Every morning I would walk up to Krunoslav Premužić dreading the routine of his

verbal abuse.  My head would start to hurt before I started working.

37.     I later learned that Krunoslav Premuzic had a prior conviction in Croatia for

trafficking.  I understand that Vuzem hired him to be a supervisor because they knew

he was so aggressive.

38.     By 2015, when working at Tesla, the long hours of welding and for days without

with no time off to rest, I began feeling ill all the time.  Welding long hours with no

ventilation and in closed areas began to make me nauseous, sick and I would get

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

6

headaches all the time.

39.    In 2015, the long days and hours working at Tesla welding and without any days off or rest time, I started to feel bad all the time.  I was working in poor ventilation, dark, closed areas and it began to make me sick.  I would get headaches often.

40.    In 2016, I began to feel pain in my back.  This started after the accident with Sasa Varzic and all of the excessive physical work and long hours I had been doing.

41.    I was in obvious pain.  When I was subject to this work environment and long hours my entire body ached and it showed.  I was aching everywhere and I continued to work under these conditions because I believed that if I did not work when ISM Vuzem, d.o.o. directed me to work, where they directed me to work, how to work, under those conditions, that I would suffer serious harm.  I could not stop working without facing serious financial, reputation, immigration, travel, and emotional harm.

42.    I had to work or I would not get paid.

43.    In 2014, at BMW, there was a virus epidemic.  50 workers got very sick but still had to work.  The following month got worse and there were about 75 workers who were very sick.  By this time the supervisors told us that if anyone with the worst symptoms, had to stay home, and that they were not getting paid.  They were mad at anyone who was sick.

44.    Sandi Kralj was a former longtime employee of ISM Vuzem, d.o.o. He worked for them since the start of the company.  He was the eleventh worker hired by Vuzem.  He was also a personal friend of Robert Vuzem at that time.

45.    Sandi Kralj was working at BMW in 2014 during the virus epidemic.  He caught

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

7

the virus, became horribly sick and started coughing up blood.  He pleaded to go to the doctor, but the ISM Vuzem supervisor said no and would not take him.  The supervisor told him to go to the drug store and get some cold and flu medicine.

46.    When he got so weak, he could not work he stayed in the apartment.  He was there for more than seven days with no help, and he was coughing up more blood and in a lot of pain.  He finally began to treat himself with painkillers.  He was very angry and disappointed that he wanted to book and pay for an airline ticket to go back to Croatia even though he did not have that money.  As I witnessed how ISM Vuzem treated Sandi knowing that he was becoming dangerously ill, and they saw how he was coughing blood, was one of the reasons I became afraid of Vuzem.  I was scared of what they easily can do to me.

47.    Sandi Kralj told me much later about problems with ISM Vuzem and unpaid taxes. He told me that he filed criminal charges in 2016 against ISM Vuzem company and Robert Vuzem in court in Republic of Croatia for not paying taxes.

48.    Goran Živanic was a worker who cut his veins with the sander when he cut some the material at work in BMW.  He was from Republika Srpska from Prnjavor in Bosnia.  He returned home after more than a week.  In the meantime, he had to wait at the apartment in Greenville.  He only went for surgery for his veins and sickness in Slovenia.  He was not operated on in Grenville because it would cost too much ISM Vuzem, d.o.o.  The company used credit cards to pay for medical care in the United States, with no other insurance in the United States.

49.    On May 16, 2015, Gregor Lesnik fell at the construction site at Tesla.

50.    I was in shock when I heard that Gregor Lesnik had fallen.

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

8

51.    I did not say anything to the supervisors, but they all knew about Gregor Lesnik's fall.

52.    I believe that Tesla knew what ISM Vuzem, d.o.o. supervisors told them.

53.    Before this accident, I had complained to Vuzem supervisors about construction safety. The response from ISM Vuzem d.o.o. supervisors, including Jospia Libera, Sifet Dizdarevic, Clemen Vuzem, et al., is that I had to keep working, otherwise I would be sent back home and they would not pay for my return flight or my hours worked.

54.    I was told by my supervisors that if I did not work, I would not be paid, and I would not be paid for work I already did.

55.    I was told that if I was sick or hurt on the job that I would not be paid.  When Vuzem workers, including me, have a cold, or an injury like back pain, cuts, and other smaller injuries at the construction site, where workers would otherwise take a few days off, no Vuzem workers, including me, took time off because we would not be paid for sick days when we were assigned to work in the United States.  That is why Vuzem workers, including me, worked when we were sick or were injured.

56.    I was told that they would remove my visa, and they told me that they would not fly me home.  Robert Vuzem threatened to cancel our immigration status if we refused to work as directed. The visas for the foreign nationals were our only means to remain legally within the United States.  If he were to cancel our visas this would render us illegally in the United States and without the ability to find other legal employment.  I did not know about visas and did not have money.  This was scary.

57.    I was told that if I quit or did not work that Robert and Ivan Vuzem would tell all

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

9

potential employers that I was a bad worker, that I would not be paid, that I would lose visas, and that I would have to arrange and pay for my own expenses to get home.  All of Vuzem's supervisors including Josip Liber, Krunoslave Premizic, Klemen Vuzem and Sifeta Dizdarevica warned us that in the event that we cannot do something or refuse the order for any reason, we will be fired, we will not be paid, and that everyone will write a bad personal reputation in their personal papers, both with work colleagues and with other employers.  For any mistake made, all the supervisors threatened to cancel work, have me pay for the plane ticket, charge for accommodation and all other expenses for travel and stay, and be exiled from America.  Vuzem's bullies were aggressive, violent and brutal.  I was often in a very unpleasant situation that was not even psychologically bearable.  All the work colleagues said that in case of dismissal, we will be forcibly charged for everything and that we will not be able to get anywhere, neither in America nor in the European Union.  I received the most threats from Sifet Dizdarevic, Josip Liber and other bullies. They fought the most and were even physically ready to deal with any worker who could not physically or in any other way complete the assigned tasks to the end.

58.     Robert Vuzem had been a mayor of Zvrac, Slovenia, where he lives.  Robert and Ivan Vuzem knew the owners of all the other large construction companies in Croatia and in Slovenia and most in Bosnia.  I thought that if I stopped working that I would never be able to get another job.  I have been told by other Vuzem employees that Robert Vuzem made the same threats to them.

59.     In February 2014, Robert Vuzem came to the United States to BMW

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

10

International.  He called everyone in the plant.  He was standing on a podium as he spoke to everyone. Many of the workers were scheduled and made plans to fly back home.  He told the workers that the company needed them to stay longer (over 3 months) and work on Sundays.

60.     I recall Robert Vuzem singling out Stjepan Papes in this meeting.  I talked to Stjepan Papes who told me that Robert Vuzem said that if Mr. Papes did not stay and work, he would fire him, not pay him, cancel his Visa and Passport and ruin his reputation with other potential employers.  I understood the same would apply to me. I was afraid this would affect my opportunities to work for anyone else.

61.     This is why I continued to work for ISM Vuzem under the difficult and long work for Vuzem.

62.     The last time I was at Tesla, I was with Dolensek, Prioz, Dalibor Ivanov, and Shincek Darko.  Primoz Planovsek was the supervisor.  At the end of April 2016, we packed up all the equipment.  We sent some of the equipment and tools to the Chattanooga Volkswagen factory and the rest was sent to the BMW factory in Greensville.

63.     The four of us completed work that would normally take at least ten people to finish.

64.     I understand that after I stopped working at the Tesla factory, other ISM Vuzem, d.o.o. employees still worked there, doing additional work.

65.     When in early 2016 I was so damaged from working so hard, for so long, in difficult condition that my back hurt so much that I could not stand or lift anything.

66.     Supervisor Davorin Hull instructed Mr. Planovsek to take me to a small doctor's

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

11

office in San Jose, and pay the doctor in cash for seeing me.  The doctor who I saw did not speak Bosnian.  Mr. Planovsek was to translate.  The doctor prescribed some pain and muscle medications, and told me to see another doctor for follow-up. Unfortunately, I do not recall this doctor's name.

67.    I was not given any other choice for medical care.

68.    They refused to pay for any other medical care.  I did not know then about workers compensation coverage, or that the Vuzems were supposed to have workers compensation insurance but did not get that insurance.

69.    It was not until I returned to Bosnia that I was able to see any specialists.

70.    I saw Dr. Zora in Samac, Republika Srpska. Dr. Zora examined me and immediately referred me to have x-rays. Dr. Zora also referred me to neuropsychiatrist, Dr. Sanja Govedarica and orthopedist Dr. Annela Velimirovic.

71.    Robert Vuzem and his secretary, Natalia told me that I needed to be seen by their doctor.  I was seen Slovenia by Dr. Izudin Kalinic, and other people who worked at Medicina Vivamed, Osojnikova cesta 9, 2250 Ptuj, + 02 779 07 91.

72.    I was examined by Dr. Kanlic, who Vuzem had hired to exam me before I started work for Vuzem.  Dr. Kanlic said I injured my back from working for ISM Vuzem, d.o.o., but worse I had injured my hip and that it needs to be evaluated by a special orthopaedic surgeon.

73.    I believe Dr. Izudin Kanlic informed Robert and Ivan Vuzem of my injuries because that is what he had been hired to do.

74.    It was after this that I was fired.

75.    I was examined by doctors and have received medical care near my home in

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

12

Samac, and also in Doboj, in addition to the Vuzem hired Dr. Kanlic in Ljubljana.  I

have been seen at St. Luke's Hospital [Bolnica] at Pop Ljubina bb 7400, Doboj,

Bosna I Herzegovina, and at Dom zdravlja Samac, Dositeja Obradovica bb, 76230

Samac.  My medical doctors who provided care for my hip injuries include:

Dr. Zora Durdevic, Vuka Karadzica 79, Samac, Bosna I Herzegovina;

Dr. Ana Gluvacevic, Centar za Fizikalnu Mediciniu I Rehabiltaciju, Samac:

Dr. Govedarica Mitrovic, Doboj;

Dr. Mariana Sofrenovic; Samac;

Dr. Vlado Segedi, Samac

Dr. Tatjana Paleznica, Doboj;

Dr. Andelka Gavric, Orthopedic Specialist, Samac; and

Dr. Sanja M. Petkovic, radiologist, Samac.

76.    All of my doctors have all said that I need to get my left and right-side hip

replaced, and then go through recovery and rehabilitation, which meant I would be

out for at least 6 to 10 months. When Vuzem realized I would be out for 6 to 10

months, they fired me with an explanation that I was surplus labor.

77.    In the two years working for Vuzem in America, I destroyed my hips because I

did the hard work that was intended for three or more workers.

78.    I was to get into physical condition for the prescribed hip replacement surgery –

which is difficult with a bad hip.

79.    I needed to get approval from the government for this care.  The National

Insurance would only pay for a portion of this medical care.

80.    It would take a long time, up to two years, to schedule a surgery.  And that was

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

13

before COVID.

81.     ISM Vuzem, d.o.o., having fired me, said that they were not going to pay for my medical care.

82.     It is sad that I got fired when I was on sick leave because I needed hip surgery for injuries I got while working for Vuzem at Tesla.

83.     I had no money for surgery.

84.     I am also scared of having the surgery.  I am particularly concerned because there are less expensive hip replacements and prosthetics, and I did not want to be in worse condition after surgery.

85.     I was told that the surgery is difficult, that there would be a long recovery period, that sometimes the surgery does not make the patient able to move and free of pain, and that some things in surgery do not always go to plan.

86.     During the time that I worked for ISM Vuzem, d.o.o., I was paid by ISM Vuzem, d.o.o. by deposit to my bank account one time per month, each month that I worked for ISM Vuzem, d.o.o.

87.     I received this deposit whether I worked in the United States the entire month, or whether I worked part of the month in the United States and part of the time elsewhere.

88.     I worked in the United States for ISM Vuzem, d.o.o. 7 times.

89.     Each time that I traveled to the United States, I traveled from my home in Bosnia to the ISM Vuzem, d.o.o. office in Slovenia, which takes about 2-hours.  Each time I spoke to Robert Vuzem, obtained tickets, and obtained tools to bring to the United States, which took about 1 hour.  Each time I traveled in a van from Slovenia to the

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

14

Zagreb airport for 2 hours.  Each time there was a wait between arrival at the airport and the departure of the plane.  Each time there was a connecting flight in London, Amsterdam or Frankfurt, before arrival in the United States with connecting flights through New York, Boston, Atlanta or San Francisco, and a further local flight.  Each time there was a further van travel from the airport to assigned apartments.

90.     For this international travel, a full day for each travel to and travel from was spent in flights, connections and vans within the United States.

91.     Each time that I traveled from the United States back home, there was the same travel schedule, except that I did not on arrival back in Slovenia have a conversation with Robert Vuzem about a work assignment.

92.     I was not paid additional compensation for the travel time from home to the United States and to the apartments and work sites, nor for the return travel.

93.     The first time I traveled to the United States for work for ISM Vuzem, d.o.o. was on or about June 10, 2014.

94.     I started work at BMW in Greenville, South Carolina on or about June 11, 2014.

95.     I worked between 7:00 a.m. and 8:00 p.m., Monday through Saturday at the BMW construction site.  On Sundays I worked from 7:00 a.m. to 5:00 p.m.

96.     I received a lunch break of one-half hour and one morning break and one afternoon break of 15 minutes each.  The lunch had to be taken on the jobsite BMW. We did not receive any other or additional lunch break or rest break.

97.     During this, and all work as direct employee of ISM Vuzem, d.o.o., I traveled to the construction sites from assigned housing.  This travel was by company vans.

98.     This travel between assigned housing and job sites was for all work assignments

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

15

in the United States.

99.    The vans were required because I was working away from home, away from the country that I live in - and away from the countries were all other Vuzem workers were from.  I was away from home overnight every day that I was in the United States.

100.    The van pickup at the apartment complexes or motels were the required meeting place for the start of each day of work.  The vans had many workers in each van. The vans would not leave where we were housed until all of the workers were in the van.  Each employee, including me, as part of our work for Vuzem, had to wait until the supervisor took off.  I could not use the time for my own purposes.  We all had to assemble to be taken back in the same vans to the same housing.  We did not stop, and could not stop, once we were picked up in the vans until we were dropped off. This was the same for working for day shifts and for working on evening and night shifts.

101.    I did not have, nor did most if not all of the non-supervisor employees have, a license issued by a state or states in the United States to drive a motor vehicle.

102.    The vans were driven by supervisors.

103.    I and the other workers had conversations about work with the supervisors in the vans.  When Krunoslav Premuzic was in the van, he almost always talked to us about what we must do on that day, both in traveling to and in traveling from the job sites.  For other supervisors, we sometimes but not always talked about work at the job sites.

104.    When I was assigned to the construction sites at Tesla and BMW, supervisors

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

16

including Krunoslav Premuzic and Valentino Kovacic stayed in the apartment where I was housed.  During those times, supervisors Premuzic and Kovacic talked to me about the job, job sites, and work assignments after we had already returned to housing.  90% of my day was about the job.  The only time when I didn't think or speak about the job was when I was sleeping.

105.   We had to carry tools in the vans to the work sites.  These tools were owned by ISM Vuzem, d.o.o.  I, and all the other workers, picked up these tools at the ISM Vuzem, d.o.o. office in Slovenia.  When in the United States, we were responsible for, and had to account for, these tools each day.  We were responsible for cleaning and maintenance, and on rare occasions, repairing these tools.  This was a benefit to ISM Vuzem, d.o.o. based on our carrying these tools from our temporary housing to the jobsite in the company van.

106.   There was no agreement for this travel; rather, this was done at the direction of the employer and its supervisors.

107.   The second time I traveled to the United States for work for ISM Vuzem, d.o.o. was on or about September 18, 2014.

108.   I started work at the construction site at Tesla in Fremont, California on or about September 19, 2014.  I worked between 7:00 a.m. and 8:00 p.m., Monday through Saturday at the Tesla construction site.  On Sundays I worked from 7:00 a.m. to 5:00 p.m.

109.   I received a lunch break of one-half hour and one morning break and one afternoon break of 15 minutes each.  The lunch had to be taken on the jobsite at Tesla. We did not receive any other or additional lunch break or rest break.

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

17

110.   The third time I traveled to the United States for work for ISM Vuzem, d.o.o. was on or about February 25, 2015.

111.   I started work at the construction site at Tesla in Fremont, California on or about February 26, 2015.  I worked between 7:00 a.m. and 8:00 p.m., Monday through Saturday at the Tesla construction site.  On Sundays I worked from 7:00 a.m. to 5:00 p.m.

112.   I received a lunch break of one-half hour and one morning break and one afternoon break of 15 minutes each.  The lunch had to be taken on the jobsite at Tesla.  We did not receive any other or additional lunch break or rest break.

113.   The fourth time I traveled to the United States for work for ISM Vuzem, d.o.o. was on or about June 28, 2015.

114.   I started work at the construction site at Tesla in Fremont, California on or about June 29, 2015.  I worked between 7:00 a.m. and 8:00 p.m., Monday through Saturday at the Tesla construction site.  On Sundays I worked from 7:00 a.m. to 5:00 p.m.

115.   I received a lunch break of one-half hour and one morning break and one afternoon break of 15 minutes each.  The lunch had to be taken on the jobsite at Tesla.  We did not receive any other or additional lunch break or rest break.

