# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISM VUZEM D.O.O., et al., <br><br> Defendants. | Case No. 21-cv-02556-BLF <br><br> **ORDER VACATING HEARING ON PLAINTIFF MASLIC'S MOTION FOR CLASS CERTIFICATION** <br><br> [Re: ECF 86] |

The Court finds that Plaintiff Maslic's motion for class certification (ECF 86) is suitable for decision without oral argument. *See* Civ. L.R. 7-1(b). The June 1, 2023 hearing on the motion is VACATED.

**IT IS SO ORDERED.**

Dated: May 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge