UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živani, and Gogo Rebic,<br>　　　　　Plaintiffs,<br>vs.<br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Does 1 through 50, inclusive,<br>　　　　　Defendants. | Action No.:  5:21-cv-02556-BLF<br><br>[proposed]<br>Order Granting Motion by Counsel William Dresser to Withdraw from Representation of Plaintiff Goran "Gogo" Rebic<br><br>Date:　September 21, 2023<br>Time:　9:00<br>Courtroom:  3, 5th Floor<br><br>Judge:　Beth Labson Freeman |

Having considered the movant counsel William Dresser's written and oral submissions regarding Plaintiffs' Motion to Withdraw from Representation of Plaintiff Goran "Gogo" Rebic, the Court finds good cause for the relief requested, and determines that the Motion should be granted.

**IT IS HEREBY ORDERED:**

William Dresser is relieved as counsel of record for Goran "Gogo" Rebic.

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Order Granting Motion to Withdraw as Counsel for Goran Rebic

1

Any and all notices to be sent to Mr. Rebic be sent to him by e-mail and mail to:

Goran "Gogo" Rebic

Hromec 106

49225 Đurmanec

Croatia

gogo.rebic@gmail.com

IT IS SO **ORDERED**.

Dated:  September 21, 2023

_____
Hon. Beth Labson Freeman
United States District Court Judge

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Order Granting Motion to Withdraw as Counsel for Goran Rebic

2