William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Gogo Rebic,<br>　　　　　　　　Plaintiffs,<br>vs.<br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Does 1 through 50, inclusive,<br>　　　　　　　　Defendants.. | Action No.: 5:21-cv-02556-BLF<br><br>AFFIDAVIT OF SERVICE OF MOTION BY COUNSEL WILLIAM DRESSER TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF GORAN "GOGO" REBIC<br><br>Date:　September 21, 2023<br>Time:　9:00<br>Courtroom:　3, 5th Floor<br><br>Judge:　Hon. Beth Labson Freeman |

I, William C. Dresser, do hereby declare:

1.　I am counsel for the Plaintiffs in this action.

2.　I am employed in the County of Santa Clara, California.  I am over the age of 18 years and am not a party to the within action.  My business address is: Law Offices of William C. Dresser, 14125 Capri Drive, Suite 4, Los Gatos, CA 95032-1541.

3.　On July 6, 2023 I served the

Motion by Counsel William Dresser to Withdraw from Representation of Plaintiff Goran "Gogo" Rebic

on Client Goran "Gogo" Rebic

by e-mail attachment to gogo.rebic@gmail.com [see Attachment A]; and

by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail to:

Goran "Gogo" Rebic

Hromec 106

49225 Đurmanec, Croatia

[see Attachment B].

  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed by me in Los Gatos, California on July 10, 2023.

              __/s/_____
              William C. Dresser

Maslic_Vuzem\Pld\Federal\POS_2023_07_10

Maslic, et al. v. ISM Vuzem d.o.o., et al.
United States District Court Action No.: 5:21-cv-02556-BLF

# ATTACHMENT A

Fw: Activity in Case 5:21-cv-02556-BLF Maslic et al v. ISM Vuzem d.o.o. et al Motion to Withdraw as Attorney
From:Bill Dresser (loofwcd@aol.com)
To:gogo.rebic@gmail.com
Date:Thursday, July 6, 2023 at 12:09 PM PDT

Mr. Rebic:
I filed a motion to withdraw as counsel.  The motion and a proposed order are attached.

Bill Dresser
LAW OFFICES OF WILLIAM C. DRESSER
14125 Capri Drive, Suite 4
Los Gatos, CA 95032-1541
Tel:  408-279-7529
Alt:  408-628-4414
Fax:  408-668-2990

----- Forwarded Message -----
*From:* ECF-CAND@cand.uscourts.gov <ecf-cand@cand.uscourts.gov>
*To:* "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
*Sent:* Thursday, July 6, 2023 at 11:34:50 AM PDT
*Subject:* Activity in Case 5:21-cv-02556-BLF Maslic et al v. ISM Vuzem d.o.o. et al Motion to Withdraw as Attorney

*This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United
States policy permits attorneys of record and parties in a case
(including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To
avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.*

*U.S. District Court*

*California Northern District*

*Notice of Electronic Filing*

The following transaction was entered by Dresser, William on 7/6/2023 at
11:32 AM and filed on 7/6/2023
*Case Name:*    Maslic et al v. ISM Vuzem d.o.o. et al
*Case Number:*  5:21-cv-02556-BLF
<https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?376482>
*Filer:*        Gogo Rebic
*Document Number:*      91
<https://ecf.cand.uscourts.gov/doc1/035023311111?caseid=376482&de_seq_num=277&magic_num=69976459>
**

*Docket Text:*

*MOTION to Withdraw as Attorney /by attorney Dresser for Pltf Rebic only/ filed by Gogo Rebic. Motion Hearing set for 9/21/2023 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 7/20/2023. Replies due by 7/27/2023. (Attachments: # (1) Proposed Order)(Dresser, William) (Filed on 7/6/2023) *


*5:21-cv-02556-BLF Notice has been electronically mailed to: *

Aaron David Langberg     alangberg@tesla.com, lflegenheimer@tesla.com

Aaron Micah Bernay     abernay@fbtlaw.com

Alexander Justin Holtzman     alexander.holtzman@sfcityatty.org, aholtzman@recap.email, bianca.rojo@sfcityatty.org

Maxwell Vaughn Pritt     mpritt@bsfllp.com, lfrance-gorn@bsfllp.com, maxwell-pritt-0210@ecf.pacerpro.com

Stephanie Anne Stroup     sstroup@tesla.com, jquonvaili@tesla.com, wnervis@tesla.com

William C. Dresser     loofwcd@aol.com

*5:21-cv-02556-BLF Please see Local Rule 5-5 <http://www.cand.uscourts.gov/localrules/civil#SERVICE>; Notice has NOT been electronically mailed to: *

The following document(s) are associated with this transaction:

*Document description:*Main Document
*Original filename:*C:\fakepath\ToFile_2023_07_06_MtnWithdrawRebic.pdf
*Electronic document Stamp:*
[STAMP CANDStamp_ID=977336130 [Date=7/6/2023] [FileNumber=20364323-0]
[3fcfddceee3efce5156198b468160e03c080376bd38f9afd23fe53ce9de4263e7ce15
64524a854024104fcba912f7c9c8d9f6c96d603bf0bf62de3f781825b08]]
*Document description:*Proposed Order
*Original filename:*C:\fakepath\ToFile_2023_07_06_ProOrder.pdf
*Electronic document Stamp:*
[STAMP CANDStamp_ID=977336130 [Date=7/6/2023] [FileNumber=20364323-1]
[931ce48189916fc6b04ff248a07f2c97c1c909ceaa3206fba9988796b22f4511e441d
797fe64d7da86a00ccbeed1fb2bb613863c8b19d5fbbd485d9f8faf1e14]]

 *

  e2023_07_06_MtnWithdrawRebic.pdf
  186.2kB
 *

  e2023_07_06_ProOrder.pdf
  138.4kB

Maslic, et al. v. ISM Vuzem d.o.o., et al.
United States District Court Action No.: 5:21-cv-02556-BLF

# ATTACHMENT B

