William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032-1541
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, Gogo Rebic, and Mitje Pogorevc, <br><br>                    Plaintiffs, <br><br> vs. <br><br> ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Does 1 through 50, inclusive, <br><br>                    Defendants.. | Action No.:  5:21-cv-02556-BLF <br><br> Non-opposition to Order to Show Cause Re: Dismissal of Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc. [ECF 89] <br><br> Courtroom 3, 5th Floor <br><br> Hon. Beth Labson Freeman |

   I, William C. Dresser, state that the Plaintiffs in this case do not oppose the OSC Regarding Dismissal of Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc.

   Plaintiffs have served each and every existing defendant.

   Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc. were corporations created in form under the laws of South Carolina and California.

ISM Vuzem USA, Inc. was dissolved by Certificate of Dissolution by Administrative Dissolution by the State of South Carolina Secretary of State. It is memorialized by that Secretary of State as record number 20521667. The dissolution was effective June 15, 2015.

I am not aware of any assets now held by ISM Vuzem USA, Inc.

Vuzem USA, Inc. was dissolved by a Certificate of Dissolution filed September 19, 2016 with the Secretary of State of the State of California. It is memorialized as document D1362451.

This Certificate of Dissolution was signed on September 7, 2016 by each and every of Branko Tomas, Robert Vuzem, and Ivan Vuzem. The latter two are named defendants and the principals in fact of ISM Vuzem, d.o.o. and HRID-Mont, d.o.o.

I am not aware of any assets now held by Vuzem USA, Inc.

ISM Vuzem USA, Inc. and Vuzem USA, Inc. were named as defendants but not served. Plaintiffs are pursuing the relevant claims and will be filing motions for judgments against ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem and Ivan Vuzem.

Dated: July 10, 2023

     ___/s/_____
     William C. Dresser
     Attorneys for Plaintiffs Sasa Maslic, and others individually;
     and Sasa Maslic as proposed Class Representative

Maslic_Vuzem\Pld\Federal\NoOppp_OSC_2023_07_10