UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER DISMISSING DEFENDANTS ISM VUZEM USA, INC. AND VUZEM USA, INC. FOR LACK OF SERVICE OF PROCESS** |

On June 26, 2023, the Court issued an Order to Show Cause why Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc. should not be dismissed for lack of service of process. *See* OSC, ECF 89. On July 10, 2023, Plaintiffs responded to the Order to Show cause by filing a non-opposition to dismissal of Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc., confirming that those defendants have not been served. *See* Non-Opposition, ECF 93. Plaintiffs state that Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc. do not hold any assets and that Plaintiffs will pursue their claims against the Vuzem entities solely against Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem. *See id.*

Accordingly, Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc. are DISMISSED for lack of service of process.

**IT IS SO ORDERED.**

Dated: July 11, 2023

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge