William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032-1541
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, Gogo Rebic, and Mitje Pogorevc,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive,<br><br>　　　　　　　Defendants.. | Action No.: 5:21-cv-02556-BLF<br><br>Administrative Motion by Individual Named Plaintiffs to File Excess Page Brief<br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

　　　Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully seek the Court's leave to file a motion for default judgment on Causes of Action one through seven of the (Corrected) First Amended Complaint against defendants ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, and Robert Vuzem in excess of the ten pages allotted by the Standing Order Re Civil Cases for the Honorable Judge Beth Labson Freeman.

Plaintiffs respectfully submit that an expanded page limit of up to twenty-five pages is warranted by the complex nature of the multiple parties, the multiple causes of action, and the numerous important issues to be presented on such motion.

Plaintiffs request the Court's leave to file a motion for default judgment of up to twenty-five (25) pages.  This request is to file a brief that is within the page limit otherwise set forth in Civil Local Rule 7-2(b), and is less than the page limit set forth in Federal Rules of Civil Procedure, Rule 32.

Dated:  July 13, 2023

                             __/s/_____
                             William C. Dresser
                             Attorneys for Plaintiffs