William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032-1541
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, Gogo Rebic, and Mitje Pogorevc,<br><br>           Plaintiffs,<br><br>vs.<br><br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive,<br><br>           Defendants.. | Action No.: 5:21-cv-02556-BLF<br><br>Administrative Motion by Sasa Maslic as Class Representative to File Excess Page Brief<br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

    Pursuant to Civil Local Rule 7-11, Plaintiff Saša Maslic as Class Representative respectfully seeks the Court's leave to file a motion for default judgment on Cause of Action Eight of the (Corrected) First Amended Complaint, being on Rule 23 Class action claims under the California Labor Code, against defendants ISM Vuzem d.o.o., HRID-

MONT d.o.o., Ivan Vuzem, and Robert Vuzem in excess of the ten pages allotted by the Standing Order Re Civil Cases for the Honorable Judge Beth Labson Freeman.

This motion is additional to a motion for leave to file an excess page brief on a motion for judgment by individual Plaintiffs.  The intended motion for class judgment will follow submission of a proposed Notice, and providing Notice, to Class Members.

Plaintiff Saša Maslic as Class Representative respectfully submits that an expanded page limit of up to twenty-five pages is warranted by the complex nature of the Class, the multiple claims in the Eighty Cause of Action, and the numerous important issues to be presented on a motion for judgment for the Class.

Plaintiff Saša Maslic as Class Representative requests the Court's leave to file a motion for default judgment of up to twenty-five (25) pages.  This request is to file a brief that is within the page limit otherwise set forth in Civil Local Rule 7-2(b), and is less than the page limit set forth in Federal Rules of Civil Procedure, Rule 32.

Dated:  July 13, 2023

                                    ___/s/_____
                                    William C. Dresser
                                    Attorneys for Plaintiffs