UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, Gogo Rebic, and Mitje Pogorevc, <br><br>        Plaintiffs, <br><br>vs. <br><br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive, <br><br>        Defendants.. | Action No.: 5:21-cv-02556-BLF <br><br> [proposed] <br> Order Granting Administrative Motion by Plaintiff Saša Maslic as Class Representative to File Excess Page Brief <br><br> Courtroom: 3, 5th Floor <br><br> Judge: Hon. Beth Labson Freeman |

The Court, having reviewed Plaintiff Saša Maslic as Class Representative's administrative motion, and for good cause, the Court grants leave for Plaintiff to file a motion for default judgment for the Class of up to twenty-five (25) pages in length.

IT IS SO ORDERED.

Dated: July ___, 2023

_____
Beth Labson Freeman
United States District Judge

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Order Granting Admin Mtn to File Excess Page Brief

1