# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>    Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTIONS TO FILE EXCESS PAGE BRIEFS**<br><br>[Re: ECF 95, 96] |

Plaintiffs have filed administrative motions to exceed the Court's 10-page limit applicable to motions for default judgment with respect to such motions they intend to file against Defendants ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, and Robert Vuzem ("Vuzem Defendants"). *See* Mots., ECF 95, 96. Plaintiffs propose to file one motion for default judgment against the Vuzem Defendants on behalf of the Individual Named Plaintiffs, and a second motion for default judgment against the Vuzem Defendants on behalf of the certified class represented by Sasa Maslic. *See id.* Plaintiffs request leave to file separate 25-page briefs in support of those motions. *See id.*

Plaintiffs' motion is GRANTED IN PART. Plaintiffs shall file a *single* motion for default judgment against the Vuzem Defendants, encompassing their arguments on behalf of the Individual Named Plaintiffs and the Class, and the page limits for that motion shall be expanded to 25 pages.

**IT IS SO ORDERED.**

Dated: July 14, 2023

_____
BETH LABSON FREEMAN
United States District Judge