# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER VACATING HEARING ON COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF GORAN "GOGO" REBIC; AND GRANTING MOTION**<br><br>[Re: ECF 91] |

　　　　This order addresses the motion of Plaintiffs' counsel, William C. Dresser, to withdraw as counsel of record for one of the named plaintiffs in this case, Goran "Gogo" Rebic. *See* Mot. to Withdraw, ECF 91. The Court finds the motion suitable for decision without a hearing and for that reason the hearing set for September 21, 2023 is VACATED.

　　　　This suit is brought by fourteen individuals who claim that they were transported to the United States from their home countries of Bosnia and Herzegovina, the Republic of Slovenia, and Croatia to provide cheap labor for American companies. One of the individual plaintiffs, Sasa Maslic, also acts as a class representative with respect to a California wage and hour claim against certain defendants. Mr. Dresser represents all the individual plaintiffs and the class, which has been certified.

　　　　Mr. Dresser submits a declaration, which is attached to his motion, explaining that he has had no communication with Mr. Rebic since 2020. *See* Dresser Decl. ¶¶ 4. Mr. Dresser has sent several emails to Mr. Rebic's last known email address, and the emails appear to have been delivered; Mr. Dresser did not receive any notification that the emails were undeliverable. *See id.*

¶¶ 6-10.  Mr. Dresser also tried to communication with Mr. Rebic by U.S. Postal Service to his last know address in Croatia, but was unsuccessful.  *See id.* ¶ 7.  Mr. Dresser has communicated with the other individual plaintiffs via email, Zoom, and telephone calls.  *See id.* ¶ 12.  All of the plaintiffs other than Mr. Rebic have been responsive.  *See id.*  Mr. Dresser asked the other plaintiffs if they had contact information for Mr. Rebic, but they did not.  *See id.* ¶ 14.  Mr. Dresser learned that Mr. Rebic's partner lives in Zagreb, but no one had an address in Zagreb.  *See id.*

Under this Court's Civil Local Rules, counsel may withdraw from an action if written notice of the motion has been provided to the client and all other parties and they have been given a reasonable time to respond, and the Court grants leave to withdraw.  See Civ. L.R. 11-5(a).  Based in Mr. Dresser's declaration, it appears that he has made reasonable efforts to contact Mr. Rebic.  Mr. Dresser sent a copy of his motion to withdraw to Mr. Rebic by email and by U.S. Postal Service to his last known address.  *See* Dresser Decl. ¶ 16.  Mr. Rebic has not filed opposition (or any response) to the motion to withdraw.  The Court finds good cause to grant the motion to withdraw.

The Court has discretion to condition withdrawal of representation on counsel agreeing to continue receiving papers for the client.  *See* Civ. L.R. 11-5(b).  Mr. Dresser asks the Court not to impose that condition here, because he has no way forward any papers to Mr. Rebic.  The Court finds that in these circumstances, it would not make sense to condition Mr. Dresser's withdrawal as counsel.

**ORDER**

(1)  Mr. Dresser's motion to withdraw as counsel of record for Plaintiff Goran "Gogo" Rebic is GRANTED.

(2)  This order terminates ECF 91.

Dated:  September 8, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2