BOIES SCHILLER FLEXNER LLP
Maxwell J. Pritt (SBN 253155)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
MPRitt@bsfllp.com

FROST BROWN TODD LLC
Aaron M. Bernay, *pro hac vice*
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
ABernay@fbtlaw.com

*Attorneys for Defendant Eisenmann Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASA MASLIC, individually and on behalf of putative class, IVAN DRZAIC, ROBERT HERNAUS, LEOPOLD HUBEK, LEON HUDOLDETNJAK, ELVIS KOSCAK, TOMICA PANIC, STJEPAN PAPES, ZELJKO PULJKO, DARKO SINCEK, DAVID STANTE, NEDELJKO ZIVANIC, GOGO REBIC, and MITJA POGOREVC,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., ISM VUZEM USA, INC., VUZEM USA, INC., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 5:21-cv-2556-BLF<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF MOTION OF COUNSEL FOR EISENMANN CORPORATION TO WITHDRAW**<br><br>Judge:         Hon. Beth L. Freeman<br>Hearing Date: April 11, 2024<br>Time:          9:00 a.m.<br>Courtroom:  3, 5th Floor |

I, Maxwell V. Pritt, declare as follows:

1. I am over eighteen (18) years of age and have personal knowledge of the statements in this Declaration.

2. I am outside counsel to Eisenmann Corporation ("Eisenmann USA") and a Partner of the law firm Boies Schiller Flexner LLP in San Francisco, California.

3. I am counsel of record to Eisenmann USA in this proceeding. Along with Frost Brown Todd LLP, Boies Schiller Flexner LLP has represented Eisenmann Corporation before this Court on three related matters – the instant action, *Lesnik v. Eisenmann SE, et al.* (5:16-cv-01120-BLF), and *Novoselac v. ISM Vuzem d.o.o.* (5:21-cv-08654-BLF).

4. Eisenmann USA settled *Lesnik* in March 2020 and this Court granted Eisenmann USA's motion to dismiss with prejudice in *Novoselac* on July 19, 2022.

5. I have been informed that the litigation reserve established by Eisenmann USA to defend against the claims brought in *Maslic* and *Novoselac* has been depleted and Eisenmann USA no longer has sufficient funds to continue to pay for legal representation in this proceeding.

I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2023, in San Francisco, California.

/s/ Maxwell V. Pritt
Maxwell V. Pritt

0143411.0742039  4895-0570-7402v1