BOIES SCHILLER FLEXNER LLP
Maxwell J. Pritt (SBN 253155)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
MPRitt@bsfllp.com

FROST BROWN TODD LLC
Aaron M. Bernay, *pro hac vice*
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
ABernay@fbtlaw.com

*Attorneys for Defendant Eisenmann Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASA MASLIC, individually and on behalf of putative class, IVAN DRZAIC, ROBERT HERNAUS, LEOPOLD HUBEK, LEON HUDOLDETNJAK, ELVIS KOSCAK, TOMICA PANIC, STJEPAN PAPES, ZELJKO PULJKO, DARKO SINCEK, DAVID STANTE, NEDELJKO ZIVANIC, GOGO REBIC, and MITJA POGOREVC,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., ISM VUZEM USA, INC., VUZEM USA, INC., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 5:21-cv-2556-BLF<br><br>**DECLARATION OF AARON M. BERNAY IN SUPPORT OF MOTION OF COUNSEL FOR EISENMANN CORPORATION TO WITHDRAW**<br><br>Judge:           Hon. Beth L. Freeman<br>Hearing Date: April 11, 2024<br>Time:            9:00 a.m.<br>Courtroom:   3, 5th Floor |

I, Aaron M. Bernay, declare as follows:

1. I am over eighteen (18) years of age and have personal knowledge of the statements in this Declaration.

2. I am outside counsel to Eisenmann Corporation ("Eisenmann USA") and a Partner of the law firm Frost Brown Todd LLP in Cincinnati, Ohio.

3. I am counsel of record to Eisenmann USA in this proceeding. Along with Boies Schiller Flexner LLP, Frost Brown Todd LLP has represented Eisenmann Corporation before this Court on three related matters – the instant action, *Lesnik v. Eisenmann SE, et al.* (5:16-cv-01120-BLF), and *Novoselac v. ISM Vuzem d.o.o.* (5:21-cv-08654-BLF).

4. Eisenmann USA settled *Lesnik* in March 2020 and this Court granted Eisenmann USA's motion to dismiss with prejudice in *Novoselac* on July 19, 2022.

5. In July 2019, certain of Eisenmann USA's corporate affiliates petitioned for insolvency in Germany. As a standalone entity, Eisenmann USA did not file for bankruptcy in the United States and continued to service its North American projects. However, the company eventually found that it was unable to operate as a going concern absent technical assistance and support from its German affiliates.

6. Eisenmann USA sold its environmental technology business in November 2020 and wound down its remaining US operations, including the paint shop division involved in this litigation, on or around March 2021. Eisenmann USA appointed a corporate restructuring officer to preside over the liquidation of its remaining assets to commercial creditors.

7. Eisenmann USA established a litigation reserve to defend against the claims brought in *Maslic* and *Novoselac*. Given the passage of time, attendant legal expenses, and subsequent distribution of assets, Eisenmann USA has informed counsel that it no longer has sufficient funds to pay for legal representation in this proceeding.

8. I have had several discussions with Plaintiffs' counsel over the last two years regarding Eisenmann USA's tenuous financial condition. I also apprised the Court in May 2021 that Eisenmann USA was no longer a going concern. *Lesnik*, Dkt. No. 579.

9. I provided notice to Eisenmann USA and the other appearing parties (Plaintiffs and Defendant Tesla, Inc.) of Eisenmann USA's intention to move to withdraw as counsel on October 16, 2023. Plaintiff Sasa Maslic will not oppose this Motion.

10. The undersigned has informed Eisenmann USA of its intent to withdraw and Eisenmann USA does not oppose the Motion.

I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2023, in Cincinnati, Ohio.

   /s/ Aaron M. Bernay
   Aaron M. Bernay

0143411.0742039   4857-8013-7809v1