1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| 10 | SASA MASLIC, individually and on behalf of putative class, IVAN DRZAIC, ROBERT HERNAUS, LEOPOLD HUBEK, LEON HUDOLDETNJAK, ELVIS KOSCAK, TOMICA PANIC, STJEPAN PAPES, ZELJKO PULJKO, DARKO SINCEK, DAVID STANTE, NEDELJKO ZIVANIC, GOGO REBIC, and MITJA POGOREVC, |

Case No. 5:21-cv-2556-BLF

**[PROPOSED] ORDER GRANTING MOTION BY COUNSEL FOR EISENMANN CORPORATION TO WITHDRAW**

Judge:        Hon. Beth L. Freeman
Hearing Date: April 11, 2024
Time:         9:00 a.m.
Courtroom:    3, 5th Floor

Plaintiffs,

v.

ISM VUZEM D.O.O., ISM VUZEM USA, INC., VUZEM USA, INC., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,

Defendants.

1

Having considered the movant counsel Aaron M. Bernay, Esq. of Frost Brown Todd LLP and Maxwell Pritt, Esq. of Bois Schiller Flexner LLP written submission regarding Defendant Eisenmann Corporation ("Eisenmann") Motion to Withdraw from Representation, the Court finds good cause for the relief requested, and determines that the Motion should be granted.

**IT IS HEREBY ORDERED:**

Aaron M. Bernay, Esq. and Maxwell Pritt, Esq. are relieved as counsel of record for Eisenmann.

Any and all notices to be sent to Aaron M. Bernay, Esq. and Maxwell Pritt, Esq. until substitute counsel appears pursuant to Civil L.R. 11-5(b).

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION BY COUNSEL FOR EISENMANN
CORPORATION TO WITHDRAW
CASE NO. 5:21-CV-02556-BLF