# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>    Defendants. | Case No.  21-cv-02556-BLF<br><br>**ORDER DIRECTING ATTORNEY ALEXANDER JUSTIN HOLTZMAN TO FILE A STATUS REPORT BY JANUARY 24, 2024 RE HIS REPRESENTATION OF DEFENDANT EISENMANN CORPORATION** |

On December 4, 2023, the Court issued an order permitting the law firms Frost Brown Todd LLC and Boies Schiller Flexner LLP to withdraw as counsel of record for Defendant Eisenmann Corporation ("Eisenmann").  *See* Order, ECF 103.

In reviewing the docket, the Court observes that attorney Alexander Justin Holtzman of the San Francisco City Attorney's Office still appears listed as counsel of record for Eisenmann.  Mr. Holtzman previously was employed by Boies Schiller Flexner LLP, and it may be that he left that firm and joined the San Francisco City Attorney's Office without filing a Notice of Change in Counsel as required under the district's Civil Local Rules.  *See* Civ. L.R. 5-1(c)(2)(C) ("If a particular counsel ceases to be involved with a case when the party is still represented by other counsel, a Notice of Change in Counsel must be e-filed.").

Mr. Holtzman SHALL file a status report regarding his representation of Defendant Eisenmann Corporation on or before January 24, 2024.

**IT IS SO ORDERED.**

Dated:  January 10, 2024

_____
BETH LABSON FREEMAN
United States District Judge