UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASA MASLIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISM VUZEM D.O.O., et al., <br><br> Defendants. | Case No.: 5:21-cv-02556-BLF <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 1/10/2024, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Alexander Justin Holtzman
San Francisco City Attorney's Office
1390 Market Street
Ste 7th Floor
San Francisco, CA 94102

Dated: 1/10/2024

Mark B. Busby
Clerk of Court, United States District Court

By:_____
Tiffany Salinas-Harwell, Deputy Clerk to
the Honorable Beth Labson Freeman

*Service_Certificate _CRD*
*rev. August 2018*