CITY AND COUNTY OF SAN FRANCISCO         OFFICE OF THE CITY ATTORNEY



DAVID CHIU
City Attorney

ALEXANDER J. HOLTZMAN
Deputy City Attorney

Direct Dial: (415) 554-3999
Email: alexander.holtzman@sfcityatty.org

January 23, 2024

<u>VIA ECF AND CHAMBERS COPY</u>

The Honorable Beth Labson Freeman
District Judge
United States District Court for the Northern District of California
San Jose Courthouse, Courtroom 3 – 5th Floor
280 South 1st Street, San Jose, CA 95113

     Re: *Maslic v. ISM Vuzem d.o.o.*, N.D. Cal. Case No. 5:21-cv-02556-BLF
           Response to Order for Filing of Status Report (ECF 106)

Dear Judge Freeman:

     I write in response to the Order Directing Attorney Alexander Justin Holtzman to File a Status Report by January 24, 2024 re His Representation of Defendant Eisenmann Corporation issued on January 10, 2024 in *Sasa Maslic, et al. v. ISM Vuzem d.o.o., et al.*, N.D. Cal. Case No. 5:21-cv-02556 ("*Maslic*").  ECF 106.  As the Court observes, I represented Eisenmann Corporation ("Eisenmann") in *Maslic* while employed as an attorney at Boies Schiller Flexner LLP ("Boies Schiller").  As of April 2023, I departed Boies Schiller to become a Deputy City Attorney for the City and County of San Francisco and ceased representing Eisenmann.  On my departure from Boies Schiller and start of government service, Maxwell V. Pritt of Boies Schiller filed a Notice of Substitution of Counsel in *Maslic*, substituting Mr. Pritt in as counsel for Eisenmann from Boies Schiller in place of myself and reflecting Eisenmann's, Mr. Pritt's, and my consent to the substitution.  ECF 73.  I have not represented Eisenmann in *Maslic* or any other matter since submission of the Notice of Substitution of Counsel and was not aware that I still appeared on the docket in *Maslic* as counsel for Eisenmann.  I apologize for the confusion regarding the status of counsel in this case.

                                      Very truly yours,

                                      */s/ Alexander Holtzman*

                                      ALEXANDER J. HOLTZMAN
                                      Deputy City Attorney