UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SASA MASLIC, et al.,

        Plaintiffs,

    v.

ISM VUZEM D.O.O., et al.,

        Defendants.

Case No. 21-cv-02556-BLF

**ORDER RELIEVING ATTORNEY ALEXANDER JUSTIN HOLTZMAN AS COUNSEL OF RECORD FOR DEFENDANT EISENMANN CORPORATION**

By order dated December 4, 2024, the Court permitted the law firms Frost Brown Todd LLC ("Frost Brown") and Boies Schiller Flexner LLP ("Boies Schiller") to withdraw as counsel for Defendant Eisenmann Corporation ("Eisenmann"). *See* Order, ECF 103. The Court granted Eisenmann 30 days to appear through substitute counsel. *See id.* The Court ordered Frost Brown and Boies Schiller to provide Eisenmann with a copy of the order relieving them as counsel, and to continue receiving papers for Eisenmann until substitute counsel appears. *See id.* Finally, the Court advised that if substitute counsel does not appear for Eisenmann, the Court will issue an Order to Show Cause why Eisenmann's answer should not be stricken and a default entered against it.

Substitute counsel did not appear for Eisenmann within 30 days or to date. However, as the Court was on the point of issuing an Order to Show Cause, the Court became aware that Eisenmann's representation by attorney Alexander Justin Holtzman was not terminated by the Clerk because his current employer is listed as the San Francisco City Attorney's Office rather than Frost Brown or Boies Schiller. The Court requested clarification from Mr. Holtzman regarding the status of his representation. *See* Order, ECF 106. Mr. Holtzman has filed a letter advising that he left Boies Schiller for government employment, and that he requested the Court's

approval of his withdrawal from this case in a proposed Consent Order filed on April 27, 2022. *See* Proposed Consent Order, ECF 73. That filing was not docketed as a motion and thus was overlooked by both the Clerk's Office and the Court. Mr. Holtzman is HEREBY RELIEVED as counsel for Eisenmann *nunc pro tunc* to April 27, 2022.

**ORDER**

(1) Alexander Justin Holtzman is HEREBY RELIEVED as counsel for Eisenmann *nunc pro tunc* to April 27, 2022.

(2) The Clerk SHALL modify the docket to reflect Mr. Holtzman's termination as counsel for Eisenmann effective April 27, 2022.

(3) Frost Brown and/or Boies Schiller SHALL provide a copy of this order to Defendant Eisenmann.

(4) On or before February 6, 2024, Frost Brown and/or Boies Schiller SHALL file a proof of service on Eisenmann with respect to both this order and the prior order relieving them as counsel of record.

Dated: January 23, 2024

_____
BETH LABSON FREEMAN
United States District Judge

2