# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>    Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT EISENMANN CORPORATION'S ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED AGAINST IT** |

All counsel of record for Defendant Eisenmann Corporation have withdrawn from representation with leave of the Court. *See* Orders, ECF 103, 108. "The law is clear that a corporation can be represented only by a licensed attorney." *In re Bigelow*, 179 F.3d 1164, 1165 (9th Cir. 1999). Accordingly, Defendant Eisenmann Corporation is ORDERED TO SHOW CAUSE, in writing and within 30 days, why its answer should not be stricken and default entered against it.

Defendant Eisenmann Corporation's prior counsel, Frost Brown Todd LLC and Boies Schiller Flexner LLP, SHALL provide a copy of this order to Defendant Eisenmann Corporation and shall file proof of service showing it did so.

**IT IS SO ORDERED.**

Dated: January 23, 2024

                                              BETH LABSON FREEMAN
                                              United States District Judge