# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER STRIKING DEFENDANT EISENMANN CORPORATION'S ANSWER AND DIRECTING CLERK TO ENTER DEFAULT AGAINST DEFENDANT EISENMANN**<br><br>[Re: ECF 69, 109] |

All counsel of record for Defendant Eisenmann Corporation have withdrawn from representation with leave of the Court. "The law is clear that a corporation can be represented only by a licensed attorney." *In re Bigelow*, 179 F.3d 1164, 1165 (9th Cir. 1999). No substitute counsel has appeared in the case.

On January 23, 2024, the Court issued an Order to Show Cause (ECF 109) why Defendant Eisenmann Corporation's answer (ECF 69) should not be stricken and default entered against it. At the direction of the Court, Defendant Eisenmann Corporation's former counsel served the Order to Show Cause on Defendant Eisenmann Corporation. *See* Am'd POS, ECF 117. The Order to Show Cause was served on Defendant Eisenmann Corporation on January 31, 2024. Defendant Eisenmann Corporation has not responded to the Order to Show Cause.

Accordingly, Defendant Eisenmann Corporation's answer (ECF 69) is STRICKEN.

The Clerk SHALL enter default against Defendant Eisenmann Corporation.

**IT IS SO ORDERED.**

Dated: April 9, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge