UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>    Defendants. | Case No. 21-cv-02556-BLF (SVK)<br><br>**ORDER ON JOINT SUBMISSION AND SETTING DISCOVERY HEARING**<br><br>Re: Dkt. No. 123 |

Before the Court is the Parties' nearly incomprehensible joint discovery submission, along with a chart which purports to comply with this judge's standing order (it does not). Dkt. 123. Discovery has closed, and, in accordance with Civil Local Rule 37-3, this submission is the final word from the Parties on any outstanding disputes. Accordingly, the Court **ORDERS the Parties to appear for an in-person discovery hearing on April 23, 2024 at 10 a.m**. **Counsel appearing must have full authority to negotiate and compromise and must be prepared to remain at Court the entire business day to resolve all outstanding disputes raised in the joint submission**. The Court further **ORDERS** as follows:

1. In several places, Tesla indicates that it is continuing to search for documents. *See, e.g.*, Dkt. 123 at 1:24; Dkt. 123 at 6:17-18; Joint Chart at 1:24-28; Joint Chart at 4:10-11; Joint Chart 5:11-13. Discovery has closed. **Accordingly, Tesla's production as to these documents must be completed no later than Friday, April 19, 2024.**

2. The joint submission refers vaguely to a request to produce documents in the possession of Tesla's counsel. **No later than Friday, April 19, 2024, Plaintiffs must identify to Tesla any facts they are aware of that counsel would have documents other than those protected by the attorney-client privilege or work product**

**protection**. If counsel identifies such facts, the Parties should be prepared to address this issue at the hearing.

3. In several places where Plaintiffs complain of no or an incomplete production, Tesla claims it has produced all responsive documents. *See, e.g.*, Joint Chart at 3:23-26; Joint Chart at 4:25-28. **By Friday, April 19, 2024, Tesla is to identify the bates ranges of its responsive documents**.

4. Provided that the disputed 30(b)6 notice was filed more than 10 days before the close of discovery, **Tesla will produce a 30(b)(6) witness for deposition. The deposition will take place no sooner than 14 days and no more than 21 days from the date of this order.**

5. **No later than Friday, April 19, 2024, Tesla will provide a verified response to the inquiry as to whether it entered into a joint defense agreement with either Eisenmann or Vuzem and the effective date of any such agreement**. No other information regarding joint defense agreement(s) need be provided.

6. **The disputes relating to requests for admissions and interrogatories (Dkt. 123 at 7-8) are STRICKEN** for failure to comply with the governing standing order on civil discovery disputes.

All remaining discovery disputes raised in the joint submission will be addressed at the hearing. Counsel must be prepared to identify such disputes clearly, including the progress made through meet and confer efforts as well as any remaining dispute for the Court.

**SO ORDERED.**

Dated: April 17, 2024

SUSAN VAN KEULEN
United States Magistrate Judge