| | |
|---|---|
| TESLA, INC.<br>Aaron Langberg (SBN 284975)<br>31353 Huntwood Avenue<br>Hayward, CA 94544<br>Telephone: (510) 828-8959<br>alangberg@tesla.com | FROST BROWN TODD LLP<br>Aaron M. Bernay, *pro hac vice*<br>Ryan M. Goellner, *pro hac vice*<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Tel: (513) 651-6800<br>Fax: (513) 651-6981<br>ABernay@fbtlaw.com<br>Rgoellner@fbtlaw.com |

*Attorneys for Defendant
Tesla, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>ISM VUZEM D.O.O., et al.,<br><br>              Defendants. | Case No. 5:21-cv-02556-BLF-SVK<br><br>**SUPPLEMENTAL STATEMENT OF DEFENDANT TESLA, INC. FOLLOWING APRIL 23, 2024 HEARING ON JOINT DISCOVERY STATEMENT**<br><br>Re: Dkt. Nos. 129 & 131 |

Defendant Tesla, Inc. responds to the Court's April 23, 2024 Order (Dkt. No. 129) and to the April 25, 2023 Order/Clerk's Notice (Dkt. No. 131) as follows:

**1.a.    Lenel Database**

As stated in Tesla's first report on this subject (Dkt. No. 130), undersigned counsel had contacted a regional manager for Lenel via email and telephone in search of assistance with accessing the database. On Friday, April 26, Tesla received confirmation that the regional manager had received counsel's inquiries and a promise that other Lenel personnel would follow up with counsel for Tesla with more details regarding access to the database in question. Later on Friday afternoon, the undersigned received an email from Steven L. Partridge, the Vice President of Sales for the United States and Canada for Lenel. Mr. Partridge confirmed that the Tesla database in question is not stored by Lenel, nor does Lenel have remote access to the database. Mr. Partridge further indicated that Northland Controls, Lenel's "integrator-partner" that services Tesla's account, provides services for the relevant system or program through which the Tesla database is stored. Mr. Partridge also offered to connect the undersigned with Northland Controls. Undersigned counsel responded to Mr. Partridge's email within a few hours of its receipt on April 26, seeking a contact at Northland Controls for assistance with accessing the database, and it is hoped that Northland Controls may have software or another system that can facilitate Tesla's access to the database in question. Undersigned counsel then followed up with Mr. Partridge and other Lenel personnel on the morning of April 29, but has not received a further response from Lenel or the promised contact with Northland Controls. On April 29, undersigned counsel called and emailed Northland Controls' general customer service contacts but was unable to reach an agent for assistance or receive a response as of the filing of this report.

Tesla appreciates the patience of both the Court and opposing counsel as it works to obtain access to the database formerly believed to be controlled by Lenel and now believed to be accessed through Northland Controls. In light of the foregoing, Tesla respectfully proposes that it continue to contact all available persons at Lenel and Northland Controls and provide a further update to the Court by 2 p.m. P.D.T. on May 1, 2024.

Dated: April 29, 2024

Respectfully submitted,

By:   */s/ Aaron M. Bernay*

TESLA, INC.
Aaron Langberg (SBN 284975)
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 828-8959
alangberg@tesla.com

Aaron M. Bernay, *pro hac vice*
Ryan W. Goellner, *pro hac vice*
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
abernay@fbtlaw.com
rgoellner@fbtlaw.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Civil L.R. 5-5(a), I, Aaron M. Bernay, hereby certify that the foregoing has been filed with the Court via the CM/ECF system, which will send notice of this filing to all registered users in this case.

Dated: April 29, 2024

  */s/ Aaron M. Bernay*
Aaron M. Bernay
Counsel for Defendant Tesla, Inc.

0155814.0780232   4881-5567-7626v1