# EXHIBIT 1-A

```
1   TESLA, INC.                    FROST BROWN TODD, LLP
    Aaron Langberg (SBN 284975)    Aaron Bernay, pro hac vice
2   901 Page Avenue                Ryan Goellner,pro hac vice
    Fremont, CA 94538              3300 Great American Tower
3   Telephone: (510) 828-8959      301 East Fourth Street
    alangberg@tesla.com            Cincinnati, OH 45202
4                                  Tel: (513)651-6800
                                   ABernay@fbtlaw.com
5   Attorneys for Defendant,
    Tesla, Inc.
6
7              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
8                 SAN JOSE DIVISION
                       - - -
9
    SASA MASLIC, ET AL.    : Case No. 5:21-cv-02556-BLF
10                         :
              Plaintiffs,:
11                         :
       vs.                 :
12                         :
    ISM VUZEM D.O.O. et al. :
13                         :
              Defendants.:
14                         - - -
```

15          Zoom videoconference deposition of SASA

16   MASLIC, a plaintiff herein, taken by the defendants as

17   upon cross examination, pursuant to the Federal Rules of

18   Civil Procedure and pursuant to Notice of Deposition and

19   agreement by counsel as to the time and place and

20   stipulations hereinafter set forth, at 10:30 a.m. on

21   Monday, March 25, 2024, before Darlene Anthony, a

22   Professional Reporter and Notary Public in and for the

23   State of Ohio at large.

24                          - - -

25

```
 1                (Interpreter translates.)
 2   BY MR. BERNAY:
 3          Q    You can answer, Mr. Maslic.
 4          A    What did Tesla cause?  Is that the
 5   question?
 6          Q    What did Tesla do to you to cause you
 7   harm?
 8                (Interpreter translates.)
 9                MR. DRESSER:  Same objections.
10                (Interpreter translates.)
11   BY MR. BERNAY:
12          Q    You can answer, Mr. Maslic.
13          A    In my opinion, Tesla is at fault
14   because their supervisors would go past us every
15   single day and they were able to notice all of these
16   irregularities and they never did anything.  So in
17   my opinion, it is really the fault of the Tesla
18   supervisors.
19          Q    And what were the irregularities that
20   they were noticing -- or that they were not
21   noticing?
22                (Interpreter translates.)
23                MR. DRESSER:  Objection.  The
24   question is both compound and contrary to the
25   witness' prior testimony.
```

1          MR. DRESSER:  Do you, Mr. Bernay,

2    need to have the court reporter read back his last

3    answer so you can hear better?

4          (Interpreter translates.)

5          MR. BERNAY:  Bill, first of all, you

6    need to stop it with the speaking objections.

7          MR. DRESSER:  No, you can have the

8    court reporter read the transcript back.

9          (Interpreter translates.)

10          MR. BERNAY:  Bill, what I'm saying is

11   this is an interactive deposition.  State your

12   objections succinctly and then let your witness

13   answer the question.

14          (Interpreter translates.)

15          MR. DRESSER:  Mr. Bernay, you are

16   aware that it is improper to ask a question that you

17   know does not have an answer to it as you have

18   phrased it.

19          (Interpreter translates.)

20          MR. DRESSER:  I assume it's a

21   violation of the rules of professional conduct for

22   every state and for every jurisdiction that you

23   practice as a lawyer.

24          (Interpreter translates.)

25          MR. DRESSER:  So ask a question and

1    don't put false words into the witness' mouth, or I

2    will ask for this deposition to be terminated if you

3    insist on doing that.

4                (Interpreter translates.)

5                    MR. BERNAY:  I'm going to say one

6    more thing so as not to waste anymore time.  Bill, I

7    let you take your deposition last Tuesday.  I know

8    Mr. Goellner has let you take your depositions.  Let

9    me take mine.

10                (Interpreter translates.)

11   BY MR. BERNAY:

12            Q    All right.  Mr. Maslic, I'm going to

13   ask the question again.  What were the

14   irregularities that you allege occurred at Tesla's

15   factory?

16            A    So first, number one, Tesla

17   supervisors saw that we were pulling by hand these

18   air conditioning units that were two to three

19   hundred kilograms heavy and we were pulling them

20   behind us by hand and -- this heavy burden.

21                    So there were some other devices that

22   were pulling up iron covers, and they could have

23   used those same types of devices to also help us

24   with these air conditioning units but they didn't.

25   May I continue?

```
 1                    So what I'm talking about is about
 2   200 to 300 square meters of iron -- like rebar but
 3   horizontal.  It's like a roof, and we had -- we had
 4   to first put that up, and then on top of that roof,
 5   this iron roof, we would put the air conditioning
 6   units on top of those.  And it's a large area of 200
 7   to 300 square meters.  May I continue?
 8             Q    Yes.
 9             A    These are the most difficult types of
10   work assignments.  All they could have done is use a
11   very small machine to help us lift these heavy air
12   conditioning units.  May I continue?
13                  (Mr. Bernay nods affirmatively.)
14             A    Next, I don't know how much you're
15   familiar with Tesla's company, sir, plant, sir, but
16   there were some old pipes that was -- that were used
17   for acids that were part of the manufacturing
18   process, and we were asked to cut those without any
19   kind of protective gear.  No protective suits, no
20   gloves, nothing.  May I continue?
21             Q    Yes.
22             A    So these pipes, they were about one
23   meter in diameter and they were all used to
24   transport acid and they were all coming from this
25   old factory, and we had to cut them by hand without
```

1    any protective gear.  May I continue?

2           Q     Yes.

3           A     So the Tesla safety officer would
4    sometimes warn me if I didn't have protective
5    goggles on.  However, he did not {sic} see me
6    cutting pipes without a mask, without protective
7    suits, and without gloves.

8                 So we would get warnings if we didn't
9    have the safety goggles on or maybe a safety vest,
10   but then we were not given special equipment and
11   special machinery to do the heavy work, even though
12   the supervisor saw us do it.

13                And if I might add one more thing,
14   sir?  While I was doing the employment process with
15   ISM Vuzem, I had to undergo a special medical
16   examination for the United States, and at that point
17   the doctor found absolutely nothing wrong with me
18   except for having some artificial teeth.  But there
19   was nothing wrong with my hips.  There was nothing
20   wrong with my blood.  There was nothing wrong with
21   anything else.  May I continue?

22                So you may also consult my entry
23   records that I had to do every day when I entered
24   the workplace at Tesla, and I had six assignments
25   with Tesla, three months each.  I did not take a

1    single day of break, a single sick day, until I was
2    squashed by this machine.
3              So you can check my check-ins and
4    check-outs at the Tesla plant, because we had to
5    check in and check out every day, and you will see
6    that I worked 12 hour days with two 15 minute breaks
7    and -- until I couldn't work anymore.
8              MR. DRESSER:  Mr. Maslic, try to
9    stick to the question asked, which was what things
10   were irregular at the Tesla plant.
11             (Interpreter translates.)
12        A    So I would say the irregularity was
13   that the supervisor pretended not to see.  Tesla's
14   supervisor, that is.
15        Q    Mr. Maslic, if the amount of hours
16   that you worked at Tesla's facility was an issue,
17   why did you accept successive assignments?
18        A    Because I had to work.  So there were
19   incredible and very heavy flooding in Bosnia in
20   2014, and we had lost everything during those
21   floods.  So every man has to work to support his
22   family.  I have a wife and two children that I was
23   trying to put through school, so I had to work.
24        Q    Why didn't you take a job in Bosnia
25   instead of return to the United States each time?

1           A     I don't see the reason for this

2    question.

3           Q     Mr. Maslic, I'm asking if the working

4    conditions for Vuzem at Tesla were a problem, why

5    didn't you take another job?

6           A     Because in Bosnia Herzegovina you

7    couldn't make more than $200.

8           Q     Is that $200 a month?

9           A     Yes, per month.  Right now the

10   salaries for workers is about 250 euros a month.

11          Q     And in 2014 what was it?

12          A     About 400 convertible marks.  That

13   would be around 200, $250.

14          Q     Who is Elon Musk?

15                THE INTERPRETER:  Do you mind

16   repeating?  Who is --

17          Q     Yes, sorry, who is Elon Musk?

18          A     The owner of Tesla.

19          Q     Did Elon Musk do anything to harm

20   you?

21          A     Directly?  No.

22          Q     What about indirectly?

23          A     I will repeat again.  The supervisors

24   were pretending not to see things that they should

25   have seen and things that they were paid to do.

1          Q     So when you were working in Germany

2     for Ritgers, were you an employee of Pro-Klima?

3          A     Yes.  Yes.

4          Q     So this entire experience with

5     Pro-Klima and Ritgers, did it last about six months?

6          A     Yes.  He wasn't doing very well

7     financially so it was stopped.

8          Q     Throughout -- throughout this time,

9     so beginning after the war and through 2014, did

10    your car wash continue to operate that entire time?

11         A     No.  No, it did not.

12         Q     When did the car wash cease

13    operations?

14         A     When I started working at Pro-Klima.

15         Q     And did you ever, after you worked

16    for Pro-Klima, did you ever operate the car wash

17    again?

18         A     No, not anymore.

19         Q     How did you come to be employed by

20    ISM Vuzem in 2014?

21         A     So during the flooding, my wife

22    basically had a nervous breakdown, and I told her

23    please don't worry.  I opened up the internet.  I

24    searched for companies.  I found this one and I sent

25    in my CV.

