# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>    Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER PERMITTING PLAINTIFF SASA MASLIC TO FILE SUR-REPLY**<br><br>[Re: ECF 137] |

In its reply in support of its motion for summary judgment, Defendant Tesla, Inc. requests that the Court to strike Plaintiff Sasa Maslic's declaration under the sham affidavit rule. Plaintiff Maslic's declaration is central to his opposition to the summary judgment motion, and striking it could substantially affect the Court's ruling. Accordingly, the Court will afford Plaintiff an opportunity to file a sur-reply should he wish to do so. Any such sur-reply shall be filed by 5:00 p.m. on May 16, 2024, and shall be limited to three pages.

    **IT IS SO ORDERED.**

Dated: May 10, 2024

                                                      BETH LABSON FREEMAN
                                                    United States District Judge