TESLA, INC.
Aaron Langberg (SBN 284975)
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 828-8959
alangberg@tesla.com

FROST BROWN TODD LLP
Aaron M. Bernay, *pro hac vice*
Ryan W. Goellner, *pro hac vice*
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
abernay@fbtlaw.com
rgoellner@fbtlaw.com

*Attorneys for Defendant
Tesla, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISM VUZEM D.O.O., et al.,<br><br>Defendants. | Case No. 5:21-cv-02556-BLF-SVK<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTERS ROGATORY (Dkt. No. 150)**<br><br>Judge: Hon. Beth Labson Freeman |

**NOTICE OF NON-OPPOSITION**

Defendant Tesla, Inc. ("Tesla") hereby states its non-opposition to Plaintiff Sasa Maslic's Motion for Issuance of Letters Rogatory. Specifically, Tesla does not oppose the issuance of letters rogatory to compel the witnesses to testify and, in the case of Dr. Milan Jovanovic, disclose certain medical information related to Plaintiff. As separately stated in Tesla's Opposition to Plaintiff's Administration Motion to Allow Witnesses to Appear Remotely, Tesla does oppose permitting these same witnesses the ability to appear remotely under Fed. R. Civ. P. 43.

Dated: June 12, 2024

Respectfully submitted,

By: /s/ *Aaron M. Bernay*
TESLA, INC.
Aaron Langberg (SBN 284975)
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 828-8959
alangberg@tesla.com

Aaron M. Bernay, *pro hac vice*
Ryan W. Goellner, *pro hac vice*
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
abernay@fbtlaw.com
rgoellner@fbtlaw.com

*Attorneys for Defendant Tesla, Inc.*

0155814.0780232    4859-3839-5847v1