1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

SASA MASLIC**,** individually and on behalf of putative class, IVAN DRZAIC, ROBERT HERNAUS, LEOPOLD HUBEK, LEON HUDOLDETNJAK, ELVIS KOSCAK, TOMICA PANIC, STJEPAN PAPES, ZELJKO PULJKO, DARKO SINCEK, DAVID STANTE, NEDELJKO ZIVANIC, GOGO REBIC, and MITJA POGOREVC,

Plaintiffs,

v.

ISM VUZEM D.O.O., ISM VUZEM USA, INC., VUZEM USA, INC., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,

Defendants.

Case No. 5:21-cv-2556-BLF-SVK

**JOINT PRETRIAL STATEMENT AND ORDER**

Date:   August 1, 2024
Time:   1:30 PM

Hon. Beth Labson Freeman
Courtroom 3, 5th Floor

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Sasa Maslic ("Plaintiff" or "Maslic") and Defendant Tesla, Inc. ("Tesla") (collectively, the "Parties")[1] respectfully submit this Joint Pretrial Statement and Order.

## A.   THE ACTION

### 1.   Parties

The parties for the jury trial scheduled to commence September 16, 2024 are Plaintiff Sasa Maslic and Tesla, Inc. ("Parties").

The remainder of the Plaintiffs are Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Zeljko Puljko, Darko Sincek, David Stante, Nedeljko Zivanic, Goran "Gogo" Rebic, and Mitja Pogorevc ("Plaintiffs"). Defendants Ivan Vuzem, Robert Vuzem, ISM Vuzem, d.o.o., HRID-Mont, d.o.o., and Eisenmann Corporation have defaulted.  Defendants ISM Vuzem USA, Inc. and Vuzem USA, Inc. have been dismissed for lack of service of process. (Dkt. No. 94.)

### 2.   Substance of the Action

#### Claims

Count IX: Trafficking and Coerced Labor under the Trafficking Victims Protection Reauthorization Act ("TVPRA") (18 U.S.C. § 1595) by Maslic against all Defendants.

#### *Plaintiff's Position*

"[A] defendant is liable for human trafficking for knowingly obtaining an individual's labor and services by means of actual and threatened serious harm—including financial and psychological harm—or knowingly benefitting from the obtaining of labor by such means." *Alabado v. French Concepts, Inc.*, 2016 WL 5929247, at *4 (C.D. Cal. May 2, 2016).

The TVPRA is violated by "(B) the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery."  22 U.S.C. §

---

[1] Clerk's Entry of Default against Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Ivan Vuzem and Robert Vuzem were filed on March 30, 2022.  No input was made by Slovenian attorney Urska Kezmah or defaulted defendants.

7102; Public Law 106-386.

Coercion includes "(C) the abuse or threatened abuse of the legal process."  22 U.S.C. § 7102(3)(C); See Public Law 106-386, Sec. 103, subs (2) (Addendum, Item 14).

Coercion is defined in the statute as an action against one individual to exert pressure on another individual or individuals.

"Serious harm" referenced in § 1589(a)(2) is "any harm, whether physical or nonphysical, including psychological, financial, or reputational harm," that is serious enough to compel a reasonable person to perform labor to avoid the harm. (*See United States v. Dann*, 652 F.3d 1160, 1169 (9th Cir. 2011) (noting statutory amendments in 2000 sought to broaden § 1589 to nonviolent conduct by defining serious harm more broadly)).

Section 1589(a)(2) prohibits the coercion of labor through "any harm, whether physical or nonphysical, including psychological, financial, or reputational harm," that is serious enough to compel a reasonable person to perform labor to avoid the harm. (*See Dann*, 652 F.3d at 1169–72 (affirming § 1589 conviction where defendant threatened undocumented nanny with withholding back pay, false accusations of theft, immigration consequences, and the defendant's potential loss of child custody)).

"[M]ultiple jurisdictions have found that the threat of deportation may itself constitute a threat sufficient to satisfy the second and/or third element of [§ 1589] forced labor." (*Echon v. Sackett*, 2017 WL 4181417, at *14 (D. Colo. Sept. 20, 2017), report and recommendation adopted, 2017 WL 5013116 (D. Colo. Nov. 1, 2017) 14; *Nuñag–Tanedo v. E. Baton Rouge*, 790 F. Supp. 2d 1134, 1146 (C.D. Cal. 2011) (holding threat of deportation constitutes "abuse of legal process" within the meaning of § 1589 in cases concerning H1-B visa holders); *Aguirre v. Best Care Agency*, 961 F. Supp. 2d 427, 444 (E.D.N.Y. 2013) (stating that "[t]he threat of deportation alone may support a claim for forced labor" under § 1589)).

Liability against Tesla is based on Tesla being a person who "knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known" committed a violation of applicable trafficking and forced labor laws. (*See Shuvalova v. Cunningham*, 2010 WL 5387770, at *3 n.3 (N.D. Cal. Dec. 22, 2010)

2

1   (explaining liability)).

2

3                              *Defendant's Position*

4           Tesla contends that the citations offered by Plaintiff do not expand the scope of 18 U.S.C.

5   § 1595, the actual section of the United States Code on which his claim is based, nor do they

6   increase the potential bases of liability here.

7

8                               *Joint Position*

9           Under 18 U.S.C. § 1589,

10  **(a)** Whoever knowingly provides or obtains the labor or services of a person by any one of, or by

11  any combination of, the following means--

12          **(1)** by means of force, threats of force, physical restraint, or threats of physical restraint to

13              that person or another person;

14          **(2)** by means of serious harm or threats of serious harm to that person or another person;

15          **(3)** by means of the abuse or threatened abuse of law or legal process; or

16          **(4)** by means of any scheme, plan, or pattern intended to cause the person to believe that,

17              if that person did not perform such labor or services, that person or another person would

18              suffer serious harm or physical restraint,

19  shall be punished as provided under subsection (d).

20  **(b)** Whoever knowingly benefits, financially or by receiving anything of value, from participation

21  in a venture which has engaged in the providing or obtaining of labor or services by any of the

22  means described in subsection (a), knowing or in reckless disregard of the fact that the venture

23  has engaged in the providing or obtaining of labor or services by any of such means, shall be

24  punished as provided in subsection (d).

25  **(c)** In this section:

26          **(1)** The term "abuse or threatened abuse of law or legal process" means the use or

27              threatened use of a law or legal process, whether administrative, civil, or criminal, in any

28              manner or for any purpose for which the law was not designed, in order to exert pressure

3

on another person to cause that person to take some action or refrain from taking some action.

**(2)** The term "serious harm" means any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing labor or services in order to avoid incurring that harm.

**(d)** Whoever violates this section shall be fined under this title, imprisoned not more than 20 years, or both. If death results from a violation of this section, or if the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title, imprisoned for any term of years or life, or both.

18 U.S.C.A. § 1589.

Under 18 U.S.C. § 1595(a) (Civil Remedy),

**(a)** An individual who is a victim of a violation of this chapter may bring a civil action against the perpetrator (or whoever knowingly benefits, or attempts or conspires to benefit, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter) in an appropriate district court of the United States and may recover damages and reasonable attorney's fees

18 U.S.C.A. § 1595; First Amended Complaint, Dkt. No. 063, ¶ 108-140.

<u>Defenses</u>

1. Plaintiff Sasa Maslic's allegations fail to state a claim upon which relief can be granted.

2. Plaintiff Sasa Maslic's claims are barred by the doctrines of waiver and/or estoppel.

   a. Elements of Waiver – the essential elements of waiver are (1) the intentional relinquishment or abandonment (2) of a known right or privilege, (3) with knowledge of the facts, (4) with an existing right, (5) and the waiving party's knowledge, actual or constructive, (6) actual intent or equivalent conduct, and (7) voluntariness. *Lynch v. California Coastal Com.*, 3 Cal. 5th 470, 219 Cal. Rptr. 3d 754, 396 P.3d 1085 (Cal. 2017).

4

b.  Elements of Estoppel – to apply the doctrine of estoppel, the following elements must be present: (1) the party to be estopped must be apprised of the facts; (2) the party to be estopped must intend that its conduct shall be acted upon, or must so act that the party asserting the estoppel had a right to believe it was so intended; (3) the other party must be ignorant of the true state of the facts; and (4) the party asserting estoppel must rely upon the conduct due to its injury.  *Feduniak v. California Coastal Com.* 148 Cal.App.4th 1346, 1359 (2007).

3.  Plaintiff Sasa Maslic's claims are barred by the doctrine of laches given his delay in asserting his claims, which has prejudiced Tesla including because of the fading memories of witnesses who would contradict Mr. Maslic's claims.

a.  The elements of laches include (1) the plaintiff unreasonably delayed in filing the lawsuit, and (2) the plaintiff's delay caused prejudice to the defendant. *Jarrow Formulas, Inc. v. Nutrition Now, Inc.*, 304 F.3d 829, 835 (9th Cir. 2002).

4.  To the extent Plaintiff Sasa Maslic has failed to mitigate his damages, his claims are barred and/or his remedy is diminished.

a.  "A person injured by the wrongful act of another is bound ... to exercise reasonable care and diligence to avoid loss or minimize the resulting damages and cannot recover for losses which might have been prevented by reasonable efforts and expenditures on his part."  *U.S. v. Sierra Pacific Industries*, 879 F.Supp.2d 1128 (E.D. Cal. 2012).

5.  To the extent that Plaintiff Sasa Maslic sustained any of his alleged damages, such damages were caused by acts or omissions of persons or entities for whose conduct Tesla is not legally responsible and over whom Tesla had no control.

a.  Under comparative fault principles, damages are apportioned based upon the various causes contributing to a plaintiff's harm, as opposed to a particular defendant's negligence.[2]

---

[2] *Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804, 813, 119 Cal.Rptr. 858, 532 P.2d 1226.

6. To the extent that Plaintiff Sasa Maslic sustained any of his alleged damages, there was an intervening and/or superseding cause or causes leading to the alleged damages, and therefore any alleged act or omission by Tesla was not the proximate cause of the alleged damages

   a. A superseding cause is an act of a third person or other force which by its intervention prevents the actor from being liable for harm to another which his antecedent negligence is a substantial factor in bringing about.[3]

   b. An intervening force is one which actively operates in producing harm to another after the actor's negligent act or omission has been committed.[4]

(Tesla, Inc.'s Answer to First Amended Complaint, Dkt. No. 82).

**3.** **Relief Sought**

Failure to pay reasonable value of services rendered. This is calculated at $55 per hour base pay as stated by Elon Musk, for a loss [to be calculated, estimated $250,000]

Underpaid wages [calculation of FLSA and California Labor Code wages and penalties for all work in US of $141,461.15]

Loss of income, calculated at $3,000 to $5,000 (U.S. Dollars) working 40 hours per week as a refrigeration unit fitter, for eight years.   3,000 per week x 50 weeks x 8 years equals $1,200,000

Future loss of income, $3,000 to $5,000 (U.S. Dollars) working 40 hours per week as a refrigeration unit fitter, from age 60 to age 70, being for ten years.    3,000 per week x 50 weeks x 8 years equals $1,500,000

Pain and suffering, based on injury to back and hips, heart attack, surgery, and limitations in life activities.  See CACI 3905A "[physical pain/mental suffering/loss of enjoyment of life/disfigurement/physical impairment/ inconvenience/"

Emotional distress from being afraid when working

---

[3] Restatement (Second) of Torts § 440.
[4] Restatement (Second) of Torts § 440(1).

1    Emotional distress from the effects of injuries sustained when working

2    Emotional distress from financial fears

3    Punitive damages

4    Attorney's fees

5    Costs

6    **4.    <u>Federal Jurisdiction and Venue</u>**

7    This Court has federal question jurisdiction 28 U.S.C. § 1331 based on Plaintiff Sasa

8    Maslic's Trafficking Victims Protection Reauthorization Act claims 18 U.S.C. § 1595, *et seq.*

9    This Court is the proper venue based on predicate acts occurring in Fremont, California

10   within the forum state and within this judicial district.

11   **B.    FACTUAL BASIS OF THE ACTION**

12   **1.    <u>Undisputed Facts</u>**

13   The parties stipulate that the following facts may be incorporated into the trial record:

14   1.    Plaintiff Sasa Maslic is and was a citizen of and resident of Bosnia.

15   2.    Defendant ISM Vuzem d.o.o. is a Slovenian business entity with its principal place

16   of business in Slovenia.

17   3.    Defendants Robert Vuzem and Ivan Vuzem are residents of Slovenia.  They were

18   officers and directors of, exercised control over, and participated in the actions of ISM Vuzem,

19   d.o.o.

20   4.    ISM Vuzem USA, Inc. was a South Carolina corporation with its principal place

21   of business in South Carolina.

22   5.    ISM Vuzem USA, Inc. was dissolved in August 2015 while construction services

23   were being provided by ISM Vuzem, d.o.o. employees, including Sasa Maslic, at Tesla's Fremont

24   facility.

25   6.    Vuzem USA, Inc. was a California corporation with its principal place of business

26   in California.

27   7.    Vuzem USA Inc. was incorporated in California on September 2, 2014.

28   8.    Defendant HRID-MONT d.o.o. is a Slovenian corporation with its principal place

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

of business in Slovenia. It is the entity that some defendants (but not Tesla) transferred employees, contracts and assets to.

9.      On or about June 10, 2014, Plaintiff Maslic left Slovenia for Greenville, South Carolina for his first assignment with ISM Vuzem, d.o.o. at a BMW factory in Greenville.

10.      Plaintiff Maslic was a direct employee of ISM Vuzem, d.o.o.

11.      Plaintiff Maslic provided construction services to build out the Tesla, Inc. paint shop in Fremont, California between February 2015 and May 2016.

12.      ISM Vuzem d.o.o. was a subcontractor to Eisenmann Corporation for the work at the Tesla, Inc. paint shop in Fremont, California.

13.      Eisenmann Corporation provided construction services pursuant to contracts with Tesla, Inc.

14.      Tesla, Inc. contracted with Eisenmann Corporation to construct the new paint shop in Fremont, California.

15.      Tesla, Inc. had knowledge that Plaintiff Maslic came to work at its Fremont facility pursuant to a B1/B2 visa.

**2.      Disputed Facts**

Defendant Tesla, Inc.'s Disputed Facts

1.      Following Plaintiff Maslic's complaint to Klemen Vuzem at the BMW factory in 2014, the alleged discrimination subsided, and his working conditions improved.

2.      Plaintiff Maslic did not have any issues with the number of hours worked or his living conditions while working for ISM Vuzem, d.o.o. at the BMW factory.

3.      Plaintiff Maslic returned to Bosnia in September 2014 for approximately two weeks before returning to the United States for his second assignment.

4.      Following his assignment at the BMW factory, Plaintiff Maslic voluntarily accepted his next assignment for ISM Vuzem, d.o.o., at Tesla, Inc.'s Fremont, California paint shop and was not coerced to do so.

5.      Plaintiff Maslic accepted the assignment to work for ISM Vuzem, d.o.o. in Fremont, California voluntarily.

6.      Plaintiff Maslic voluntarily accepted his second assignment for ISM Vuzem, d.o.o., at Tesla, Inc.'s Fremont, California paint shop because the position paid better than other available employment in Bosnia, he needed money to support his children's education, and his family and hometown in Eastern Europe were still recovering from a major flood.

7.      Plaintiff Maslic voluntarily accepted successive assignments to work for ISM Vuzem, d.o.o. at Tesla, Inc.'s paint shop in Fremont, California, totaling four to five assignments from 2015 to 2016.

8.      At all times during his assignments with ISM Vuzem, d.o.o., Plaintiff Maslic always had possession of his passport and cell phone.

9.      Plaintiff Maslic's accommodations at the Fremont, California paint shop were excellent, and the corporate housing complex included both a pool and health club.

10.     When ISM Vuzem, d.o.o. terminated Plaintiff Maslic's employment, he was disappointed and angry because he planned to accept future assignments with the company in the United States or elsewhere.

11.     Plaintiff Maslic alleges that he had no health issues prior to beginning work at ISM Vuzem, d.o.o.

12.     During his six U.S.-based assignments for ISM Vuzem, d.o.o., Plaintiff Maslic was free to leave his lodging when not working.

13.     While he was free to leave his lodging while on assignment for ISM Vuzem, d.o.o., Plaintiff Maslic did not go on trips with his colleagues to San Francisco, Los Angeles, and Las Vegas because he felt he could not afford the travel.

14.     Eisenmann paid ISM Vuzem d.o.o. at a rate of approximately $55 / hour for Vuzem employee time.

15.     Tesla understood that Eisenmann compensated Vuzem subcontractor employee time at a rate of approximately $55 / hour.

<u>Plaintiff Sasa Maslic's Disputed Facts</u>

16.     ISM Vuzem, d.o.o. by its supervisors and management threatened Plaintiff Sasa

9

Maslic and his co-workers over US visa status, EU visa status, monetary reimbursements, and reputation, in order to coerce them to work and continue to work.

17.    ISM Vuzem, d.o.o. threatened to cancel its workers' visas, in order to coerce them to work and continue to work.

18.    ISM Vuzem, d.o.o. threatened to harm its workers' reputations, in order to coerce them to work and continue to work.

19.    ISM Vuzem, d.o.o. threatened to require its workers to repay costs of visas, transportation and housing, in order to coerce them to work and continue to work.

20.    ISM Vuzem, d.o.o. threatened to withhold pay if its workers became too sick to work or reported a job injury, in order to coerce them to work and continue to work.

21.    ISM Vuzem, d.o.o. threatened to withhold medical benefits if workers reported a job injury, in order to coerce them to work and continue to work.

22.    ISM Vuzem, d.o.o. filed and threatened to file a civil suit against its workers, in order to coerce them to work and continue to work.

23.    ISM Vuzem, d.o.o. would rather an employee died than pay them money.

24.    The Vuzems obtained Sasa Maslic's labor and services by coercion.

25.    Sasa Maslic was coerced by visa, economic, and reputational threats to work long hours in unsafe conditions, resulting in injury.

26.    Vuzem USA, Inc. had no employees.

27.    Vuzem USA, Inc. is not a party to any written contract produced in this or any other action.

28.    Vuzem USA, Inc. was not an employer of Sasa Maslic or his co-workers from ISM Vuzem, d.o.o.

29.    Defendant HRID-MONT d.o.o. is a Slovenian corporation with its principal place of business in Slovenia. It is the entity that the other defendants transferred employees, contracts and assets to.

30.    ISM Vuzem, d.o.o. hired as a supervisor a convicted labor trafficker

31.    Plaintiff Maslic provided construction services to build out the Tesla, Inc. paint

10

1  shop in Fremont, California between November 2014 and June 2016.

2      32.   ISM Vuzem d.o.o. was a subcontractor to Eisenmann Corporation

3      33.   ISM Vuzem, d.o.o. did not have a license to provide construction services in
4  California.

5      34.   ISM Vuzem USA, Inc. did not have a license to provide construction services in
6  California.

7      35.   Vuzem USA, Inc. has a license to provide construction services in California but
8  only for its single individual owner.

9      36.   Vuzem USA, Inc. had no employees.

10      37.   Eisenmann Corporation did not have a license to provide construction services in
11  California.

12      38.   Tesla, Inc. knew that none of ISM Vuzem, d.o.o., ISM Vuzem USA, Inc., Vuzem
13  USA, Inc. or Eisenmann Corporation had a license to provide construction services in California.

14      39.   Tesla, Inc. did not at any time after 2011 have a license to provide construction
15  services in California. Tesla, Inc. did not during the build out of its Fremont plant have a license
16  to provide construction services in California.

17      40.   A contractor's license is required to provide the construction services that the
18  Vuzem entities and Eisenmann Corporation provided at Tesla's Fremont facility.

19      41.   Neither ISM Vuzem, d.o.o., nor ISM Vuzem USA, Inc., nor Vuzem USA, Inc. had
20  workers compensation coverage for work in California.

21      42.   Neither ISM Vuzem, d.o.o., nor ISM Vuzem USA, Inc., nor Vuzem USA, Inc.
22  were permissibly self-insured for workers compensation coverage for work in California.

