United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>   Defendants. | Case No.  21-cv-02556-BLF<br><br>**ORDER RE PARTIES' PRETRIAL FILINGS** |

In advance of the final pretrial conference scheduled for August 1, 2024, the parties have filed a Pretrial Conference Statement and motions *in limine*. The Court reminds the parties that they must submit chambers copies of those filings and all other pretrial filings in this case.

With respect to Plaintiff's Motion *in Limine* No. 3 – Request for Judicial Notice, asking the Court to take judicial notice of various public records, Plaintiff must submit paper copies of those records to chambers. The Court will not take judicial notice of records based upon Plaintiff's citation to websites.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
BETH LABSON FREEMAN
United States District Judge