William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032-1541
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, Gogo Rebic, and Mitje Pogorevc,<br><br>            Plaintiffs,<br><br>vs.<br><br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive,<br>            Defendants.. | Action No.:  5:21-cv-02556-BLF<br><br>Errata<br>Plaintiff Saša Maslic's In Limine Motion No. 1 Regarding Documents and Things Not Produced<br><br>Courtroom 3, 5th Floor<br><br>Hon. Beth Labson Freeman |

Attached find inadvertently omitted Exhibit E in Support of Plaintiff Sasa Maslic's In Limine Motion No. 1

Dated: July 23, 2024

          ____/s/_____
          William C. Dresser
          Attorneys for Plaintiff Sasa Maslic

---

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Omitted Ex. E to Plaintiff Maslic's Motion in Limine 1

1

Maslic, et al v ISM Vuzem, d.o.o., et al.
US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 5:21-CV-02556-BLF-SVK

# Exhibit E

DEPONENT: TARA RANAE LUCIER                                      May 07, 2024
SASA MASLIC vs ISM VUZEM d.o.o

1  6000088 has a total dollar amount of $101,992,317;
2  correct?
3       A.   Yes.
4       Q.   Okay.
5       And then the one we were just looking at -- which
6  is your email -- I'll go back to it, which is pre-marked
7  Exhibit 169 -- it has 1.98 million for purchase order
8  ending in 887.
9       What is the purchase order that ends in 887 --
10 what's the difference?
11      A.   That would have been the -- I believe -- I
12 wonder if I have a typo here, to be honest, looking at
13 this again because 887 would have likely been the PO to
14 Eisenmann on Langenbielau.
15      Q.   Well, this refers to the local PO.
16      A.   Yeah, either I had a typo on the PO number or
17 typo on referring to it as the local PO.
18      Q.   Right.
19      And the next one refers to an import PO; correct?
20      A.   Yes.
21      Q.   So the import PO is the one with the German
22 entities; correct?
23      A.   Correct, yes.
24      Q.   And the local PO is the one with the Eisenmann
25 Corporation USA; correct?



DEPONENT: TARA RANAE LUCIER                                      May 07, 2024
SASA MASLIC vs ISM VUZEM d.o.o

1   was the contractual relationship.
2        Q.   And that's it?
3        A.   Yes.
4        Q.   Correct?
5        A.   Yes.
6        Q.   What was the contract relationship between
7   Tesla and any of the German Eisenmann entities?
8        A.   So it would have been the other purchase order
9   issued to Eisenmann and Langenbielau for the fixed
10  portion of the scope.
11       Q.   And do you have a copy of that other purchase
12  order on your laptop?
13       A.   I do not.
14       Q.   Who does -- do you know where it is located?
15       A.   It would have been in Will Drewery's emails.
16       Q.   What information did Tesla receive from
17  Eisenmann -- and that would be any of the Eisenmann
18  entities -- about the subcontractors for work at the
19  Fremont site?
20       A.   Documentation wise I cannot find anything.
21       Q.   What other information did Tesla receive from
22  Eisenmann Corporation in connection with the plan to
23  build out the paint shop?
24       MR. BERNAY:   Objection.   Vague.   Ambiguous.
25       You can answer.

