UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ISM VUZEM D.O.O., et al.,<br><br>        Defendants. | Case No. 5:21-cv-02556-BLF-SVK<br><br>[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO EXTEND TESLA'S RESPONSE DEADLINE TO PLAINTIFF'S MOTION IN LIMINE NO. 3 (DKT. NOS. 160, 163)<br>**AS MODIFIED BY THE COURT** |

This matter having come before the Court on Defendant Tesla, Inc.'s ("Tesla") Administrative Motion to Extend Tesla's Deadline to Respond to Plaintiff's Motion in Limine No. 3 ("Motion," Dkt. No. 165), and the Court being duly advised in the premises therefor, for the reasons set forth in Tesla's Motion, the Motion is hereby **GRANTED** and the Court hereby **ORDERS** that:

Tesla shall have until 10:00 a.m. on July 30, 2024, to file a response to Dkt. No. 160 and Dkt. No. 163, respectively, Plaintiff's Motion in Limine No. 3 and Supplemental Submission in Support of Plaintiff Sasa Maslic's In Limine Motion No. 3.

**IT IS SO ORDERED.**

Dated: July 25, 2024

_____
UNITED STATES DISTRICT JUDGE

*Prepared By:*

 /s/ Aaron M. Bernay
TESLA, INC.
Aaron Langberg (SBN 284975)
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 828-8959
alangberg@tesla.com

Aaron M. Bernay, *pro hac vice*
Ryan W. Goellner, *pro hac vice*
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
abernay@fbtlaw.com
rgoellner@fbtlaw.com

*Attorneys for Defendant Tesla, Inc.*

0155814.0780232   4878-5767-3683v1

---

TESLA, INC.'S ADMINISTRATIVE MOTION TO EXTEND TESLA'S RESPONSE
DEADLINE TO PLAINTIFF'S MOTION IN LIMINE NO. 3
Case No. 5:21-cv-02556-BLF-SVK