William C. Dresser, 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032-1541
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, Gogo Rebic, and Mitje Pogorevc,<br><br>Plaintiffs,<br><br>vs.<br><br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive,<br><br>Defendants.. | Action No.: 5:21-cv-02556-BLF<br><br>Administrative Motion by Plaintiff Sasa Maslic for Order Allowing Remote Appearance at Settlement Conference<br><br>Courtroom: 6, 4th Floor<br>Hon. Magistrate Judge Susan van Keulen |

**RELIEF REQUESTED**

Plaintiff SASA MASLIC respectfully moves this Court, pursuant to Civil Local Rule 7-11 for an Order to allow him to appear remotely at a settlement conference.

**RELEVANT FACTS**

A settlement conference is set for July 31, 2024 commencing at 10:00 a.m.

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Admin Mtn to Allow for Remote Appearance at STC

1

before the Honorable Magistrate Judge Susan van Keulen.  The settlement conference concerns the TVPRA claim of Plaintiff Sasa Maslic against Defendant Tesla, Inc.

      Plaintiff Sasa Maslic resides in Samac Bosna I Herzegovina.  Travel in person to the United States for the settlement conference is expensive and would be a hardship generally, but especially so in Mr. Maslic's situation.  Sasa Maslic had heart surgery in 2023 and had a right hip replacement surgery on June 3, 2024.  I am awaiting a declaration by his treating physician Dr. Milan Jovanovic, as translated by interpreter Radmillo Bozinovic, to confirm that Mr. Maslic is medically prevented from flying.

      A prior settlement conference of claims against defendant Tesla, Inc. in a related action had the Plaintiffs appear remotely.  A settlement was reached in that case

      Counsel will comply with the Court's Standing Order on Procedures for Remote Appearances, available online at http://cand.uscourts.gov/kaworders.  Counsel has spoken to Plaintiff Maslic about this.  Counsel is also obtaining an interpreter for the settlement conference.

      Plaintiff thus requests that this motion be granted.

Dated:  July 28, 2024

/s/_____
William C. Dresser
Attorneys for Plaintiff

Maslic v ISM Vuzem, d.o.o.; US Dist Ct., N.D. Cal. No. 5:21-cv-02556-BLF
Admin Mtn to Allow for Remote Appearance at STC

2