UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, individually and on behalf of putative class, IVAN DRZAIC, ROBERT HERNAUS, LEOPOLD HUBEK, LEON HUDOLDETNJAK, ELVIS KOSCAK, TOMICA PANIC, STJEPAN PAPES, ZELJKO PULJKO, DARKO SINCEK, DAVID STANTE, NEDELJKO ZIVANIC, GOGO REBIC, and MITJA POGOREVC,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., ISM VUZEM USA, INC., VUZEM USA, INC., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 5:21-cv-2556-BLF-SVK<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hon. Beth Labson Freeman<br>Courtroom 3, 5th Floor |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sasa Maslic and Defendant Tesla, Inc., through their counsel of record, hereby stipulate to the dismissal with prejudice of Count IX of Plaintiff's Corrected First Amended Complaint as against Defendant Tesla, Inc., only, and of all claims by Sasa Maslic individually against Tesla, Inc. Each party shall bear its own costs.

**IT IS SO STIPULATED.**

Dated: September 4, 2024    /s/
　　　　　　　　　　　　　　William C. Dresser
　　　　　　　　　　　　　　Counsel for Plaintiff Sasa Maslic

Dated: September 4, 2024    /s/
　　　　　　　　　　　　　　Aaron M. Bernay
　　　　　　　　　　　　　　Counsel for Defendant Tesla, Inc.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), William C. Dresser hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  September 4, 2024    /s/
　　　　　　　　　　　　　　William C. Dresser
　　　　　　　　　　　　　　Counsel for Plaintiff Sasa Maslic