United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>        Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>[Re: ECF 197] |

The Court finds Plaintiffs' motion for default judgment to be suitable for decision without oral argument. *See* Civ. L.R. 7-1(b). The motion hearing currently set for July 10, 2025 is VACATED.

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
BETH LABSON FREEMAN
United States District Judge