1

2

3

4              **UNITED STATES DISTRICT COURT**

5             **NORTHERN DISTRICT OF CALIFORNIA**

6                  **SAN JOSE DIVISION**

7

8    SASA MASLIC, et al.,                    Case No.  21-cv-02556-BLF

9              Plaintiffs,
                                             **ORDER TO SHOW CAUSE RE**
10        v.                                 **DISMISSAL AS TO PLAINTIFF**
                                             **GOGO REBIC**
11   ISM VUZEM D.O.O., et al.,

12             Defendants.

13

14

15         The Clerk has entered default against each of the remaining Defendants named in the

16   corrected first amended complaint:  ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, Robert

17   Vuzem, and Eisenmann Corporation.  *See* CFAC, ECF 63; Clerk's Notices, ECF 68, 125.  The

18   Court set a deadline of May 12, 2025 for Plaintiffs to file a motion for default judgment against

19   these Defendants.  *See* Order, ECF 194.  Thirteen of the fourteen Plaintiffs filed a motion for

20   default judgment and noticed it for hearing on July 10, 2025.  *See* Mot. for Default Judgment, ECF

21   197.  The Court has vacated the hearing and taken the motion under submission without oral

22   argument.  *See* Order Vacating Hearing, ECF 198.

23         The fourteenth Plaintiff, Gogo Rebic ("Rebic"), has not joined in the motion for default

24   judgment or otherwise sought default judgment.  Rebic was represented by the other Plaintiffs'

25   counsel, William C. Dresser, until September 2023, when the Court granted counsel's motion to

26   withdraw from representation.  *See* Order, ECF 99.  The Court's Electronic Case Filing ("ECF")

27   system has sent notice of every document filed in this case since October 2023 to Rebic's email

28   address of record, gogo.rebic@gmail.com.  However, Rebic has not appeared in the action *pro se*

United States District Court
Northern District of California

or through new counsel in the nearly two years since his counsel withdrew from representation.

Accordingly, Rebic is ORDERED TO SHOW CAUSE, in writing and by August 7, 2025, why this action should not be dismissed without prejudice as to Rebic for failure to comply with a court order and failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

The ECF system will send Rebic a notice of this order to his email address of record.  In addition, the Clerk SHALL mail a copy of this order to Rebic at his address of record:

> Gogo Rebic
> Hromec 106
> 49225 Durmanec
> Croatia

**IT IS SO ORDERED.**

Dated:  July 24, 2025

BETH LABSON FREEMAN
United States District Judge