# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISM VUZEM D.O.O., et al., <br><br> Defendants. | Case No. 21-cv-02556-BLF <br><br> **ORDER REQUESTING PLAINTIFFS' COUNSEL TO IDENTIFY WHERE TABLES A THROUGH I MAY BE FOUND IN THE DOCKET** |

The Court has been unable to locate Tables A through I, which should be attached to the declaration of Plaintiffs' counsel in support of Plaintiffs' motion for default judgment. *See* Decl. of William C. Dresser ¶ 256 (stating that Tables A through I are "Attached"), ECF 195-5.

The Court requests that Plaintiffs' counsel file a response as soon as is practicable, identifying where Tables A through I, including Tables A-1 through A-13, B-1 through B-13, and C-1 through C-13, may be found in the docket. Counsel should direct the Court to the specific ECF document numbers and ECF page numbers where the Tables may be found.

**IT IS SO ORDERED.**

Dated: July 28, 2025

_____
BETH LABSON FREEMAN
United States District Judge