United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAŠA MASLIC, individually and on behalf of a certified class; IVAN DRZAIC; ROBERT HERNAUS; LEOPOLD HUBEK; LEON HUDOLDETNJAK; ELVIS KOSCAK; TOMICA PANIC; STJEPAN PAPES; ŽELJKO PULJKO; DARKO ŠINCEK; DAVID ŠTANTE; NEDELJKO ŽIVANIC; GOGO REBIC; and MITJA POGOREVC,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O.; ISM VUZEM USA, INC.; VUZEM USA, INC.; HRID-MONT D.O.O.; IVAN VUZEM; ROBERT VUZEM; EISENMANN CORPORATION; and TESLA, INC.,<br><br>Defendants. | Case No.  21-cv-02556-BLF<br><br>**DEFAULT JUDGMENT** |

The Court having granted by separate order a motion for default judgment brought by Plaintiffs Saša Maslic, individually and on behalf of a certified class, and Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Mitja Pogorevc individually,

IT IS HEREBY ORDERED AND ADJUDGED that on Claims 1-7 of the first amended complaint, judgment be entered FOR Plaintiffs Saša Maslic, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Mitja Pogorevc, individually, and AGAINST Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, Ivan Vuzem, jointly and severally, in the following amounts, which include damages and prejudgment interest:

1      For Saša Maslic, $152,164.84

2      For Ivan Drzaic, $106,488.16

3      For Robert Hernaus, $44,176.51

4      For Leopold Hubek, $195,527.34

5      For Leon Hudoldetnjak, $98,394.66

6      For Elvis Koscak, $90,303.68

7      For Tomica Panic, $39,919.81

8      For Stjepan Papes, $86,046.06

9      For Željko Puljko, $91,391.88

10     For Darko Šincek, $137,721.58

11     For David Štante, $96,556.00

12     For Nedeljko Živanic, $77,804.08

13     For Mitja Pogorevc, $68,928.55

IT IS FURTHER ORDERED AND ADJUDGED that on Claim 8 of the first amended complaint, judgment be entered FOR Plaintiff Saša Maslic, as representative of and on behalf the certified class, and AGAINST Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem, jointly and severally, in the amount of $7,013,991.86, which includes class damages and prejudgment interest.

IT IS FURTHER ORDERED AND ADJUDGED that on Claim 9 of the first amended complaint, judgment be entered FOR Plaintiff Saša Maslic, individually, and AGAINST Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, Ivan Vuzem, and Eisenmann Corporation, jointly and severally, in the amount of $2,500,000; and that judgment be entered FOR Plaintiff Saša Maslic, individually, and AGAINST each of Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, Ivan Vuzem, and Eisenmann Corporation, individually, in the amount of $500,000.

Dated: July 31, 2025

                             _____
                             BETH LABSON FREEMAN
                             United States District Judge