UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER DISMISSING ACTION AS TO PLAINTIFF GOGO REBIC WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER; AND DIRECTING CLERK TO CLOSE CASE**<br><br>[Re: ECF 200] |

The only remaining claims in this case are the claims of Plaintiff Gogo Rebic against Defendants ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Eisenmann Corporation. The other thirteen named Plaintiffs obtained default judgment against those Defendants on July 31, 2025.[1]  *See* Default Judgment, ECF 208.

On July 24, 2025, the Court issued an Order to Show Cause why the action should not be dismissed without prejudice as to Rebic. *See* OSC, ECF 200. Rebic did not respond by the August 7, 2025 show cause deadline. Accordingly, this action is DISMISSED WITHOUT PREJUDICE as to Plaintiff Gogo Rebic for failure to comply with a court order and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Plaintiffs' claims against all Defendants having been disposed of, the Clerk SHALL close the case.

**IT IS SO ORDERED.**

Dated: August 13, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Defendants Tesla, Inc., ISM Vuzem USA, Inc., and Vuzem USA, Inc. previously were dismissed from the case. *See* Order, ECF 94; Notice, ECF 183.