**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SASA MASLIC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>    Defendants. | Case No. 21-cv-02556-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re: ECF 211] |

The Court has determined that Plaintiffs' motion for attorneys' fees and costs (ECF 211) is suitable for decision without oral argument. *See* Civ. L.R. 7-1(b). The hearing previously set for October 16, 2025 is VACATED.

**IT IS SO ORDERED.**

Dated: October 7, 2025

_____
BETH LABSON FREEMAN
United States District Judge