WILLIAM C. DRESSER, SBN 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Gogo Rebic,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Does 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Action No.:  5:21-cv-02556-BLF<br><br>Administrative Motion to Amend Complaint to Correct Name of Plaintiff Leon Hudoletnjak from Leon Hudoldetnjak |

　　　Pursuant to Civil Local Rule 7-11, and for the reasons stated herein, Plaintiffs hereby move this Court for an Order to amend the July 31, 2025 Judgment (ECF # 208) to correct the name of one of the individual Plaintiffs, being to correct the name of Plaintiff Leon Hudoletnjak from Leon Hudoldetnjak.

　　　The First Amended Complaint was filed with a typographical error for the name of

Maslic v ISM Vuzem, d.o.o.; US District Court Northern District of CA No 5:21-cv-02556-BLF
Admin Mtn to Correct Name of Plaintiff Leon Hudoletnjak

1

Plaintiff Leon Hudoletnjak.  The First Amended Complaint inadvertently added a "d" to this individual Plaintiff's family name.

Federal Rules of Civil Procedure, Rule 15(a) provides that a party may amend a claim once as a matter of course any time before a responsive pleading is served. Alternatively, a party may amend its pleading by leave of court. FRCP Rule 15, subd. (a)(2).  "The court should freely give leave when justice so requires."  FRCP Rule 15. Correcting this typo is a minor, non-prejudicial change.

The remaining parties are aware of Leon Hudoletnjak, and the correct spelling of his name.  ISM Vuzem, d.o.o. was his employer.  Eisenmann Corporation assisted in obtaining a B1 visa for Mr. Hudoletnjak and copied his passport and visa when preparing a pass for entry to the Tesla project in Fremont, California.  His name is spelled correctly on Exhibit H to the May 12, 2025 declaration of Bozinovic, ECF # 195-2 at page 15 of 520.

Plaintiffs further request that this correction relate back to the initial filing of the Complaint and of the First Amended Complaint, and further request that this correction be made for any further Order or Judgment concerning this individual to state his name as Leon Hudoletnjak.

WHEREFORE IT IS RESPECTFULLY REQUESTED that the Court issue an Order to amend the Judgment as requested.

Dated:  October 13, 2025

__/s/_____
William C. Dresser
Attorneys for Plaintiffs

Maslic_Vuzem\Pld\2025_10_13_AdminMtn_Amd_Hudoletnjak

Maslic v ISM Vuzem, d.o.o.; US District Court Northern District of CA No 5:21-cv-02556-BLF
Admin Mtn to Correct Name of Plaintiff Leon Hudoletnjak

2