UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živani, and Gogo Rebic,<br>　　　　　　　Plaintiffs,<br>vs.<br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, and Does 1 through 50, inclusive,<br>　　　　　　　Defendants. | Action No.: 5:21-cv-02556-BLF<br><br>Order Granting Administrative Motion to Correct the Default Judgment to Correct the Spelling of Plaintiff Leon Hudoletnjak's Name<br><br>[Re: ECF 217] |

Plaintiffs' Administrative Motion to correct the spelling of Plaintiff Leon Hudoletnjak's name in the Default Judgment is GRANTED. *See* Fed. R. Civ. P. 60(a) (the court may correct a clerical mistake in a judgment). A Corrected Default Judgment is filed contemporaneously with this order.

Dated: November 6, 2025

_____
Hon. Beth Labson Freeman
United States District Judge