1
2
3 **UNITED STATES DISTRICT COURT**
4 **NORTHERN DISTRICT OF CALIFORNIA**
5 **SAN JOSE DIVISION**
6

| | |
|---|---|
| SAŠA MASLIC, individually and on behalf of a certified class; IVAN DRZAIC; ROBERT HERNAUS; LEOPOLD HUBEK; LEON HUDOLETNJAK; ELVIS KOSCAK; TOMICA PANIC; STJEPAN PAPES; ŽELJKO PULJKO; DARKO ŠINCEK; DAVID ŠTANTE; NEDELJKO ŽIVANIC; GOGO REBIC; and MITJA POGOREVC,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O.; ISM VUZEM USA, INC.; VUZEM USA, INC.; HRID-MONT D.O.O.; IVAN VUZEM; ROBERT VUZEM; EISENMANN CORPORATION; and TESLA, INC.,<br><br>Defendants. | Case No.  21-cv-02556-BLF<br><br>**CORRECTED DEFAULT JUDGMENT** |

19     The Court having granted by separate order a motion for default judgment brought by

20 Plaintiffs Saša Maslic, individually and on behalf of a certified class, and Ivan Drzaic, Robert

21 Hernaus, Leopold Hubek, Leon Hudoletnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko

22 Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Mitja Pogorevc individually,

23     IT IS HEREBY ORDERED AND ADJUDGED that on Claims 1-7 of the first amended

24 complaint, judgment be entered FOR Plaintiffs Saša Maslic, Ivan Drzaic, Robert Hernaus,

25 Leopold Hubek, Leon Hudoletnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko,

26 Darko Šincek, David Štante, Nedeljko Živanic, and Mitja Pogorevc, individually, and AGAINST

27 Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, Ivan Vuzem, jointly and

28 severally, in the following amounts, which include damages and prejudgment interest:

United States District Court
Northern District of California

1   For Saša Maslic, $152,164.84

2   For Ivan Drzaic, $106,488.16

3   For Robert Hernaus, $44,176.51

4   For Leopold Hubek, $195,527.34

5   For Leon Hudoletnjak, $98,394.66

6   For Elvis Koscak, $90,303.68

7   For Tomica Panic, $39,919.81

8   For Stjepan Papes, $86,046.06

9   For Željko Puljko, $91,391.88

10   For Darko Šincek, $137,721.58

11   For David Štante, $96,556.00

12   For Nedeljko Živanic, $77,804.08

13   For Mitja Pogorevc, $68,928.55

14   IT IS FURTHER ORDERED AND ADJUDGED that on Claim 8 of the first amended

15   complaint, judgment be entered FOR Plaintiff Saša Maslic, as representative of and on behalf the

16   certified class, and AGAINST Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert

17   Vuzem, and Ivan Vuzem, jointly and severally, in the amount of $7,013,991.86, which includes

18   class damages and prejudgment interest.

19   IT IS FURTHER ORDERED AND ADJUDGED that on Claim 9 of the first amended

20   complaint, judgment be entered FOR Plaintiff Saša Maslic, individually, and AGAINST

21   Defendants ISM Vuzem, d.o.o., HRID-Mont, d.o.o., Robert Vuzem, Ivan Vuzem, and Eisenmann

22   Corporation, jointly and severally, in the amount of $2,500,000; and that judgment be entered

23   FOR Plaintiff Saša Maslic, individually, and AGAINST each of Defendants ISM Vuzem, d.o.o.,

24   HRID-Mont, d.o.o., Robert Vuzem, Ivan Vuzem, and Eisenmann Corporation, individually, in the

25   amount of $500,000.

26

27   Dated:  November 6, 2025,
    nunc pro tunc to July 31, 2025

28   (correcting ECF 208)

_____
BETH LABSON FREEMAN
United States District Judge

2

United States District Court
Northern District of California