UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živanic, and Gogo Rebic,<br>　　　　　　Plaintiffs,<br>vs.<br>ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., and HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive,<br>　　　　　　Defendants. | Action No.: 5:21-cv-02556-BLF<br><br>[~~proposed~~]<br>Order Granting Plaintiff's Administrative Motion for Issuance of Certificate by the Court of the Finality of the Four (4) Page AMENDED DEFAULT JUDGMENT<br><br>Ctrm:　1, 5th Floor<br>Judge:　Hon. Beth Labson Freeman |

　　Pursuant to Plaintiffs Saša Maslic, individually and on behalf of putative class, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoletnjak, Elvis Koscak, Tomica Panic, Stjepan Papes, Željko Puljko, Darko Šincek, David Štante, and Nedeljko Živanic's Administrative Motion it is hereby ordered that the Clerk shall issue the CLERK'S CERTIFICATION OF FINALITY OF JUDGMENT attached as Exhibit C to the

/ / / /

/ / / /

---

Maslic v ISM Vuzem, d.o.o.; US District Court Northern District of CA No 5:21-cv-02556-BLF
Order Granting Admin Mtn for Issuance of Certificate of Finality

1

supporting declaration of William Dresser **and attached to this Order.**

IT IS SO ORDERED

Dated: __December 30__, 2025

_____
Hon. Beth Labson Freeman
United States District Judge

Maslic v ISM Vuzem, d.o.o.; US District Court Northern District of CA No 5:21-cv-02556-BLF
Order Granting Admin Mtn for Issuance of Certificate of Finality

2