116.   The fifth time I traveled to the United States for work for ISM Vuzem, d.o.o. was on or about October 19, 2015.

117.   I started work at the construction site at Tesla in Fremont, California on or about October 20, 2015.  I worked between 7:00 a.m. and 8:00 p.m., Monday through Saturday at the Tesla construction site.  On Sundays I worked from 7:00 a.m. to 5:00

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

18

p.m.

118.   I received a lunch break of one-half hour and one morning break and one afternoon break of 15 minutes each.  The lunch had to be taken on the jobsite at Tesla.  We did not receive any other or additional lunch break or rest break.

119.   The six time I traveled to the United States for work for ISM Vuzem, d.o.o. was on or about January 31, 2015.

120.   I started work at the construction site at the Tesla on or about February 1, 2016. I worked between 7:00 a.m. and 8:00 p.m., Monday through Saturday at Tesla.  On Sundays I worked from 7:00 a.m. to 5:00 p.m.

121.   I received a lunch break of one-half hour and one morning break and one afternoon break of 15 minutes each.  The lunch had to be taken on the jobsite at Tesla.  We did not receive any other or additional lunch break or rest break.

122.   I worked at Tesla until April of 2016.  This was during the time period when I was so injured that I was taken to a doctor by Supervisor Planovsek.

123.   I was aware of more than 100 other Vuzem workers who worked at the Tesla plant.  The workers I knew came from Bosnia and Herzegovina, Croatia, Hungary, Poland, Serbia, and Slovenia.

124.   During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I was paid a flat rate per month of 550 EU in the first year I worked, and 670 EU thereafter. I was not paid separately for overtime or travel.

125.   I worked almost every day at the Tesla plant, even when I was sick or injured.

126.   During the time that I worked for Vuzem at the Tesla plant located in Fremont, California, I stayed at an apartment approximately 30 minutes away from the Tesla

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

19

plant.

127.    I was told by my supervisor that I had to be ready for the official Vuzem van approximately 45 minutes before work started every day. That van took me from the apartment to the Tesla plant.  I showed up in front of the apartment building approximately 45 minutes before work started to take the Vuzem van. Sometimes Vuzem required me to drive my colleagues in a Vuzem van to and from work.

128.    I was required to travel to and from the Tesla plant in the Vuzem van.

129.    The commute process took at least 30 minutes from the apartment to the Tesla plant. The commute process took at least 30 minutes from the Tesla plant to the apartment at the end of the day. It took at least 30 minutes to drive from the apartment to the Tesla plant.  It took at least 30 minutes to drive from the Tesla plant to the apartment at the end of day.

130.    I was not paid for the commute process including the time that I was required to spend in the Vuzem van commuting to and from the Tesla plant.

131.    I was not paid time and a half for hours worked over eight hours in a day or over 40 hours in a week.  I was not paid double time when I worked more than 12 hours in a day, or when I worked seven consecutive days.

132.    When I worked at the Tesla plant I was required to stay on the premises at all times, including for breaks of any sort.  I was not allowed to leave the plant for any purpose.

133.     I was not permitted to take, nor did I take, a second 30-minute, uninterrupted meal period each day that I worked more than 10 hours.  I never saw any of my co-workers take a second meal break when they worked more than 10 hours.

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

20

134.   I was not permitted to take, nor did I take, a third 10-minute, uninterrupted rest break each day that I worked more than 10 hours.  I never saw any of my co-workers take a third rest break when they worked more than 10 hours.

135.   During the time that I worked at the Tesla plant I did not receive any documents that showed the actual number of hours that I worked.

136.   To date, Vuzem has not paid me all of the wages that I am owed.  For example, I have not been paid any of the overtime that I am owed.  I also have not been paid for the time spent travelling from the apartment to the Tesla plant.

137.   In September of 2016, I received a letter from ISM Vuzem d.o.o. about receiving additional pay wages for work at Tesla.  I have spoken to other employees and former employees of ISM Vuzem d.o.o. and understand that they were in similar contact.  ISM Vuzem d.o.o. sent a document written in English.  Robert Vuzem told me that I would get more money for working at Tesla in about 14 days if I sign the document.  No one was ever paid this promised money.

138.   My most recent tests were on December 5, 2022 by Dr. Sanja M. Petkovic, Radiology Specialist who took an MRI of my spine and hips. Dr. Petkovic noted deterioration in both hips.

139.   I am scheduled to see a doctor to review my status of the tests, evaluate my condition, and to schedule surgery.

140.   I could earn $3,000 to $5,000 (U.S. Dollars) working 40 hours per week as a refrigeration unit fitter, if I was healthy.  If I could lift things like I should be able to do. If I could bend like I should be able to do.  And which I am not because of the injuries I suffered while working for ISM Vuzem, d.o.o.

141.    Since 2016, I have attempted to work as a refrigeration unit fitter and I could not because of my hips, and stopped.

142.    I expected to work until I was 70. That is a normal retirement age for me and is a common age of retirement for people where I live.

143.    I expected to retire, and but for these injuries should have been able to work until at least that age.

144.    I was born in 1964.  My retirement would be in 2032. I stopped full time work in 2016. I have a loss of income for 16 years.

145.    I am unable to do the following things: I cannot dress myself without the help of another person; I cannot tie my own shoes; I am unable to do any physical work such as mowing the yard, mounting an air conditioning unit, working in the field.  I am unable to spend time with my loved ones as I cannot spend too much time in the sitting position.  I cannot walk anywhere with my wife because I am in so much pain. The hardest thing for me is that I have to have my own children support me.

146.    Attached hereto as Exhibits A, B and C are spreadsheets that accurately list the dates of work in the United States for ISM Vuzem, d.o.o. and the hours and times worked each day.  These spreadsheets also calculate the amount due for wages under the FLSA and, also state the amount actually paid by the deposit to my bank account.

147.    For Exhibit A, the hours worked include the travel to and from the BMW construction site for those dates when I was subject to supervisor instructions during this travel and was required to possess, account for, and maintain the equipment owned by ISM Vuzem, d.o.o.  This is the travel time that I reasonably believe

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

22

includes necessary instruction and necessary tasks for the benefit of the employer, ISM Vuzem, d.o.o.

148.   For Exhibit B, the spreadsheets also accurately list the dates of work in the United States for ISM Vuzem, d.o.o. and the hours and times worked each day. However, these spreadsheets do not include travel time from assigned housing to and from job sites.

149.   For Exhibit C, the hours worked are for the time I worked at the Tesla construction site.

150.   The calculation of the then applicable exchange rates, which are attached to the spreadsheets, were prepared by my attorney. I believe they accurately identify what the amount that I was paid in Euros would be if paid instead in United States dollars.

151.   Attached as Exhibits D and E are the most recent summary of readings of x-rays in Bosnian and in English.  These say that my hip socket was worn out from work for Vuzem, which is why the substantial hip replacement surgery is needed.

152.   A who is fluent in both English and Bosnian read this declaration, and before that drafts of this declaration, in both English and Bosnian.  I affirm that I know and understand this declaration, and agree with the contents of this declaration.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on January 26, 2023, at Samac, Republika Srpska, Bosna I Herzegovina.

_____
SAŠA MASLIC

Maslic_Decl.125

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Declaration of Sasa Maslic in Support of Motion for Default Judgment

23

Sasa Maslic, et al. v. ISM Vuzem d.o.o., et al.
United States District Court Case No. 5:21-cv-0556-BLF

# Ex. A

Sasa Maslic
FLSA Wages Single Week
BMW - Greenville, South Carolina
**Includes Transportation Time to and from BMW**
June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_06_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_14 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_15 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 8 | 2.5 | 10.5 | $7.25 | $58.00 | $10.875 | $27.1875 | $85.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $748.17/US 4 | |
| Weekly Total | | | | **40** | **24.5** | **64.5** | | **$290.00** | | **$266.4375** | **$556.438** | **$187.04** | **$369.398** |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_06_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_21 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_06_22 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $748.17/US 4 | |
| Weekly Total | | | | **40** | **51.5** | **91.5** | | **$290.00** | | **$560.0625** | **$850.0625** | **$187.04** | **$663.0225** |

Sasa Maslic
FLSA Wages Single Week
BMW - Greenville, South Carolina
**Includes Transportation Time to and from BMW**
June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_06_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_28 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_06_29 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $748.17/US 4 | |
| Weekly Total | | | | 40 | 51.5 | 91.5 | | $290.00 | | $560.0625 | $850.0625 | $187.04 | $663.0225 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_06_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_05 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_07_06 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | 40 | 51.5 | 91.5 | | $290.00 | | $560.0625 | $850.0625 | $186.14 | $663.9225 |

Sasa Maslic

FLSA Wages Single Week

BMW - Greenville, South Carolina

**Includes Transportation Time to and from BMW**

June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_07_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_12 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_07_13 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | 40 | 51.5 | 91.5 | | $290.00 | | $560.0625 | $850.0625 | $186.14 | $663.9225 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_07_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_19 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_07_20 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | 40 | 51.5 | 91.5 | | $290.00 | | $560.0625 | $850.0625 | $186.14 | $663.9225 |

Sasa Maslic
FLSA Wages Single Week
BMW - Greenville, South Carolina
**Includes Transportation Time to and from BMW**
June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_07_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_26 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_07_27 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | **40** | **51.5** | **91.5** | | **$290.00** | | **$560.0625** | **$850.0625** | **$186.14** | **$663.9225** |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_07_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_31 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_02 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_08_03 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $732.27/US 4 | |
| Weekly Total | | | | **40** | **51.5** | **91.5** | | **$290.00** | | **$560.0625** | **$850.0625** | **$183.0675** | **$666.995** |

Sasa Maslic

FLSA Wages Single Week

BMW - Greenville, South Carolina

**Includes Transportation Time to and from BMW**

June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_08_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_09 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_08_10 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $732.27/US 4 | |
| Weekly Total | | | | 40 | 51.5 | 91.5 | | $290.00 | | $560.0625 | $850.0625 | $183.0675 | $666.995 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_08_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 5.5 | 13.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_16 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 13.5 | 13.5 | | | $10.875 | $146.8125 | $146.8125 | | |
| 2014_08_17 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 10.5 | 10.5 | | | $10.875 | $114.1875 | $114.1875 | | |
| | | | | | | | | | | | | $550,00/EU 4 $732.27/US 4 | |
| Weekly Total | | | | 40 | 51.5 | 91.5 | | $290.00 | | $560.0625 | $850.0625 | $183.0675 | $666.995 |

## June 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|------|------|------|
| Sunday 1 June 2014 | €1 EUR = $1.3624 | Euro US Dollar rate for 01/06/2014 |
| Monday 2 June 2014 | €1 EUR = $1.3598 | Euro US Dollar rate for 02/06/2014 |
| Tuesday 3 June 2014 | €1 EUR = $1.3628 | Euro US Dollar rate for 03/06/2014 |
| Wednesday 4 June 2014 | €1 EUR = $1.36 | Euro US Dollar rate for 04/06/2014 |
| Thursday 5 June 2014 | €1 EUR = $1.3661 | Euro US Dollar rate for 05/06/2014 |
| Friday 6 June 2014 | €1 EUR = $1.3643 | Euro US Dollar rate for 06/06/2014 |
| Saturday 7 June 2014 | €1 EUR = $1.3643 | Euro US Dollar rate for 07/06/2014 |
| Sunday 8 June 2014 | €1 EUR = $1.3645 | Euro US Dollar rate for 08/06/2014 |
| Monday 9 June 2014 | €1 EUR = $1.3592 | Euro US Dollar rate for 09/06/2014 |
| Tuesday 10 June 2014 | €1 EUR = $1.3545 | Euro US Dollar rate for 10/06/2014 |
| Wednesday 11 June 2014 | €1 EUR = $1.3534 | Euro US Dollar rate for 11/06/2014 |
| Thursday 12 June 2014 | €1 EUR = $1.3551 | Euro US Dollar rate for 12/06/2014 |
| Friday 13 June 2014 | €1 EUR = $1.3542 | Euro US Dollar rate for 13/06/2014 |
| Saturday 14 June 2014 | €1 EUR = $1.3542 | Euro US Dollar rate for 14/06/2014 |
| Sunday 15 June 2014 | €1 EUR = $1.3531 | Euro US Dollar rate for 15/06/2014 |
| Monday 16 June 2014 | €1 EUR = $1.3574 | Euro US Dollar rate for 16/06/2014 |
| Tuesday 17 June 2014 | €1 EUR = $1.3547 | Euro US Dollar rate for 17/06/2014 |
| Wednesday 18 June 2014 | €1 EUR = $1.3587 | Euro US Dollar rate for 18/06/2014 |
| Thursday 19 June 2014 | €1 EUR = $1.3608 | Euro US Dollar rate for 19/06/2014 |
| Friday 20 June 2014 | €1 EUR = $1.36 | Euro US Dollar rate for 20/06/2014 |
| Saturday 21 June 2014 | €1 EUR = $1.36 | Euro US Dollar rate for 21/06/2014 |
| Sunday 22 June 2014 | €1 EUR = $1.3595 | Euro US Dollar rate for 22/06/2014 |
| Monday 23 June 2014 | €1 EUR = $1.3602 | Euro US Dollar rate for 23/06/2014 |
| Tuesday 24 June 2014 | €1 EUR = $1.3604 | Euro US Dollar rate for 24/06/2014 |
| Wednesday 25 June 2014 | €1 EUR = $1.3631 | Euro US Dollar rate for 25/06/2014 |
| Thursday 26 June 2014 | €1 EUR = $1.3614 | Euro US Dollar rate for 26/06/2014 |
| Friday 27 June 2014 | €1 EUR = $1.365 | Euro US Dollar rate for 27/06/2014 |
| Saturday 28 June 2014 | €1 EUR = $1.365 | Euro US Dollar rate for 28/06/2014 |
| Sunday 29 June 2014 | €1 EUR = $1.3646 | Euro US Dollar rate for 29/06/2014 |
| Monday 30 June 2014 | €1 EUR = $1.3691 | Euro US Dollar rate for 30/06/2014 |

Worst exchange rate of June 2014: *1.3531*, Best exchange rate of June 2014: *1.3691*. Average exchange rate in June 2014: *1.3603*

# July 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Tuesday 1 July 2014 | €1 EUR = $1.368 | Euro US Dollar rate for 01/07/2014 |
| Wednesday 2 July 2014 | €1 EUR = $1.3657 | Euro US Dollar rate for 02/07/2014 |
| Thursday 3 July 2014 | €1 EUR = $1.3609 | Euro US Dollar rate for 03/07/2014 |
| Friday 4 July 2014 | €1 EUR = $1.3594 | Euro US Dollar rate for 04/07/2014 |
| Saturday 5 July 2014 | €1 EUR = $1.3594 | Euro US Dollar rate for 05/07/2014 |
| Sunday 6 July 2014 | €1 EUR = $1.3588 | Euro US Dollar rate for 06/07/2014 |
| Monday 7 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 07/07/2014 |
| Tuesday 8 July 2014 | €1 EUR = $1.3613 | Euro US Dollar rate for 08/07/2014 |
| Wednesday 9 July 2014 | €1 EUR = $1.364 | Euro US Dollar rate for 09/07/2014 |
| Thursday 10 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 10/07/2014 |
| Friday 11 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 11/07/2014 |
| Saturday 12 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 12/07/2014 |
| Sunday 13 July 2014 | €1 EUR = $1.3605 | Euro US Dollar rate for 13/07/2014 |
| Monday 14 July 2014 | €1 EUR = $1.362 | Euro US Dollar rate for 14/07/2014 |
| Tuesday 15 July 2014 | €1 EUR = $1.3567 | Euro US Dollar rate for 15/07/2014 |
| Wednesday 16 July 2014 | €1 EUR = $1.3526 | Euro US Dollar rate for 16/07/2014 |
| Thursday 17 July 2014 | €1 EUR = $1.3522 | Euro US Dollar rate for 17/07/2014 |
| Friday 18 July 2014 | €1 EUR = $1.3525 | Euro US Dollar rate for 18/07/2014 |
| Saturday 19 July 2014 | €1 EUR = $1.3525 | Euro US Dollar rate for 19/07/2014 |
| Sunday 20 July 2014 | €1 EUR = $1.353 | Euro US Dollar rate for 20/07/2014 |
| Monday 21 July 2014 | €1 EUR = $1.3523 | Euro US Dollar rate for 21/07/2014 |
| Tuesday 22 July 2014 | €1 EUR = $1.3467 | Euro US Dollar rate for 22/07/2014 |
| Wednesday 23 July 2014 | €1 EUR = $1.346 | Euro US Dollar rate for 23/07/2014 |
| Thursday 24 July 2014 | €1 EUR = $1.3464 | Euro US Dollar rate for 24/07/2014 |
| Friday 25 July 2014 | €1 EUR = $1.3429 | Euro US Dollar rate for 25/07/2014 |
| Saturday 26 July 2014 | €1 EUR = $1.3429 | Euro US Dollar rate for 26/07/2014 |
| Sunday 27 July 2014 | €1 EUR = $1.3431 | Euro US Dollar rate for 27/07/2014 |
| Monday 28 July 2014 | €1 EUR = $1.3438 | Euro US Dollar rate for 28/07/2014 |
| Tuesday 29 July 2014 | €1 EUR = $1.3409 | Euro US Dollar rate for 29/07/2014 |
| Wednesday 30 July 2014 | €1 EUR = $1.3395 | Euro US Dollar rate for 30/07/2014 |
| Thursday 31 July 2014 | €1 EUR = $1.3388 | Euro US Dollar rate for 31/07/2014 |