1          Q     Did you know anyone at the time you

2     applied who also worked for ISM Vuzem?

3          A     No.  I know of Vuzem because I found

4     them on the internet, and I saw that they were

5     looking for workers.

6          Q     Do you recall what internet site had

7     a job listing for ISM Vuzem?

8          A     I have no idea.  We had the floods.

9     I had lost everything.  All we had -- all we had --

10    were able to save was whatever was in the attic.

11         Q     So you applied for this job at ISM

12    Vuzem.  What happened next?

13         A     So I sent in my CV.  I talked to a

14    woman called Natalija Kokot.  That's N-a-t-a-l-i-

15    j-a, last name K-o-k-o-t.  I went in for an

16    interview.  I had all my diplomas, certified,

17    nostrified, and that was that.

18         Q     And what job did you apply for at ISM

19    Vuzem?

20         A     So he was interested in my -- in the

21    certificates -- my certificates that have to do with

22    large cooling systems, and he could use these -- my

23    certificates to get me a visa.  But he was also able

24    to, based on my certificates, submit offers for

25    larger jobs that needed this kind of expertise.

```
 1            Q     When you say that he was interested
 2    in your certificates, who is he?
 3            A     The owner of Vuzem, Mr. Vuzem.  And I
 4    talked to him personally about the job.
 5            Q     Do you recall Mr. Vuzem's first name?
 6            A     I think it's Robert.  Not sure but I
 7    think it's Robert.
 8            Q     When you first responded to the ad on
 9    the internet, do you recall what the job description
10    was in the ad that you answered?
11            A     No, I don't remember, but I do
12    remember that I was immediately invited for an
13    interview after they read my CV.
14            Q     Where's the interview take place?
15            A     In Zavrc.  In their company, at Vuzem
16    headquarters.
17            Q     And where is Vuzem headquarters?
18            A     So the seat -- headquarters of the
19    company is in Zavrc.  That is Z-a-v-r-c, and this is
20    in Slovenia.
21            Q     Do you recall the month and year that
22    you were interviewed by Mr. Vuzem?
23            A     Right after the flood, so sometime in
24    2014.  Don't -- I'm not 100 percent sure but I think
25    it was February, March of 2014.
```

```
 1   if the medical examination confirms that I'm

 2   100 percent healthy, then that he would give me a

 3   job and that he was interested in sending me to the

 4   United States.

 5              Q    Did he say anything else to you in

 6   that initial interview?

 7              A    Then he told me that I have to -- so

 8   if my medical examination comes back good, then I

 9   would have to copy all of my paperwork, all of my

10   diplomas and certificates.  I would have to certify

11   them with Apostille, and then I would have to pay

12   for all of that paperwork.  And he would, in

13   Slovenia, take care of my visa.

14              Q    Did he tell you where you would be

15   working in the United States?

16              A    He didn't tell me anything.  He just

17   said when and if I get an American visa that I would

18   be going to the United States, but he didn't say

19   where.  And there were also some additional,

20   obviously, checks being done by the American embassy

21   in Slovenia.

22              Q    Did he tell you how much you would be

23   paid per month with this job?

24              A    So when I first started working, I

25   was receiving 560 euros, and then later -- and then
```

1    later it was 760.

2           Q    When did your salary jump up to 760

3    euros a month?

4           A    Towards the end.  So three, four,

5    maybe five months towards the end.  Don't hold me --

6    I'm not 100 percent sure.

7           Q    So Mr. Vuzem directed you to appear

8    for an exam at a clinic.  Did that happen on the

9    same day as your interview or at some point later?

10          A    No, this was a second time I came.

11   The second time I came I had to bring him all of my

12   diplomas and certificates.  I also had to bring him

13   all my passports showing the different visas that I

14   had at the time for Germany, Afghanistan and Italy.

15   And after that, after he saw them, then he sent me

16   to the medical examination.

17          Q    You mentioned an Italian visa.  Why

18   did you have an Italian visa?

19          A    No, not an Italian visa.  No, sorry,

20   not an Italian visa.  I had a German visa, a

21   Slovenian visa, an Afghanistan and an American visa,

22   and those are all the visas that I had.

23          Q    Did you have an American visa prior

24   to working for Vuzem?

25          A    No.

1    Q    Did you sign a contract to work for
2    Vuzem?
3    A    When I have received the visa.
4    Q    Do you recall when you received the
5    visa and signed a contract with Vuzem?
6    A    So I only signed empty papers for
7    Vuzem.  I never signed a contract.  I only signed
8    four empty papers that had my name and my signature.
9    Q    When you say that you signed empty
10   papers, are you saying that you signed documents
11   that were blank?
12   A    Yes, an empty piece of paper, sheet
13   of paper.
14   Q    You never signed a formal employment
15   agreement with Vuzem.
16   A    No.
17   Q    Before you left on your first
18   assignment in the United States, which -- was that
19   around June 2014?  Does that sound right?
20   A    Yes.  BMW Industries in Greenville in
21   South Carolina.  June 2014.
22   Q    Were you paid a monthly salary by
23   Vuzem prior to your departure?
24   A    No.
25   Q    In between your time in the United

1   States for Vuzem, meaning your trips, were you paid

2   by Vuzem for the time that you were back in eastern

3   Europe?

4           A    When I was home, he did not pay me.

5           Q    But you were -- just to be clear, you

6   were only paid by Vuzem when you were at a job in

7   the United States.  Is that correct?

8           A    Yes.  So it takes me about six or

9   seven hours to travel from my home to Vuzem

10  headquarters.  It takes about 12 hours to fly.  I

11  was never paid anything unless I was entering Tesla,

12  and the moment I would leave I would also not be

13  paid.  And if I ever happen to be sick, that day I

14  would also not be paid, even if I was in the states.

15          Q    Did you pay for your travel to and

16  from the United States?

17          A    No.

18          Q    Who paid for your travel?

19          A    The company probably paid.  I don't

20  know exactly who paid, but I received the tickets

21  from the company.

22          Q    Did you pay for your lodging in the

23  United States?

24          A    No, the company paid for it.

25          Q    Did you receive a per diem when you

1  were in the United States?

2          A     No.

3          Q     Do you know what I mean by per diem?

4          A     What?

5          Q     Did you receive a small amount of

6  money, either daily or weekly, from the company,

7  from Vuzem, to spend on groceries or other things?

8          A     Our supervisor, we could get $100,

9  for example, from him, but then that would be taken

10 out of our wages.

11         Q     Besides your airfare and your

12 lodging, what else did Vuzem pay for while you were

13 in the United States?

14         A     So they paid for transportation, they

15 paid for gas, they paid for electricity, water.  So

16 any kind of utilities to do with the housing they

17 paid for.

18         Q     When you were on assignment with

19 Vuzem in the United States, what did you pay for?

20         A     Nothing.  Only my food.

21               MR. BERNAY:  We're at a good stopping

22 point now.  We've been going a little over an hour,

23 so let's give everybody a break.  Let's go off the

24 record.

25               (An off-the-record discussion was held

1          A    If there had been no flood, I would

2     have never left Bosnia Herzegovina, but I was left

3     with nothing to make my living on which is what

4     forced me to leave Bosnia and go to the European

5     union.

6          Q    When you worked in Germany for

7     Pro-Klima, you took that job on your own free will.

8     Is that correct?

9          A    Yes.  Yes.

10         Q    No one forced you to take the job in

11    Germany.

12         A    No.

13         Q    And no one forced you to take this

14    job in Slovenia with ISM Vuzem, correct?

15         A    No.

16         Q    So your inability to continue to work

17    as an air conditioning technician was due to the

18    fact that you lost all of your tools and car and

19    most of your home?  Is that why?

20         A    Yes.

21         Q    After the flood in 2014 and 2015, was

22    there still a need for air conditioning work in

23    Bosnia?

24         A    Yes, but like me, everybody else also

25    lost their equipment, and so I couldn't financially

1    recuperate, which is why I looked for the job.

2              Q    When you were working as an air

3    conditioning technician, did you purchase the air

4    conditioning units themselves to sell to your

5    customers?

6              A    There were some chains that were

7    selling the AC units and they would deliver the

8    units.  I was just charging for my labor.

9              Q    So to be clear, you weren't -- the

10   customers were purchasing the units and you were

11   installing them and charging the customer for your

12   labor.

13             A    Yes.  At the recommendation of the

14   shopping chains and the sellers of these units.

15             Q    As part of your job as a technician,

16   did you have to carry heavy loads, like the unit

17   itself?

18             A    No, there was a piece of equipment,

19   machinery, that would lift them.  And it was -- if

20   it was higher, if it was higher, then there would be

21   a special truck that would have a lifting mechanism.

22   Nobody carries these heavy loads anymore.  And also,

23   just to clarify, the hiring of this special truck

24   with the lifting mechanism would not be something

25   that I would charge the customer for.  This would be

1   my son was born in '95 so he's 28, turning 29.

2            Q    And after the flood, what education

3   were you trying to obtain for your children?

4            A    So my daughter is a -- went to the

5   vocational medical high school, so she's a medical

6   technician.  And my son went to hair dressing

7   academy.  And their education was the only reason

8   for me to persevere and make it in the United

9   States.

10           Q    Why did you need to work in the

11  United States to support their education?

12           A    Because in Bosnia everything was

13  lost, all the companies in the floods.  And I did

14  not have two or three months to not -- I couldn't

15  afford to not work for two or three months.