23      43.   Tesla, Inc. knew that none of ISM Vuzem, d.o.o., ISM Vuzem USA, Inc., or Vuzem
24  USA, Inc. had workers compensation coverage.

25      44.   Tesla, Inc. knew that none of ISM Vuzem, d.o.o., ISM Vuzem USA, Inc., or Vuzem
26  USA, Inc. were permissibly self-insured for workers compensation coverage.

27      45.   Workers' compensation coverage is required for every employer in the State of
28  California.

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

46.     ISM Vuzem, d.o.o. prepared written documents containing false information that was given to the United States Consulate in connection with issuance of the B1/B2 visas.

47.     Eisenmann Corporation prepared written documents containing false information that was given to the United States Consulate in connection with issuance of the B1/B2 visas.

48.     ISM Vuzem, d.o.o. controlled its workers' travel, housing, hours, and work conditions.

49.     Tesla, Inc, knew that ISM Vuzem, d.o.o. controlled its workers' travel, housing, hours, and work conditions.

50.     Tesla, Inc. required, created and maintained entrance and exit records for the Tesla plant.

51.     Tesla, Inc. had knowledge of and recorded that Sasa Maslic worked long hours at its Fremont facility.

52.     Tesla, Inc. EHS Supervisor Bobby Gonzales was not truthful in his deposition about the heavy pipes that the Vuzem workers installed.

53.     Tesla, Inc. had knowledge that Sasa Maslic worked in unsafe conditions at its Fremont facility.

54.     Tesla, Inc. knew that several Vuzem employees were injured working at its Fremont facility

55.     Tesla had written notification of the facts of coercion when it was served on September 28, 2015 with the First Amended Complaint in Lesnik v ISM Vuzem, Alameda Superior Court action HG15773484.

56.     Tesla had written notification of the facts of coercion when it received records subpoenaed from Regional Medical Center of San Jose

57.     Tesla knew that the ISM Vuzem, d.o.o. supervisors yelled at the workers

58.     Defendant Tesla had on site supervisors who could and did see and hear the work place interactions between Vuzem supervisors and management and the workers including Sasa Maslic.

59.     Eisenmann had safety supervisors who understood the Serbo-Croatian language

12

60.   Tesla had a supervisor who understood the Serbo-Croatian language

61.   Defendant Tesla had the right to see and did see subcontractor history, subcontractor contracts, insurance policies, visa information for all workers, and injury information.

62.   Defendant Tesla knew that ISM Vuzem, d.o.o. flew any injured worker out of the US and back to Slovenia or their home country.

63.   Tesla's managers in EHS, Contractor Safety, and Workers Compensation wrote that Vuzem should not work at the Tesla site.

64.   Tesla continued to hire and allow and enabled Eisenmann to hire the Vuzems to work at the Tesla site, with dozens of change orders providing the Vuzems additional work.

65.   Tesla continued to retain Vuzem to provide services at its Fremont facility after it knew or should have known of the coerced labor

66.   Tesla continued to retain Eisenmann to provide services at its Fremont facility after it knew or should have known of the coerced labor

67.   Tesla continued to pay Eisenman and in turn Vuzems under change orders for more than a year after it knew or should have known of the coerced labor

68.   Tesla continued to pay Eisenman for more than two years after it knew or should have known of the coerced labor.

69.   Tesla, Inc. knew or should have known that the Vuzems engaged in a venture that provided and obtained labor or services by means of coercion.

70.   Tesla, Inc. knew or should have known that Eisenman Corporation engaged in a venture that provided and obtained labor or services by means of coercion.

71.   Tesla acted in knowing or reckless disregard of the fact that the venture was engaged in the providing or obtaining of labor or services by coercion.

72.   Tesla, Inc. benefitted financially or by receiving value from participation in a venture that engaged in the providing or obtaining of labor or services by coercion.

73.   The nature and extent of Plaintiff Maslic's recoverable compensatory damages under a TVPRA claim.

13

74. Whether Tesla, Inc. acted in conscious disregard of the rights of Sasa Maslic.

75. Whether Tesla, Inc. should pay exemplary damages.

76. The nature and amount of exemplary damages that Tesla, Inc. should pay.

## C. DISPUTED LEGAL ISSUES

The parties dispute the following points of law:

Was Plaintiff Trafficked within the Meaning of 18 U.S.C. § 1589?

To prevail on a forced labor claim, Plaintiff must show that Vuzem obtained his labor by one of the four means enumerated in Section 1589 and that Tesla knowingly benefitted from Vuzem obtaining Plaintiff's forced labor pursuant to Section 1595.

Under Ninth Circuit law, obtaining forced labor "by means of" requires causation and a proximate link between one or more of the unlawful means in Section 1589(a) and the labor actually obtained. *Martinez-Rodriguez v. Giles*, 31 F.4th 1139, 1155 (9th Cir. 2022), citing *Headley v. Church of Scientology Int'l*, 687 F.3d 1173, 1179-80 (9th Cir. 2012).

"Serious harm" requires a showing "that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing labor or services in order to avoid incurring that harm. *Id.*, citing 18 U.S.C. § 1589(c)(2).

*Tesla's Position*

Tesla contends that Plaintiff was not forced to labor against his own will under 18 U.S.C. § 1589(a) because he voluntarily took successive assignments in California. Plaintiff admits that he was threatened only once while employed by Vuzem (a threat that did not involve Tesla). After Plaintiff successfully persuaded Vuzem to change his direct supervisor early in his tenure in the United States, he did not experience discrimination. Plaintiff completed a three-month assignment at Defendant Eisenmann's BMW factory and then voluntarily returned to the United States for his second assignment at Tesla. Further, Plaintiff has already testified that he voluntarily took these additional assignments at Tesla to better provide for his family, and was upset when he was fired by Vuzem in 2016 because he planned to continue working for Vuzem.

Here, Plaintiff continued to work for Vuzem despite a threat made early in his tenure, took

14

six separate assignments at Tesla, and wanted to continue working for Vuzem prior to his termination. There is no causal link between the threats made to Plaintiff (not by Tesla) early in his first assignment at BMW and Plaintiff's continued employment at Vuzem.

*Plaintiff's Position*

Plaintiff contends that accepting work and continuing to work are not defenses to a TVPRA claim.

<u>Can Plaintiff Demonstrate that Tesla, Inc. Knew or Should Have Known that Plaintiff was Trafficked?</u>

To prevail under Section 1595 and the TVPRA, Plaintiff must prove that Tesla (1) obtained a financial benefit from a venture that relied on a plaintiff's coerced labor, and (2) knew or should have known about the plaintiff's coerced labor. 18 U.S.C. § 1595(a).

Tesla contends that Plaintiff cannot demonstrate that Tesla knew or should have known that he was trafficked to create liability under federal or state law. Despite voluminous discovery, Tesla argues that Plaintiff has produced no evidence that anyone at Tesla was aware of any alleged threats or coercion by Vuzem; that the one occasion where Plaintiff was threatened was from Vuzem, not Tesla; and that this occurred while he was working at a BMW factory in Greenville, South Carolina. Tesla further maintains that Plaintiff has never asserted that he was threatened at Tesla or that anyone else he knew was threatened at Tesla.

Plaintiff contends that liability under the TVPRA may be based on threats to him or to others.

Tesla also maintains that Plaintiff cannot prove that Tesla "should have known" that Vuzem engaged in activities in violation of the TVPRA. Courts in the Ninth Circuit have held that to support a direct liability theory under Section 1595, plaintiffs must show how defendants "received notice that Plaintiff…was trafficked at their respective properties" and concluded that plaintiffs failed to state facts sufficient for liability under the TVPRA. See *A.B. v. Hilton Worldwide Holdings Inc.,* 484 F. Supp. 3d 921, 939 (D. Or. 2020). Holding defendants liable under the "knowingly benefitted" theory generally requires evidence that the defendant was aware

15

of an actual threat. See *Ruelas v. Cnty. Of Alameda*, 519 F. Supp. 3d 636, 650 (holding that plaintiffs pled sufficient facts that defendant knowingly benefitted from a trafficking venture where the defendant's employees observed sheriff's deputies supervising prisoner-employees using threats of force).

Tesla asserts that Plaintiff fails to meet the required threshold because he never stated that he was threatened by anyone during or through his work at the Tesla paint shop. Furthermore, Plaintiff's contention that he was sometimes allowed to work without proper protective equipment is far too attenuated to reasonably even argue that Tesla knew or should have known that Plaintiff was allegedly trafficked.

Simply stated, Tesla's position is that Plaintiff has produced no evidence that Tesla witnessed any specific event that would give rise to an inference of knowledge that Vuzem engaged in acts prohibited by the TVPRA .

Plaintiff contends that he was threatened, his co-workers were threatened, and that these threats were real and his understanding of them was reasonable.  Plaintiff contends that Tesla knew of facts and events that are indicia of coerced labor.

**D.   ESTIMATE OF TRIAL TIME**

The parties estimate that the jury trial as to the TVPRA claim by Sasa Maslic against Tesla will require ten full days for testimony, additional to opening and closing statements and jury instructions.  Plaintiff's case in chief will take six full days of testimony, including because of time for translation.  Jury selection will proceed on September 13.

**E.   TRIAL ALTERNATIVES AND OPTIONS**

**1.   Settlement Discussion**

The parties have held discussions concerning settlement during the pendency of this proceeding and are scheduled for a settlement conference before Magistrate Judge van Keulen on July 31, 2024.

During a pretrial conference on July 8, 2024, Plaintiff made a settlement offer, to which Tesla has not yet responded.

**2.   Amendments or Dismissals**

16

None, other than as ordered by this Court.

**3.** **Bifurcation or Separate Trial of Issues**

All defendants other than Tesla, Inc. have been served but either have not appeared or have had their responsive pleadings stricken.

Bifurcation or a separate trial of all claims other than the TVPRA claim against Tesla, Inc. should proceed by motion for default judgment against all Defendants other than Tesla.

The foregoing admissions having been made by the parties, and the parties having specified the foregoing issues of fact and law remaining to be litigated, this order shall supplement the pleadings and govern the course of trial of this action, unless modified to prevent manifest injustice.

Dated:  July 18, 2024                     /s/ _____
                                                William C. Dresser
                                                Counsel for Plaintiffs

Dated: July 18, 2024                      /s/ _____
                                                Aaron Bernay
                                                Counsel for Tesla, Inc.

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, William C. Dresser, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  July 18, 2024                    /s/
                                         William C. Dresser
                                         Counsel for Plaintiffs
                                         Sasa Maslic, et al

**APPENDIX 1 – WITNESS LIST**

Plaintiff's Witnesses

1.  Witnesses Who Will be Called to Testify

Sasa Maslic.  Mr. Maslic will testify to his hiring by ISM Vuzem, d.o.o., his obtaining Slovenia European Union and United States B1/B2 visas, his work and wages history, and the coercion to compel his employment as set forth in his declarations in US ex rel Lesnik, ND California action C16-1120, ECF # 235, 462, 563, and 613-1 and in his declarations in the within action, ECF # 127-2 and 140-1.  He will also authenticate documents.

Stejepan Novoselec.  Mr. Novoselec will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Stjepan Papes.  Mr. Papes will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Darko Sinek. Mr. Sinek will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.  Mr. Sincek will also testify to the threats by Vuzem supervisors and its affect that he observed on co-workers including Sasa Maslic, and to his observations of Sasa Maslic's work place accidents, injuries, and physical condition from working at the Tesla Fremont site.

Dr. Milan Jovanovic. Dr. Jovanovic will testify to his examination, medical care, and diagnosis and prognosis for hip injury for Sasa Maslic.  This includes that upon surgery for hip replacement his observations and findings confirmed the cause of Mr. Maslic's hip condition requiring surgery was injury and not degenerative condition.  He will also testify to the records created and reviewed, and to his medical reports and statements in rule 26 disclosure.

Dr. Ramzy Rimawi, M.D. will testify to his medical reports and statements from his deposition, including concerning Sasa Maslic's medical care and his opinion that the cause of Mr. Maslic's hip condition requiring surgery was injury and not degenerative condition.  He will also

19

testify to the records created and reviewed, and to his medical reports and statements in rule 26 disclosure.

Danijel Travancic.  Mr. Travancic will testify to Vuzem supervisors lying to doctors and medical staff at Regional Medical Center to release Gregor Lesnik to then to put him on a long transatlantic flight – when he had a fractured leg that he was scheduled for surgery on.  He will testify that managers threatened him. He will testify that the Vuzems lied about obtaining an agreement for settlement of serious injury claims. He will testify to the facts to support that the Vuzems would rather have put Gregor Lesnik at risk of death rather than pay him money.  He will also testify about the housing, transportation and hours of work for Vuzem workers.

William Dresser.  Mr. Dresser will testify to authentication of photographs taken at the Tesla plant in Fremont, California.

Luka Divjak. Mr. Divjak will testify to service on Vuzem entities and relationship of corporate entities.

Cathy Tseng, case manager, social worker, retired Regional Medical Center of San Jose. Ms. Tseng will testify to her conversations with and interactions with Vuzem supervisors.   She will also authenticate documents.

Radmillo Bozinovic will testify concerning the audio of the translations for the deposition of Sasa Maslic, and the denotation and connotation for the questions asked by defense counsel in that deposition.

Custodian of Records, Gordon & Rees. The Custodian of Records for Gordon & Rees will testify to authentication of discovery requests, discovery responses, subpoenas, and receipt of records including San Jose Regional Medical Center records for Gregor Lesnik.

Michal Kubicki.  Mr. Kubicki will testify that he worked at Gordon & Rees, working as an associate under Brian Paul Maschler, deceased.  Mr. Kubicki will testify to authentication including timing of discovery requests, discovery responses, subpoenas, and receipt of records including San Jose Regional Medical Center records for Gregor Lesnik.  He will also testify about the joint defense agreement between Tesla, Eisenmann and Vuzem including the sharing of discovery evidence.

Custodian of Records, Harrington, Foxx, Dubrow & Canter, LLP, San Francisco.    The Custodian of Records for Harrington, Foxx will testify to authentication including timing of discovery requests, discovery responses, subpoenas, and receipt of records including San Jose Regional Medical Center records for Gregor Lesnik.  The custodian will also testify about the joint defense agreement between Tesla, Eisenmann and Vuzem including the sharing of discovery evidence.

Anoush C. Holaday.  Ms. Holaday will testify that she is and was an attorney working for Wood, Smith Henning & Berman, LLP, Petaluma, for ISM Vuzem USA, Inc.  Ms. Holaday will testify to authentication including timing of discovery requests, discovery responses, subpoenas, and receipt of records including San Jose Regional Medical Center records for Gregor Lesnik.  Ms. Holaday, including as records custodian, will also testify about the joint defense agreement between Tesla, Eisenmann and Vuzem including the sharing of discovery evidence.

Amee Mikacich.  Ms. Mikacich will testify that she was defense counsel for Eisenman Corporation in Alameda County Superior Court action HG15773484.  She will testify concerning documents produced by Eisenmann Corporation in that action on February 11, 2016, and about documents produced by Eisenmann SE in that action on April 25, 2016.  Ms. Mikachich will also testify to authentication including timing of discovery requests, discovery responses, subpoenas, and receipt of records including San Jose Regional Medical Center records for Gregor Lesnik.  Ms. Mikachich will also testify about the joint defense agreement between Tesla, Eisenmann and Vuzem including the sharing of discovery evidence.  Ms. Mikacich will testify to the authenticity of the June 13, 2013 Eisenmann press release re major deal BMW, and to the September 29, 2014 dated Eisenmann-Vuzem-Minutes of Meeting.9-29-14 produced by Tesla, Inc. on January 26, 2016 and by Eisenmann Corporation on February 11, 2016 in response to requests to produce in Alameda County Superior Court action HG15773484.

Gregory Grinberg.  Mr. Grinberg will testify to his attending, and to the transcript of deposition of Miljan Vukadinovic taken on July 24, 2015 in State of California WCAB proceeding ADJ9981538, portions of which are exhibit CC to August 9, 2018 Declaration (ECF # 237) in US ex rel Lesnik v Eisenmann, SE, of the deposition of Primoz Planovsek taken on July 24, 2015 in

21

State of California WCAB proceeding ADJ9981538, and of the transcript of deposition of Gregor Lesnik taken on September 11, 2015 in State of California WCAB proceeding ADJ9981538. Mr. Grinberg will also identify and authenticate all pleadings in State of California WCAB proceeding ADJ9981538. He will also testify to the timing of the Compromise and Release State of California in WCAB proceeding ADJ9981538.

Rick Baird. Mr. Baird will testify that he was a project manager at Tesla. Mr. Baird will also testify that he had worked with Eisenmann and Vuzem in Greenville, South Carolina when Eisenmann provide services for BMW and in Chattanoga, Tennessee when he was also a project manager there for Eisenmann build out of those plants including use of Vuzem workers. He will also authenticate documents.

Aaron Bernay. Mr. Bernay will testify to the production of documents in the within action and in US ex rel Lesnik. This includes the April 29, 2013 Eisenmann letter re Papes which was attached to a declaration of Mark West of Eisenmann Corporation, and to _ November 5, 2015 Eisenmann "Welcome Letter" Re Lesnik; the "Welcome letters" produced by Eisenmann Corporation in February of 2020, including unsigned copy of Eisenmann Welcome letter for KP, PP, DM (the letter transposes the first and surnames of this and other workers, DM is the correct order for first name then surname), AP, KP, IP, KR, HV, LH, DH, BJ, MK, JK, DL, FM, PP, DH, IV, RV; and the joint defense agreement between Eisenmann and Tesla in the within action and in the prior civil action for damages, titled US ex rel Lesnik v Eisenmann, SE.

Jonathan Butler. Mr. Butler will testify to Tesla's contractual relationship with Eisenmann in connection with work performed at the Tesla plant in Fremont, California (the "Fremont facility"); Tesla's contractual relationship, or lack thereof, with ISM Vuzem in connection with work performed at the Fremont facility; Tesla's role, or lack thereof, in the engagement of workers by Eisenmann and/or ISM Vuzem for work performed at the Fremont Facility. He will also testify about Tesla having attorneys representing it for civil litigation in 2015 and 2016 and the knowledge that litigation gave to Tesla of facts that are indicia of coerced labor. He will also authenticate documents.

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

Greg Slettvet.  Mr. Slettvet will testify to Tesla's processes for providing identification and security badges to contractors and subcontractors who performed work at the Fremont facility; Tesla's security and access procedures at the Fremont facility.    He will also authenticate documents.

Larry Henson.  Mr. Henson will testify concerning Tesla's role in work performed by Eisenmann and/or ISM Vuzem workers at the Fremont facility and the engagement of such workers.  He will also testify to his being a project manager for prior projects with Eisenmann including in Chattanooga, Tennessee and knowledge of Vuzem and its workers from that history. He will also authenticate documents.

Rich Schmidt.  Mr. Schmidt will testify to his being project manager until fired, and his decision to continue to hire Eisenmann and Tesla after knowledge of lack of workers comp insurance, lack of contractors licenses, safety failures injuries to workers, and at least irregular treatment of the Vuzem workers.  Mr. Schmidt will also testify to his being a project manager for prior projects with Eisenmann including in Chattanooga, Tennessee and knowledge of Vuzem and its workers from that history.  He will also authenticate documents.

Wade Hill.  Mr. Hill will testify to Tesla had the right to see and did see subcontractor history, subcontractor contracts, insurance policies, visa information for all workers, and injury information. This included knowing that the Vuzems did not have workers compensation or a contractor's license, and that Eisenmann did not have a contractors' license.  He will testify that Vuzem workers were admitted as B1 visa workers, that Tesla conducted surveillance of Gregor Lesnik, that Tesla had an incident reporting system, and that Tesla knew that multiple Vuzem workers were injured on site and were returned to Europe without Vuzem or any workers comp carrier paying for medical bills for care received in the United States.  He will also authenticate documents.   This will be by deposition.