Worst exchange rate of July 2014: *1.3388*, **Best exchange rate of July 2014: *1.368***, *Average exchange rate in July 2014: 1.3537*

## August 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|------|------------------------------------------|---|
| Friday 1 August 2014 | €1 EUR = $1.3431 | Euro US Dollar rate for 01/08/2014 |
| Saturday 2 August 2014 | €1 EUR = $1.3431 | Euro US Dollar rate for 02/08/2014 |
| Sunday 3 August 2014 | €1 EUR = $1.3425 | Euro US Dollar rate for 03/08/2014 |
| Monday 4 August 2014 | €1 EUR = $1.3422 | Euro US Dollar rate for 04/08/2014 |
| Tuesday 5 August 2014 | €1 EUR = $1.337 | Euro US Dollar rate for 05/08/2014 |
| Wednesday 6 August 2014 | €1 EUR = $1.3383 | Euro US Dollar rate for 06/08/2014 |
| Thursday 7 August 2014 | €1 EUR = $1.336 | Euro US Dollar rate for 07/08/2014 |
| Friday 8 August 2014 | €1 EUR = $1.3411 | Euro US Dollar rate for 08/08/2014 |
| Saturday 9 August 2014 | €1 EUR = $1.3411 | Euro US Dollar rate for 09/08/2014 |
| Sunday 10 August 2014 | €1 EUR = $1.3406 | Euro US Dollar rate for 10/08/2014 |
| Monday 11 August 2014 | €1 EUR = $1.3385 | Euro US Dollar rate for 11/08/2014 |
| Tuesday 12 August 2014 | €1 EUR = $1.3369 | Euro US Dollar rate for 12/08/2014 |
| Wednesday 13 August 2014 | €1 EUR = $1.3365 | Euro US Dollar rate for 13/08/2014 |
| Thursday 14 August 2014 | €1 EUR = $1.3363 | Euro US Dollar rate for 14/08/2014 |
| Friday 15 August 2014 | €1 EUR = $1.34 | Euro US Dollar rate for 15/08/2014 |
| Saturday 16 August 2014 | €1 EUR = $1.34 | Euro US Dollar rate for 16/08/2014 |
| Sunday 17 August 2014 | €1 EUR = $1.3389 | Euro US Dollar rate for 17/08/2014 |
| Monday 18 August 2014 | €1 EUR = $1.336 | Euro US Dollar rate for 18/08/2014 |
| Tuesday 19 August 2014 | €1 EUR = $1.332 | Euro US Dollar rate for 19/08/2014 |
| Wednesday 20 August 2014 | €1 EUR = $1.3259 | Euro US Dollar rate for 20/08/2014 |
| Thursday 21 August 2014 | €1 EUR = $1.328 | Euro US Dollar rate for 21/08/2014 |
| Friday 22 August 2014 | €1 EUR = $1.3243 | Euro US Dollar rate for 22/08/2014 |
| Saturday 23 August 2014 | €1 EUR = $1.3243 | Euro US Dollar rate for 23/08/2014 |
| Sunday 24 August 2014 | €1 EUR = $1.3192 | Euro US Dollar rate for 24/08/2014 |
| Monday 25 August 2014 | €1 EUR = $1.3187 | Euro US Dollar rate for 25/08/2014 |
| Tuesday 26 August 2014 | €1 EUR = $1.3168 | Euro US Dollar rate for 26/08/2014 |
| Wednesday 27 August 2014 | €1 EUR = $1.3192 | Euro US Dollar rate for 27/08/2014 |
| Thursday 28 August 2014 | €1 EUR = $1.318 | Euro US Dollar rate for 28/08/2014 |
| Friday 29 August 2014 | €1 EUR = $1.3132 | Euro US Dollar rate for 29/08/2014 |
| Saturday 30 August 2014 | €1 EUR = $1.3132 | Euro US Dollar rate for 30/08/2014 |
| Sunday 31 August 2014 | €1 EUR = $1.3134 | Euro US Dollar rate for 31/08/2014 |

Worst exchange rate of August 2014: *1.3132*, **Best exchange rate of August 2014:** *1.3431*. *Average exchange rate in August 2014: 1.3314*

Sasa Maslic, et al. v. ISM Vuzem d.o.o., et al.
United States District Court Case No. 5:21-cv-0556-BLF

# Ex. B

Sasa Maslic
FLSA Wages Single Week
BMW - Greenville, South Carolina
**Does Not** Include Transportation Time to and from BMW
June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_06_11 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $48.9375 | $106.9375 | | |
| 2014_06_12 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $48.9375 | $106.9375 | | |
| 2014_06_13 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $48.9375 | $106.9375 | | |
| 2014_06_14 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $48.9375 | $106.9375 | | |
| 2014_06_15 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 8 | 1.5 | 9.5 | $7.25 | $58.00 | $10.875 | $16.3125 | $74.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $748.17/US 4 | |
| Weekly Total | | | | **40** | **19.5** | **59.5** | | **$290.000** | | **$212.0625** | **$502.0625** | **$187.04** | **$315.0225** |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_06_16 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_17 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_18 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_19 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_20 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_21 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_06_22 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $748.17/US 4 | |
| Weekly Total | | | | **40** | **44.5** | **84.5** | | **$290.00** | | **$538.3125** | **$828.3125** | **$187.04** | **$641.2725** |

Sasa Maslic

FLSA Wages Single Week

BMW - Greenville, South Carolina

**Does Not** Include Transportation Time to and from BMW

June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_06_23 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_24 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_25 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_26 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_27 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_06_28 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_06_29 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $748.17/US 4 | |
| Weekly Total | | | | 40 | 44.5 | 84.5 | | $290.00 | | $538.3125 | $828.3125 | $187.04 | $641.2725 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_06_30 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_01 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_02 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_03 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_04 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_05 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_07_06 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | 40 | 44.5 | 84.5 | | $290.00 | | $538.3125 | $828.3125 | $186.14 | $642.1725 |

Sasa Maslic
FLSA Wages Single Week
BMW - Greenville, South Carolina
**Does Not** Include Transportation Time to and from BMW
June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_07_07 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_08 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_09 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_10 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_11 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_12 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_07_13 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | 40 | 44.5 | 84.5 | | $290.00 | | $538.3125 | $828.3125 | $186.14 | $642.1725 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_07_14 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_15 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_16 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_17 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_18 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_19 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_07_20 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | 40 | 44.5 | 84.5 | | $290.00 | | $538.3125 | $828.3125 | $186.14 | $642.1725 |

Sasa Maslic

FLSA Wages Single Week

BMW - Greenville, South Carolina

**Does Not** Include Transportation Time to and from BMW

June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_07_21 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_22 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_23 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_24 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_25 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_26 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_07_27 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $744.54/US 4 | |
| Weekly Total | | | | **40** | **44.5** | **84.5** | | **$290.00** | | **$538.3125** | **$828.3125** | **$186.14** | **$642.1725** |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_07_28 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_29 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_30 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_07_31 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_01 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_02 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_08_03 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $732.27/US 4 | |
| Weekly Total | | | | **40** | **44.5** | **84.5** | | **$290.00** | | **$538.3125** | **$828.3125** | **$183.0675** | **$645.245** |

Sasa Maslic

FLSA Wages Single Week

BMW - Greenville, South Carolina

**Does Not** Include Transportation Time to and from BMW

June 11, 2014 through August 17, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_08_04 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_05 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_06 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_07 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_08 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_09 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_08_10 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $732.27/US 4 | |
| Weekly Total | | | | 40 | 44.5 | 84.5 | | $290.00 | | $538.3125 | $828.3125 | $183.0675 | $645.245 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | FLSA Minimum Base Pay Rate | Regular Wages Earned | FLSA Overtime Base Pay | | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_08_11 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_12 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_13 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_14 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_15 | 7:00 AM | 30 Minutes | 8:00 PM | 8 | 4.5 | 12.5 | $7.25 | $58.00 | $10.875 | $59.8125 | $117.8125 | | |
| 2014_08_16 Saturday | 7:00 AM | 30 Minutes | 8:00 PM | 0 | 12.5 | 12.5 | | | $10.875 | $135.9375 | $135.9375 | | |
| 2014_08_17 Sunday | 7:00 AM | 30 Minutes | 5:00 PM | 0 | 9.5 | 9.5 | | | $10.875 | $103.3125 | $103.3125 | | |
| | | | | | | | | | | | | $550,00/EU 4 $732.27/US 4 | |
| Weekly Total | | | | 40 | 44.5 | 84.5 | | $290.00 | | $538.3125 | $828.3125 | $183.0675 | $645.245 |

## June 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|------|------------------------------------------|--|
| Sunday 1 June 2014 | €1 EUR = $1.3624 | Euro US Dollar rate for 01/06/2014 |
| Monday 2 June 2014 | €1 EUR = $1.3598 | Euro US Dollar rate for 02/06/2014 |
| Tuesday 3 June 2014 | €1 EUR = $1.3628 | Euro US Dollar rate for 03/06/2014 |
| Wednesday 4 June 2014 | €1 EUR = $1.36 | Euro US Dollar rate for 04/06/2014 |
| Thursday 5 June 2014 | €1 EUR = $1.3661 | Euro US Dollar rate for 05/06/2014 |
| Friday 6 June 2014 | €1 EUR = $1.3643 | Euro US Dollar rate for 06/06/2014 |
| Saturday 7 June 2014 | €1 EUR = $1.3643 | Euro US Dollar rate for 07/06/2014 |
| Sunday 8 June 2014 | €1 EUR = $1.3645 | Euro US Dollar rate for 08/06/2014 |
| Monday 9 June 2014 | €1 EUR = $1.3592 | Euro US Dollar rate for 09/06/2014 |
| Tuesday 10 June 2014 | €1 EUR = $1.3545 | Euro US Dollar rate for 10/06/2014 |
| Wednesday 11 June 2014 | €1 EUR = $1.3534 | Euro US Dollar rate for 11/06/2014 |
| Thursday 12 June 2014 | €1 EUR = $1.3551 | Euro US Dollar rate for 12/06/2014 |
| Friday 13 June 2014 | €1 EUR = $1.3542 | Euro US Dollar rate for 13/06/2014 |
| Saturday 14 June 2014 | €1 EUR = $1.3542 | Euro US Dollar rate for 14/06/2014 |
| Sunday 15 June 2014 | €1 EUR = $1.3531 | Euro US Dollar rate for 15/06/2014 |
| Monday 16 June 2014 | €1 EUR = $1.3574 | Euro US Dollar rate for 16/06/2014 |
| Tuesday 17 June 2014 | €1 EUR = $1.3547 | Euro US Dollar rate for 17/06/2014 |
| Wednesday 18 June 2014 | €1 EUR = $1.3587 | Euro US Dollar rate for 18/06/2014 |
| Thursday 19 June 2014 | €1 EUR = $1.3608 | Euro US Dollar rate for 19/06/2014 |
| Friday 20 June 2014 | €1 EUR = $1.36 | Euro US Dollar rate for 20/06/2014 |
| Saturday 21 June 2014 | €1 EUR = $1.36 | Euro US Dollar rate for 21/06/2014 |
| Sunday 22 June 2014 | €1 EUR = $1.3595 | Euro US Dollar rate for 22/06/2014 |
| Monday 23 June 2014 | €1 EUR = $1.3602 | Euro US Dollar rate for 23/06/2014 |
| Tuesday 24 June 2014 | €1 EUR = $1.3604 | Euro US Dollar rate for 24/06/2014 |
| Wednesday 25 June 2014 | €1 EUR = $1.3631 | Euro US Dollar rate for 25/06/2014 |
| Thursday 26 June 2014 | €1 EUR = $1.3614 | Euro US Dollar rate for 26/06/2014 |
| Friday 27 June 2014 | €1 EUR = $1.365 | Euro US Dollar rate for 27/06/2014 |
| Saturday 28 June 2014 | €1 EUR = $1.365 | Euro US Dollar rate for 28/06/2014 |
| Sunday 29 June 2014 | €1 EUR = $1.3646 | Euro US Dollar rate for 29/06/2014 |
| Monday 30 June 2014 | €1 EUR = $1.3691 | Euro US Dollar rate for 30/06/2014 |

Worst exchange rate of June 2014: *1.3531*, Best exchange rate of June 2014: *1.3691*. Average exchange rate in June 2014: *1.3603*

# July 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Tuesday 1 July 2014 | €1 EUR = $1.368 | Euro US Dollar rate for 01/07/2014 |
| Wednesday 2 July 2014 | €1 EUR = $1.3657 | Euro US Dollar rate for 02/07/2014 |
| Thursday 3 July 2014 | €1 EUR = $1.3609 | Euro US Dollar rate for 03/07/2014 |
| Friday 4 July 2014 | €1 EUR = $1.3594 | Euro US Dollar rate for 04/07/2014 |
| Saturday 5 July 2014 | €1 EUR = $1.3594 | Euro US Dollar rate for 05/07/2014 |
| Sunday 6 July 2014 | €1 EUR = $1.3588 | Euro US Dollar rate for 06/07/2014 |
| Monday 7 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 07/07/2014 |
| Tuesday 8 July 2014 | €1 EUR = $1.3613 | Euro US Dollar rate for 08/07/2014 |
| Wednesday 9 July 2014 | €1 EUR = $1.364 | Euro US Dollar rate for 09/07/2014 |
| Thursday 10 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 10/07/2014 |
| Friday 11 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 11/07/2014 |
| Saturday 12 July 2014 | €1 EUR = $1.3607 | Euro US Dollar rate for 12/07/2014 |
| Sunday 13 July 2014 | €1 EUR = $1.3605 | Euro US Dollar rate for 13/07/2014 |
| Monday 14 July 2014 | €1 EUR = $1.362 | Euro US Dollar rate for 14/07/2014 |
| Tuesday 15 July 2014 | €1 EUR = $1.3567 | Euro US Dollar rate for 15/07/2014 |
| Wednesday 16 July 2014 | €1 EUR = $1.3526 | Euro US Dollar rate for 16/07/2014 |
| Thursday 17 July 2014 | €1 EUR = $1.3522 | Euro US Dollar rate for 17/07/2014 |
| Friday 18 July 2014 | €1 EUR = $1.3525 | Euro US Dollar rate for 18/07/2014 |
| Saturday 19 July 2014 | €1 EUR = $1.3525 | Euro US Dollar rate for 19/07/2014 |
| Sunday 20 July 2014 | €1 EUR = $1.353 | Euro US Dollar rate for 20/07/2014 |
| Monday 21 July 2014 | €1 EUR = $1.3523 | Euro US Dollar rate for 21/07/2014 |
| Tuesday 22 July 2014 | €1 EUR = $1.3467 | Euro US Dollar rate for 22/07/2014 |
| Wednesday 23 July 2014 | €1 EUR = $1.346 | Euro US Dollar rate for 23/07/2014 |
| Thursday 24 July 2014 | €1 EUR = $1.3464 | Euro US Dollar rate for 24/07/2014 |
| Friday 25 July 2014 | €1 EUR = $1.3429 | Euro US Dollar rate for 25/07/2014 |
| Saturday 26 July 2014 | €1 EUR = $1.3429 | Euro US Dollar rate for 26/07/2014 |
| Sunday 27 July 2014 | €1 EUR = $1.3431 | Euro US Dollar rate for 27/07/2014 |
| Monday 28 July 2014 | €1 EUR = $1.3438 | Euro US Dollar rate for 28/07/2014 |
| Tuesday 29 July 2014 | €1 EUR = $1.3409 | Euro US Dollar rate for 29/07/2014 |
| Wednesday 30 July 2014 | €1 EUR = $1.3395 | Euro US Dollar rate for 30/07/2014 |
| Thursday 31 July 2014 | €1 EUR = $1.3388 | Euro US Dollar rate for 31/07/2014 |

Worst exchange rate of July 2014: *1.3388*, **Best exchange rate of July 2014:** *1.368*, *Average exchange rate in July 2014:* *1.3537*