16           Q    Their education cost money?

17           A    Yes, of course.  Every private

18  academy cost money.

19           Q    So I understand, your children, their

20  high school technical education cost money?

21           A    So the medical high school cannot be

22  completed without 20,000 because it's located in

23  another city.

24           Q    Twenty thousand euro?

25           A    Medical -- yes, the medical high

1    school.  You know, lodging, food, travel, uniforms,

2    et cetera, et cetera.

3            Q    And that's 20,000 euro a year?

4            A    For four years.

5            Q    And what about the hair dressing

6    academy?

7            A    So we paid that 10,000 euros for one

8    year.  This was a private hairdressers academy, and

9    thank God he completed it and today he's a

10    successful hairdresser.

11           Q    Did insurance cover any of your

12    losses resulting from the flood?

13           A    No.  We only received 5,000

14    convertible marks, which is 500 euros from the

15    state.  But everybody that was affected, all the

16    houses that were affected received that aid.

17           Q    Did you have insurance on any of the

18    items, including your home that you lost?

19           A    No, no.

20           Q    So to get back to your applying for a

21    job with Vuzem, you said during your second trip you

22    went to see the doctor who performed an examination

23    on you, correct?

24           A    No, it is not correct.  That would

25    have been the seventh time I went.  So the last time

1    I went, when I went to the doctor.

2             Q    Your seventh trip to Slovenia.

3             A    No, the seventh trip to the United

4    States.  That's the first time I went to see a

5    doctor in the United States.

6             Q    Okay.  I'm sorry, I think we're -- I

7    may have confused you in terms of what I was talking

8    about.

9             A    No, no, I'm not confused.

10            Q    I'm asking about the time you were

11   evaluated prior to receiving a job at ISM Vuzem.

12   You said that was during your second trip to

13   Slovenia that you saw the company doctor.

14            A    Yes.  Yes.

15            Q    And you testified that you had -- the

16   doctor found no issues with your health in 2014.  Is

17   that correct?

18            A    Yes, that is correct.  He only found

19   an artificial bridge in my -- on my lower teeth, and

20   he entered that into my card.

21            Q    How do you know that the physician

22   found no issues with your health?  Did he tell you?

23            A    So all the workers who were meant to

24   go to the United States had to undergo special

25   medical examinations.  They looked at everything.

```
 1   visa interview, where and in what city was that visa

 2   interview held?

 3            A    In Ljubljana.  L-j-u-b-l-j-a-n-a.  In

 4   the American embassy.

 5            Q    Did anyone prepare you for that

 6   interview?

 7            A    No.

 8            Q    Do you recall what questions were

 9   asked of you by the consular officer at the embassy?

10            A    He asks normal questions, all the

11   normal questions about my life, my education, my

12   parents, the war, my occupations, where I worked,

13   who I work for, what I did.  Also about all my

14   certificates and where I received them, and they

15   were a little bit surprised that I had all those

16   certificates.

17            Q    After the interview, how long did it

18   take for you to receive your visa approval?

19            A    Fifteen days.

20            Q    And what visa did you receive?

21            A    I don't know which one I got (holding

22   up passport).

23            MR. DRESSER:  Hold it, Sasa.  Put it

24   down.  It has confidential information that is being

25   recorded.  We don't do that.
```

1    issued an ID.

2          Q    And the ID that you received, who

3    issued that ID?

4          A    So at BMW plant we received this ID

5    with our picture, name, a full name, and there was

6    also a name under there and I'm assuming it was BMW

7    safety department.  I don't know.

8          Q    How many hours per day did you work

9    at the BMW plant, on average?

10         A    Twelve.

11         Q    And how many days per week, on

12   average, did you work?

13         A    I was there on assignment 85 days and

14   I worked each and every day.  On Sundays our working

15   hours were shorter and we would end at 4:00.

16         Q    How many hours would you work on a

17   Sunday?

18         A    So on Sundays I worked from 8:00 to

19   4:00, and then at the end of every month I would

20   have 230 to 240 hours worked.  Any breaks that we

21   were given would be taken out of this total number

22   of hours worked.  There was a 50 minute breakfast

23   break and a 30 minute lunch break, but those would

24   not be counted towards the hours worked.  And this

25   was the case at the BMW plant and it was exactly the

1    same situation in the Tesla plant.  Identical.

2              So the working conditions were

3    identical for the BMW plant and for Tesla.  They

4    also didn't take into account our commute times both

5    to the work site and home.  Those were not taken

6    into account neither at BMW or at Tesla.

7              Q    Were you paid an hourly wage while at

8    BMW?

9              A    I would just receive a certain

10   amount, flat rate, in my bank account monthly.  I

11   could not choose how many hours to work.  I had to

12   do what everybody else was doing.

13             Q    When you worked for Vuzem at BMW, did

14   you ask for a day off?

15             A    No, I couldn't get one.

16             Q    How did you know you couldn't get

17   one?

18             A    Because even my colleagues who were

19   sick were not getting paid if they were out sick.

20             Q    And how did you know that your

21   colleagues who were out sick were not getting paid?

22             A    We were talking about it amongst

23   ourselves, while we were having, you know, our lunch

24   or while we were smoking.  May I add something?

25             Q    Please.

```
 1    whether the overseers were staying in houses, I

 2    wouldn't be able to tell you that.

 3            Q      You said that you were shocked.  What

 4    were you shocked by?

 5            A      Well the relationship.  The

 6    relationship between the supervisors and the

 7    workers.  Also of my separation from home.  This was

 8    the first separation from home for me where I felt

 9    uncomfortable.

10            Q      And what made you feel uncomfortable

11    about being separated from home?

12            A      So when I started experiencing these

13    uncomfortable situation, I immediately, maybe my

14    first, second, third, or fourth day went to the

15    boss' son, Klemen, to complain.  And I thought this

16    was a large, healthy company, and I thought

17    interpersonal relationships were very important.

18    There was a problem because of my ethnicity, because

19    of the fact that I was from Bosnia.  And there I was

20    complaining to my boss' son, and he laughed at me.

21            Q      What, specifically, was your

22    complaint to Klemen Vuzem that day?

23            A      So when I was talking to his father,

24    I was discussing specialized work, but because I was

25    a Serb from Bosnia Herzegovina, I got the worst and
```

1    the most difficult job assignments.

2         Q    What were the better job assignments

3    at BMW?

4         A    Well probably the jobs that I thought

5    I was hired for.  Air conditioning, vents, venting,

6    stuff like that.

7         Q    Did other workers at -- did other

8    workers in Greenville do those jobs, like the air

9    conditioning and the venting?

10        A    Air conditioning jobs, no, but

11   ventilation jobs, yes.  But those were only given to

12   workers that had a privileged relationship with the

13   Vuzem supervisors.

14        Q    Who did the air conditioning work, if

15   any?

16        A    Not our company.  Also, at Tesla it

17   was an American company who did all the air

18   conditioning work, not the Slovenian company.

19        Q    What were the names of the workers

20   who were given these preferential jobs, like the

21   vents?

22        A    So these would be people that were

23   close to Vuzem.  Their family, their friends, their

24   cousins.  They would be mostly people from Zagorje.

25   Spelling:  Z-a-g-o-r-j-e, in northwestern Croatia,

1   but I didn't think that was normal.

2            Q     How do you know then that these

3   individuals associated with Vuzem took drugs?

4            A     I know by how they showed up at work.

5   The supervisors only.  Klemen was the worst but also

6   Josip Liber.

7            Q     And what about how they showed up at

8   work led you to believe that they were on drugs?

9            A     So I could more tell about the amount

10  of alcohol they were drinking.  You're asking me

11  some questions that I just really wasn't paying

12  attention to it.  I was just trying to get out of

13  their way so they wouldn't hurt me.

14           Q     What do you mean by that, you were

15  trying to get out of their way so they would not

16  hurt you?

17           A     Because they were very evil.

18           Q     Who was very evil?

19           A     So I gave you the names:  Klemen,

20  Josip Liber, Sifet Dizdarevic.  Those three names

21  will suffice.

22           Q     And why were they evil?  Because they

23  discriminated against you as a Bosnian Serb?

24           A     Yes.

25           Q     Any other reasons?

1          Q    Did these two individuals also

2    experience discrimination by Klemen Vuzem and

3    others?

4          A    No.

5          Q    Why not?

6          A    They probably kept quiet.  I did not

7    keep quiet.  I stated my opinion.

8          Q    Did -- while you were in Greenville,

9    did any one of the Vuzem workers leave early because

10   of the conditions there?

11         A    I don't know.  I asked Klemen if I

12   could leave.  But his answer was that they will take

13   away my visa, that they will make me pay for my

14   transportation and my accommodations.  That they

15   will destroy my reputation.  And that, as a

16   consequence of that, I will never be able to work in

17   the European union again.

18         Q    And when did you ask Mr. Vuzem that

19   question and receive that response?

20         A    Maybe between the 10th and the 15th

21   day of my arrival at Greenville, so at the very

22   beginning.

23         Q    And Mr. Vuzem's response was to a

24   question from you about returning home to Bosnia?

25         A    Yes.

1         Q    Did you ask again after that?

2         A    No.  Another supervisor from Vuzem

3 put me under his protection.  He put me under him

4 and into his team, and his name is Aljosa Globelnik.