Bobby Gonzales, Tesla Senior EHS Engineer.  Mr. Gonzales will testify to his knowledge of the work conditions at Tesla in 2015 and 2016, the injuries to Gregor Lesnik, and Tesla, Inc.'s knowledge of the harassment, threats and coercion of individuals working for Tesla, Eisenmann, and ISM Vuzem d.o.o. and related entities.  Mr. Gonzales will testify that he was not truthful in

his deposition about the heavy pipes that the Vuzem workers installed.  Testify that despite being an EHS supervisor with construction experience he inaccurately stated the size and weight of the pipes installed by Vuzem workers.  He will also testify that he was on site and would have observed work conditions.  He will also testify that he spoke with Tesla's counsel Brian Maischler in 2015 about Gregor Lesnik's fall, injuries and claim.  He will also authenticate documents.  Mr. Gonzales will also testify concerning Tesla's role in work performed by Eisenmann and/or ISM Vuzem workers at the Fremont facility; Tesla's safety procedures and records related to the Fremont Facility.   He will also authenticate documents.   This will be by deposition.

Carlos Ramirez, former Tesla manager. Mr. Ramirez who has knowledge of the work conditions at Tesla in 2015 and 2016, the injuries to Gregor Lesnik, and Tesla, Inc.'s knowledge of the harassment, threats and coercion of individuals working for Tesla, Eisenmann, and ISM Vuzem d.o.o. and related entities and of Tesla's actions to cover up safety and injury problems. Mr. Ramirez has knowledge of documents, and of custody of documents, regarding Tesla's knowledge, acceptance and support of harassing and intimidating conduct, failures to treat injured workers, and misclassification of worker injuries.

Marc Evans.  Mr. Evans will testify to the indicia of coerced labor, all of which were present at the Tesla Fremont plant.   This will be by deposition.

William Drewery. Mr. Drewery will testify to Tesla's contractual relationship with Eisenmann in connection with work performed at the Fremont facility; Tesla's contractual relationship, or lack thereof, with ISM Vuzem in connection with work performed at the Fremont facility; Tesla's role, or lack thereof, in the engagement of workers by Eisenmann and/or ISM Vuzem for work performed at the Fremont Facility.   Mr. Drewery will testify to Tesla hiring and paying Eisenmann, the duration of the work relationship, the continued work relationship, hiring and payment after knowledge of indicia of coercion, and that there is nothing to indicate that Vuzem workers were paid $55 per hour as represented by Tesla including by its CEO.  He will also authenticate documents.   This will be by deposition.

Robert Thomas.  Mr. Thomas will testify to knowledge by Tesla of work, injury, lack of security and lack of insurance by unlicensed, uninsured Vuzem and decision by project managers

to continue to hire and work with Eisenmann and Tesla despite knowledge of facts which are indicia of coerced labor; specific known injuries; and the existence of spreadsheets regarding incidents at Tesla which were not produced.  He will testify that he was not told that the Vuzem workers worked at night, that that would require a safety supervisor, and there was none for night work.   He will also authenticate documents.  This will be by deposition.

Aleksandra Nelson, nee Janevska.  Ms. Nelson will testify that she was produced as "that officer, director or employee(s) of defendant Tesla, Inc. most knowledgeable about" … 3) Tesla's processes for providing identification and security badges to contractors and subcontractors who performed work at the Fremont facility; Tesla's security and access procedures at the Fremont facility."  Ms. Nelson will testify that she is not and that she testified that she was not.  Ms. Nelson will testify that she was to answers questions about "Tesla's processes during 2014 and 2015 for providing identification and security badges to contractors who performed work at the Fremont facility; Tesla's processes during 2014 and 2015 for providing identification and security badges to subcontractors who performed work at the Fremont facility; and What information was obtained by Tesla during 2014 and 2015 for workers who were provided identification and security badges for the Fremont facility.  This includes what visa, passport or citizenship information was obtained by Tesla;"  Ms. Nelson will testify that she did not have any role in these matters, and that she could recall what information, documents and process she went through when security issued her an entrance and security badge.  Ms. Nelson will testify that she is from Macedonia, learned to speak Croatian prior to her moving to the United States about age 16, and that she also speaks and understands Macedonian and English.  She will testify that she worked for two months in 2015 as contractor as an interpreter for the Tesla EHS department and regularly walked the construction site where the Vuzem workers including Sasa Maslic were working.  She will testify that Tesla safety supervisor Gonzales' "Weekly Highlights" for the week of 12/5/2015: "Continued to work with Aleksandra Rodriguez, Nextsource Croatian translator, as she completed her OSHA 10, OSHA 30, Fall Protection and Confined Space certifications" is not accurate, in that the Rodriguez was neither her family birth name or her last name after she was married.  This will be by deposition.

25

Tara Lucier will testify concerning Tesla's contracts with Eisenmann; Eisenmann hiring a dissolved unlicensed corporation for work at the Fremont plant; the hiring decision by the project manager; the project managers having also worked with Eisenmann including Vuzems at other projects out of state prior to the work at Fremont; and to the existence but non-production of relevant documents about hiring Vuzem, knowledge of Vuzem's work and practices, and the work conditions in Fremont.  She will also authenticate documents.  This will be by deposition.

Robert Keller, Purchasing Manager at Eisenmann Corporation.  Mr. Keller will testify by his declarations in US ex rel Lesnik of his preparation of and signature on "welcome letters" to the US Consulate in connection with the application for B1/B2 visas for Gregor Lesnik and other individuals who entered the United States under B1 visas.

Mark West, President at Eisenmann Corporation.  Mr. West will testify by his declarations in US ex rel Lesnik of his knowledge of the corporate structure of Eisenmann entities, the agreements between Eisenmann Corporation and other Eisenmann entities, and the "Welcome Letters" in support of B1/B2 visas.

Bogdan Vilcnik.  Mr. Vilcnik was contracted to work at Eisenmann. He was made Supervisor because he knew how to speak German, Croatian, English and Slovenian.

Gerald Greiner, pre-Covid Field Safety Manager at Holder Construction, formerly Owner/Senior Safety Consultant for G&K Industrial Solutions LLC, 45360 Whitetail Court, Fremont, CA 94539, Phone: (775) 230-6244.  Mr. Greiner has knowledge of his work for Eisenmann Corporation and other entities at the Volkswagen plant in Chattanooga, Tennessee between December 2013 through 2015, at the Tesla plant in Fremont between 2015 and 2016, and at BMW facilities in South Carolina. He also has knowledge of the lack of insurance, contractors' licenses, and proper job site safety and health and safety standards at those sites.  All claims, notices, and responses in Cal-OSHA proceedings 1094960 and 1094936, as well as of all claims, notices, responses and pleadings in Cal-OSHA appea 15-RID2-4360.  He was interviewed by CBS News.

Aljosa Grobelnik, Site Manager for Eisenmann Corporation and Supervisor at ISM Vuzem.  Mr. Grovelnik has knowledge of the work of the Vuzem entities for Eisenmann.

26

1  Elon Musk, Chief Executive Officer, Chairman, Product Architect and CEO at Tesla, Inc.,

2  formerly Tesla Motors, Inc., 3500 Deer Creek Road, Palo Alto, CA 94304. Mr. Musk has

3  knowledge of the finances for Tesla.  He is also knowledgeable about the Tesla response to

4  newspaper articles about the hidden workers building the Tesla plant, and of Tesla's continued

5  contractual relationship(s) with Eisenmann entities.  This includes the May 18, 2016 Re-Tweet by

6  Musk that Tesla paid $55 per hour for the construction company's workers.

7  Aaron Langberg.  Mr. Langberg will testify to the production of documents by Tesla in

8  US ex rel Lesnik v Eisenmann SE and by Tesla in the within actions.  "Access Denied, Granted

9  and Other Badge Events" entry records for work at the Tesla site by the Vuzems, and their key

10  employees and related persons including Robert Vuzem, Mladen Gregurec, Branko Tomas, Leon

11  Galun (of Gregurec), Davorin Hull, Primoz Planovsek, and Krunoslav Premusic, Klemen Vuzem,

12  and many workers, as well Hull, Planovsek, and Premusic, on May 16, 2015, the day Gregor

13  Lesnik fell through the roof at the Tesla plant.

14
15  2.  <u>Witnesses Who May be Called and Who are Identified to Preserve Plaintiff's Rights Pursuant to the Court's Standing Orders and Orders Issued in This Action</u>

16  Ivan Drzaic.  Mr. Drzaic will testify to facts stated in his declaration attached as exhibits

17  E and F to the declaration of Radmilo Bozinovic, ECF # 487-3, and as alleged in the August 27,

18  2020 filed complaint in this action.

19  Robert Hernaus. Mr. Hernaus will testify to facts stated in his declaration attached as

20  exhibits G and H to the declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and

21  as alleged in the August 27, 2020 filed complaint in this action.

22  Leopold Hubek. Mr. Hubek will testify to facts stated in his declaration attached as exhibits

23  I and J to the declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged

24  in the August 27, 2020 filed complaint in this action.

25  Leon Hudoldetnjak. Mr. Hudoldetnjak will testify to facts stated in his declaration,

26  attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in

27  the August 27, 2020 filed complaint in this action

28

Elvis Koscak. Mr. Koscak will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Gregor Lesnik. Mr. Lesnik will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Tomica Panic. Mr. Panic will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Mitje Pogorevc. Mr. Pogorevc will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Zelijko Puljko. Mr. Puljko will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

David Stante. Mr. Stante will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Danica Trifunac. Mr. Trifunac will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Nedeljko Zivanic. Mr. Zivanic will testify to facts stated in his declaration, attached declaration of Radmilo Bozinovic, ECF # 487-3 in US ex rel Lesnik, and as alleged in the August 27, 2020 filed complaint in this action.

Stanko Tansek. Mr. Tansek is a former worker of Gregurec who later worked for ISM Vuzem, d.o.o. Stanko Tansek has knowledge that workers for Gregurec, including those who worked later for ISM Vuzem, d.o.o., had worked in the United States several times in different states since 2000 with Eisenmann.

Sandi Kralj, former employee at ISM Vuzem. Mr. Kralj filed criminal charges in Republic of Croatia Court against ISM Vuzem and Robert Vuzem for unpaid taxes. While working on a project at the BMW factory in 2014, Mr. Kralj became ill and coughing up blood. Mr. Kralj requested to see a doctor but ISM Vuzem refused. He wanted to book a flight to back to Croatia, but was originally denied the same.

Goran Zivanic, former employee at Vuzem USA. Mr. Zivanic's leg was injured and the supervisors of Vuzem would not allow him to go to the doctor. He self-treated his injury with creams and pain tablets and could not return to work for 7 days. Mr. Zivanic was denied pay while he was injured.

Todd Maron, General Counsel at Tesla from September 2014 to present. Mr. Maron has knowledge of the contracts with Eisenmann entities.

Deepak Ahuja, Chief Financial Officer at Tesla from March 2017 to present. Mr. Ahuja has knowledge of the finances of the enterprise as it involves Tesla and Eisenmann.

Darko Ceglec, Supervisor at Gregurec Ltd.  Mr. Ceglec has knowledge of the relationship between Gregurec and Eisenmann entities, the development of subcontractor / labor contractors for Eisenmann, the work by B-1 visa workers at many sites, his directions to Stjepan Papes and others including Primoz Uplaznik, Matevz Uplaznik, and Dean Sipek, to work at LaX Fabricating,

Defendant's Witnesses

**William (Will) Joseph Drewery:**  Mr. Drewery will testify to the relationship between Tesla and Eisenmann Corporation, the general contractor who hired Vuzem to work at the Tesla paint shop project in Fremont, including but not limited to the contractual provisions, terms, and conditions between the parties, Tesla's knowledge (or lack thereof) regarding Eisenmann's work, Eisenmann's oversight and discretion regarding the work, and Tesla's and Eisenmann's respective control of the project.

**Bobby Gonzalez:** Mr. Gonzalez will testify to the relationship between Tesla and Eisenmann Corporation, including but not limited to the relationship between the parties, Tesla's knowledge (or lack thereof) regarding Eisenmann's work, Eisenmann's oversight and discretion

29

regarding the work, and Tesla's and Eisenmann's respective control of the project, and the nature and progress of Vuzem's work at the paint shop.

**Aleksandra Janevska:** Ms. Janevska will testify concerning Tesla's role in work performed by Eisenmann Corporation, Vuzem, and other subcontractors at the Fremont paint shop project; Tesla's security processes for the paint shop project, including but not limited to access and badging procedures for the same, information received by Tesla about individuals granted access to the paint shop project facility, and entry and exit records for the paint shop project; training provided to subcontractors at the paint shop project; Tesla's safety processes and records for the paint shop project.

**Tara Lucier:** Ms. Lucier will testify concerning the background of the Fremont paint shop project; Tesla's procurement of and relationship with Eisenmann Corporation (and its affiliates) for work at the paint shop project; information provided by or received about Vuzem in general and in connection with its work at the Tesla paint shop project; and Eisenmann's use of other subcontractors for the Tesla paint shop project.

**Jeremie Hansen:** Mr. Hansen will testify to the security and safety records of Tesla for the Fremont paint shop project, including but not limited to security access and badging processes and procedures, information received by Tesla during those processes, and entry and exit records for the paint shop project site.

**Robert Emerson Thomas (by deposition):** Mr. Thomas will testify to Tesla's safety procedures and records for the Fremont paint shop project, as well as interactions with Vuzem entities and/or their representatives during their work on the paint shop project.

**Marc Evans:** Mr. Evans will testify concerning his background and work in law enforcement, including his leading and conducting human trafficking investigations and special operations; his prior work and relevant qualifications to offer opinions in this case; the circumstances of typical and legitimate instances of human trafficking; and the nature of Maslic's circumstances as inconsistent with typical and legitimate instances of human trafficking. Mr. Evans will opine that: it is highly unusual for a labor trafficking victim, as Maslic claims to be, to argue that his services as a worker were still needed by the alleged trafficker; Maslic's claim is

30

more akin to an employee that believes they were wrongfully terminated and does not resemble the typical statement made by a human trafficking victim; Maslic had every opportunity to stay removed from his alleged human traffickers each time he left the United States, and he did not have to return to continue his employment with Vuzem; Maslic's pattern of employment is more consistent with a person who is legitimately employed and has taken advantage of the employment opportunity that provided a good financial wage; it is highly unusual for a human trafficker to send a victim back to the victim's home country and follow up to ensure the victim receives medical attention; the security personnel at the Tesla paint shop project did not know and could not have known that Maslic being labor trafficked (assuming he was trafficked in the first place); Tesla could not have prevented any alleged human trafficking Maslic experienced; Tesla could not reasonably have been aware of prior allegations of trafficking against Vuzem; Tesla's arrangement with Eisenmann Corporation for Vuzem's work at the Fremont project would not have allowed Tesla to infer Maslic had been a victim of human trafficking.

A full explanation of Mr. Evans's opinions is provided in his Rule 26(a)(2) disclosure and report (see exhibit list in Appendix 2 and attachment hereto).

**James L. Chen, M.D.:** Dr. Chen will testify concerning his medical background and training; his prior work and relevant qualifications to offer opinions in this case; the deficiencies in the proffered expert reports of Plaintiff's witnesses Dr. Milan Jovanovic and Dr. Ramzy Rimawi; the nature of Maslic's injuries as not attributable to his work at the Tesla paint shop project in Fremont; and the inability to isolate Maslic's work at the Tesla project as the cause or source of Maslic's alleged injuries.  Dr. Chen will opine that: it would not be possible that Mr. Maslic sustained recurrent hip dislocations at work; it cannot be stated within reasonable medical probability that Mr. Maslic's right hip osteonecrosis was caused by his work at Tesla; and Mr. Maslic's hip degeneration most likely pre-existed prior to his working at Tesla.  A full explanation of Dr. Chen's opinions is provided in his Rule 26(a)(2) disclosure and report (see exhibit list in Appendix 2 and attachment hereto).

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

1

## APPENDIX 2 – EXHIBIT LIST

2

3

| Exhibit No. | Description | Purpose | Sponsor | Objections[5] | Response |
|---|---|---|---|---|---|
|  | Exhibits from Oppo to Mtn to Dismiss in Maslic |  |  | C, D |  |
| 001 | AlamedaComplaint_HG20072866 | 1, 2, 3, 4, 5 | RJN, Attys | A, F |  |
| 002 | Alameda First Amended Complaint | 1, 2, 3, 4, 5 | RJN, Attys | A, F |  |
| 003 | Tesla's Initial Disclosures | 1, 2, 3, 4, 5 | RJN, Attys | A, D, F, I |  |
| 004 | Defendant Tesla's Responses to Request for Production, Set 1 | 1, 2, 3, 4, 5 | RJN, Attys | A, D, F, I |  |
| 005 | ORDER VACATING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT EISENMANN CORPORATION; AND GRANTING MOTION, ECF#103 | 2, 3, 5 | RJN, Attys | B, I |  |
| 006 | DEFENDANT TESLA, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF SASA MASLIC'S INTERROGATORIES | 1, 2, 3, 4, 5 | RJN, Attys | A, D, F |  |
| 007 | DEFENDANT TESLA, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF SASA MASLIC'S REQUESTS FOR ADMISSION | 1, 2, 3, 4, 5 | RJN, Attys | A, D, F |  |

19

20

21

22

---

[5] Defendant Tesla lodges a standing objection to Plaintiff's exhibit list and reserves the right to make any and all further objections at trial due to Plaintiff's provision of exhibits and updates to the same after 8 p.m. Eastern Time on July 18, 2024.