## August 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Friday 1 August 2014 | €1 EUR = $1.3431 | Euro US Dollar rate for 01/08/2014 |
| Saturday 2 August 2014 | €1 EUR = $1.3431 | Euro US Dollar rate for 02/08/2014 |
| Sunday 3 August 2014 | €1 EUR = $1.3425 | Euro US Dollar rate for 03/08/2014 |
| Monday 4 August 2014 | €1 EUR = $1.3422 | Euro US Dollar rate for 04/08/2014 |
| Tuesday 5 August 2014 | €1 EUR = $1.337 | Euro US Dollar rate for 05/08/2014 |
| Wednesday 6 August 2014 | €1 EUR = $1.3383 | Euro US Dollar rate for 06/08/2014 |
| Thursday 7 August 2014 | €1 EUR = $1.336 | Euro US Dollar rate for 07/08/2014 |
| Friday 8 August 2014 | €1 EUR = $1.3411 | Euro US Dollar rate for 08/08/2014 |
| Saturday 9 August 2014 | €1 EUR = $1.3411 | Euro US Dollar rate for 09/08/2014 |
| Sunday 10 August 2014 | €1 EUR = $1.3406 | Euro US Dollar rate for 10/08/2014 |
| Monday 11 August 2014 | €1 EUR = $1.3385 | Euro US Dollar rate for 11/08/2014 |
| Tuesday 12 August 2014 | €1 EUR = $1.3369 | Euro US Dollar rate for 12/08/2014 |
| Wednesday 13 August 2014 | €1 EUR = $1.3365 | Euro US Dollar rate for 13/08/2014 |
| Thursday 14 August 2014 | €1 EUR = $1.3363 | Euro US Dollar rate for 14/08/2014 |
| Friday 15 August 2014 | €1 EUR = $1.34 | Euro US Dollar rate for 15/08/2014 |
| Saturday 16 August 2014 | €1 EUR = $1.34 | Euro US Dollar rate for 16/08/2014 |
| Sunday 17 August 2014 | €1 EUR = $1.3389 | Euro US Dollar rate for 17/08/2014 |
| Monday 18 August 2014 | €1 EUR = $1.336 | Euro US Dollar rate for 18/08/2014 |
| Tuesday 19 August 2014 | €1 EUR = $1.332 | Euro US Dollar rate for 19/08/2014 |
| Wednesday 20 August 2014 | €1 EUR = $1.3259 | Euro US Dollar rate for 20/08/2014 |
| Thursday 21 August 2014 | €1 EUR = $1.328 | Euro US Dollar rate for 21/08/2014 |
| Friday 22 August 2014 | €1 EUR = $1.3243 | Euro US Dollar rate for 22/08/2014 |
| Saturday 23 August 2014 | €1 EUR = $1.3243 | Euro US Dollar rate for 23/08/2014 |
| Sunday 24 August 2014 | €1 EUR = $1.3192 | Euro US Dollar rate for 24/08/2014 |
| Monday 25 August 2014 | €1 EUR = $1.3187 | Euro US Dollar rate for 25/08/2014 |
| Tuesday 26 August 2014 | €1 EUR = $1.3168 | Euro US Dollar rate for 26/08/2014 |
| Wednesday 27 August 2014 | €1 EUR = $1.3192 | Euro US Dollar rate for 27/08/2014 |
| Thursday 28 August 2014 | €1 EUR = $1.318 | Euro US Dollar rate for 28/08/2014 |
| Friday 29 August 2014 | €1 EUR = $1.3132 | Euro US Dollar rate for 29/08/2014 |
| Saturday 30 August 2014 | €1 EUR = $1.3132 | Euro US Dollar rate for 30/08/2014 |
| Sunday 31 August 2014 | €1 EUR = $1.3134 | Euro US Dollar rate for 31/08/2014 |

Worst exchange rate of August 2014: *1.3132*, **Best exchange rate of August 2014:** *1.3431*. *Average exchange rate in August 2014:* *1.3314*

Sasa Maslic, et al. v. ISM Vuzem d.o.o., et al.
United States District Court Case No. 5:21-cv-0556-BLF

# Ex. C

Sasa Maslic

Tesla - Fremont, California

September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_09_19 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_20 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_21 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 8 | 3 | 11 | $9.00 | $72.00 | $13.50 | $40.50 | $112.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $708.62/US 4 | |
| Weekly Total | | | | 24 | 15 | 39 | | $216.00 | | $202.50 | $418.50 | $177.16 | $241.34 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_09_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_26 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_27 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_09_28 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $708.62/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $177.16 | $925.34 |

Sasa Maslic

Tesla - Fremont, California

September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_09_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_09_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_03 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_04 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_10_05 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $696.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $174.25 | $928.25 |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_10_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_10 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_11 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_10_12 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $696.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $174.25 | $928.25 |

Sasa Maslic
Tesla - Fremont, California
September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_10_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_17 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_18 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_10_19_Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $696.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $174.25 | $928.25 |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_10_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_24 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_25 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_10_26 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $696.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $174.25 | $928.25 |

Sasa Maslic

Tesla - Fremont, California

September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_10_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_10_31 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_01 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_11_02 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $696.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $174.25 | $928.25 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_11_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_07 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_08 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_11_09 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $685.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $171.46 | $931.04 |

Sasa Maslic
Tesla - Fremont, California
September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_11_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_14 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_15 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_11_16 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $685.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $171.46 | $931.04 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_11_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_21 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_22 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_11_23 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $685.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $171.46 | $931.04 |

Sasa Maslic
Tesla - Fremont, California
September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_11_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_28 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_11_29 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_11_30 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $685.85/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $171.46 | $931.04 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_12_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_05 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_06 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_12_07 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $676.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $169.17 | $933.33 |

Sasa Maslic
Tesla - Fremont, California
September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_12_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_12 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_13 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_12_14 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $676.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $169.17 | $933.33 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2014_12_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_19 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_20 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_12_21 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $676.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $169.17 | $933.33 |

Sasa Maslic
Tesla - Fremont, California
September 19, 2014 through December 28, 2014

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014_12_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_26 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2014_12_27 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2014_12_28 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $550,00/EU 4 $676.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $169.17 | $933.33 |

## September 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Monday 1 September 2014 | €1 EUR = $1.313 | Euro US Dollar rate for 01/09/2014 |
| Tuesday 2 September 2014 | €1 EUR = $1.3134 | Euro US Dollar rate for 02/09/2014 |
| Wednesday 3 September 2014 | €1 EUR = $1.3151 | Euro US Dollar rate for 03/09/2014 |
| Thursday 4 September 2014 | €1 EUR = $1.2935 | Euro US Dollar rate for 04/09/2014 |
| Friday 5 September 2014 | €1 EUR = $1.2952 | Euro US Dollar rate for 05/09/2014 |
| Saturday 6 September 2014 | €1 EUR = $1.2952 | Euro US Dollar rate for 06/09/2014 |
| Sunday 7 September 2014 | €1 EUR = $1.2957 | Euro US Dollar rate for 07/09/2014 |
| Monday 8 September 2014 | €1 EUR = $1.2898 | Euro US Dollar rate for 08/09/2014 |
| Tuesday 9 September 2014 | €1 EUR = $1.2935 | Euro US Dollar rate for 09/09/2014 |
| Wednesday 10 September 2014 | €1 EUR = $1.2923 | Euro US Dollar rate for 10/09/2014 |
| Thursday 11 September 2014 | €1 EUR = $1.2922 | Euro US Dollar rate for 11/09/2014 |
| Friday 12 September 2014 | €1 EUR = $1.2964 | Euro US Dollar rate for 12/09/2014 |
| Saturday 13 September 2014 | €1 EUR = $1.2964 | Euro US Dollar rate for 13/09/2014 |
| Sunday 14 September 2014 | €1 EUR = $1.2962 | Euro US Dollar rate for 14/09/2014 |
| Monday 15 September 2014 | €1 EUR = $1.2938 | Euro US Dollar rate for 15/09/2014 |
| Tuesday 16 September 2014 | €1 EUR = $1.295 | Euro US Dollar rate for 16/09/2014 |
| Wednesday 17 September 2014 | €1 EUR = $1.2838 | Euro US Dollar rate for 17/09/2014 |
| Thursday 18 September 2014 | €1 EUR = $1.292 | Euro US Dollar rate for 18/09/2014 |
| Friday 19 September 2014 | €1 EUR = $1.2829 | Euro US Dollar rate for 19/09/2014 |
| Saturday 20 September 2014 | €1 EUR = $1.2829 | Euro US Dollar rate for 20/09/2014 |
| Sunday 21 September 2014 | €1 EUR = $1.2835 | Euro US Dollar rate for 21/09/2014 |
| Monday 22 September 2014 | €1 EUR = $1.2848 | Euro US Dollar rate for 22/09/2014 |
| Tuesday 23 September 2014 | €1 EUR = $1.2846 | Euro US Dollar rate for 23/09/2014 |
| Wednesday 24 September 2014 | €1 EUR = $1.2777 | Euro US Dollar rate for 24/09/2014 |
| Thursday 25 September 2014 | €1 EUR = $1.2757 | Euro US Dollar rate for 25/09/2014 |
| Friday 26 September 2014 | €1 EUR = $1.2683 | Euro US Dollar rate for 26/09/2014 |
| Saturday 27 September 2014 | €1 EUR = $1.2683 | Euro US Dollar rate for 27/09/2014 |
| Sunday 28 September 2014 | €1 EUR = $1.2673 | Euro US Dollar rate for 28/09/2014 |
| Monday 29 September 2014 | €1 EUR = $1.2691 | Euro US Dollar rate for 29/09/2014 |
| Tuesday 30 September 2014 | €1 EUR = $1.2629 | Euro US Dollar rate for 30/09/2014 |

Worst exchange rate of September 2014: *1.2629*, Best exchange rate of September 2014: *1.3151*, Average exchange rate in September 2014: *1.2884*

## October 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Wednesday 1 October 2014 | €1 EUR = $1.2622 | Euro US Dollar rate for 01/10/2014 |
| Thursday 2 October 2014 | €1 EUR = $1.2671 | Euro US Dollar rate for 02/10/2014 |
| Friday 3 October 2014 | €1 EUR = $1.2516 | Euro US Dollar rate for 03/10/2014 |
| Saturday 4 October 2014 | €1 EUR = $1.2516 | Euro US Dollar rate for 04/10/2014 |
| Sunday 5 October 2014 | €1 EUR = $1.251 | Euro US Dollar rate for 05/10/2014 |
| Monday 6 October 2014 | €1 EUR = $1.2654 | Euro US Dollar rate for 06/10/2014 |
| Tuesday 7 October 2014 | €1 EUR = $1.2667 | Euro US Dollar rate for 07/10/2014 |
| Wednesday 8 October 2014 | €1 EUR = $1.2729 | Euro US Dollar rate for 08/10/2014 |
| Thursday 9 October 2014 | €1 EUR = $1.2685 | Euro US Dollar rate for 09/10/2014 |
| Friday 10 October 2014 | €1 EUR = $1.2629 | Euro US Dollar rate for 10/10/2014 |
| Saturday 11 October 2014 | €1 EUR = $1.2629 | Euro US Dollar rate for 11/10/2014 |
| Sunday 12 October 2014 | €1 EUR = $1.2647 | Euro US Dollar rate for 12/10/2014 |
| Monday 13 October 2014 | €1 EUR = $1.2735 | Euro US Dollar rate for 13/10/2014 |
| Tuesday 14 October 2014 | €1 EUR = $1.2646 | Euro US Dollar rate for 14/10/2014 |
| Wednesday 15 October 2014 | €1 EUR = $1.2824 | Euro US Dollar rate for 15/10/2014 |
| Thursday 16 October 2014 | €1 EUR = $1.2807 | Euro US Dollar rate for 16/10/2014 |
| Friday 17 October 2014 | €1 EUR = $1.2761 | Euro US Dollar rate for 17/10/2014 |
| Saturday 18 October 2014 | €1 EUR = $1.2761 | Euro US Dollar rate for 18/10/2014 |
| Sunday 19 October 2014 | €1 EUR = $1.2744 | Euro US Dollar rate for 19/10/2014 |
| Monday 20 October 2014 | €1 EUR = $1.2794 | Euro US Dollar rate for 20/10/2014 |
| Tuesday 21 October 2014 | €1 EUR = $1.2711 | Euro US Dollar rate for 21/10/2014 |
| Wednesday 22 October 2014 | €1 EUR = $1.2646 | Euro US Dollar rate for 22/10/2014 |
| Thursday 23 October 2014 | €1 EUR = $1.265 | Euro US Dollar rate for 23/10/2014 |
| Friday 24 October 2014 | €1 EUR = $1.267 | Euro US Dollar rate for 24/10/2014 |
| Saturday 25 October 2014 | €1 EUR = $1.267 | Euro US Dollar rate for 25/10/2014 |
| Sunday 26 October 2014 | €1 EUR = $1.2675 | Euro US Dollar rate for 26/10/2014 |
| Monday 27 October 2014 | €1 EUR = $1.2702 | Euro US Dollar rate for 27/10/2014 |
| Tuesday 28 October 2014 | €1 EUR = $1.2738 | Euro US Dollar rate for 28/10/2014 |
| Wednesday 29 October 2014 | €1 EUR = $1.2632 | Euro US Dollar rate for 29/10/2014 |
| Thursday 30 October 2014 | €1 EUR = $1.261 | Euro US Dollar rate for 30/10/2014 |
| Friday 31 October 2014 | €1 EUR = $1.2523 | Euro US Dollar rate for 31/10/2014 |

Worst exchange rate of October 2014: *1.251*, Best exchange rate of October 2014: *1.2824*. Average exchange rate in October 2014: *1.267*

## November 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|------|------|------|
| Saturday 1 November 2014 | €1 EUR = $1 2523 | Euro US Dollar rate for 01/11/2014 |
| Sunday 2 November 2014 | €1 EUR = $1.2502 | Euro US Dollar rate for 02/11/2014 |
| Monday 3 November 2014 | €1 EUR = $1.2493 | Euro US Dollar rate for 03/11/2014 |
| Tuesday 4 November 2014 | €1 EUR = $1.2552 | Euro US Dollar rate for 04/11/2014 |
| Wednesday 5 November 2014 | €1 EUR = $1.2478 | Euro US Dollar rate for 05/11/2014 |
| Thursday 6 November 2014 | €1 EUR = $1.2381 | Euro US Dollar rate for 06/11/2014 |
| Friday 7 November 2014 | €1 EUR = $1.2456 | Euro US Dollar rate for 07/11/2014 |
| Saturday 8 November 2014 | €1 EUR = $1.2456 | Euro US Dollar rate for 08/11/2014 |
| Sunday 9 November 2014 | €1 EUR = $1.246 | Euro US Dollar rate for 09/11/2014 |
| Monday 10 November 2014 | €1 EUR = $1.2425 | Euro US Dollar rate for 10/11/2014 |
| Tuesday 11 November 2014 | €1 EUR = $1.2476 | Euro US Dollar rate for 11/11/2014 |
| Wednesday 12 November 2014 | €1 EUR = $1.2429 | Euro US Dollar rate for 12/11/2014 |
| Thursday 13 November 2014 | €1 EUR = $1.2474 | Euro US Dollar rate for 13/11/2014 |
| Friday 14 November 2014 | €1 EUR = $1.2526 | Euro US Dollar rate for 14/11/2014 |
| Saturday 15 November 2014 | €1 EUR = $1.2526 | Euro US Dollar rate for 15/11/2014 |
| Sunday 16 November 2014 | €1 EUR = $1.252 | Euro US Dollar rate for 16/11/2014 |
| Monday 17 November 2014 | €1 EUR = $1.2448 | Euro US Dollar rate for 17/11/2014 |
| Tuesday 18 November 2014 | €1 EUR = $1.2532 | Euro US Dollar rate for 18/11/2014 |
| Wednesday 19 November 2014 | €1 EUR = $1.2539 | Euro US Dollar rate for 19/11/2014 |
| Thursday 20 November 2014 | €1 EUR = $1.2543 | Euro US Dollar rate for 20/11/2014 |
| Friday 21 November 2014 | €1 EUR = $1.2388 | Euro US Dollar rate for 21/11/2014 |
| Saturday 22 November 2014 | €1 EUR = $1.2388 | Euro US Dollar rate for 22/11/2014 |
| Sunday 23 November 2014 | €1 EUR = $1.2372 | Euro US Dollar rate for 23/11/2014 |
| Monday 24 November 2014 | €1 EUR = $1.2434 | Euro US Dollar rate for 24/11/2014 |
| Tuesday 25 November 2014 | €1 EUR = $1.2479 | Euro US Dollar rate for 25/11/2014 |
| Wednesday 26 November 2014 | €1 EUR = $1.2505 | Euro US Dollar rate for 26/11/2014 |
| Thursday 27 November 2014 | €1 EUR = $1.246 | Euro US Dollar rate for 27/11/2014 |
| Friday 28 November 2014 | €1 EUR = $1.2451 | Euro US Dollar rate for 28/11/2014 |
| Saturday 29 November 2014 | €1 EUR = $1.2451 | Euro US Dollar rate for 29/11/2014 |
| Sunday 30 November 2014 | €1 EUR = $1.2436 | Euro US Dollar rate for 30/11/2014 |

Worst exchange rate of November 2014: *1.2372*, **Best exchange rate of November 2014:** *1.2552*, *Average exchange rate in November 2014*. **1.247**