5         Q    Why did Mr. Globelnik put you under

6 his protection?

7         A    Because he saw that I do my job well.

8 I just wouldn't allow anybody to provoke me, to make

9 fun of me and to insult me, especially because of my

10 ethnicity.

11         Q    Once you came under Mr. Globelnik's

12 protection, did you have any further conversations

13 with Klemen Vuzem?

14         A    No, I never addressed him again.

15         Q    Was Klemen Vuzem there the entire

16 time that you were in Greenville?

17         A    Yes.

18         Q    Did you work in unsafe conditions at

19 BMW?

20         A    Sometimes.  These can't be ideal,

21 always.

22         Q    What were those unsafe work

23 conditions?

24         A    So when we're working on the roof, we

25 didn't have appropriate cranes or jacks, so we had

```
 1   TESLA, INC.                    FROST BROWN TODD, LLP
     Aaron Langberg (SBN 284975)    Aaron Bernay, pro hac vice
 2   901 Page Avenue                Ryan Goellner,pro hac vice
     Fremont, CA 94538              3300 Great American Tower
 3   Telephone: (510) 828-8959      301 East Fourth Street
     alangberg@tesla.com            Cincinnati, OH 45202
 4                                  Tel: (513)651-6800
                                    ABernay@fbtlaw.com
 5   Attorneys for Defendant,
     Tesla, Inc.
 6

 7                  UNITED STATES DISTRICT COURT
 8                NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
 9                          - - -

10   SASA MASLIC, ET AL.      : Case No. 5:21-cv-02556-BLF
                              :
11              Plaintiffs,: Volume II
                              :
12       vs.                  :
                              :
13   ISM VUZEM D.O.O. et al. :
                              :
14              Defendants.:

15                          - - -

16          Continued Zoom videoconference deposition of

17   SASA MASLIC, a plaintiff herein, taken by the defendants

18   as upon cross examination, pursuant to the Federal Rules

19   of Civil Procedure and pursuant to Notice of Deposition

20   and agreement by counsel as to the time and place and

21   stipulations hereinafter set forth, at 10:34 a.m. on

22   Tuesday, March 26, 2024, before Darlene Anthony, a

23   Professional Reporter and Notary Public in and for the

24   State of Ohio at large.

25
```

```
 1              (Interpreter translates.)

 2         Q    You can answer.

 3         A    Mr. Bernay, I only spent one of my

 4  assignments at the BMW plant.  All my other

 5  assignments I did at Tesla.

 6         Q    My question was, while you were

 7  working in Greenville, how often did the company

 8  organize dinners for the workers?

 9         A    I'll say once -- I'll say once, but

10  I'm not sure.  Simply, I'm not sure.

11              MR. DRESSER:  Sasa, just answer the

12  question, okay?

13              (Interpreter translates.)

14              MR. DRESSER:  If he wants to waste

15  his time on things that aren't relevant, that's his

16  issue.

17         A    Okay, Mr. Bill.

18         Q    When you lived in Greenville, did you

19  have any expenses besides your groceries?

20         A    No.

21         Q    When you were in Greenville, how did

22  you communicate with your family in Bosnia?

23         A    Via phone.

24         Q    Did you have a cell phone with you

25  when you worked in Greenville?
```

1          A     Yes.

2          Q     Was that your personal cell phone?

3          A     Yes.

4          Q     Was it a Bosnian cell phone or an

5    American cell phone?

6          A     So the first assignment I had a

7    Bosnian cell phone.  Later I bought myself an

8    American number.

9          Q     Did you always have possession of

10   your cell phone when in Greenville?

11         A     Yes.

12         Q     Did -- during this time, in

13   Greenville in 2014, did you have any social media

14   accounts?

15         A     Probably.  Probably.

16         Q     What social media accounts did you

17   use in 2014?

18         A     I used Viber to communicate with my

19   family, and I probably had Facebook and Skype.

20         Q     Besides Viber, Facebook, and Skype,

21   did you use any other social media platforms in

22   2014?

23         A     No.

24         Q     Do you still have a Facebook account

25   today?

1          A    Yes, I do.

2          Q    Have you searched your Facebook

3    timeline for relevant materials in this proceeding?

4          A    No.

5          Q    In -- when you were working for Vuzem

6    between 2014 and 2016, how often did you post to

7    Facebook?

8          A    Rarely.  Very rarely.

9          Q    Do you recall, when you did post to

10   Facebook during this period, 2014 to 2016, what did

11   you post about?

12              (Interpreter translates.)

13              MR. DRESSER:  Objection, calls for

14   speculation.

15              (Interpreter translates.)

16         Q    You can answer.

17         A    I don't know what I should remember.

18   This was eight years ago.

19         Q    I've asked you about 2014.  Thinking

20   about the entire time that you worked for Vuzem,

21   from 2014 to 2016, did you use any social media

22   platforms besides Viber, Facebook, and Skype?

23         A    No.

24         Q    We spoke yesterday about the working

25   conditions at BMW in Greenville.  Besides Klemen

1    Vuzem, did you complain to anyone else about the

2    working conditions and hours at Greenville?

3            A    No.  Also, I was not complaining

4    about the working conditions.  I was complaining

5    about the interpersonal relationships.

6            Q    Did you tell anyone besides Klemen

7    Vuzem that you wanted to leave Greenville and return

8    to Bosnia?

9            (Interpreter translates.)

10            MR. DRESSER:  Objection, compound.

11            (Interpreter translates.)

12            Q    You can answer.

13            A    I complained in front of all the

14    workers to Klemen.  I was not afraid.  And I said,

15    If we can't work it out, let me go back.

16            Q    And what was Klemen Vuzem's response

17    to you, when you made this complaint?

18            A    That I would lose my visa, that I

19    would bear the cost of the visa, of the transfer and

20    of my accommodations.  That I would have to bear all

21    those costs.  That I would lose my reputation, and

22    that I would not be able to work anywhere else

23    again.

24            Q    Who else was present when Klemen

25    Vuzem told you these things?

1          A     Esmir Kadric was there.   First name

2     E-s-m-i-r, last name K-a-d-r-i-c.   There were about

3     50 workers present because we were on a break.

4          Q     After you made this complaint, did

5     any of the Vuzem workers speak to you about what you

6     said?

7          A     Yes, my supervisor, Aljosa Globelnik.

8          Q     And what did your supervisor say?

9          A     That I would have no further

10    problems, that I would be working under him, and

11    after this conversation with Mr. Aljosa I had no

12    further issues in Greenville.

13         Q     And apart from your conversation with

14    your supervisor, did anyone else discuss or comment

15    on your complaint to Klemen Vuzem?

16         A     Yes, my work colleagues, but not in

17    front of Klemen Vuzem but on the side.

18         Q     And what did your work colleagues say

19    about what you told Mr. Vuzem?

20         A     That I was right, that what I did was

21    the right thing to do.   I never allowed anybody to

22    underestimate me or to humiliate me.

23         Q     When you worked for Vuzem in

24    Greenville, are you aware of any other complaints

25    made by the Vuzem workers to the supervisors?

1          A    I believe this is a superfluous

2    question.  I cannot speak on other people's

3    behalves.

4          Q    I'm asking you, specifically, if

5    you're aware of other complaints made by other

6    workers while you were in Greenville.

7          A    I don't know.

8          Q    To be clear, you don't know or you

9    can't recall if there were other complaints?

10          A    I don't know if anybody else

11    complained.  I can't know what other workers did.

12    Mr. Bernay, if I might add?

13          Q    Yes, please.

14          A    So this was my first assignment, this

15    assignment at BMW.  And I didn't -- I didn't find my

16    grounding there.  I was far away from my family.  I

17    left my family behind.  And if -- I think if I

18    forget something, that's normal, because I was 12 to

19    13,000 kilometers away from my home.

20          Q    While working in Greenville, who

21    supplied your work equipment?

22          A    We checked all that out in Slovenia.

23    We received it in Slovenia.

24          Q    Did you have to pay for any of your

25    work equipment?

1          A      For our winter jackets, yes.

2          Q      Anything else?

3          A      No.

4          Q      And I assume you didn't need your

5    winter jackets in Greenville, South Carolina.

6          A      No, we were supposed to go to

7    Chattanooga so we had to get these jackets that

8    could be appropriate for those subzero degrees, and

9    this was just one jacket.

10         Q      Were you supposed to go to

11   Chattanooga for your first assignment?

12         A      No, no.

13         Q      This was a later assignment.

14         A      That was later.  But when you asked

15   about the purchases, I only had to purchase one

16   jacket, but I never went to Chattanooga.

17         Q      When did you leave Greenville to

18   return to Bosnia?

19         A      As soon as the minimum time frame

20   expired.  That was 85 days.  My visa stipulated I

21   could stay for six months but I only -- I always

22   only stayed the minimum number of days, which was

23   85.

24         Q      Why did you only stay the minimum

25   number of days?

1    Q    And this was Klemen Vuzem?

2    A    Yes, he was the boss' son.  Not me.

3    Q    In that conversation, what did you

4  tell Klemen Vuzem about your departure plans?

5    A    That I did not want to allow anybody

6  to underestimate me and to threaten me.  I have been

7  that way.  I have never kept quiet, and I wouldn't

8  allow anybody to stomp all over me.  I have my

9  pride.