Plaintiff states that it provided an essentially complete list on July 8, including where in the record in this case and in US ex rel Lesnik the documents were located. Plaintiff provided updated lists at defendant's request on July 14 and 15. Plaintiff provided a completed list that only added page line references to deposition transcripts, and specification of the attachments to the declaration of Dr. Milan Jovanovich, plus one recently received medical record and a 386 page spreadsheet and charts that Tesla did not produce until July 17. Plaintiff also provided to defendant on July 18 a certified translation of all Serbo-Croatian documents other than the recently received hip surgery report.

| 008 | DEFENDANT TESLA, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF SASA MASLIC'S SECOND SET OF REQUESTS TO PRODUCE | 1, 2, 3, 4, 5 | RJN, Attys | A, D, F | |
|---|---|---|---|---|---|
| 009 | Aleksandra Janevska Verification | 1, 2, 3, 5 | Janevska | | |
| 010 | ORDER FOLLOWING APRIL 23, 2024 HEARING ON JOINT DISCOVERY STATEMENT | 1, 2, 3, 4, 5 | RJN, Attys | B, I | |
| 011 | SUPPLEMENTAL STATEMENT OF DEFENDANT TESLA, INC. FOLLOWING APRIL 23, 2024 HEARING ON JOINT DISCOVERY STATEMENT | 1, 2, 3, 4, 5 | RJN, Attys | A, I | |
| 012 | James Wade Hill Deposition transcript, 19:10-27:19; 43:13-44:22; 45:6-52:25; 53:7- 56:13; 57:2-60:16; 61:15-63:5; 66:13-77:15; 78:15-80:5; 80:13-82:11; 82:15-84:10; 84:13-85:3; 90:20-92:14; 94:22-; 96:25-99:14; 99:22-102:14; 108:12-111-1; 111:2-117:17, and exhibits | 1, 2, 3, 4, 5 | FRCP 30 | H, I | |
| 013 | Bobby Gonzales Deposition transcript, 10:3-11:21; 72:18-80:23; 80:12-83:13 ; 83:18-85:14; 85:17-87:11; 87:16-93:5; 93:8-95:14; 95:24-96:14; 97:4-100:12; 100:18-102:19; 102:23-107:17; 108:5-110:18; 111:1-113:17; 113:21-114:10; 114:13-124:12;  124:20-137:6; 137:10-137:23; 137:25-142:1; 142:10-143:20; 147:3-152:20; 152:24-153:16; 155:13-156:8; 156:16-157:15; 157:18-159:9; 159:12-163:19; 163:23-166:18; 167:21-168:25; 170:23-172:8; 172:18-173:19; 173:24 -176:1; 176:5-176:13; 176:21-180:3; 180:12-181:16; 181:17-182:13; 182:20-182:23; 183:2-183:17; 183:20-189:1; 154:1-155:9; 195:11-201-23; 195:11-201-23, and exhibits | 1, 2, 3, 4, 5 | FRCP 30 | G, H, I | |

33

| 014 | Robert Emerson Thomas Deposition transcript, 11:3-12; 12:9-13; 19:6-16; 20:8-24; 21:16-22:19; 24:6-18; 25:9-22; 26:2-19; 31:12-32:22; 34:18-35:23; 36:7-14; 37:5-38:22; 39:17-40:9; 41:10-43:8; 43:16-50:25; 51:10-15; 52:5-53:14; 53:23-58:25; 61:10-13; 62:23-64:14; 64:22-66:5; 66:12-70:9; 70:11:73:5; 73:19-76:23; 77:1-79:5; 79:24-83:24; 85:13-86:2; 86:18-88:19; 88:21-92:5; 95:19-102:16; 103:1-105:12; 105:19-107:23; 108:10-18; 109:6-24; 110:13-111:22; 112-7-15, and exhibits | 1, 2, 3, 4, 5 | FRCP 30 | H, I | |
|---|---|---|---|---|---|
| 015 | William Joseph Drewery Deposition transcript, 27-33; 35:19-35:25; 36:16-40:25; 40; 45; 48; 52:25-56:22; 57:1-58:22; 59:5-59:18; 62:3-63:19; 67:22-72:24; 73; 74-75; 76:7-79:1; 79:10-80:15 and exhibits | 1, 2, 3, 4, 5 | FRCP 30 | G, H, I | |
| 016 | Marc Evans Deposition transcript, 18:23-19:8; 20:2-22:24 | 1, 2, 3, 4, 5 | FRCP 30 | H, I | |
| 017 | Deposition exhibit # 3 includes depo transcript authenticating and explaining, bates TESLA-MASLIC000474, Hot Work Permit, 05/18/2015 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 018 | Deposition exhibit # 5 includes depo transcript authenticating and explaining, bates 540, 05/20/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 019 | Deposition exhibit # 6 includes depo transcript authenticating and explaining, bates 537, 05/20/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 020 | Deposition exhibit # 7 includes depo transcript authenticating and explaining, bates 542, 5/21/2015 Hot Work Permit | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 021 | Deposition exhibit # 8 includes depo transcript authenticating and explaining, bates 565, 05/20/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 022 | Deposition exhibit # 11 includes depo transcript authenticating and explaining, bates 560, 05/15/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 023 | Deposition exhibit # 12 includes depo transcript authenticating and explaining, bates 618, 05/15/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 024 | Deposition exhibit # 15 includes depo transcript authenticating and explaining, bates 648, 05/15/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 025 | Deposition exhibit # 17 includes depo transcript authenticating and explaining, bates 659, 05/29/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 026 | Deposition exhibit # 18 includes depo transcript authenticating and explaining, bates 799, 06/26/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 027 | Deposition exhibit # 19 includes depo transcript authenticating and explaining, bates 805, 06/26/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 028 | Deposition exhibit # 20 includes depo transcript authenticating and explaining, bates 807, 06/28/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 029 | Deposition exhibit # 22 includes depo transcript authenticating and explaining, bates 177, 05/16/2015 emails re Lesnik Gregor | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 030 | Deposition exhibit # 27 includes depo transcript authenticating and explaining, bates | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 031 | Deposition exhibit # 28 includes depo transcript authenticating and explaining, bates | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 032 | Deposition exhibit # 29 includes depo transcript authenticating and explaining, bates | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 033 | Deposition exhibit # 34 includes depo transcript authenticating and explaining, bates 907 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
|-----|-----|-----|-----|-----|-----|
| 034 | Deposition exhibit # 35 includes depo transcript authenticating and explaining, bates exel 394 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 035 | Deposition exhibit # 46 includes depo transcript authenticating and explaining, bates exel 4539 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 036 | Deposition exhibit # 52 includes depo transcript authenticating and explaining, bates 100 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 037 | Deposition exhibit # 56 includes depo transcript authenticating and explaining, bates 403 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 038 | Deposition exhibit # 57 includes depo transcript authenticating and explaining, bates 404 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 039 | Deposition exhibit # 58 includes depo transcript authenticating and explaining, bates 448 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 040 | Deposition exhibit # 59 includes depo transcript authenticating and explaining, bates 418 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 041 | Deposition exhibit # 60 includes depo transcript authenticating and explaining, bates 456 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 042 | Deposition exhibit # 61 includes depo transcript authenticating and explaining, bates 465 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 043 | Deposition exhibit # 66 includes depo transcript authenticating and explaining, bates 574 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 044 | Deposition exhibit # 67 includes depo transcript authenticating and explaining, bates 578 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 045 | Deposition exhibit # 76 includes depo transcript authenticating and explaining, bates 2165 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 046 | Deposition exhibit # 77 includes depo transcript authenticating and explaining, bates 2198 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 047 | Deposition exhibit # 79 includes depo transcript authenticating and explaining, bates 2200 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 048 | Deposition exhibit # 80 includes depo transcript authenticating and explaining, bates 2212 [OMITTED BASED ON CONFIDENTIALITY DESIGNATION] | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 049 | Deposition exhibit # 81 includes depo transcript authenticating and explaining, bates 2201 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 050 | Deposition exhibit # 83 includes depo transcript authenticating and explaining, bates 2336 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 051 | Deposition exhibit # 84 includes depo transcript authenticating and explaining, bates 2339 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 052 | Deposition exhibit # 92 includes depo transcript authenticating and explaining, bates 603 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 053 | Deposition exhibit # 104 includes depo transcript authenticating and explaining, bates 1591 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 054 | Deposition exhibit # 105 includes depo transcript authenticating and explaining, bates 472 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 055 | Deposition exhibit # 115 includes depo transcript authenticating and explaining, bates 3767 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 056 | Deposition exhibit # 116 includes depo transcript authenticating and explaining, bates 4162 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 057 | Deposition exhibit # 126 includes depo transcript authenticating and explaining, bates | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |

37

| 058 | Deposition exhibit # 127 includes depo transcript authenticating and explaining, bates 811 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
|---|---|---|---|---|---|
| 059 | Deposition exhibit # 128 includes depo transcript authenticating and explaining, bates 840 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 060 | Deposition exhibit # 129 includes depo transcript authenticating and explaining, bates 872 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 061 | Deposition exhibit # 130 includes depo transcript authenticating and explaining, bates 885 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 062 | Deposition exhibit # 131 includes depo transcript authenticating and explaining, bates 886 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 063 | Deposition exhibit # 132 includes depo transcript authenticating and explaining, bates 896 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 064 | Deposition exhibit # 133 includes depo transcript authenticating and explaining, bates 902 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 065 | Deposition exhibit # 134 includes depo transcript authenticating and explaining, bates 903 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 066 | Deposition exhibit # 135 includes depo transcript authenticating and explaining, bates 910 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 067 | Deposition exhibit # 136 includes depo transcript authenticating and explaining, bates excel 911 | 2, 3, 5 | FRCP 30 and deponent | A, G, H, I | |
| 068 | Deposition exhibit # 137 includes depo transcript authenticating and explaining, bates 1215 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 069 | Deposition exhibit # 138 includes depo transcript authenticating and explaining, bates 1214 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 070 | Deposition exhibit # 139 includes depo transcript authenticating and explaining, bates 1249 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 071 | Deposition exhibit # 140 includes depo transcript authenticating and explaining, bates 1285 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
|---|---|---|---|---|---|
| 072 | Deposition exhibit # 141 includes depo transcript authenticating and explaining, bates 1327 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 073 | Deposition exhibit # 142 includes depo transcript authenticating and explaining, bates 1328 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 074 | Deposition exhibit # 143 includes depo transcript authenticating and explaining, bates 1323 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 075 | Deposition exhibit # 144 includes depo transcript authenticating and explaining, bates 1516 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 076 | Deposition exhibit # 145 includes depo transcript authenticating and explaining, bates 3779 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 077 | Deposition exhibit # 146 includes depo transcript authenticating and explaining, bates 3808 | 2, 3, 5 | FRCP 30 and deponent | A, G, H, I | |
| 078 | Deposition exhibit # 147 includes depo transcript authenticating and explaining, bates 4188 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 079 | Deposition exhibit # 148 includes depo transcript authenticating and explaining, bates 4190 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 080 | Deposition exhibit # 149 includes depo transcript authenticating and explaining, bates 4620 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 081 | Deposition exhibit # 150 includes depo transcript authenticating and explaining, bates 4403 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 082 | Deposition exhibit # 151 includes depo transcript authenticating and explaining, bates 6837 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 083 | Deposition exhibit # 161 includes depo transcript authenticating and explaining, | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 084 | Deposition exhibit # 165 includes depo transcript authenticating and explaining, bates 4095 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 085 | Deposition exhibit # 166 includes depo transcript authenticating and explaining, bates 4516 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 086 | Deposition exhibit # 168 includes depo transcript authenticating and explaining, bates 4579 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 087 | Deposition exhibit # 170 includes depo transcript authenticating and explaining, bates 6677 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 088 | Deposition exhibit # 172 includes depo transcript authenticating and explaining, bates 4483 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 089 | Deposition exhibit # 173 includes depo transcript authenticating and explaining, bates 760 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 090 | Deposition exhibit # 201 includes depo transcript authenticating and explaining, bates 3813 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 091 | Deposition exhibit # 301 includes depo transcript authenticating and explaining, bates 4116 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 092 | Deposition exhibit # 302 includes depo transcript authenticating and explaining, bates 4158 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, F, H, I | |
| 093 | Deposition exhibit # 305 includes depo transcript authenticating and explaining, bates 3819 | 1, 2, 3, 4, 5 | FRCP 30 and deponent | A, G, H, I | |
| 095 | Alameda Complaint for Damages, HG15773484 | 2, 3, 5 | RJN and Attys | D, F, I | |
| 096 | First Amended Complaint for Damages and Injunctive Relief | 2, 3, 4, | RJN and Attys | D, F, I | |
| 097 | Proof of Service on Tesla Motors, Inc. | 2, 5 | RJN and Attys | B, F, I | |
| 098 | Plaintiffs Form Interrogatories, set one to Eisenmann Corp | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 099 | Plaintiffs Form Interrogatories, set one to Eisenmann, SE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 100 | Plaintiffs Form Interrogatories, set one to Tesla Motors, Inc. | 1, 2, 3, 5 | Attys | A, B, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 101 | DEFENDANT TELSA MOTORS, INC. RESPONSE TO PLAINTIFF'S FORM INTERROGATORIES- GENERAL, SET ONE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 103 | DEFENDANT TESLA MOTORS, INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS TO PRODUCE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 104 | DEFENDANT EISENMANN CORPORATION USA'S RESPONSE TO FIRST SET OF FORM INTERROGATORIES PROPOUNDED BY PLAINTIFF GREGOR LESNIK | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 105 | DEFENTANT TESLA MOTORS, INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 106 | DEFENDANT TESLA MOTORS, INC.'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 107 | RESPONSE OF DEFENDANT EISENMANN CORPORATIION USA TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF GKEGOH LESNIK | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 108 | DEFENDANT TESLA MOTORS, INC.S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUTION OF DOCUMENTS, SET TWO | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 109 | DEFENDANT TESLA MOTORS, INC.'S RESPONSE TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |

| 110 | DEFENDANT TESLA MOTORS, INC.S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS TO PRODUCE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 111 | DEFENDANT TESLA MOTORS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS TO PRODUCE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 112 | RESPONSE OF DEFENDANT EISENMANN CORPORATION USA TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF GREGOR LESNIK | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 113 | PRODUCTION OF DOCUMENTS OF EISENMANN CORPORATION USA IN RESPONSE TO FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF GREGOR LESNIK | 1, 2, 3, 4, 5 | Attys | A, B, C, F, I | |
| 114 | DEFENDANT EISENMANN SE'S RESPONSES TO PLAINTIFF GREGOR LESNIK'S REQUESTS TO PRODUCE, SET ONE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 115 | DEFENDANT EISENMANN SE'S RESPONSES TO PLAINTIFF GREGOR LESNIK'S REQUESTS TO PRODUCE, SET ONE | 1, 2, 3, 5 | Attys | A, B, C, F, I | |
| 116 | DEFENDANT EISENMANN SE'S PRODUCTION OF DOCUMENTS IN RESPONSE TO PLAINTIFF GREGOR LESNIK'S REQUESTS TO PRODUCE, SET ONE | 1, 2, 3, 4, 5 | Attys | A, B, C, F, I | |
| 117 | Deposition of Primoz Planovsek | 1, 2, 3, 4, 5 | Attys | G, H, I | |
| 118 | Order to Provide Information Under Oath | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |

| 119 | Letter from attorney Gregory Grinberg to Judge Levin | 1, 2, 3, 4, 5 | Grinberg | A, B, C, F, I | |
| 120 | Reserved | | | I | |
| 121 | Declaration of William C Dresser Re License and Workers Compensation Coverage for ISM Vuzem d.o.o. and Vuzem USA, Inc. and for Eisenmann Corp and Tesla Motors, Inc. | 1, 2, 3, 5 | Dresser, RJN | C, D, F, I | |
| 122 | Order Joining Additional Parties Defendant | 1, 2, 3, 5 | RJN | I | |
| 123 | DECLARATION OF ROBERT KELLER RE:  LEGAL NAME (S) AND CORPORATE STATUS OF EISENMANN ENTITIES | 2, 3, 5 | RJN | C, D, F, I | |
| 124 | DECLARATION OF AMEE A. MIKACICH IN RESPONSE TO ORDER JOINING ADDITIONAL PARTIES DEFENDANT | 1, 2, 3, 5 | Mikacich | C, D, F, I | |
| 125 | Minutes of Workers' Compensation Appeals Board, Case #9981538 | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 126 | Declaration of Stjepan Papes | 1, 2, 3, 4, 5 | Attys | A, C, F | |
| 127 | Deposition of Miljan Vukadinovic | 1, 2, 3, 4, 5 | Attys | A, C, F | |
| 128 | Eisenmann Subcontractor General Terms and Conditions | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, G, I | |
| 129 | Tesla Motors and Eisenmann General Terms and Conditions for Purchase of Equipment | 1, 2, 3, 4, 5 | Tesla witnesses | A, F, I | |
| 130 | Tesla Motors and Eisenmann General Terms and Conditions for Purchase of Equipment | 1, 2, 3, 4, 5 | Tesla witnesses | A, F, I | |
| 131 | ISM Vuzem, USA and Eisenmann Corp. Purchase Order | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 132 | Tesla approved Purchase Order with Eisenmann Anlagenbau TGmbH & Co. | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 133 | Tesla Approved Purchase Order with Eisenmann Corporation | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 134 | Tesla Motors – Eisenmann Statement of Work | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 135 | Eisenmann Project Tesla – Minutes of Meeting & Technical Clarification, Minutes of Meeting | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 136 | Eisenmann Project Tesla – Minutes of Meeting & Technical Clarification, Minutes of Meeting including contract | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 137 | Contract No. 04-2015 between ISM Vuzem USA and ISM Vuzem d.o.o. | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 138 | Contract No. 04-2015 between ISM Vuzem USA and ISM Vuzem d.o.o. without Eisenmann PO | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 139 | Redacted Contract | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I | |
| 140 | DECLARATION OF RADMILO BOZINOVIC, Ph.D., REGARDING CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, with attached and translated declarations of employees of ISM Vuzem, d.o.o. | 1, 2, 3, 4, 5 | Bozinovic | B, C, I | |
| 141 | REQUEST FOR JUDICIAL NOTICE DOCUMENTS AND THINGS IN SUPPORT OF PLAINTIFFS AND RELATORS GREGOR LESNIK AND STJEPAN PAPES' FIRST AMENDED MOTION FOR DEFAULT JUDGMENT ON COERCED LABOR CLAIMS | 1, 2, 3, 4, 5 | RJN, Attys | A, B, C, D, F, I | |
| 142 | SUPPLEMENTAL DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS AND RELATORS GREGOR LESNIK AND STJEPAN PAPES' AMENDED RENEWED MOTIONS FOR DEFAULT JUDGMENTS | 1, 2, 3, 4, 5 | RJN, Attys, Papes | A, B, C, D, F, I | |
| 143 | DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS AND RELATORS GREGOR LESNIK AND STJEPAN PAPES RENEWED MOTIONS FOR DEFAULT JUDGMENTS | 1, 2, 3, 4, 5 | RJN, Attys, Papes | A, B, C, D, F, I | |

44

| 144 | Declaration of Gregor Lesnik in Support of Renewed Motions for Default Judgments | 1, 2, 3, 4, 5 | RJN, Attys, Lesnik | A, B, C, D, F, I |
| 145 | Declaration of Danijel Travancic | 1, 2, 3, 4, 5 | Travancic | A, C, D, F, I |
| 146 | DECLARATION OF DANIJEL TRAVANCIC RE COMPANY WORKERS AT TESLA | 1, 2, 3, 4, 5 | Travancic | A, C, D, F, I |
| 147 | Declaration of Jack (Jay) B. Palmer Jr. | 1, 2, 3, 5 | Palmer | A, C, D, F, I |
| 148 | Contract between ISM Vuzem USA and ISM Vuzem d.o.o. | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I |
| 149 | Tesla notifying Eisenmann of its obligation under the Agreement to indemnify Tesla in connection with Lesnik v ISM Vuzem USA, Inc | 1, 2, 3, 5 | Tesla witnesses | A, B, C, F, I |
| 150 | Vuzem proposed settlement to Eisenmann | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I |
| 151 | Robert Vuzem email Notice regarding hourly timesheets | 1, 2, 3, 4, 5 | Maslic, Sincek | A, C, F, I |
| 152 | Subpoena Records Macro Pro Order page | 2, 4, 5 | Attys | A, C, F, I |
| 153 | Subpoenaed Case manager notes from Regional Medical Center of San Jose | 1, 2, 3, 4, 5 | Attys, Regional Medical, Cathy Tseng | A, B, C, E, F, I |
| 154 | Eisenmann letter to Sasa Maslic re Visas for Employees of Co. Gregurec Ltd. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, C, F, I |
| 155 | Email from Robert Vuzem to Robert Keller re Visas | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I |
| 156 | Tesla Motors Order for ISM Vuzem USA, Inc. and Eisenmann | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I |
| 157 | Eisenmann's Order with ISM Vuzem USA, Inc. | 1, 2, 3, 4, 5 | Attorneys, Tesla witnesses | A, B, C, F, I |
| 158 | Eisenmann Minutes of Meeting | 1, 2, 3, 4, 5 | Attorneys, Tesla witnesses | A, B, C, F, I |
| 159 | Tesla Order with ISM Vuzem USA, Inc. and Eisenmann | 3 | Tesla witnesses | A, B, C, F, I |
| 160 | Eisenmann's Order with ISM Vuzem USA, Inc | 3 | Tesla witnesses | A, B, C, F, I |
| 161 | Eisenmann's Order with ISM Vuzem USA, Inc | 3 | Tesla witnesses | A, B, C, F, I |
| 162 | Eisenmann's second Order with ISM Vuzem USA, In | 3 | Tesla witnesses | A, B, C, F, I |

This is page 47 of 90.