## December 2014

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Monday 1 December 2014 | €1 EUR = $1.247 | Euro US Dollar rate for 01/12/2014 |
| Tuesday 2 December 2014 | €1 EUR = $1.2387 | Euro US Dollar rate for 02/12/2014 |
| Wednesday 3 December 2014 | €1 EUR = $1.2315 | Euro US Dollar rate for 03/12/2014 |
| Thursday 4 December 2014 | €1 EUR = $1.2386 | Euro US Dollar rate for 04/12/2014 |
| Friday 5 December 2014 | €1 EUR = $1.2285 | Euro US Dollar rate for 05/12/2014 |
| Saturday 6 December 2014 | €1 EUR = $1.2285 | Euro US Dollar rate for 06/12/2014 |
| Sunday 7 December 2014 | €1 EUR = $1.2294 | Euro US Dollar rate for 07/12/2014 |
| Monday 8 December 2014 | €1 EUR = $1.2314 | Euro US Dollar rate for 08/12/2014 |
| Tuesday 9 December 2014 | €1 EUR = $1.2388 | Euro US Dollar rate for 09/12/2014 |
| Wednesday 10 December 2014 | €1 EUR = S1.2483 | Euro US Dollar rate for 10/12/2014 |
| Thursday 11 December 2014 | €1 EUR = $1.2393 | Euro US Dollar rate for 11/12/2014 |
| Friday 12 December 2014 | €1 EUR = $1.2462 | Euro US Dollar rate for 12/12/2014 |
| Saturday 13 December 2014 | €1 EUR = $1.2462 | Euro US Dollar rate for 13/12/2014 |
| Sunday 14 December 2014 | €1 EUR = S1.2464 | Euro US Dollar rate for 14/12/2014 |
| Monday 15 December 2014 | €1 EUR = $1.2442 | Euro US Dollar rate for 15/12/2014 |
| Tuesday 16 December 2014 | €1 EUR = $1.251 | Euro US Dollar rate for 16/12/2014 |
| Wednesday 17 December 2014 | €1 EUR = $1.2336 | Euro US Dollar rate for 17/12/2014 |
| Thursday 18 December 2014 | €1 EUR = $1.2289 | Euro US Dollar rate for 18/12/2014 |
| Friday 19 December 2014 | €1 EUR = $1.2228 | Euro US Dollar rate for 19/12/2014 |
| Saturday 20 December 2014 | €1 EUR = $1.2228 | Euro US Dollar rate for 20/12/2014 |
| Sunday 21 December 2014 | €1 EUR = $1.2225 | Euro US Dollar rate for 21/12/2014 |
| Monday 22 December 2014 | €1 EUR = $1.2223 | Euro US Dollar rate for 22/12/2014 |
| Tuesday 23 December 2014 | €1 EUR = $1.2174 | Euro US Dollar rate for 23/12/2014 |
| Wednesday 24 December 2014 | €1 EUR = $1.2189 | Euro US Dollar rate for 24/12/2014 |
| Thursday 25 December 2014 | €1 EUR = $1.2207 | Euro US Dollar rate for 25/12/2014 |
| Friday 26 December 2014 | €1 EUR = $1.2179 | Euro US Dollar rate for 26/12/2014 |
| Saturday 27 December 2014 | €1 EUR = $1.2179 | Euro US Dollar rate for 27/12/2014 |
| Sunday 28 December 2014 | €1 EUR = $1.2169 | Euro US Dollar rate for 28/12/2014 |
| Monday 29 December 2014 | €1 EUR = $1.2154 | Euro US Dollar rate for 29/12/2014 |
| Tuesday 30 December 2014 | €1 EUR = $1.2162 | Euro US Dollar rate for 30/12/2014 |
| Wednesday 31 December 2014 | €1 EUR = $1.2107 | Euro US Dollar rate for 31/12/2014 |

Worst exchange rate of December 2014: *1.2107*, **Best exchange rate of December 2014: *1.251*,** *Average exchange rate in December 2014: 1.2303*

**Lowest e**

Sasa Maslic
Tesla - Fremont, California
February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_02_26 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_02_27 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_02_28 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_01 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 8 | 3 | 11 | $9.00 | $72.00 | $13.50 | $40.50 | $112.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.94/US 4 | |
| Weekly Total | | | | 32 | 21 | 53 | | $288.00 | | $283.50 | $571.50 | $181.24 | $390.26 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_03_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_06 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_07 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_03_08 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.94/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.24 | $921.26 |

Sasa Maslic
Tesla - Fremont, California
February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_03_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_13 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_14 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_03_15 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.94/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.24 | $921.26 |
| | | | | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| Pay Period | Start Time | Lunch Break | End Time | | | | | | | | | | |
| 2015_03_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_20 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_21 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_03_22 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.94/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.24 | $921.26 |

Sasa Maslic
Tesla - Fremont, California
February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_03_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_27 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_28 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_03_29 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.94/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.24 | $921.26 |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_03_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_31 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_03 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_04 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_04_05 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.17 | $921.33 |

Sasa Maslic
Tesla - Fremont, California
February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_04_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_10 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_11 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_04_12 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.17 | $921.33 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_04_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_17 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_18 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_04_19 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.17 | $921.33 |

Sasa Maslic
Tesla - Fremont, California
February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_04_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_24 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_25 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_04_26 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.17 | $921.33 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_04_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_01 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_02 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_05_03 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $724.67/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $181.17 | $921.33 |

Sasa Maslic
Tesla - Fremont, California
February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_05_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_08 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_09 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_05_10 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $747.65/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.91 | $915.59 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_05_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_15 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_16 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_05_17 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $747.65/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.91 | $915.59 |

Sasa Maslic

Tesla - Fremont, California

February 26, 2015 through May 31, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_05_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_22 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_23 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_05_24 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $747.65/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.91 | $915.59 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_05_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_29 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_05_30 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_05_31 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $747.65/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.91 | $915.59 |

## February 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Sunday 1 February 2015 | €1 EUR = $1.1308 | Euro US Dollar rate for 01/02/2015 |
| Monday 2 February 2015 | €1 EUR = $1.134 | Euro US Dollar rate for 02/02/2015 |
| Tuesday 3 February 2015 | €1 EUR = $1.1457 | Euro US Dollar rate for 03/02/2015 |
| Wednesday 4 February 2015 | €1 EUR = $1.1318 | Euro US Dollar rate for 04/02/2015 |
| Thursday 5 February 2015 | €1 EUR = $1.1472 | Euro US Dollar rate for 05/02/2015 |
| Friday 6 February 2015 | €1 EUR = $1.1314 | Euro US Dollar rate for 06/02/2015 |
| Saturday 7 February 2015 | €1 EUR = $1.1314 | Euro US Dollar rate for 07/02/2015 |
| Sunday 8 February 2015 | €1 EUR = $1.1314 | Euro US Dollar rate for 08/02/2015 |
| Monday 9 February 2015 | €1 EUR = $1.1324 | Euro US Dollar rate for 09/02/2015 |
| Tuesday 10 February 2015 | €1 EUR = $1.132 | Euro US Dollar rate for 10/02/2015 |
| Wednesday 11 February 2015 | €1 EUR = $1.131 | Euro US Dollar rate for 11/02/2015 |
| Thursday 12 February 2015 | €1 EUR = $1.1403 | Euro US Dollar rate for 12/02/2015 |
| Friday 13 February 2015 | €1 EUR = $1.1393 | Euro US Dollar rate for 13/02/2015 |
| Saturday 14 February 2015 | €1 EUR = $1.1393 | Euro US Dollar rate for 14/02/2015 |
| Sunday 15 February 2015 | €1 EUR = $1.1398 | Euro US Dollar rate for 15/02/2015 |
| Monday 16 February 2015 | €1 EUR = $1.1332 | Euro US Dollar rate for 16/02/2015 |
| Tuesday 17 February 2015 | €1 EUR = $1.1404 | Euro US Dollar rate for 17/02/2015 |
| Wednesday 18 February 2015 | €1 EUR = $1.14 | Euro US Dollar rate for 18/02/2015 |
| Thursday 19 February 2015 | €1 EUR = $1.1366 | Euro US Dollar rate for 19/02/2015 |
| Friday 20 February 2015 | €1 EUR = $1.138 | Euro US Dollar rate for 20/02/2015 |
| Saturday 21 February 2015 | €1 EUR = $1.138 | Euro US Dollar rate for 21/02/2015 |
| Sunday 22 February 2015 | €1 EUR = $1.1381 | Euro US Dollar rate for 22/02/2015 |
| Monday 23 February 2015 | €1 EUR = $1.1333 | Euro US Dollar rate for 23/02/2015 |
| Tuesday 24 February 2015 | €1 EUR = $1.1339 | Euro US Dollar rate for 24/02/2015 |
| Wednesday 25 February 2015 | €1 EUR = $1.1364 | Euro US Dollar rate for 25/02/2015 |
| Thursday 26 February 2015 | €1 EUR = $1.1203 | Euro US Dollar rate for 26/02/2015 |
| Friday 27 February 2015 | €1 EUR = $1.1197 | Euro US Dollar rate for 27/02/2015 |
| Saturday 28 February 2015 | €1 EUR = $1.1197 | Euro US Dollar rate for 28/02/2015 |

Worst exchange rate of February 2015: *1.1197*, Best exchange rate of February 2015: *1.1472*. Average exchange rate in February 2015: *1.1345*

## March 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Sunday 1 March 2015 | €1 EUR = $1.1161 | Euro US Dollar rate for 01/03/2015 |
| Monday 2 March 2015 | €1 EUR = $1.1177 | Euro US Dollar rate for 02/03/2015 |
| Tuesday 3 March 2015 | €1 EUR = $1.1183 | Euro US Dollar rate for 03/03/2015 |
| Wednesday 4 March 2015 | €1 EUR = $1.1079 | Euro US Dollar rate for 04/03/2015 |
| Thursday 5 March 2015 | €1 EUR = $1.1032 | Euro US Dollar rate for 05/03/2015 |
| Friday 6 March 2015 | €1 EUR = $1.0843 | Euro US Dollar rate for 06/03/2015 |
| Saturday 7 March 2015 | €1 EUR = $1.0843 | Euro US Dollar rate for 07/03/2015 |
| Sunday 8 March 2015 | €1 EUR = $1.0845 | Euro US Dollar rate for 08/03/2015 |
| Monday 9 March 2015 | €1 EUR = $1.0834 | Euro US Dollar rate for 09/03/2015 |
| Tuesday 10 March 2015 | €1 EUR = $1.0707 | Euro US Dollar rate for 10/03/2015 |
| Wednesday 11 March 2015 | €1 EUR = $1.0548 | Euro US Dollar rate for 11/03/2015 |
| Thursday 12 March 2015 | €1 EUR = $1.0624 | Euro US Dollar rate for 12/03/2015 |
| Friday 13 March 2015 | €1 EUR = $1.0495 | Euro US Dollar rate for 13/03/2015 |
| Saturday 14 March 2015 | €1 EUR = $1.0495 | Euro US Dollar rate for 14/03/2015 |
| Sunday 15 March 2015 | €1 EUR = $1.0481 | Euro US Dollar rate for 15/03/2015 |
| Monday 16 March 2015 | €1 EUR = $1.0572 | Euro US Dollar rate for 16/03/2015 |
| Tuesday 17 March 2015 | €1 EUR = $1.0595 | Euro US Dollar rate for 17/03/2015 |
| Wednesday 18 March 2015 | €1 EUR = $1.0848 | Euro US Dollar rate for 18/03/2015 |
| Thursday 19 March 2015 | €1 EUR = $1.0669 | Euro US Dollar rate for 19/03/2015 |
| Friday 20 March 2015 | €1 EUR = $1.0821 | Euro US Dollar rate for 20/03/2015 |
| Saturday 21 March 2015 | €1 EUR = $1.0821 | Euro US Dollar rate for 21/03/2015 |
| Sunday 22 March 2015 | €1 EUR = $1.0824 | Euro US Dollar rate for 22/03/2015 |
| Monday 23 March 2015 | €1 EUR = $1.0947 | Euro US Dollar rate for 23/03/2015 |
| Tuesday 24 March 2015 | €1 EUR = $1.0903 | Euro US Dollar rate for 24/03/2015 |
| Wednesday 25 March 2015 | €1 EUR = $1.0962 | Euro US Dollar rate for 25/03/2015 |
| Thursday 26 March 2015 | €1 EUR = $1.0885 | Euro US Dollar rate for 26/03/2015 |
| Friday 27 March 2015 | €1 EUR = $1.0891 | Euro US Dollar rate for 27/03/2015 |
| Saturday 28 March 2015 | €1 EUR = $1.0891 | Euro US Dollar rate for 28/03/2015 |
| Sunday 29 March 2015 | €1 EUR = $1.0887 | Euro US Dollar rate for 29/03/2015 |
| Monday 30 March 2015 | €1 EUR = $1.083 | Euro US Dollar rate for 30/03/2015 |
| Tuesday 31 March 2015 | €1 EUR = $1.0739 | Euro US Dollar rate for 31/03/2015 |

Worst exchange rate of March 2015: *1.0481*, **Best exchange rate of March 2015**: *1.1183* *Average exchange rate in March 2015*: *1.082*

## April 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Wednesday 1 April 2015 | €1 EUR = $1.077 | Euro US Dollar rate for 01/04/2015 |
| Thursday 2 April 2015 | €1 EUR = $1.0877 | Euro US Dollar rate for 02/04/2015 |
| Friday 3 April 2015 | €1 EUR = $1.0969 | Euro US Dollar rate for 03/04/2015 |
| Saturday 4 April 2015 | €1 EUR = $1.0969 | Euro US Dollar rate for 04/04/2015 |
| Sunday 5 April 2015 | €1 EUR = $1.1004 | Euro US Dollar rate for 05/04/2015 |
| Monday 6 April 2015 | €1 EUR = $1.0933 | Euro US Dollar rate for 06/04/2015 |
| Tuesday 7 April 2015 | €1 EUR = $1.0825 | Euro US Dollar rate for 07/04/2015 |
| Wednesday 8 April 2015 | €1 EUR = $1.0784 | Euro US Dollar rate for 08/04/2015 |
| Thursday 9 April 2015 | €1 EUR = $1.0664 | Euro US Dollar rate for 09/04/2015 |
| Friday 10 April 2015 | €1 EUR = $1.0603 | Euro US Dollar rate for 10/04/2015 |
| Saturday 11 April 2015 | €1 EUR = $1.0603 | Euro US Dollar rate for 11/04/2015 |
| Sunday 12 April 2015 | €1 EUR = $1.0614 | Euro US Dollar rate for 12/04/2015 |
| Monday 13 April 2015 | €1 EUR = $1.0572 | Euro US Dollar rate for 13/04/2015 |
| Tuesday 14 April 2015 | €1 EUR = $1.0651 | Euro US Dollar rate for 14/04/2015 |
| Wednesday 15 April 2015 | €1 EUR = $1.0676 | Euro US Dollar rate for 15/04/2015 |
| Thursday 16 April 2015 | €1 EUR = $1.076 | Euro US Dollar rate for 16/04/2015 |
| Friday 17 April 2015 | €1 EUR = $1.0808 | Euro US Dollar rate for 17/04/2015 |
| Saturday 18 April 2015 | €1 EUR = $1.0808 | Euro US Dollar rate for 18/04/2015 |
| Sunday 19 April 2015 | €1 EUR = $1.0794 | Euro US Dollar rate for 19/04/2015 |
| Monday 20 April 2015 | €1 EUR = $1.0738 | Euro US Dollar rate for 20/04/2015 |
| Tuesday 21 April 2015 | €1 EUR = $1.0737 | Euro US Dollar rate for 21/04/2015 |
| Wednesday 22 April 2015 | €1 EUR = $1.072 | Euro US Dollar rate for 22/04/2015 |
| Thursday 23 April 2015 | €1 EUR = $1.0816 | Euro US Dollar rate for 23/04/2015 |
| Friday 24 April 2015 | €1 EUR = $1.0875 | Euro US Dollar rate for 24/04/2015 |
| Saturday 25 April 2015 | €1 EUR = $1.0875 | Euro US Dollar rate for 25/04/2015 |
| Sunday 26 April 2015 | €1 EUR = $1.0863 | Euro US Dollar rate for 26/04/2015 |
| Monday 27 April 2015 | €1 EUR = $1.0876 | Euro US Dollar rate for 27/04/2015 |
| Tuesday 28 April 2015 | €1 EUR = $1.0975 | Euro US Dollar rate for 28/04/2015 |
| Wednesday 29 April 2015 | €1 EUR = $1.1117 | Euro US Dollar rate for 29/04/2015 |
| Thursday 30 April 2015 | €1 EUR = $1.1213 | Euro US Dollar rate for 30/04/2015 |

Worst exchange rate of April 2015: *1.0572*, Best exchange rate of April 2015: *1.1213*. Average exchange rate in April 2015: *1.0816*