10    Q    I'm asking a different question.  My

11  question is how did you inform Klemen Vuzem that you

12  were returning to Bosnia?  What did you tell him?

13    A    I asked him to stop with the

14  provocations and that to return me.  I didn't come

15  there for anybody to stomp all over me.  I have

16  never allowed that.

17    Q    What did Mr. Vuzem say in response?

18    A    He laughed.

19    Q    And then how did you go about

20  planning your return to Bosnia, meaning your flights

21  and your departure day?

22    A    I didn't.  I had to stay.  I was

23  threatened again that I had to pay for everything:

24  My visa, my flight, my accommodations, the clothing.

25  Klemen said, Yes, you can return, but first you have

1    to pay for all this and we will calculate how much

2    you owe.

3           Q    I want to be clear that we're not

4    talking about different conversations.  Mr. Maslic,

5    you did leave -- you left Greenville after 85 days,

6    correct?

7           A    Yes.

8           Q    The conversation that you just

9    described, was that the conversation that you had

10   with Klemen Vuzem 10 to 15 days into your time at

11   Greenville?

12          A    Yes.

13          Q    I'm asking you about a different

14   period of time now.  I'm asking you about early

15   September 2014 and late August 2014.  At some point

16   you had to communicate with someone about your

17   departure from Greenville, correct?

18          A    We came to Greenville as a group,

19   collectively, and we left Greenville as a group.  I

20   didn't leave on my own.  We came as a group and we

21   left as a group.

22          Q    When you left Greenville, how many

23   other Vuzem workers left with you?

24          A    Everybody who came left with me, and

25   then the next shift, the next contingent came.

1          Q    Do you have any correspondence that

2     you received from ISM Vuzem with you today?  Did you

3     save any of it?

4          A    I don't understand the question.

5          Q    Did you keep any of the

6     correspondence that you received from ISM Vuzem?

7          A    Yes, that I was fired while being on

8     sick leave.

9          Q    Anything else that you kept?

10         A    I don't know.

11         Q    When you were back in Bosnia after

12    Greenville for these 15 to 20 days, did you consider

13    leaving Vuzem's employment to take a different job?

14         A    No, because there were no other jobs.

15    Floods have destroyed everything.  You can open any

16    source of information and look for Samac and you

17    will see that the floods have destroyed everything.

18         Q    Did you consider looking for jobs

19    elsewhere in Europe during that time?

20         A    No, I was already a man of advanced

21    age and not too many people would hire me.  And even

22    if I had quit, they would have destroyed my

23    reputation in the United States, in Europe, in

24    Germany.  ISM is a German company and I would not

25    have been able to work anywhere else in Europe.

1          Q      Let me understand that.  Are you
2   saying, if you had quit when you were back in
3   Bosnia, Vuzem would have destroyed your reputation?
4          A      Yes, and I would have had to pay all
5   of these expenses.
6          Q      How do you know that you would have
7   had to pay all those expenses?
8          A      Because Klemen Vuzem said it to my
9   face.
10         Q      If I understand, Mr. Vuzem said that
11  to you because you had asked to leave early from
12  Greenville.
13         A      Yes, but it also applied to me
14  resigning.  I would have had to pay it all.
15         Q      How do you know it would have applied
16  to you resigning after you returned to Bosnia?
17         A      Because he told me that I would be
18  responsible for paying for my visa, for paying the
19  15 days that I spent in a hotel while waiting for
20  the visa because I couldn't return to Bosnia.  I
21  didn't have my passport with me.
22         Q      Again, Mr. Maslic, I'm asking, I
23  think, a different question than you understand me
24  to be asking.  My question is, when you were back in
25  Bosnia in September 2014, if you had taken a

1    different job and not accepted another assignment

2    from Vuzem, what would have been the result?

3              A    I don't know.  I can't tell the

4    future.

5                   MR. DRESSER:  I was going to object,

6    it calls for speculation, but I believe the witness

7    already said that.

8                   (Interpreter translates.)

9              Q    Mr. Maslic, did anyone tell you that,

10   had you not accepted another assignment from Vuzem

11   when you were back in Bosnia, you would have had to

12   pay back all of these expenses and would have lost

13   your visa?

14             A    Directly, no.  Indirectly, yes.

15             Q    What gave you that impression, that

16   if you had not accepted another assignment all of

17   these things, including reimbursements and losing

18   your visa, would have happened to you?

19             A    The conversations with my work

20   colleagues while we were in Greenville.  That's what

21   they were talking about.  This was, after all, my

22   first assignment.  I was getting to know everybody.

23   I was getting adjusted.  And if I may add, I had to

24   return to the United States to work because my son

25   was attending the private hairdresser's academy.  I

1    had to return to earn money to pay for his

2    education.

3            Q    Did you want to go back to the United

4    States to work for Vuzem in 2014?

5            A    I had no choice.

6            Q    Mr. Maslic, you had a choice,

7    correct?  You could have not gone.

8            MR. DRESSER:  Objection,

9    argumentative.

10           (Interpreter translates.)

11           MR. DRESSER:  You're not allowed to

12   tell the witness he's not allowed to answer the way

13   he did.  That's what you're doing.

14           (Interpreter translates.)

15           MR. BERNAY:  You are not allowed to

16   tell the witness how to answer in a speaking

17   objection.

18           (Interpreter translates.)

19           MR. DRESSER:  Mr. Bernay, let's not

20   get into it.  After the email that I got from you

21   yesterday at 4:30 indicating that whatever you said

22   this morning to Mr. Maslic was a bunch of nonsense,

23   I'm not going to get into it with you.

24           (Interpreter translates.)

25           MR. BERNAY:  I'm not sure what you're

1    referencing, but Mr. Maslic --

2                    MR. DRESSER:  Want me to read it to

3    you?

4               (Interpreter translates.)

5                    MR. BERNAY:  Bill, if you want to

6    have a discussion, let's have it off the record.

7                    MR. DRESSER:  Seriously, do you want

8    me to read it to you?

9                    MR. BERNAY:  No.

10                   MR. DRESSER:  Then don't go there.

11              (Interpreter translates.)

12              Q    Mr. Maslic, I'll ask the question

13   again.  You voluntarily returned to the United

14   States in September 2014 to work at Tesla, correct?

15              A    Yes.

16              Q    Did -- tell me about your second

17   assignment at Tesla.  When you arrived in

18   California, who picked you up at the airport?

19              A    So it was organized.  It was another

20   organized trip.  We flew from Slovenia, maybe to

21   Germany, maybe through Switzerland, I'm not sure, to

22   the United States.  And then I didn't know anybody

23   and these were supervisors that I didn't know.

24              Q    Everyone else on your flight was a

25   supervisor?

1          A    These were workers who were also

2     flying with me, and then we were greeted in the

3     United States.  They were organized; I assume, Vuzem

4     vans that came to pick us up.

5          Q    How many people traveled with you

6     from Slovenia to California?

7          A    I don't know.  I didn't count them.

8     That wasn't my job.  Twenty, maybe 30.  I can't give

9     you the correct number because it didn't interest

10    me.

11         Q    And what were your living

12    accommodations like in California?

13         A    Excellent.

14         Q    Tell me more about what your living

15    situation was like.

16              (Interpreter translates.)

17              MR. DRESSER:  Objection, calls for a

18    narrative.  Object to the form of the question.  To

19    say, Tell me about something, is an improper

20    question.  If you have a specific question, please

21    ask it.

22              (Interpreter translates.)

23         Q    Let me ask a different question.

24    Mr. Maslic, did you live in an apartment complex?

25         A    We lived in houses.

1    there we were in a motel and here we were in a

2    house.

3              Q     Did other ISM Vuzem workers live in

4    the same neighborhood with you?

5              A     Yes.

6              Q     Were there amenities in the

7    neighborhood, like a health club and swimming pool?

8              A     Yes, for those who didn't work.

9              Q     Did you ever use any of the amenities

10   on site?

11             A     So in the one and a half years that I

12   was there, I may have gone to the pool once.  The

13   rest of the time we would come home broken.  We

14   would have to, you know, wash ourselves, cook, take

15   care of our clothing, rest, and so on.

16             Q     Did your colleagues at Vuzem make use

17   of the amenities in California, like the swimming

18   pool and the health club?

19             (Interpreter translates.)

20             MR. DRESSER:  Objection.  Question is

21   ambiguous and compound.

22             (Interpreter translates.)

23             Q     You can answer.

24             A     Mr. Bernay, I wasn't following my

25   colleagues around.  I had to wash my clothes.  I

1        A    I don't know but they probably were

2  not satisfied.

3        Q    Did you talk to any of them about why

4  they left Vuzem?

5        A    They were not satisfied with certain

6  conditions.

7        Q    Do you know what those conditions

8  were?

9        A    We didn't really delve into those

10  discussions but it was mostly the pay.

11        Q    And they left the company in 2016?

12        A    I wasn't paying attention to when

13  people were leaving the company, so I'm not sure.

14        Q    Did your fellow workers that you knew

15  from Greenville and Fremont, did they leave the

16  company at different points in time, meaning they

17  would leave after an assignment and not come back?

18        A    I don't know.

19        Q    Did --

20        A    May I add to my answer?

21        Q    Please.

22        A    So there are workers who only did one

23  assignment.  There are those who did two or three.

24  I did seven.  So when I speak for myself, I say I

25  did seven assignments.