| 163 | Eisenmann's third Order with ISM Vuzem USA, In | 3 | Tesla witnesses | A, B, C, F, I | |
| 164 | Eisenmann's Order with ISM Vuzem USA, Inc | 3 | Tesla witnesses | A, B, C, F, I | |
| 165 | Tesla Order with ISM Vuzem USA, Inc. and Eisenmann | 3 | Tesla witnesses | A, B, C, F, I | |
| 166 | Tesla Order with ISM Vuzem USA, Inc. and Eisenmann | 3 | Tesla witnesses | A, B, C, F, I | |
| 167 | Tesla Order with ISM Vuzem USA, Inc. and Eisenmann | 3 | Tesla witnesses | A, B, C, F, I | |
| 168 | Email from Robert Vuzem re negotiating settlement with Gregor Lesnik | 1, 2, 3, 4, 5 | Attys, Tesla witnesses, Travancic | A, B, C, F, I | |
| 169 | Email between Robert Keller and Rick Aquino re Rates | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I | |
| 170 | Eisenmann's Order with ISM Vuzem USA, Inc | 3 | Tesla witnesses | A, B, C, F, I | |
| 171 | Eisenmann's Order with ISM Vuzem USA, Inc | 3 | Tesla witnesses | A, B, C, F, I | |
| 172 | Eisenmann's second Order with ISM Vuzem USA, Inc | 3 | Tesla witnesses | A, B, C, F, I | |
| 173 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 174 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 175 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 176 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 177 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 178 | Eisenmann's second Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 179 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 180 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 181 | Eisenmann's second Order with ISM Vuzem USA, Inc | 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 182 | Email from Anton Borovac to Brice Long re Antwort: ISM Vuzem invoices for Tesla project | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I | |
| 183 | Tesla Motors Order with ISM Vuzem USA and Eisenmann | 1, 2, 3 | Tesla witnesses | A, B, C, F, I | |
| 184 | Tesla Motors second Order with ISM Vuzem USA and Eisenmann | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 185 | Tesla Motors third Order with ISM Vuzem USA and Eisenmann | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 186 | Tesla Motors fourth Order with ISM Vuzem USA and Eisenmann | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 187 | Eisenmann's Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 188 | Eisenmann's second Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 189 | Eisenmann's third Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 190 | Eisenmann's forth Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 191 | Eisenmann's fifth Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 192 | Eisenmann's sixth Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 193 | Eisenmann's seventh Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 194 | Eisenmann's eighth Order with ISM Vuzem USA, Inc | 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 195 | Julia Kapp re Validation of immigration status | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I | |
| 196 | ISM Vuzem USA Inc. South Carolina Articles of Incorporation | 2, 3, 5 | RJN | A, B, D, F, I | |
| 197 | ISM Vuzem USA Inc. South Carolina Certificate of Dissolution | 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 198 | Vuzem USA California Articles of Incorporation of a General Stock Corporation | 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 199 | Vuzem USA Inc. SI-CA | 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 200 | Vuzem USA Inc. California Certificate of Dissolution | 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 201 | Bosnian Passport Redacted | 1, 2, 3, 4, 5 | Maslic | I | |
| 202 | Vuzem Declaration of intent to Recruit Redacted | 1, 2, 3, 4, 5 | Maslic | I | |
| 202-A | Vuzem Declaration of intent to Recruit Redacted in English | 1, 2, 3, 4, 5 | Maslic | I | |
| 203 | Slovenian government Notice regarding the employment contract between ISM Vuzem, d.o.o. and Sasa Maslic [redacted | 1, 2, 3, 4, 5 | Maslic | I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 203-A | Slovenian government Notice regarding the employment contract between ISM Vuzem, d.o.o. and Sasa Maslic [redacted, English | 1, 2, 3, 4, 5 | Maslic | I | |
| 204 | Sasa Maslic Slovenian Work Visa redacted | 1, 2, 3, 4, 5 | Maslic | I | |
| 205 | ISM Vuzem employment contract with Stiepan Papes | 1, 2, 3, 4, 5 | Maslic | A, B, C, F, I | |
| 205-A | ISM Vuzem employment contract with Stiepan Papes, English | 1, 2, 3, 4, 5 | Maslic | A, B, C, F, I | |
| 206 | Vuzem notice of start of employment contract | 1, 2, 3, 4, 5 | Maslic | I | |
| 206-A | Vuzem notice of start of employment contract, English | 1, 2, 3, 4, 5 | Maslic | I | |
| 207 | Sasa Maslic's US Visa Redacted | 1, 2, 3, 4, 5 | Maslic | I | |
| 208 | Tax Secretary Certificate | 1, 2, 3, 4, 5 | Maslic | A, B, C, F, I | |
| 208-A | Tax Secretary Certificate, English | 1, 2, 3, 4, 5 | Maslic | A, B, C, F, I | |
| 209 | Sasa Maslic's Tesla Security Badge | 1, 2, 3, 4, 5 | Maslic | I | |
| 209-A | Sasa Maslic's Tesla Security Badge, English | 1, 2, 3, 4, 5 | Maslic | I | |
| 210 | Dr. Kanlic's notice of sick leave for me | 1, 2, 3, 4, 5 | Maslic | I | |
| 210-A | Dr. Kanlic's notice of sick leave for me, English | 1, 2, 3, 4, 5 | Maslic | I | |
| 211 | Letter from Institute for Health Insurance of Slovenia enclosing a Health Card | 4 | Maslic | I | |
| 211-A | Letter from Institute for Health Insurance of Slovenia enclosing a Health Card, English | 4 | Maslic | I | |
| 212 | Dr. Kanlic and Vivamed's billing statement | 4 | Maslic | I | |
| 212-A | Dr. Kanlic and Vivamed's billing statement, English | 4 | Maslic | I | |
| 213 | Health Services Receipt | 4 | Maslic | I | |
| 214 | Bank Deposit for pay from ISM Vuzem, d.o.o. | 1, 2, 3, 4, 5 | Maslic | I | |
| 214-A | Bank Deposit for pay from ISM Vuzem, d.o.o., English | 1, 2, 3, 4, 5 | Maslic | I | |
| 215 | Bank Deposit for pay from ISM Vuzem, d.o.o. | 1, 2, 3, 4, 5 | Maslic | I | |
| 215-A | Bank Deposit for pay from ISM Vuzem, d.o.o., English | 1, 2, 3, 4, 5 | Maslic | I | |
| 216 | Vuzem, d.o.o. letter sent to Sasa Maslic stating the termination of my employment contract | 1, 2, 3, 4, 5 | Maslic | I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 216-A | Vuzem, letter sent to me stating the termination of my employment contract, English | 1, 2, 3, 4, 5 | Maslic | I | |
|---|---|---|---|---|---|
| 217 | Vuzem, Termination of Employment Contract Notice | 1, 2, 3, 4, 5 | Maslic | I | |
| 217-A | Vuzem, Termination of Employment Contract Notice, English | 1, 2, 3, 4, 5 | Maslic | I | |
| 218 | Vuzem's proposed - but never paid for- release document | 1, 2, 3, 4, 5 | Maslic, Sincek | I | |
| 218-A | Vuzem's proposed - but never paid for- release document, English | 1, 2, 3, 4, 5 | Maslic, Sincek | I | |
| 219 | Prescription | 4 | Maslic | I | |
| | | | | | |
| 220 | Request for Care Outside Bosnia, original | 4 | Maslic, Jovanovic | I | |
| 220-A | Request for Care Outside Bosnia, English | 4 | Maslic, Jovanovic | I | |
| | | | | | |
| 222 | Sasa Maslic Driver's License Redacted | 1, 2, 3, 4, 5 | Maslic | I | |
| 223 | School Certificate Redacted | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 223-A | School Certificate Redacted, English | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 224 | School Certificate Redacted | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 224-A | School Certificate Redacted, English | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 225 | Air Conditioning Academy | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 225-A | Air Conditioning Academy, English | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 226 | BOCK Compressors Certificate | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 226-A | BOCK Compressors Certificate, English | 1, 2, 3, 4, 5 | Maslic | B, F, I | |
| 227 | Dismissal letter with Epacrises from Institute of Physical Medicine | 4 | Maslic, Jovanovic | B, F, I | |
| 227-A | Dismissal letter with Epacrises from Institute of Physical Medicine, English | 4 | Maslic, Jovanovic | B, F, I | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 251 | 2014_03_11_Samac_Med_Rehab | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 252 | 2016_05_11_Dr.Segedi_Xray | 4, 5 | Maslic, Jovanovic, Rimawi | | |

49

| 253 | 2016_05_26_Samac_Med_Rehab | 4, 5 | Maslic, Jovanovic, Rimawi | | |
|-----|-----|-----|-----|-----|-----|
| 254 | 2016_05_26_samac_med_rehab_notes | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 256 | 2016_06_08_Dr.Durdevic | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 257 | 2016_07_12_Dr.Gluvacevic | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 258 | 2021_01_01_DomSamac.Ltr | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 259 | 2021_01_01-2023_11_22_JZU_DomSamac_Dr.Durdevic_Dr.Paleznica | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 260 | 2021_09_30_Dr.Petkovic_PelvicXray | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 261 | 2021_11_11_Samac_Med_Rehab_FindingsandOpinions | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 262 | 2022_09_20_Dr.Petkovic_LumbosacralXray | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 263 | 2022_12_21_Dr.Petkovic_Comparison | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 264 | 2022_12_21_Dr.Petkovic_Comparison | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 265 | 2023_07_05_Dr Slobodan Lokas | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 266 | 2023_07_05_History & Status | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 267 | 2023_07_12_Operative finding | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 268 | 2023_07_23_DrSlobodan_DrPetkovic_Ultrasonography | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 269 | 2023_10_16_DrJovanovic | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 270 | 2024_06_06_sasa maslic otpusno pismo i karton – not yet with certified translation | 4, 5 | Maslic, Jovanovic, Rimawi | | |
| 271 | Report of Dr. Milan Jovanovic | 4, 5 | | I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| | | | | |
|---|---|---|---|---|
| 272 | Report of Dr. Ramzy Rimawi, M.D. | 4, 5 | | I |
| | | | | |
| 276 | Transcript of deposition of Aleksandra Nelson, 8:2-12; 8:21-9:1; 10:3-12:10; 12:16-13:12; 14:19-15:2; 16:4-5; 16:9-10; 16:18-17:1; 19:24-20:8; 20:19-21:4; 21:8-14; 22:19-24; 23:12-17; 25:19-26:1; 24:5-23; 28:3-21; 30:6-7; 31:15-32:20; 32:21-34:2; 36:19-22; 38:19-21; 47:16-20; 48:9-10; 48:25-49:2; 50:21-24 and Ex. 412); 52:1-11, and Ex. 411 and 412 | 1, 2, 3, 4, 5 | FRCP Rule 30 | |
| 277 | Transcript of deposition of Tara Lucier, 11:3-12:10; 16:21-23, 16:6-8; 21:10-22:25; 23:21-24:14; 25:4-26:23; 27:25-28:12; 29:24-31:19; 37:7-38:6; 39:19-40:1; 41:3-44:2; 45:17-48:12; 49:7-12; 51:8-13; 51:19-55:23 (and Ex. 401); 57:8-11; 59:3-18; 62:9-63:14; 65:2-5; 70:20-25; 75:4-76:1; 77:25-78:21; 79:17-80:2; 80:18-81:3; 82:9-23; 84:22-87:6; 87:23-89:2; 90:12-15; 96:21-97:10; 97:21-98:7; 98:18-99:2; 101:9-15; 102:11-22 | 1, 2, 3, 4, 5 | FRCP Rule 30 | |
| | | | | |
| | | | | |
| 301 | Eisenmann letter re Papes which was attached to a declaration of Mark West of Eisenmann Corporation | 1, 2, 3, 4, 5 | Attys | C, F, I |
| 302 | Eisenmann press release re major deal BMW | 3, 5 | RJN, Attys, Tesla witnesses | C, D, F, I |
| 304 | dated Eisenmann-Vuzem-Minutes of Meeting.9-29-14. This was produced by Tesla, Inc. on January 26, 2016 and by Eisenmann Corporation on February 11, 2016 in response to requests to produce in Alameda County Superior Court action HG15773484. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | F, I |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 305 | Eisenmann PO ISM Vuzem USA. This was produced by ISM Vuzem, d.o.o. on October 1, 2015, by Tesla, Inc. on January 26, 2016 and by Eisenmann Corporation on February 11, 2016 in response to requests to produce in Alameda County Superior Court action HG15773484. This is one of the known contract documents which in their entirety were attached as Exhibit DD to my August 9, 2018 Declaration (US rel Lesnik action, ECF # 237). Tesla finally produced additional PO, but not until April 29, 2024 | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | F, I | |
| 306 | Vuzem letter re Papes Deft Prod 2020_02_03 | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | F, I | |
| 307 | Eisenmann press release Tesla Motors | 1, 2, 3, 5 | RJN, Attys, Tesla witnesses | A, B, C, D, F, I | |
| 308 | ISM Vuzem USA Inc dissolved by South Carolina | 1, 2, 3, 5 | RJN | D, I | |
| 310 | Photo taken by me of Security Check Point Construction Gate 8 at Tesla in Fremont | 1, 2, 3, 4, 5 | Tesla witnesses | F, I | |
| 311 | Photo taken by me of Security Check Point Construction Gate 8 (security stop sign) at Tesla in Fremont | 1, 2, 3, 4, 5 | Tesla witnesses | F, I | |
| 312 | Eisenmann "Welcome Letter" Re Lesnik | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, F, I | |
| 313 | Grassley Letter with attachments | 1, 2, 5 | RJN, Attys, Tesla witnesses | A, B, C, D, F, I | |
| 314 | Grassley Letter to DOJ + DHS (H-1B Fraud) | 1, 2, 5 | RJN, Attys, Tesla witnesses | A, B, C, D, F, I | |
| 315 | State Dept Statement to CBSN | 1, 2, 5 | RJN, Attys, Tesla witnesses | A, B, C, D, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 316 | Facebook post of then ISM Vuzem d.o.o. employee Josip Liber – subsequently HRID_Mont, d.o.o. employee - with Davorin Hull In South Carolina | 1, 2, 3, 5 | Attys, Travancic, Maslic, Sincek | A, B, C, F, I | |
| 317 | HRID-Mont d.o.o. statement that Helena Ogrizek is the Sole Partner | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 318 | HRID-Mont d.o.o. Annual Report 2016 from the Kyckr / AJPES website for EU corporations | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 319 | HRID-Mont d.o.o. Basic Information from required public filing | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 320 | ISM Vuzem, d.o.o. Annual Reports from 2013 to 2016 from the Kyckr / AJPES website for EU corporations | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 321 | HRID-Mont d.o.o. Annual Report in English from the Kyckr / AJPES website for EU corporations | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 322 | Josip Liber business card in which he is now a supervisor for HRID MONT d.o.o.; the card states the same address for HRID Mont, d.o.o. as ISM Vuzem, d.o.o.'s address. Mr. Liber identified himself as an employee of ISM Vuzem, d.o.o. until late 2017 | 1, 2, 3, 4, 5 | RJN, Maslic, Sincek | A, B, C, D, F, I | |
| 323 | Facebook date retrieved of HRID-Mont, d.o.o. workers at Guardian Glass | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 324 | Photos from google maps for HRID-Mont, d.o.o. showing the HRID-Mont, d.o.o. business address is the same building as for ISM Vuzem, d.o.o. - with the name ISM Vuzem d.o.o. on the building - and only one door | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 325 | HRID-Mont d.o.o. AJPES formal report stating that Helena Ogrizek is the Founder | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 327 | Publicly filed ISM VUZEM, d.o.o. financials | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 328 | publicly filed HRID Mont, d.o.o. financials | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 329 | Gregurec Ltd Reg Annual Report which states among other things on page 11 that Mladen Gregurec is the Sole Shareholder | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 330 | Gregurec info on Endole overview tab | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 331 | public information on the Gov.uk Companies House website that Mladen Gregurec is identified as a Person with Significant Control | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 332 | identification of Gregurec, Ltd. Officers | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 333 | Leon Galun LinkedIn posts for 2017 and 2020 showing that he is now Managing Director of Gregurec, Ltd. | 1, 2, 3, 4, 5 | RJN | A, B, C, D, F, I | |
| 334 | print screen from Mos Servic, d.o.o. website which represents that Mos Servis, d.o.o. was at that time working at three construction sites in the US | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 335 | print screen from MOS Servis, d.o.o. website representing that it was providing construction services work at VW Chattanooga, Tennessee | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 336 | print screen from MOS Servis, d.o.o. website representing that it was working for Eisenmann at TESLA, Fremont, California | 1, 2, 3, 5 | RJN, Tesla witnesses | A, B, C, D, F, I | |
| 337 | Accident Report for injured We-Kr, d.o.o. worker Petar Pongracic | 1, 2, 3, 4, 5 | Pongracic | F, I | |
| 338 | Pongracic Injury Photos showing unsafe work conditions for these workers | 1, 2, 3, 4, 5 | Pongracic | F, I | |
| 339 | salary lists for November WeKr, which I received from a representative for We-Kr, d.o.o. | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, F, I | |
| 340 | salary lists for December WeKr, which I received from a representative for We-Kr, d.o.o. | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, F, I | |
| 341 | email to me from Maja Milec of We-Kr, d.o.o. | 1, 2, 3, 5 | Tesla witnesses | B, C, F, I | |
| 342 | Visa of workers at WeKr, d.o.o. | 1, 2, 3, 5 | Tesla witnesses | A, B, F, I | |
| 342A | Visa of workers at WeKr, d.o.o. re-dacted | 1, 2, 3, 5 | Tesla witnesses | A, B, F, I | |
| 343 | Letter from LB Metal, d.o.o. re Visa | 1, 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 344 | MAGNA d.o.o. company detail | 1, 2, 3, 5 | RJN | A, B, D, F, I | |
| 345 | Facebook page of Leopold Hubek who works at Magna International and ISM Vuzem | 1, 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 346 | NewsArticle regarding Human Trafficking conviction in Slovenia of ISM Vuzem, d.o.o. supervisor Krunoslav Premuzic and Translation of that article | 1, 2, 3, 4, 5 | RJN, Maslic, Sincke, Tesla witnesses | A, B, C, D, F, I | |
| 348 | Premuzic Statement, in which he makes inaccurate statements about Gregor Lesnik's fall and injuries | 1, 2, 3, 4, 5 | Tesla witnesses | A, C, F, I | |
| 349 | Translation of inaccurate Premuzic statement. The first is a translation by a Slovenian native. The second is a translation as produced by ISM Vuzem, d.o.o. on October 1, 2015 in Alameda County Superior Court action HG15773484 | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, C, F, I | |
| 351 | Photo I took at apartment complex in Union City, California where Gregor Lesnik had been housed | 1, 2, 3, 4, 5 | Tesla witnesses, Travancic, Maslic | A, C, F, I | |
| 352 | Photo I took at apartment complex with van parked which was used to transport ISM Vuzem, d.o.o. workers to the Tesla construction site | 1, 2, 3, 4, 5 | Tesla witnesses, Travancic, Maslic | A, C, F, I | |
| 353 | 2015 Transcript of deposition of ISM Vuzem, d.o.o. supervisor Planovsec in which he testifies that Premuzic was a supervisor | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I | |
| 355 | Vuzem employee Vukadinovic's Tesla security pass badge. This was shown to me at his deposition | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I | |
| 356 | proposed Settlement that Vuzem gave to Eisenmann | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I | |
| 357 | Photo of Workers getting into van in the dark | 1, 2, 3, 4, 5 | Tesla witnesses, Travancic, Maslic | A, B, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 358 | Re-Tweet by Musk that Tesla paid $55 per hour for the construction company's workers | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I | |
| 361 | screen shots from CBSN On Assignment show | 1, 2, 3, 4, 5 | RJN, Palmer | A, B, C, D, F, I | |
| 362 | Internet article accompanying CBSN On Assignment television broadcast, including statements that safety supervisor Gerald Greiner realized that European workers made less money, 'Made in America-- How the U.S auto industry was built with foreign labor' | 1, 2, 3, 4, 5 | RJN, Palmer | A, B, C, D, F, I | |
| 363 | Bojan Article in Slovenian News | 1, 2, 3, 4, 5 | RJN, Palmer | A, B, C, D, F, I | |
| 364 | Coroner releases preliminary cause of death for man killed in paint shop at BMW | 1, 2, 3, 4, 5 | RJN, Palmer | A, B, C, D, F, I | |
| 365 | South Carolina BMW Paint Shop gets cited after fatal head wound | 1, 2, 3, 4, 5 | RJN, Palmer | A, B, C, D, F, I | |
| 366 | Photo of Davorin Hull | 1, 2, 3, 5 | Tesla witnesses, Travancic | A, B, C, F, I | |
| 367 | Deposition transcripts of Miljan Vukadinovic | 1, 2, 3, 4, 5 | Attys | F, G, H, I | |
| 368 | JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ALLEGATIONS OF THE SECOND AMENDED COMPLAINT PURSUANT TO STIPULATION | 1, 2, 3, 4, 5 | Attys | B, I | |
| | | | | | |
| | | | | | |