## May 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Friday 1 May 2015 | €1 EUR = $1.1198 | Euro US Dollar rate for 01/05/2015 |
| Saturday 2 May 2015 | €1 EUR = $1.1198 | Euro US Dollar rate for 02/05/2015 |
| Sunday 3 May 2015 | €1 EUR = $1.1185 | Euro US Dollar rate for 03/05/2015 |
| Monday 4 May 2015 | €1 EUR = $1.1146 | Euro US Dollar rate for 04/05/2015 |
| Tuesday 5 May 2015 | €1 EUR = $1.1179 | Euro US Dollar rate for 05/05/2015 |
| Wednesday 6 May 2015 | €1 EUR = $1.1343 | Euro US Dollar rate for 06/05/2015 |
| Thursday 7 May 2015 | €1 EUR = $1.1242 | Euro US Dollar rate for 07/05/2015 |
| Friday 8 May 2015 | €1 EUR = $1.1202 | Euro US Dollar rate for 08/05/2015 |
| Saturday 9 May 2015 | €1 EUR = $1.1202 | Euro US Dollar rate for 09/05/2015 |
| Sunday 10 May 2015 | €1 EUR = $1.1196 | Euro US Dollar rate for 10/05/2015 |
| Monday 11 May 2015 | €1 EUR = $1.115 | Euro US Dollar rate for 11/05/2015 |
| Tuesday 12 May 2015 | €1 EUR = $1.1216 | Euro US Dollar rate for 12/05/2015 |
| Wednesday 13 May 2015 | €1 EUR = $1.1355 | Euro US Dollar rate for 13/05/2015 |
| Thursday 14 May 2015 | €1 EUR = $1.1404 | Euro US Dollar rate for 14/05/2015 |
| Friday 15 May 2015 | €1 EUR = $1.1451 | Euro US Dollar rate for 15/05/2015 |
| Saturday 16 May 2015 | €1 EUR = $1.1451 | Euro US Dollar rate for 16/05/2015 |
| Sunday 17 May 2015 | €1 EUR = $1.144 | Euro US Dollar rate for 17/05/2015 |
| Monday 18 May 2015 | €1 EUR = $1.1315 | Euro US Dollar rate for 18/05/2015 |
| Tuesday 19 May 2015 | €1 EUR = $1.1146 | Euro US Dollar rate for 19/05/2015 |
| Wednesday 20 May 2015 | €1 EUR = $1.1095 | Euro US Dollar rate for 20/05/2015 |
| Thursday 21 May 2015 | €1 EUR = $1.1108 | Euro US Dollar rate for 21/05/2015 |
| Friday 22 May 2015 | €1 EUR = $1.1012 | Euro US Dollar rate for 22/05/2015 |
| Saturday 23 May 2015 | €1 EUR = $1.1012 | Euro US Dollar rate for 23/05/2015 |
| Sunday 24 May 2015 | €1 EUR = $1.1002 | Euro US Dollar rate for 24/05/2015 |
| Monday 25 May 2015 | €1 EUR = $1.0978 | Euro US Dollar rate for 25/05/2015 |
| Tuesday 26 May 2015 | €1 EUR = $1.0887 | Euro US Dollar rate for 26/05/2015 |
| Wednesday 27 May 2015 | €1 EUR = $1.0905 | Euro US Dollar rate for 27/05/2015 |
| Thursday 28 May 2015 | €1 EUR = $1.097 | Euro US Dollar rate for 28/05/2015 |
| Friday 29 May 2015 | €1 EUR = $1.0989 | Euro US Dollar rate for 29/05/2015 |
| Saturday 30 May 2015 | €1 EUR = $1.0989 | Euro US Dollar rate for 30/05/2015 |
| Sunday 31 May 2015 | €1 EUR = $1.0965 | Euro US Dollar rate for 31/05/2015 |

Worst exchange rate of May 2015: *1.0887*, **Best exchange rate of May 2015:** *1.1451*, *Average exchange rate in May 2015: 1.1159*

Sasa Maslic

Tesla - Fremont, California

June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_06_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_06_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_03 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_04 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_07_05 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $737.13/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $184.28 | $918.22 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_07_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_10 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_11 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_07_12 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $737.13/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $184.28 | $918.22 |

Sasa Maslic
Tesla - Fremont, California
June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_07_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_17 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_18 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_07_19 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $737.13/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $184.28 | $918.22 |
| | | | | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| Pay Period | Start Time | Lunch Break | End Time | | | | | | | | | | |
| 2015_07_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_24 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_25 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_07_26 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $737.13/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $184.28 | $918.22 |

Sasa Maslic
Tesla - Fremont, California
June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_07_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_07_31 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_01 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_08_02 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $737.13/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $184.28 | $918.22 |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_08_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_07 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_08 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_08_09 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $746.40/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.60 | $915.90 |

Sasa Maslic

Tesla - Fremont, California

June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_08_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_14 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_15 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_08_16 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $746.40/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.60 | $915.90 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_08_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_21 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_22 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_08_23 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $746.40/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.60 | $915.90 |

Sasa Maslic
Tesla - Fremont, California
June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_08_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_28 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_08_29 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_08_30 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $746.40/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $186.60 | $915.90 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_08_31 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_04 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_05 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_09_06 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $752.88/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $188.22 | $914.28 |

Sasa Maslic
Tesla - Fremont, California
June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_09_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_11 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_12 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_09_13 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $752.88/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $188.22 | $914.28 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_09_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_18 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_19 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_09_20 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $752.88/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $188.22 | $914.28 |

Sasa Maslic
Tesla - Fremont, California
June 29, 2015 through September 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_09_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_25 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_09_26 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_09_27 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $752.88/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $188.22 | $914.28 |

## July 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Wednesday 1 July 2015 | €1 EUR = $1.1044 | Euro US Dollar rate for 01/07/2015 |
| Thursday 2 July 2015 | €1 EUR = $1.109 | Euro US Dollar rate for 02/07/2015 |
| Friday 3 July 2015 | €1 EUR = $1.1115 | Euro US Dollar rate for 03/07/2015 |
| Saturday 4 July 2015 | €1 EUR = $1.1115 | Euro US Dollar rate for 04/07/2015 |
| Sunday 5 July 2015 | €1 EUR = $1.1024 | Euro US Dollar rate for 05/07/2015 |
| Monday 6 July 2015 | €1 EUR = $1.1055 | Euro US Dollar rate for 06/07/2015 |
| Tuesday 7 July 2015 | €1 EUR = $1.1004 | Euro US Dollar rate for 07/07/2015 |
| Wednesday 8 July 2015 | €1 EUR = $1.1074 | Euro US Dollar rate for 08/07/2015 |
| Thursday 9 July 2015 | €1 EUR = $1.1072 | Euro US Dollar rate for 09/07/2015 |
| Friday 10 July 2015 | €1 EUR = $1.1159 | Euro US Dollar rate for 10/07/2015 |
| Saturday 11 July 2015 | €1 EUR = $1.1159 | Euro US Dollar rate for 11/07/2015 |
| Sunday 12 July 2015 | €1 EUR = $1.1121 | Euro US Dollar rate for 12/07/2015 |
| Monday 13 July 2015 | €1 EUR = $1.1009 | Euro US Dollar rate for 13/07/2015 |
| Tuesday 14 July 2015 | €1 EUR = $1.1013 | Euro US Dollar rate for 14/07/2015 |
| Wednesday 15 July 2015 | €1 EUR = $1.0957 | Euro US Dollar rate for 15/07/2015 |
| Thursday 16 July 2015 | €1 EUR = $1.088 | Euro US Dollar rate for 16/07/2015 |
| Friday 17 July 2015 | €1 EUR = $1.0829 | Euro US Dollar rate for 17/07/2015 |
| Saturday 18 July 2015 | €1 EUR = $1.0829 | Euro US Dollar rate for 18/07/2015 |
| Sunday 19 July 2015 | €1 EUR = $1.0839 | Euro US Dollar rate for 19/07/2015 |
| Monday 20 July 2015 | €1 EUR = $1.0829 | Euro US Dollar rate for 20/07/2015 |
| Tuesday 21 July 2015 | €1 EUR = $1.0937 | Euro US Dollar rate for 21/07/2015 |
| Wednesday 22 July 2015 | €1 EUR = $1.0929 | Euro US Dollar rate for 22/07/2015 |
| Thursday 23 July 2015 | €1 EUR = $1.0984 | Euro US Dollar rate for 23/07/2015 |
| Friday 24 July 2015 | €1 EUR = $1.0984 | Euro US Dollar rate for 24/07/2015 |
| Saturday 25 July 2015 | €1 EUR = $1.0984 | Euro US Dollar rate for 25/07/2015 |
| Sunday 26 July 2015 | €1 EUR = $1.0976 | Euro US Dollar rate for 26/07/2015 |
| Monday 27 July 2015 | €1 EUR = $1.1087 | Euro US Dollar rate for 27/07/2015 |
| Tuesday 28 July 2015 | €1 EUR = $1.1063 | Euro US Dollar rate for 28/07/2015 |
| Wednesday 29 July 2015 | €1 EUR = $1.0988 | Euro US Dollar rate for 29/07/2015 |
| Thursday 30 July 2015 | €1 EUR = $1.0932 | Euro US Dollar rate for 30/07/2015 |
| Friday 31 July 2015 | €1 EUR = $1.0984 | Euro US Dollar rate for 31/07/2015 |

Worst exchange rate of July 2015: *1.0829*, Best exchange rate of July 2015: *1.1159*, Average exchange rate in July 2015: *1.1002*

## August 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|------|------------------------------------------|---|
| Saturday 1 August 2015 | €1 EUR = $1.0984 | Euro US Dollar rate for 01/08/2015 |
| Sunday 2 August 2015 | €1 EUR = $1.0976 | Euro US Dollar rate for 02/08/2015 |
| Monday 3 August 2015 | €1 EUR = $1.0954 | Euro US Dollar rate for 03/08/2015 |
| Tuesday 4 August 2015 | €1 EUR = $1.089 | Euro US Dollar rate for 04/08/2015 |
| Wednesday 5 August 2015 | €1 EUR = $1.0902 | Euro US Dollar rate for 05/08/2015 |
| Thursday 6 August 2015 | €1 EUR = $1.0927 | Euro US Dollar rate for 06/08/2015 |
| Friday 7 August 2015 | €1 EUR = $1.0968 | Euro US Dollar rate for 07/08/2015 |
| Saturday 8 August 2015 | €1 EUR = $1.0968 | Euro US Dollar rate for 08/08/2015 |
| Sunday 9 August 2015 | €1 EUR = $1.0965 | Euro US Dollar rate for 09/08/2015 |
| Monday 10 August 2015 | €1 EUR = $1.1018 | Euro US Dollar rate for 10/08/2015 |
| Tuesday 11 August 2015 | €1 EUR = $1.1045 | Euro US Dollar rate for 11/08/2015 |
| Wednesday 12 August 2015 | €1 EUR = $1.1156 | Euro US Dollar rate for 12/08/2015 |
| Thursday 13 August 2015 | €1 EUR = $1.1155 | Euro US Dollar rate for 13/08/2015 |
| Friday 14 August 2015 | €1 EUR = $1.1109 | Euro US Dollar rate for 14/08/2015 |
| Saturday 15 August 2015 | €1 EUR = $1.1109 | Euro US Dollar rate for 15/08/2015 |
| Sunday 16 August 2015 | €1 EUR = $1.1106 | Euro US Dollar rate for 16/08/2015 |
| Monday 17 August 2015 | €1 EUR = $1.1077 | Euro US Dollar rate for 17/08/2015 |
| Tuesday 18 August 2015 | €1 EUR = $1.1027 | Euro US Dollar rate for 18/08/2015 |
| Wednesday 19 August 2015 | €1 EUR = $1.1116 | Euro US Dollar rate for 19/08/2015 |
| Thursday 20 August 2015 | €1 EUR = $1.1233 | Euro US Dollar rate for 20/08/2015 |
| Friday 21 August 2015 | €1 EUR = $1.1387 | Euro US Dollar rate for 21/08/2015 |
| Saturday 22 August 2015 | €1 EUR = $1.1387 | Euro US Dollar rate for 22/08/2015 |
| Sunday 23 August 2015 | €1 EUR = $1.1392 | Euro US Dollar rate for 23/08/2015 |
| Monday 24 August 2015 | €1 EUR = $1.1598 | Euro US Dollar rate for 24/08/2015 |
| Tuesday 25 August 2015 | €1 EUR = $1.1528 | Euro US Dollar rate for 25/08/2015 |
| Wednesday 26 August 2015 | €1 EUR = $1.1339 | Euro US Dollar rate for 26/08/2015 |
| Thursday 27 August 2015 | €1 EUR = $1.1242 | Euro US Dollar rate for 27/08/2015 |
| Friday 28 August 2015 | €1 EUR = $1.1184 | Euro US Dollar rate for 28/08/2015 |
| Saturday 29 August 2015 | €1 EUR = $1.1184 | Euro US Dollar rate for 29/08/2015 |
| Sunday 30 August 2015 | €1 EUR = $1.1198 | Euro US Dollar rate for 30/08/2015 |
| Monday 31 August 2015 | €1 EUR = $1.1218 | Euro US Dollar rate for 31/08/2015 |

Worst exchange rate of August 2015: *1.089*, Best exchange rate of August 2015: *1.1598*. Average exchange rate in August 2015: *1.114*

## September 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Tuesday 1 September 2015 | €1 EUR = $1.13 | Euro US Dollar rate for 01/09/2015 |
| Wednesday 2 September 2015 | €1 EUR = $1.122 | Euro US Dollar rate for 02/09/2015 |
| Thursday 3 September 2015 | €1 EUR = $1.112 | Euro US Dollar rate for 03/09/2015 |
| Friday 4 September 2015 | €1 EUR = $1.115 | Euro US Dollar rate for 04/09/2015 |
| Saturday 5 September 2015 | €1 EUR = $1.115 | Euro US Dollar rate for 05/09/2015 |
| Sunday 6 September 2015 | €1 EUR = $1.1144 | Euro US Dollar rate for 06/09/2015 |
| Monday 7 September 2015 | €1 EUR = $1.1172 | Euro US Dollar rate for 07/09/2015 |
| Tuesday 8 September 2015 | €1 EUR = $1.1208 | Euro US Dollar rate for 08/09/2015 |
| Wednesday 9 September 2015 | €1 EUR = $1.1218 | Euro US Dollar rate for 09/09/2015 |
| Thursday 10 September 2015 | €1 EUR = $1.1289 | Euro US Dollar rate for 10/09/2015 |
| Friday 11 September 2015 | €1 EUR = $1.1336 | Euro US Dollar rate for 11/09/2015 |
| Saturday 12 September 2015 | €1 EUR = $1.1336 | Euro US Dollar rate for 12/09/2015 |
| Sunday 13 September 2015 | €1 EUR = $1.1343 | Euro US Dollar rate for 13/09/2015 |
| Monday 14 September 2015 | €1 EUR = $1.1311 | Euro US Dollar rate for 14/09/2015 |
| Tuesday 15 September 2015 | €1 EUR = $1.1271 | Euro US Dollar rate for 15/09/2015 |
| Wednesday 16 September 2015 | €1 EUR = $1.1293 | Euro US Dollar rate for 16/09/2015 |
| Thursday 17 September 2015 | €1 EUR = $1.1415 | Euro US Dollar rate for 17/09/2015 |
| Friday 18 September 2015 | €1 EUR = $1.1299 | Euro US Dollar rate for 18/09/2015 |
| Saturday 19 September 2015 | €1 EUR = $1.1299 | Euro US Dollar rate for 19/09/2015 |
| Sunday 20 September 2015 | €1 EUR = $1.1296 | Euro US Dollar rate for 20/09/2015 |
| Monday 21 September 2015 | €1 EUR = $1.1187 | Euro US Dollar rate for 21/09/2015 |
| Tuesday 22 September 2015 | €1 EUR = $1.1131 | Euro US Dollar rate for 22/09/2015 |
| Wednesday 23 September 2015 | €1 EUR = $1.119 | Euro US Dollar rate for 23/09/2015 |
| Thursday 24 September 2015 | €1 EUR = $1.1177 | Euro US Dollar rate for 24/09/2015 |
| Friday 25 September 2015 | €1 EUR = $1.1199 | Euro US Dollar rate for 25/09/2015 |
| Saturday 26 September 2015 | €1 EUR = $1.1199 | Euro US Dollar rate for 26/09/2015 |
| Sunday 27 September 2015 | €1 EUR = $1.1192 | Euro US Dollar rate for 27/09/2015 |
| Monday 28 September 2015 | €1 EUR = $1.1235 | Euro US Dollar rate for 28/09/2015 |
| Tuesday 29 September 2015 | €1 EUR = $1.1257 | Euro US Dollar rate for 29/09/2015 |
| Wednesday 30 September 2015 | €1 EUR = $1.1172 | Euro US Dollar rate for 30/09/2015 |

Worst exchange rate of September 2015: *1.112*, Best exchange rate of September 2015: *1.1415*, Average exchange rate in September 2015: *1.1237*

Sasa Maslic

Tesla - Fremont, California

October 19, 2015 through December 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_10_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_23 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_24 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_10_25 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | 670,00/EU 4 $751.54/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $187.88 | $914.62 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_10_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_30 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_10_31 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_11_01 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | 670,00/EU 4 $751.54/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $187.88 | $914.62 |

Sasa Maslic

Tesla - Fremont, California

October 19, 2015 through December 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_11_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_06 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_07 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_11_08 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $718.64/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $179.66 | $922.84 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_11_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_13 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_14 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_11_15 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $718.64/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $179.66 | $922.84 |

Sasa Maslic
Tesla - Fremont, California
October 19, 2015 through December 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_11_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_20 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_21 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_11_22 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $718.64/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $179.66 | $922.84 |

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_11_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_27 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_11_28 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_11_29 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $718.64/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $179.66 | $922.84 |

Sasa Maslic
Tesla - Fremont, California
October 19, 2015 through December 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_11_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_04 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_05 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_12_06 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $730.50/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $182.63 | $919.87 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2015_12_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_11 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_12 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_12_13 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $730.50/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $182.63 | $919.87 |

Sasa Maslic
Tesla - Fremont, California
October 19, 2015 through December 27, 2015

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_12_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_18 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_19 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_12_20 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $730.50/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $182.63 | $919.87 |

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015_12_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_25 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_12_26 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2015_12_27 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $730.50/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $182.63 | $919.87 |