1      Q    And in terms of the workers who only
2  did one or two or three assignments, do you
3  understand that those workers left the company --
4  well, sorry.  Strike that.
5           In terms of the workers who did only
6  one, two, or three assignments, do you understand if
7  they left the company because they were fired?
8      A    I don't know that.  I don't know.
9      Q    When the workers who did less than
10 three assignments left the company, did they have to
11 pay their expenses back to the company?
12     A    I don't know if they did or not.
13     Q    Did you ever ask anyone who had left
14 the company if they had to pay back their expenses?
15     A    No.  These are all people who live
16 300, 400, 500 kilometers away from my home and I
17 don't run into them.
18     Q    In terms of the gentlemen who live in
19 Bosnia, who you mentioned a few minutes ago, did any
20 of those workers have to repay their expenses to the
21 company after they left?
22     A    I never talked to them about it.  And
23 in the eight years, I've only met certain people
24 once, maybe twice.
25     Q    Who did you meet since you left the

```
1                    I believe you testified yesterday

2   that Mr. Liber discriminated against you while

3   working in Greenville.  Is that correct?

4           A    Yes.

5           Q    Did that behavior continue at Tesla?

6           A    Yes, but to a lesser degree.

7           Q    When you say it did continue to a

8   lesser degree, how did Mr. Liber discriminate

9   against you while you were working at Tesla?

10          A    Well, from the jobs I received, I

11  received the worst and the most difficult jobs.  He

12  would pull me out of the group that was assigned to

13  Aljosa and then give me the dirtiest, the worst, and

14  the most difficult job assignments.

15          Q    What would be an example of one of

16  those terrible job assignments?

17          A    Yes, I can give you an example.

18          Q    Please.

19          A    Just one second.  So for example, one

20  of the hardest, most difficult and most risky jobs

21  were taking off the old installation from pipes for

22  waste, acid, and waste water.

23          Q    And that was an assignment that

24  Mr. Liber gave you?

25          A    Yes.  So -- yes, he did.  And this
```

1    would be, so taking off the old installation from

2    these -- for acid and waste water because that was

3    all going to get replaced with the new installation.

4              Q    What month and year did you perform

5    that assignment?

6              A    Well, the first or second assignment,

7    ma'am.  I was not taking notes of what exactly.  I

8    was coming and going.  I was just working.  And

9    could I add something else?  If I had known it would

10   have come to this, I would have written a diary

11   every day.

12             Q    While you were working on assignment

13   for Vuzem in the United States, did you write emails

14   to anyone detailing your life in the U.S.?

15             A    No.

16             Q    Did you write letters to anyone about

17   your life in the United States?

18             A    No.  Only by phone.

19             Q    During a typical workweek at Tesla,

20   how many days did you work?

21             A    Seven days.

22             Q    And while at Tesla, what were -- what

23   hours did you work in the day, meaning when did you

24   arrive and when did you leave?

25             A    We worked 10 to 12 hours every day at

1    Tesla, as well as at Greenville.

2          Q    How many hours did you work on

3    Sundays?

4          A    8:00 to 4:00, or sometimes until

5    2:00.

6          Q    While you were on assignment in the

7    U.S., did you have a problem with the amount of

8    hours that you were working?

9          A    No.  It was hard -- it was difficult

10   to take it, but everybody worked those hours and I

11   worked those hours.  I couldn't ask to be taken home

12   early or to be brought to work later.

13         Q    Let's walk through a normal day for

14   you at Tesla.  What time did you wake up?

15         A    5:30.  Around 5:30.

16         Q    How did you get to the Tesla

17   facility?

18         A    Organized transport by Vuzem company.

19         Q    Did you drive the van on occasion?

20         A    Only once, and then I didn't want to

21   carry my international -- carry an international

22   driver's license anymore.  I didn't want to drive

23   anymore.

24         Q    Why did you not want to drive

25   anymore?

1  California?

2          A    Yes.

3          Q    What was the occasion?

4          A    So, for example, my colleague Miro

5  Bosnjak, that is first name M-i-r-o, last name

6  B-o-s-n-j-a-k, took me to buy a phone because I

7  couldn't speak English.  And then my other colleague

8  called Darko Sincek, that is first name D-a-r-k-o,

9  last name S-i-n-c-e-k, I went to the Catholic church

10  for Easter.  So there were some organized excursions

11  to normal places such as these.

12              And another interpreter addition

13  related to the trip to the Catholic church.  These

14  people were Croats from Zagorje in Croatia, and they

15  would go to the Catholic church there.

16              COURT REPORTER:  I'm sorry, these

17  people were?

18              THE INTERPRETER:  Croats, Croatians,

19  from Zagorje, Z-a-g-o-r-j-e.

20  BY MR. BERNAY:

21          Q    Besides going to buy a phone and

22  going to church, do you recall any other outings

23  that you took when you were in California with

24  Vuzem?

25          A    I know they went to Las Vegas and

1    they had invited me as well, but again, as I said

2    before, my finances.

3            Q    When you were working for Vuzem in

4    California, did you ever travel to any sites in the

5    Bay Area for sightseeing?

6            A    Maybe.  I don't know.

7            THE INTERPRETER:  Comment:  The

8    witness may not be aware of what the Bay Area stands

9    for.

10            MR. BERNAY:  Oh, okay.  Thank you.

11    BY MR. BERNAY:

12            Q    When you were in California, did you

13    ever go out to see things in San Francisco, like the

14    Golden Gate Bridge or other landmarks?

15            A    No.  No, again, finances and, you

16    know, my wife at home and my children.

17            Q    Do you recall if your colleagues went

18    to places like Los Angeles, California?

19            A    Yes, probably.

20            Q    Besides Las Vegas and Los Angeles, do

21    you know if your colleagues went on short trips

22    elsewhere?

23            A    I don't know that.  I don't know.

24            Q    How did your colleagues find time to

25    travel to these places?

1           A    You would have to ask them that, not

2     me.  These were young men.

3           Q    But they were also working seven days

4     a week like you?

5           A    Yes.

6           Q    Is it possible that they received

7     some time off work to take these trips?

8           A    Again, I don't know.  All I know is

9     that one time I got a few days off while I was at

10    Tesla.  This was for Easter.  My friends from

11    Sacramento came to pick me up and I had two days

12    off.

13          Q    Who -- what are the names of your

14    friends from Sacramento?

15          A    So their names are Slovodan

16    Jovanovic.  So first name S-l-o-v-o-d-a-n.  Last

17    name J-o-v-a-n-o-v-i-c.  And Senada Jovanovic.

18    First name S-e-n-a-d-a, last name J-o-v-a-n-o-v-i-c.

19          Q    How do you know the Jovanovics?

20          A    We are both from Samac.  We were both

21    born in the same place and we grew up together.

22          Q    Did either of them work for Vuzem?

23          A    No, no.

24          Q    Were they living in Sacramento the

25    entire time you were in California?

1   colleagues that were working there and we start

2   working.

3           Q    Was there a meeting held before you

4   began working every day?

5           A    If the supervisors determined there

6   was need for it.  They were the ones who would

7   determine whether there was a need to have a

8   meeting.  And if not, then we would start working.

9   If yes, we would have it.

10          Q    On average, how many times a week was

11   there a morning meeting?

12          A    Well that would depend on the

13   supervisors.  Maybe once.  Maybe -- it all depended.

14          Q    How many breaks did you get during

15   your typical workday?

16          A    I had one break at 9:00 a.m. and the

17   duration of 15 minutes.  Another break at noon and

18   the duration of 30 minutes.  And then another break

19   at 3:00 p.m. and a duration of 15 minutes.

20          Q    What would you do on your morning

21   break?

22          A    We would have a coffee, we'd go to

23   the bathroom.

24          Q    Anything else?

25          A    You couldn't really do more in 15

1            A    Again, a coffee, a cigarette,

2    bathroom.

3            Q    What time would your workday

4    typically end?

5            A    Six, seven o'clock in the evening,

6    until we reached the apartment or the house.

7            Q    And again, typically after work, what

8    would you do once you returned home?

9            A    Sometimes on our way from work we

10   would go grocery shopping, and then at home we

11   would, you know, wash our clothes, wash our outfits.

12   We would cook.  We would prepare for the next day.

13   And then it would be night and it would be time to

14   go to sleep.

15           Q    Thinking back over all of your

16   assignments for Vuzem in California, did you always

17   have control of your passport?

18           A    Did I have control over it?

19           Q    Correct.

20           A    Yes.

21           Q    Did you always have access --

22           A    You never give your passport to

23   anyone.

24           Q    Did you always have control of your

25   phone?

1          A     Yes.

2          Q     Were you ever told that you could not

3     leave the apartments where you were staying?

4          A     In what sense that I cannot leave?

5          Q     Were you ever told by anyone at Vuzem

6     that you could not leave your housing?

7          A     No.

8               MR. BERNAY:  We've been going an hour

9     so let's stop.  I want to give you a chance to relax

10    for a few minutes.  Why don't we come back in 15.

11              (Interpreter translates.)

12              THE WITNESS:  Okay, thank you.

13              MR. BERNAY:  All right, thank you.

14              (A brief recess was had.)

15              MR. BERNAY:  We're back on the

16    record.

17    BY MR. BERNAY:

18         Q     Mr. Maslic, yesterday you testified

19    about unsafe working conditions that you experienced

20    at Tesla.  Do you remember that?