56

| 369A | Eisenmann bates 000228, being an April 24, 2013 dated "Welcome Letter" by Eisenmann for application for B1-B2 visa for an individual who was then a construction worker and is now the Managing Director of Gregurec, Ltd. This copy is redacted as to a name (and address). For this, and all successive documents in this group of exhibits, an unredacted copy is attached to the April 5, 2021 Under Seal Dresser Declaration in the US rel Lesnik action | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 370A | Eisenmann bates 000279, being an April 24, 2013 dated "Welcome Letter" by Eisenmann for application for B1-B2 visas for a Gregurc, Ltd worker, who is discussed in the March 29, 2021 executed declaration of Stjepan Papes at paragraphs 162 to 164; | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 371A | Eisenmann bates 000310, being a "Welcome letter" signed by Branko Tomas as manager of ISM Vuzem USA, "business partner" of ISM Vuzem, d.o.o., redacted as to a name. The letter inaccurately identifies the proposed recipient of the visa. The individual is discussed in the April 2, 201 executed declaration of Gregor Lesnik at paragraphs and in the February 2020 filed declaration of Danijel Travancic (ECF 464) at paragraphs 8 to 11 and 14 through 22. This is one of several letters signed by Branko Tomas produced by Eisenmann Corporation; and | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |

57

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 372 | Eisenmann bates 000257, being a February 9, 2015 dated Welcome letter signed by Branko Tomas, as manager of ISM Vuzem USA, "business partner" of ISM Vuzem, d.o.o., for an application for the non-petition based B1-B2 visa for Stjepan Papes. Eisenmann Corporation has for this Welcome letter withdrawn the designation of Confidentiality under this Court's STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND TRADE SECRETS AS MODIFIED BY THE COURT (US rel Lesnik action ECF # 454). Neither this office nor Mr. Papes had received a copy of this letter prior to its production by Eisenmann Corporation. | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| 377 | TESLA000925-931, being a seven-page excerpt of "Access Denied, Granted and Other Badge Events" digital record of May 16, 2015. This shows a more complete identification of ISM Vuzem, d.o.o. identified employees for the date when Gregor Lesnik fell, and includes three entries by Stjepan Papes. | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 378A | ENUSA000223, unsigned copy of Eisenmann Welcome letter for KP | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 379A | ENUSA000246, unsigned copy of Eisenmann Welcome letter for PP | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |

58

| 380A | ENUSA000252, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for DM (the letter transposes the first and surnames of this and other workers, DM is the correct order for first name then surname, all subsequent identifications use the correct order for first name then surname) | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 381A | ENUSA000261, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for AP | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 382A | ENUSA000264, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for PP | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 383A | ENUSA000266, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for IP | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 384A | ENUSA000268, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for KR | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 385A | ENUSA000289, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for HV. The phrase Visum Details is stamped on the top right, which translated from German means Visa Details. The phrase PBC Robert Vuzem is stamped on the top right. In accounting, "PBC" means Provided by Client, being information and supporting documents to complete an audit.  "25.05.2016" is also stamped on the top right. The letter is dated November 5, 2014 | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 386A | ENUSA000297, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for LH | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 387A | ENUSA000298, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for DH | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 388A | ENUSA000303, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for BJ | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 389A | ENUSA000305, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for MK | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 390A | ENUSA000314, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for JK | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 391A | ENUSA000319, signed copy of Branko Tomas as manager of ISM VUZEM USA Welcome letter for DL | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 392A | ENUSA000322, signed copy of Eisenmann Welcome letter for FM with "Visum Details", "PBC Robert Vuzem", and "25.05.2016" stamped on the top right, letter being dated Feb. 05, 2014 | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 393A | ENUSA000327, unsigned copy of Eisenmann Welcome letter for PP | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 394A | ENUSA000331, unsigned copy of Eisenmann Welcome letter for DH | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 395 | ENUSA000490, unsigned copy of Eisenmann Welcome letter for IV.  The letter is dated Jan. 13, 2014 | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 396 | ENUSA000490, unsigned copy of Eisenmann Welcome letter for RV.  The letter is dated Jan. 2, 2014 | 1, 2, 3, 5 | Tesla witnesses | A, C, F, I | |
| 397A | Visa issued June 1, 2015 for a Vuzem employee | 1, 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 398A | Visa issued June 26, 2015 for a Vuzem employee | 1, 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| 399A | Visa issued September 27, 2011 for a Vuzem management individual | 1, 2, 3, 5 | Tesla witnesses | A, B, C, F, I | |
| | | | | | |
| | | | | | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| | | | | | D, I | |
|---|---|---|---|---|---|---|
| | | Exhibits from 2015 Dresser Declaration, which were also included in RJN in US ex rel Lesnik and Maslic | | | | |
| | | | | | | |
| | 401 | Workers Comp Coverage Inquiry re ISM Vuzem | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 402 | Workers Comp Coverage Inquiry re Vuzem | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 403 | Workers Comp Coverage Inquiry re Vuzem USA | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 404 | Contractor State License Board Search re Eisenmann | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 405 | Contractor State License Board Search re Tesla Motors, Inc. | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 406 | Contractor State License Board Search Details re Tesla Motors, Inc. | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 407 | Contractor State License Board Search re Telsa Motors, Inc. Personnel | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 408 | Contractor State License Board Search re Telsa Motors, Inc. Personnel Details | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 409 | Contractor State License Board Search re Telsa Motors, Inc. Personnel List | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 410 | Contractor State License Board Search re Telsa Motors, Inc. Surety Company information | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 411 | Contractor State License Board Search re Telsa Motors, Inc. Workers Comp Details | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 412 | Contractor State License Board Search re Telsa Motors, Inc. Workers Comp History | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 413 | Contractor State License Board Search re Vuzem USA | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 414 | Contractor State License Board Search re Vuzem USA details | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 415 | Contractor State License Board Search re Vuzem USA License details | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 416 | Contractor State License Board Search re Vuzem USA Personnel | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 417 | Contractor State License Board Search re Vuzem USA Workers Comp details | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| | 418 | Contractor State License Board Search re Vuzem USA Workers Comp details page 2 | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 419 | Contractor State License Board Search re Vuzem USA Workers Comp History | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
|---|---|---|---|---|---|
| 420 | Workers Comp Coverage information re Vuzem | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 421 | Workers Comp Coverage information re Vuzem USA | 1, 2, 3, 5 | RJN | A, B, C, D, F, I | |
| 422 | Declaration of William Dresser Re License and Workers Compensation Coverage for ISM Vuzem d.o.o. and Vuzem USA, Inc. and for Eisenmann Corp and Tesla Motors, Inc. | 1, 2, 3, 5 | RJN | A, C, D, E, F, I | |
| | Exhibits from April 8, 2021 Papes Declaration, US ex rel Lesnik ECF # 563, except for exhibits 102 to 106 | | | A, C, D, E, F, I | |
| 423 | ISM Vuzem, d.o.o. pay records for Stjepan Papes | 1, 2, 3, 4, 5 | Papes, Travancic, Attys | A, C, E, F, I | |
| 424 | ISM Vuzem, d.o.o. Pay Summary for Stjepan Papes | 1, 2, 3, 4, 5 | Papes, Travancic, Attys | A, C, E, F, I | |
| 425 | ISM Vuzem, d.o.o. calculation of pay for Stjepan Papes as nonresident of Slovenia | 1, 2, 3, 4, 5 | Papes, Travancic, Attys | A, C, E, F, I | |
| 426 | BMW site list of workers for ISM Vuzem, d.o.o. workers, stated to be for Gregurec, and Hours worked, for workers under supervisor, signed copy received from one supervisor for one group of ISM Vuzem, d.o.o. workers | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 427 | Partial List of ISM Vuzem, d.o.o. workers at BMW site, Received from former Supervisor | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 428 | BMW site list of workers for ISM Vuzem, d.o.o. workers, now stated to be for "ISM BMW USA Ovens", and hours worked, for "monat" workers under supervisor, signed copy received from one supervisor for one group of ISM Vuzem, d.o.o. workers | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 429 | ISM Vuzem, d.o.o. pay records for Stjepan Papes | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 430 | ISM calculation of pay for Stjepan Papes as non-resident of Slovenia | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 431 | Tesla Steelwork subgroup Vuzem Report to Eisenmann - photo from former worker | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 432 | ISM Vuzem, d.o.o. Pay Stubs Papes | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 433 | Tesla Piping subgroup Vuzem Report to Eisenmann | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 434 | Tesla Demontage subgroup Vuzem Report to Eisenmann | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 435 | Tesla Piping subgroup Vuzem Report to Eisenmann | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 436 | ISM Vuzem, d.o.o. calculation of pay for Stjepan Papes as nonresident of Slovenia | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 437 | ISM Vuzem, d.o.o. Employee Payment Summary for Stjepan Papes | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |
| 438 | ISM Vuzem, d.o.o. calculation of pay for Stjepan Papes as nonresident of Slovenia | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 439 | ISM Vuzem, d.o.o. Pay Summary Papes as non-resident of Slovenia | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I |
|---|---|---|---|---|
| 440 | Murathbegovic handwritten Monthly Time Records | 1, 2, 3, 4, 5 | Papes, Travancic, Attys, Tesla witnesses | A, C, E, F, I |
| 441 | Musk statement that Tesla Paid $55 per hour. | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I |
| 442 | Employee Payment Summary for Stanislav Petrovic received by Odvetnik Marjan Aleksic from attorneys for the Vuzems. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I |
| 443 | e-mail from Robert Vuzem to supervisors directing that they do not tell employees their hours worked. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, C, F, I |
| 444 | Copy of a passport that was cancelled for a former ISM Vuzem, d.o.o. worker.  issued Josip Kunej Canceled Visa | 1, 2, 3, 4, 5 | | A, B, C, F, I |
| 445 | flight ticket for me for a flight that I was not allowed to board for. | 1, 2, 3, 4, 5 | Papes | A, B, C, F, I |
| 446 | Employment Contract of ISM Vuzem, d.o.o. of Stjepan Papes | 1, 2, 3, 4, 5 | Papes | A, B, C, F, I |
| 447 | Employment Certificate of ISM Vuzem, d.o.o. of Stjepan Papes | 1, 2, 3, 4, 5 | Papes | A, B, C, F, I |
| 448 | Certificate Of Last Day of Employment by ISM Vuzem, d.o.o. of Stjepan Papes | 1, 2, 3, 4, 5 | Papes | A, B, C, F, I |
| 449 | Photo sent to me by a former co-worker at Tesla showing Unsafe Position on scaffolding | 1, 2, 3, 4, 5 | Maslic, Tesla witnesses | C, F, I |
| 450 | Photo sent to me by a former co-worker at Tesla showing At Tesla Unsafe Position Standing on Pipe | 1, 2, 3, 4, 5 | Maslic, Tesla witnesses | C, F, I |
| 451 | Photo sent to me by a former co-worker at Tesla showing Workers Symbolizing Jail Names On Wall | 1, 2, 3, 4, 5 | Maslic, Tesla witnesses | C, F, I |
| 452 | One of a dozen medical reports about my medical condition, this by Doktor Alan Jelic of the Magdalena Medical Clinic. | 4 | Maslic, Jovanovic | C, F, I |
| | | | | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| | | | | | |
|---|---|---|---|---|---|
| | | Exhibits from April 8, 2021 Lesnik Declaration, US ex re Lesnik ECF # 563-1, except exhibit 206 | | | A, B, C, F, I |
| | 453 | Employment contract that ISM Vuzem, d.o.o. gave to Lesnik to sign | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I |
| | 454 | Photo of Lesnik with Danijel Travanic outside the apartment in Union City before work at the Tesla construction site | 1, 2, 3, 4, 5 | Travancic | A, B, C, E, F, I |
| | 455 | reports of the earliest of many X-Rays that were taken of me. This includes for a large fracture of my left femur that caused me to have Deep Vein Thrombosis. This DVT is one of the reasons why if the Vuzem trickery to put me on a plane had occurred I could have died. | 1, 2, 3, 4, 5 | San Jose Regional, Travancic | A, C, E, F, I |
| | 456 | (approximate date) photo of me at the hospital in San Jose showing injury to my face | 1, 2, 3, 4, 5 | San Jose Regional, Travancic | A, C, E, F, I |
| | 457 | photo of me at the hospital in San Jose with Danijel Travancic | 1, 2, 3, 4, 5 | San Jose Regional, Travancic | A, C, E, F, I |
| | | Note: Lesnik Decl, Ex. 206 omitted here, is Maslic trial exhibit | | | |
| | 458 | copy of Social Worker Notes in my hospital records file summarizing the conversation that Valentino (I understand his last name to be Primiko) had with social worker Ms. Tseng | 1, 2, 3, 4, 5 | San Jose Regional, Travancic, Tseng | A, C, E, F, I |
| | 459 | notes in my hospital file summarizing Mr. Planovsek going to the hospital after the accident to get me released | 1, 2, 3, 4, 5 | San Jose Regional, Travancic, Tseng | A, C, E, F, I |
| | 460 | photo from a co-worker of about this date showing the ladder placement at the Tesla work site. At about the time when I received these photos, my co-workers were threatened and did not come by to see me | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I |
| | 461 | photo from a co-worker showing scaffolding over a bridge | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I |

| 462 | photo from a co-worker showing scaffolding over a bridge with a view toward the roof showing where I fell from | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I | |
| 463 | photo from a co-worker showing scaffolding over with a side view | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I | |
| 464 | photo from a co-worker showing scaffolding with electrical cords hanging down | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I | |
| 465 | photo from a co-worker showing a worker in a shaft. The workers in fact had to work at times in that shaft | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I | |
| 466 | photo from a co-worker showing workers holding up a large pipe while standing on a scaffold, while welding was going on, with none of them given a safety visor | 1, 2, 3, 4, 5 | Tesla witnesses, Maslic, Sincek | A, C, E, F, I | |
| 467 | letter from ISM Vuzem, d.o.o. to me demanding that I see a doctor in Slovenia. This was one month after the fall, while I was still receiving medical care in San Jose | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, C, E, F, I | |
| 468 | Social Worker Notes of conversation with Valentino | 1, 2, 3, 4, 5 | San Jose Regional, Travancic, Tseng | A, B, C, E, F, I | |
| 469 | photo of me with my baby. This was as soon as I returned home | 1, 2, 3, 4, 5 | Travancic | A, B, F, I | |
| 470 | letter from ISM Vuzem, d.o.o. stating that they would fire me. This was the first time that notified me that was fired. The second time that they sent me a lette473r that I was being fired was in 2017. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, F, I | |
| 471 | (print screen of a) letter from Eisenmann to Tesla. This was on the internet. This was after an article in the San Jose Mercury News. This was also after a settlement between me and Eisenmann and Tesla. This bothered me. | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 472 | a print screen of a CBSN photo of workers getting into a van. This is what I had to do when working at the Tesla construction site - get up before the sun came up to get into a van to drive directly to the work site | 1, 2, 3, 4, 5 | RJN, Tesla witnesses, Palmer | A, B, C, D, F, I | |
|---|---|---|---|---|---|
| 473 | copy of the Celju summary of my statement when I went to an interrogation room because Ivan Vuzem made a complaint to the Police | 1, 2, 3, 4, 5 | RJN, Lesnik, Attys | A, B, C, D, F, I | |
| 474 | letter from the Celju law enforcement stating that the court had dismissed the Vuzem Criminal Complaint against me | 1, 2, 3, 4, 5 | RJN, Lesnik, Attys | A, B, C, D, F, I | |
| 475 | ISM Vuzem, d.o.o. letters by Ivan Vuzem to me about Sick Leave and being on time for work | 1, 2, 3, 4, 5 | RJN, Lesnik, Attys | A, B, C, D, F, I | |
| 476 | ISM Vuzem, d.o.o. statement to Workers Comp of their statement of wages | 1, 2, 3, 4, 5 | Attys | A, B, C, F, I | |
| 477 | Tesla Attendance Roster for Bobby Gonzales.  This was not given to me.  I was received by my lawyer.  It shows that workers from other companies were in the same meetings as I was.  There were other meetings with many workers from countries other than the United States who were working doing construction work at the Tesla site | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, F, I | |
| 478 | B1-B2 visa for me | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I | |
| 479 | Eisenmann letter to Tesla about the article of the San Jose Mercury News Hidden Workforce Tesla Factory. | 1, 2, 3, 4, 5 | Tesla witnesses | A, B, C, F, I | |
| 480 | Reserve | | | I | |
| | Exhibit 206 from April 2021 Declaration of Lesnik | | | A, B, C, D, F, I | |
| 481 | Photo of me at the hospital in San Jose showing injury to the left side of my body | 1, 2, 3, 4, 5 | Travancic | A, E, F, I | |
| 482 | Reserve | | | I | |
| | Exhibits from April 2021 Papes Decl, exhibits 102 to 106 | | | A, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 483 | Mercedes Benz job site Security Card for Stjepan Papes, COMPANY: Eisenmann, CONTRACTOR; | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, F, I | |
| 484 | issued BMW Project Expansion Site Pass for Stjepan Papes, ISM Vuzem, d.o.o., expires 2/8/2015 | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, F, I | |
| 485 | issued Tesla Security Contractor Safety Card for Stjepan Papes, Company ISM Vuzem. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, F, I | |
| 486 | Papes hand written statement given to ISM Vuzem, d.o.o. of what I saw when Gregor Lesnik fell. | 1, 2, 3, 4, 5 | Attys, Tesla witnesses | A, B, C, F, I | |
| 487 | letter from the Republika Slovenija Ministrstvo za Finance to me | 1, 2, 3, 4, 5 | RJN, Attys | A, B, C, D, F, I | |
| | | | | | |
| 488 | Reserve | | | I | |
| | Declarations attached as exhibits to April 23, 2020 Bozinovic Declaration, US ex rel Lesnik ECF # 487-3 | 1, 2, 3, 4, 5 | | A, B, C, F, I | |
| 489 | DECLARATION OF KRISTIJAN ANTALASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 489A | Serbo-Croatian DECLARATION OF KRISTIJAN ANTALASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 490 | SIFET DIZDAREVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 490A | CROATIAN DECLARATION OF SIFET DIZDAREVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 491 | DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |

68

| 491A | CROATIAN DECLARATION OF IVAN DRZAIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
|------|------|------|------|------|------|
| 492 | DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 492A | CROATIAN DECLARATION OF ROBERT HERNAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 493 | DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 493A | CROATIAN DECLARATION OF LEOPOLD HUBEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 494 | DECLARATION OF DAVOR HUDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 494A | CROATIAN DECLARATION OF DAVOR HUDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 495 | DECLARATION OF LEON HUDOLDETNJAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 495A | CROATIAN DECLARATION OF LEON HUDOLDETNJAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 496 | DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
|---|---|---|---|---|---|
| 496A | CROATIAN DECLARATION OF ELVIS KOSCAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 497 | DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 497A | CROATIAN DECLARATION OF MARIJAN LAZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 498 | DECLARATION OF GREGOR LEŠNIK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 498A | CROATIAN DECLARATION OF GREGOR LEŠNIK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 499 | DECLARATION OF VJERAN LONČAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 499A | CROATIAN DECLARATION OF VJERAN LONČAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 500 | DECLARATION OF SAŠA MASLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 500A | CROATIAN DECLARATION OF SAŠA MASLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |

| 501 | DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
|---|---|---|---|---|---|
| 501A | CROATIAN DECLARATION OF TOMICA PANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 502 | DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 502A | CROATIAN DECLARATION OF STJEPAN PAPES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 503 | DECLARATION OF ŽELJKO PULJKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 503A | CROATIAN DECLARATION OF ŽELJKO PULJKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 504 | DECLARATION OF KRISTIJAN RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 504A | CROATIAN DECLARATION OF KRISTIJAN RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 505 | DECLARATION OF DARKO ŠINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 505A | CROATIAN DECLARATION OF DARKO ŠINCEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 506 | DECLARATION OF DAVID ŠTANTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |

71

| 506A | CROATIAN DECLARATION OF DAVID ŠTANTE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 507 | DECLARATION OF NEDELJKO ŽIVANIĆ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 507A | CROATIAN DECLARATION OF NEDELJKO ŽIVANIĆ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 508 | DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| 508A | CROATIAN DECLARATION OF KRUNOSLAV RUGANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION | 1, 2, 3, 4, 5 | Bozninovic, witness | A, B, C, F, I | |
| | | | | | |
| | Branko Tomas Linked in | 1, 2, 3, 5 | RJN | D, I | |
| | Declaration of Gogo Rebic with translation | 1, 2, 3, 4, 5 | Attys, Travancic | A, B, C, F, I | |
| | Declaration of Zivanic Nediljko with translation | 1, 2, 3, 4, 5 | Attys | A, B, C, F, I | |
| | | | | | |
| | ORDER GRANTING IN PART AND DENYING PLAINTIFFS' THIRD MOTION FOR DEFAULT JUDGMENT AS TO TRAFFICKING VICTIMS' PROTECTION REAUTHORIZATION ACT CLAIM | 1, 2, 3, 4, 5 | Attys | A, F, I | |
| | | | | | |
| 601 | 04/11/2014   Invoice 007302 | 3, 5 | Tesla witnesses | B, I | |
| 602 | 07/01/2014   Invoice 007075 | 3, 5 | Tesla witnesses | B, I | |
| 603 | 08/07/2014   Invoice 007131 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 604 | 08/13/2014 | Invoice 007136 | 3, 5 | Tesla witnesses | B, I | |
| 605 | 08/15/2014 | Invoice 007140 | 3, 5 | Tesla witnesses | B, I | |
| 606 | 08/15/2014 | Invoice 007144 | 3, 5 | Tesla witnesses | B, I | |
| 607 | 08/18/2014 | Invoice 007143 | 3, 5 | Tesla witnesses | B, I | |
| 608 | 09/04/2014 | Invoice 007152 | 3, 5 | Tesla witnesses | B, I | |
| 609 | 09/04/2014 | Invoice 007175 | 3, 5 | Tesla witnesses | B, I | |
| 610 | 09/12/2014 | Invoice 007194 | 3, 5 | Tesla witnesses | B, I | |
| 611 | 09/12/2014 | Invoice 007199 | 3, 5 | Tesla witnesses | B, I | |
| 612 | 09/26//2014 | Invoice 007305 | 3, 5 | Tesla witnesses | B, I | |
| 613 | 10/14/2014 | Invoice 007180 | 3, 5 | Tesla witnesses | B, I | |
| 614 | 10/15/2014 | Invoice 007216 | 3, 5 | Tesla witnesses | B, I | |
| 615 | 10/20/2014 | Invoice 007247 | 3, 5 | Tesla witnesses | B, I | |
| 616 | 10/31/2014 | Invoice 007248 | 3, 5 | Tesla witnesses | B, I | |
| 617 | 11/03/2014 | Invoice 007304 | 3, 5 | Tesla witnesses | B, I | |
| 618 | 11/09/2014 | Invoice 007189 | 3, 5 | Tesla witnesses | B, I | |
| 619 | 11/13/2014 | Invoice 007342 | 3, 5 | Tesla witnesses | B, I | |
| 620 | 11/17/2014 | Invoice 007346 | 3, 5 | Tesla witnesses | B, I | |
| 621 | 11/28/2014 | Invoice 007387 | 3, 5 | Tesla witnesses | B, I | |
| 622 | 12/08/2014 | Invoice 007074 | 3, 5 | Tesla witnesses | B, I | |
| 623 | 12/09/2014 | Invoice 007192 | 3, 5 | Tesla witnesses | B, I | |
| 624 | 12/15/2014 | Invoice 007072 | 3, 5 | Tesla witnesses | B, I | |
| 625 | 12/15/2014 | Invoice 007073 | 3, 5 | Tesla witnesses | B, I | |
| 626 | 12/15//2014 | Invoice 007426 | 3, 5 | Tesla witnesses | B, I | |
| 627 | 12/15/2014 | Invoice 007 441 | 3, 5 | Tesla witnesses | B, I | |
| 628 | 12/31/2014 | Invoice 007508 | 3, 5 | Tesla witnesses | B, I | |
| 629 | 01/15/2015 | Invoice 007533 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 630 | 01/15/2015 | Invoice 007568 | 3, 5 | Tesla witnesses | B, I | |
| 631 | 01/21/2015 | Invoice 007587 | 3, 5 | Tesla witnesses | B, I | |
| 632 | 01/27/2015 | Invoice 007589 | 3, 5 | Tesla witnesses | B, I | |
| 633 | 01/31/2015 | Invoice 007590 | 3, 5 | Tesla witnesses | B, I | |
| 634 | 01/31/2015 | Invoice 007598 | 3, 5 | Tesla witnesses | B, I | |
| 635 | 02/10/2015 | Invoice 007677 | 3, 5 | Tesla witnesses | B, I | |
| 636 | 02/15/2015 | Invoice 007634 | 3, 5 | Tesla witnesses | B, I | |
| 637 | 02/15/2015 | Invoice 007678 | 3, 5 | Tesla witnesses | B, I | |
| 638 | 02/19/2015 | Invoice 007699 | 3, 5 | Tesla witnesses | B, I | |
| 639 | 02/23/2015 | Invoice 007705 | 3, 5 | Tesla witnesses | B, I | |
| 640 | 02/23/2015 | Invoice 007706 | 3, 5 | Tesla witnesses | B, I | |
| 641 | 03/03/2015 | Invoice 007707 | 3, 5 | Tesla witnesses | B, I | |
| 642 | 03/06/2015 | Invoice 007708 | 3, 5 | Tesla witnesses | B, I | |
| 643 | 03/06/2015 | Invoice 007716 | 3, 5 | Tesla witnesses | B, I | |
| 644 | 03/06/2015 | Invoice 007717 | 3, 5 | Tesla witnesses | B, I | |
| 645 | 03/16/2015 | Invoice 007776 | 3, 5 | Tesla witnesses | B, I | |
| 646 | 03/16/2015 | Invoice 007837 | 3, 5 | Tesla witnesses | B, I | |
| 647 | 03/17/2015 | Invoice 007774 | 3, 5 | Tesla witnesses | B, I | |
| 648 | 03/07/2015 | Invoice 007775 | 3, 5 | Tesla witnesses | B, I | |
| 649 | 03/24/2015 | Invoice 007998 | 3, 5 | Tesla witnesses | B, I | |
| 650 | 03/25/2015 | Invoice 007995 | 3, 5 | Tesla witnesses | B, I | |
| 651 | 03/31/2015 | Invoice 007843 | 3, 5 | Tesla witnesses | B, I | |
| 652 | 03/31/2015 | Invoice 007844 | 3, 5 | Tesla witnesses | B, I | |
| 653 | 04/02/2015 | Invoice 007632 | 3, 5 | Tesla witnesses | B, I | |
| 654 | 04/06/2015 | Invoice 007845 | 3, 5 | Tesla witnesses | B, I | |
| 655 | 04/06/2015 | Invoice 007892 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 656 | 04/07/2015 | Invoice 007080 | 3, 5 | Tesla witnesses | B, I | |
| 657 | 04/09/2015 | Invoice 007094 | 3, 5 | Tesla witnesses | B, I | |
| 658 | 04/14/2015 | Invoice 007091 | 3, 5 | Tesla witnesses | B, I | |
| 659 | 04/23/2015 | Invoice 007903 | 3, 5 | Tesla witnesses | B, I | |
| 660 | 04/23/2015 | Invoice 007919 | 3, 5 | Tesla witnesses | B, I | |
| 661 | 04/24/2015 | Invoice 007918 | 3, 5 | Tesla witnesses | B, I | |
| 662 | 04/24/2015 | Invoice 007992 | 3, 5 | Tesla witnesses | B, I | |
| 663 | 04/29/2015 | Invoice 007994 | 3, 5 | Tesla witnesses | B, I | |
| 664 | 05/05/2015 | Invoice 007999 | 3, 5 | Tesla witnesses | B, I | |
| 665 | 05/06/2015 | Invoice 007997 | 3, 5 | Tesla witnesses | B, I | |
| 666 | 05/07/2015 | Invoice 008001 | 3, 5 | Tesla witnesses | B, I | |
| 667 | 05/15/2015 | Invoice 008073 | 3, 5 | Tesla witnesses | B, I | |
| 668 | 05/15/2015 | Invoice 008082 | 3, 5 | Tesla witnesses | B, I | |
| 669 | 05/21/2015 | Invoice 008096 | 3, 5 | Tesla witnesses | B, I | |
| 670 | 06/01/2015 | Invoice 008097 | 3, 5 | Tesla witnesses | B, I | |
| 671 | 06/01/2015 | Invoice 008098 | 3, 5 | Tesla witnesses | B, I | |
| 672 | 06/02/2015 | Invoice 008100 | 3, 5 | Tesla witnesses | B, I | |
| 673 | 06/03/2015 | Invoice 008099 | 3, 5 | Tesla witnesses | B, I | |
| 674 | 06/03/2015 | Invoice 008199 | 3, 5 | Tesla witnesses | B, I | |
| 675 | 06/05/2015 | Invoice 008167 | 3, 5 | Tesla witnesses | B, I | |
| 676 | 06/05/2015 | Invoice 008178 | 3, 5 | Tesla witnesses | B, I | |
| 677 | 06/05/2015 | Invoice 008185 | 3, 5 | Tesla witnesses | B, I | |
| 678 | 06/05/2015 | Invoice 008212 | 3, 5 | Tesla witnesses | B, I | |
| 679 | 06/08/2015 | Invoice 008431 | 3, 5 | Tesla witnesses | B, I | |
| 680 | 06/11/2015 | Invoice 007077 | 3, 5 | Tesla witnesses | B, I | |
| 681 | 06/17/2015 | Invoice 008055 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 682 | 06/17/2015 | Invoice 008213 | 3, 5 | Tesla witnesses | B, I | |
| 683 | 06/17/2015 | Invoice 008216 | 3, 5 | Tesla witnesses | B, I | |
| 684 | 06/19/2015 | Invoice 008214 | 3, 5 | Tesla witnesses | B, I | |
| 685 | 06/22/2015 | Invoice 007090 | 3, 5 | Tesla witnesses | B, I | |
| 686 | 07/07/2015 | Invoice 007071 | 3, 5 | Tesla witnesses | B, I | |
| 687 | 07/08/2015 | Invoice 007070 | 3, 5 | Tesla witnesses | B, I | |
| 688 | 07/08/2015 | Invoice 008230 | 3, 5 | Tesla witnesses | B, I | |
| 689 | 07/08/2015 | Invoice 008303 | 3, 5 | Tesla witnesses | B, I | |
| 690 | 07/27/2015 | Invoice 008330 | 3, 5 | Tesla witnesses | B, I | |
| 691 | 07/27/2015 | Invoice 008346 | 3, 5 | Tesla witnesses | B, I | |
| 692 | 07/29/2015 | Invoice 008328 | 3, 5 | Tesla witnesses | B, I | |
| 693 | 07/29/2015 | Invoice 008329 | 3, 5 | Tesla witnesses | B, I | |
| 694 | 08/06/2015 | Invoice 008072 | 3, 5 | Tesla witnesses | B, I | |
| 695 | 08/06/2015 | Invoice 008176 | 3, 5 | Tesla witnesses | B, I | |
| 696 | 08/06/2015 | Invoice 008197 | 3, 5 | Tesla witnesses | B, I | |
| 697 | 08/06/2015 | Invoice 008210 | 3, 5 | Tesla witnesses | B, I | |
| 698 | 08/06/2015 | Invoice 008375 | 3, 5 | Tesla witnesses | B, I | |
| 699 | 08/09/2015 | Invoice 008449 | 3, 5 | Tesla witnesses | B, I | |
| 700 | 08/10/2015 | Invoice 008574 | 3, 5 | Tesla witnesses | B, I | |
| 701 | 08/13/2015 | Invoice 008625 | 3, 5 | Tesla witnesses | B, I | |
| 702 | 08/13/2015 | Invoice 008376 | 3, 5 | Tesla witnesses | B, I | |
| 703 | 08/18/2015 | Invoice 008432 | 3, 5 | Tesla witnesses | B, I | |
| 704 | 08/18//2015 | Invoice 008448 | 3, 5 | Tesla witnesses | B, I | |
| 705 | 09/08/2015 | Invoice 008451 | 3, 5 | Tesla witnesses | B, I | |
| 706 | 09/11/2015 | Invoice 008560 | 3, 5 | Tesla witnesses | B, I | |
| 707 | 09/14/2015 | Invoice 007076 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 708 | 09/18/2015 | Invoice 008453 | 3, 5 | Tesla witnesses | B, I | |
| 709 | 09/18/2015 | Invoice 008454 | 3, 5 | Tesla witnesses | B, I | |
| 710 | 09/18/2015 | Invoice 008465 | 3, 5 | Tesla witnesses | B, I | |
| 711 | 09/21/2015 | Invoice 008467 | 3, 5 | Tesla witnesses | B, I | |
| 712 | 09/21/2015 | Invoice 008489 | 3, 5 | Tesla witnesses | B, I | |
| 713 | 09/29/2015 | Invoice 008491 | 3, 5 | Tesla witnesses | B, I | |
| 714 | 09/29/2015 | Invoice 008492 | 3, 5 | Tesla witnesses | B, I | |
| 715 | 09/29/2015 | Invoice 008494 | 3, 5 | Tesla witnesses | B, I | |
| 716 | 09/30/2015 | Invoice 008493 | 3, 5 | Tesla witnesses | B, I | |
| 717 | 10/21/2015 | Invoice 008495 | 3, 5 | Tesla witnesses | B, I | |
| 718 | 10/21/2015 | Invoice 008561 | 3, 5 | Tesla witnesses | B, I | |
| 719 | 10/22/2015 | Invoice 008555 | 3, 5 | Tesla witnesses | B, I | |
| 720 | 11/06/2015 | Invoice 008445 | 3, 5 | Tesla witnesses | B, I | |
| 721 | 11/06/2015 | Invoice 008575 | 3, 5 | Tesla witnesses | B, I | |
| 722 | 11/06/2015 | Invoice 008626 | 3, 5 | Tesla witnesses | B, I | |
| 723 | 11/06/2015 | Invoice 008629 | 3, 5 | Tesla witnesses | B, I | |
| 724 | 11/17/2015 | Invoice 008630 | 3, 5 | Tesla witnesses | B, I | |
| 725 | 11/17/2015 | Invoice 008631 | 3, 5 | Tesla witnesses | B, I | |
| 726 | 11/30/2015 | Invoice 008634 | 3, 5 | Tesla witnesses | B, I | |
| 727 | 11/30/2015 | Invoice 008685 | 3, 5 | Tesla witnesses | B, I | |
| 728 | 12/07/2015 | Invoice 007993 | 3, 5 | Tesla witnesses | B, I | |
| 729 | 12/08/2015 | Invoice 007206 | 3, 5 | Tesla witnesses | B, I | |
| 730 | 12/09/2015 | Invoice 007148 | 3, 5 | Tesla witnesses | B, I | |
| 731 | 12/09/2015 | Invoice 007150 | 3, 5 | Tesla witnesses | B, I | |
| 732 | 12/14/2015 | Invoice 007412 | 3, 5 | Tesla witnesses | B, I | |
| 733 | 12/31/2015 | Invoice 008624 | 3, 5 | Tesla witnesses | B, I | |