## October 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|------|------|------|
| Thursday 1 October 2015 | €1 EUR = $1.1192 | Euro US Dollar rate for 01/10/2015 |
| Friday 2 October 2015 | €1 EUR = $1.121 | Euro US Dollar rate for 02/10/2015 |
| Saturday 3 October 2015 | €1 EUR = $1.121 | Euro US Dollar rate for 03/10/2015 |
| Sunday 4 October 2015 | €1 EUR = $1.1215 | Euro US Dollar rate for 04/10/2015 |
| Monday 5 October 2015 | €1 EUR = $1.1191 | Euro US Dollar rate for 05/10/2015 |
| Tuesday 6 October 2015 | €1 EUR = $1.1267 | Euro US Dollar rate for 06/10/2015 |
| Wednesday 7 October 2015 | €1 EUR = $1.1235 | Euro US Dollar rate for 07/10/2015 |
| Thursday 8 October 2015 | €1 EUR = $1.1288 | Euro US Dollar rate for 08/10/2015 |
| Friday 9 October 2015 | €1 EUR = $1.1359 | Euro US Dollar rate for 09/10/2015 |
| Saturday 10 October 2015 | €1 EUR = $1.1359 | Euro US Dollar rate for 10/10/2015 |
| Sunday 11 October 2015 | €1 EUR = $1.1362 | Euro US Dollar rate for 11/10/2015 |
| Monday 12 October 2015 | €1 EUR = $1.1357 | Euro US Dollar rate for 12/10/2015 |
| Tuesday 13 October 2015 | €1 EUR = $1.1387 | Euro US Dollar rate for 13/10/2015 |
| Wednesday 14 October 2015 | €1 EUR = $1.1474 | Euro US Dollar rate for 14/10/2015 |
| Thursday 15 October 2015 | €1 EUR = $1.1376 | Euro US Dollar rate for 15/10/2015 |
| Friday 16 October 2015 | €1 EUR = $1.1349 | Euro US Dollar rate for 16/10/2015 |
| Saturday 17 October 2015 | €1 EUR = $1.1349 | Euro US Dollar rate for 17/10/2015 |
| Sunday 18 October 2015 | €1 EUR = $1.1353 | Euro US Dollar rate for 18/10/2015 |
| Monday 19 October 2015 | €1 EUR = $1.1328 | Euro US Dollar rate for 19/10/2015 |
| Tuesday 20 October 2015 | €1 EUR = $1.1353 | Euro US Dollar rate for 20/10/2015 |
| Wednesday 21 October 2015 | €1 EUR = $1.1339 | Euro US Dollar rate for 21/10/2015 |
| Thursday 22 October 2015 | €1 EUR = $1.1106 | Euro US Dollar rate for 22/10/2015 |
| Friday 23 October 2015 | €1 EUR = $1.1018 | Euro US Dollar rate for 23/10/2015 |
| Saturday 24 October 2015 | €1 EUR = $1.1018 | Euro US Dollar rate for 24/10/2015 |
| Sunday 25 October 2015 | €1 EUR = $1.1019 | Euro US Dollar rate for 25/10/2015 |
| Monday 26 October 2015 | €1 EUR = $1.106 | Euro US Dollar rate for 26/10/2015 |
| Tuesday 27 October 2015 | €1 EUR = $1.1033 | Euro US Dollar rate for 27/10/2015 |
| Wednesday 28 October 2015 | €1 EUR = $1.0923 | Euro US Dollar rate for 28/10/2015 |
| Thursday 29 October 2015 | €1 EUR = $1.0991 | Euro US Dollar rate for 29/10/2015 |
| Friday 30 October 2015 | €1 EUR = $1.1006 | Euro US Dollar rate for 30/10/2015 |
| Saturday 31 October 2015 | €1 EUR = $1.1006 | Euro US Dollar rate for 31/10/2015 |

Worst exchange rate of October 2015: *1.0923*, Best exchange rate of October 2015: *1.1474*, Average exchange rate in October 2015: *1.1217*

## November 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Sunday 1 November 2015 | €1 EUR = $1.1024 | Euro US Dollar rate for 01/11/2015 |
| Monday 2 November 2015 | €1 EUR = $1.1015 | Euro US Dollar rate for 02/11/2015 |
| Tuesday 3 November 2015 | €1 EUR = $1.0961 | Euro US Dollar rate for 03/11/2015 |
| Wednesday 4 November 2015 | €1 EUR = $1.0864 | Euro US Dollar rate for 04/11/2015 |
| Thursday 5 November 2015 | €1 EUR = $1.0884 | Euro US Dollar rate for 05/11/2015 |
| Friday 6 November 2015 | €1 EUR = $1.0741 | Euro US Dollar rate for 06/11/2015 |
| Saturday 7 November 2015 | €1 EUR = $1.0741 | Euro US Dollar rate for 07/11/2015 |
| Sunday 8 November 2015 | €1 EUR = $1.0731 | Euro US Dollar rate for 08/11/2015 |
| Monday 9 November 2015 | €1 EUR = $1.0759 | Euro US Dollar rate for 09/11/2015 |
| Tuesday 10 November 2015 | €1 EUR = $1.0736 | Euro US Dollar rate for 10/11/2015 |
| Wednesday 11 November 2015 | €1 EUR = $1.0763 | Euro US Dollar rate for 11/11/2015 |
| Thursday 12 November 2015 | €1 EUR = $1.0812 | Euro US Dollar rate for 12/11/2015 |
| Friday 13 November 2015 | €1 EUR = $1.0773 | Euro US Dollar rate for 13/11/2015 |
| Saturday 14 November 2015 | €1 EUR = $1.0773 | Euro US Dollar rate for 14/11/2015 |
| Sunday 15 November 2015 | €1 EUR = $1.07 | Euro US Dollar rate for 15/11/2015 |
| Monday 16 November 2015 | €1 EUR = $1.0687 | Euro US Dollar rate for 16/11/2015 |
| Tuesday 17 November 2015 | €1 EUR = $1.0643 | Euro US Dollar rate for 17/11/2015 |
| Wednesday 18 November 2015 | €1 EUR = $1.0669 | Euro US Dollar rate for 18/11/2015 |
| Thursday 19 November 2015 | €1 EUR = $1.0726 | Euro US Dollar rate for 19/11/2015 |
| Friday 20 November 2015 | €1 EUR = $1.0647 | Euro US Dollar rate for 20/11/2015 |
| Saturday 21 November 2015 | €1 EUR = $1.0647 | Euro US Dollar rate for 21/11/2015 |
| Sunday 22 November 2015 | €1 EUR = $1.0639 | Euro US Dollar rate for 22/11/2015 |
| Monday 23 November 2015 | €1 EUR = $1.0637 | Euro US Dollar rate for 23/11/2015 |
| Tuesday 24 November 2015 | €1 EUR = $1.0643 | Euro US Dollar rate for 24/11/2015 |
| Wednesday 25 November 2015 | €1 EUR = $1.0623 | Euro US Dollar rate for 25/11/2015 |
| Thursday 26 November 2015 | €1 EUR = $1.0604 | Euro US Dollar rate for 26/11/2015 |
| Friday 27 November 2015 | €1 EUR = $1.0596 | Euro US Dollar rate for 27/11/2015 |
| Saturday 28 November 2015 | €1 EUR = $1.0596 | Euro US Dollar rate for 28/11/2015 |
| Sunday 29 November 2015 | €1 EUR = $1.0583 | Euro US Dollar rate for 29/11/2015 |
| Monday 30 November 2015 | €1 EUR = $1.057 | Euro US Dollar rate for 30/11/2015 |

Worst exchange rate of November 2015: *1.057*, Best exchange rate of November 2015: *1.1024*, Average exchange rate in November 2015: *1.0726*

## December 2015

| Date | Euro to US Dollar Monthly Exchange Rates | |
|---|---|---|
| Tuesday 1 December 2015 | €1 EUR = $1.0626 | Euro US Dollar rate for 01/12/2015 |
| Wednesday 2 December 2015 | €1 EUR = $1.061 | Euro US Dollar rate for 02/12/2015 |
| Thursday 3 December 2015 | €1 EUR = $1.0917 | Euro US Dollar rate for 03/12/2015 |
| Friday 4 December 2015 | €1 EUR = $1.0878 | Euro US Dollar rate for 04/12/2015 |
| Saturday 5 December 2015 | €1 EUR = $1.0878 | Euro US Dollar rate for 05/12/2015 |
| Sunday 6 December 2015 | €1 EUR = $1.0881 | Euro US Dollar rate for 06/12/2015 |
| Monday 7 December 2015 | €1 EUR = $1.0834 | Euro US Dollar rate for 07/12/2015 |
| Tuesday 8 December 2015 | €1 EUR = $1.0893 | Euro US Dollar rate for 08/12/2015 |
| Wednesday 9 December 2015 | €1 EUR = $1.1014 | Euro US Dollar rate for 09/12/2015 |
| Thursday 10 December 2015 | €1 EUR = $1.0946 | Euro US Dollar rate for 10/12/2015 |
| Friday 11 December 2015 | €1 EUR = $1.0993 | Euro US Dollar rate for 11/12/2015 |
| Saturday 12 December 2015 | €1 EUR = $1.0993 | Euro US Dollar rate for 12/12/2015 |
| Sunday 13 December 2015 | €1 EUR = $1.098 | Euro US Dollar rate for 13/12/2015 |
| Monday 14 December 2015 | €1 EUR = $1.0991 | Euro US Dollar rate for 14/12/2015 |
| Tuesday 15 December 2015 | €1 EUR = $1.0935 | Euro US Dollar rate for 15/12/2015 |
| Wednesday 16 December 2015 | €1 EUR = $1.0874 | Euro US Dollar rate for 16/12/2015 |
| Thursday 17 December 2015 | €1 EUR = $1.0843 | Euro US Dollar rate for 17/12/2015 |
| Friday 18 December 2015 | €1 EUR = $1.0868 | Euro US Dollar rate for 18/12/2015 |
| Saturday 19 December 2015 | €1 EUR = $1.0868 | Euro US Dollar rate for 19/12/2015 |
| Sunday 20 December 2015 | €1 EUR = $1.0869 | Euro US Dollar rate for 20/12/2015 |
| Monday 21 December 2015 | €1 EUR = $1.0911 | Euro US Dollar rate for 21/12/2015 |
| Tuesday 22 December 2015 | €1 EUR = $1.0949 | Euro US Dollar rate for 22/12/2015 |
| Wednesday 23 December 2015 | €1 EUR = $1.0908 | Euro US Dollar rate for 23/12/2015 |
| Thursday 24 December 2015 | €1 EUR = $1.0951 | Euro US Dollar rate for 24/12/2015 |
| Friday 25 December 2015 | €1 EUR = $1.0951 | Euro US Dollar rate for 25/12/2015 |
| Saturday 26 December 2015 | €1 EUR = $1.0951 | Euro US Dollar rate for 26/12/2015 |
| Sunday 27 December 2015 | €1 EUR = $1.0964 | Euro US Dollar rate for 27/12/2015 |
| Monday 28 December 2015 | €1 EUR = $1.0974 | Euro US Dollar rate for 28/12/2015 |
| Tuesday 29 December 2015 | €1 EUR = $1.0926 | Euro US Dollar rate for 29/12/2015 |
| Wednesday 30 December 2015 | €1 EUR = $1.0933 | Euro US Dollar rate for 30/12/2015 |
| Thursday 31 December 2015 | €1 EUR = $1.0878 | Euro US Dollar rate for 31/12/2015 |

Worst exchange rate of December 2015: *1.061*, Best exchange rate of December 2015: *1.1014*, Average exchange rate in December 2015: *1.0903*

Sasa Maslic
Tesla - Fremont, California
February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_02_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_05 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_06 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_02_07 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $603.34/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.84 | $951.66 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2016_02_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_12 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_13 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_02_14 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $603.34/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.84 | $951.66 |

Sasa Maslic

Tesla - Fremont, California

February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_02_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_19 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_20 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_02_21 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $603.34/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.84 | $951.66 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2016_02_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_26 | 6:30 AM | 30 Mintues | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_02_27 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_02_29 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $603.34/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.84 | $951.66 |

Sasa Maslic
Tesla - Fremont, California
February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_02_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_01 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_02 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_03 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_04 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_05 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_03_06 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $601.46/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.37 | $952.13 |
| | | | | | | | | | | | | | |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2016_03_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_08 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_09 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_10 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_11 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_12 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_03_13 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $601.46/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.37 | $952.13 |

Sasa Maslic
Tesla - Fremont, California
February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_03_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_15 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_16 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_17 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_18 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_19 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_03_20 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $601.46/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.37 | $952.13 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2016_03_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_22 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_23 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_24 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_03_25 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_26 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_03_27 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $601.46/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $150.37 | $952.13 |

Sasa Maslic
Tesla - Fremont, California
February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_03_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_29 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_30 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_03_31 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_01 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_02 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_04_03 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $590.87/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $147.72 | $954.78 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2016_04_04 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_05 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_06 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_07 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_08 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_09 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_04_10 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $590.87/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $147.72 | $954.78 |

Sasa Maslic
Tesla - Fremont, California
February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_04_11 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_12 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_13 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_14 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_15 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_16 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_04_17 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $590.87/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $147.72 | $954.78 |
| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
| 2016_04_18 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_19 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_20 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_21 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_22 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_23 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| 2016_04_24 Sunday | 6:30 AM | 30 Minutes | 5:30 PM | 0 | 11 | 11 | | | $13.50 | $148.50 | $148.50 | | |
| | | | | | | | | | | | | $670,00/EU 4 $590.87/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $147.72 | $954.78 |

Sasa Maslic
Tesla - Fremont, California
February 1, 2016 through April 30, 2016

| Pay Period | Start Time | Lunch Break | End Time | Regular Hours Worked | Overtime Hours Worked | Total Hours Worked | California Minimum Base Pay Rate | Regular Wages Earned | California Overtime Base Pay | Overtime Wages Earned | Total Earned | Amount Paid (Monthly/4) | Underpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016_04_25 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2015_04_26 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_27 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_28 | 6:30 AM | 30 Minutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_29 | 6:30 AM | 30 Mintutes | 8:30 PM | 8 | 6 | 14 | $9.00 | $72.00 | $13.50 | $81.00 | $153.00 | | |
| 2016_04_30 Saturday | 6:30 AM | 30 Minutes | 8:30 PM | 0 | 14 | 14 | | | $13.50 | $189.00 | $189.00 | | |
| | | | | | | | | | | | | $670,00/EU 4 $590.87/US 4 | |
| Weekly Total | | | | 40 | 55 | 95 | | $360.00 | | $742.50 | $1,102.50 | $147.72 | $954.78 |

## January 2016

| Date | US Dollar to Euro Monthly Exchange Rates | |
|---|---|---|
| Friday 1 January 2016 | $1 USD = €0.9193 | US Dollar Euro rate for 01/01/2016 |
| Saturday 2 January 2016 | $1 USD = €0.9193 | US Dollar Euro rate for 02/01/2016 |
| Sunday 3 January 2016 | $1 USD = €0.9215 | US Dollar Euro rate for 03/01/2016 |
| Monday 4 January 2016 | $1 USD = €0.9239 | US Dollar Euro rate for 04/01/2016 |
| Tuesday 5 January 2016 | $1 USD = €0.9302 | US Dollar Euro rate for 05/01/2016 |
| Wednesday 6 January 2016 | $1 USD = €0.9279 | US Dollar Euro rate for 06/01/2016 |
| Thursday 7 January 2016 | $1 USD = €0.9152 | US Dollar Euro rate for 07/01/2016 |
| Friday 8 January 2016 | $1 USD = €0.9152 | US Dollar Euro rate for 08/01/2016 |
| Saturday 9 January 2016 | $1 USD = €0.9152 | US Dollar Euro rate for 09/01/2016 |
| Sunday 10 January 2016 | $1 USD = €0.9143 | US Dollar Euro rate for 10/01/2016 |
| Monday 11 January 2016 | $1 USD = €0.9211 | US Dollar Euro rate for 11/01/2016 |
| Tuesday 12 January 2016 | $1 USD = €0.9223 | US Dollar Euro rate for 12/01/2016 |
| Wednesday 13 January 2016 | $1 USD = €0.9187 | US Dollar Euro rate for 13/01/2016 |
| Thursday 14 January 2016 | $1 USD = €0.921 | US Dollar Euro rate for 14/01/2016 |
| Friday 15 January 2016 | $1 USD = €0.916 | US Dollar Euro rate for 15/01/2016 |
| Saturday 16 January 2016 | $1 USD = €0.916 | US Dollar Euro rate for 16/01/2016 |
| Sunday 17 January 2016 | $1 USD = €0.916 | US Dollar Euro rate for 17/01/2016 |
| Monday 18 January 2016 | $1 USD = €0.918 | US Dollar Euro rate for 18/01/2016 |
| Tuesday 19 January 2016 | $1 USD = €0.9165 | US Dollar Euro rate for 19/01/2016 |
| Wednesday 20 January 2016 | $1 USD = €0.9196 | US Dollar Euro rate for 20/01/2016 |
| Thursday 21 January 2016 | $1 USD = €0.9209 | US Dollar Euro rate for 21/01/2016 |
| Friday 22 January 2016 | $1 USD = €0.926 | US Dollar Euro rate for 22/01/2016 |
| Saturday 23 January 2016 | $1 USD = €0.926 | US Dollar Euro rate for 23/01/2016 |
| Sunday 24 January 2016 | $1 USD = €0.9262 | US Dollar Euro rate for 24/01/2016 |
| Monday 25 January 2016 | $1 USD = €0.9215 | US Dollar Euro rate for 25/01/2016 |
| Tuesday 26 January 2016 | $1 USD = €0.9207 | US Dollar Euro rate for 26/01/2016 |
| Wednesday 27 January 2016 | $1 USD = €0.9171 | US Dollar Euro rate for 27/01/2016 |
| Thursday 28 January 2016 | $1 USD = €0.9144 | US Dollar Euro rate for 28/01/2016 |
| Friday 29 January 2016 | $1 USD = €0.9233 | US Dollar Euro rate for 29/01/2016 |
| Saturday 30 January 2016 | $1 USD = €0.9233 | US Dollar Euro rate for 30/01/2016 |
| Sunday 31 January 2016 | $1 USD = €0.9238 | US Dollar Euro rate for 31/01/2016 |