21         A     Yes.

22         Q     During your first assignment in

23    Tesla, from September until December of 2014, did

24    you experience unsafe working conditions during that

25    period?

1    exact date recorded.

2              Q    Tell me what happened.

3              THE INTERPRETER:  So interpreter

4    comment, I need to ask for correction.

5              (Interpreter converses with witness.)

6              A    So he used the wrong command.

7    Instead of issuing a command to go down, he went up.

8    So he squished me for about a second, and that broke

9    my work helmet and also caused cuts on my head.  And

10   then I lost consciousness.

11             Q    When you say he used the wrong

12   command, what do you mean?  Do you mean that

13   Mr. Varzic misunderstood the direction and ended up

14   hitting you?

15             A    I don't know if he had the right

16   tests for this, whether he passed the right

17   certifications.  In Slovenia I underwent training

18   for handling this kind of equipment.  I don't know

19   if he did.

20             Q    What equipment was Mr. Varzic

21   operating at the time?

22             A    The cherry picker with the basket.

23             Q    And who was giving the commands?

24             A    Sasa turned on the command.

25             Q    So that I understand, it was not that

1    in the old part of Tesla.

2            Q    Do you recall the name of the

3    building you were working at?

4            A    No.

5            Q    After everyone rushed to your aid,

6    what happened?

7            A    So then my supervisor, Aljosa, came.

8    He put me in the car and took me to my housing.  And

9    then the director of Vuzem for the U.S., for the

10   United States, also came.  They brought me some

11   medication, and they -- this was all happening in my

12   housing.  They did not take me to the hospital.

13           Q    Did you ask to go to the hospital?

14           A    I had to go where I was taken.

15           Q    Did you ask to see a doctor?

16           A    They didn't take me to see a doctor.

17           Q    My question, Mr. Maslic, is did you

18   ask to go to a hospital or see a doctor?

19           A    Probably.  I don't know.  I was in

20   shock.  I just wanted to lie down.  I don't want to

21   make a mistake in answering you.

22           Q    What medication were you given?

23           A    Something against pain.

24           Q    And you said the director of U.S.

25   Vuzem came.  Who was that?

```
 1   couldn't walk.
 2           Q    The following day you were unable to
 3   walk?
 4           A    No, I could walk.  I wasn't immobile,
 5   but I was under a lot of pain.  I don't know how to
 6   express that.  I couldn't move my head left to
 7   right, up or down, at all.
 8           Q    How soon after your injury did you
 9   return to work?
10           A    So I stayed home that day and the day
11   after, and then I went back to work.  However, my
12   supervisor gave me the easiest job so that I could
13   be there.
14           Q    What were some of the easy jobs that
15   you did following your injury?
16           A    For example, one of the jobs was to
17   tighten some screws in metal sheets in the basement.
18   Correction:  Metal fencing in the basement.  Also
19   cleaning the construction site.  Things like this
20   just so I would be there.
21           Q    How long did the pain persist after
22   your injury?
23           A    Ten to 15 days.
24           Q    Did you take any medication for the
25   pain during that period?
```

```
 1    that this document is in English.  Mr. Maslic, my

 2    question for you is have you seen this deposition

 3    notice previously that I've marked as Exhibit 5?

 4            A    No.

 5            Q    I'll stop sharing my screen now.

 6    Mr. Maslic, you testified yesterday and today about

 7    threats that you received while working for Vuzem.

 8    And you identified the threat made by Klemen Vuzem

 9    to you, if you left the Greenville site early.  Is

10    that correct?

11            A    Yes.

12            Q    Who else with the Vuzem company

13    threatened you during your time as an employee?

14            A    Nobody directly, except for this one.

15    But there were other provocations.

16            Q    What were the other provocations?

17            A    By threats coming from Josip Liber

18    and Sifet Dizdarevic.

19            Q    And what, specifically, are the

20    threats made by Josip Liber?

21            A    So not threats, actually, but it was

22    more the case that, if there were a job that required

23    three or four workers, he would have me do that by

24    myself or maybe he would assign two workers on it.

25    It was just mistreatment.  There was verbal abuse
```

1    that I had to work, that I had to earn my -- that I

2    had to make my money, that I had to make money for

3    Vuzem, things like that.

4            Q     Who made such verbal abuse?  Was that

5    Mr. Liber?

6            A     Mr. Liber and Mr. Sifet Dizdarevic.

7            Q     And their abuse included statements

8    that you had to work for Vuzem and for money?

9            A     Yes.  In a very, very ugly way.

10           Q     What were these individuals implying

11   when they made those statements to you?

12           A     So, for example, when I complained

13   that I don't have a gas mask and I don't have gloves

14   and I don't have a protective suit, they laughed at

15   me, and all I was doing was asking for protective

16   equipment.  And Tesla safety saw this because they

17   were passing by.  They saw that I did not have a

18   protective suit and that I was not protected.

19           Q     This incident that you're

20   remembering, when you asked for protective gear, to

21   the best of your recollection when did it occur?

22   Month and year.

23           A     So I can't remember exactly.  You can

24   look this up in Tesla papers.  It's whenever they

25   were taking away the old pipes.  That would be the

1   most appropriate way to find exact date.

2          Q      Previously you testified that that

3   was either on your second or third assignment with

4   Tesla.  Does that sound correct?

5          A      Yes, but I'm not sure, and I can't

6   tell you exactly, and I'm afraid I'll make a

7   mistake.

8          Q      Did Josip Liber do or say anything

9   else to you during your time working for Vuzem that

10  you consider to be mistreatment?

11         A      Every interaction between him and

12  myself was mistreatment.  That was just the kind of

13  person that he was.  He was being fed by hurting

14  others.

15         Q      And what about Sifet Dizdarevic?

16  What did he do or say to you?

17         A      The same.  They both did the same.

18  They were friends and they did the same things and

19  they are the same.  I experienced the worst

20  humiliations of my life there, but I had to do it

21  for my family and for my pay.

22         Q      Did you ever speak with anyone at

23  Tesla who did not work for the Vuzem entities?

24         A      No, because I couldn't speak the

25  foreign language.

1          Q    Was there anyone on site at Tesla who

2    did not work for Vuzem but who spoke Bosnian,

3    Croatian and/or Serbian?

4          A    I don't know.  Maybe.  Maybe there

5    was such a person but I didn't know about it.

6          Q    When you had safety briefings at

7    Tesla, did -- who translated during those briefings?

8          A    I don't remember who was translating

9    them.  Probably our supervisor.  So Aljosa Globelnik

10   speaks really good English as does Mr. Josip Liber.

11   All the supervisors.  I don't know if they -- if

12   they engaged somebody else.  I don't remember.

13         Q    Do you remember an individual who

14   worked for ISM named Maciej or Magic Kandefar?

15              THE INTERPRETER:  Interpreting

16   comment:  Would you mind spelling that out?

17              MR. BERNAY:  Yeah, I think it's

18   M-a-c-i-e-j, and then it's -- don't hold me to this.

19   I think it's K-a-n-d-e-f-a-r.

20         A    No, not familiar with the name.

21         Q    Okay.  How did you come to -- how did

22   you -- well, what happened after your last

23   assignment with Vuzem at Tesla?

24         A    So my last assignment in Tesla, it

25   was myself, Darko Sincek; first name D-a-r-k-o, last

1   name S-i-n-c-e-k.  And the next person was Dalibor,

2   that is D-a-l-i-b-o-r.  And our supervisor was

3   Primoz.  That is P-r-i-m-o-z.  And Vuzem sent us --

4   and the owner of Vuzem sent the four of us to do

5   repairs.  Repairs of our workers' work and other

6   workers' work.  And these repairs were on

7   sprinklers, on pipes, on the roof, on the new -- the

8   new fire protection devices.  We were also

9   installing some equipment right under the roof.

10  There was an area of maybe half a meter and we were

11  installing some equipment in there while the

12  temperature was 50 to 70 degrees centigrade.

13              So then, to cut the story short, we

14  spent three months there, and at the end we packed

15  up all of our tools, all of our containers and we

16  shipped them off to Volkswagen in America.  And

17  during this assignment was the first time that my

18  pain was so strong I couldn't even turn around, so

19  that my supervisor, Primoz, took me to a hospital to

20  get a shot.  And I stayed there for about five to

21  six hours, and I received a shot, and then Primoz

22  told me that he paid it with a credit card, the

23  company's credit card, to the tune of $1800.  And

24  that day he returned me to the motel.

25              At that time the four of us were in

1    this motel, and then I also stayed home the next

2    day.  So until the end of this assignment then of

3    three months, we stayed there.  I packed up -- at

4    the end we packed up all the tools, all the

5    containers, and we sent it off to Volkswagen.  So

6    the whole time we were doing fixes on previously

7    done work.  Errors that our people made, that the

8    Polish workers made, and also the Hungarian workers.

9    So whatever Tesla reported as not working properly,

10   we fixed.

11            Q    To be clear, were there any other

12   Vuzem employees on site during your last assignment

13   besides the four of you?

14            A    No, only the four of us were there

15   who were sent to do repairs.  We were doing repairs

16   for both ISM and other companies that had issues.

17            Q    Besides ISM, what other companies had

18   issues that you had to repair?

19            A    I don't know which company was doing

20   what installations.  You should ask my supervisor or

21   Tesla because I had no insight into which company

22   was doing what.  Because none of the installed

23   pieces state who did the installation.