77

| 734 | 12/31/2015 | Invoice 007055 | 3, 5 | Tesla witnesses | B, I | |
| 735 | 12/31/2015 | Invoice 007295 | 3, 5 | Tesla witnesses | B, I | |
| 736 | 12/31/2015 | Invoice 008729 | 3, 5 | Tesla witnesses | B, I | |
| 737 | 01/29/2016 | Invoice 007146 | 3, 5 | Tesla witnesses | B, I | |
| 738 | 01/29/2016 | Invoice 007344 | 3, 5 | Tesla witnesses | B, I | |
| 739 | 01/29/2016 | Invoice 008374 | 3, 5 | Tesla witnesses | B, I | |
| 740 | 02/06/2016 | Invoice 008684 | 3, 5 | Tesla witnesses | B, I | |
| 741 | 02/19/2016 | Invoice 008730 | 3, 5 | Tesla witnesses | B, I | |
| 742 | 02/19/2016 | Invoice 007128 | 3, 5 | Tesla witnesses | B, I | |
| 743 | 02/22/2016 | Invoice 007197 | 3, 5 | Tesla witnesses | B, I | |
| 744 | 03/03/2016 | Invoice 008632 | 3, 5 | Tesla witnesses | B, I | |
| 745 | 03/15/2016 | Invoice 007574 | 3, 5 | Tesla witnesses | B, I | |
| 746 | 03/15/2016 | Invoice 007585 | 3, 5 | Tesla witnesses | B, I | |
| 747 | 03/15/2016 | Invoice 008699 | 3, 5 | Tesla witnesses | B, I | |
| 748 | 03/16/2015 | Invoice 008680 | 3, 5 | Tesla witnesses | B, I | |
| 749 | 03/23/2016 | Invoice 008559 | 3, 5 | Tesla witnesses | B, I | |
| 750 | 04/21/2016 | Invoice 007215 | 3, 5 | Tesla witnesses | B, I | |
| 751 | 04/27/2016 | Invoice 008721 | 3, 5 | Tesla witnesses | B, I | |
| 752 | 04/28/2016 | Invoice 008495 | 3, 5 | Tesla witnesses | B, I | |
| 753 | 04/28/2016 | Invoice 008724 | 3, 5 | Tesla witnesses | B, I | |
| 754 | 05/04/2016 | Invoice 007531 | 3, 5 | Tesla witnesses | B, I | |
| 755 | 05/04/2016 | Invoice 007532 | 3, 5 | Tesla witnesses | B, I | |
| 756 | 05/12/2016 | Invoice 008726 | 3, 5 | Tesla witnesses | B, I | |
| 757 | 05/19/2016 | Invoice 008732 | 3, 5 | Tesla witnesses | B, I | |
| 758 | 05/25/2016 | Invoice 007106 | 3, 5 | Tesla witnesses | B, I | |
| 759 | 05/26/2016 | Invoice 007107 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 760 | 05/26/2016 | Invoice 007108 | 3, 5 | Tesla witnesses | B, I | |
| 761 | 05/26/2016 | Invoice 007115 | 3, 5 | Tesla witnesses | B, I | |
| 762 | 05/26/2016 | Invoice 007125 | 3, 5 | Tesla witnesses | B, I | |
| 763 | 05/26/2016 | Invoice 007126 | 3, 5 | Tesla witnesses | B, I | |
| 764 | 05/31/2016 | Invoice 007127 | 3, 5 | Tesla witnesses | B, I | |
| 765 | 05/05/2016 | Invoice 007633 | 3, 5 | Tesla witnesses | B, I | |
| 766 | 06/07/2016 | Invoice 007129 | 3, 5 | Tesla witnesses | B, I | |
| 767 | 06/10/2016 | Invoice 007130 | 3, 5 | Tesla witnesses | B, I | |
| 768 | 07/06/2016 | Invoice 007204 | 3, 5 | Tesla witnesses | B, I | |
| 769 | 07/06/2016 | Invoice 007205 | 3, 5 | Tesla witnesses | B, I | |
| 770 | 07/27/2016 | Invoice 008723 | 3, 5 | Tesla witnesses | B, I | |
| 771 | 07/27/2016 | Invoice 008725 | 3, 5 | Tesla witnesses | B, I | |
| 772 | 08/02/2016 | Invoice 007330 | 3, 5 | Tesla witnesses | B, I | |
| 773 | 08/17/2016 | Invoice 008227 | 3, 5 | Tesla witnesses | B, I | |
| 774 | 08/18/2016 | Invoice 008226 | 3, 5 | Tesla witnesses | B, I | |
| 775 | 08/23/2016 | Invoice 007423 | 3, 5 | Tesla witnesses | B, I | |
| 776 | 08/25/2016 | Invoice 008734 | 3, 5 | Tesla witnesses | B, I | |
| 777 | 09/11/2016 | Invoice 008321 | 3, 5 | Tesla witnesses | B, I | |
| 778 | 09/30/2016 | Invoice 008682 | 3, 5 | Tesla witnesses | B, I | |
| 779 | 09/30/2016 | Invoice 008727 | 3, 5 | Tesla witnesses | B, I | |
| 780 | 10/05/2016 | Invoice 008626 | 3, 5 | Tesla witnesses | B, I | |
| 781 | 10/24/2016 | Invoice 008702 | 3, 5 | Tesla witnesses | B, I | |
| 782 | 10/27/2016 | Invoice 008455 | 3, 5 | Tesla witnesses | B, I | |
| 783 | 10/31/2016 | Invoice 008692 | 3, 5 | Tesla witnesses | B, I | |
| 784 | 11/17/2016 | Invoice 008700 | 3, 5 | Tesla witnesses | B, I | |
| 785 | 11/18/2016 | Invoice 008716 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 786 | 11/30/2016 | Invoice 007414 | 3, 5 | Tesla witnesses | B, I | |
| 787 | 11/30/2016 | Invoice 007425 | 3, 5 | Tesla witnesses | B, I | |
| 788 | 12/04/2016 | Invoice 007195 | 3, 5 | Tesla witnesses | B, I | |
| 789 | 12/09/2016 | Invoice 008709 | 3, 5 | Tesla witnesses | B, I | |
| 790 | 12/09/2016 | Invoice 008838 | 3, 5 | Tesla witnesses | B, I | |
| 791 | 12/19/2016 | Invoice 007191 | 3, 5 | Tesla witnesses | B, I | |
| 792 | 12/21/2016 | Invoice 008452 | 3, 5 | Tesla witnesses | B, I | |
| 793 | 12/23/2016 | Invoice 007771 | 3, 5 | Tesla witnesses | B, I | |
| 794 | 12/30/2016 | Invoice 007246 | 3, 5 | Tesla witnesses | B, I | |
| 795 | 12/30/2016 | Invoice 007413 | 3, 5 | Tesla witnesses | B, I | |
| 796 | 12/31/2016 | Invoice 007214 | 3, 5 | Tesla witnesses | B, I | |
| 797 | 01/30/2017 | Invoice 008681 | 3, 5 | Tesla witnesses | B, I | |
| 798 | 02/28/2017 | Invoice 008733 | 3, 5 | Tesla witnesses | B, I | |
| 799 | 01/31/2017 | Invoice 008705 | 3, 5 | Tesla witnesses | B, I | |
| 800 | 03/15/2017 | Invoice 007045 | 3, 5 | Tesla witnesses | B, I | |
| 801 | 03/16/2017 | Invoice 007046 | 3, 5 | Tesla witnesses | B, I | |
| 802 | 03/16/2017 | Invoice 007048 | 3, 5 | Tesla witnesses | B, I | |
| 803 | 03/24/2017 | Invoice 008819 | 3, 5 | Tesla witnesses | B, I | |
| 804 | 03/31/2017 | Invoice 008862 | 3, 5 | Tesla witnesses | B, I | |
| 805 | 04/04/2017 | Invoice 007050 | 3, 5 | Tesla witnesses | B, I | |
| 806 | 04/05/2017 | Invoice 008832 | 3, 5 | Tesla witnesses | B, I | |
| 807 | 04/06/2017 | Invoice 008833 | 3, 5 | Tesla witnesses | B, I | |
| 808 | 04/06/2017 | Invoice 007051 | 3, 5 | Tesla witnesses | B, I | |
| 809 | 04/06/2017 | Invoice 007052 | 3, 5 | Tesla witnesses | B, I | |
| 810 | 04/12/2017 | Invoice 007053 | 3, 5 | Tesla witnesses | B, I | |
| 811 | 04/13/2017 | Invoice 007054 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 812 | 05/01/2017 | Invoice 008861 | 3, 5 | Tesla witnesses | B, I | |
| 813 | 05/17/2017 | Invoice 008229 | 3, 5 | Tesla witnesses | B, I | |
| 814 | 05/30/2017 | Invoice 008633 | 3, 5 | Tesla witnesses | B, I | |
| 815 | 05/31/2017 | Invoice 008821 | 3, 5 | Tesla witnesses | B, I | |
| 816 | 05/31/2017 | Invoice 008827 | 3, 5 | Tesla witnesses | B, I | |
| 817 | 06/06/2017 | Invoice 008808 | 3, 5 | Tesla witnesses | B, I | |
| 818 | 06/09/2017 | Invoice 008859 | 3, 5 | Tesla witnesses | B, I | |
| 819 | 06/09/2017 | Invoice 008860 | 3, 5 | Tesla witnesses | B, I | |
| 820 | 06/12/2017 | Invoice 008750 | 3, 5 | Tesla witnesses | B, I | |
| 821 | 06/13/2017 | Invoice 008785 | 3, 5 | Tesla witnesses | B, I | |
| 822 | 06/13/2017 | Invoice 008858 | 3, 5 | Tesla witnesses | B, I | |
| 823 | 06/27/2017 | Invoice 008736 | 3, 5 | Tesla witnesses | B, I | |
| 824 | 06/29/2017 | Invoice 008738 | 3, 5 | Tesla witnesses | B, I | |
| 825 | 06/30/2017 | Invoice 008739 | 3, 5 | Tesla witnesses | B, I | |
| 826 | 06/30/2017 | Invoice 008856 | 3, 5 | Tesla witnesses | B, I | |
| 827 | 06/30/2017 | Invoice 008857 | 3, 5 | Tesla witnesses | B, I | |
| 828 | 07/02/2017 | Invoice 008691 | 3, 5 | Tesla witnesses | B, I | |
| 829 | 07/11/2017 | Invoice 008810 | 3, 5 | Tesla witnesses | B, I | |
| 830 | 07/11/2017 | Invoice 008813 | 3, 5 | Tesla witnesses | B, I | |
| 831 | 07/20/2017 | Invoice 008799 | 3, 5 | Tesla witnesses | B, I | |
| 832 | 07/21/2017 | Invoice 008816 | 3, 5 | Tesla witnesses | B, I | |
| 833 | 07/26/2017 | Invoice 008836 | 3, 5 | Tesla witnesses | B, I | |
| 834 | 07/31/2017 | Invoice 008741 | 3, 5 | Tesla witnesses | B, I | |
| 835 | 07/31/2017 | Invoice 008748 | 3, 5 | Tesla witnesses | B, I | |
| 836 | 07/31/2017 | Invoice 008796 | 3, 5 | Tesla witnesses | B, I | |
| 837 | 07/31/2017 | Invoice 008853 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 838 | 07/31/2017 | Invoice 008854 | 3, 5 | Tesla witnesses | B, I | |
| 839 | 07/31/2017 | Invoice 008855 | 3, 5 | Tesla witnesses | B, I | |
| 840 | 08/14/2017 | Invoice 008851 | 3, 5 | Tesla witnesses | B, I | |
| 841 | 08/24/2017 | Invoice 008780 | 3, 5 | Tesla witnesses | B, I | |
| 842 | 08/24/2017 | Invoice 008786 | 3, 5 | Tesla witnesses | B, I | |
| 843 | 08/24/2017 | Invoice 008793 | 3, 5 | Tesla witnesses | B, I | |
| 844 | 08/24/2017 | Invoice 008850 | 3, 5 | Tesla witnesses | B, I | |
| 845 | 09/05/2017 | Invoice 007770 | 3, 5 | Tesla witnesses | B, I | |
| 846 | 09/05/2017 | Invoice 008466 | 3, 5 | Tesla witnesses | B, I | |
| 847 | 09/08/2017 | Invoice 008800 | 3, 5 | Tesla witnesses | B, I | |
| 848 | 09/13/2017 | Invoice 008774 | 3, 5 | Tesla witnesses | B, I | |
| 849 | 09/14/2017 | Invoice 008848 | 3, 5 | Tesla witnesses | B, I | |
| 850 | 09/26/2017 | Invoice 008756 | 3, 5 | Tesla witnesses | B, I | |
| 851 | 09/26/2017 | Invoice 008757 | 3, 5 | Tesla witnesses | B, I | |
| 852 | 09/26/2017 | Invoice 008758 | 3, 5 | Tesla witnesses | B, I | |
| 853 | 09/26/2017 | Invoice 008759 | 3, 5 | Tesla witnesses | B, I | |
| 854 | 09/26/2017 | Invoice 008760 | 3, 5 | Tesla witnesses | B, I | |
| 855 | 09/26/2017 | Invoice 008761 | 3, 5 | Tesla witnesses | B, I | |
| 856 | 09/26/2017 | Invoice 008762 | 3, 5 | Tesla witnesses | B, I | |
| 857 | 09/26/2017 | Invoice 008763 | 3, 5 | Tesla witnesses | B, I | |
| 858 | 09/26/2017 | Invoice 008764 | 3, 5 | Tesla witnesses | B, I | |
| 859 | 09/29/2017 | Invoice 008845 | 3, 5 | Tesla witnesses | B, I | |
| 860 | 09/29/2017 | Invoice 008846 | 3, 5 | Tesla witnesses | B, I | |
| 861 | 09/29/2017 | Invoice 008847 | 3, 5 | Tesla witnesses | B, I | |
| 862 | 09/30/2017 | Invoice 008776 | 3, 5 | Tesla witnesses | B, I | |
| 863 | 10/05/2017 | Invoice 007841 | 3, 5 | Tesla witnesses | B, I | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 864 | 10/10/2017 | Invoice 008743 | 3, 5 | Tesla witnesses | B, I | |
| 865 | 10/10/2017 | Invoice 008765 | 3, 5 | Tesla witnesses | B, I | |
| 866 | 10/10/2017 | Invoice 008766 | 3, 5 | Tesla witnesses | B, I | |
| 867 | 10/24/2017 | Invoice 008773 | 3, 5 | Tesla witnesses | B, I | |
| 868 | 10/26/2017 | Invoice 008792 | 3, 5 | Tesla witnesses | B, I | |
| 869 | 10/31/2017 | Invoice 008789 | 3, 5 | Tesla witnesses | B, I | |
| 870 | 11/08/2017 | Invoice 008769 | 3, 5 | Tesla witnesses | B, I | |
| 871 | 11/08/2017 | Invoice 008770 | 3, 5 | Tesla witnesses | B, I | |
| 872 | 11/16/2017 | Invoice 008767 | 3, 5 | Tesla witnesses | B, I | |
| 873 | 11/31/2017 | Invoice 008842 | 3, 5 | Tesla witnesses | B, I | |
| 874 | 11/21/2017 | Invoice 008843 | 3, 5 | Tesla witnesses | B, I | |
| 875 | 11/21/2017 | Invoice 088844 | 3, 5 | Tesla witnesses | B, I | |
| 876 | 11/22/2017 | Invoice 008771 | 3, 5 | Tesla witnesses | B, I | |
| 877 | 11/24/2017 | Invoice 008753 | 3, 5 | Tesla witnesses | B, I | |
| 878 | 11/29/2017 | Invoice 008749 | 3, 5 | Tesla witnesses | B, I | |
| 879 | 11/29/2017 | Invoice 008752 | 3, 5 | Tesla witnesses | B, I | |
| 880 | 11/30/2017 | Invoice 008782 | 3, 5 | Tesla witnesses | B, I | |
| 881 | 12/14/2017 | Invoice 008777 | 3, 5 | Tesla witnesses | B, I | |
| 882 | 10/16/2017 | Invoice 008747 | 3, 5 | Tesla witnesses | B, I | |
| 883 | 03/13/2018 | Invoice 008755 | 3, 5 | Tesla witnesses | B, I | |
| 884 | 12/31/2015 | Durr Invoice 007059 | 3, 5 | Tesla witnesses | B, I | |
| 885 | 12/31/2015 | Durr Invoice 007061 | 3, 5 | Tesla witnesses | B, I | |
| 886 | 12/31/2015 | Durr Invoice 007062 | 3, 5 | Tesla witnesses | B, I | |
| 887 | 12/31/2015 | Durr Invoice 007064 | 3, 5 | Tesla witnesses | B, I | |
| 888 | | Tesla spreadsheets and charts for contractors | 1, 2, 3, 5 | Tesla witnesses | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[6]

| Exhibit No. | Description | Purpose | Sponsor | Objections | Response |
|---|---|---|---|---|---|
| 1000 | TESLA_EVANS-000068-TESLA_EVANS-000069 (Purchase Order) | Tesla paid Vuzem $55 per hour for work provided by Vuzem's employees | Will Drewery / Bobby Gonzales / Tara Lucier | C, F, H | |
| 1001 | TESLA_MASLIC009736-TESLA_MASLIC010121 (Fremont paint shop project labor and cost breakdown) | Tesla paid Vuzem $55 per hour for work provided by Vuzem's employees | Tara Lucier | C, F, H | |
| 1002 | TESLA_MASLIC000811 (2/5/15 email from Bobby Gonzales) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1003 | TESLA_MASLIC000815 (2/1/15 accident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1004 | TESLA_MASLIC001159 (5/6/15 incident report and communications) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1005 | TESLA_MASLIC00128 (5/18/15 email from Robet Vuzem) | Vuzem safety efforts at Fremont facility | Bobby Gonzales / Robert Thomas | A, C | |
| 1006 | TESLA_MASLIC002235 (9/25/15 accident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |

[6] Plaintiff objects that Tesla did not provide an exhibit list until July 16, and did not provide a final list until July 18, 2024.  Plaintiff reserves all objections based on this delay

84

| 1007 | TESLA_MASLIC002246 TESLA_MASLIC002247 (10/9/15 email from Robert Thomas with attached report of Most High Risk Contractor Companies Onsite) | Other safety incidents at Fremont facility | Robert Thomas / Aleksandra Janevska | A, C | |
| 1008 | TESLA_MASLIC000066 TESLA_MASLIC000067 (4/18/12 incident email and incident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1009 | TESLA_MASLIC000073 TESLA_MASLIC000074 (7/26/12 email and incident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1010 | TESLA_MASLIC000090 TESLA_MASLIC000092 (6/6/13 email and incident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1011 | TESLA_MASLIC000095 TESLA_MASLIC000096 (6/26/13 email and incident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1012 | TESLA_MASLIC000130 TESLA_MASLIC000131 (10/16/13 email and incident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1013 | TESLA_MASLIC000184 (5/2/14 email re car accident) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1014 | TESLA_MASLIC000548- TESLA_MASLIC000559 (8/13/14 email and incident reports) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |
| 1015 | TESLA_MASLIC000575 TESLA_MASLIC000576 (9/4/14 email and incident report) | Other safety incidents at Fremont facility | Bobby Gonzales | A, C | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 1016 | TESLA_MASLIC000003 (Code of Business Conduct and Ethics, adopted 5/20/2010) | Safety policies and procedures at Tesla | Tara Lucier | A, C | |
| 1017 | TESLA_MASLIC000121 (Contractor EHS Guidelines) | Safety policies and procedures at Tesla | Bobby Gonzales / Aleksandra Janevska | A, C | |
| 1018 | TESLA_MASLIC000165 (Tesla Motors Insurance Requirements (Fremont Site)) | Internal policies and procedures at Tesla | Bobby Gonzales / Tara Lucier | A, C | |
| 1019 | TESLA_MASLIC000379 (Contractor Safety Requirements) | Safety policies and procedures at Tesla | Bobby Gonzales / Aleksandra Janevska | A, C | |
| 1020 | TESLA_MASLIC000389 (Tesla Plant (Fremont Site) Access Requirements For Contractor, Vendor and Others To Perform Work Onsite) | Safety and internal policies and procedures at Tesla | Bobby Gonzales / Aleksandra Janevska / Jeremie Hansen | A, C | |
| 1021 | TESLA_MASLIC000524 (Purchase order) | Term, conditions, and relationship between Tesla and Eisenmann Corporation, as general contractor for Fremont paint shop project | William Drewery | A, C | |

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

| 1022 | TESLA_MASLIC000465-TESLA_MASLIC000494 (Drewery Dep. Ex. 61) | Term, conditions, and relationship between Tesla and Eisenmann Corporation, as general contractor for Fremont paint shop project | William Drewery | A, C | |
|------|------|------|------|------|------|
| 1023 | *Lesnik v. Eisenmann SE, et al.*, Case No. 5:16-cv-01120, ECF #466-2, 2/18/20 Affidavit of Sasa Maslic (with translation) | Records of Maslic's work and circumstances at Tesla | Sasa Maslic | | |
| 1024 | *Lesnik v. Eisenmann SE, et al.*, Case No. 5:16-cv-01120, ECF #487-3, 4/23/2020 Affidavit of Sasa Maslic (with translation) | Records of Maslic's work and circumstances at Tesla | Sasa Maslic | | |
| 1025 | Plaintiff Sasa Maslic's Responses to Defendant Tesla, Inc.'s First Set of Interrogatories, Requests for Production, and Requests for Admission (1/16/24) | Plaintiff's written discovery responses and admissions | Sasa Maslic | | |
| 1026 | Sasa Maslic Deposition Exhibit 2 | Circumstances surrounding Maslic's decision to work for Vuzem | Sasa Maslic | | |
| 1027 | Sasa Maslic Deposition Exhibit 4 | Circumstances of Maslic's work and living conditions in California | Sasa Maslic | | |
| 1028 | Sasa Maslic Deposition Exhibit 6 | Maslic's physical condition and abilities | Sasa Maslic | | |

| 1029 | TESLA_MASLIC002073-TESLA_MASLIC002076 (724/15 Email from Bobby Gonzales to Various Recipients with attached photographs) | Circumstances of Vuzem employees and work at Tesla plant | Bobby Gonzales | A, C | |
| 1030 | Expert Report of James L. Chen, M.D. | Facilitate Dr. Chen's testimony rebutting Plaintiff's expert's opinions that Plaintiff's injuries were caused by his work for Vuzem at Tesla | Dr. James Chen | I | |
| 1031 | Expert Report of Marc Evans | Facilitate Mr. Evans's testimony that Maslic's work and circumstances are inconsistent with human trafficking | Marc Evans | I | |
| 1032 | Excerpts of Deposition of Robert Emerson Thomas | Safety procedures at Tesla; Tesla's lack of control of Vuzem's work | Robert Emerson Thomas | I | |

## EXHIBIT KEY

**Maslic Key**

1. Coercion

2. Knew or should have known

3. Financial benefit, including participation in venture

4. Damages [compensatory]

5. Response to defenses

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK

**Note**: all are relevant to claim for exemplary damages, and all are relevant to agency, authority and authentication

**RJN** – Request for Judicial Notice

**Attorneys** - Custodian of Records, Gordon & Rees [Brian Paul Maschler, deceased]

Michal Kubicki, Gordon & Rees

Custodian of Records, Harrington, Foxx, Dubrow & Canter, LLP

Anoush C Holaday, Wood, Smith Henning & Berman, LLP

Gregory Grinberg

Aaron Bernay

**Tesla witnesses** – Rick Baird; Greg Sletvett, Jonatan Hung, Samantha Nordberg, Rich Schmidt, Wade Hill, Bobby Gonzales, Marc Evans, William Drewery, Robert Thomas

**Objections Key**

    **A.**  Lack of Foundation/Personal Knowledge (Fed. R. Evid. 602)

    **B.**  Irrelevant (Fed. R. Evid. 402 & 403)

    **C.**  Hearsay (Fed. R. Evid. 801 & 802)

    **D.**  Improper subject for judicial notice (Fed. R. Evid. 201)

    **E.**  Improper Lay Opinion (Fed. R. Evid. 701)

    **F.**  Authentication (Fed. R. Evid. 901)

    **G.**  Deposition not being used for permissible purpose under Rule 32(a)(2)-(8) (Fed. R. Civ. P. 32)

    **H.**  Preserved: Defendant preserves all stated and otherwise preserved objections found in depositions

    **I.**  Conditional: Defendant reserves right to object to this exhibit at trial depending on purpose for which Plaintiff seeks to introduce it

0155814.0780232   4880-4119-8288v12

JOINT PRETRIAL STATEMENT AND ORDER
CASE NO. 5:21-CV-02556-BLF-SVK