Worst exchange rate of January 2016: *0.9143*, **Best exchange rate of January 2016:** *0.9302*, *Average exchange rate in January 2016:* **0.9203**

## February 2016

| Date | US Dollar to Euro Monthly Exchange Rates | |
|---|---|---|
| Monday 1 February 2016 | $1 USD = €0.9177 | US Dollar Euro rate for 01/02/2016 |
| Tuesday 2 February 2016 | $1 USD = €0.9159 | US Dollar Euro rate for 02/02/2016 |
| Wednesday 3 February 2016 | $1 USD = €0.9015 | US Dollar Euro rate for 03/02/2016 |
| Thursday 4 February 2016 | $1 USD = €0.8929 | US Dollar Euro rate for 04/02/2016 |
| Friday 5 February 2016 | $1 USD = €0.8964 | US Dollar Euro rate for 05/02/2016 |
| Saturday 6 February 2016 | $1 USD = €0.8964 | US Dollar Euro rate for 06/02/2016 |
| Sunday 7 February 2016 | $1 USD = €0.8973 | US Dollar Euro rate for 07/02/2016 |
| Monday 8 February 2016 | $1 USD = €0.8937 | US Dollar Euro rate for 08/02/2016 |
| Tuesday 9 February 2016 | $1 USD = €0.8859 | US Dollar Euro rate for 09/02/2016 |
| Wednesday 10 February 2016 | $1 USD = €0.8864 | US Dollar Euro rate for 10/02/2016 |
| Thursday 11 February 2016 | $1 USD = €0.8836 | US Dollar Euro rate for 11/02/2016 |
| Friday 12 February 2016 | $1 USD = €0.8886 | US Dollar Euro rate for 12/02/2016 |
| Saturday 13 February 2016 | $1 USD = €0.8886 | US Dollar Euro rate for 13/02/2016 |
| Sunday 14 February 2016 | $1 USD = €0.891 | US Dollar Euro rate for 14/02/2016 |
| Monday 15 February 2016 | $1 USD = €0.8947 | US Dollar Euro rate for 15/02/2016 |
| Tuesday 16 February 2016 | $1 USD = €0.8974 | US Dollar Euro rate for 16/02/2016 |
| Wednesday 17 February 2016 | $1 USD = €0.8992 | US Dollar Euro rate for 17/02/2016 |
| Thursday 18 February 2016 | $1 USD = €0.9002 | US Dollar Euro rate for 18/02/2016 |
| Friday 19 February 2016 | $1 USD = €0.8984 | US Dollar Euro rate for 19/02/2016 |
| Saturday 20 February 2016 | $1 USD = €0.8984 | US Dollar Euro rate for 20/02/2016 |
| Sunday 21 February 2016 | $1 USD = €0.8991 | US Dollar Euro rate for 21/02/2016 |
| Monday 22 February 2016 | $1 USD = €0.9069 | US Dollar Euro rate for 22/02/2016 |
| Tuesday 23 February 2016 | $1 USD = €0.9071 | US Dollar Euro rate for 23/02/2016 |
| Wednesday 24 February 2016 | $1 USD = €0.908 | US Dollar Euro rate for 24/02/2016 |
| Thursday 25 February 2016 | $1 USD = €0.9072 | US Dollar Euro rate for 25/02/2016 |
| Friday 26 February 2016 | $1 USD = €0.9146 | US Dollar Euro rate for 26/02/2016 |
| Saturday 27 February 2016 | $1 USD = €0.9146 | US Dollar Euro rate for 27/02/2016 |
| Sunday 28 February 2016 | $1 USD = €0.9154 | US Dollar Euro rate for 28/02/2016 |
| Monday 29 February 2016 | $1 USD = €0.9186 | US Dollar Euro rate for 29/02/2016 |

Worst exchange rate of February 2016: *0.8836*, Best exchange rate of February 2016: *0.9186*, Average exchange rate in February 2016: *0.9005*

# March 2016

| Date | US Dollar to Euro Monthly Exchange Rates | |
| --- | --- | --- |
| Tuesday 1 March 2016 | $1 USD = €0.9195 | US Dollar Euro rate for 01/03/2016 |
| Wednesday 2 March 2016 | $1 USD = €0.92 | US Dollar Euro rate for 02/03/2016 |
| Thursday 3 March 2016 | $1 USD = €0.9136 | US Dollar Euro rate for 03/03/2016 |
| Friday 4 March 2016 | $1 USD = €0.9085 | US Dollar Euro rate for 04/03/2016 |
| Saturday 5 March 2016 | $1 USD = €0.9085 | US Dollar Euro rate for 05/03/2016 |
| Sunday 6 March 2016 | $1 USD = €0.9096 | US Dollar Euro rate for 06/03/2016 |
| Monday 7 March 2016 | $1 USD = €0.9081 | US Dollar Euro rate for 07/03/2016 |
| Tuesday 8 March 2016 | $1 USD = €0.909 | US Dollar Euro rate for 08/03/2016 |
| Wednesday 9 March 2016 | $1 USD = €0.9102 | US Dollar Euro rate for 09/03/2016 |
| Thursday 10 March 2016 | $1 USD = €0.8948 | US Dollar Euro rate for 10/03/2016 |
| Friday 11 March 2016 | $1 USD = €0.897 | US Dollar Euro rate for 11/03/2016 |
| Saturday 12 March 2016 | $1 USD = €0.897 | US Dollar Euro rate for 12/03/2016 |
| Sunday 13 March 2016 | $1 USD = €0.8956 | US Dollar Euro rate for 13/03/2016 |
| Monday 14 March 2016 | $1 USD = €0.9008 | US Dollar Euro rate for 14/03/2016 |
| Tuesday 15 March 2016 | $1 USD = €0.9003 | US Dollar Euro rate for 15/03/2016 |
| Wednesday 16 March 2016 | $1 USD = €0.8915 | US Dollar Euro rate for 16/03/2016 |
| Thursday 17 March 2016 | $1 USD = €0.8837 | US Dollar Euro rate for 17/03/2016 |
| Friday 18 March 2016 | $1 USD = €0.8873 | US Dollar Euro rate for 18/03/2016 |
| Saturday 19 March 2016 | $1 USD = €0.8873 | US Dollar Euro rate for 19/03/2016 |
| Sunday 20 March 2016 | $1 USD = €0.8869 | US Dollar Euro rate for 20/03/2016 |
| Monday 21 March 2016 | $1 USD = €0.8901 | US Dollar Euro rate for 21/03/2016 |
| Tuesday 22 March 2016 | $1 USD = €0.8912 | US Dollar Euro rate for 22/03/2016 |
| Wednesday 23 March 2016 | $1 USD = €0.8947 | US Dollar Euro rate for 23/03/2016 |
| Thursday 24 March 2016 | $1 USD = €0.8956 | US Dollar Euro rate for 24/03/2016 |
| Friday 25 March 2016 | $1 USD = €0.8954 | US Dollar Euro rate for 25/03/2016 |
| Saturday 26 March 2016 | $1 USD = €0.8954 | US Dollar Euro rate for 26/03/2016 |
| Sunday 27 March 2016 | $1 USD = €0.896 | US Dollar Euro rate for 27/03/2016 |
| Monday 28 March 2016 | $1 USD = €0.8931 | US Dollar Euro rate for 28/03/2016 |
| Tuesday 29 March 2016 | $1 USD = €0.8858 | US Dollar Euro rate for 29/03/2016 |
| Wednesday 30 March 2016 | $1 USD = €0.8824 | US Dollar Euro rate for 30/03/2016 |
| Thursday 31 March 2016 | $1 USD = €0.8788 | US Dollar Euro rate for 31/03/2016 |

Worst exchange rate of March 2016: *0.8788*, **Best exchange rate of March 2016:** *0.92*, *Average exchange rate in March 2016: 0.8977*

## April 2016

| Date | US Dollar to Euro Monthly Exchange Rates | |
| --- | --- | --- |
| Friday 1 April 2016 | $1 USD = €0.878 | US Dollar Euro rate for 01/04/2016 |
| Saturday 2 April 2016 | $1 USD = €0.878 | US Dollar Euro rate for 02/04/2016 |
| Sunday 3 April 2016 | $1 USD = €0.8778 | US Dollar Euro rate for 03/04/2016 |
| Monday 4 April 2016 | $1 USD = €0.8781 | US Dollar Euro rate for 04/04/2016 |
| Tuesday 5 April 2016 | $1 USD = €0.8785 | US Dollar Euro rate for 05/04/2016 |
| Wednesday 6 April 2016 | $1 USD = €0.8774 | US Dollar Euro rate for 06/04/2016 |
| Thursday 7 April 2016 | $1 USD = €0.8793 | US Dollar Euro rate for 07/04/2016 |
| Friday 8 April 2016 | $1 USD = €0.8774 | US Dollar Euro rate for 08/04/2016 |
| Saturday 9 April 2016 | $1 USD = €0.8774 | US Dollar Euro rate for 09/04/2016 |
| Sunday 10 April 2016 | $1 USD = €0.8768 | US Dollar Euro rate for 10/04/2016 |
| Monday 11 April 2016 | $1 USD = €0.8764 | US Dollar Euro rate for 11/04/2016 |
| Tuesday 12 April 2016 | $1 USD = €0.8782 | US Dollar Euro rate for 12/04/2016 |
| Wednesday 13 April 2016 | $1 USD = €0.8864 | US Dollar Euro rate for 13/04/2016 |
| Thursday 14 April 2016 | $1 USD = €0.8876 | US Dollar Euro rate for 14/04/2016 |
| Friday 15 April 2016 | $1 USD = €0.8863 | US Dollar Euro rate for 15/04/2016 |
| Saturday 16 April 2016 | $1 USD = €0.8863 | US Dollar Euro rate for 16/04/2016 |
| Sunday 17 April 2016 | $1 USD = €0.8856 | US Dollar Euro rate for 17/04/2016 |
| Monday 18 April 2016 | $1 USD = €0.8842 | US Dollar Euro rate for 18/04/2016 |
| Tuesday 19 April 2016 | $1 USD = €0.8805 | US Dollar Euro rate for 19/04/2016 |
| Wednesday 20 April 2016 | $1 USD = €0.8848 | US Dollar Euro rate for 20/04/2016 |
| Thursday 21 April 2016 | $1 USD = €0.8859 | US Dollar Euro rate for 21/04/2016 |
| Friday 22 April 2016 | $1 USD = €0.8908 | US Dollar Euro rate for 22/04/2016 |
| Saturday 23 April 2016 | $1 USD = €0.8908 | US Dollar Euro rate for 23/04/2016 |
| Sunday 24 April 2016 | $1 USD = €0.8904 | US Dollar Euro rate for 24/04/2016 |
| Monday 25 April 2016 | $1 USD = €0.8875 | US Dollar Euro rate for 25/04/2016 |
| Tuesday 26 April 2016 | $1 USD = €0.885 | US Dollar Euro rate for 26/04/2016 |
| Wednesday 27 April 2016 | $1 USD = €0.8829 | US Dollar Euro rate for 27/04/2016 |
| Thursday 28 April 2016 | $1 USD = €0.8808 | US Dollar Euro rate for 28/04/2016 |
| Friday 29 April 2016 | $1 USD = €0.8738 | US Dollar Euro rate for 29/04/2016 |
| Saturday 30 April 2016 | $1 USD = €0.8738 | US Dollar Euro rate for 30/04/2016 |

Worst exchange rate of April 2016: *0.8738*, Best exchange rate of April 2016: *0.8908*, Average exchange rate in April 2016: *0.8819*

**Dom zdravlja Šamac**
**Služba za radiološku dijagnostiku**
**Saša Maslić 1964.g.**
**Uputna Dg.:** *M16*

**_11.05.2016.g._**
Rtg karlice sa kukovima:

Desni kuk:
Uočavaju se degenerativne promene u vidu  suženja acetabulofemoralnog zglobnog prostora sa sklerozacijom artikularnih površina i marginalnim osteoproduktivnim promenama u prilog koksartroze gradus 2(*Tönnis classification).*

Levi kuk:
Vidi se degenerativne promene u vidu početnog suženja acetabulofemoralnog zglobnog prostora i sklerozacije artikularne površine acetabuluma u prilog koksartroze gradus 1(*Tönnis classification).*

**_30.09.2021.god._**
Rtg karlice sa kukovima:

Desni kuk:
Uočavaju se izrazite degenerativne promene u vidu potpunog suženja acetabulofemoralnog zglobnog prostora sa sklerozacijom artikularnih površina, subhondralnim cistama i marginalnim osteoproduktivnim promenama u prilog koksartroze gradus 3. (*Tönnis classification).*

Levi kuk:
Vidi se degenerativne promene u vidu suženja acetabulofemoralnog zglobnog prostora i sklerozacije artikularne površine acetabuluma u prilog koksartroze gradus 1(*Tönnis classification).*

**_20.09.2022.god._**
Rtg karlice sa kukovima:

Desni kuk:
Uočava se kompletno suženje acetabulofemoralnog zglobnog prostora sa sklerozacijom i deformacijom artikularnih površina u prilog koksartroze gradus 3( Tönnis classification).

Levi kuk:
Vide se degenerativne promene u  acetabulofemoralnom zglobnom prostoru  u vidu suženja zglobnog prostora, sklerozacije artikularnih površina istih i marginalnih osteoproduktivnih promena  u prilog koksartroze gradus 2( Tönnis classification).



dr Sanja M. Petković
specijalista radiolog

***21.12.2022.***
**Komparacija radiografija karlice sa kukovima 11.05.2016.god, 30.09.2021. i 20.09.2022.**

***Komparacija radiografije karlice sa kukovima od 11.05.2016.g. sa radiografijom od 30.09.2021.g.:***
U komparaciji radiografija uočava se pogoršanje nalaza u smislu progresije koksartroze na desnom kuku sa gradusa 2 (Tönnis classification) na gradus 3 (Tönnis classification).
 Preostali nalaz je bez bitnijih promena.

***Komparacija radiografije karlice sa kukovima od 30.09.2021.g. sa radiografijom od 20.09.2022.g.:***
U komparaciji radiografija nalaz na desnom kuku je koksartroza gradus  3 (Tönnis classification) sa deformacijom artikularnih površina.
Na levom kuku došlo do progresije sa koksartroze gradus 1 (Tönnis classification) na koksartrozu gradus 2(Tönnis classification).
 Preostali nalaz je bez bitnijih promena.

dr Sanja M. Petković
specijalista radiolog
dr Sanja Petković
Specijalista radiologije

Dom zdravlja Samac

Service for radiologic diagnostics

Sasa Maslic 1964.g.

Reference Dg.: M16


<u>May 11, 2016.g.</u>

X-ray of pelvis with hips:

Right hip:

Degenerative changes are observed in the form of tearing of the acetabulofemoral joint space with sclerosing articular surfaces and marginal osteoproductive changes in the appendages of coxa arthrosis grade 2 (Tonnis classification).

Left hip:

Degenerative changes can be seen in the form of initial tearing of the acetabulofemoral joint space and sclerosing articular surfaces of acetabulum in appendages of coxarthrosis grade 1 (Tonnis classification).

<u>September 30, 2021. god</u>.

X-ray of pelvis with hips:

Right hip:

Marked degenerative changes are observed in the form of complete tearing of the acetabulofemoral joint space with sclerosing of the articular surfaces, subchondral cysts and marginal osteoproductive changes in appendages of grade 3 coxarthrosis (Tonnis classification).

Left hip:

Degenerative changes can be seen in the form of tearing of the acetabulofemoral joint space and sclerosing articulating surface of the acetabulum in appendages of coxarthrosis grade 1 (Tonnis classification).

<u>September 20, 2022.god.</u>

X-ray of pelvis with hips:

Right hip:

A complete narrowing of the acetabulofemoral joint space with sclerosing and deformation is observed articular surfaces in the attachments of the coccyx arthrosis grade 3 (Tonnis classification).

Left hip:

Degenerative changes can be seen in the acetabulofemoral joint space in the form of a tear of the skull space, sclerosing of the articular surfaces of the same and marginal osteoproductive changes in the appendages of coxarthrosis grade 2 (Tonnis classification).

<u>December 21, 2022.</u>

Comparison of radiographs of the pelvis and hips 11/05/2016, 30/09/2021.

September 20, 2022.

Radiographic comparison of the pelvis and hips from 11.05.2016.q. with radiography from September 30, 2021.q.:

In comparisons and radiographs, a worsening of findings in terms of progression of coxarthrosis on the right hip can be observed with grade 2 (Tonnis classification) to grade 3 (Tonnis classification).

The rest of the findings are without significant changes.

Comparison of pelvic and hip radiographs from 30.09.2021.q. with radiography from September 20, 2022.q.:

In comparison, the radiograph of the findings on the right hip is grade 3 coxarthrosis (Tonnis classification) deformation of articular surfaces.

On the left hip, there was progression from grade 1 coxarthrosis (Tonnis classification) to grade 1 coxarthrosis (Tonnis classification).

The rest of the findings are without significant changes.



dr Sanja M. Petković
specijalista radiolog
dr Sanja Petković
Specijalista radiologije