24            Q    And this last assignment of yours,

25   you said it was three months long?

1          A     Yes.  We were sent only for 20 days

2    but then we ended up staying three months.  I

3    believe it was three months.

4          Q     And you voluntarily took this

5    assignment?

6          (Interpreter translates.)

7               MR. DRESSER:  Objection.  Question is

8    ambiguous.

9          Q     You can answer.

10         A     That was my job, to go on

11   assignments, and I went on assignments.  That's how

12   I am feeding my children.  This was, in fact, the

13   best assignment I had in Tesla.  They were only four

14   of us and we had no issues.  Even though this was

15   probably a job that required ten people and there

16   were only four of us working it.

17         Q     Do you recall, how long were you

18   waiting in Bosnia for this final assignment?

19         A     No, I cannot, but I can tell you once

20   I get my passports.  You have the immigration stamps

21   in the passport.

22         Q     Do you recall if this final

23   assignment lasted from February to May 2016?

24         A     Yes.

25         Q     When you went to the hospital as part

1    of this last assignment, which hospital did you go

2    to?

3              A    I don't know.  You would have to ask

4    Primoz, the supervisor.  I'm not familiar with the

5    United States.  Or you can look at the credit card

6    records of Vuzem to see which hospital was paid in

7    that period that I was there.  Easy to find, if

8    necessary.  I am not -- I do not know, though.  I

9    just know that the shot that I received was paid,

10   $1,800.

11             Q    And you were not required to

12   reimburse the company for that shot.  Correct?

13             A    No, I was not required.

14             Q    Thinking back to the time you were

15   injured by the scissor lift and thinking about this

16   hospital visit, were you ever asked to give or write

17   a statement about what happened to you?

18             (Interpreter translates.)

19             MR. DRESSER:  One moment.  To the

20   extent that this asks for a statement that you may

21   have provided to me or another lawyer, do not answer

22   that.  As to anything else, you're allowed to

23   answer.

24             A    I did not.

25             Q    What happened after you returned to

1    Bosnia following your last assignment?

2              A    After my return home, I could not

3    move.  I could not walk.  So I contacted my family

4    doctor, Zora Paleznica.  First name Z-o-r-a, last

5    name P-a-l-e-z-n-i-c-a.  So she gave me a referral

6    to go to the hospital.  Samac is a small town so she

7    send me to the hospital in Doboj.  That is

8    D-o-b-o-j.  The name of the hospital is Sv Luka

9    Apostol.  That is S-v, second word L-u-k-a, third

10   word A-p-o-s-t-o-l, to have imaging done on my hips

11   and my spine.

12              So then this is where the imaging was

13   done of my hips.  And then when I returned to Samac,

14   I had the CD with the findings, with the medical

15   findings on it, which were then read to me.  And

16   then I was given another referral to see an

17   orthopaedic surgeon in Duboj, and this doctor

18   established that there is more damage on my right

19   hip compared to my left hip.  And then I reported

20   back to my family doctor, Dr. Zora Paleznica, who

21   opened up sick leave for me in the duration of one

22   month.

23              And then the next day I called

24   Ms. Natalija Kokot in the company to report to her.

25   They were aware about the shot but I reported to her

1    that I had done the imaging and that I was given

2    sick leave.  And then she told me to wait for a day

3    or two, until she talked to Mr. Vuzem, and then she

4    would tell me what to do next.

5              MR. DRESSER:  I believe you've

6    answered the question.  Let Mr. Bernay ask another

7    question, okay?

8              (Interpreter translates.)

9         Q    Mr. Maslic, what happened after

10   Natalija spoke with Mr. Vuzem?

11        A    Mr. Vuzem ordered me to come to Ptuj,

12   P-t-u-j, to Kalnic Clinic, that's K-a-l-n-i-c, with

13   all of my findings so that the clinic could

14   determine what is going on.

15        Q    So did you then travel to the clinic

16   in Ptuj?

17        A    Yes.

18        Q    And how soon after you returned from

19   California did this occur?

20        A    Maximum of seven days.  Maximum.

21        Q    At the clinic in Ptuj, which

22   physician did you see?

23        A    The owner, Dr. Kalnic.

24        Q    And what did Dr. Kalnic do in your

25   meeting?  Did he examine you?

1          A    So it confirmed what I had said

2     previously in the United States, that I had

3     incredible pain and that I could not handle physical

4     labor, difficult physical labor.  So then this paper

5     that I received from Mr. Kalnic, I showed to

6     Mrs. Kokot, who then showed it to Mr. Vuzem.

7          Q    And what did receiving a month of

8     sick leave entitle you to?

9          A    I was entitled to medical treatment.

10    Operation, if necessary.

11         Q    Was the Vuzem company required to pay

12    you your regular salary over this month?

13         A    I was actually fired from the Vuzem

14    company 15 days later because I was given sick

15    leave, and this is not something they should have

16    done.  So Mr. Kalnic probably consulted with them

17    and told them that I would not be able to go back to

18    the United States, which is why I was fired.

19         Q    How do you know you were fired

20    because you received a sick leave finding?

21              (Interpreter translates.)

22              MR. DRESSER:  Sasa, I need to say

23    something for an objection for the record.

24    Objection.  Question is compound, ambiguous, calls

25    for speculation.  And it calls for attorney work

1   first.  And so I expected medical treatment.  My

2   need for treatment was confirmed both by Bosnian

3   doctors, specialists, an orthopaedic surgeon, as

4   well as Slovenian doctors, the owner of the clinic.

5           Q    Before you were fired by Vuzem, was

6   your expectation that you would be treated, that you

7   would recover, and that you would then accept more

8   assignments from Vuzem?

9           A    Yes.  Let me just add, so let me just

10  clarify.  So he sent the four of us because we were,

11  quote unquote, excellent at our job, because we were

12  doing repairs.  Repairs are very, very difficult to

13  do.  So, yes, I expected to continue.

14          Q    Do you remain in contact with workers

15  who remained employed with Vuzem since your

16  termination?

17          A    Yes, with certain people, I did.

18  With those people who were good people and good

19  workers in the states, yes.

20          Q    And did they take additional

21  assignments in the United States with Vuzem after

22  you were terminated?

23          A    Yes, yes.

24          Q    Where were those assignments?

25          A    I didn't ask, but I do know that they

```
 1              A     Gentlemen, I had died during the
 2    operation in Belgrade, and I was brought back to
 3    life.  This is all God's gift, the fact that I'm
 4    alive now.  The operation took five and a half hours
 5    but they were able to bring me back.  If you would
 6    like me, I can unbutton my shirt and show you the
 7    cut that I have from here to here (pointing).
 8              Q     You don't need to show us,
 9    Mr. Maslic.  I'm sorry you experienced what you did
10    with your health issues, and I'm glad that you are
11    doing better today.
12              A     Last night I felt very heavy and
13    uncomfortable because this was the first time that
14    my family heard about the unpleasantness that I had
15    suffered in the United States, because I would have
16    never talked to them about it otherwise.
17              Q     What restrictions are you under today
18    because of your health issues?
19              A     I simply can't do anything at all.
20              Q     Do you have the ability to work at
21    all today?
22              A     No, I cannot get the requisite
23    medical or health examination done, and nobody wants
24    to hire me because I cannot walk and I cannot stand.
25    So about a year or two ago some friends of mine did
```

1   me a favor.  They had new trucks, and new trucks

2   that they used to transport gravel, and they only do

3   routes of about 100 kilometers away.  So we were

4   able to do this route of 100 kilometers and then

5   come home in the evening.  And these are the type of

6   trucks that get filled from another truck and then

7   they get emptied by pushing a button so there's no

8   labor involved.  You don't have to do anything.  And

9   I think I managed to do this for about two years,

10   maximum, and then I had to stop because I couldn't

11   climb into the truck anymore.

12              And I've held my commercial license

13   for 42 years, and I have categories A, B, C, D, and

14   E.  And my driver's license was never suspended or

15   revoked.  And I never had an accident.  I never had

16   a ticket.  And it was never revoked.  I am a very

17   quiet, composed and patient person and my

18   temperament is very agreeable.  And I'm very sorry

19   that I was in this situation, that I was put into

20   this situation.

21         Q    The job driving trucks that you

22   mentioned, what years did you perform that work?

23         A    Two years ago.  Is that right?  Two

24   years ago.  You also have this information in my

25   work booklet.

1          A     No, I'm not capable to do anything

2     else.

3          Q     When are you scheduled to have hip

4     surgery?

5          A     I'm waiting for that.  I do not still

6     have an appointment because I cannot have the hip

7     surgery within one year of my heart surgery.  And I

8     would like to, if I can, if I have the financial

9     means, to buy a higher quality hip, and start with

10    one and then do the other, and then also work on my

11    spine.

12         Q     When were you first told that you

13    would need a hip replacement?

14         A     The first time I returned from the

15    United States.  Correction.  The last time I

16    returned from the United States, after I received a

17    shot.  I never had any issues up until then.

18         Q     And who told you that you needed the

19    hip replacement?

20         A     This doctor.  She was the orthopaedic

21    surgeon in Doboj who did my x-ray.  You also have

22    that in the documentation.

23         Q     And did you -- did you attempt to

24    have your hips replaced earlier?

25         A     No.  I tried to but then COVID